B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | VOLUNTARY PETITION |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Yellow Cab Affiliation, Inc. | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Yellow Cab Affiliation | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>36-4086889 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>3351 West Addison, Chicago, Illinois<br>ZIP CODE 60618 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☑ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13) Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>Yellow Cab Affiliation, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: None | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)   (Date) |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                          Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Yellow Cab Affiliation, Inc. |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _[signature]_<br>    Signature of Debtor<br><br>X _____<br>    Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br>3/17/15<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>    (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X /s/ Matthew T. Gensburg<br>Signature of Attorney for Debtor(s)<br>**Matthew T. Gensburg**<br>Printed Name of Attorney for Debtor(s)<br>**Greenberg Traurig, LLP**<br>Firm Name<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Address<br>(312) 456-8400<br>Telephone Number<br>Date 3/17/2015<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>    Signature<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _[signature]_<br>    Signature of Authorized Individual<br>Michael Levine<br>Printed Name of Authorized Individual<br>President<br>Title of Authorized Individual<br>3/17/15<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## YELLOW CAB AFFILIATION, INC.
## ACTION BY WRITTEN CONSENT OF THE BOARD OF DIRECTORS

March 17, 2015

WHEREAS, Yellow Cab Affiliation, Inc., an Illinois corporation (the "Company"), is experiencing financial difficulty due to, among other things, a judgment entered against the Company in the Circuit Court of Cook County, Case No. 2005 L 010138; and

WHEREAS, the directors of the Company (the "Directors") have reviewed the materials presented by the management and advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's businesses; and

WHEREAS, the Directors have had the opportunity to consult with the management and advisors of the Company and fully consider each of the strategic alternatives available to the Company.

WHEREAS, it is in the best interest of the Company to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code; and

WHEREAS, the Directors of the Company wish to authorize certain actions in view of the foregoing and the Company's financial condition.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Directors, it is desirable and in the best interests of the Company, its creditors and other interested parties that the Company file voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois (the "Court");

RESOLVED FURTHER, that any one or more of the President, Chief Financial Officer, Treasurer and Secretary ("Authorized Representatives") are hereby authorized, empowered, and directed to file with the Court, on behalf of the Company and in its name, a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code;

RESOLVED FURTHER, that the Authorized Representatives of the Company are hereby authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem necessary or proper to obtain relief under or in connection with such Chapter 11 case;

RESOLVED FURTHER, that the Authorized Representative of the Company are hereby authorized and directed to employ (and do hereby confirm and ratify any prior employment of) both the law firm of Greenberg Traurig, LLP and Bruce Zirinsky as general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, and, in connection therewith, the Authorized Representatives of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate bankruptcy retainers prior

to the filing of a Chapter 11 case, and to cause to be filed appropriate applications for authority to retain the services of both Greenberg Traurig, LLP and Bruce Zirinsky;

RESOLVED FURTHER, that the Authorized Representatives of the Company are hereby authorized and directed to employ any other firm or individuals as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and, in connection therewith, the Authorized Representatives of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of such firm or person;

RESOLVED FURTHER, that, from and after the filing by the Company of a Chapter 11 bankruptcy petition, the Authorized Representatives are hereby authorized to conduct business operations as determined by any of them to be in the best interests of the Company's bankruptcy estate and the Company's creditors and other interested parties and may include, but not be limited to, a determination to continue business operations with a view towards reorganizing or selling the Company and/or its assets;

RESOLVED FURTHER, that, from and after the filing by the Company of a Chapter 11 bankruptcy petition, the Authorized Representatives are hereby authorized to make or cause to be made all filings and declarations as determined by any of them to be in the best interests of the Company's bankruptcy estate and the Company's creditors and other interested parties;

RESOLVED FURTHER, that the Authorized Representatives of the Company are hereby authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of the Company or otherwise approved by the Court, and to enter into any debtor-in-possession financing facilities, guarantees, or other related documents and to pledge and grant liens on the Company's assets as may be contemplated by or required under the terms of such post-petition financing, and in connection therewith the Authorized Representatives of the Company are hereby authorized and directed to execute appropriate loan agreements, and related ancillary documents, whether consented to or contested by the Company's existing creditors;

RESOLVED FURTHER, that the Authorized Representatives, together with any other authorized bank account signatory designated by any Authorized Representative, are hereby authorized, empowered, and directed on behalf of the Company and in its name to take all actions and execute and deliver all documents as they shall deem necessary or desirable in order to carry out and perform the purposes of the foregoing resolutions, including, without limitation, the opening of new deposit accounts as a debtor-in-possession under the Bankruptcy Code, and the taking of such actions or execution of such documents shall be conclusive evidence of the necessity or desirability thereof;

RESOLVED FURTHER, that the Authorized Representatives of the Company are hereby authorized and empowered to, in the name of and on behalf of the Company, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other

documents, and to take such other actions, as in the judgment of such Authorized Representative, upon the advice of the Company's counsel and/or financial advisors, shall be necessary, proper, and desirable to prosecute to a successful completion the Company's Chapter 11 case, to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure, capitalization, and ownership of the Company and its subsidiaries consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions;

RESOLVED FURTHER, that all actions heretofore taken by any Authorized Representative of the Company, in the name and on behalf of the Company, in connection with the designation described in the foregoing resolutions be, and the same hereby are, ratified, approved and confirmed in all respects; and

RESOLVED FURTHER, that all acts and deeds heretofore done or actions taken by any Authorized Representative or agent of the Company in entering into, executing, acknowledging or attesting any arrangements, agreements, instruments or documents in carrying out the terms and intentions of the foregoing recitals and resolutions and each of them are hereby in all respects ratified, approved and confirmed.

\* \* \* \* \*

IN WITNESS WHEREOF, the undersigned have hereunto set their hands as of March 17, 2015.

_____
Michael Levine

_____
Evan Tessler

Being all of the directors of the Company

CHI 65438785v1

documents, and to take such other actions, as in the judgment of such Authorized Representative, upon the advice of the Company's counsel and/or financial advisors, shall be necessary, proper, and desirable to prosecute to a successful completion the Company's Chapter 11 case, to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure, capitalization, and ownership of the Company and its subsidiaries consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions;

RESOLVED FURTHER, that all actions heretofore taken by any Authorized Representative of the Company, in the name and on behalf of the Company, in connection with the designation described in the foregoing resolutions be, and the same hereby are, ratified, approved and confirmed in all respects; and

RESOLVED FURTHER, that all acts and deeds heretofore done or actions taken by any Authorized Representative or agent of the Company in entering into, executing, acknowledging or attesting any arrangements, agreements, instruments or documents in carrying out the terms and intentions of the foregoing recitals and resolutions and each of them are hereby in all respects ratified, approved and confirmed.

\* \* \* \* \*

IN WITNESS WHEREOF, the undersigned have hereunto set their hands as of March 17, 2015.

_____
Michael Levine

_____
Evan Tessler

Being all of the directors of the Company

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District Of Illinois

In re Yellow Cab Affiliation, Inc., 
Debtor

Case No. _____

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Marc Jacobs | Robert Clifford 120 N LaSalle, Chicago, IL 60602, (312)899-9090 | Judgment | | 21,989,291.00 |
| Deborah Jacobs | Robert Clifford 120 N LaSalle, Chicago, IL 60602, (312)899-9090 | Judgment | | 3,960,000.00 |
| Taxi Affiliation Services | 3351 W. Addison, Chicago, IL 60618 (312) 881-3159 | Services | | 755,325.00 |
| QBE | 88 Pine Street New York, NY 10005 | Insurance | Disputed | |
| McClure & Associates | 2067 Burlington Ave. Lisle, IL 60532 (630) 241-4220 | Insurance Premiums | | 199,000.00 |
| American Business Ins. Services (New York Marine) | 32107 Lindero Canyon Road Westlake Village, CA 91361 | Insurance Premiums | | 94,000.00 |
| Taxi Works, LLC | 3351 W. Addison, Chicago, IL 60618 (312) 881-3159 | Services | | 4,034.33 |
| Mesirow Fiancial/First HR | 353 North Clark Street Chicago, IL 60654 (312)595-600 | Services/payrol | | 3,000.00 |
| AL-MEDINA REPAIR | 4876 N. Clark St. Chicago, IL 60640 (773) 739-0300 | Services | | 225.00 |

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

| | 4333 Edgewood Rd. NE | | |
|---|---|---|---|
| Transamerica | Cedar Rapids, IA 52499 | Services | 154.00 |
| Debtor will supplement or modify this list as appropriate when additional information becomes available | | | |

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Date: March 17, 2015

                        Yellow Cab Affiliation, Inc.
                        Debtor

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                              Case No.

Yellow Cab Affiliation, Inc.                        Chapter 11

    Debtor.

## DACLARATION REGARDING LIST OF CREDITORS HOLDING 20 LARGEST UNSECURTED CLAIMS

I, Gary Sakata, the Secretary and Treasurer of the above-named Debtor, hereby declare under penalty of perjury that I have read the foregoing list and it is true and correct to the best of my information and belief.

Date: March 17, 2015                            _____
                                                 Gary Sakata
                                                 Secretary and Treasurer

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                                    Case No.

Yellow Cab Affiliation, Inc.                              Chapter 11

         Debtor.

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, Yellow Cab Affiliation, Inc. ("Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case, submits the following list of its equity security holders:

| NAME OF HOLDER OF SECURITY | ADDRESS | % Equity Interest |
|---|---|---|
| Yellow Group LLC | 3351 West Adison Street<br>Chicago, Illinois 60618 | 100% |

## CERTIFICATION
## CONCERNING EQUITY SECURITY HOLDERS

I, Michael Levine, the Chairman and President of Yellow Cab Affiliation, Inc., debtor and debtor-in-possession in the above-captioned chapter 11 case, hereby certify under penalty of perjury that I have read the above List of Equity Security Holders, pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, and that, to the best of my information and belief, it is complete, correct and consistent with Debtors' books and records.

Date: __3/17/15__

_Michael J. Levine_
Mike Levine, President

List of Equity Security Holders - Page 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                                                   Case No.

Yellow Cab Affiliation, Inc.                    Chapter 11

                Debtor.

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule Bankruptcy Procedure 1007(a)(1), the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the debtor's equity interests:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Yellow Group LLC | 100% |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of the Yellow Cab Affiliation, Inc., the debtor in this case, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my, information and belief.

Dated: March _17_, 2015

Signature: _____
By: Michael Levine
Title: President

List of Equity Security Holders - Page 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                                    Case No.

Yellow Cab Affiliation, Inc.                              Chapter 11

    Debtor.

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the list of creditors is true and correct to the best of my knowledge.

Number of Creditors    1566

Date: March 17, 2015

                            Signature

                            Gary Sakata
                            Secretary and Treasurer