## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | Chapter 11 |
| Yellow Cab Affiliation, Inc., | Case No. 15-09539 |
| Debtor. | Hon. Carol A. Doyle |

### AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Name of claim (trade, debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 1 | Marc M. Jacobs | Freeborn & Peters LLP Shelly A. DeRousse 311 South Wacker Drive Suite 3000 Chicago, IL 60606 (312) 360-6315 | Judgment | Disputed | $21,989,291.00 |
| 2 | Deborah M. Jacobs | Freeborn & Peters LLP Shelly A. DeRousse 311 South Wacker Drive Suite 3000 Chicago, IL 60606 (312) 360-6315 | Judgment | Disputed | $3,960,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 3 | QBE/Clarendon National Insurance Company | 411 5th Ave. New York, NY 10016 (212) 790-9715 | | | |
| | and | | | | |
| | QBE/Praetorian Insurance Company | One General Dr. Sun Prairie, WI 535596 (212) 805-9700 | Insurance Contract | Disputed | 1,755,656.35 |
| 4 | AIG/Lexington Insurance Company | 17 S. Water St. 18th Floor New York, NY 10038 (212) 458-3732 | Settlement/ Judgment | Partially Contingent | $240,000.00 |
| 5 | McClure & Associates | 2067 Burlington Ave. Lisle, IL 60532 (630) 241-4220 | Insurance Premiums | | $194,156.00 |
| 6 | Taxi Affiliation Services | 3351 W. Addison Chicago, IL 60618 (312) 255-7440 | Services | | Approx. $173,000.00 |
| 7 | American Business Insurance Services Company | 32107 Lindero Canyon Rd. Suite 120 Westlake Village, CA 91361 (800) 980-1950 | | | |
| | c/o | | | | |
| | New York Marine and General Insurance Company | 412 Mount Kemble Ave. Morris Town, NJ 07960 (973) 532-1890 | Insurance Premiums | | Approx. $100,374.30 |
| 8 | Liberty Mutual Insurance Company | 175 Berkley St. Boston, MA 02116 (617) 357-9500 | Insurance Contract | Unliquidated | $70,000.00 |
| 9 | Tannen Law Group PC | 19 S. LaSalle St. Suite 1600 Chicago, IL 60603 (312) 614-6650 | Legal Services | Unliquidated | Approx. $20,000.00 |
| 10 | Taxi Works, LLC | 3351 W. Addison Chicago, IL 60618 (312) 881-3159 | Services | | $4,034.33 |
| 11 | First Chicago Insurance Company | 6640 S. Cicero Ave. Bedford Park, IL 60638 (708) 552-4400 | Insurance Premiums | | $3,290.50 |
| 12 | | 353 N. Clark St. Chicago, Illinois 60654 (312) 595-6000 | | | |
| | Mesirow Financial/ Stratex Partners | 444 N. Michigan Ave. 28th Floor Chicago, IL 60611 (312) 216-2200 | Administrative Services | | $2,782.72 |
| 13 | Transamerica Financial Life Insurance Company | 440 Mamaroneck Ave. Harrison, NY 10528 (800) 625-4212 | Administrative Fee | | $120.00 |

| 14 | Illinois Insurance Guaranty Fund | 120 S. LaSalle St. Suite 1910 Chicago, Illinois 60603 (312) 241-4220 | Insurance Contract | Contingent | Unknown |
|---|---|---|---|---|---|
| 15 | Michael Best & Friedrich LLP | Two Prudential Plaza 180 N. Stetson Ave. Suite 200 Chicago, IL 60601 (312) 222-0800 | Legal Services | Unliquidated | Unknown |
| 16 | Lucianne Cimino | 233 E. Wacker Dr. Suite 305 Chicago, IL 60601 | Liability Claim | Unliquidated/ Disputed | Unknown |
| 17 | Billy Carter | 4823 S. Calumet Chicago, IL 60615 | Liability Claim | Unliquidated/ Disputed | Unknown |
| 18 | Courtney Griffin | 125 Colony Dr. Barrington, IL 60010 | Liability Claim | Unliquidated/ Disputed | Unknown |
| 19 | Vito Rago | 1490 Westbourne Algonquin, IL 60102 | Liability Claim | Unliquidated/ Disputed | Unknown |
| 20 | Ashley Comforte | 1006 Hickory Trail Downers Grove, IL 60515 | Liability Claim | Unliquidated/ Disputed | Unknown |

Date: <u>March 20, 2015</u>

<u>Yellow Cab Affiliation, Inc.</u>

By: _____

Gary Sakata
Secretary and Treasurer

## <u>DACLARATION REGARDING LIST OF CREDITORS HOLDING 20 LARGEST UNSECURTED CLAIMS</u>

I, Gary Sakata, the Secretary and Treasurer of the above-named Debtor, hereby declare under penalty of perjury that I have read the foregoing list and it is true and correct to the best of my information and belief.

Date: March 20, 2015

_____

Gary Sakata
Secretary and Treasurer