UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-09539 |
| YELLOW CAB AFFILIATION, INC. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING AMERICAN COUNTRY INSURANCE COMPANY'S MOTION FOR: (I) RELIEF FROM STAY; (II) APPROVAL OF SHORTENED NOTICE; AND (III) APPROVAL OF LIMITED NOTICE**

Upon consideration of the motion (the "Motion") (capitalized terms not defined herein shall have the meanings ascribed to them in the Motion) of American Country Insurance Company for entry of an order granting relief from stay; due and adequate notice of the Motion having been served, and adequate cause appearing therefor and this Court being fully advised in the premises; It is hereby ORDERED:

1. The Motion is granted in its entirety.

2. Notice of the Motion as provided for therein is sufficient and other and further notice is waived pursuant to Federal Rules of Bankruptcy Procedure Rules 9006(c) and 9007.

3. Cause exists, as provided in 11 U.S.C. § 362(d), to lift the automatic stay, to the extent it applies, solely for the limited purpose of authorizing American Country's deposit of the Maximum Liability Coverage Limit with the Circuit Court of Cook County with the funds to remain on deposit with the Circuit Court of Cook County until further order of this Bankruptcy Court.

4. This Order shall not be construed as a waiver of or release of American Country's rights to deny or limit coverage under the Policy, including but not limited to, the payment of Interest, on the basis of the various terms, conditions and exclusions to coverage contained in the Policy or under applicable law.

5. Nothing herein shall prejudice any parties' rights and interests with respect to: any determination of whether the Policy proceeds are property of the estate; whether American Country's obligation to pay Interest is satisfied upon deposit of the proceeds with the Circuit Court; to future disposition of those proceeds; or the merits, or the duty to defend, the Judgment or any appeals thereof.

6. Pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3), the 14 day stay period is hereby waived and this Order shall be deemed immediately effective.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle

Dated: March 26, 2015                United States Bankruptcy Judge

**Prepared by:**

John Guzzardo
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
Tel: (312) 541-0151
Fax: (312) 980-3888