UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| YELLOW CAB AFFILIATION, INC., | ) | CASE NO. 15 B 09539 |
| | ) | |
| DEBTOR. | ) | HON. CAROL A. DOYLE |

## NOTICE OF FILING

  PLEASE TAKE NOTICE that on April 2, 2015, the United States Trustee, by his attorney, Jeffrey S. Snell, filed a copy of the **APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE**, with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, a copy of which is attached and served on you.

              /s/ Jeffrey S. Snell
              Jeffrey S. Snell, Trial Attorney
              United States Department of Justice
              Office of the United States Trustee
              219 South Dearborn, Room 873
              Chicago, Illinois  60604
              (312) 886-0890

## CERTIFICATE OF SERVICE

  I, Jeffrey S. Snell, an attorney, state that pursuant to Local Rule 9013-3(D) the attached **APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE** was filed on April 2, 2015, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on April 2, 2015.

              /s/ Jeffrey S. Snell
              Jeffrey S. Snell, Trial Attorney

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants**

Courtney E Barr    cbarr@lockelord.com,
Shelly A. DeRousse    sderousse@freeborn.com,
Joseph D Frank    jfrank@fgllp.com; ccarpenter@fgllp.com
Frances Gecker    fgecker@fgllp.com, csmith@fgllp.com
Matthew T. Gensburg    MGensburg@dandgpc.com,
John W Guzzardo    jguzzardo@shawfishman.com,
Martin S Kedziora    kedzioram@gtlaw.com
Brian L Shaw    bshaw@shawfishman.com,
Esther E Tryban Telser    etrybantelser@cityofchicago.org

**Parties Served by First Class Mail**

Marc Jacobs
4367 Mensha Place
San Diego, CA 92130

Sharon Kwon
175 Stockholm St., #312
Brooklyn, NY 11237

Timothy J. Keiser
1 East Wacker, #3800
Chicago, IL 60601

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| YELLOW CAB AFFILIATION, INC., | ) | CASE NO. 15 B 09539 |
| | ) | |
| DEBTOR. | ) | HON. CAROL A. DOYLE |

**APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE**

The following creditors, selected from unsecured creditors who were willing to serve, are hereby appointed as the creditors' committee in this case:

**CREDITOR**                                  **REPRESENTATIVE**

Marc Jacobs                                   Marc Jacobs
4367 Mensha Place
San Diego, CA 92130

Sharon Kwon                                   Timothy J. Keiser[1]
175 Stockholm St., #312                       1 East Wacker, #3800
Brooklyn, NY 11237                            Chicago, IL 60601

                                              RESPECTFULLY SUBMITTED,

                                              PATRICK S. LAYNG
                                              UNITED STATES TRUSTEE

DATED: April 2, 2015                          BY: /s/ Jeffrey S. Snell
                                              Jeffrey S. Snell, Trial Attorney
                                              United States Department of Justice
                                              Office of the United States Trustee
                                              219 South Dearborn, Room 873
                                              Chicago, Illinois  60604
                                              (312) 886-0890

---

[1] Timothy J. Keiser is serving as the representative of Sharon Kwon pursuant to a power of attorney.