In re Yellow Cab Affiliation, Inc.,          Case No. 15-9539
                 **Debtor**                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

      Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

      **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit- or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | MB Financial Bank | | 22,916.93 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See attached schedule | | 751,750.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

American LegalNet, Inc.
www.Forms*Workflow*.com

**B6B (Official Form 6B) (12/07) -- Cont.**

In re Yellow Cab Affiliation, Inc.,            Case No. 15-9539
      **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | (1) General membership dues - approximate amount $597,831.00;<br>(2) Membership dues collected by Taxi Affiliation Services, LLC in the amount of $140,761.08 (subject to its right of offset);<br>(3) Past membership/affiliation dues in the approximate amount of $1,024,372.78 owed by Chicago Taxi Medallion Management, Inc. (deemed uncollectible);<br>(4) Past membership/affiliation dues in the approximate amount of $8,876,420.88 owed by Taxi Medallion Management LLC (deemed uncollectible). | | 10,639,385.74 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See attached schedule (in excess of $1,755,264.23) | | 1,755,264.23 |

American LegalNet, Inc.
www.Forms*Workflow*.com

**In re** Yellow Cab Affiliation, Inc.,          **Case No.** 15-9539
     **Debtor**                                                                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Debtor is a licensee of the Yellow trademark and trade dress (Indeterminate value) | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41 A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | None. However, Debtor maintains a log of callers (Indeterminate value) | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached schedule. | | 856,036.81 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Prepaid expenses | | 18,241.11 |

                                      5     continuation sheets attached     Total ▶    **$**     14,043,594.82
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

American LegalNet, Inc.
www.Forms*Workflow*.com

## SCHEDULE B – PERSONAL PROPERTY

### No. 9 - Interest in All Insurance Policies.
### Name Insurance Company of Each Policy
### and Itemize Surrender or Refund Value of Each

| Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|
| Transit General Insurance Company<br>General Commercial Automobile Liability<br>Coverage term: 1.1.2015 – 12.31.15 | | No Surrender or Refund Value |
| New York Marine and General Insurance Company<br>General Commercial Automobile Liability<br>Coverage term: 1.1.2015 – 12.31.15 | | New York Marine and General Insurance Company holds approximately $400,000 cash deposit to cover Debtor's deductible reimbursement obligations under the policy |
| First Chicago Insurance Company<br>General Commercial Automobile Liability<br>Coverage term: 1.1.2015 – 12.31.15 | | No Surrender or Refund Value |
| First Chicago Insurance Company<br>Worker's Compensation<br>Coverage term: 1.1.2015 – 12.31.15 | | No Surrender or Refund Value |
| Clarendon National Insurance Company<br>General Commercial Automobile Liability<br>Coverage term: 1.1.2006 - 12.31.2006 | | No Surrender or Refund Value |
| Praetorian Insurance<br>General Commercial Automobile Liability<br>Coverage term: 1.1.2007 - 12.31.2007 | | No Surrender or Refund Value |
| New Hampshire Insurance Company<br>General Commercial Automobile Liability<br>Coverage term: 1.1.2008 - 12.31.2008 | | Insurer is secured by a Letter of Credit issued by Capital One, which is collateralized by funds from the Debtor and Blue Diamond Taxi Association, Inc. to acquire a certificate of deposit pledged to Capital One. It is anticipated that the Debtor will receive a refund of approximately $251,750. |
| Granite State Insurance Company<br>General Commercial Automobile Liability<br>Coverage term: 1.1.2009 - 12.31.2009 | | |
| Praetorian Insurance<br>General Commercial Automobile Liability<br>Coverage term: 1.1.2010 - 12.31.2010 | | No Surrender or Refund Value |

| Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|
| Ullico / Ullico Casualty Company in Liquidation c/o Delaware Insurance Department General Commercial Automobile Liability Coverage term: 1.1.2011 - 12.31.2011 | | No Surrender or Refund Value |
| Ullico / Ullico Casualty Company in Liquidation c/o Delaware Insurance Department General Commercial Automobile Liability Coverage term: 1.1.2012 - 12.31.2012 | | No Surrender or Refund Value |
| New York Marine & General Insurance Company General Commercial Automobile Liability Coverage term: 1.1.2013 - 3.31.2013 | | No Surrender or Refund Value |
| Transit General Insurance Company General Commercial Automobile Liability Coverage term: 4.1.2013 - 12.31.2013 | | No Surrender or Refund Value |
| Transit General Insurance Company General Commercial Automobile Liability Coverage term: 1.1.2014 - 12.31.2014 | | No Surrender or Refund Value |
| Transit General Insurance Company General Commercial Automobile Liability Coverage term: 1.1.2015 – Present | | No Surrender or Refund Value |
| American Country Insurance Company General Commercial Automobile Liability Coverage term: 2005 | | No Surrender or Refund Value |
| AIG Claim Services Workers' Compensation Insurance Coverage term: 1.1.2006 - 12.31.2006 | | No Surrender or Refund Value |
| Liberty Mutual Group, Inc. Workers' Compensation Insurance Coverage term: 1.1.2007 - 12.31.2007 | | Insurer is secured by a Letter of Credit issued by Capital One, which is collateralized by funds from the Debtor. It is anticipated that the Debtor will receive a refund of approximately $100,000. |
| Liberty Mutual Group, Inc. Workers' Compensation Insurance Coverage term: 1.1.2008 - 12.31.2008 | | |
| Dallas National / Freestone Insurance In Liquidation Workers' Compensation Insurance Coverage term: 1.1.2009 - 12.31.2009 | | No Surrender or Refund Value |

Schedule B-2

| **Description and Location of Property** | **Husband, Wife, Joint, or Community** | **Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption** |
|---|---|---|
| Dallas National / Freestone Insurance In Liquidation<br>Workers' Compensation Insurance<br>Coverage term: 1.1.2010 - 12.31.2010 | | No Surrender or Refund Value |
| Dallas National / Freestone Insurance In Liquidation<br>Workers' Compensation Insurance<br>Coverage term: 1.1.2011 - 12.31.2011 | | No Surrender or Refund Value |
| Century Surety Company<br>Workers' Compensation Insurance<br>Coverage term: 1.1.2012 - 3.15.2012 | | No Surrender or Refund Value |
| Technology Insurance Company Inc.<br>Workers' Compensation Insurance<br>Coverage term: 3.16.2012 - 12.31.2012 | | No Surrender or Refund Value |
| Technology Insurance Company Inc.<br>Workers' Compensation Insurance<br>Coverage term: 1.1.2013 - 8.16.2013 | | No Surrender or Refund Value |
| First Chicago Insurance Company<br>Workers' Compensation Insurance<br>Coverage term: 8.17.2013 - 12.31.2013 | | No Surrender or Refund Value |
| First Chicago Insurance Company<br>Workers' Compensation Insurance<br>Coverage term: 1.1.2014 - 12.31.2014 | | No Surrender or Refund Value |
| First Chicago Insurance Company<br>Workers' Compensation Insurance<br>Coverage term: 1.1.2015 – Present | | No Surrender or Refund Value |
| Debtor is an additional named insured on several ancillary policies maintained by Taxi Affiliation Services LLC that provide coverage for, among other things, the general liability and casualty. | | No Surrender or Refund Value |

# No. 21 – Other Contingent and Unliquidated Claims of Every Nature, Including Tax Refunds, Counterclaims of the Debtor, and Rights to Setoff Claims. Give Estimated Value of Each.

| Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|
| Contingent and unliquidated claim against Taxi Affiliation Services LLC with respect to members' deposits | | $755,264.23 (as of 4/14/2015) |
| Claim/lawsuit against Dispatch Taxi Affiliation LLC, Evgeny Freidman, et al.; the Circuit Court of Cook County, Illinois County Dept., Law Division, Case No. 2013 L 014142 | | In excess of $1,000,000 |
| Claim/lawsuit against the City of Chicago; U.S. District Court for the Northern District of Illinois Eastern Division, Civil Action No. 14-CV-00827 | | Unknown |
| Claim/lawsuit against UBER Technologies, Inc.; U.S. District Court for the Northern District of Illinois Eastern Division, Civil Action No. 12-CV-7967 | | Unknown |
| Unliquidated claim against QBE/Clarendon National Insurance Company and QBE/Praetorian concerning deducible amount associated with insurance policies for year 2006, 2007 and 2010 | | Unknown |

## No. 29 - Machinery, Fixtures, Equipment and Supplies Used in Business

| Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|
| Approximately 1600 mobile data terminals installed in taxis of Debtor's members | | $535,530.00 |
| Approximately 1600 mobile dispatch radios installed in taxis of Debtor's members Approximately 50 air cards | | $320,506.81 |