**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Yellow Cab Affiliation, Inc., | ) | Case No. 15-09539 |
| | ) | The Honorable Carol A. Doyle |
| Debtor | ) | Courtroom No.: 742 |
| | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE**, that on Wednesday, August 26, 2015 at 10:30 a.m., we shall appear before the Honorable Carol A. Doyle, Courtroom 742, in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, or before any other judge who may be sitting in her place and stead and then and there present the attached **MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPOINTMENT OF EXAMINER**, a copy of which is attached and hereby served upon you.

Dated: August 23, 2015                    Respectfully submitted,

**DYKEMA GOSSETT PLLC, counsel to
the Official Committee of Unsecured
Creditors of Yellow Cab Affiliation, Inc.**

By:    /s/ John F. Rhoades
Richard M. Bendix. Jr. (ARDC # 0168130)
Edward S. Weil (ARDC # 6194191)
Maria A. Diakoumakis (ARDC # 6289309)
John F. Rhoades (ARDC # 6309999)
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606
Tel: (312) 876-1700 | Fax: (312) 876-1155
rbendix@dykema.com
eweil@dykema.com
mdiakoumakis@dykema.com
jrhoades@dykema.com

1

## CERTIFICATE OF SERVICE

John F. Rhoades, an attorney, certifies that on the 23rd day of August, 2015, he caused a copy of the **MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPOINTMENT OF EXAMINER**, to be filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the filing receipt, including the attorney for the Debtor and the United States Trustee for this District, as follows:

Courtney E Barr on behalf of Creditor Illinois Insurance Guaranty Fund
cbarr@lockelord.com, chicagodocket@lockelord.com;;pwilliams@lockelord.com

Richard M Bendix, Jr on behalf of Creditor Committee Official Committee Of Unsecured Creditors
rbendix@dykema.com

Shelly A. DeRousse on behalf of Creditor Deborah Jacobs
sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Shelly A. DeRousse on behalf of Creditor Marc Jacobs
sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Maria A Diakoumakis on behalf of Creditor Committee Official Committee Of Unsecured Creditors
mdiakoumakis@dykema.com, DocketCH@dykema.com

Joseph D Frank on behalf of Creditor Clifford Law Offices, P.C.
jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com

Frances Gecker on behalf of Creditor Clifford Law Offices, P.C.
fgecker@fgllp.com, csmith@fgllp.com

Matthew T. Gensburg on behalf of Debtor Yellow Cab Affiliation, Inc.
MGensburg@dandgpc.com, chidocket@gtlaw.com;ChiBkyDocket@gtlaw.com

E. Philip Groben on behalf of Creditor Louber Claude Boungou-Tssakala
pgroben@cohenandkrol.com, trotman@cohenandkrol.com;jneiman@cohenandkrol.com

John W Guzzardo on behalf of Creditor American Country Insurance Company
jguzzardo@shawfishman.com, mlites@shawfishman.com

Carrie A Hall on behalf of Creditor Michael Best & Friedrich LLP

2

cahall@michaelbest.com, jdschirmer@michaelbest.com

Fred R Harbecke on behalf of Creditor Angela Martinez
fredrharbecke@sbcglobal.net

Fred R Harbecke on behalf of Creditor Elizabeth Martinez
fredrharbecke@sbcglobal.net

Martin S Kedziora on behalf of Debtor Yellow Cab Affiliation, Inc.
kedzioram@gtlaw.com,
hernandezden@gtlaw.com;CHILitDock@GTLAW.com;doranb@gtlaw.com

Timothy Keiser on behalf of Creditor Sharon Kwon
tkeiser@gwclaw.com, ghooker@gwclaw.com

Maureen J Kelly on behalf of Creditor Muriel Cameron
maureenjkelly@3kellyslaw.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Caren A Lederer on behalf of Creditor Leslie Ann Barr-Dewhurst
calederer@golanchristie.com, mperez@golanchristie.com

Shannon Liss-Riordan on behalf of Creditor Peter A Enger
sliss@llrlaw.com

Annie W Lopez on behalf of Petitioning Creditor West Bend Mutual Insurance Company a/s/o J & R Liquor & Food Basic Buy, Inc.
alopez@walinskilaw.com

Mark Mordini on behalf of Creditor Cornelus Ezeagu
markmordini@msvemail.com

Francis J. Pendergast, III on behalf of Creditor Dustin Heestand
fpendergast@crowleylamb.com, ibenavides@crowleylamb.com;docket@crowleylamb.com

Nancy A Peterman on behalf of Attorney Greenberg Traurig, LLP
petermann@gtlaw.com, ChiBkyDocket@gtlaw.com;greenbergc@gtlaw.com

Nancy A Peterman on behalf of Debtor Yellow Cab Affiliation, Inc.
petermann@gtlaw.com, ChiBkyDocket@gtlaw.com;greenbergc@gtlaw.com

John Rhoades on behalf of Creditor Committee Official Committee Of Unsecured Creditors
jrhoades@dykema.com

Brian L Shaw on behalf of Creditor American Country Insurance Company
bshaw@shawfishman.com, jbunton@shawfishman.com

Jeffrey Snell on behalf of U.S. Trustee Patrick S Layng
jeffrey.snell@usdoj.gov

Michael M Tannen on behalf of Creditor Michael M. Tannen
mtannen@tannenlaw.com, adminassistant@tannenlaw.com

Michael M Tannen on behalf of Interested Party Yellow Group LLC
mtannen@tannenlaw.com, adminassistant@tannenlaw.com

Esther E Tryban Telser on behalf of Creditor City of Chicago
etrybantelser@cityofchicago.org

Steven A Wade on behalf of Creditor Jessica L. Edwards
swade@anesilaw.com, cathyhe@uawlsp.com;lsingleton@anesilaw.com

Edward S Weil on behalf of Creditor Committee Official Committee Of Unsecured Creditors
eweil@dykema.com

Barbara L Yong on behalf of Creditor Leslie Ann Barr-Dewhurst
blyong@golanchristie.com, mperez@golanchristie.com;myproductionss@gmail.com


Dated:  August 23, 2015                             /s/ John F. Rhoades
                                                    John F. Rhoades

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Yellow Cab Affiliation, Inc., | ) | Case No. 15-09539 |
| | ) | The Honorable Carol A. Doyle |
| Debtor | ) | Courtroom No.: 742 |
| | ) | |

## MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPOINTMENT OF EXAMINER

The Official Committee of Unsecured Creditors (the "Committee") of Yellow Cab Affiliation, Inc., by and through its undersigned attorneys, hereby submits this motion for entry of an order appointing an examiner pursuant to section 1104(c) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"). In support of the Motion, the Committee states as follows.

### Jurisdiction and Venue

The United States Bankruptcy Court for the Northern District of Illinois (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 157. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. § 1408. The statutory bases for the relief requested herein are sections 1104(c) and 1106 of the Bankruptcy Code, and rule 2007.1(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

### Relief Requested

The Committee seeks entry of an order appointing an examiner pursuant to section 1104(c) of the Bankruptcy Code to investigate the relationships between the Debtor and its Affiliates (defined herein) and other entities. Such an investigation will reduce the administrative

expenses which the estate will incur if the present dispute between the Committee, on the one hand, and the Debtor and its Affiliates and other entities, on the other hand, continues unabated.

Committee counsel has consulted regarding the terms of an order appointing an examiner with the Debtor's counsel and counsel for the Debtor's affiliates, which include Taxi Affiliation Services, Inc.; Yellow Group LLC; Taxi Medallion Management LLC; PeopleMover, Inc.; Yellow Cab Partners LLC; Transit General Insurance Co.; Taxi Works LLC; Transit Funding Associates LLC; Transit Funding Associates 2 LLC; Transit Funding Associates 3 LLC; Transit Funding Associates 4 LLC; Transit Funding Associates 5 LLC; Transit Funding Associates 6 LLC; Chicago Taxi Medallion Management, Inc.; American United Taxi Affiliation, Inc.; Blue Diamond Taxi Association, Inc.; Metro Cabs 1 LLC (collectively, the "Affiliates"). The law firm of MoloLamken LLP represents the Affiliates and has accepted subpoenas on their behalf. Bruce R. Zirinsky and Michael M Tannen appeared on behalf of Yellow Group LLC. (Docket Nos. 98, 99). Committee counsel, the Debtor's counsel, and counsel for the Affiliates are working together on a draft order regarding the appointment of an examiner. If the parties cannot come to an agreement on all of the terms of such an order, they may submit separate proposed orders.

## CONCLUSION

The Court should enter an order appointing an examiner pursuant to section 1104(c) of title 11 of the Bankruptcy Code to investigate the Debtor and the relationships between the Debtor and its Affiliates and other entities.

3

Dated:  August 23, 2015                                  Respectfully submitted,

DYKEMA GOSSETT PLLC                                      THE OFFICIAL COMMITTEE OF
Richard M. Bendix, Jr. (ARDC #0168130)                   UNSECURED CREDITORS
Edward S. Weil (ARDC #6194191)
John F. Rhoades (ARDC #6309999)                          By: /s/  John F. Rhoades
10 S. Wacker Drive, Suite 2300                           One of its attorneys
Chicago, IL 60603
T: (312) 876-1700 | F: (312) 876-1155
rbendix@dykema.com
eweil@dykema.com
jrhoades@dykema.com