## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Yellow Cab Affiliation, Inc., | ) | Case No. 15-09539 |
| | ) | The Honorable Carol A. Doyle |
| Debtor | ) | Courtroom No.: 742 |
| | ) | |

### STATEMENT OF YELLOW CAB AFFILIATION, INC. REGARDING DIFFERENCES BETWEEN THE DRAFTS OF THE ORDER APPOINTING AN EXAMINER SUBMITTED YELLOW CAB AFFILIATION, INC. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Yellow Cab Affiliation, Inc. (the "Debtor") hereby submit for the Court's consideration this Statement of the Debtor Regarding Differences Between Their Respective Drafts of the Order Appointing an Examiner. This submission is intended to highlight for the Court's convenience, and without commentary, the differences between the draft Orders Appointing Examiner (the "Order") proposed by the Debtor and the Committee, which draft orders are attached hereto as Exhibit A (Debtor's Version) and Exhibit B (Committee's Version), respectively.

**Introduction:**

1.  (Debtor's Version): The introductory paragraph of the Debtor's Version of the Order is identical to the Committee's Version of the Order, with the exception that after the defined term "("the Motion")" it adds "*and with agreement of Yellow Cab Affiliation, Inc. (the "Debtor")*"

**Scope of Examination:**

2.  Paragraph I.A.: The debtor ("Debtor") objects to the language in paragraph I(A)(1)(b) of the Committee's Version.

-1-

    a. (Debtor's Version) – "*The Examiner shall investigate any and all transactions between Yellow Cab Affiliation, Inc.'s (the "Debtor") and the entities listed on Exhibit "A" hereto (the "Affiliates"), including without limitation the following:*"

    b. (Committee's Version) – "*The Examiner shall investigate (a) any and all relationships between the Debtor and the entities listed on Exhibit A hereto ("<u>Affiliates</u>"), and (b) the structure of the Debtor's overall business enterprise with the Affiliates, including, without limitation, the following:*"

3.    <u>Paragraphs I.A.1.-9.</u>: Except as is noted in more detail in this Statement, many of the areas of investigation in the Debtor's and the Committee's version of the Order are the same. However, the order in which these areas of investigation are listed differ.

4.    <u>Paragraphs I.A.1. & 8. (Debtor's Version)</u>: The Debtor's version of the Order has two separate areas of investigation found in Paragraphs I.A.1. and I.A.8. These areas of investigation are merged in Paragraph I.A.1. of the Committee's Version.

5.    <u>Paragraph I.A.2. (Debtor's Version)</u>: Paragraph I.A.2. of the Debtor's version of the Order is an area of investigation not included in the Committee's version of the Order.

6.    <u>Paragraph I.A.3. (Committee's Version)</u>: Paragraph I.A.3. of the Committee's Version of the Order is an area of investigation not included in the Debtor's Version of the Order.

**Examiner's Budget**

7.    <u>Paragraph III.A. (Committee's Version)</u>: The following last sentence of the Committee's Version of Paragraph III.A. of the Order has not been included in the Debtor's Version of the Order, i.e., "*The Debtor shall establish a mechanism for compensation the Examiner and its professionals, if any.*"

8. <u>Paragraph III.A. (Debtor's Version)</u>: The following last sentence of the Debtor's Version of Paragraph III.A. of the Order has not been included in the Committee's Version of the Order, i.e., "*The Examiner and any professionals whom the Examiner retains will not incur fees or expenses in excess of the Budget.*"

**Coordination**

9. <u>Paragraph VIII.A. (Debtor's Version)</u>: Paragraph VIII.A. of the Debtor's Version of the Order reads as follows: "*Before commencing its investigation, the Examiner shall meet and confer separately with each of the Debtor and the Debtor's Professionals, the Committee's professionals, the Affiliates and the Affiliates professionals, the equity holders and the equity holders' professionals, the U.S. Trustee, and any other party in interest who has appeared in the Case and who sends the Examiner a written request for a meeting.*"

10. <u>Paragraph VIII.A. (Committee's Version)</u>: Paragraph VIII.A. of the Committee's Version of the Order reads as follows: "*Before commencing its investigation, the Examiner shall meet and confer separately with each of the Debtor, the Debtor's Professionals, the Committee's professionals, representatives of Yellow Group, counsel who has filed an appearance on behalf of any one or more of the Affiliates, the U.S. Trustee, and any other party in interest who has appeared in the Case and who sends the Examiner a written request for a meeting.*"

11. <u>Paragraph VIII.B. (Debtor's Version)</u>: Paragraph VIII.B. of the Debtor's Version of the Order reads as follows: "*During the term of the Examiner's appointment, the Committee shall temporarily suspend its investigations of the prepetition acts, conduct, assets, liabilities, and financial condition of the Debtor and any other matter covered by the scope of the Examiner's investigation during the term of the Examiner's appointment. Such suspension shall not prevent the Committee and its counsel from (1) cooperating with the Examiner, and (2) attending hearings*

*relating to the Examiner and the Examiner's investigation, including, without limitation, (a) the appointment of the Examiner, (b) the Budget (including any amendment to the Budget), and (c) the Examiner's investigation, (d) the Examiner's report, and (e) the extension or termination of the Examiner's appointment, and (3) prosecuting or defending any pending motions, including, without limitation, the pending motions to (a) compel discovery from the Debtor and the Affiliates, (b) to prohibit transfers to insider, or other motions.* After the completion of the hearing on the Examiner's report, the Court will determine what investigations, if any, the Unsecured Creditor's Committee may pursue."

12. <u>Paragraph VIII.B. (Committee's Version)</u>: Paragraph VIII.B. of the Committee's Version of the Order reads as follows: *"During the term of the Examiner's appointment, the Committee shall temporarily suspend its investigation of any other matter within the scope of the Examiner's investigation. Such suspension shall not prevent the Committee and its counsel from (1) cooperating with the Examiner, (2) attending meetings between the Examiner and other entities at the Examiner's request, (3) attending hearings relating to the Examiner including, without limitation, (a) the appointment of the Examiner, (b) the Budget (including any amendment to the Budget), and (c) the Examiner's investigation, (d) the Examiner's report, and (e) the extension or termination of the Examiner's appointment (4) initiating or continuing investigation(s) of matters outside the scope of the Examiner's investigation, (5) prosecuting or defending any pending motions, including, without limitation, the pending motions to (a) compel discovery from the Debtor and from the Affiliates, (b) to prohibit transfers to insider, or other motions; (6) reviewing documents produced by the Debtor or by the Affiliates either in discovery or at the request of the Examiner, or (7) discharging the Committee's statutory duties set forth in the Code."*

13. <u>Paragraph VIII.C. (Debtor's Version)</u>: Paragraph VIII.C. of the Debtor's Version of the Order is the same as Paragraph VIII.C. of the Committee's Version of the Order except that it starts as follows: "*Subject to the consent of the Examiner, . . .*"

          YELLOW CAB AFFILIATION, INC.

          By: _____
             One of Its Attorneys

          Nancy A. Peterman (ARDC # 6208120)
          Martin S. Kedziora (ARDC # 6300162)
          GREENBERG TAURIG, LLP
          77 West Wacker Drive, Suite 3100
          Chicago, Illinois  60601
          (312) 456-8400
          (312) 456-8435 (fax)
          petermann@gtlaw.com
          kedzioram@gtlaw.com

          Matthew T. Gensburg (ARDC # 6187247)
          DALE & GENSBURG, P.C.
          200 West Adams Street, Suite 2425
          Chicago, Illinois 60606
          Phone:  312-263-2200
          Fax:  312-263-2242
          mgensburg@dandgpc.com