**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Yellow Cab Affiliation, Inc.,<br><br>Debtor. | Chapter 11<br>Case No. 15-09359<br>The Honorable Carol A. Doyle<br><br>**Declaration of Gary Sakata in Support of the Opposition of the 18 Subpoenaed Companies to the Committee of Unsecured Creditors' Motion to Compel** |

GARY SAKATA, under penalty of perjury pursuant to 28 U.S.C. § 1746, declares:

1. Since 2011, I have been the secretary and treasurer of Yellow Cab Affiliation, Inc., an Illinois corporation. I perform my duties out of Yellow Cab Affiliation, Inc.'s headquarters located at 3351 West Addison Street, Chicago, Illinois 60618. I have also been Chief Financial Officer of Taxi Affiliations Services, LLC ("TAS") since that time.

2. I submit this declaration in support of the Opposition of the 18 Subpoenaed Companies in Opposition to the Committee of Unsecured Creditors' Motion to Compel. Except where otherwise indicated, the statements in this declaration are based on my personal knowledge.

3. My responsibilities as Chief Financial Officer of TAS including preparing annual financial statements. As part of these responsibilities, I have acquired intimate knowledge of TAS's financial record keeping, including the General Ledger database known as the "Great Plains" server and the cashiering database that tracks funds received by TAS at its cashier windows.

1

4. All financial transactions conducted by TAS are entered into the General Ledger. This includes transactions for which TAS is providing "back-office" support for various taxicab affiliations.

5. The General Ledger is a database and not a static document. The General Ledger is, however, capable of running reports. The information displayed in these reports depends upon the inputs that a user plugs into the General Ledger database. The reports can be displayed in a variety of file formats, including Microsoft Excel.

6. On September 4, 2015, I supervised a TAS employee as he pulled a report from the TAS General Ledger. I instructed the employee on what kind of report to run and what inputs. Specifically, I instructed the employee to run a report showing all transactions for codes "00" and "10," which are the codes that we use to identify TAS. I also instructed the employee to run the report to cover the time period from January 1, 2011 until March 31, 2015. Finally, I instructed that the employee instruct the General Ledger to export the report in Microsoft Excel format. This report was then transmitted to counsel at MoloLamken LLP.

7. I have generated reports from TAS's cashiering database. These reports show all money collected at TAS's windows for dues paid to Yellow Cab Affiliation, Inc. from 2011-2014.

8. Finally, I have supervised the generation of reports from TAS's General Ledger showing all expenses allocated to Yellow Cab Affiliation, Inc. from 2011-2014.

9. In combination, these documents show every dollar received by or paid by Yellow Cab Affiliation, Inc. over the specified time periods. This includes dues payments to the Debtor (including dues payments allocated from lease payments by drivers of taxicabs operating under Taxi Medallion Management up until 2013), payments made to Taxi Works for the instal-

2

lation and maintenance of radio equipment, and payments made to Transit General for insurance premiums.

10. The General Ledger report described in paragraph 6 also shows all transactions recorded by TAS over the specified time period, whether or not related to Yellow Cab Affiliation, Inc.

11. TAS also processes credit card payments made by passengers to drivers of taxicabs. TAS maintains records of these payments. These records are stored electronically on TAS's servers.

12. Taxi Medallion Management also maintains financial statements, which show money paid to or from Taxi Medallion Management. These records are stored electronically on TAS's servers.

13. Yellow Cab Affiliation, Inc. produces its own individual tax returns. TAS, Taxi Medallion Management, Yellow Group LLC, Taxi Works LLC, and other companies not subpoenaed in this matter have individual financial statements that are consolidated into one financial for Yellow Group LLC that is used to prepare the Yellow Group LLC tax return. I generate the financial statements and then eliminate intercompany transactions to generate the consolidated financial statement for Yellow Group LLC. In other words, data about each company in the consolidated financial document is the same as the individual financial data maintained on TAS's servers.

14. As CFO of TAS, I reviewed an invoice from Driven, Inc. relating to this matter. The invoice was for $48,834.73.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed:   September 9, 2015
            Chicago, Illinois

                                                                           Gary Sakata