**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 15-09359 |
| Yellow Cab Affiliation, Inc., | The Honorable Carol A. Doyle |
| Debtor. | **Declaration of John Moberg in Support of the Opposition of the 18 Related Companies to the Committee of Unsecured Creditors' Motion to Compel** |

JOHN MOBERG, under penalty of perjury pursuant to 28 U.S.C. § 1746, declares:

1. I am President of Taxi Affiliation Services, LLC.

2. I submit this declaration in support of the Opposition of the 18 Subpoenaed Companies in Opposition to the Committee of Unsecured Creditors' Motion to Compel. Except where otherwise indicated, the statements in this declaration are based on my personal knowledge.

3. I have been President of Taxi Affiliation Services, LLC since 2010. Prior to assuming that position, I served as President of Wolley Cab Association.

**Taxicab Affiliations, Including Yellow Cab Affiliation, Inc.**

4. In the City of Chicago, taxicabs are owned and operated by individuals or corporations that own taxicab medallions—licenses to operate taxicabs.

5. Some corporations own as few as one medallion.

6. Taxicab affiliations, including Yellow Cab Affiliation, Inc., do not own taxicabs or operate taxicabs.

7. Medallion holders are members in taxicab affiliations. They are sometimes referred to as "Affiliates" of taxicab affiliations. The term "Affiliates" does *not* mean that the me-

1

dallion holders are related companies to the taxicab affiliation. Affiliates are *members* of the taxicab affiliation, and I will use the term "Members" to refer to them in this declaration.

8. Drivers lease medallions from Members on a daily basis. Drivers collect fares from transporting passengers, and the drivers keep those fares. Drivers pay to the Member a lease payment. Taxicab affiliations, including Yellow Cab Affiliation, Inc., do not receive either fares or lease payments and do not take part in these transactions.

9. Members also can earn revenue from advertising in taxicabs. Again, taxicab affiliations, including Yellow Cab Affiliation, Inc., do not receive this revenue and are not parties to these contracts. Yellow Cab Affiliation, Inc. does introduce Members to advertisers, but it receives no payment for providing these introductions.

10. Yellow Cab Affiliation, Inc. has been a taxicab affiliation in Chicago since 1996.

**Companies Related to the Yellow Cab Affiliation, Inc.**

11. I understand that the Committee of Unsecured Creditors has subpoenaed 18 companies related to (meaning, with some ownership in common with) Yellow Cab Affiliation, Inc. for documents.

12. Some of these companies do business with Yellow Cab Affiliation, Inc. Others do not.

13. **Taxi Affiliation Services, LLC ("TAS")** provides accounting and back-office functions to Yellow Cab Affiliation, Inc. It also maintains Yellow Cab Affiliation, Inc.'s books and records and provides IT support. TAS collects dues payments from Members of Yellow Cab Affiliation, Inc. It applies those dues payments to expenses incurred by Yellow Cab Affiliation, Inc., such as expenses for supporting the operation of Yellow Cab Affiliation, Inc.'s dispatch system. Further, TAS licenses the yellow trademark and trade dress from Yellow Group LLC

and sublicenses the use of that intellectual property to Yellow Cab Affiliation, Inc. Finally, TAS maintains electronic servers that house the e-mail communications and electronic documents of its own employees, Yellow Cab Affiliation, Inc.'s employees, and employees of certain other companies. TAS provides these services pursuant to a services agreement, and under that agreement it receives fees from Yellow Cab Affiliation, Inc. Other than this list of services, TAS conducts no other business with Yellow Cab Affiliation, Inc. TAS provides various services to assist Members and provides advice to Members, and the labor for these services is charged to the Debtor.

14. TAS has been providing these services to Yellow Cab Affiliation, Inc. since August 2006.

15. TAS also processes credit card payments received by taxicab drivers. TAS pays this money directly to the drivers, collecting a small processing fee for this service. It is not provided to Yellow Cab Affiliation, Inc. In the past four years, TAS has processed millions of credit card transactions.

16. TAS provides back-office support and dispatch services to 11 other taxicab affiliations.

17. **Transit General Insurance Company** ("Transit General") has sold insurance policies to Yellow Cab Affiliation, Inc. beginning in 2013. Transit General conducts no other business with Yellow Cab Affiliation, Inc.

18. Transit General sells similar insurance policies to other taxicab affiliations. Transit General also sells collision insurance policies and bonds to medallion holders who are Members of many taxicab affiliations, including Yellow Cab Affiliation, Inc. These policies do not cover Yellow Cab Affiliation, Inc., and Yellow Cab Affiliation, Inc. is not a party to these

3

policies. Of the taxicab affiliations that I am familiar with, none direct or suggest members to obtain policies from Transit General.

19. Transit General maintains claim files for insurance claims made against Members members of taxicab affiliations, including Yellow Cab Affiliation, Inc. Claim files include written communications from attorneys to the insurance company. From my dealings with Transit General employees, I understand that it possesses tens of thousands of claim files.

20. Transit General also keeps records of loss ratios, which show the ratio of dollars paid in claims relative to the dollars received in premiums for a given policy. Transit General maintains records of loss ratios for Yellow Cab Affiliation, Inc., as well as other entities.

21. **Taxi Works LLC** installs radio equipment in taxicabs operated by Members of numerous taxicab affiliations in Chicago, including Yellow Cab Affiliation, Inc. This expense is billed to the applicable taxicab affiliation. Taxi Works also paints some Members' cars when they join the Debtor's affiliation, and the Debtor pays for this cost. Taxi Works conducts no other business with Yellow Cab Affiliation, Inc. Taxi Works charges the same price for its services to every affiliation.

22. Taxi Works also installs credit card readers and meters in taxis owned by Members of most (if not all) taxicab affiliations in Chicago, including Yellow Cab Affiliation, Inc. This expense is billed to the Members and not the taxicab affiliation.

23. Until 2013, **Taxi Medallion Management, LLC** managed medallions for Members in three taxicab affiliations, including 600 Members of Yellow Cab Affiliation, Inc. In exchange for receiving a fixed monthly fee, Members allowed Taxi Medallion Management to manage the day to day operations of their taxicab business. Taxi Medallion Management earned revenue through lease payments from the drivers. TAS collected those lease payments and ap-

4

plied a portion of that revenue to cover the dues owed by the corresponding Member. Taxi Medallion Management also arranged for advertising in the taxicabs and collected the revenue from that advertising. Taxicab affiliations, including Yellow Cab Affiliation, Inc., do not take part in procuring this advertising or share in the revenue. After 2013, Taxi Medallion Management began subcontracting out management of medallions to others. It began collecting a $3 per medallion referral fee from taxicab affiliations, including Yellow Cab Affiliation, Inc.

24.     **Wolley Cab Association, Inc.; Blue Diamond Taxi Association, Inc.; Metro Cabs 1 LLC;** and **American United Taxi Affiliation, Inc.** are taxi affiliations. These affiliations also contract with TAS for back-office support and other services pursuant to a services agreement. Dispatch employees from these other affiliations sometimes handle overflow from Yellow Cab Affiliation, Inc.'s dispatch system when it is overwhelmed with calls. Conversely, Yellow Cab Affiliation, Inc.'s dispatch sometimes handles overflow from these other affiliations. TAS allocates the costs associated with this overflow work. Wolley, Blue Diamond, Metro Cabs, and American United do not directly conduct business with Yellow Cab Affiliation, Inc. Because TAS provided common services to these affiliations and Yellow Cab Affiliation, Inc., it would first make an initial estimated expense allocation to each affiliation. TAS would later conduct a "true up" to determine the actual expenses incurred by each affiliation. Affiliations whose expenses were initially estimated below the actual expenses would owe money, and affiliations whose expenses were initially estimated above their actual expenses would be owed money.

25.     **Transit Funding Associates LLC, Transit Funding Associates 2 LLC, Transit Funding Associates 3 LLC, Transit Funding Associates 4 LLC, Transit Funding Associates 5 LLC,** and **Transit Funding Associates 6 LLC** provide loans to purchasers of taxi medallions

5

in the Chicago market. Most of their customers are small, minority-owned businesses. Some own medallions that are Affiliate members of Yellow Cab Affiliation, Inc. Others are affiliate members of other taxicab affiliations. None of these companies loaned money to any taxicab affiliation, including Yellow Cab Affiliation, Inc.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed:   September 9, 2015
            Chicago, Illinois

_____
John Moberg