# EXHIBIT B

June Monthly Invoices

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED CREDITORS    JULY 10, 2015
OF YELLOW                                    CLIENT-MATTER NO. 111914-0001
MR. MARC JACOBS                              INVOICE NO.  1641012
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  ADVERSARY PROCEEDINGS**

DISBURSEMENTS ......................................................    28.20

**TOTAL AMOUNT DUE...............................................$**       **28.20**

OFFICIAL COMMITTEE OF UNSECURED CREDITORS    CLIENT-MATTER NO.   111914-0001
OF YELLOW
JULY 10, 2015                              INVOICE NO.  1641012
                                                PAGE NO.  2

**DISBURSEMENTS**

PHOTOCOPY EXPENSES                              **28.20**

**TOTAL DISBURSEMENTS...................................$     28.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW
JULY 10, 2015

CLIENT-MATTER NO.    111914-0001
ADVERSARY PROCEEDINGS
INVOICE NO.  1641012
PAGE NO.  3


DISBURSEMENTS....................................................        28.20


**TOTAL AMOUNT DUE..............................................** $          **28.20**


**D**YKEMA**G**OSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**


**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:_____    DATE:_____    AMOUNT:_____**


**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

JULY 10, 2015
CLIENT-MATTER NO. 111914-0002
INVOICE NO.  1641013

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  ASSET ANALYSIS AND RECOVERY**

FEES .......................................................................... $        130.00

**TOTAL AMOUNT DUE.............................................. $       130.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS     CLIENT-MATTER NO.   111914-0002
OF YELLOW
JULY 10, 2015                                 INVOICE NO.  1641013
                                             PAGE NO.  2


**RE:  ASSET ANALYSIS AND RECOVERY**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/08/15 | RMB | REVIEW ARTICLE DISCUSSING ABILITY TO ASSUME AND ASSIGN TRADEMARK LICENSES | **0.20** |

**TOTAL ATTORNEY & PARALEGAL TIME**....................................................... **0.20**
**TOTAL LEGAL FEES** ...............................................................$ **130.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS    CLIENT-MATTER NO.    111914-0002
OF YELLOW
JULY 10, 2015                                                                  INVOICE NO.  1641013
                                                                              PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 0.20 | 650.00 | 130.00 |
| | **TOTAL** | **0.20** | | **130.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW
JULY 10, 2015

CLIENT-MATTER NO.   111914-0002
ASSET ANALYSIS AND RECOVERY
INVOICE NO.  1641013
PAGE NO.  4

FEES ......................................................................$      130.00

**TOTAL AMOUNT DUE..............................................$    130.00**

**D**YKEMA**G**OSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:_____     DATE:_____     AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

JULY 10, 2015
CLIENT-MATTER NO. 111914-0005
INVOICE NO.  1641014

*FOR PROFESSIONAL SERVICES RENDERED*

## RE:  CASE ADMINISTRATION

FEES ........................................................................ $     1,097.00

DISBURSEMENTS .....................................................      8.60

**TOTAL AMOUNT DUE**............................................... $     **1,105.60**

DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS   CLIENT-MATTER NO.   111914-0005
OF YELLOW
JULY 10, 2015                                INVOICE NO.  1641014
                                            PAGE NO.  2

## RE:  CASE ADMINISTRATION

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/09/15 | JFRH | ANALYZE MOTION AND DRAFT ORDER TO ENLARGE THE TIME FOR THE DEBTOR TO FILE NOTICES OF REMOVAL OF CIVIL ACTIONS | 0.40 |
| 06/09/15 | RMB | SEND EMAIL TO MATT GENSBURG ASKING ABOUT STATUS OF DEBTOR'S MONTHLY OPERATING REPORT COVERING PETITION DATE THROUGH APRIL 30, 2015 | 0.10 |
| 06/09/15 | RMB | REVIEW DEBTOR'S MOTION TO EXTEND TIME TO REMOVE LAWSUITS TO DISTRICT COURT AND SEND EMAIL TO COMMITTEE MEMBERS RECOMMENDING ███████████ | 0.30 |
| 06/10/15 | RMB | CALL MATT GENSBURG TO ASK WHEN HE WILL BE FILING THE DEBTOR'S FIRST MONTHLY OPERATING REPORT | 0.10 |
| 06/10/15 | RMB | REVIEW JOHN RHOADES' SUMMARY OF ALLEGATIONS IN TRANSIT FUNDING V. CAPITAL ONE LAWSUIT | 0.10 |
| 06/17/15 | RMB | SEND EMAIL TO MATT GENSBURG REQUESTING COPIES OF MONTHLY OPERATING REPORTS THAT HE PROMISED TO SEND ME | 0.10 |
| 06/18/15 | RMB | ANALYSIS OF JUDGE DOYLE'S REMARKS REGARDING COMMITTEE' "EPIC BATTLE" WITH DEBTOR | 0.10 |
| 06/19/15 | RMB | SEND EMAIL TO KATIE GLEASON ASKING HER TO CALL MATT GENSBURG ABOUT DELINQUENT MONTHLY OPERATING REPORTS (.10); SEND SAME EMAIL TO STEVE WOLFE AFTER RECEIVING MESSAGE THAT KATIE GLEASON WILL BE OUT OF THE OFFICE UNTIL JUNE 29 (.10); EXCHANGE EMAILS WITH KATIE GLEASON RE DUE DATE FOR MONTHLY OPERATING REPORT FOR MAY, 2015 (.20) | 0.40 |
| 06/23/15 | RMB | REVIEW AND ANALYZE DEBTOR'S MONTHLY OPERATING REPORT FOR PERIOD ENDING APRIL 30, 2015 | 0.20 |
| 06/29/15 | RMB | SEND EMAIL TO KATIE GLEASON RE DEBTOR'S FAILURE TO FILE MONTHLY OPERATING REPORT DUE ON JUNE 21. | 0.10 |

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................   **1.90**
**TOTAL LEGAL FEES** .........................................................................$   **1,097.00**

**DYKEMA**

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW
JULY 10, 2015

CLIENT-MATTER NO. 111914-0005

INVOICE NO. 1641014
PAGE NO. 3

**DISBURSEMENTS**

PRINTING EXPENSES                                    **8.60**

**TOTAL DISBURSEMENTS...................................$      8.60**

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# Dykema

OFFICIAL COMMITTEE OF UNSECURED CREDITORS    CLIENT-MATTER NO.   111914-0005
OF YELLOW
JULY 10, 2015                                INVOICE NO.   1641014
                                                    PAGE NO.   4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|--------|--------|----------|
| RMB | RICHARD M. BENDIX | 1.50 | 650.00 | 975.00 |
| JFRH | JOHN F. RHOADES | 0.40 | 305.00 | 122.00 |
| | **TOTAL** | **1.90** | | **1,097.00** |

**DYKEMA**

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW
JULY 10, 2015

CLIENT-MATTER NO. 111914-0005
CASE ADMINISTRATION
INVOICE NO. 1641014
PAGE NO. 5

| | | |
|---|---|---|
| FEES ........................................................................ | $ | 1,097.00 |
| DISBURSEMENTS ..................................................... | | 8.60 |
| **TOTAL AMOUNT DUE.............................................** | **$** | **1,105.60** |

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:_____   DATE:_____   AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

JULY 10, 2015
CLIENT-MATTER NO. 111914-0007
INVOICE NO.  1641015

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE INVESTIGATIONS**

FEES ......................................................................... $    40,201.00

DISBURSEMENTS ......................................................    976.83

**TOTAL AMOUNT DUE................................................ $    41,177.83**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS    CLIENT-MATTER NO.   111914-0007
OF YELLOW
JULY 10, 2015                                      INVOICE NO.   1641015
                                                       PAGE NO.   2

## RE: CREDITORS' COMMITTEE INVESTIGATIONS

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/01/15 | DAST | ANALYSIS OF DEBTOR'S PROPOSED ESI PROTOCOL AND ASSOCIATED CORRESPONDENCE. | 0.30 |
| 06/01/15 | ESW | REVIEW OF E-DISCOVERY 6-PAGE PROTOCOL LETTER FROM COUNSEL FOR DEBTOR, AND ESI PROPOSED PROTOCOL | 1.20 |
| 06/01/15 | JFRH | DEVELOP STRATEGY FOR INVESTIGATION (.8); ANALYZE RELEVANT LEGAL AUTHORITY RE INVESTIGATION (.6). | 1.40 |
| 06/01/15 | JFRH | CORRESPONDENCE WITH DEBTOR AND D4 RE E-DISCOVERY PROTOCOL, PRESERVATION OBLIGATIONS, CUSTODIANS, AND DOCUMENT PRODUCTION (1.0); ANALYSIS RE SAME (2.3). | 3.30 |
| 06/02/15 | DAST | REVIEW OF D4'S RECOMMENDATIONS RE DISCOVERY PROTOCOLS. | 0.20 |
| 06/02/15 | ESW | TELEPHONE CONFERENCE WITH MR. KELLNER OF D4 RE DISCOVERY PROTOCOL. | 0.30 |
| 06/02/15 | JFRH | CORRESPONDENCE WITH D4 RE ESI PROTOCOL AND SEARCH TERMS. | 0.60 |
| 06/02/15 | JFRH | DEVELOP STRATEGY FOR ESI PROTOCOL, DISCOVERY REQUESTS TO DEBTOR, SEARCH TERMS, SUBPOENAS, AND CUSTODIANS. | 0.70 |
| 06/02/15 | JFRH | ANALYZE RELEVANT AUTHORITY RE ESI. | 0.60 |
| 06/03/15 | ESW | DRAFT RESPONSE TO DEBTOR'S COUNSEL REGARDING DISCOVERY AND AGREEMENT ON E-DISCOVERY PROTOCOL. | 0.60 |
| 06/03/15 | ESW | DRAFT RESPONSE TO DEBTOR'S PROPOSED PROTOCOL. | 0.90 |
| 06/03/15 | ESW | CONDUCT INVESTIGATION INTO DEBTOR'S DEALINGS WITH ITS AFFILIATES. | 1.20 |
| 06/03/15 | JFRH | MEETING WITH D4 RE ESI, DISCOVERY, SEARCH TERMS, AND PROTOCOL. | 3.00 |
| 06/04/15 | ESW | RESPOND TO OBJECTIONS RAISED BY DEBTOR IN RESPONSE TO PROPOSED E-DISCOVERY PROTOCOL PROVIDED BY COMMITTEE, INCLUDING OBJECTION TO PRODUCING DOCUMENTS FROM ELECTRONICALLY-STORED DOCUMENTS ON THE LAPTOP COMPUTERS OF MESSRS. LEVINE AND CORRIGAN. | 0.70 |
| 06/04/15 | RMB | REVIEW AND RESPOND TO EMAIL FROM KEN MALEK ASKING FOR MY AVAILABILITY FOR A CALL TO DISCUSS INFORMATION HE HAS OBTAINED REGARDING THE TAXI CAB MARKET | 0.20 |
| 06/04/15 | RMB | REVIEW INTERVIEW WITH OWNER OF ████████████████████ SENT BY KEN MALEK (.10); CALL WITH KEN MALEK TO ARRANGE A CONFERENCE CALL NEXT WEEK WITH ██████████████████ TO DISCUSS ████████████████ (.30) | 0.40 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS     CLIENT-MATTER NO.   111914-0007
OF YELLOW

JULY 10, 2015                          INVOICE NO. 1641015

PAGE NO. 3

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/05/15 | ESW | REVIEW OF REDLINED ESI PRODUCTION PROTOCOL, AND CONFERENCE WITH MR. KELLNER RE SAME. | **0.40** |
| 06/05/15 | JFRH | DEVELOP SEARCH TERMS FOR COMMITTEE INVESTIGATION. | **1.40** |
| 06/05/15 | JFRH | DRAFT/REVISE ESI PROTOCOL. | **1.20** |
| 06/05/15 | JFRH | ANALYZE DEBTOR'S POSITION RE ESI; DRAFT CORRESPONDENCE TO DEBTOR RE REPRESENTATIONS RE DOCUMENT PRESERVATION, CUSTODIANS, AND ESI. | **1.20** |
| 06/05/15 | SMAL | DRAFT ESI DISCOVERY SEARCH TERMS TO SERVE ON DEBTOR AND AFFILIATES RELATED TO YELLOW CAB'S POTENTIAL ARGUMENTS FOR PIERCING THE CORPORATE VEIL, SUBSTANTIVE CONSOLIDATION, AND DEBTOR'S OTHER POSSIBLE FRAUDULENT ACTIVITIES. | **1.00** |
| 06/06/15 | ESW | WORK ON RESPONSE TO DISCOVERY COMMUNICATION FROM DEBTOR'S DISCOVERY COUNSEL – INCLUDING SCOPE ISSUES, TOPICS ISSUES, ISSUES REGARDING ACCESS TO DATA, ETC. | **0.40** |
| 06/08/15 | ESW | CONDUCT BROAD INVESTIGATION OF YCA'S BUSINESS ACTIVITIES, AND THE COMPETITIVE ISSUES WITH THE 16 AFFILIATIONS IN THE TAXICAB INDUSTRY IN CHICAGO | **4.30** |
| 06/08/15 | ESW | CONFERENCE WITH INDUSTRY REPRESENTATIVE RE COMPETITIVE ISSUES. | **1.00** |
| 06/08/15 | JFRH | PREPARE FOR MEETING WITH INDUSTRY REPRESENTATIVE REGARDING INVESTIGATION INTO DEBTOR'S AFFAIRS (1.4); ATTEND MEETING WITH INDUSTRY REPRESENTATIVE TO DISCUSS SAME (4.8). | **6.20** |
| 06/08/15 | JFRH | ANALYZE DOCUMENTS AND INFORMATION RELATED TO DEBTOR'S AFFILIATES. | **2.20** |
| 06/08/15 | RMB | MEETING WITH INDUSTRY REPRESENTATIVE TO DISCUSS ████████████ | **4.80** |
| 06/09/15 | DAST | REVISIONS TO DRAFT LETTER TO PLAINTIFFS AND E-DISCOVERY PROTOCOL. | **0.40** |
| 06/09/15 | ESW | REVIEW OF NEWLY-FILED LAWSUIT BROUGHT BY YCA AFFILIATE TRANSIT FUNDING ET AL. AGAINST CAPITALONE. | **1.00** |
| 06/09/15 | ESW | REVIEW OF STATUS OF STATE-COURT LITIGATION BROUGHT BY YCA AGAINST UBER AND CITY OF CHICAGO. | **0.30** |
| 06/09/15 | ESW | REVIEW OF STATUS OF JACOBS APPEAL. | **0.40** |
| 06/09/15 | JFRH | CORRESPONDENCE WITH THIRD PARTY RE DEBTOR'S AFFAIRS; ANALYSIS RE POTENTIAL CLAIMS AGAINST DEBTOR, APPEAL, AND INVESTIGATION. | **1.20** |
| 06/09/15 | JFRH | ANALYZE RELATED LITIGATION INVOLVING DEBTOR'S AFFILIATES. | **3.80** |
| 06/09/15 | JFRH | ANALYSIS RE PROPOSED SEARCH TERMS AND A REVISED ESI PROTOCOL. | **1.40** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS    CLIENT-MATTER NO.   111914-0007
OF YELLOW

JULY 10, 2015

INVOICE NO. 1641015

PAGE NO. 4

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/09/15 | RMB | MEET WITH TIM TOMASIK, CO-COUNSEL WITH BOB CLIFFORD FOR MARC AND DEBBIE JACOBS IN THEIR LAWSUIT AGAINST YCA, TO OBTAIN INFORMATION ABOUT STRUCTURE AND OPERATIONS OF YCA | 1.50 |
| 06/09/15 | TT1 | OBTAINED COPY OF COMPLAINT WITH EXHIBITS, MOTION TO DISMISS AND FINAL AND APPEALABLE ORDER OF 6/3/2015 FROM CASE FILE 2015L005103 FOR JOHN RHOADES | 0.40 |
| 06/10/15 | DAST | ANALYSIS OF AND REVISIONS TO PROPOSED KEYWORD SEARCHES. | 0.30 |
| 06/10/15 | ESW | REVIEW OF TFA COMPLAINT AND ATTACHMENTS. | 0.40 |
| 06/10/15 | ESW | CORRESPONDENCE WITH D4 RE RESPONSE TO TECHNICAL COMPONENTS OF MR. DORAN'S LETTER. | 0.30 |
| 06/10/15 | JFRH | DRAFT/REVISE SEARCH TERMS, ESI PROTOCOL, AND CORRESPONDENCE TO DEBTOR. | 1.20 |
| 06/11/15 | JFRH | DEVELOP STRATEGY FOR INVESTIGATION OF DEBTOR'S AFFAIRS. | 1.20 |
| 06/15/15 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL REGARDING DOCUMENT REQUESTS. | 0.20 |
| 06/16/15 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE DISCOVERY ISSUES (0.2); RESPONSE TO DISCOVERY OBJECTIONS OF DEBTORS (0.4). | 0.60 |
| 06/17/15 | ESW | TELEPHONE CONFERENCE WITH COUNSEL FOR POTENTIAL STALKING HORSE BIDDER. | 0.50 |
| 06/17/15 | ESW | TELEPHONE CONFERENCE WITH MR. GENSBURG RE MOTION TO RETAIN EPIQ AND RE DISCOVERY ISSUES. | 0.20 |
| 06/17/15 | JFRH | DEVELOP STRATEGY FOR INVESTIGATION INTO DEBTOR'S AFFAIRS. | 0.50 |
| 06/17/15 | RMB | CALL WITH MATT GENSBURG RE COMMITTEE HAVING NO OBJECTION TO HIS MOTION TO RETAIN AN E-DISCOVERY CONSULTANT AND DEBTOR'S FAILURE TO HAVE PROVIDED ANY FINANCIAL INFORMATION REGARDING DEBTOR'S OPERATIONS | 0.30 |
| 06/18/15 | ESW | PREPARE SUBPOENAS. | 0.30 |
| 06/18/15 | ESW | REVIEW OF SUBSTANTIVE CONSOLIDATION CASELAW. | 0.40 |
| 06/18/15 | JFRH | ATTEND HEARING ON DEBTOR'S MOTION TO EMPLOY EPIQ DISCOVERY SOLUTIONS. | 1.60 |
| 06/18/15 | JFRH | CORRESPONDENCE WITH MR. KLEINMAN RE ISSUES RELATED TO DEBTOR'S MOTION TO EMPLOY E-DISCOVERY CONSULTANT AND COMMITTEE'S INVESTIGATION. | 0.80 |
| 06/18/15 | JFRH | ANALYZE/DRAFT SUBPOENAS TO PARTIES AFFILIATED WITH THE DEBTOR. | 0.30 |
| 06/19/15 | ESW | PREPARE SUBPOENAS. | 0.80 |
| 06/19/15 | JFRH | DRAFT/REVISE SUBPOENAS TO DEBTOR'S AFFILIATES. | 0.40 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS    CLIENT-MATTER NO.   111914-0007
OF YELLOW
JULY 10, 2015

INVOICE NO.  1641015
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/19/15 | SMAL | DRAFT SUBPOENA RIDERS REQUESTING DOCUMENTS FROM THE FOLLOWING YELLOW CAB AFFILIATES: TAS, YELLOW GROUP, PEOPLEMOVER, WOLLEY CAB, TAXI MEDALLION MANAGEMENT, AND YELLOW CAB PARTNERS. | 2.60 |
| 06/21/15 | ESW | REVIEW OF RESPONSES AND OBJECTIONS TO DOCUMENT REQUESTS, AND PREPARE DRAFT RESPONSE. | 1.50 |
| 06/22/15 | ESW | REVIEW OF PROPOSED PROTECTIVE ORDER PROVIDED BY DEBTOR'S COUNSEL (.1); DRAFT COMMENTS AND PROPOSED RESPONSE (.2). | 0.30 |
| 06/22/15 | JFRH | REVISE DRAFT PROTECTIVE ORDER RECEIVED FROM DEBTOR (2.3); CORRESPONDENCE WITH COMMITTEE RE SAME (0.3). | 2.60 |
| 06/22/15 | JFRH | DEVELOP STRATEGY FOR COMMITTEE INVESTIGATION. | 0.60 |
| 06/22/15 | RMB | REVIEW AND RESPOND TO EMAIL FROM MATT GENSBURG TRANSMITTING PROPOSED PROTECTIVE ORDER | 0.10 |
| 06/22/15 | RMB | REVISE JOHN RHOADES' PROPOSED REVISIONS TO DEBTOR'S DRAFT PROTECTIVE ORDER. | 0.50 |
| 06/22/15 | RMB | CALL WITH MAT GENSBURG TO DISCUSS MY PRELIMINARY COMMENTS ON HIS DRAFT PROTECTIVE ORDER AND MY BELIEF THAT THE ORDER IS TOO BROAD | 0.20 |
| 06/23/15 | DAST | EXAMINATION OF REQUESTS MADE BY OPPOSING COUNSEL RE PROTECTIVE ORDER. | 0.40 |
| 06/23/15 | ESW | ANALYZE PROPOSED PROTECTIVE ORDER AND RESTRICTIONS THEREIN (1.2); PROVIDE COMMENTS FOR ANTICIPATED RED-LINE RESPONSE (.3). | 1.50 |
| 06/23/15 | JFRH | DRAFT PROTECTIVE ORDER. | 2.40 |
| 06/23/15 | JFRH | ANALYZE DEBTOR'S ANSWERS TO DISCOVERY REQUESTS. | 0.80 |
| 06/24/15 | ESW | REVIEW OF OBJECTIONS TO COMMITTEE'S DOCUMENT REQUESTS FILED BY DEBTOR (.4); DRAFT COMMENTS FOR MEET AND CONFER LETTER (.9). | 1.30 |
| 06/24/15 | JFRH | CORRESPONDENCE WITH CLIENT RE DRAFT PROTECTIVE ORDER. | 0.40 |
| 06/24/15 | JFRH | DRAFT/REVISE PROTECTIVE ORDER. | 1.20 |
| 06/25/15 | DAST | REVIEW OF CORRESPONDENCE WITH DEBTOR RE ESI PROTOCOLS. | 0.20 |
| 06/25/15 | DAST | REVISIONS TO ESI LETTER TO DEBTOR. | 0.20 |
| 06/25/15 | ESW | WORK ON EDITS TO RED-LINE OF DEBTOR'S PROPOSED PROTECTIVE ORDER. | 0.40 |
| 06/25/15 | ESW | CONSIDERATION OF OBJECTIONS RAISED BY DEBTOR IN RESPONSE TO COMMITTEE'S FIRST REQUEST FOR DOCUMENTS. | 0.40 |
| 06/25/15 | ESW | DRAFT TERMS OF MEET AND CONFER LETTER IN RESPONSE TO SUCH OBJECTIONS. | 0.70 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS     CLIENT-MATTER NO.   111914-0007
OF YELLOW
JULY 10, 2015

INVOICE NO. 1641015
PAGE NO. 6

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/25/15 | JFRH | DEVELOP STRATEGY FOR DOCUMENT REQUESTS TO THIRD PARTIES (.6); ANALYZE RELEVANT INFORMATION RE THIRD PARTIES WITH POTENTIALLY RELEVANT INFORMATION (.5); DRAFT ADDITIONAL SUBPOENAS (.5). | 1.60 |
| 06/25/15 | JFRH | DRAFT MEET AND CONFER LETTER REGARDING DEBTOR'S FAILURE TO RESPOND TO COMMITTEE'S PROPOSED ESI PROTOCOL. | 0.80 |
| 06/26/15 | DAST | REVISIONS TO AND ADDITIONAL DRAFTING OF SPECIFICATIONS FOR SUBPOENA TO AFFILIATES. | 0.40 |
| 06/26/15 | ESW | BEGIN WORK ON RESPONSE TO OBJECTIONS TO DOCUMENT REQUESTS, INCLUDING BEGIN PREPARATION OF MEET AND CONFER LETTER. | 0.80 |
| 06/26/15 | JFRH | DRAFT DOCUMENT REQUESTS FOR THIRD-PARTY SUBPOENAS (.3); DEVELOP STRATEGY RE THIRD-PARTY DISCOVERY (.3); CORRESPONDENCE WITH ATTORNEYS FOR THIRD-PARTIES RE SERVICE OF SUBPOENAS (.2). | 0.80 |
| 06/26/15 | JFRH | ANALYZE DOCUMENT PRODUCTION RECEIVED FROM DEBTOR. | 1.40 |
| 06/26/15 | JFRH | PREPARE FOR AND ATTEND CALL WITH DEBTOR'S COUNSEL TO DISCUSS DRAFT PROTECTIVE ORDER. | 1.80 |
| 06/28/15 | EKK1 | CREATION OF DOCUMENT PRODUCTION TRACKING DATABASE IN RELATIVITY. | 0.80 |
| 06/29/15 | DAST | COORDINATION OF REVIEW DATABASE SETUP (.1); REVIEW DESIGN (.1). | 0.20 |
| 06/29/15 | ESW | FINALIZATION OF SUBPOENAS. | 0.30 |
| 06/29/15 | ESW | REVIEW OF DEBTOR'S OBJECTIONS TO DOCUMENT REQUESTS WITH MR. KELLNER FOR APPROPRIATE RESPONSE TO DEBTOR'S POSITION OBJECTING TO MULTIPLE CATEGORIES AND SCOPE OF DISCOVERY. | 1.20 |
| 06/30/15 | ESW | ATTENTION TO ADVISING COMMITTEE RE DEBTOR'S MOTION TO LIFT STAY. | 0.30 |
| 06/30/15 | ESW | TELEPHONE CONFERENCE WITH MR. MALEK RE ███████████ ████████████. | 0.30 |
| 06/30/15 | RMB | ANALYZE RULE REQUIRING PROVIDING ALL PARTIES TO THE CASE WITH COPIES OF THE SUBPOENAS WE ARE SERVING BY USING EMAIL | 0.20 |
| 06/30/15 | SMAL | PREPARE AND FINALIZE SUBPOENAS AND DOCUMENT RIDERS TO THE FOLLOWING ENTITIES: YELLOW CAB PARTNERS LLC, PEOPLEMOVER, INC., TRANSIT GENERAL INSURANCE COMPANY, ILLINOIS TRANSPORTATION TRADE ASSOCIATION, LTD., TAXI AFFILIATION SERVICES LLC, TAXI MEDALLION MANAGEMENT LLC; TAXI WORKS LLC, TRANSIT FUNDING ASSOCIATES LLC, TRANSIT FUNDING ASSOCIATES 2 LLC, TRANSIT FUNDING ASSOCIATES 3 LLC, TRANSIT FUNDING ASSOCIATES 4 LLC, TRANSIT FUNDING ASSOCIATES 5 LLC, TRANSIT FUNDING ASSOCIATES 6 LLC, WOLLEY CAB ASSOCIATION, INC., YELLOW GROUP LLC (4.6); RESEARCH REQUIREMENTS FOR SUBPOENAS TO THIRD PARTIES PURSUANT TO FRCP 45 (.6); PREPARE NOTICE OF SERVICE OF THIRD PARTY SUBPOENAS ON PARTIES (.7); ANALYSIS OF APPROPRIATE AMOUNT OF LEAD TIME TO BANKRUPTCY PARTIES TO OBJECT TO THIRD PARTY SUBPOENAS BEFORE SERVING (.3). | 6.20 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS     CLIENT-MATTER NO.   111914-0007
OF YELLOW
JULY 10, 2015                                 INVOICE NO.  1641015
                                             PAGE NO.  7


**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................     **95.80**
**TOTAL LEGAL FEES** ................................................................................................$     **40,201.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS    CLIENT-MATTER NO.   111914-0007
OF YELLOW
JULY 10, 2015                               INVOICE NO.  1641015
                                                         PAGE NO.  8

### DISBURSEMENTS

| | | |
|---|---|---|
| 06/08/15 | RIVER'S RESTAURANT | 51.95 |
| 06/08/15 | ROTI MEDITERRANEAN GRILL | 232.24 |
| 06/09/15 | RIVER'S | 26.35 |
| 06/09/15 | RIVER'S | 14.25 |
| 05/07/15 | LEXIS LEGAL SERVICES | 9.50 |
| 05/07/15 | LEXIS LEGAL SERVICES | 104.50 |
| 05/08/15 | LEXIS LEGAL SERVICES | 7.60 |
| 05/12/15 | DOCKET RESEARCH-COURTLINK | 44.80 |
| 05/14/15 | DOCKET RESEARCH-COURTLINK | 10.44 |
| 05/14/15 | DOCKET RESEARCH-COURTLINK | 89.60 |
| | PHOTOCOPY EXPENSES | 176.40 |
| | SCANNING EXPENSES | 6.20 |
| | PRINTING EXPENSES | 203.00 |

**TOTAL DISBURSEMENTS................................... $   976.83**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS     CLIENT-MATTER NO.    111914-0007
OF YELLOW
JULY 10, 2015

INVOICE NO.   1641015
PAGE NO.   9

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|-----------------------|--------|--------|-----------|
| ESW | EDWARD S. WEIL | 25.20 | 635.00 | 16,002.00 |
| DAST | DANTE A. STELLA | 2.60 | 435.00 | 1,131.00 |
| RMB | RICHARD M. BENDIX | 8.20 | 650.00 | 5,330.00 |
| JFRH | JOHN F. RHOADES | 48.80 | 305.00 | 14,884.00 |
| SMAL | SUZANNE M. ALTON | 9.80 | 270.00 | 2,646.00 |
| EKK1 | ELLEN K. KAIN | 0.80 | 200.00 | 160.00 |
| TT1 | TERRANCE TIDBALL | 0.40 | 120.00 | 48.00 |
| | **TOTAL** | **95.80** | | **40,201.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW

JULY 10, 2015

CLIENT-MATTER NO.  111914-0007
CREDITORS' COMMITTEE
INVESTIGATIONS
INVOICE NO.  1641015
PAGE NO.  10


FEES ......................................................................... $  40,201.00

DISBURSEMENTS ......................................................  976.83
                                                                    _____
**TOTAL AMOUNT DUE**..............................................$  41,177.83

**DYKEMA**GOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**


**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:**_____     **DATE:**_____     **AMOUNT:**_____


**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

JULY 10, 2015
CLIENT-MATTER NO. 111914-0008
INVOICE NO.  1641016

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS**

FEES .......................................................................... $      2,431.50

DISBURSEMENTS .....................................................           72.52

**TOTAL AMOUNT DUE**............................................... $      **2,504.02**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS    CLIENT-MATTER NO.    111914-0008
OF YELLOW
JULY 10, 2015                                INVOICE NO.  1641016
                                             PAGE NO.  2


## RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/01/15 | JFRH | CORRESPONDENCE WITH COMMITTEE RE E-DISCOVERY AND DOCUMENT REQUESTS TO DEBTOR. | 0.20 |
| 06/02/15 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE DISCOVERY ISSUES. | 0.30 |
| 06/10/15 | RMB | CALL WITH MARC JACOBS TO DISCUSS HIS QUESTIONS REGARDING THE DEBTOR'S MOTION TO EXTEND TIME TO REMOVE ACTIONS PENDING IN NON-BANKRUPTCY COURTS | 0.10 |
| 06/11/15 | JFRH | CORRESPONDENCE WITH COMMITTEE RE NEW INFORMATION REGARDING DEBTOR. | 0.60 |
| 06/12/15 | JFRH | CORRESPONDENCE WITH COMMITTEE RE DISCOVERY TO DEBTOR AND INFORMATION RE DEBTOR'S AFFAIRS. | 0.60 |
| 06/22/15 | RMB | FORWARD THE DEBTOR'S MOTION TO LIFT AUTOMATIC STAY TO PERMIT DEBTOR TO PARTICIPATE WITH OTHER AFFILIATIONS IN APPEAL FROM ORDER DISMISSING DRIVERS' CLASS ACTION LAWSUIT SEEKING WAGES TO COMMITTEE MEMBERS WITH MY COMMENTS. | 0.20 |
| 06/23/15 | RMB | DOWNLOAD AND SEND TO COMMITTEE MEMBERS THE DEBTOR'S FIRST MONTHLY OPERATING REPORT AND AMENDMENTS TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS | 0.40 |
| 06/23/15 | RMB | CALL WITH MARC JACOBS TO DISCUSS DEBTOR'S MOTION TO LIFT STAY TO PARTICIPATE IN PLAINTIFFS'/DRIVERS' APPEAL FROM DISTRICT COURT ORDER DISMISSING PLAINTIFFS' COMPLAINT ALLEGING THAT THEY ARE EMPLOYEES COVERED BY THE ILLINOIS WAGE PAYMENT AND COLLECTION ACT (.30). | 0.30 |
| 06/24/15 | RMB | CALL WITH MARC JACOBS TO DISCUSS THE COMMITTEE'S POSITION ON THE DEBTOR'S MOTION TO LIFT THE AUTOMATIC STAY TO PARTICIPATE IN THE APPEAL FROM DISMISSAL OF THE CLASS ACTION LAWSUIT UNDER THE ILLINOIS WAGE PAYMENT AND COLLECTION ACT (.30). | 0.30 |
| 06/24/15 | RMB | SEND LENGTHY EMAIL TO COMMITTEE MEMBERS DESCRIBING (1) MY CALL WITH MAT GENSBURG AND THE ATTORNEYS AT QUARLES AND BRADY WHO ARE REPRESENTING THE DEBTOR AND ITS PRINCIPALS IN THE APPEAL FROM DISMISSAL OF THE CLASS ACTION LAWSUIT UNDER THE ILLINOIS WAGE PAYMENT AND COLLECTION ACT TO DISCUSS WHETHER THE BENEFITS OF PARTICIPATING IN THE APPEAL JUSTIFY THE LEGAL FEES THAT THE DEBTOR WOULD INCUR, AND (2) RECOMMENDING THAT ███████████████ ████████████████████████████████████████ ██████████████████ (.50) | 0.50 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS    CLIENT-MATTER NO.    111914-0008
OF YELLOW
JULY 10, 2015                                         INVOICE NO.  1641016
                                                     PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/25/15 | RMB | SEND EMAIL TO COMMITTEE MEMBERS REPORTING THAT THE HEARING ON THE DEBTOR'S LIFT STAY MOTION REGARDING THE CLASS ACTION PLAINTIFFS' APPEAL OF THE DISTRICT COURT ORDER DISMISSING THEIR COMPLAINT HAS BEEN CONTINUED TO JULY 8 AND ASKING FOR THEIR AVAILABILITY FOR A TELEPHONIC MEETING NEXT WEEK TO DISCUSS THE COMMITTEE' RESPONSE TO THE DEBTOR'S LIFT STAY MOTION | **0.20** |
| 06/26/15 | RMB | REVIEW EMAIL FROM MARC JACOBS RE HIS AND DEBBIE'S AVAILABILITY FOR A TELEPHONIC COMMITTEE MEETING NEXT WEDNESDAY (.10); SEND COMMITTEE MEMBERS CALENDAR INVITATION FOR THE FOREGOING MEETING (.10) | **0.20** |
| 06/29/15 | RMB | SEND EMAIL TO COMMITTEE MEMBERS DESCRIBING PROPOSED TERMS OF A CONSENSUAL REORGANIZATION PLAN THAT MATT GENSBURG CONVEYED TO ME. | **0.20** |
| 06/30/15 | ESW | CALL WITH COMMITTEE RE DEBTOR'S PROPOSED PLAN, DISCOVERY AND POTENTIAL NEED TO FILE MOTION TO COMPEL. | **0.40** |

**TOTAL ATTORNEY & PARALEGAL TIME** ......................................................    **4.50**
**TOTAL LEGAL FEES** ....................................................................$    **2,431.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS    CLIENT-MATTER NO.   111914-0008
OF YELLOW
JULY 10, 2015                                         INVOICE NO.  1641016
                                                 PAGE NO.  4

## DISBURSEMENTS

| | | |
|---|---|---:|
| 05/04/15 | LEXIS LEGAL SERVICES | 17.10 |
| 04/24/15 | DOCKET RESEARCH-COURTLINK | 22.40 |
| 04/29/15 | DOCKET RESEARCH-COURTLINK | 2.78 |
| 04/29/15 | DOCKET RESEARCH-COURTLINK | 22.40 |
| | PRINTING EXPENSES | 1.20 |
| | CONFERENCE CALLS | 6.64 |

**TOTAL DISBURSEMENTS.................................... $    72.52**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS    CLIENT-MATTER NO.   111914-0008
OF YELLOW
JULY 10, 2015                                       INVOICE NO.  1641016
                                                      PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|-----------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 0.70 | 635.00 | 444.50 |
| RMB | RICHARD M. BENDIX | 2.40 | 650.00 | 1,560.00 |
| JFRH | JOHN F. RHOADES | 1.40 | 305.00 | 427.00 |
| | **TOTAL** | **4.50** | | **2,431.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW

JULY 10, 2015

CLIENT-MATTER NO.   111914-0008
CREDITORS' COMMITTEE MEETING
AND COMMUNICATIONS
INVOICE NO.  1641016
PAGE NO.  6

FEES ........................................................................ $     2,431.50

DISBURSEMENTS.....................................................     72.52

**TOTAL AMOUNT DUE**..............................................$     **2,504.02**

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:_____      DATE:_____      AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

JULY 10, 2015
CLIENT-MATTER NO. 111914-0010
INVOICE NO. 1641017

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: FEE/EMPLOYMENT APPLICATIONS**

FEES ........................................................................ $ 6,601.00

DISBURSEMENTS ...................................................... 116.08

**TOTAL AMOUNT DUE................................................ $ 6,717.08**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS     CLIENT-MATTER NO.   111914-0010
OF YELLOW
JULY 10, 2015                                   INVOICE NO.   1641017
                                                             PAGE NO.   2

## RE: FEE/EMPLOYMENT APPLICATIONS

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/03/15 | JFRH | ANALYZE ORDER GRANTING MOTION TO ESTABLISH INTERIM FEE AND EXPENSE REIMBURSEMENT PROCEDURE. | 0.30 |
| 06/05/15 | MADI | EXAMINE PRE-BILLS FOR APRIL-MAY 2015 IN CONNECTION WITH MONTHLY FEE APPLICATION DUE IN JUNE. | 1.70 |
| 06/08/15 | MADI | EXAMINE PRE-BILLS FOR APRIL-MAY 2015 IN CONNECTION WITH MONTHLY FEE APPLICATION DUE IN JUNE. | 1.60 |
| 06/09/15 | MADI | EXAMINE PRE-BILLS FOR APRIL-MAY 2015 IN CONNECTION WITH MONTHLY FEE APPLICATION DUE IN JUNE. | 3.40 |
| 06/09/15 | RMB | REVIEW FEES REFLECTED IN PRE-BILLS AND MOVE VARIOUS TIME ENTRIES TO PROPER SUBJECT MATTER CATEGORIES | 2.00 |
| 06/10/15 | MADI | DRAFT FIRST MONTHLY STATEMENT OF INTERIM FEES (0.3); FILE SAME (0.1). | 0.40 |
| 06/10/15 | MADI | EXAMINE FINAL INVOICES FOR APRIL-MAY 2015 IN CONNECTION WITH MONTHLY FEE APPLICATION DUE IN JUNE, INCLUDING REVIEWING SAME FOR PRIVILEGED MATERIAL. | 3.50 |
| 06/10/15 | MADI | FINALIZE INVOICES FOR PREPARATION OF FEE APPLICATION TO BE INCLUDED AS EXHIBITS TO SAME. | 1.50 |
| 06/10/15 | MADI | REVIEW FIRST MONTHLY FEE APPLICATION OF DALE & GENSBERG. | 0.40 |
| 06/10/15 | RMB | CALL WITH MATT GENSBURG TO DISCUSS FORMAT OF MONTHLY FEE APPLICATIONS (.10); REVIEW AND REVISE COVER SHEET OF FIRST MONTHLY FEE APPLICATION (.10); RECONCILE FEE SUMMARY REPORTED BY ACCOUNTING DEPARTMENT AND FEES SUMMARIZED BY MARIA DIAKOUMAKIS (.10) | 0.30 |
| 06/11/15 | MADI | REFILE MONTHLY STATEMENT OF FEES. | 0.20 |
| 06/15/15 | JFRH | ANALYZE DEBTOR'S MOTION AND APPLICATION TO EMPLOY EPIQ EDISCOVERY SOLUTIONS, INC. AS EDISCOVERY CONSULTANT TO THE DEBTOR. | 0.40 |
| 06/19/15 | RMB | GIVE JOHN RHOADES MY COMMENTS ON THE DEBTOR'S APPLICATION TO EMPLOY EPIQ AS AN E-DISCOVERY EXPERT | 0.10 |
| 06/22/15 | RMB | SEND BILL FOR EPIQ'S MAY, 2015 SERVICES TO ED WEIL AND MARIA DIAKOUMAKIS FOR INCLUSION IN COMMITTEE'S NEXT MONTHLY FEE STATEMENT. | 0.10 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................................    **15.90**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS     CLIENT-MATTER NO.     111914-0010
OF YELLOW
JULY 10, 2015                                                      INVOICE NO.  1641017
                                                                  PAGE NO.  3

**TOTAL LEGAL FEES** ....................................................................................$     **6,601.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS    CLIENT-MATTER NO.    111914-0010
OF YELLOW
JULY 10, 2015                                INVOICE NO.  1641017
                                            PAGE NO.  4

---

**DISBURSEMENTS**

PRINTING EXPENSES                                        107.60

CONFERENCE CALLS                                           8.48

**TOTAL DISBURSEMENTS...................................$     116.08**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS    CLIENT-MATTER NO.    111914-0010
OF YELLOW
JULY 10, 2015                                INVOICE NO.  1641017
                                             PAGE NO.  5

**BILLING SUMMARY**

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|----------------------|-------|--------|----------|
| RMB | RICHARD M. BENDIX | 2.50 | 650.00 | 1,625.00 |
| JFRH | JOHN F. RHOADES | 0.70 | 305.00 | 213.50 |
| MADI | MARIA A. DIAKOUMAKIS | 12.70 | 375.00 | 4,762.50 |
| | **TOTAL** | **15.90** | | **6,601.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW
JULY 10, 2015

CLIENT-MATTER NO.    111914-0010
FEE/EMPLOYMENT APPLICATIONS
INVOICE NO.  1641017
PAGE NO.  6


FEES ..........................................................$      6,601.00

DISBURSEMENTS......................................................      116.08
                                                        _____
**TOTAL AMOUNT DUE**..............................................**$     6,717.08**

**DYKEMA**GOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**


**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:_____      DATE:_____      AMOUNT:_____**


**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

JULY 10, 2015
CLIENT-MATTER NO. 111914-0013
INVOICE NO.  1641018

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY**

FEES ..........................................................................$    2,750.00

DISBURSEMENTS .....................................................       6.80

**TOTAL AMOUNT DUE**...............................................$      **2,756.80**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS     CLIENT-MATTER NO.     111914-0013
OF YELLOW
JULY 10, 2015                                                        INVOICE NO.  1641018
                                                                     PAGE NO.  2


## RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY


| DATE | ID | DESCRIPTION | HOURS |
|------|----|-----|-------|
| 06/03/15 | JFRH | ANALYZE MOTION FOR RELIEF FROM STAY AS TO INSURANCE CLAIM (.1); DRAFT ORDER, AND CONTINUANCE (.2). | **0.30** |
| 06/03/15 | RMB | REVIEW ANGELA MARTINEZ'S LIFT STAY MOTION | **0.10** |
| 06/04/15 | RMB | CALL WITH MAT GENSBURG TO DISCUSS REASONS FOR DEBTOR'S OPPOSITION TO LIFT STAY MOTIONS SCHEDULED FOR HEARING THIS MORNING | **0.20** |
| 06/10/15 | RMB | CALL MATT GENSBURG TO DISCUSS THE AGREEMENTS HE REACHED WITH PLAINTIFFS WHOSE LIFT STAY MOTIONS ARE SET FOR HEARING TOMORROW (.10); REVIEW DRAFT ORDER GRANTING LESLIE DEWHURST'S LIFT STAY MOTION (.10) | **0.10** |
| 06/10/15 | RMB | REVIEW PROPOSED ORDER GRANTING ANGELA MARTINEZ'S LIFT STAY MOTION | **0.10** |
| 06/22/15 | RMB | REVIEW DEBTOR'S MOTION TO LIFT AUTOMATIC STAY TO PERMIT DEBTOR TO PARTICIPATE WITH OTHER AFFILIATIONS IN APPEAL FROM ORDER DISMISSING DRIVERS' CLASS ACTION LAWSUIT SEEKING WAGES (.20); SEND EMAIL TO MAT GENSBURG REQUESTING INFORMATION ON HOW APPELLEES WILL SHARE LEGAL FEES AND ON A RANGE OF FEES THAT DEBTOR WILL INCUR IN CONNECTION WITH THE APPEAL (.20). | **0.20** |
| 06/22/15 | RMB | CALL WITH MAT GENSBURG TO DISCUSS HIS MOTION TO LIFT THE AUTOMATIC STAY TO PERMIT YCA AND OTHER AFFILIATIONS TO OPPOSE APPEAL BY DRIVERS OF DISTRICT ORDER DISMISSING CLASS ACTION CASE SEEKING WAGES | **0.20** |
| 06/23/15 | RMB | ANALYSIS OF THE CONSEQUENCES FOR YCA OF NOT PARTICIPATING IN THE APPEAL OF DRIVERS' CLASS ACTION LAWSUIT. | **0.10** |
| 06/24/15 | RMB | CALL WITH MATT GENSBURG TO DISCUSS (1) ABSENCE OF INSURANCE COVERAGE FOR COST OF DEFENDING CLASS ACTION BY DRIVERS THAT IS THE SUBJECT OF THE APPEAL AS TO WHICH MATT IS REQUESTING STAY RELIEF AND (2) THE BENEFIT TO THE DEBTOR OF PAYING ITS SHARE OF APPEAL COSTS RATHER THAN NOT PARTICIPATING IN THE APPEAL | **0.20** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW
JULY 10, 2015

CLIENT-MATTER NO.    111914-0013

INVOICE NO.  1641018
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/24/15 | RMB | CALL WITH MAT GENSBURG AND THE ATTORNEYS AT QUARLES AND BRADY WHO ARE REPRESENTING THE DEBTOR AND ITS PRINCIPALS IN THE APPEAL FROM DISMISSAL OF THE CLASS ACTION LAWSUIT UNDER THE ILLINOIS WAGE PAYMENT AND COLLECTION ACT TO DISCUSS WHETHER THE BENEFITS OF PARTICIPATING IN THE APPEAL JUSTIFY THE LEGAL FEES THAT THE DEBTOR WOULD INCUR (.50); CALL WITH MATT GENSBURG TO DISCUSS CORRIGAN AND LEVINE'S WILLINGNESS TO PAY THE DEBTORS' LEGAL FEES IN THE APPEAL FROM DISMISSAL OF THE CLASS ACTION LAWSUIT UNDER THE ILLINOIS WAGE PAYMENT AND COLLECTION ACT IN EXCHANGE FOR THE COMMITTEE'S NOT OBJECTING TO THE DEBTOR'S LIFT STAY MOTION (.10). | 0.60 |
| 06/25/15 | JFRH | PREPARE FOR HEARING ON DEBTOR'S MOTION TO LIFT STAY TO PARTICIPATE IN SEVENTH CIRCUIT APPEAL FROM DISTRICT COURT JUDGMENT (1.7); ATTEND HEARING RE SAME (1.5). | 3.20 |
| 06/25/15 | RMB | CALL MAT GENSBURG TO TELL HIM THAT I WILL BE ASKING TO CONTINUE FOR ONE WEEK HIS MOTION TO LIFT THE AUTOMATIC STAY TO PARTICIPATE IN THE APPEAL FROM DISMISSAL OF THE CLASS ACTION LAWSUIT UNDER THE ILLINOIS WAGE PAYMENT AND COLLECTION ACT | 0.10 |
| 06/25/15 | RMB | DEVELOP STRATEGY FOR DEBTOR'S MOTION TO LIFT STAY TO ALLOW DEBTOR TO PARTICIPATE IN APPEAL FROM ORDER DISMISSING CLASS ACTION COMPLAINT UNDER ILLINOIS WAGE PAYMENT AND COLLECTION ACT | 0.10 |
| 06/25/15 | RMB | REVIEW EMAIL FROM MARC JACOBS GIVING HIS COMMENTS ON DEBTOR'S LIFT STAY MOTION RE PARTICIPATING IN APPEAL FROM ORDER DISMISSING DRIVERS' CLASS ACTION COMPLAINT UNDER ILLINOIS WAGE PAYMENT AND COLLECTION ACT | 0.10 |
| 06/29/15 | ESW | REVIEW OF MOTION TO LIFT STAY FILED BY DEBTOR TO PARTICIPATE IN DEFENSE OF APPEAL IN WORKER'S COMP CASE. | 0.50 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................    **6.10**
**TOTAL LEGAL FEES** ...............................................................$    **2,750.00**

OFFICIAL COMMITTEE OF UNSECURED CREDITORS    CLIENT-MATTER NO.   111914-0013
OF YELLOW
JULY 10, 2015                            INVOICE NO.  1641018
                                         PAGE NO.  4

### DISBURSEMENTS

PRINTING EXPENSES                   **6.80**

**TOTAL DISBURSEMENTS...................................$    6.80**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

**Dykema**

OFFICIAL COMMITTEE OF UNSECURED CREDITORS    CLIENT-MATTER NO.    111914-0013
OF YELLOW
JULY 10, 2015                                                        INVOICE NO.  1641018
                                                                     PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|-------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 0.50 | 635.00 | 317.50 |
| RMB | RICHARD M. BENDIX | 2.10 | 650.00 | 1,365.00 |
| JFRH | JOHN F. RHOADES | 3.50 | 305.00 | 1,067.50 |
| | **TOTAL** | **6.10** | | **2,750.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW

JULY 10, 2015

CLIENT-MATTER NO.    111914-0013
MOTIONS FOR RELIEF FROM THE
AUTOMATIC STAY
INVOICE NO.  1641018
PAGE NO.  6


FEES ..........................................................................$    2,750.00

DISBURSEMENTS......................................................            6.80

**TOTAL AMOUNT DUE**..............................................$       **2,756.80**


**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**


**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:_____      DATE:_____      AMOUNT:_____**


**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

JULY 10, 2015
CLIENT-MATTER NO. 111914-0015
INVOICE NO. 1641019

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT**

FEES ......................................................................... $     1,992.50

**TOTAL AMOUNT DUE.............................................. $     1,992.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW
JULY 10, 2015

CLIENT-MATTER NO.   111914-0015

INVOICE NO.  1641019
PAGE NO.  2

## RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/02/15 | RMB | ANALYZE POSSIBLE ALTERNATIVE PLANS BASED ON DIFFERING OUTCOMES OF DEBTOR'S APPEAL OF THE JUDGMENT IN FAVOR OF MARK AND DEBBIE JACOBS | 0.20 |
| 06/10/15 | RMB | CALL MATT GENSBURG TO ASK WHEN HE WILL BE PROVIDING ME WITH TERMS FOR A PLAN OF REORGANIZATION | 0.10 |
| 06/26/15 | RMB | CALL WITH MATT GENSBURG TO DISCUSS HIS PROPOSED TERMS FOR A PLAN OF LIQUIDATION | 0.30 |
| 06/27/15 | RMB | ANALYSIS OF PLAN OF REORGANIZATION TERMS THAT MATT GENSBURG GAVE ME IN OUR TELEPHONE CALL YESTERDAY AFTERNOON. | 0.10 |
| 06/29/15 | ESW | CONSIDERATION OF DEBTOR'S INFORMAL PROPOSAL RE A LIQUIDATING CHAPTER 11. | 1.00 |
| 06/29/15 | RMB | ANALYSIS OF MATT GENSBURG'S PROPOSED PLAN TERMS AND ISSUES REGARDING SAME. | 0.50 |
| 06/30/15 | ESW | REVIEW OF DEBTOR'S PROPOSED PLAN TO SELL COMPANY AND STOP ALL ONGOING INVESTIGATION OF DEBTOR'S BUSINESS AND BUSINESS ACTIVITIES. | 0.50 |
| 06/30/15 | RMB | CALL WITH KEN MALEK TO DISCUSS AN ENTITY THAT MAY BE INTERESTED IN PURCHASING THE DEBTOR'S ASSETS | 0.40 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **3.10**
**TOTAL LEGAL FEES** ...............................................................................$ **1,992.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS     CLIENT-MATTER NO.    111914-0015
OF YELLOW
JULY 10, 2015

INVOICE NO. 1641019
PAGE NO. 3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|-------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 1.50 | 635.00 | 952.50 |
| RMB | RICHARD M. BENDIX | 1.60 | 650.00 | 1,040.00 |
| | **TOTAL** | **3.10** | | **1,992.50** |

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW | CLIENT-MATTER NO.   111914-0015 PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT |
| JULY 10, 2015 | INVOICE NO.  1641019 PAGE NO.  4 |

FEES ....................................................................$    1,992.50

**TOTAL AMOUNT DUE...............................................$    1,992.50**

**DYKEMAGOSSETT** PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:_____       DATE:_____       AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

JULY 10, 2015
CLIENT-MATTER NO. 111914-0016
INVOICE NO.  1641020

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

FEES .......................................................................$     325.00

DISBURSEMENTS ......................................................     12.60

**TOTAL AMOUNT DUE...............................................$     337.60**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW
JULY 10, 2015

CLIENT-MATTER NO.   111914-0016

INVOICE NO.  1641020
PAGE NO.  2

**RE:  SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-------------|-------|
| 06/23/15 | RMB | REVIEW LATEST AMENDMENTS TO DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS | 0.20 |
| 06/24/15 | RMB | SEND EMAILS TO MATT GENSBURG ASKING HIM TO IDENTIFY THE NEW INFORMATION CONTAINED IN AMENDED SCHEDULES B AND F THAT HE FILED YESTERDAY | 0.20 |
| 06/29/15 | RMB | SEND EMAIL TO MATT GENSBURG ASKING HIM TO ANSWERS THE QUESTIONS I ASKED IN MY RECENT EMAIL REGARDING THE NEW INFORMATION CONTAINED IN THE DEBTOR'S AMENDED SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS. | 0.10 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **0.50**
**TOTAL LEGAL FEES** ...................................................................................**$    325.00**

# Dykema

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW
JULY 10, 2015

CLIENT-MATTER NO. 111914-0016

INVOICE NO. 1641020
PAGE NO. 3

**DISBURSEMENTS**

PRINTING EXPENSES                                    **12.60**

**TOTAL DISBURSEMENTS................................... $    12.60**

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS     CLIENT-MATTER NO.     111914-0016
OF YELLOW
JULY 10, 2015                                                      INVOICE NO.  1641020
                                                                  PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 0.50 | 650.00 | 325.00 |
| | **TOTAL** | **0.50** | | **325.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF YELLOW

JULY 10, 2015

CLIENT-MATTER NO.   111914-0016
SCHEDULES AND STATEMENT OF
FINANCIAL AFFAIRS
INVOICE NO.  1641020
PAGE NO.  5

FEES .......................................................................$      325.00

DISBURSEMENTS.....................................................            12.60

**TOTAL AMOUNT DUE...............................................$        337.60**

**DYKEMA GOSSETT PLLC**

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:_____      DATE:_____      AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____