**EXHIBIT B**

July Monthly Invoices

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

AUGUST 12, 2015
CLIENT-MATTER NO. 111914-000005
INVOICE NO. 3000690

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: CASE ADMINISTRATION**

| | |
|---|---|
| FEES.........................................................................$ | 5,892.00 |
| DISBURSEMENTS ..................................................... | 6.20 |
| **TOTAL AMOUNT DUE** .............................................$ | **5,898.20** |

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3000690
PAGE NO.  2

## RE:  CASE ADMINISTRATION

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/30/15 | ESW | REVIEW OF DEBTOR'S MARCH-APRIL OPERATING REPORT AND AMENDED SOFA. | 0.50 | 317.50 |
| 07/01/15 | RMB | REVIEW EMAIL FROM KATIE GLEASON TO MATT GENSBURG ASKING WHEN HE WILL BE FILING THE DEBTOR'S DELINQUENT MONTHLY OPERATING REPORT FOR MAY, 2015. | 0.10 | 65.00 |
| 07/02/15 | RMB | REVIEW MATT GENSBURG'S EMAIL TO KATIE GLEASON RE WHEN THE DEBTOR WILL FILE ITS MAY OPERATING REPORT | 0.10 | 65.00 |
| 07/08/15 | RMB | CALL FROM MATT GENSBURG TO REPORT THAT HE WILL NOT BE FILING THE DEBTOR'S MAY MOR TODAY | 0.10 | 65.00 |
| 07/09/15 | ESW | REVIEW OF MONTHLY OPERATING REPORTS BELATEDLY FILED. | 0.80 | 508.00 |
| 07/09/15 | ESW | TELEPHONE CONFERENCE WITH DSI RE MONTHLY OPERATING REPORTS BELATEDLY FILED. | 0.70 | 444.50 |
| 07/09/15 | RMB | SEND EMAIL TO MATT GENSBURG ASKING HIM TO SEND ME THE DEBTOR'S MAY MOR WHEN HE FILES IT TODAY. | 0.10 | 65.00 |
| 07/09/15 | RMB | REVIEW EMAIL FROM MATT GENSBURG EXPLAINING FURTHER DELAY IN FILING MAY MOR | 0.10 | 65.00 |
| 07/10/15 | RMB | CALL WITH PAT O'MALLEY AND SHELLY CUFF OF DSI TO DISCUSS THEIR QUESTIONS AND COMMENTS ABOUT DEBTOR'S SECOND MONTHLY OPERATING REPORT. | 0.50 | 325.00 |
| 07/13/15 | JFRH | ANALYSIS RE DEBTOR'S MONTHLY OPERATING REPORTS. | 0.30 | 91.50 |
| 07/14/15 | ESW | CONFERENCE WITH DSI RE MAY MOR AND DEBTOR'S AMENDED SOFA AND SCHEDULES AND TO REVIEW DSI DRAFT LETTER TO DEBTOR REQUESTING ADDITINAL INFORMATION REGARDING OPERATING RESULTS. | 1.20 | 762.00 |
| 07/14/15 | RMB | REVIEW DRAFT LETTER FROM PAT O'MALLEY TO DEBTOR ASKING QUESTIONS ABOUT THE DEBTOR'S APRIL AND MAY MONTHLY OPERATING REPORTS AND MAKE NOTES FOR DISCUSSION WITH MR. O'MALLEY RE REVISING HIS LETTER REQUESTING ADDITIONAL INFORMATION REGARDING INFORMATION DISCLOSED AND NOT DISCLOSED IN THOSE REPORTS. | 1.30 | 845.00 |
| 07/15/15 | RMB | CALL WITH PAT O'MALLEY AND SHELLEY CUFF TO DISCUSS REVISIONS IN PAT'S DRAFT LETTER TO THE DEBTOR RAISING QUESTIONS ABOUT ANOMALIES IN DEBTOR'S MONTHLY OPERATING REPORTS | 0.40 | 260.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO. 111914-000005

INVOICE NO. 3000690
PAGE NO. 3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/15/15 | RMB | REVIEW PAT O'MALLEY'S REVISED LETTER TO DEBTOR ASKING QUESTIONS ABOUT ANOMALIES IN DEBTOR'S AMENDED SCHEDULES AND IN DEBTOR'S OPERATING REPORTS AND SEND PAT AN EMAIL STATING THAT I HAVE NO FURTHER COMMENTS ON THAT LETTER. | 0.20 | 130.00 |
| 07/16/15 | JFRH | ANALYZE DEFICIENCIES IN DEBTOR'S MONTHLY OPERATING REPORTS AND AMENDED SCHEDULES. | 0.30 | 91.50 |
| 07/28/15 | MADI | EXAMINE UST GUIDELINES FOR FILING OF MONTHLY OPERATING REPORTS. | 0.20 | 75.00 |
| 07/28/15 | RMB | REVIEW DEBTOR'S MOTION TO SET BAR DATE FOR FILING CLAIMS AND EXHIBITS TO SAME (.30); REVISE DEBTOR'S PROPOSED NOTICE TO CREDITORS OF BAR DATE (.20) | 0.50 | 325.00 |
| 07/28/15 | RMB | CALL MATT GENSBURG TO REQUEST THAT (1) BAR DATE FOR FILING CLAIMS BE PUSHED BACK TO SEPTEMBER 30; (2) THAT HE SEND ME A WORD VERSION OF HIS PROPOSED NOTICE OF BAR DATE THAT I CAN MAKE REVISIONS, AND (3) THAT HE PROVIDE ME WITH CONTACT INFORMATION OF PERSON AT EPIQ TO WHOM I CAN SPEAK ABOUT SENDING CREDITORS A REMINDER TO FILE PROOFS OF CLAIM BEFORE BAR DATE EXPIRES | 0.10 | 65.00 |
| 07/29/15 | RMB | REVISE DEBTOR'S PROPOSED NOTICE OF BAR DATE AND SEND REVISED NOTICE TO MATT GENSBURG AND TO COMMITTEE MEMBERS. | 0.50 | 325.00 |
| 07/30/15 | ESW | RESEARCH AND ADVISE RE BAR DATE NOTICE TO PERSONAL INJURY AND OTHER CREDITORS. | 1.00 | 635.00 |
| 07/30/15 | JFRH | ANALYSIS RE NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM. | 0.60 | 183.00 |
| 07/30/15 | RMB | SEND KATIE GLEASON MY PROPOSED NOTICE OF BAR DATE | 0.10 | 65.00 |
| 07/31/15 | SLTO | REVIEW PROOF OF CLAIM FORM AND RESPOND WITH SUGGESTED CHANGES. | 0.20 | 119.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **9.90**
**TOTAL LEGAL FEES** ...........................................................................$ **5,892.00**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.    111914-000005

INVOICE NO.  3000690
PAGE NO.  4

---

### DISBURSEMENTS

PRINTING EXPENSES                                          6.20


**TOTAL DISBURSEMENTS ..................................$       6.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

**DykEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3000690
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|---------------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 4.20 | 635.00 | 2,667.00 |
| SLTO | SHERYL L. TOBY | 0.20 | 595.00 | 119.00 |
| RMB | RICHARD M. BENDIX | 4.10 | 650.00 | 2,665.00 |
| JFRH | JOHN F. RHOADES | 1.20 | 305.00 | 366.00 |
| MADI | MARIA A. DIAKOUMAKIS | 0.20 | 375.00 | 75.00 |
| | **TOTAL** | **9.90** | | **5,892.00** |

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000005
CASE ADMINISTRATION
INVOICE NO.  3000690
PAGE NO.  6

FEES.........................................................$      5,892.00

DISBURSEMENTS ....................................        6.20

**TOTAL AMOUNT DUE** ............................$      **5,898.20**

DYKEMA GOSSETT PLLC

38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____      DATE:_____      AMOUNT:_____

THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

AUGUST 12, 2015
CLIENT-MATTER NO. 111914-000007
INVOICE NO. 3000691

*FOR PROFESSIONAL SERVICES RENDERED*

## RE: CREDITORS' COMMITTEE INVESTIGATIONS

FEES............................................................$ 34,929.00

DISBURSEMENTS ....................................... 1,478.36

**TOTAL AMOUNT DUE ............................................$ 36,407.36**

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3000691
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE INVESTIGATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-------------|-------|--------|
| 06/29/15 | JFRH | ANALYZE DOCUMENTS PRODUCED BY DEBTOR. | 1.80 | 549.00 |
| 06/29/15 | JFRH | DRAFT/REVISE DOCUMENT REQUESTS TO THIRD PARTIES. | 0.60 | 183.00 |
| 06/29/15 | JFRH | ANALYZE THIRD PARTIES WITH POTENTIAL INFORMATION RE DEBTOR'S AFFAIRS. | 0.40 | 122.00 |
| 06/29/15 | JFRH | ANALYZE DOCUMENTS PRODUCED BY DEBTOR. | 0.40 | 122.00 |
| 06/29/15 | JFRH | CORRESPONDENCE WITH E-DISCOVERY EXPERT RE DEBTOR'S OBJECTIONS TO PRODUCTION OF DOCUMENTS (0.2); ANALYZE DEBTOR'S OBJECTIONS TO DOCUMENT REQUESTS(0.4). | 0.60 | 183.00 |
| 06/30/15 | JFRH | ANALYZE STRATEGY FOR INVESTIGATION IN LIGHT OF DEBTOR'S REFUSAL TO MAKE MEANINGFUL PRODUCTION OF DOCUMENTS. | 0.40 | 122.00 |
| 06/30/15 | JFRH | ANALYZE RELEVANT AUTHORITY RE SUBPOENAS(0.2); PREPARE SERVICE OF SUBPOENAS ON PARTIES (0.8); CORRESPONDENCE WITH PARTIES RE SUBPOENAS(0.2). | 1.20 | 366.00 |
| 07/01/15 | DAST | REVIEW OF DEBTOR'S PROPOSED CHANGES TO PROTECTIVE ORDERS(0.2); FURTHER REVISIONS TO DRAFT PROTECTIVE ORDER (0.3). | 0.50 | 217.50 |
| 07/01/15 | ESW | EXAMINE DSI WORK PRODUCT REVIEW OF INACCURACIES AND INCONSISTENCIES AND OTHER QUESTIONS FROM DEBTOR'S FIRST MONTHLY OPERATING REPORT AND AMENDED SCHEDULES. | 0.40 | 254.00 |
| 07/01/15 | JFRH | ANALYZE DEBTOR'S PROPOSED PROTECTIVE ORDER. | 2.30 | 701.50 |
| 07/01/15 | JFRH | CORRESPONDENCE WITH COUNSEL RE SUBPOENAS. | 0.30 | 91.50 |
| 07/02/15 | DAST | REVIEW OF CORRESPONDENCE FROM DEBTOR'S COUNSEL RE CHANGES TO PROTECTIVE ORDER. | 0.20 | 87.00 |
| 07/02/15 | ESW | REVIEW OF DSI WORK PRODUCT RE MOR (0.8), MEETING WITH DSI RE SAME (0.7). | 1.50 | 952.50 |
| 07/02/15 | ESW | TELEPHONE CONFERENCE WITH COUNSEL FOR CAPITALONE RE LITIGATION WITH TRANSIT FUNDING AND TAXI AFFILIATION SERVICES. | 0.40 | 254.00 |
| 07/02/15 | ESW | REVIEW OF RED-LINE TO PROTECTIVE ORDER AND CONFERENCE WITH COUNSEL RE SAME. | 0.40 | 254.00 |
| 07/02/15 | JFRH | ANALYZE DEBTOR'S PROPOSED EDITS TO PROTECTIVE ORDER(1.0);  REVISE SAME(1.2). | 2.20 | 671.00 |

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3000691
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/02/15 | JFRH | PREPARE FOR MEETING WITH DSI RE DEBTOR'S FINANCIAL INFORMATON (2.1);  ATTEND MEETING WITH DSI RE SAME (.7). | 2.80 | 854.00 |
| 07/02/15 | RMB | MEET WITH REPRESENTATIVES OF DSI TO DISCUSS FLAWS IN DEBTOR'S MONTHLY OPERATING REPORTS AND ISSUES RAISED BY SCHEDULES RE DEBTOR'S CLAIMS AGAINST AFFILIATES | 0.70 | 455.00 |
| 07/06/15 | DAST | REVIEW OF CORRESPONDENCE FROM DEBTOR'S COUNSEL RE PROPOSED DISCOVERY PROTOCOL FOR DATA SEARCHES (0.2); REVIEW OF D4'S COMMENTS ON SAME (0.1); ANALYSIS OF DEBTOR'S PROPOSED CHANGES TO DISCOVERY PROTOCOL(0.2); PREPARATION OF COMMENTS/COUNTER-PROPOSAL ON SAME(0.6). | 1.10 | 478.50 |
| 07/06/15 | ESW | REVIEW OF ESI LETTER DATED JULY 6, 2015 SENT BY MR. DORAN IN RESPONSE TO COMMITTEE'S JUNE 11, 2015 DISCOVERY LETTER, AND OUTLINE RESPONSE. | 0.40 | 254.00 |
| 07/06/15 | ESW | CONSIDERATION OF RESPONSE TO LETTER FROM MOLO LAMKEN  ON BEHALF OF YCA AFFILIATES OBJECTING TO THE TIMING OF SUBPOENAS. | 0.20 | 127.00 |
| 07/06/15 | JFRH | CORRESPONDENCE WITH COUNSEL FOR AFFILIATES RE SUBPOENAS (0.2); ANALYSIS OF  STRATEGY FOR RESPONSE TO OBJECTIONS TO DISCOVERY (0.2). | 0.40 | 122.00 |
| 07/06/15 | JFRH | ANALYZE RELEVANT AUTHORITY RE COLLATERAL ESTOPPEL EFFECT OF APPEAL WITH REGARD TO DEBTOR. | 0.80 | 244.00 |
| 07/06/15 | JFRH | ANALYSIS RE DEBTOR'S RESPONSE TO PROPOSED ESI PROTOCOL. | 0.60 | 183.00 |
| 07/07/15 | DAST | DEVELOPMENT OF FURTHER ESI STRATEGY (1.1); ANALYSIS AND PREPARATION OF COMMENTS ON LETTER AND PROPOSED PROTOCOL REVISIONS PROVIDED BY DEBTOR (0.3); ANALYSIS OF PERSONAL EMAIL ISSUES (0.3); REVIEW OF DEBTOR'S FURTHER POINTS ON PROTOCOL AND PROTECTIVE ORDER (0.2); PREPARATION OF ADDITIONAL SECTIONS FOR RESPONSE TO DEBTOR ON ESI PROTOCOL(1.0). | 2.90 | 1,261.50 |
| 07/07/15 | ESW | ANALYZE DEBTOR'S LATEST POSITION WITH RESPECT TO THE SCOPE AND LIMITATIONS OF THE DEBTOR'S PROPOSED PROTECTIVE ORDER. | 0.50 | 317.50 |
| 07/07/15 | ESW | RESPOND TO MR. GENSBURG'S LATEST COMMENTS TO PROTECTIVE ORDER DRAFT. | 0.50 | 317.50 |
| 07/07/15 | ESW | REVIEW OF RESPONSE LETTER FROM ILLINOIS TRANSPORTATION TRADE ASSOCIATION (ITTA) TO SUBPOENA ISSUED ON THAT ENTITY, AND CONSIDERATION OF RESPONSE THERETO. | 0.20 | 127.00 |
| 07/07/15 | ESW | WORK ON RESPONSE TO DORAN'S 7/06/15 ESI LETTER. | 0.20 | 127.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3000691
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/07/15 | ESW | REVIEW OF 5/14/15 TRANSCRIPT TO RESPOND TO ARGUMENTS AND INCORRECT CITES IN MOLO LAMKEN LETTER RE 3RD-PARTY SUBPOENAS. | 0.20 | 127.00 |
| 07/07/15 | ESW | PREPARE RESPONSE TO MOLO LAMKEN LETTER RE THIRD-PARTY SUBPOENAS. | 0.20 | 127.00 |
| 07/07/15 | JFRH | ANALYZE RELATED LITIGATION INVOLVING DEBTOR. | 1.20 | 366.00 |
| 07/07/15 | JFRH | PREPARE RESPONSE TO DEBTOR'S POSITION RE ESI PROTOCOL, SEARCH TERMS, AND DISCOVERY REQUESTS. | 0.60 | 183.00 |
| 07/07/15 | JFRH | CORRESPONDENCE WITH THIRD-PARTIES RE DOCUMENT REQUESTS. | 0.40 | 122.00 |
| 07/07/15 | JFRH | REVISE PROTECTIVE ORDER(1.5); CORRESPONDENCE WITH DEBTOR'S COUNSEL RE SAME(0.3). | 1.80 | 549.00 |
| 07/08/15 | DAST | FURTHER REVIEW AND REVISIONS TO DRAFT PROTECTIVE ORDER (0.2); ANALYSIS OF DEBTOR'S REQUEST FOR STANDSTILL PROVISION IN THE EVENT OF AN OBJECTION (0.2). | 0.40 | 174.00 |
| 07/08/15 | ESW | REVIEW OF DEBTOR'S LATEST REVISION TO PROPOSED 16-PAGE PROTECTIVE ORDER GOVERNING ITS (AND THIRD-PARTIES') PRODUCTION OF DOCUMENTS IN THE CASE. | 0.50 | 317.50 |
| 07/08/15 | ESW | WORK ON DRAFT OF MEET AND CONFER LETTER IN RESPONSE TO DEBTOR'S (A) 7/06 ESI PROTOCOL RESPONSE, AND (B) DEBTOR'S WRITTEN OBJECTIONS TO DISCOVERY. | 0.40 | 254.00 |
| 07/08/15 | JFRH | DRAFT CORRESPONDENCE TO DEBTOR RE DISCOVERY RESPONSES, ELECTRONIC DISCOVERY, ESI PROTOCOL, AND SEARCH TERMS. | 0.60 | 183.00 |
| 07/08/15 | JFRH | DRAFT/REVISE PROTECTIVE ORDER (1.1); CORRESPONDENCE WITH DEBTOR'S COUNSEL RE SAME(0.3). | 1.40 | 427.00 |
| 07/08/15 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE PROTECTIVE ORDER. | 0.40 | 122.00 |
| 07/08/15 | JFRH | DRAFT/REVISE PROTECTIVE ORDER. | 0.60 | 183.00 |
| 07/09/15 | DAST | ANALYSIS OF LEGAL ISSUES RAISED BY DEBTOR'S REQUESTED PROTECTIVE ORDER LANGUAGE. | 0.30 | 130.50 |
| 07/09/15 | JFRH | DRAFT/REVISE PROTECTIVE ORDER(1.9); CORRESPONDENCE WITH DEBTOR RE SAME (0.3). | 2.20 | 671.00 |
| 07/09/15 | RMB | REVIEW LETTER FROM ILLINOIS TRANSPORTATION ASSOCIATION IN RESPONSE TO COMMITTEE'S SUBPOENA STATING THAT THE ITA HAS NO DOCUMENTS RESPONSIVE TO THAT SUBPOENA | 0.10 | 65.00 |

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3000691
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/09/15 | RMB | REVIEW JOHN RHOADES' EMAIL ASKING IF MATT GENSBURG'S PROPOSED LANGUAGE IN PROTECTIVE ORDER LIMITING USE OF DOCUMENTS TO EXERCISE OF COMMITTEE' S FIDUCIARY DUTIES IS CUSTOMARY AND RESPOND THAT IT IS NOT CUSTOMARY AND SHOULD BE DELETED AS EXCESSIVELY VAGUE AND LIKELY TO LEAD TO DISPUTES | 0.20 | 130.00 |
| 07/10/15 | DAST | REVIEW OF CORRESPONDENCE FROM AND TO DEBTOR'S COUNSEL RE PROTECTIVE ORDER. | 0.20 | 87.00 |
| 07/10/15 | ESW | MEETING WITH DSI TO REVIEW MAY MOR AND RELATED DOCUMENTS AND PREPARE LETTER DEBTOR RE SAME. | 1.00 | 635.00 |
| 07/10/15 | ESW | EXAMINE PROTECTIVE ORDER ISSUES. | 0.40 | 254.00 |
| 07/10/15 | JFRH | CORRESPONDENCE WITH COUNSEL FOR THIRD PARTY SUBPOENA RESPONDENT RE RESPONSE TO SUBPOENA. | 0.40 | 122.00 |
| 07/10/15 | JFRH | DRAFT/REVISE PROTECTIVE ORDER (0.6); CORRESPONDENCE WITH DEBTOR'S COUNSEL RE SAME (0.2). | 0.80 | 244.00 |
| 07/10/15 | RMB | REVIEW MATT GENSBURG'S EMAIL TO JOHN RHOADES REJECTING JOHN'S REQUEST TO DELETE REQUIREMENT THAT COMMITTEE USE CONFIDENTIAL MATERIAL ONLY IN A MANNER CONSISTENT WITH THE COMMITTEE'S FIDUCIARY DUTIES AND SUGGEST THAT MATT GIVE SPECIFIC USES THAT ARE PROHIBITED | 0.20 | 130.00 |
| 07/10/15 | RMB | SEND EMAIL TO JOHN RHOADES RE OBJECTING TO DEBTOR'S PROPOSED PROVISION OF PROTECTIVE ORDER PROHIBITING COMMITTEE FROM USING CONFIDENTIAL DOCUMENTS IN A MANNER THAT VIOLATES THE COMMITTEE'S FIDUCIARY DUTY (.10); DISCUSS WITH JOHN RHOADES PROTECTIVE ORDER LANGUAGE REQUIRING DEBTOR TO GIVE NOTICE TO THIRD PARTIES WITH WHOM DEBTOR HAS WRITTEN CONFIDENTIALITY AGREEMENTS OF A REQUEST BY THE COMMITTEE FOR PRODUCTION OF DOCUMENTS COVERED BY WRITTEN (BUT NOT ORAL) CONFIDENTIALITY AGREEMENTS (.20) | 0.30 | 195.00 |
| 07/13/15 | DAST | ANALYSIS OF ADDITIONAL PROPOSED CHANGES TO PROTECTIVE ORDER SUGGESTED BY DEBTOR. | 0.40 | 174.00 |
| 07/13/15 | ESW | WORK ON PROTECTIVE ORDER. | 0.40 | 254.00 |
| 07/13/15 | JFRH | DRAFT/REVISE PROTECTIVE ORDER; CORRESPONDENCE WITH DEBTOR'S COUNSEL RE SAME. | 1.40 | 427.00 |
| 07/13/15 | JFRH | DRAFT CORRESPONDENCE TO DEBTOR RE DEBTOR'S FAILURE TO PRODUCE DOCUMENTS OR COOPERATE WITH ESI PROTOCOL/PRODUCTION. | 0.70 | 213.50 |

**DyKEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3000691
PAGE NO.  6

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/13/15 | JFRH | ANALYZE DEBTOR'S RESPONSES/OBJECTIONS TO DOCUMENT REQUESTS. | 1.20 | 366.00 |
| 07/13/15 | RMB | SEND EMAIL TO KATIE GLEASON ASKING HER TO RE-OPEN THE 341 MEETING SO THAT THE COMMITTEE CAN EXAMINE THE DEBTOR ON THE NEWLY DISCLOSED $8.8 MILLION UN-COLLECTIBLE RECEIVABLE DUE FROM TAXI MEDALLION MANAGEMENT, LLC (.10); CALL WITH KATIE GLEASON TO DISCUSS ABSENCE OF AUTHORITY FOR UST TO REOPEN A 341 MEETING THAT HAS BEEN CONCLUDED (.10) | 0.20 | 130.00 |
| 07/14/15 | ESW | DRAFT PROTECTIVE ORDER. | 0.20 | 127.00 |
| 07/14/15 | ESW | WORK ON MEET AND CONFER LETTER. | 0.80 | 508.00 |
| 07/14/15 | ESW | CONFERENCE WITH D4 RE ESI PROTOCOL. | 0.20 | 127.00 |
| 07/14/15 | ESW | REVIEW OF TRANSIT FUNDING V CAPONE; AND ITTA AND YCA ET AL V UBER; AND YCA V CITY. | 1.00 | 635.00 |
| 07/14/15 | ESW | DRAFT RESPONSE TO MOLOLAMKIN LETTER OBJECTING TO SUBPOENAS. | 0.20 | 127.00 |
| 07/14/15 | JAWA | RESEARCH REGARDING MOTIONS TO COMPEL IN BANKRUPTCY. | 1.30 | 351.00 |
| 07/14/15 | JFRH | ANALYZE DOCUMENTS PRODUCED BY DEBTOR. | 0.40 | 122.00 |
| 07/14/15 | JFRH | DRAFT/REVISE PROTECTIVE ORDER; CORRESPONDENCE WITH DEBTOR'S COUNSEL RE SAME. | 0.40 | 122.00 |
| 07/15/15 | DAST | REVIEW OF/REVISIONS TO MEET-AND-CONFER LETTER. | 0.20 | 87.00 |
| 07/15/15 | ESW | REVISIONS TO DSI'S LETTER RE:  MORS. | 0.30 | 190.50 |
| 07/15/15 | ESW | DRAFT ESI MEET AND CONFER LETTER. | 0.30 | 190.50 |
| 07/15/15 | ESW | RESPONSE TO SUBPOENA LETTER FROM MOLOLAMKIN. | 0.20 | 127.00 |
| 07/15/15 | JFRH | DRAFT/REVISE PROTECTIVE ORDER; CORRESPONDENCE WITH DEBTOR'S COUNSEL RE SAME. | 0.30 | 91.50 |
| 07/15/15 | JFRH | ANALYZE OTHER LITIGATION INVOLVING DEBTOR AND DEBTOR'S AFFILIATES. | 0.30 | 91.50 |
| 07/15/15 | JFRH | DRAFT CORRESPONDENCE TO AFFILIATES OF THE DEBTOR RE SUBPOENAS. | 0.40 | 122.00 |
| 07/15/15 | JFRH | ANALYZE DEFICIENCIES RE DEBTOR'S PARTICIPATION IN ELECTRONIC DISCOVERY PROTOCOL, DOCUMENT PRESERVATION, AND CUSTODIANS. | 0.80 | 244.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3000691
PAGE NO.  7

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/15/15 | RMB | ADVISE RE LANGUAGE IN PROTECTIVE ORDER ALLOWING COMMITTEE TO TRANSMIT CONFIDENTIAL DEBTOR DOCUMENTS TO A CHAPTER 7 TRUSTEE AND TO THE TRUSTEE OF A LIQUIDATING TRUST | 0.20 | 130.00 |
| 07/16/15 | JAWA | RESEARCH REGARDING DEBTORS REFUSING TO PRODUCE DOCUMENTS PURSUANT TO A RULE 2004 ORDER(0.3); RESEARCH REGARDING OBJECTIONS TO RULE 2004 DISCOVERY (1.5). | 2.80 | 756.00 |
| 07/16/15 | JFRH | ANALYZE RELEVANT AUTHORITY RE COMMITTEE'S FIDUCIARY OBLIGATIONS, INVESTIGATION, AND DEBTOR'S OBLIGATION TO PRODUCE DOCUMENTS. | 1.20 | 366.00 |
| 07/16/15 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE PROTECTIVE ORDER. | 0.20 | 61.00 |
| 07/16/15 | JFRH | DRAFT LETTER TO DEBTOR'S COUNSEL RE ESI PROTOCOL. | 0.20 | 61.00 |
| 07/16/15 | JFRH | ANALYZE RESPONSES/OBJECTIONS TO SUBPOENAS BY THIRD PARTIES. | 0.40 | 122.00 |
| 07/16/15 | RMB | ANALYSIS OF LANGUAGE FOR THE PROTECTIVE ORDER RESERVING THE COMMITTEE'S RIGHT TO SEEK A MODIFICATION OF THE ORDER TO PERMIT THE COMMITTEE TO PROVIDE THE TRUSTEE OF A LIQUIDATING TRUST WITH CONFIDENTIAL DOCUMENTS RECEIVED FROM DEBTOR (.10); REVIEW MATT GENSBURG'S LATEST PROPOSED LANGUAGE FOR PROTECTIVE ORDER AND ADVISE JOHN RHOADES THAT IT IS ACCEPTABLE (.20) | 0.30 | 195.00 |
| 07/16/15 | SMAL | REVIEW SUBPOENAS FROM OPPOSING COUNSEL AND CREATE CHART TRACKING OBJECTIONS (1.7). | 1.70 | 459.00 |
| 07/17/15 | DAST | REVIEW OF MR. DORAN'S COMMUNICATIONS REGARDING DATA PROTOCOL (0.1); ANALYSIS OF BACKGROUND MATERIALS ON AFFILIATE ISSUE (0.1); ANALYSIS OF STRATEGY IN RESPONSE TO MR. DORAN'S COMMENTS (0.1); REVIEW OF MR. KELLNER'S COMMENTS ON DATA PROTOCOL ISSUES (0.1). | 0.40 | 174.00 |
| 07/17/15 | ESW | WORK ON RESPONSE TO MOLOLAMKIN RE AFFILIATES' RESPONSE TO SUBPOENAS. | 0.30 | 190.50 |
| 07/17/15 | ESW | REVIEW OF DOCUMENTS PRODUCED BY DEBTOR. | 0.30 | 190.50 |
| 07/17/15 | ESW | WORK ON RESPONSE TO DEBTOR (DORAN'S) LATEST LETTER. | 0.30 | 190.50 |
| 07/17/15 | JAWA | RESEARCH REGARDING OBJECTIONS TO DISCOVERY REQUESTS IN BANKRUPTCY. | 0.40 | 108.00 |
| 07/17/15 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE DOCUMENT PRODUCTION. | 0.20 | 61.00 |
| 07/17/15 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE ESI. | 0.30 | 91.50 |

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3000691
PAGE NO.  8

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/17/15 | JFRH | CORRESPONDENCE WITH D4 RE DEBTOR'S POSITIONS RE ESI. | 0.40 | 122.00 |
| 07/17/15 | JFRH | ANALYZE DOCUMENTS PRODUCED BY DEBTOR. | 0.40 | 122.00 |
| 07/17/15 | SMAL | INSERT ARGUMENT INTO LETTER TO YELLOW CAB THAT IT FAILED TO RESPOND TO COMMITTEE'S DISCOVERY REQUESTS PURSUANT TO RULE 2004 AS EVIDENCED BY MULTIPLE INSUFFICIENT OBJECTIONS RAISED BY DEBTOR'S AFFILIATES. | 1.00 | 270.00 |
| 07/20/15 | ESW | WORK ON RESPONSE TO LETTERS FROM COUNSEL FOR YCA AFFILIATES RE DISCOVERY OBJECTIONS. | 0.20 | 127.00 |
| 07/20/15 | ESW | INITIAL REVIEW OF DOCUMENTS DOC # 335-4002 RANGE PRODUCED BY DEBTOR. | 0.40 | 254.00 |
| 07/20/15 | JAWA | RESEARCH REGARDING NON-PARTY OBLIGATIONS TO RESPOND TO A SUBPOENA UNDER RULE 2004. | 0.70 | 189.00 |
| 07/20/15 | JFRH | ANALYZE DEBTOR'S OBJECTION TO COMMITTEE'S FEE PETITION. | 0.40 | 122.00 |
| 07/20/15 | JFRH | ANALYZE DOCUMENTS PRODUCED BY DEBTOR. | 0.40 | 122.00 |
| 07/20/15 | JFRH | CORRESPONDENCE WITH THIRD PARTIES RE SUBPOENAS FOR DOCUMENTS. | 1.20 | 366.00 |
| 07/21/15 | ESW | DRAFT LETTER TO MOLO LAMKEN. | 0.20 | 127.00 |
| 07/21/15 | ESW | REVIEW OF TRANSCRIPT OF 5/14/15 HEARING. | 0.20 | 127.00 |
| 07/21/15 | MVK1 | PREPARATION AND IMPORT OF LATEST REVIEW DOCUMENTS INTO LAW DATABASE, PROCESS FILES AND EXAMINE SAME FOR ACCURACY; LOAD SAME INTO RELATIVITY WORKSPACE AND VERIFY ACCURACY OF DATABASE. | 1.10 | 220.00 |
| 07/21/15 | SLTH | LISTEN TO AND TRANSCRIBE MINUTES OF THE APRIL 21, 2015 SECTION 341 MEETING REGARDING BIDDING OUT SERVICES OUTSOURCED TO TAXI AFFILIATION SERVICES. | 0.60 | 141.00 |
| 07/22/15 | ESW | FINALIZE MEET AND CONFER LETTER TO MOLO. | 0.20 | 127.00 |
| 07/22/15 | JFRH | CORRESPONDENCE WITH THIRD PARTIES RE SUBPOENA RESPONSES. | 0.20 | 61.00 |
| 07/22/15 | JFRH | DEVELOP STRATEGY FOR COMMITTEE'S INVESTIGATION. | 0.40 | 122.00 |
| 07/23/15 | ESW | REVIEW OF INDUSTRY NEWS ARTICLES RE CHICAGO DISPATCH. | 0.20 | 127.00 |
| 07/23/15 | ESW | DISCOVERY DOC REVIEW RE NEWLY-PRODUCED DOCUMENTS. | 1.20 | 762.00 |
| 07/23/15 | JFRH | ANALYZE NEW/POTENTIAL SOURCES OF INFORMATION RE DEBTOR'S AFFAIRS. | 0.50 | 152.50 |
| 07/24/15 | ESW | MEETING WITH DSI TO REVIEW MORS AND STRATEGY TO OBTAIN COMPLIANCE FROM DEBTOR. | 1.00 | 635.00 |

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3000691
PAGE NO.  9

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/24/15 | ESW | WORK ON LENGTHY MEET AND CONFER LETTER IN RESPONSE TO INTRANSIGENCE OF DEBTOR. | 0.20 | 127.00 |
| 07/24/15 | JFRH | PREPARE FOR AND ATTEND MEETING WITH FINANCIAL ADVISORS RE DEBTOR'S UNTIMELY DISCLOSURES OF FINANCIAL INFORMATION. | 2.20 | 671.00 |
| 07/24/15 | JFRH | DRAFT MEET AND CONFER LETTER TO DEBTOR RE DISCOVERY REQUESTS; ANALYZE RELEVANT AUTHORITY RE SAME. | 1.80 | 549.00 |
| 07/24/15 | JFRH | ANALYZE DEBTOR'S UNTIMELY DISCLOSURES OF FINANCIAL INFORMATION. | 1.60 | 488.00 |
| 07/27/15 | DAST | EXAMINATION OF ADDITIONAL DOCUMENTS RECEIVED FROM DEBTOR. | 0.20 | 87.00 |
| 07/27/15 | EKK1 | LOAD INITIAL PRODUCTION OF DOCUMENTS AND VERIFY ACCURACY OF DATABASE. | 0.60 | 120.00 |
| 07/27/15 | ESW | DRAFT AND FINALIZE MEET AND CONFER DISCOVERY LETTER TO DEBTOR (1.0); COMMITTEE CALL RE THE FOREGOING(.3). | 1.30 | 825.50 |
| 07/27/15 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE PRODUCTION OF DOCUMENTS. | 0.20 | 61.00 |
| 07/27/15 | JFRH | ANALYZE DOCUMENTS PRODUCED BY DEBTOR. | 1.80 | 549.00 |
| 07/28/15 | ESW | REVIEW OF DISCOVERY LETTER FROM MOLO LAMKEN (ON BEHALF OF AFFILIATES). | 0.70 | 444.50 |
| 07/28/15 | JFRH | ANALYSIS RE DEBTOR'S ADMISSIONS AT INITIAL 341 MEETING. | 0.40 | 122.00 |
| 07/28/15 | JFRH | CORRESPONDENCE WITH DEBTOR'S AFFILIATES RE SUBPOENAS AND DOCUMENT REQUESTS. | 0.30 | 91.50 |
| 07/29/15 | JFRH | ANALYZE DOCUMENTS PRODUCED BY DEBTOR. | 1.30 | 396.50 |
| 07/30/15 | DAST | ANALYSIS OF DEBTOR'S ESI LETTER. | 0.90 | 391.50 |
| 07/30/15 | ESW | DISCUSSIONS WITH MR. GENSBURG AND OTHERS RE INVESTIGATION AND POSSIBLE APPOINTMENT OF AN EXAMINER. | 0.30 | 190.50 |
| 07/30/15 | ESW | WORK ON DISCOVERY MATTERS, AND OUTLINE MOTION TO COMPEL | 0.50 | 317.50 |
| 07/30/15 | JFRH | ANALYZE UNTIMELY MONTHLY OPERATING REPORT FOR JUNE FILED BY THE DEBTOR. | 0.40 | 122.00 |
| 07/31/15 | DAST | FURTHER ANALYSIS OF DEBTOR'S POSITION ON DISCOVERY DISPUTES. | 0.70 | 304.50 |
| 07/31/15 | JAWA | RESEARCH REGARDING MOTION TO COMPEL DISCOVERY STANDARD. | 0.30 | 81.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.  111914-000007

INVOICE NO.  3000691
PAGE NO.  10

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/31/15 | JFRH | ANALYZE RELEVANT AUTHORITY FOR MOTION TO COMPEL PRODUCTION OF DOCUMENTS (0.5); DRAFT MOTION TO COMPEL (1.3). | 1.80 | 549.00 |
| 07/31/15 | JFRH | CORRESPONDENCE WITH DSI RE DEBTOR'S PRODUCTION. | 0.20 | 61.00 |
| 07/31/15 | JFRH | DEVELOP STRATEGY RE FURTHER INVESTIGATION OF DEBTOR'S AFFAIRS. | 0.20 | 61.00 |
| 07/31/15 | JFRH | ANALYZE ESI LETTER FROM MR. DORAN; PREPARE RESPONSE RE SAME. | 0.80 | 244.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................ **90.10**
**TOTAL LEGAL FEES** ................................................................ **$  34,929.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3000691
PAGE NO.  11

| | DISBURSEMENTS | |
|---|---|---:|
| 07/07/15 | JACKIE DEFINI COURT REPORTER SERVICE AT HEARING ON 5/14/15 AND TRANSCRIPT | 63.00 |
| 07/07/15 | JACKIE DEFINI COURT REPORTER SERVICE AT HEARING ON 5/14/15 AND TRANSCRIPT | 63.00 |
| 07/10/15 | RIVER'S | 12.95 |
| 07/10/15 | CAFFE BACI R. BENDIX YCA CREDITORS COMMITTEE | 101.71 |
| 06/09/15 | MISCELLANEOUS EXPENSES - PATRICIA WAGNER OBTAIN COPY OF COMPLAINT, MOTION TO DISMISS | 51.50 |
| 06/11/15 | MISCELLANEOUS EXPENSES - PATRICIA WAGNER OBTAIN MEORANDUM IN SUPPORT OF MOTION TO DISMISS FROM CASE FILE | 77.00 |
| 06/12/15 | MISCELLANEOUS EXPENSES - PATRICIA WAGNER OBTAIN 5 CERTIFIED COPIES OF ORDER | 45.00 |
| 06/12/15 | MISCELLANEOUS EXPENSES - PATRICIA WAGNER OBTAIN COPY OF ORIGINAL ORDER | 4.00 |
| 07/16/15 | PROCESS SERVICE FEE - IT'S YOUR SERVE SERVE SUBPOENAS ON AFFILIATES OF DEBTOR - INVOICE # 1509180 | 435.00 |
| 05/12/15 | COURIER FOR COURT FILING SERVICES- DELIVER COURTESY COPY TO JUDGE DOYLE | 21.00 |
| 07/15/15 | COURIER FOR COURT FILING SERVICES | 21.00 |
| 06/01/15 | RELATIVITY DATA HOSTING | 20.00 |
| | PHOTOCOPY EXPENSES | 157.20 |
| | SCANNING EXPENSES | 58.20 |
| | PRINTING EXPENSES | 347.80 |

### TOTAL DISBURSEMENTS ................................. $ 1,478.36

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3000691
PAGE NO.  12

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|--------|--------|-----------|
| ESW | EDWARD S. WEIL | 18.50 | 635.00 | 11,747.50 |
| DAST | DANTE A. STELLA | 8.40 | 435.00 | 3,654.00 |
| RMB | RICHARD M. BENDIX | 2.20 | 650.00 | 1,430.00 |
| JAWA | JENNIFER A. WARNER | 5.50 | 270.00 | 1,485.00 |
| JFRH | JOHN F. RHOADES | 50.50 | 305.00 | 15,402.50 |
| SMAL | SUZANNE M. ALTON | 2.70 | 270.00 | 729.00 |
| SLTH | SUSAN L. THOMPSON | 0.60 | 235.00 | 141.00 |
| EKK1 | ELLEN K. KAIN | 0.60 | 200.00 | 120.00 |
| MVK1 | MARSHA V. KLIMEK | 1.10 | 200.00 | 220.00 |
| | **TOTAL** | **90.10** | | **34,929.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000007
CREDITORS' COMMITTEE
INVESTIGATIONS
INVOICE NO.  3000691
PAGE NO.  13


FEES.......................................................................$    34,929.00

DISBURSEMENTS ....................................................      1,478.36

**TOTAL AMOUNT DUE**.............................................$    **36,407.36**


DYKEMA GOSSETT PLLC

38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243


CLIENT CHECK INFORMATION
PLEASE COMPLETE:

CHECK #:_____      DATE:_____      AMOUNT:_____

THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

FOR FIRM USE:
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

AUGUST 12, 2015
CLIENT-MATTER NO. 111914-000008
INVOICE NO.  3000692

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS**

FEES.......................................................................$     11,550.00

**TOTAL AMOUNT DUE**............................................$     11,550.00

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO. 111914-000008

INVOICE NO. 3000692
PAGE NO. 2

## RE: CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 06/29/15 | JFRH | CORRESPONDENCE WITH COMMITTEE RE DOCUMENT REQUESTS/OBJECTIONS. | 0.20 | 61.00 |
| 07/01/15 | ESW | COMMITTEE CALL RE (A) COMMITTEE DECISION ON RESPONSE TO MOTION TO LIFT STAY FILED BY DEBTOR. | 0.20 | 127.00 |
| 07/01/15 | ESW | COMMITTEE CALL RE DEBTOR'S PROPOSED PLAN (A SALE). | 0.40 | 254.00 |
| 07/01/15 | ESW | COMMITTEE CALL RE OUTSTANDING DISCOVERY ISSUES. | 0.40 | 254.00 |
| 07/01/15 | JFRH | CORRESPONDENCE WITH COMMITTEE RE DEBTOR'S MOTION TO LIFT STAY, INVESTIGATION, OTHER RECENT FILINGS, AND POTENTIAL PLANS FOR REORGANIZATION. | 0.80 | 244.00 |
| 07/01/15 | RMB | PARTICIPATE IN TELEPHONIC CREDITORS' COMMITTEE MEETING TO DISCUSS COMMITTEE'S POSITION ON DEBTOR'S MOTION TO LIFT STAY TO PARTICIPATE IN APPEAL OF ORDER DISMISS CLAIMS UNDER THE ILLINOIS WAGE PAYMENT AND COLLECTION ACT. | 1.00 | 650.00 |
| 07/02/15 | JFRH | CORRESPONDENCE WITH COMMITTEE RE OBJECTIONS TO DEBTOR'S COUNSEL'S ATTORNEY'S FEES. | 0.20 | 61.00 |
| 07/07/15 | ESW | CONFERENCE CALL WITH COMMITTEE TO ADDRESS LATEST EFFORT BY DEBTOR TO DELAY PRODUCING DOCUMENTS RESPONSIVE TO COMMITTEE'S MAY 2015 DOCUMENT REQUESTS, AND BEGIN FORMULATING MEET AND CONFER RESPONSE. | 0.50 | 317.50 |
| 07/07/15 | RMB | SEND COMMITTEE MEMBERS (1) COMMITTEE'S AMENDED OBJECTION TO DALE & GENSBURG'S FIRST MONTHLY FEE STATEMENT, (2) DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD AND (3) COMMITTEE'S OBJECTION | 0.30 | 195.00 |
| 07/08/15 | ESW | REVIEW OF AND DISCUSS WITH COMMITTEE DEBTOR'S INFORMALLY PROPOSED PLAN (363 SALE). | 0.30 | 190.50 |
| 07/08/15 | RMB | SEND EMAIL TO COMMITTEE MEMBERS REPORTING ON JUDGE DOYLE'S DECISION TO GRANT DEBTOR'S LIFT STAY MOTION. | 0.10 | 65.00 |
| 07/08/15 | RMB | REVIEW EMAIL FROM MARC JACOBS SUGGESTING AN ARGUMENT TO MAKE IN SUPPORT OF THE COMMITTEE'S OBJECTION TO THE DEBTOR'S LIFT STAY MOTION RE JOINING IN APPELLEE'S BRIEF | 0.10 | 65.00 |
| 07/08/15 | RMB | REVIEW AND RESPOND TO EMAIL FROM MARC JACOBS ASKING HOW MUCH TIME WE WILL BE ASKING FOR TO RESPOND TO THE DEBTOR'S MOTION TO EXTEND ITS EXCLUSIVITY PERIODS. | 0.20 | 130.00 |

# DYKEMA

Case 15-09389 Doc 4833 Filed 08/18/15 Entered 08/18/15 16:52:30 Desc Exhibit
B - Dykema Invoices Page 23 of 64

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3000692
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/09/15 | RMB | REVIEW AND RESPOND TO EMAIL FROM TIM KEISER ASKING IF THERE WILL BE A COMMITTEE MEETING TOMORROW AND ADVISING HIM AND THE OTHER COMMITTEE MEMBERS THAT THE CALL HAS BEEN CANCELED | 0.20 | 130.00 |
| 07/10/15 | ESW | PARTICIPATE IN CREDITORS COMMITTEE MEETING. | 1.20 | 762.00 |
| 07/10/15 | JFRH | CORRESPONDENCE WITH COMMITTEE RE INVESTIGATION STRATEGY AND STATUS. | 1.80 | 549.00 |
| 07/10/15 | RMB | SEND DEBTOR'S MAY, 2015 OPERATING REPORT TO COMMITTEE MEMBERS. | 0.10 | 65.00 |
| 07/10/15 | RMB | MEET WITH MARC JACOBS TO DISCUSS (1) COMMITTEE' OBJECTION TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIODS AND (2) FLAWS IN TERMS OF DEBTOR'S PROPOSED PLAN OF REORGANIZATION (1.0); SEND COMMITTEE MEMBERS DALE & GENSBURG'S SECOND MONTHLY FEE STATEMENT (.10); SEND COMMITTEE MEMBERS DYKEMA'S SECOND MONTHLY FEE STATEMENT (.10) | 1.20 | 780.00 |
| 07/13/15 | ESW | PARTICIPATE IN COMMITTEE CALL RE STATUS OF DISCOVERY. | 0.20 | 127.00 |
| 07/13/15 | RMB | REVIEW MARC JACOBS' EMAILS (2X) COMMENTING ON THE DEBTOR'S MOST RECENT MONTHLY OPERATING REPORT (.20); REVIEW MARC JACOBS' EMAIL COMMENTING ON DEBTOR' MOTION TO EXTEND EXCLUSIVITY PERIODS (.10) | 0.30 | 195.00 |
| 07/14/15 | JFRH | CORRESPONDENCE WITH COMMITTEE RE STATUS OF DOCUMENT PRODUCTION. | 0.20 | 61.00 |
| 07/14/15 | RMB | SEND COPY OF DYKEMA'S FIRST INTERIM FEE APPLICATION TO COMMITTEE MEMBERS. | 0.10 | 65.00 |
| 07/15/15 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE STATUS OF DISCOVERY. | 0.20 | 127.00 |
| 07/17/15 | JFRH | CORRESPONDENCE WITH CLIENT RE PROTECTIVE ORDER AND DOCUMENT PRODUCTION. | 0.40 | 122.00 |
| 07/17/15 | RMB | SEND COMMITTEE MEMBERS ZÜRICH INSURANCE COMPANY'S LIFT STAY MOTION RE DECLARATORY JUDGMENT THAT ZÜRICH HAS NO DUTY TO DEFEND OR INDEMNIFY THE DEBTOR IN THE ENGER APPEAL | 0.10 | 65.00 |
| 07/17/15 | RMB | REVIEW AND RESPOND TO EMAIL FROM MARC JACOBS ASKING WHETHER WE SHOULD OBJECT TO ZÜRICH INSURANCE COMPANY'S LIFT STAY MOTION | 0.20 | 130.00 |
| 07/20/15 | JFRH | CORRESPONDENCE WITH COMMITTEE AND DEBTOR RE PROTECTIVE ORDER. | 0.20 | 61.00 |
| 07/21/15 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE REGARDING DISCOVERY DISPUTES WITH DEBTOR AND AFFILIATES. | 0.40 | 254.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3000692
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/22/15 | ESW | TELEPHONE CONFERENCES WITH COMMITTEE RE CH. 11 TRUSTEE AND HEARING 7/30/15. | 1.20 | 762.00 |
| 07/22/15 | RMB | SEND COPY OF FILED VERSION OF DYKEMA'S RESPONSE TO DEBTOR'S OBJECTION TO DYKEMA'S FIRST MONTHLY FEE PETITION TO COMMITTEE MEMBERS (.20); SEND COMMITTEE MEMBERS COMMITTEE'S SUPPLEMENTAL OBJECTION TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD (.10) | 0.30 | 195.00 |
| 07/22/15 | RMB | CALL WITH ED WEIL AND MARC JACOBS TO DISCUSS COMMITTEE'S JOINDER IN MOTION TO APPOINT CH. 11 TRUSTEE. | 1.00 | 650.00 |
| 07/23/15 | ESW | COMMITTEE CALL RE POSSIBLE CLIFFORD MOTION FOR TRUSTEE. | 0.50 | 317.50 |
| 07/23/15 | RMB | SEND COMMITTEE (1) ARTICLE REGARDING GENE FRIEDMAN'S TAXI AFFILIATION COMPANIES FILING CHAPTER 11 CASES IN NEW YORK CITY (.10), (2) LIFT STAY ORDER ENTERED THIS MORNING ON MOTION OF PERSONAL INJURY CLAIMANT (.10), AND (3) BOB CLIFFORD'S DRAFT MOTION REQUESTING APPOINTMENT OF A CHAPTER 11 TRUSTEE, TOGETHER WITH A REQUEST FOR A TELEPHONIC COMMITTEE MEETING TOMORROW AFTERNOON TO DISCUSS THAT MOTION (.20) | 0.40 | 260.00 |
| 07/24/15 | RMB | REVIEW ASHLEY COMFORTE LIFT STAY MOTION AND SEND COPY OF SAME TO COMMITTEE MEMBERS | 0.20 | 130.00 |
| 07/24/15 | RMB | SEND COMMITTEE MEMBERS DEBTOR'S RESPONSE TO COMMITTEE'S OBJECTION TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD | 0.10 | 65.00 |
| 07/27/15 | JFRH | CORRESPONDENCE WITH COMMITTEE RE APPOINTMENT OF CHAPTER 11 TRUSTEE; DEBTOR'S LACK OF COOPERATION IN DISCOVERY. | 1.60 | 488.00 |
| 07/27/15 | RMB | SEND TO COMMITTEE MEMBERS ROBERT CLIFFORD'S MOTION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE | 0.10 | 65.00 |
| 07/28/15 | ESW | COMMITTEE CALL RE JOINDER TO CLIFFORD LAW OFFICE'S MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE. | 0.30 | 190.50 |
| 07/28/15 | RMB | SEND COMMITTEE MEMBERS DEBTOR'S MOTION TO SET BAR DATE AND EXHIBITS THERETO, PROVIDE EXPLANATION OF BAR DATE, AND DESCRIBE OUR INTENTION TO SEND A SEPARATE NOTICE TO PERSONAL INJURY CLAIMANTS SHORTLY BEFORE BAR DATE ENCOURAGING THOSE CLAIMANTS TO FILE PROOFS OF CLAIM. | 0.40 | 260.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.  111914-000008

INVOICE NO.  3000692
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/28/15 | RMB | SEND EMAIL TO COMMITTEE MEMBERS REPORTING ON MY CALL YESTERDAY WITH MATT GENSBURG TO DISCUSS HIS POSITION ON ZÜRICH INSURANCE COMPANY'S MOTION TO LIFT THE AUTOMATIC STAY TO PERMIT FILING OF A COMPLAINT SEEKING A DECLARATION THAT ZÜRICH DOES NOT HAVE TO PAY ATTORNEYS' FEES INCURRED BY THE DEBTOR IN CONNECTION WITH THE ENGER APPEAL OF THE ORDER DISMISSING ENGER'S CLASS ACTION COMPLAINT. | 0.40 | 260.00 |
| 07/29/15 | JFRH | CORRESPONDENCE WITH CLIENT RE INVESTIGATION STRATEGY. | 0.40 | 122.00 |
| 07/29/15 | RMB | CALL WITH MARC JACOBS TO DISCUSS (1) HIS QUESTIONS REGARDING ZÜRICH INSURANCE COMPANY'S LIFT STAY MOTION, AND (2) MY REQUESTING TIME TO RESPOND TO THE MOTION SO THAT I CAN REVIEW THE ZÜRICH POLICY WHICH WILL BE THE SUBJECT OF THE DECLARATORY JUDGMENT LAWSUIT THAT ZÜRICH WANTS TO FILE | 0.40 | 260.00 |
| 07/30/15 | ESW | PARTICIPATE IN COMMITTEE CALL RE COURT HEARING. | 0.80 | 508.00 |
| 07/30/15 | RMB | SEND LENGTHY EMAIL TO COMMITTEE MEMBERS REPORTING RESULTS OF THIS MORNING'S HEARINGS ON VARIOUS MOTIONS. | 0.50 | 325.00 |
| 07/30/15 | RMB | PARTICIPATE IN TELEPHONIC CREDITORS' COMMITTEE MEETING TO REPORT ON RESULTS OF TODAYS HEARINGS IN BANKRUPTCY COURT | 0.40 | 260.00 |
| 07/31/15 | RMB | SEND SEPARATE EMAILS TO COMMITTEE MEMBERS ATTACHING BANKRUPTCY COURT ORDERS (1) GRANTING DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIODS AND (2) DENYING MOTION TO APPOINT CHAPTER 11 TRUSTEE | 0.20 | 130.00 |
| 07/31/15 | RMB | CALL WITH MARC JACOBS TO DISCUSS YESTERDAY'S HEARING IN BANKRUPTCY COURT | 0.30 | 195.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **21.00**
**TOTAL LEGAL FEES** .......................................................................... **$  11,550.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO. 111914-000008

INVOICE NO. 3000692
PAGE NO. 6

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|---------------------|-------|--------|-----------|
| ESW | EDWARD S. WEIL | 6.60 | 635.00 | 4,191.00 |
| RMB | RICHARD M. BENDIX | 8.60 | 650.00 | 5,590.00 |
| JFRH | JOHN F. RHOADES | 5.80 | 305.00 | 1,769.00 |
| | **TOTAL** | **21.00** | | **11,550.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000008
CREDITORS' COMMITTEE MEETING
AND COMMUNICATIONS
INVOICE NO.  3000692
PAGE NO.  7

FEES.....................................................................$     11,550.00

**TOTAL AMOUNT DUE**.............................................$___11,550.00

DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

AUGUST 12, 2015
CLIENT-MATTER NO. 111914-000010
INVOICE NO. 3000693

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: FEE/EMPLOYMENT APPLICATIONS**

FEES.........................................................................$    10,569.50

DISBURSEMENTS .......................................................    248.20

**TOTAL AMOUNT DUE**.............................................$   **10,817.70**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3000693
PAGE NO.  2

## RE:  FEE/EMPLOYMENT APPLICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/01/15 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE DEBTOR'S APPLICATION TO EMPLOY EPIQ. | 0.20 | 61.00 |
| 07/01/15 | JFRH | ANALYZE DEBTOR'S APPLICATION TO EMPLOY EPIQ. | 0.30 | 91.50 |
| 07/01/15 | JFRH | ANALYZE FEE APPLICATIONS OF OF DALE AND GENSBURG AND GREENBERG TRAURIG. | 0.50 | 152.50 |
| 07/08/15 | MADI | EXAMINE PRE-BILLS FOR JUNE 2015 IN CONNECTION WITH MONTHLY FEE APPLICATION DUE IN JULY. | 2.90 | 1,087.50 |
| 07/08/15 | RMB | BEGIN REVIEW OF MARIA DIAKOUMAKIS' EDITS TO JUNE'S MONTHLY FEE STATEMENT | 0.50 | 325.00 |
| 07/09/15 | MADI | EXAMINE PRE-BILLS FOR JUNE 2015 IN CONNECTION WITH MONTHLY FEE APPLICATION DUE IN JULY. | 1.20 | 450.00 |
| 07/09/15 | RMB | FINISH REVIEWING MARIA DIAKOUMAKIS' REVISIONS TO JUNE BILLS | 0.40 | 260.00 |
| 07/10/15 | MADI | EXAMINE PRE-BILLS FOR JUNE 2015 IN CONNECTION WITH MONTHLY FEE APPLICATION DUE IN JULY. | 1.70 | 637.50 |
| 07/10/15 | MADI | DRAFT SECOND MONTHLY APPLICATION. | 0.30 | 112.50 |
| 07/10/15 | MADI | FINALIZE BILLS FOR FILING WITH MONTHLY FEE APPLICATION, INCLUDING REVIEWING THE SAME FOR REDACTIONS. | 0.70 | 262.50 |
| 07/10/15 | MADI | BEGIN DRAFTING FIRST INTERIM FEE APPLICATION FOR THE PERIOD APRIL 2 THROUGH MAY 31, 2015. | 1.10 | 412.50 |
| 07/13/15 | MADI | DRAFT FIRST INTERIM FEE APPLICATION FOR THE PERIOD ENDING MAY 31, 2015, INCLUDING SUMMARIES OF ALL TIME ENTRIES BY TIME KEEPER AND MATTER NUMBER. | 4.10 | 1,537.50 |
| 07/13/15 | RMB | REVIEW AND REVISE MARIA DIAKOUMAKIS' DRAFT INTERIM FEE PETITION | 0.40 | 260.00 |
| 07/14/15 | ESW | EXAMINE 1ST INTERIM FEE PETITION. | 0.20 | 127.00 |
| 07/14/15 | JFRH | ANALYSIS OF DEBTOR'S FEE PETITIONS. | 0.60 | 183.00 |
| 07/14/15 | MADI | REVISE FIRST INTERIM FEE APPLICATION FOR THE PERIOD ENDING MAY 31, 2015. | 4.20 | 1,575.00 |
| 07/14/15 | MADI | DRAFT PROPOSED ORDER RELATED TO FIRST INTERIM FEE APPLICATION. | 0.40 | 150.00 |
| 07/14/15 | RMB | DISCUSS WITH MARIA DIAKOUMAKIS REVISIONS TO HER DRAFT INTERIM FEE APPLICATION | 0.30 | 195.00 |

# DykEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.  111914-000010

INVOICE NO.  3000693
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/14/15 | RMB | REVIEW VOICE MAIL MESSAGE FROM MATT GENSBURG PROPOSING AUGUST 5 DATE FOR HEARING ON INTERIM FEE APPLICATIONS (0.1);  SEND MATT AN EMAIL ADVISING HIM THAT HIS PROPOSED AUGUST 5 HEARING DATE IS ACCEPTABLE TO ME(0.1). | 0.20 | 130.00 |
| 07/14/15 | RMB | REVIEW AND REVISE MARIA DIAKOUMAKIS' LATEST DRAFT OF COMMITTEE'S FIRST INTERIM FEE PETITION (.40); CALL WITH MATT GENSBURG TO CONFIRM THAT OUR RESPECTIVE INTERIM FEE PETITIONS COVER THE PERIOD FROM THE PETITION DATE THROUGH MAY 31, AND THAT WE WILL SET THE APPLICATIONS FOR HEARING ON AUGUST 5 AT 10:00 A.M. (.10) | 0.40 | 260.00 |
| 07/15/15 | RMB | EXCHANGE EMAILS WITH MATT GENSBURG RE SCHEDULING A TIME TO DISCUSS RESOLUTION OF OBJECTIONS TO MONTHLY FEE APPLICATIONS | 0.20 | 130.00 |
| 07/21/15 | JFRH | ANALYZE RELEVANT MATERIALS/AUTHORITY TO SUPPORT RESPONSE TO DEBTOR'S OBJECTION TO THE COMMITTEE'S FEE PETITION. | 0.80 | 244.00 |
| 07/28/15 | ESW | REVIEW OF CERTIFICATES OF NO OBJECTION TO FEE PETITIONS OF DEBTOR; OUTLINE SIMILAR CERTIFICATE FOR COMMITTEE. | 0.40 | 254.00 |
| 07/28/15 | JFRH | ANALYZE DEBTOR'S FEE PETITION. | 0.40 | 122.00 |
| 07/28/15 | RMB | REVIEW DALE & GENSBURG'S AND GREENBERG TRAURIG CERTIFICATIONS OF NO OBJECTION TO THEIR FIRST MONTHLY FEE STATEMENTS AND COMPARE SAME FOR CONSISTENCY WITH COMMITTEE' OBJECTION TO THOSE FEE STATEMENT | 0.40 | 260.00 |
| 07/29/15 | ESW | REVISE CERTIFICATION OF UNCONTESTED FEES. | 0.40 | 254.00 |
| 07/29/15 | JFRH | DRAFT CERTIFICATE OF NO OBJECTION TO FEES. | 1.40 | 427.00 |
| 07/29/15 | MADI | FINALIZE CERTIFICATION OF NO OBJECTION TO DYKEMA'S FIRST MONTHLY FEE APPLICATION FOR FILING. | 0.30 | 112.50 |
| 07/29/15 | RMB | REVIEW AND REVISE JOHN RHOADES' DRAFT CERTIFICATION RE FEES AND EXPENSES IN DYKEMA'S FIRST MONTHLY FEE STATEMENT AS TO WHICH THERE ARE NO OBJECTIONS | 0.20 | 130.00 |
| 07/31/15 | JFRH | ANALYZE DEBTOR'S MONTHLY FEE APPLICATION. | 1.20 | 366.00 |

TOTAL ATTORNEY & PARALEGAL TIME ..................................................................  26.30
TOTAL LEGAL FEES............................................................................................$  10,569.50

**DyKEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3000693
PAGE NO.  4

---

| DISBURSEMENTS | |
|---|---:|
| PHOTOCOPY EXPENSES | 87.00 |
| PRINTING EXPENSES | 161.20 |
| **TOTAL DISBURSEMENTS** .................................. $ | **248.20** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3000693
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|------:|-----:|-------:|
| ESW | EDWARD S. WEIL | 1.00 | 635.00 | 635.00 |
| RMB | RICHARD M. BENDIX | 3.00 | 650.00 | 1,950.00 |
| JFRH | JOHN F. RHOADES | 5.40 | 305.00 | 1,647.00 |
| MADI | MARIA A. DIAKOUMAKIS | 16.90 | 375.00 | 6,337.50 |
| | **TOTAL** | **26.30** | | **10,569.50** |

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000010
FEE/EMPLOYMENT APPLICATIONS
INVOICE NO.  3000693
PAGE NO.  6

FEES...........................................................$   10,569.50

DISBURSEMENTS ....................................   248.20

**TOTAL AMOUNT DUE**..............................$   **10,817.70**

DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____   DATE:_____   AMOUNT:_____

THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

FOR FIRM USE:
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

AUGUST 12, 2015
CLIENT-MATTER NO. 111914-000011
INVOICE NO. 3000694

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: FEE/EMPLOYMENT OBJECTIONS**

FEES.......................................................................$      6,834.50

DISBURSEMENTS .....................................................      56.20

**TOTAL AMOUNT DUE** .............................................$      **6,890.70**

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000011

INVOICE NO.  3000694
PAGE NO.  2

## RE:  FEE/EMPLOYMENT OBJECTIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/01/15 | ESW | REVIEW OF OBJECTION FILED BY DEBTOR TO COMMITTEE'S FIRST INTERIM FEE PETITION. | 0.20 | 127.00 |
| 07/01/15 | ESW | OUTLINE OBJECTION TO DEBTOR'S FIRST INTERIM FEE PETITION. | 0.20 | 127.00 |
| 07/01/15 | JFRH | DRAFT/FILE OBJECTION. | 2.90 | 884.50 |
| 07/02/15 | ESW | REVIEW OF OBJECTION TO DEBTOR'S FIRST INTERIM FEE PETITION. | 0.20 | 127.00 |
| 07/02/15 | ESW | REVIEW OF DEBTOR'S OBJECTION TO COMMITTEE'S FIRST FEE PETITION. | 0.00 | NO CHARGE |
| 07/02/15 | JFRH | DRAFT RESPONSE TO DEBTOR'S OBJECTIONS TO ATTORNEY'S FEES OF COMMITTEE. | 0.00 | NO CHARGE |
| 07/14/15 | ESW | REVIEW OF DG AND GT 2ND MONTHLY STATEMENT OF FEES. | 0.20 | 127.00 |
| 07/15/15 | RMB | REVIEW DEBTOR'S OBJECTION TO DYKEMA'S FIRST MONTHLY FEE STATEMENT AND BEGIN WORK ON RESPONSE TO SAME IN PREPARATION FOR CONFERENCE CALL WITH MATT GENSBURG AND NANCY PETERMAN TO RESOLVE THOSE OBJECTIONS AND COMMITTEE'S OBJECTION TO DEBTOR'S FIRST MONTHLY FEE STATEMENT | 0.50 | 325.00 |
| 07/17/15 | ESW | WORK ON RESPONSE TO OBJECTION TO FEE PETITION. | 0.00 | NO CHARGE |
| 07/17/15 | RMB | REVIEW DEBTOR'S OBJECTION TO DYKEMA'S FIRST MONTHLY FEE STATEMENT AND DYKEMA'S OBJECTION TO THE DEBTOR'S FIRST MONTHLY FEE STATEMENT IN PREPARATION FOR CALL WITH MATT GENSBURG AND NANCY PETERMAN TO DISCUSS THOSE OBJECTIONS (.50); CALL WITH MATT GENSBURG AND NANCY PETERMAN TO DISCUSS THOSE OBJECTIONS AND A PROPOSAL FOR RESOLVING THEM (.30). | 0.80 | 520.00 |
| 07/17/15 | RMB | WORK ON STRATEGY FOR RESPONDING TO DEBTOR'S ARGUMENT THAT DYKEMA'S FEES FOR INVESTIGATING POSSIBLE CLAIMS SHOULD BE DISALLOWED BECAUSE THE COMMITTEE WILL NOT HAVE TO ASSERT THOSE CLAIMS IF THE JUDGMENT IN FAVOR OF MARC AND DEBBIE JACOBS IS REVERSED (.40). | 0.00 | NO CHARGE |
| 07/20/15 | RMB | OUTLINE AND BEGIN DRAFTING RESPONSE TO DEBTOR'S OBJECTION TO COMMITTEE'S FIRST MONTHLY FEE STATEMENT | 2.50 | 1,625.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.    111914-000011

INVOICE NO.  3000694
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/20/15 | RMB | CALL WITH MATT GENSBURG RE HIS REJECTION OF MY PROPOSAL FOR RESOLVING OBJECTIONS TO FIRST MONTHLY FEE APPLICATIONS OF DEBTOR AND COMMITTEE | 0.10 | 65.00 |
| 07/21/15 | ESW | REVIEW DRAFT RESPONSE TO OBJECTION OF YCA TO DYKEMA'S FIRST MONTHLY FEE APPLICATION. | 0.00 | NO CHARGE |
| 07/21/15 | JFRH | DRAFT RESPONSE TO DEBTOR'S OBJECTION TO COMMITTEE'S FEES. | 2.60 | 793.00 |
| 07/21/15 | MADI | FINALIZE RESPONSE TO DEBTOR'S OBJECTION TO DYKEMA'S MONTHLY FEE APPLICATION FOR FILING. | 0.30 | 112.50 |
| 07/21/15 | RMB | PREPARE AND REVISE DYKEMA'S RESPONSE TO DEBTOR'S OBJECTION TO DYKEMA'S FIRST MONTHLY FEE APPLICATION | 0.00 | NO CHARGE |
| 07/22/15 | ESW | PREPARE SUPPLEMENT TO OBJECTION TO DEBTOR'S COUNSEL'S FEE PETITION. | 0.50 | 317.50 |
| 07/22/15 | RMB | REVIEW FILED VERSION OF DYKEMA'S RESPONSE TO DEBTOR'S OBJECTION TO DYKEMA'S FIRST MONTHLY FEE APPLICATION | 0.20 | 130.00 |
| 07/28/15 | MADI | DRAFT OBJECTION TO FIRST INTERIM FEE APPLICATION OF GREENBERG TRAURIG. | 0.30 | 112.50 |
| 07/28/15 | MADI | DRAFT OBJECTION TO FIRST INTERIM FEE APPLICATION OF DALE & GENSBERG. | 0.30 | 112.50 |
| 07/28/15 | MADI | PREPARE NOTICE OF FILING RELATED TO OBJECTION TO FIRST INTERIM FEE APPLICATION OF DALE & GENSBERG. | 0.10 | 37.50 |
| 07/28/15 | MADI | PREPARE NOTICE OF FILING RELATED TO OBJECTION TO FIRST INTERIM FEE APPLICATION OF GREENBERG TRAURIG. | 0.10 | 37.50 |
| 07/28/15 | RMB | CALL JOHN RHOADES RE FILING AN OBJECTION TO THE DEBTOR'S INTERIM FEE PETITION | 0.10 | 65.00 |
| 07/31/15 | JFRH | DRAFT OBJECTION TO DEBTOR'S MONTHLY FEE APPLICATION. | 2.80 | 854.00 |
| 07/31/15 | MADI | FINALIZE OBJECTION TO DG AND GT'S JUNE MONTHLY STATEMENTS OF FEES FOR FILING. | 0.20 | 75.00 |
| 07/31/15 | RMB | TWO CALLS WITH JOHN RHOADES TO DISCUSS AND REVISE HIS DRAFT OBJECTION TO DALE & GENSBURG'S SECOND MONTHLY FEE STATEMENT | 0.40 | 260.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................    **15.50**
**TOTAL LEGAL FEES** .................................................................... $    **6,834.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.    111914-000011

INVOICE NO.  3000694
PAGE NO.  4

---

### DISBURSEMENTS

PRINTING EXPENSES                                           56.20

**TOTAL DISBURSEMENTS .................................. $      56.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

**DYKEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.    111914-000011

INVOICE NO.  3000694
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 1.30 | 635.00 | 825.50 |
| RMB | RICHARD M. BENDIX | 4.60 | 650.00 | 2,990.00 |
| JFRH | JOHN F. RHOADES | 8.30 | 305.00 | 2,531.50 |
| MADI | MARIA A. DIAKOUMAKIS | 1.30 | 375.00 | 487.50 |
| | **TOTAL** | **15.50** | | **6,834.50** |

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO. 111914-000011
FEE/EMPLOYMENT OBJECTIONS
INVOICE NO. 3000694
PAGE NO. 6

FEES.........................................................................$ 6,834.50

DISBURSEMENTS ..................................................... 56.20

TOTAL AMOUNT DUE.............................................$ __6,890.70__

DYKEMA GOSSETT PLLC

38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243

CLIENT CHECK INFORMATION
PLEASE COMPLETE:

CHECK #:_____     DATE:_____     AMOUNT:_____

THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

FOR FIRM USE:
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

AUGUST 12, 2015
CLIENT-MATTER NO. 111914-000013
INVOICE NO.  3000695

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY**

FEES............................................................$      6,357.50

DISBURSEMENTS ......................................        43.20

**TOTAL AMOUNT DUE**.............................**$      6,400.70**

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3000695
PAGE NO.  2

## RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/01/15 | RMB | ANALYSIS OF ARGUMENTS TO MAKE IN COMMITTEE'S OBJECTION TO THE DEBTOR'S MOTION TO LIFT STAY TO PARTICIPATE IN APPEAL OF ORDER DISMISS CLAIMS UNDER THE ILLINOIS WAGE PAYMENT AND COLLECTION ACT | 0.30 | 195.00 |
| 07/06/15 | ESW | REVISE RESPONSE TO MOTION TO MODIFY AUTOMATIC STAY TO PARTICIPATE IN APPEAL OF ENGER. | 0.30 | 190.50 |
| 07/06/15 | JFRH | DRAFT OPPOSITION TO DEBTOR'S MOTION TO LIFT STAY TO PARTICIPATE IN APPEAL. | 1.80 | 549.00 |
| 07/06/15 | RMB | BEGIN REVISING JOHN RHOADES' DRAFT OF OBJECTION TO DEBTOR'S MOTION TO LIFT STAY TO PARTICIPATE IN APPEAL FROM ORDER DISMISSING ENGER CLASS ACTION COMPLAINT | 0.50 | 325.00 |
| 07/07/15 | JFRH | DRAFT/FINALIZE OPPOSITION TO DEBTOR'S MOTION TO LIFT STAY RE ENGER APPEAL. | 0.60 | 183.00 |
| 07/07/15 | MADI | FINALIZE OBJECTION TO DEBTOR'S MOTION FOR RELIEF FROM STAY TO PARTICIPATE IN ENGER APPEAL. | 0.80 | 300.00 |
| 07/07/15 | RMB | SEND EMAIL TO MATT GENSBURG ADVISING HIM THAT THE COMMITTEE OBJECTS TO THE DEBTOR'S MOTION TO LIFT THE AUTOMATIC STAY TO PARTICIPATE IN THE APPEAL FROM THE DISTRICT COURT ORDER DISMISSING A CLASS ACTION COMPLAINT BASED ON ALLEGED VIOLATIONS OF THE ILLINOIS WAGE PAYMENT AND COLLECTION ACT (.20); REVIEW AND RESPOND TO EMAIL FROM MATT GENSBURG ASKING FOR THE BASIS OF THE COMMITTEE'S OBJECTION (.20) | 0.40 | 260.00 |
| 07/07/15 | RMB | REVISE JOHN RHOADES DRAFT OF COMMITTEE'S OBJECTION TO DEBTOR'S MOTION TO LIFT STAY TO JOIN IN APPELLEE'S BRIEF RE ORDER DISMISSING ILLINOIS WAGE PAYMENT AND COLLECTION ACT COMPLAINT (2.5); REVIEW CASES CITED IN DEBTOR'S LIFT STAY MOTION IN PREPARATION FOR TOMORROW'S HEARING ON SAME (1.0). | 3.50 | 2,275.00 |
| 07/08/15 | RMB | PREPARE FOR AND ATTEND HEARING ON DEBTOR'S MOTION TO LIFT STAY TO JOIN IN APPELLEE'S BRIEF RE PLAINTIFF'S APPEAL OF ORDER DISMISSING ENGER COMPLAIN (1.50). | 1.50 | 975.00 |
| 07/14/15 | RMB | REVIEW FRITZ LIFT STAY MOTION AND SEND EMAIL TO MATT GENSBURG, WITH COPIES TO COMMITTEE, ADVISING HIM THAT THE COMMITTEE DOES NOT OBJECT TO THE MOTION. | 0.20 | 130.00 |

**Dy**KEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3000695
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/16/15 | RMB | REVIEW ZÜRICH INSURANCE COMPANY'S MOTION TO LIFT THE STAY TO FILE A DECLARATORY JUDGMENT ACTION RE NO DUTY TO PAY DEBTOR'S DEFENSE COST IN THE ENGER APPEAL | 0.10 | 65.00 |
| 07/23/15 | RMB | REVIEW FRITZ/LOPEZ STAY RELIEF MOTION AND EMAIL MATT GENSBURG THAT COMMITTEE DOES NOT OBJECT TO THAT MOTION. | 0.20 | 130.00 |
| 07/27/15 | RMB | CALL WITH MATT GENSBURG TO DISCUSS THE DEBTOR'S DECISION NOT TO OBJECT TO THE INSURANCE COMPANY'S MOTION TO LIFT THE STAY TO PERMIT IT TO FILE A DECLARATORY JUDGMENT ACTION RE NO DUTY TO DEFEND DEBTOR IN APPEAL FROM ORDER DISMISSING CLASS ACTION COMPLAINT ALLEGING VIOLATION OF THE ILLINOIS WAGE PAYMENT AND COLLECTION ACT | 0.20 | 130.00 |
| 07/29/15 | RMB | REVIEW CASES CITED BY ZÜRICH INSURANCE COMPANY IN ITS MOTION TO LIFT STAY TO FILE STATE COURT DECLARATORY JUDGMENT LAWSUIT RE NOT BEING RESPONSIBLE FOR FEES IN CONNECTION WITH THE ENGER APPEAL. | 1.00 | 650.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................  **11.40**
**TOTAL LEGAL FEES** ............................................................................. **$  6,357.50**

**DykEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3000695
PAGE NO.  4

---

### DISBURSEMENTS

PRINTING EXPENSES                                    43.20

**TOTAL DISBURSEMENTS ..................................$     43.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3000695
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|----------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 0.30 | 635.00 | 190.50 |
| RMB | RICHARD M. BENDIX | 7.90 | 650.00 | 5,135.00 |
| JFRH | JOHN F. RHOADES | 2.40 | 305.00 | 732.00 |
| MADI | MARIA A. DIAKOUMAKIS | 0.80 | 375.00 | 300.00 |
| | **TOTAL** | **11.40** | | **6,357.50** |

**DYKEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000013
MOTIONS FOR RELIEF FROM THE
AUTOMATIC STAY
INVOICE NO.  3000695
PAGE NO.  6

FEES.................................................................$    6,357.50

DISBURSEMENTS ....................................    43.20

**TOTAL AMOUNT DUE..............................$    6,400.70**



**DYKEMAGOSSETT** PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:_____          DATE:_____          AMOUNT:_____**

THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

AUGUST 12, 2015
CLIENT-MATTER NO. 111914-000014
INVOICE NO.  3000697

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  OTHER CONTESTED MATTERS**

FEES...........................................................$    16,091.50

DISBURSEMENTS .....................................................       44.40

**TOTAL AMOUNT DUE** .............................................$    <u>16,135.90</u>

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3000697
PAGE NO.  2

## RE:  OTHER CONTESTED MATTERS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/22/15 | ESW | MEETING WITH MR. KLEINMAN AND CONSIDERATION OF MOTION TO APPOINT CH. 11 TRUSTEE. | 3.00 | 1,905.00 |
| 07/22/15 | JFRH | DRAFT/REVISE SUPPLEMENTAL OBJECTION TO EXTEND EXCLUSIVITY PERIOD. | 0.30 | 91.50 |
| 07/22/15 | RMB | ANALYZE MERITS OF FILING A MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE | 1.00 | 650.00 |
| 07/22/15 | RMB | ATTEND MEETING WITH JEREMY KLEINMAN AND ED WEIL TO DISCUSS BOB CLIFFORD'S MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE (2.0). | 2.00 | 1,300.00 |
| 07/23/15 | ESW | WORK ON POSSIBLE JOINDER TO MOTION TO APPOINT CH. 11 TRUSTEE. | 0.50 | 317.50 |
| 07/23/15 | ESW | REVIEW OF CORRESPONDENCE FROM MR. KLEINMAN RE POSSIBLE MOTION FOR CH. 11 TRUSTEE. | 0.50 | 317.50 |
| 07/23/15 | JFRH | ANALYSIS OF EFFECT OF APPOINTMENT OF CHAPTER 11 TRUSTEE. | 0.40 | 122.00 |
| 07/23/15 | RMB | SEND EMAIL TO JEREMY KLEINMAN ASKING IF HE OBJECTS TO ME SENDING TIM KEISER A COPY OF JEREMY'S DRAFT MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE (.10); ANALYSIS OF BOB CLIFFORD'S DRAFT MOTION TO APPOINT CHAPTER 11 TRUSTEE (.40) | 0.50 | 325.00 |
| 07/24/15 | ESW | REVIEW OF CORRESPONDENCE FROM MR. KLEINMAN RE CHAPTER 11 TRUSTEE MOTION. | 0.40 | 254.00 |
| 07/24/15 | JFRH | ANALYZE DEBTOR'S MOTION FOR AN EXTENSION OF TIME TO FILE BELATED RESPONSE TO COMMITTEE'S OBJECTION TO EXCLUSIVITY PERIOD MOTION. | 0.20 | 61.00 |
| 07/27/15 | ESW | REVIEW OF MOTION FOR TRUSTEE(0.4); CONFERENCE WITH MR. KLEINMAN RE SAME (0.3). | 0.70 | 444.50 |
| 07/27/15 | ESW | WORK ON COMMITTEE JOINDER TO CLIFFORD TRUSTEE MOTION. | 2.20 | 1,397.00 |
| 07/27/15 | JFRH | ANALYZE MOTION TO APPOINT CHAPTER 11 TRUSTEE FILED BY CLIFFORD LAW OFFICES. | 0.80 | 244.00 |
| 07/28/15 | ESW | WORK ON DRAFT OF JOINDER TO CLIFFORD MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE. | 1.50 | 952.50 |
| 07/28/15 | JFRH | ANALYZE RELEVANT AUTHORITY FOR JOINDER TO MOTION TO APPOINT TRUSTEE. | 1.40 | 427.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.    111914-000014

INVOICE NO.  3000697
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-------------|-------|--------|
| 07/28/15 | JFRH | DRAFT JOINDER TO MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 3.20 | 976.00 |
| 07/28/15 | RMB | REVIEW ROBERT CLIFFORD'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE AND EXHIBITS TO THAT MOTION | 1.00 | 650.00 |
| 07/28/15 | RMB | IN CONNECTION WITH JOINDER IN MOTION TO APPOINT CHAPTER 11 TRUSTEE FILED BY ROBERT CLIFFORD, MARC JACOBS AND DEBORAH JACOBS, RESEARCH US TRUSTEE'S OPERATING GUIDELINES TO ATTEMPT TO DETERMINE IF DEBTOR'S MONTHLY OPERATING REPORTS MUST DISCLOSE PAYEES OF CHECKS WRITTEN EACH MONTH | 0.40 | 260.00 |
| 07/28/15 | RMB | REVIEW JOHN RHOADES DRAFT JOINDER IN MOTION TO APPOINT CHAPTER 11 TRUSTEE FILED BY ROBERT CLIFFORD, MARC JACOBS AND DEBBIE JACOBS (.50); GIVE JOHN RHOADES MY SUGGESTED REVISIONS TO THE FOREGOING DRAFT MOTION (.50) | 1.00 | 650.00 |
| 07/29/15 | ESW | FINALIZE JOINDER IN SUPPORT OF CLIFFORD'S AND JACOBSES' MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE. | 0.80 | 508.00 |
| 07/29/15 | JFRH | DRAFT JOINDER TO MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 2.20 | 671.00 |
| 07/29/15 | MADI | REVIEW COMMITTEE'S JOINDER TO MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 0.40 | 150.00 |
| 07/29/15 | MADI | REVIEW CLIFFORD LAW OFFICE'S AND JACOBS' MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 0.40 | 150.00 |
| 07/29/15 | RMB | SEND EMAIL TO KATIE GLEASON REQUESTING COPY OF US TRUSTEE'S CHAPTER 11 OPERATING GUIDELINES (.10); REVIEW SAME TO DETERMINE HOW MUCH DETAIL DIP MUST PROVIDE RE DISBURSEMENTS (.10) REVIEW AND REVISE JOHN RHOADES LATEST DRAFT OF COMMITTEE' JOINDER IN ROBERT CLIFFORD'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE (.30) | 0.50 | 325.00 |
| 07/30/15 | ESW | PREPARE FOR COURT ON MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 1.00 | 635.00 |
| 07/30/15 | JFRH | APPEAR IN COURT FOR MOTION TO APPOINT TRUSTEE AND OTHER CONTESTED MATTERS; CORRESPONDENCE WITH COUNSEL FOR MR. CLIFFORD AND MR. JACOBS RE CONTESTED MATTERS. | 1.60 | 488.00 |
| 07/30/15 | RMB | ATTEND HEARINGS ON DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIODS AND MOTION BY MARC JACOBS, DEBBIE JACOBS AND ROBERT CLIFFORD TO APPOINT CHAPTER 11 TRUSTEE. | 2.80 | 1,820.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................... **30.70**
**TOTAL LEGAL FEES** .................................................................................... **$  16,091.50**

**DyKEMA**

OFFICIAL COMMITTEE OF UNSECURED                    CLIENT-MATTER NO.    111914-000014
CREDITORS OF YELLOW
AUGUST 12, 2015                                     INVOICE NO.  3000697
                                                    PAGE NO.  4

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.    111914-000014

INVOICE NO.  3000697
PAGE NO.  5

---

### DISBURSEMENTS

PRINTING EXPENSES                                    44.40

**TOTAL DISBURSEMENTS** ...................................$      **44.40**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3000697
PAGE NO.  6

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|-----------------------|-------|--------|-----------|
| ESW | EDWARD S. WEIL | 10.60 | 635.00 | 6,731.00 |
| RMB | RICHARD M. BENDIX | 9.20 | 650.00 | 5,980.00 |
| JFRH | JOHN F. RHOADES | 10.10 | 305.00 | 3,080.50 |
| MADI | MARIA A. DIAKOUMAKIS | 0.80 | 375.00 | 300.00 |
| | **TOTAL** | **30.70** | | **16,091.50** |

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000014
OTHER CONTESTED MATTERS
INVOICE NO.  3000697
PAGE NO.  7

FEES..........................................................$     16,091.50

DISBURSEMENTS ....................................      44.40

**TOTAL AMOUNT DUE**............................$     **16,135.90**

DYKEMAGOSSETT PLLC

38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:**_____   **DATE:**_____   **AMOUNT:**_____

THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

AUGUST 12, 2015
CLIENT-MATTER NO. 111914-000015
INVOICE NO.  3000698

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT**

FEES...........................................................................$     20,834.50

DISBURSEMENTS .....................................................        36.00

**TOTAL AMOUNT DUE.............................................$     20,870.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3000698
PAGE NO.  2

## RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/06/15 | ESW | REVIEW OF DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIOD DURING WHICH DEBTOR HAS EXCLUSIVE RIGHT TO FILE A PROPOSED PLAN OF REORGANIZATION, AND CONSIDERATION OF RESPONSE THERETO. | 0.40 | 254.00 |
| 07/06/15 | JFRH | ANALYSIS RE DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD. | 0.60 | 183.00 |
| 07/07/15 | ESW | OUTLINE RESPONSE TO MOTION TO EXTEND EXCLUSIVE PERIOD. | 0.20 | 127.00 |
| 07/07/15 | RMB | REVIEW DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIODS | 0.30 | 195.00 |
| 07/08/15 | RMB | CALL WITH MATT GENSBURG TO DISCUSS TIME THAT COMMITTEE WANTS TO FILE RESPONSE TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD | 0.10 | 65.00 |
| 07/09/15 | JFRH | PREPARE FOR AND ATTEND COURT FOR HEARING ON DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD. | 1.60 | 488.00 |
| 07/10/15 | JFRH | ANALYZE RELEVANT AUTHORITY RE EXTENDING THE EXCLUSIVITY PERIOD. | 0.60 | 183.00 |
| 07/10/15 | RMB | MEET WITH SUZANNE ALTON TO DISCUSS HER PREPARATION OF BASES FOR THE COMMITTEE'S OBJECTION TO THE DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIODS | 0.50 | 325.00 |
| 07/10/15 | SMAL | RESEARCH CASES WHERE "CAUSE" TO EXTEND THE EXCLUSIVITY PERIOD UNDER BANKRUPTCY RULE 1121(D) DID NOT EXIST BECAUSE OF PENDING LITIGATION OR PENDING APPEALS (1.9); DRAFT ARGUMENT RE SAME(0.5). | 2.40 | 648.00 |
| 07/13/15 | RMB | REVIEW EMAIL FROM SUZANNE ALTON SUMMARIZING CASES DENYING EXTENSION OF EXCLUSIVITY PERIOD WHERE DEBTOR'S REQUEST WAS BASED ON PENDENCY OF LITIGATION | 0.10 | 65.00 |
| 07/13/15 | RMB | CALL WITH MATT GENSBURG TO DISCUSS PROPOSAL THAT THE COMMITTEE AGREE TO A PLAN THAT SUSPENDS THE COMMITTEE'S INVESTIGATION PENDING OUTCOME OF APPEALS IF POTENTIAL AVOIDANCE ACTION DEFENDANTS WILL ENTER INTO TOLLING AGREEMENTS WITH THE COMMITTEE | 0.10 | 65.00 |
| 07/13/15 | SMAL | RESEARCH ADDITIONAL CASES WHERE COURTS FOUND "CAUSE" DID NOT EXIST TO EXTEND THE EXCLUSIVITY PERIOD UNDER BANKRUPTCY CODE 1121(D) (1.1); DRAFT ARGUMENT RE SAME (2.0). | 3.10 | 837.00 |

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.  111914-000015

INVOICE NO.  3000698
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/14/15 | ESW | WORK ON RESPONSE TO MOTION TO EXTEND EXCLUSIVE PERIOD. | 0.50 | 317.50 |
| 07/14/15 | HMB | ANALYZE FOR APPLICABLE DATES THE COURT'S JULY 9, 2015 ORDER AND CALENDAR THE JULY 16, 2015 DEADLINE FOR COMMITTEE TO FILE A RESPONSE TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD; THE JULY 23, 2015 DEADLINE FOR DEBTOR TO FILE REPLY IN SUPPORT OF MOTION TO EXTEND EXCLUSIVITY PERIOD; THE JULY 30, 2015 HEARING ON THE MOTION TO EXTEND EXCLUSIVITY PERIOD; AND THE AUGUST 13, 2015 DEADLINE TO FILE THE CHAPTER 11 PLAN. | 0.20 | 49.00 |
| 07/14/15 | RMB | REVIEW DEBTOR'S MOTION TO EXTEND ITS EXCLUSIVITY PERIODS (0.3); MAKE NOTES FOR OBJECTION TO SAME (0.7); AND REVIEW SUZANNE ALTON'S DRAFT OBJECTION(0.5). | 1.50 | 975.00 |
| 07/15/15 | ESW | WORK ON RESPONSE TO MOTION TO EXTEND EXCLUSIVE PERIOD. | 0.50 | 317.50 |
| 07/15/15 | RMB | PREPARE OUTLINE OF ARGUMENTS IN DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD AND RESPONSES TO SAME IN CONNECTION WITH REVIEW AND REVISIONS OF SUZANNE ALTON'S DRAFT OBJECTION TO THAT MOTION (.70); BEGIN REVISING SUZANNE DRAFT OBJECTION (.80); MEET WITH SUZANNE ALTON TO DISCUSS MY REVISIONS TO COMMITTEE'S OBJECTION TO THE DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD (1.0); REVIEW INTERIM FEE PETITIONS FILED BY GREENBERG TRAURIG AND DALE & GENSBURG TO DETERMINE HOW MUCH TIME THEIR ATTORNEYS SPENT ON MATTERS WHICH DEBTOR ALLEGED IN MOTION TO EXTEND EXCLUSIVITY REQUIRED SO MUCH TIME THAT AN EXTENSION OF THE DEBTOR'S EXCLUSIVITY PERIOD IS REQUIRED (.60) | 3.10 | 2,015.00 |
| 07/15/15 | RMB | REVISE SUZANNE ALTON'S LATEST DRAFT OF OBJECTION TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD | 2.00 | 1,300.00 |
| 07/15/15 | SMAL | REVISE BRIEF TO INCLUDE ADDITIONAL INFORMATION REGARDING YCA'S FAILURE TO MEET THE NINE FACTOR TEST USED TO DETERMINE WHETHER "CAUSE" EXISTS TO EXTEND THE EXCLUSIVITY PERIOD UNDER SECTION 1121(D) AND CASES WHERE COURTS HAVE HELD NO CAUSE WAS SHOWN TO EXTEND THE EXCLUSIVITY PERIOD (2.9); CONDUCT RESEARCH RE SAME (2.0). | 4.90 | 1,323.00 |
| 07/16/15 | ESW | WORK ON AND FINALIZE RESPONSE TO MOTION TO EXTEND EXCLUSIVE PERIOD. | 1.20 | 762.00 |
| 07/16/15 | JFRH | DRAFT/REVISE RESPONSE TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD. | 2.20 | 671.00 |
| 07/16/15 | JFRH | ANALYZE RELEVANT AUTHORITY TO SUPPORT RESPONSE TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD. | 1.60 | 488.00 |

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW | CLIENT-MATTER NO.   111914-000015 |
| AUGUST 12, 2015 | INVOICE NO.  3000698 |
| | PAGE NO.  4 |

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-----|-------|--------|
| 07/16/15 | RMB | REVIEW AND REVISE THE TWO LATEST DRAFTS OF THE COMMITTEE'S OBJECTION TO THE DEBTOR'S MOTION TO EXTEND THE EXCLUSIVE PERIOD IN WHICH IT CAN FILE A PLAN OF REORGANIZATION | 1.50 | 975.00 |
| 07/16/15 | SMAL | FINALIZE AND FILE COMMITTEE'S OBJECTION TO DEBTOR'S MOTION TO EXTEND THE EXCLUSIVITY PERIOD. | 1.10 | 297.00 |
| 07/20/15 | ESW | CORRESPOND WITH APPELLATE COUNSEL RE ORDER SETTING BRIEFING SCHEDULE IN THE JACOBS APPEAL, AND SUPPLEMENT TO RESPONSE BRIEF IN OPPOSITION TO MOTION TO EXTEND EXCLUSIVITY PERIOD . | 0.80 | 508.00 |
| 07/20/15 | RMB | REVIEW STATE COURT SCHEDULING ORDER RE DEBTOR'S APPEAL FROM JACOBS JUDGMENT AND SUGGEST THAT JOHN RHOADES FILE THE ORDER AS A SUPPLEMENTAL EXHIBIT TO THE COMMITTEE'S OBJECTION TO THE DEBTOR'S MOTION TO EXTEND THE EXCLUSIVITY PERIOD | 0.20 | 130.00 |
| 07/22/15 | RMB | REVIEW AND REVISE SUZANNE ALTON'S DRAFT SUPPLEMENT TO THE COMMITTEE'S OBJECTION TO THE DEBTOR'S MOTION TO EXTEND THE DEBTOR'S EXCLUSIVITY PERIOD | 0.20 | 130.00 |
| 07/22/15 | RMB | MAKE FINAL REVISIONS TO COMMITTEE'S SUPPLEMENTAL OBJECTION TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD | 0.10 | 65.00 |
| 07/22/15 | SMAL | DRAFT SUPPLEMENTAL RESPONSE TO COMMITTEE'S OPPOSITION TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD TO INCLUDE INFORMATION REGARDING THE APPELLATE BRIEFING SCHEDULE. | 2.30 | 621.00 |
| 07/24/15 | ESW | REVIEW OF REPLY IN SUPPORT OF MOTION TO EXTEND EXCLUSIVITY. | 0.20 | 127.00 |
| 07/24/15 | JFRH | ANALYZE DEBTOR'S RESPONSE TO COMMITTEE'S OBJECTION TO EXCLUSIVITY MOTION. | 0.60 | 183.00 |
| 07/24/15 | RMB | REVIEW AND RESPOND TO EMAIL FROM MATT GENSBURG ADVISING ME THAT HE WILL A DAY LATE FILING THE DEBTOR'S REPLY TO THE COMMITTEE'S OBJECTION TO THE DEBTOR'S MOTION TO EXTEND THE EXCLUSIVITY PERIOD. | 0.20 | 130.00 |
| 07/24/15 | RMB | REVIEW DEBTOR'S RESPONSE TO COMMITTEE' OBJECTION TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD | 0.30 | 195.00 |
| 07/29/15 | ESW | PREPARE TALKING POINTS FOR COURT ON MOTIONS TO EXTEND EXCLUSIVITY AND FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE. | 1.30 | 825.50 |
| 07/29/15 | MADI | RESEARCH OPINIONS FROM THE NORTHERN DISTRICT OF ILLINOIS DISCUSSING A DEBTOR'S EXCLUSIVE PERIOD TO FILE A PLAN. | 0.40 | 150.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.    111914-000015

INVOICE NO.  3000698
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/29/15 | RMB | PREPARE TO ARGUE OBJECTION TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIODS | 3.50 | 2,275.00 |
| 07/30/15 | ESW | ATTEND COURT HEARING ON MOTION TO EXTEND EXCLUSIVITY AND TO APPOINT CH. 11 TRUSTEE. | 2.00 | 1,270.00 |
| 07/30/15 | RMB | REVIEW CASES CITED BY DEBTOR IN SUPPORT OF ITS MOTION TO EXTEND EXCLUSIVITY PERIODS (1.0); REVIEW AND REVISE NOTES FOR ARGUMENT IN SUPPORT OF COMMITTEE'S OBJECTION TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIODS (1.0). | 2.00 | 1,300.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ..................................................... **44.40**
**TOTAL LEGAL FEES**.................................................................$  **20,834.50**

**DyKEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3000698
PAGE NO.  6

---

### DISBURSEMENTS

PRINTING EXPENSES                                36.00

**TOTAL DISBURSEMENTS .................................$     36.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3000698
PAGE NO.  7

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|------------|-------|------|--------|
| ESW | EDWARD S. WEIL | 7.10 | 635.00 | 4,508.50 |
| RMB | RICHARD M. BENDIX | 15.70 | 650.00 | 10,205.00 |
| JFRH | JOHN F. RHOADES | 7.20 | 305.00 | 2,196.00 |
| MADI | MARIA A. DIAKOUMAKIS | 0.40 | 375.00 | 150.00 |
| SMAL | SUZANNE M. ALTON | 13.80 | 270.00 | 3,726.00 |
| HMB | HEATHER M. BARHORST | 0.20 | 245.00 | 49.00 |
| **TOTAL** | | **44.40** | | **20,834.50** |

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF YELLOW | CLIENT-MATTER NO.  111914-000015<br>PLAN OF<br>REORGANIZATION/LIQUIDATION AND<br>DISCLOSURE STATEMENT |
| AUGUST 12, 2015 | INVOICE NO.  3000698<br>PAGE NO.  8 |

FEES.................................................................$    20,834.50

DISBURSEMENTS .....................................            36.00

**TOTAL AMOUNT DUE**.............................$___20,870.50

DYKEMA GOSSETT PLLC

38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:**_____     **DATE:**_____     **AMOUNT:**_____

THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

AUGUST 12, 2015
CLIENT-MATTER NO. 111914-000016
INVOICE NO. 3000699

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

FEES.........................................................................$     1,342.00

**TOTAL AMOUNT DUE**...............................................$     **1,342.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000016

INVOICE NO.  3000699
PAGE NO.  2

## RE:  SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 06/29/15 | JFRH | ANALYSIS RE DEBTOR'S AMENDED SCHEDULES. | 1.20 | 366.00 |
| 07/14/15 | JFRH | ANALYZE DEBTOR'S AMENDED SCHEDULES, MONTHLY OPERATING REPORTS; ANALYZE DEFICIENCIES AND INCONSISTENCIES RE SAME; DEVELOP STRATEGY FOR INVESTIGATION. | 3.20 | 976.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................... **4.40**
**TOTAL LEGAL FEES** ............................................................................... **$   1,342.00**

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000016

INVOICE NO.  3000699
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|----------------------|-------|--------|----------|
| JFRH | JOHN F. RHOADES | 4.40 | 305.00 | 1,342.00 |
| | **TOTAL** | **4.40** | | **1,342.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

AUGUST 12, 2015

CLIENT-MATTER NO.   111914-000016
SCHEDULES AND STATEMENT OF
FINANCIAL AFFAIRS
INVOICE NO.  3000699
PAGE NO.  4


FEES.......................................................................$      1,342.00


**TOTAL AMOUNT DUE**...........................................**$      1,342.00**


DYKEMAGOSSETT PLLC


**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**


**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:**_____        **DATE:**_____        **AMOUNT:**_____


**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____