**EXHIBIT B**

August Monthly Invoices

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

SEPTEMBER 10, 2015
CLIENT-MATTER NO. 111914-000005
INVOICE NO.  3007179

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CASE ADMINISTRATION**

FEES..........................................................................$    34,814.00

DISBURSEMENTS .......................................................    153.20

**TOTAL AMOUNT DUE**.............................................$    **34,967.20**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.  111914-000005

INVOICE NO. 3007179
PAGE NO. 2

## RE: CASE ADMINISTRATION

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/03/15 | RMB | REVIEW EMAIL FROM KATIE GLEASON RE HER COMMENTS ON DEBTOR'S DRAFT NOTICE OF BAR DATE | 0.10 | 65.00 |
| 08/04/15 | RMB | SEND EMAIL TO MATT GENSBURG REQUESTING COPY OF LATEST DRAFT OF BAR DATE NOTICE. | 0.10 | 65.00 |
| 08/05/15 | JFRH | PARTICIPATE IN MEETING WITH DEBTOR'S COUNSEL AND US TRUSTEE RE EXAMINER APPOINTMENT. | 0.50 | 152.50 |
| 08/05/15 | JFRH | ANALYZE ISSUES RELATED TO APPOINTMENT OF EXAMINER. | 0.40 | 122.00 |
| 08/05/15 | RMB | PARTICIPATE IN HEARING TO DISCUSS DIRECTION OF THE CASE | 0.50 | 325.00 |
| 08/05/15 | RMB | PARTICIPATE IN MEETING WITH KATIE GLEASON, MATT GENSBURG, NANCY PETERMAN, JOHN RHOADES AND JEREMY KLEINMAN TO DISCUSS PROCESS FOR APPOINTING AN EXAMINER IN THE CASE | 0.50 | 325.00 |
| 08/05/15 | RMB | CALL WITH MATT GENSBURG TO FINALIZE NOTICE OF BAR DATE AND TO DISCUSS PUBLICATION OF SAME | 0.20 | 130.00 |
| 08/05/15 | RMB | DISCUSS WITH ED WEIL APPOINTMENT OF AN EXAMINER AND THE SCOPE OF HIS OR HER EXAMINATION | 1.00 | 650.00 |
| 08/06/15 | RMB | SEND MATT GENSBURG KATIE GLEASON'S AUGUST 3 EMAIL CONTAINING COMMENTS ON MATT'S PROPOSED FORM OF BAR DATE NOTICE | 0.10 | 65.00 |
| 08/07/15 | JFRH | DRAFT PROPOSED OUTLINE RE SCOPE OF EXAMINER'S INVESTIGATION. | 1.80 | 549.00 |
| 08/07/15 | RMB | CALL MATT GENSBURG TO DISCUSS WHETHER NOTICE OF BAR DATE SHOULD BE PUBLISHED IN THE SUN TIMES OR IN THE CHICAGO TRIBUNE (.10); SEND EMAIL TO PAT O'MALLEY ASKING FOR HIS COMMENTS ON JOHN RHOADES' LIST OF AREAS THAT THE EXAMINER SHOULD INVESTIGATE (.10) | 0.20 | 130.00 |
| 08/07/15 | RMB | REVIEW EMAILS FROM JOHN RHOADES AND PAT O'MALEY LISTING POSSIBLE SUBJECTS THAT AN EXAMINER WOULD INVESTIGATE (.40); SEND EMAIL TO KATIE GLEASON ASKING IF EXAMINER CAN TAKE DEPOSITIONS OF, OR OBTAIN SWORN STATEMENTS FROM, PEOPLE WITH KNOWLEDGE RELEVANT TO THE SUBJECT MATTER OF THE EXAMINER'S INVESTIGATION (.10) | 0.50 | 325.00 |
| 08/07/15 | RMB | REVIEW EMAIL FROM KATIE GLEASON REPORTING THAT THE CAESAR'S EXAMINER HAS BEEN TAKING DEPOSITIONS AS PART OF THE EXAMINER'S INVESTIGATION | 0.10 | 65.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3007179
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|------------|-------|--------|
| 08/10/15 | JFRH | DEVELOP OUTLINE FOR SCOPE OF EXAMINER'S INVESTIGATION. | 0.40 | 122.00 |
| 08/10/15 | RMB | REVIEW EMAIL FROM MATT GENSBURG RE SECTIONS IN WHICH THE SUN-TIMES WILL PLACE THE NOTICE OF BAR DATE AND RESPOND BY SUGGESTING THAT (1) HE CONTACT ASSIGNEES FOR THE BENEFIT OF CREDITORS TO FIND OUT WHERE THEY PLACE NOTICES, AND (2) HE PLACE NOTICE IN THE TRIBUNE BUSINESS SECTION BECAUSE PERSONAL INJURY ATTORNEYS ARE LIKELY TO SEE IT THERE (.20); REVIEW EMAIL FROM MATT GENSBURG REPORTING ON SIZE ON BAR DATE NOTICE TO APPEAR IN NEWSPAPER AND RESPOND WITH REQUEST FOR A COPY OF THE PRE-PUBLICATION PROOF WHEN HE RECEIVES IT (.20) | 0.40 | 260.00 |
| 08/10/15 | RMB | PARTICIPATE IN CONFERENCE CALL WITH PAT O'MALLEY AND SHELLY CUFF TO DISCUSS SCOPE OF AN EXAMINER'S INVESTIGATION | 1.00 | 650.00 |
| 08/10/15 | RMB | SEND EMAIL TO MATT GENSBURG PROPOSING A CALL ON WEDNESDAY TO DISCUSS APPOINTMENT OF AN EXAMINER (.10) REVIEW AND RESPOND TO EMAIL FROM MATT GENSBURG RE HIS AVAILABILITY FOR A CALL TO DISCUSS APPOINTMENT OF AN EXAMINER (.10) | 0.20 | 130.00 |
| 08/11/15 | ESW | REVISE MOTION TO COMPEL RE DEBTOR (2.5); WORK ON SECOND DISCOVERY REQUESTS (0.4); WORK ON EXAMINER SCOPE (0.4). | 3.30 | 2,095.50 |
| 08/11/15 | RMB | REVIEW ORDER APPOINTING EXAMINER IN CAESAR'S ENTERTAINMENT CASE (.30); PREPARE FIRST DRAFT OF TALKING POINTS FOR TOMORROW'S CALL WITH MATT GENSBURG TO DISCUSS CONTENTS OF ORDER APPOINTING AN EXAMINER (1.70) | 2.00 | 1,300.00 |
| 08/12/15 | ESW | DRAFT AND REVISE OUTLINE OF INVESTIGATION SCOPE AND TERMS. | 1.00 | 635.00 |
| 08/12/15 | JFRH | DRAFT OUTLINE FOR TELEPHONE CALL WITH DEBTOR'S COUNSEL RE APPOINTMENT OF EXAMINER. | 1.20 | 366.00 |
| 08/12/15 | JFRH | PARTICIPATE IN TELEPHONE CALL WITH DEBTOR'S COUNSEL RE APPOINTMENT OF EXAMINER. | 0.50 | 152.50 |
| 08/12/15 | RMB | READ ARTICLE ABOUT DECISION IN AGREED USA CASE REQUIRING DEBTOR TO PAY CREDITOR'S CLAIM BASED ON A $2.84 ARBITRATION AWARD EVEN THOUGH THE AWARD IS STILL IN LITIGATION | 0.20 | 130.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3007179
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/12/15 | RMB | REVIEW PROOFS OF BAR DATE NOTICES SENT BY MATT GENSBURG AND SEND MATT AND EMAIL RECOMMENDING THE EPIQ/TRIBUNE NOTICE REVISED TO MAKE THE CASE NAME APPEAR IN ALL CAPS AND BOLD TYPE | 0.50 | 325.00 |
| 08/12/15 | RMB | REVIEW ORDER APPOINTING EXAMINER IN THE CHICAGO TRIBUNE CASE (.50); CONTINUE TO REVISE LIST OF TALKING POINTS RE APPOINTMENT OF EXAMINER IN PREPARATION FOR THIS AFTERNOON'S CALL WITH MATT GENSBURG (.50); REVIEW ED WEIL'S COMMENTS ON FOREGOING TALKING POINTS (.30) | 1.30 | 845.00 |
| 08/12/15 | RMB | REVISE OUTLINE FOR TERMS OF AN ORDER APPOINTING AN EXAMINER AND SEND CLEAN AND MARKED VERSIONS OF SAME TO MATT GENSBURG (.40) CALL WITH MATT GENSBURG COUNSEL FOR AFFILIATES AND ED WEIL TO DISCUSS MY OUTLINE FOR TERMS OF AN ORDER APPOINTING AN EXAMINER AND (2) HOW PARTIES SHOULD HANDLE THE COMMITTEE'S MOTIONS TO COMPEL DISCOVERY FROM THE DEBTOR AND THE AFFILIATES (1.7); SEND KATIE GLEASON MY OUTLINE FOR TERMS OF AN ORDER APPOINTING AN EXAMINER TOGETHER WITH A REPORT ON MY CALL WITH COUNSEL FOR THE DEBTOR AND THE AFFILIATES REGARDING THAT OUTLINE (.10) | 2.20 | 1,430.00 |
| 08/12/15 | RMB | CALL WITH PAT O'MALLEY AND SHELLY CUFF AT DSI TO GET THEIR THOUGHTS ON THE SCOPE OF THE EXAMINER'S INVESTIGATION | 0.40 | 260.00 |
| 08/13/15 | RMB | MEET WITH KATIE GLEASON AND MATT GENSBURG FOLLOWING THIS MORNING'S HEARINGS TO DISCUSS EXAMINER'S BUDGET AND CONTACTING EXAMINER CANDIDATES BEFORE SUBMITTING RECOMMENDATIONS TO THE U.S. TRUSTEE (.30); CONDUCT ON-LINE RESEARCH OF CHICAGO FIRMS THAT PROVIDE FORENSIC ACCOUNTING SERVICES FOR EXAMINER CANDIDATES (.50) CALL WITH JONATHAN FELD, PARTNER IN CHARGE OF CORPORATE INVESTIGATIONS, FOR HIS RECOMMENDATIONS ON FORENSIC ACCOUNTANTS THAT COULD SERVE AS EXAMINER (.30) | 1.10 | 715.00 |
| 08/13/15 | RMB | REVIEW AND REVISE DRAFT RELEASE PRESS SENT BY MATT GENSBURG RE BAR DATE | 0.30 | 195.00 |
| 08/14/15 | ESW | DRAFT EXAMINER INVESTIGATION SCOPE (0.8); PRELIMINARY TELEPHONE CONFERENCE WITH POTENTIAL EXAMINER (0.2). | 1.00 | 635.00 |
| 08/14/15 | RMB | MAKE FURTHER REVISIONS TO MATT GENSBURG'S DRAFT PRESS RELEASE RE NOTICE OF BAR DATE AND SEND MATT HIS DRAFT WITH MY CHANGES (.20); SEND MATT GENSBURG A SECOND EMAIL PROPOSING A CHANGE IN THE LANGUAGE OF HIS DRAFT PRESS RELEASE SUGGESTED BY MARC JACOBS (.10) | 0.30 | 195.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.    111914-000005

INVOICE NO.  3007179
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-----|-------|--------|
| 08/14/15 | RMB | EXCHANGE EMAILS WITH MATT GENSBURG AND COMMITTEE MEMBERS REGARDING MATT'S FAILURE TO CHECK EMAILS UNTIL AFTER THE 3:00 P.M. DEADLINE FOR ISSUANCE OF EPIQ'S PRESS RELEASE REGARDING THE BAR DATE FOR FILING CLAIMS, SO THAT MATT DID NOT SEE MY 10:52 A.M. PRESS RELEASE MAKING REVISIONS TO THE DRAFT EPIQ PRESS RELEASE HE SENT ME YESTERDAY AFTERNOON | 0.50 | 325.00 |
| 08/17/15 | ESW | DRAFT AND WORK ON (AND NEGOTIATE) SCOPE OF EXAMINER'S INVESTIGATION AND OTHER TERMS (1.9). | 1.90 | 1,206.50 |
| 08/17/15 | JFRH | ANALYZE NOTICE OF BAR DATE. | 0.20 | 61.00 |
| 08/17/15 | JFRH | ANALYZE INFORMATION RE POTENTIAL EXAMINERS. | 0.50 | 152.50 |
| 08/17/15 | JFRH | ANALYZE POTENTIAL FUNDING MECHANISMS FOR THE EXAMINER. | 0.40 | 122.00 |
| 08/17/15 | RMB | REVIEW EMAIL FROM MATT GENSBURG EXPLAINING WHY HE DID NOT MAKE MY SUGGESTED REVISIONS TO THE PRESS RELEASE REGARDING THE BAR DATE NOTICE AND RESPOND WITH SUGGESTION THAT BAR DATE NOTICE BE PUBLISHED ON SEPTEMBER 13 AND REQUEST TO SEE COPY OF THAT NOTICE | 0.20 | 130.00 |
| 08/17/15 | RMB | CALL WITH KEN MALEK REGARDING (1) HIS WILLINGNESS TO SERVE AS EXAMINER AND (2) HIS HOURLY RATES | 0.30 | 195.00 |
| 08/17/15 | RMB | SEND EMAIL TO MATT GENSBURG ASKING FOR (1) THE REVISIONS TO MY PROPOSED ORDER APPOINTING AN EXAMINER THAT HE SAID HE WOULD SEND ME AFTER LAST WEEK'S CALL AND (2) HIS AVAILABILITY FOR A CALL WITH KEN MALEK TOMORROW OR WEDNESDAY MORNING | 0.10 | 65.00 |
| 08/18/15 | ESW | WORK ON EXAMINER SCOPE AND DRAFT ORDER (0.8). | 0.80 | 508.00 |
| 08/18/15 | JFRH | CORRESPONDENCE WITH AND ANALYSIS RE POTENTIAL EXAMINERS. | 0.60 | 183.00 |
| 08/18/15 | RMB | CALL WITH MATT GENSBURG TO DISCUSS (1) DATE AND TIME FOR CALL WITH KEN MALEK, EXAMINER CANDIDATE, (2) HIS SENDING ME A MARK-UP OF MY OUTLINE FOR TERMS OF AN ORDER APPOINTING AN EXAMINER, AND (3) FUNDING THE EXAMINER'S FEES (.20); EXCHANGE EMAILS WITH MATT GENSBURG REGARDING PROOFS OF NOTICE OF BAR DATE TO BE PUBLISHED IN THE CHICAGO TRIBUNE (.20) | 0.40 | 260.00 |
| 08/19/15 | ESW | DRAFT EXAMINER SCOPE DOCUMENT (0.5); TELEPHONE CONFERENCE WITH MR. HOSFIELD (POTENTIAL EXAMINER) (0.5). | 1.00 | 635.00 |
| 08/19/15 | JFRH | ANALYSIS RE POTENTIAL EXAMINERS AND SCOPE OF EXAMINER APPOINTMENT ORDER. | 1.20 | 366.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.    111914-000005

INVOICE NO.  3007179
PAGE NO.  6

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/19/15 | RMB | SEND EMAIL TO MATT GENSBURG ASKING HIM TO CONFIRM THAT THE DEBTOR WILL FILE ITS JULY MOR ON TIME. | 0.10 | 65.00 |
| 08/19/15 | RMB | REVIEW EMAIL FROM MELISSA BEMIS RE EXPERIENCE OF DAVID & HOSFIELD, EXAMINER CANDIDATE, IN BANKRUPTCY INVESTIGATIONS. | 0.10 | 65.00 |
| 08/19/15 | RMB | SEND EMAIL TO MELISSA BENNIS ASKING FOR TIMES THAT SHE AND MARK ARE AVAILABLE FOR A CALL ON MONDAY TO DISCUSS MARK HOSFIELD'S POSSIBLE ROLE AS EXAMINER IN THE CASE (.10); SEND EMAIL TO KATIE GLEASON RE SCHEDULING A CALL FOR TOMORROW AFTERNOON TO DISCUSS APPOINTMENT OF AN EXAMINER (.10) | 0.20 | 130.00 |
| 08/19/15 | RMB | CALL WITH KEN MALEK TO LISTEN TO HIS IDEAS RE STAGING OF EXAMINER'S INVESTIGATION (.30); SEND KEN MALEK PLEADINGS IN THE CASE FOR HIM TO REVIEW TO GAIN AN UNDERSTANDING OF THE POTENTIAL SCOPE OF THE EXAMINER'S INVESTIGATION (.30); CALL WITH MATT GENSBURG TO PREPARE FOR CALL WITH KEN MALEK AND ROB REMIAN TO DISCUSS THEIR RATE STRUCTURE AND IDEAS RE INVESTIGATION IF KEN IS APPOINTED AS EXAMINER (.40); CALL WITH MATT GENSBURG TO DISCUSS WHETHER HE HAS ANY CANDIDATES TO PROPOSE TO THE U.S. TRUSTEE FOR THE EXAMINER POSITION AND IDEAS FOR FUNDING THE EXAMINER'S INVESTIGATION (.30); CALL WITH MITCH HIRSH AT MCGLADREY RE WHETHER HE WOULD BE INTERESTED IN SERVING AS EXAMINER (.40); SEND MITCH HIRSH PLEADINGS IN THE CASE FOR HIM TO REVIEW TO GAIN AN UNDERSTANDING OF THE POTENTIAL SCOPE OF THE EXAMINER'S INVESTIGATION (.30); BRIEFLY REVIEW MATT GENSBURG'S REVISIONS TO MY PROPOSAL RE TERM OF ORDER DIRECTING U.S. TRUSTEE TO APPOINT AN EXAMINER (.20) | 2.20 | 1,430.00 |
| 08/20/15 | ESW | DRAFT EXAMINER SCOPE OUTLINE AND DRAFT ORDER (0.5); DISCUSSIONS WITH POTENTIAL EXAMINERS (0.6); REVIEW OF GENSBURG MARK-UP (0.2); DRAFT ADDITIONAL COMMENTS (0.2). | 1.50 | 952.50 |
| 08/20/15 | JFRH | DRAFT/REVISE PROPOSED ORDER FOR APPOINTMENT OF EXAMINER. | 0.80 | 244.00 |
| 08/20/15 | RMB | REVIEW AND REVISE LATEST DRAFT OF OUTLINE OF TERMS FOR ORDER APPOINTING AN EXAMINER | 0.50 | 325.00 |
| 08/20/15 | RMB | CALL WITH KATIE GLEASON TO DISCUSS STATUS OF PARTIES' WORK ON AN ORDER APPOINTING AN EXAMINER AND HER SUGGESTION THAT THE COMMITTEE FILE A MOTION TO APPOINT AN EXAMINER | 0.20 | 130.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3007179
PAGE NO.  7

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-------------|-------|--------|
| 08/21/15 | ESW | DRAFT AND REVISE MOTION RE APPOINTMENT OF EXAMINER ( 0.2). | 0.20 | 127.00 |
| 08/21/15 | JFRH | DRAFT/REVISE EXAMINER OUTLINE. | 0.30 | 91.50 |
| 08/21/15 | JFRH | DRAFT MOTION TO APPOINT EXAMINER. | 1.20 | 366.00 |
| 08/21/15 | RMB | CALL WITH JOHN RHOADES AND JEREMY KLEINMAN TO DISCUSS COMMITTEE'S MOTION TO APPOINT EXAMINER. | 0.20 | 130.00 |
| 08/21/15 | RMB | CONTINUE REVIEWING AND REVISING ED WEIL'S LATEST VERSION OF OUTLINE FOR TERMS OF ORDER APPOINTING EXAMINER (.30); CALL WITH ED WEIL AND JOHN RHOADES TO DISCUSS REVISIONS TO THE FOREGOING DOCUMENT (.70); REVIEW KEN MALEK'S EMAIL ASKING FOR CONFIRMATION OF IDENTITIES OF PEOPLE IN THE U.S. TRUSTEE'S OFFICE TO WHOM HE SHOULD SEND HIS QUALIFICATIONS AND RESPOND WITH UPDATED INFORMATION (.20) | 1.20 | 780.00 |
| 08/21/15 | RMB | CALL WITH MATT GENSBURG RE (1) HAVING INDIVIDUALS TO BE PROPOSED AS EXAMINER NOT COMMUNICATE WITH THE U.S. TRUSTEE UNTIL WE HAVE AGREED ON A LIST OF CANDIDATES TO SUBMIT TO THE U.S. TRUSTEE, AND (2) THE COMMITTEE'S DECISION TO FILE A MOTION FOR APPOINTMENT OF AN EXAMINER TO HEARD NEXT WEDNESDAY | 0.20 | 130.00 |
| 08/21/15 | RMB | REVISE OUTLINE OF TERMS OF ORDER APPOINTING EXAMINER TO REFLECT DISCUSSION THIS MORNING WITH ED WEIL AND JOHN RHOADES | 1.60 | 1,040.00 |
| 08/21/15 | RMB | REVISE JOHN RHOADES' DRAFT MOTION TO APPOINT AN EXAMINER | 0.40 | 260.00 |
| 08/23/15 | JFRH | DRAFT MOTION TO APPOINT EXAMINER. | 0.20 | 61.00 |
| 08/24/15 | ESW | CALL WITH PROSPECTIVE EXAMINER (HOSFIELD) (0.6); WORK ON DRAFT OF EXAMINER SCOPE (0.2). | 0.80 | 508.00 |
| 08/24/15 | JFRH | ANALYSIS RE APPOINTMENT OF EXAMINER. | 0.20 | 61.00 |
| 08/24/15 | RMB | SEND EMAIL TO MATT GENSBURG RE HIS AVAILABILITY FOR A CALL WITH MITCH HIRSH AT MCGLADRY REGARDING MITCH SERVING AS EXAMINER. | 0.10 | 65.00 |
| 08/24/15 | RMB | CALL WITH ED WEIL TO DISCUSS WHEN TO SUBMIT COMPETING ORDERS REGARDING APPOINTMENT OF EXAMINER IF WE DO NOT REACH AGREEMENT WITH MATT GENSBURG ON LANGUAGE OF AN ORDER | 0.20 | 130.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3007179
PAGE NO.  8

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/24/15 | RMB | REVIEW MATT GENSBURG'S EMAIL SUGGESTING THAT WE DEFER INTERVIEWING EXAMINER CANDIDATES UNTIL WE COMPLETE NEGOTIATIONS ON THE SCOPE OF THE EXAMINER'S INVESTIGATION AND RESPOND THAT WE SHOULD SIMULTANEOUSLY INTERVIEW CANDIDATES AND NEGOTIATE THE SCOPE OF THE EXAMINER'S INVESTIGATION | 0.20 | 130.00 |
| 08/24/15 | RMB | PARTICIPATE IN TELEPHONE CONFERENCE WITH MARK HOSFIELD AND MELISSA BENNIS, POSSIBLE CANDIDATES FOR EXAMINER, TO DISCUSS THEIR QUALIFICATIONS TO BE THE EXAMINER | 0.50 | 325.00 |
| 08/25/15 | RMB | SEND MARK HOSFIELD AND MELISSA BENNIS PLEADING THAT WILL GIVE THEM BACKGROUND INFORMATION ON APPOINTMENT OF AN EXAMINER AND THE POTENTIAL SCOPE OF THE EXAMINER'S INVESTIGATION (.40); REVIEW EMAIL FROM MITCH HIRSH ASKING WHEN MATT GENSBURG IS AVAILABLE FOR A CALL TO DISCUSS RECOMMENDATION OF MITCH TO BE THE EXAMINER AND RESPOND THAT, AFTER REJECTING MATT'S PROPOSAL TO POSTPONE INTERVIEWS PENDING AGREEMENT ON SCOPE OF THE EXAMINER'S INVESTIGATION, MATT HAS NOT GIVEN ME TIMES WHEN HE IS AVAILABLE (.20) | 0.60 | 390.00 |
| 08/25/15 | RMB | REVIEW EMAIL FROM MATT GENSBURG REGARDING HIS AVAILABILITY FOR A CALL WITH MITCH HIRSH ON THURSDAY AFTERNOON (.10); SEND EMAIL TO MITCH HIRSH ASKING HIM TO ADVISE US REGARDING HIS AVAILABILITY (.10) | 0.20 | 130.00 |
| 08/25/15 | RMB | REVIEW EMAIL FROM MITCHELL HIRSH RE HIS AVAILABILITY FOR A CALL TO DISCUSS HIS POSSIBLE ROLE AS EXAMINER AND SEND CALENDAR INVITATION FOR CALL TO MITCH, MATT GENSBURG AND ED WEIL | 0.20 | 130.00 |
| 08/25/15 | RMB | CALL WITH MATT GENSBURG TO DISCUSS SCOPE OF AN EXAMINER'S INVESTIGATION AND OTHER MATTERS TO BE HEARD IN BANKRUPTCY COURT TOMORROW MORNING (.30). | 0.30 | 195.00 |
| 08/26/15 | RMB | REVIEW EMAIL FROM PAT O'MALLEY DESCRIBING ERROR IN DEBTOR'S JULY MOR AND RESPOND BY ASKING HIM TO SEND A LETTER TO MATT GENSBURG REQUESTING THAT DEBTOR CORRECT THE ERROR. | 0.20 | 130.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3007179
PAGE NO.  9

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/26/15 | RMB | PREPARE FOR AND ATTEND HEARINGS ON (1) STATUS OF PLAN AND DISCLOSURE STATEMENT, (2) COMMITTEE'S MOTION FOR APPOINTMENT OF AN EXAMINER, (3) COMMITTEE'S MOTION TO COMPEL PAYMENT IF APPROVED INTERIM FEES (4) COMMITTEE'S MOTION TO COMPEL DEBTORS AND AFFILIATES TO PRODUCE DOCUMENTS, (5) JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER, AND (6) COMMITTEE'S MOTION TO COMPEL DEBTOR TO (A)PREVENT UNAUTHORIZED PAYMENT OF ESTATE FUNDS TO AN INSIDER (B) REQUIRE TAS TO SEGREGATE FUNDS DUE TO THE ESTATE, (C) AMEND ITS MONTHLY OPERATING REPORTS, AND (D) TO AMEND ITS STATEMENT OF FINANCIAL AFFAIRS (2.5); REVIEW AND RESPOND TO EMAIL FROM MATT GENSBURG ASKING TO RE-SCHEDULE THIS AFTERNOON'S CONFERENCE CALL WITH MITCH HIRSH FROM MCGLADREY RE PROPOSAL OF MITCH AS EXAMINER AND RESPOND WITH TIMES WHEN I AM AVAILABLE FOR A CALL TOMORROW AFTERNOON (.20);REVIEW ED WEIL'S ANALYSIS OF DEBTOR'S MONTHLY OPERATING REPORTS FOR EVIDENCE OF IMPROPER PAYMENT BY DEBTOR TO TAS (.10) | 2.80 | 1,820.00 |
| 08/27/15 | ESW | TELEPHONE CONFERENCE WITH MITCH HIRSH OF MCGLADREY (POTENTIAL EXAMINER) (0.5); WORK ON REVISIONS TO EXAMINER OUTLINE (0.5). | 1.00 | 635.00 |
| 08/27/15 | JFRH | DRAFT/REVISE DRAFT ORDER APPOINTING EXAMINER. | 0.20 | 61.00 |
| 08/27/15 | RMB | PRELIMINARY REVIEW OF MATT GENSBURG'S LATEST VERSION OF EXAMINER ORDER | 0.20 | 130.00 |
| 08/27/15 | RMB | REVIEW MAT GENSBURG'S REVISIONS TO THE PRIOR VERSION OF HIS TERMS FOR APPOINTMENT OF EXAMINER AND COMMITTEE'S LATEST VERSION OF OUTLINE (.50); CALL WITH MATT GENSBURG AND MITCHELL HIRSH FROM MCGLADREY RE MITCH'S QUALIFICATIONS TO BE THE EXAMINER (.50); REVIEW WITH ED WEIL COMMITTEE'S VERSION AND DEBTOR'S VERSION OF TERMS FOR APPOINTMENT OF EXAMINER AND DISCUSS WHICH OF DEBTOR'S TERMS THE COMMITTEE IS WILLING TO AGREE TO (.50); RESPOND TO EMAIL FROM DAN DOOLEY RE TIME TO DISCUSS THE CASE IN CONNECTION WITH HIS POSSIBLE ROLE AS EXAMINER (.10); CALL WITH MATT GENSBURG AND ED WEIL TO DISCUSS TERMS OF ORDER APPOINTING EXAMINER ON WHICH THE DEBTOR AND THE COMMITTEE AGREE AND DISAGREE (1.0) SEND MITCH HIRSH COPY OF THE COMMITTEE'S MOTION TO COMPEL THE DEBTOR TO CEASE MAKING UNAUTHORIZED PAYMENTS TO AFFILIATE AND EXHIBITS TO THAT MOTION (.20); DISCUSS WITH ED WEIL EXIT STRATEGY FOR THE CHAPTER 11 CASE (.40) | 3.10 | 2,015.00 |
| 08/28/15 | ESW | CONFERENCE CALL RE EXAMINER SCOPE – WITH MR. GENSBURG. | 0.70 | 444.50 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3007179
PAGE NO.  10

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/28/15 | RMB | CONFERENCE CALL WITH MATT GENSBURG AND ED WEIL TO COMPLETE DISCUSSION REGARDING COMPETING TERMS OF OUTLINE OF TERMS FOR APPOINTMENT OF EXAMINER (.50); FOLLOW UP CALL WITH ED WEIL TO DISCUSS POSSIBLE CHANGES IN OUR TERMS TO ACCOMMODATE MATT GENSBURG'S COMMENTS (.10) | 0.60 | 390.00 |
| 08/31/15 | ESW | REVISE EXAMINATION SCOPE OUTLINE AND ORDER (0.4). | 0.40 | 254.00 |
| 08/31/15 | RMB | EXCHANGE EMAILS WITH MATT GENSBURG RE SCHEDULING TELEPHONIC MEETING WITH PAUL MELVILLE, EXAMINER CANDIDATE (.20); EXCHANGE EMAILS WITH MATT GENSBURG RE SCHEDULING TELEPHONIC MEETING WITH JIM NUGENT, EXAMINER CANDIDATE (.20) | 0.40 | 260.00 |
| 08/31/15 | RMB | CALL WITH MATT GENSBURG TO DISCUSS SUBMISSION OF COMPETING ORDERS APPOINTING EXAMINER TO JUDGE DOYLE TOGETHER WITH A JOINT STATEMENT DESCRIBING THE DIFFERENCES | 0.20 | 130.00 |
| 08/31/15 | RMB | CALL WITH DAN DOOLEY TO GIVE HIM BACKGROUND INFORMATION ON THE DEBTOR'S CASE AND THE EXAMINER'S TASK OF INVESTIGATING THE RELATIONSHIP BETWEEN THE DEBTOR AND ITS AFFILIATES | 0.40 | 260.00 |
| 08/31/15 | RMB | PREPARE COMMITTEE'S VERSION OF ORDER APPOINTING EXAMINER WITH ADDITION OF LANGUAGE FROM DEBTOR'S VERSION OF ORDER TO WHICH COMMITTEE AGREES (2.50); PREPARE DRAFT OF JOINT STATEMENT OF DEBTOR AND COMMITTEE RE LANGUAGE OF THEIR RESPECTIVE ORDERS APPOINTING AN EXAMINER ON WHICH THEY DISAGREE (1.0) | 3.50 | 2,275.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ..................................................... 59.50
**TOTAL LEGAL FEES** ........................................................................... $ 34,814.00

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.    111914-000005

INVOICE NO.  3007179
PAGE NO.  11

---

### DISBURSEMENTS

---

| | |
|---|---:|
| PHOTOCOPY EXPENSES | **51.00** |
| SCANNING EXPENSES | **38.40** |
| PRINTING EXPENSES | **63.80** |

### TOTAL DISBURSEMENTS ................................... $    153.20

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO. 111914-000005

INVOICE NO. 3007179
PAGE NO. 12

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|------------------|-------|--------|-----------|
| ESW | EDWARD S. WEIL | 13.60 | 635.00 | 8,636.00 |
| RMB | RICHARD M. BENDIX | 35.30 | 650.00 | 22,945.00 |
| JFRH | JOHN F. RHOADES | 10.60 | 305.00 | 3,233.00 |
| **TOTAL** | | **59.50** | | **34,814.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000005
CASE ADMINISTRATION
INVOICE NO.  3007179
PAGE NO.  13

FEES..............................................................$    34,814.00

DISBURSEMENTS .....................................        153.20

**TOTAL AMOUNT DUE**...........................................$    **34,967.20**

DYKEMA GOSSETT PLLC

38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____          DATE:_____          AMOUNT:_____

THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

SEPTEMBER 10, 2015
CLIENT-MATTER NO. 111914-000007
INVOICE NO. 3007180

*FOR PROFESSIONAL SERVICES RENDERED*

## RE:  CREDITORS' COMMITTEE INVESTIGATIONS

FEES..............................................................$    56,647.00

DISBURSEMENTS .....................................      1,402.44

**TOTAL AMOUNT DUE** ...........................................$    **58,049.44**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3007180
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE INVESTIGATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-----|-------|--------|
| 07/31/15 | ESW | PREPARE OUTLINE OF MOTION TO COMPEL AGAINST DEBTORS. | 0.50 | 317.50 |
| 08/01/15 | ESW | DRAFT DISCOVERY (3RD SET) REQUESTS (0.3); DRAFT MEET AND CONFER (0.3); CONFER WITH DSI (0.2). | 0.80 | 508.00 |
| 08/03/15 | DAST | FURTHER ANALYSIS OF PLAINTIFF'S LETTER AND PROPOSED CHANGES TO ESI PROTOCOL; PREPARATION OF COMMENTS ON SAME. | 0.90 | 391.50 |
| 08/03/15 | ESW | DRAFT DISCOVERY MEET AND CONFER LETTER. | 0.40 | 254.00 |
| 08/03/15 | JAWA | RESEARCH REGARDING MOTION TO COMPEL RULE 2004 DISCOVERY STANDARD (1.7); DRAFT LEGAL STANDARD SECTION OF MOTION TO COMPEL (1.5). | 3.20 | 864.00 |
| 08/03/15 | JFRH | ANALYZE DEBTOR'S DOCUMENT PRODUCTION. | 0.90 | 274.50 |
| 08/03/15 | JFRH | ANALYSIS RE DEBTOR'S FAILURE TO PRODUCE DOCUMENTS. | 0.40 | 122.00 |
| 08/03/15 | JFRH | ANALYSIS RE DEBTOR'S AFFILIATES' FAILURE TO PRODUCE DOCUMENTS. | 0.60 | 183.00 |
| 08/03/15 | JFRH | MEET AND CONFER CORRESPONDENCE WITH DEBTOR'S COUNSEL RE DEBTOR'S OBJECTIONS TO THE COMMITTEE'S DOCUMENT REQUESTS. | 1.60 | 488.00 |
| 08/03/15 | JFRH | DRAFT SECOND SET OF DOCUMENT REQUESTS TO DEBTOR. | 0.80 | 244.00 |
| 08/03/15 | JFRH | ANALYZE ENTITIES AFFILIATED WITH THE DEBTOR AND POSSIBLE NEW SUBPOENAS TO AFFILIATES. | 0.70 | 213.50 |
| 08/03/15 | JFRH | DRAFT MEET AND CONFER LETTER TO COUNSEL FOR DEBTOR'S AFFILIATES. | 1.60 | 488.00 |
| 08/03/15 | JFRH | DRAFT CORRESPONDENCE TO DEBTOR'S COUNSEL RE ESI. | 0.80 | 244.00 |
| 08/03/15 | JFRH | ANALYZE DRAFT MOTION FOR ENTRY OF PROTECTIVE ORDER. | 0.20 | 61.00 |
| 08/03/15 | SMAL | DRAFT SUBPOENAS AND RIDERS TO MR. CORRIGAN, MR. TESSLER, AND MR. LEVINE. | 0.60 | 162.00 |
| 08/04/15 | DAST | COMMUNICATIONS WITH MR. KELLNER RE ELECTRONIC DISCOVERY ISSUES. | 0.30 | 130.50 |
| 08/04/15 | ESW | REVIEW OF CORRESPONDENCE RE CATEGORIES OF DOCUMENTS FOR PRODUCTION. | 0.20 | 127.00 |
| 08/04/15 | ESW | DRAFT CORRESPONDENCE TO YCA'S COUNSEL DOCUMENTS FOR PRODUCTION – CONTINUED HONING OF DOCUMENT REQUESTS. | 0.30 | 190.50 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3007180
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/04/15 | ESW | CORRESPONDENCE TO DSI RE DOCUMENTS PROPOSED FOR PRODUCTION BY YCA IN RESPONSE TO FINAL MEET AND CONFER LETTER BEFORE FILING MOTION TO COMPEL. | 0.80 | 508.00 |
| 08/04/15 | ESW | CORRESPONDENCE WITH MESSRS. STELLA AND KELLNER RE ESI PROTOCOL, BEFORE FILING MOTION TO COMPEL. | 0.40 | 254.00 |
| 08/04/15 | JAWA | RESEARCH REGARDING THE APPLICABLE STANDARD FOR MOTIONS TO COMPEL 2004 DISCOVERY (1.0); STRATEGIZE REGARDING MOTIONS TO COMPEL DISCOVERY TO THE DEBTOR AND ITS AFFILIATES (0.2) | 1.20 | 324.00 |
| 08/04/15 | JFRH | ANALYZE DEBTOR'S SUPPLEMENTAL DOCUMENT PRODUCTION. | 0.40 | 122.00 |
| 08/04/15 | JFRH | CORRESPONDENCE WITH DSI RE FINANCIAL DOCUMENTS PRODUCED BY DEBTOR. | 0.30 | 91.50 |
| 08/04/15 | JFRH | ANALYZE FINANCIAL DOCUMENTS PRODUCED BY DEBTOR. | 0.60 | 183.00 |
| 08/04/15 | JFRH | DRAFT/REVISE MOTION FOR PROTECTIVE ORDER. | 0.30 | 91.50 |
| 08/04/15 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE PROPOSED REVISIONS TO MOTION FOR PROTECTIVE ORDER. | 0.20 | 61.00 |
| 08/04/15 | JFRH | CORRESPONDENCE WITH D4 RE SEARCH TERMS AND ESI. | 0.20 | 61.00 |
| 08/04/15 | JFRH | ADDITIONAL CORRESPONDENCE WITH DEBTOR'S COUNSEL RE DOCUMENT REQUESTS AND DEBTOR'S OBJECTIONS. | 0.80 | 244.00 |
| 08/04/15 | JFRH | ANALYZE RELEVANT AUTHORITY RE MOTIONS TO COMPEL IN CONTEXT OF BANKRUPTCY RULE 2004. | 0.40 | 122.00 |
| 08/04/15 | JFRH | ANALYZE NEED FOR ADDITIONAL SUBPOENAS TO OBTAIN ESI FROM INDIVIDUALS THAT THE DEBTOR MAY NOT CONTROL. | 0.20 | 61.00 |
| 08/04/15 | JFRH | DRAFT CORRESPONDENCE TO DEBTOR'S COUNSEL MR. DORAN RE ESI, CUSTODIANS, PRESERVATION, AND DATA COLLECTION. | 2.20 | 671.00 |
| 08/04/15 | JFRH | ANALYZE RELEVANT AUTHORITY TO SUPPORT MEET AND CONFER LETTER TO DEBTOR'S COUNSEL RE ESI. | 0.60 | 183.00 |
| 08/04/15 | JFRH | PREPARE FOR AND PARTICIPATE IN TELEPHONE CALL WITH DEBTOR'S COUNSEL RE COMMITTEE'S REQUESTS FOR DOCUMENTS AND DEBTOR'S RESPONSES. | 1.20 | 366.00 |
| 08/04/15 | RMB | REVIEW EMAIL FROM JOHN RHOADES ASKING QUESTION ABOUT LANGUAGE IN MATT GENSBURG'S DRAFT MOTION FOR PROTECTIVE ORDER RECITING THAT NOTICE HAS BEEN GIVEN TO ALL PERSONS REQUESTING SAME PURSUANT TO BANKRUPTCY RULE 2002 (.10); CALL JOHN RHOADES TO EXPLAIN THE ORIGIN AND CURRENT IRRELEVANCE OF THAT LANGUAGE IN LIGHT OF ECF NOTIFICATIONS TO PEOPLE WHO FILE APPEARANCES IN THE CASE (.10) | 0.20 | 130.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3007180
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/05/15 | DAST | REVISIONS TO DEMAND LETTER TO DEBTOR. | 0.40 | 174.00 |
| 08/05/15 | ESW | DRAFT MOTION TO COMPEL AGAINST DEBTOR. | 0.40 | 254.00 |
| 08/05/15 | ESW | WORK ON ISSUES AROUND SCOPE OF INVESTIGATION THAT WOULD BE CONDUCTED BY AN EXAMINER. | 1.40 | 889.00 |
| 08/05/15 | JAWA | REVISE MOTIONS TO COMPEL. | 0.30 | 81.00 |
| 08/05/15 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE MOTION FOR PROTECTIVE ORDER. | 0.20 | 61.00 |
| 08/05/15 | JFRH | DRAFT CORRESPONDENCE TO DEBTOR'S COUNSEL RE ESI PROTOCOL. | 0.60 | 183.00 |
| 08/05/15 | RMB | DISCUSS WITH JOHN RHOADES TIMING OF FILING OF MOTION TO COMPEL DISCOVERY IN LIGHT OF THIS MORNING'S DISCUSSIONS WITH JUDGE DOYLE AND KATIE GLEASON REGARDING APPOINTMENT OF AN EXAMINER | 0.20 | 130.00 |
| 08/06/15 | DAST | REVIEW OF COMMUNICATIONS WITH OPPOSING COUNSEL RE ESI ISSUES. | 0.10 | 43.50 |
| 08/06/15 | ESW | DRAFT MOTION TO COMPEL AFFILIATES. | 1.00 | 635.00 |
| 08/06/15 | ESW | REVIEW OF CORRESPONDENCE FROM MR. WEINER. | 0.20 | 127.00 |
| 08/06/15 | JAWA | DRAFT MOTION TO COMPEL THE AFFILIATES TO PRODUCE DOCUMENTS (4.2); RESEARCH REGARDING WHEN DOCUMENT REQUESTS ARE CONSIDERED OVER BROAD (1.5); RESEARCH REGARDING WHETHER DUPLICATIVE REQUESTS ARE PERMISSIBLE UNDER RULE 2004 (1.5). | 7.20 | 1,944.00 |
| 08/06/15 | JFRH | ANALYZE RELEVANT AUTHORITY FOR MOTION TO COMPEL PRODUCTION FROM THE DEBTOR AND/OR AFFILIATES. | 2.20 | 671.00 |
| 08/06/15 | JFRH | ANALYZE DEBTOR'S AFFILIATES' RESPONSES TO DOCUMENT REQUESTS SERVED WITH SUBPOENAS. | 1.20 | 366.00 |
| 08/06/15 | JFRH | ANALYZE CORRESPONDENCE RECEIVED FROM COUNSEL FOR DEBTOR'S AFFILIATES REFUSING TO PRODUCE DOCUMENTS. | 0.40 | 122.00 |
| 08/06/15 | RMB | SEND EMAIL TO MATT GENSBURG ADVISING HIM THAT HE PUT THE WRONG HEARING DATE ON HIS MOTION FOR ENTRY OF THE STIPULATED PROTECTIVE ORDER REGARDING DISCOVERY REQUESTED BY THE COMMITTEE | 0.10 | 65.00 |
| 08/06/15 | SMAL | DRAFT SUBPOENAS AND SUBPOENA RIDERS TO METRO CAB 1, BLUE DIAMOND TAXI, AMERICAN UNITED, AND AMERICAN UNITED TAXI AFFILIATION. | 1.00 | 270.00 |
| 08/07/15 | DAST | REVIEW OF PROPOSED MOTION TO COMPEL THIRD PARTIES TO COMPLY WITH DISCOVERY. | 0.30 | 130.50 |
| 08/07/15 | ESW | DRAFTING OF MOTIONS TO COMPEL AGAINST DEBTOR. | 1.20 | 762.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.  111914-000007

INVOICE NO.  3007180
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/07/15 | ESW | DRAFTING OF MOTIONS TO COMPEL AGAINST DEBTOR AFFILIATES. | 1.00 | 635.00 |
| 08/07/15 | JAWA | PREPARE EXHIBITS FOR MOTION TO COMPEL AFFILIATES (1.5); PREPARE EXHIBIT LIST FOR MOTION TO COMPEL (0.9). | 2.40 | 648.00 |
| 08/07/15 | JFRH | DRAFT MOTION TO COMPEL DOCUMENT PRODUCTION FROM THE DEBTOR'S AFFILIATES. | 5.80 | 1,769.00 |
| 08/07/15 | JFRH | ANALYZE SUPPLEMENTAL PRODUCTION OF THE DEBTOR. | 0.50 | 152.50 |
| 08/07/15 | JFRH | DRAFT MOTION TO COMPEL DOCUMENT PRODUCTION FROM THE DEBTOR. | 2.20 | 671.00 |
| 08/07/15 | RMB | BEGIN TO REVIEW AND REVISE JOHN RHOADES' DRAFT OF MOTION TO COMPEL DISCOVERY FROM DEBTOR'S AFFILIATES | 0.50 | 325.00 |
| 08/07/15 | SNW1 | REQUEST TO OBTAIN AND PRINT OUT MULTIPLE BANKRUPTCY FILINGS FROM CAESAR ENTERTAINMENT AND TRIBUNE COMPANY CASES RELATED TO EXAMINER. | 2.40 | 192.00 |
| 08/09/15 | SMAL | DRAFT FIRST SET OF INTERROGATORIES AND SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS TO YELLOW CAB. | 2.20 | 594.00 |
| 08/10/15 | DAST | ANALYSIS OF PROTOCOL ISSUES FOR MOTION TO COMPEL AGAINST TAS. | 0.20 | 87.00 |
| 08/10/15 | ESW | DRAFT AND EDIT MOTION TO COMPEL DIRECTED TO AFFILIATES OF DEBTOR. | 2.70 | 1,714.50 |
| 08/10/15 | JAWA | RESEARCH REGARDING RULE 2004 SUBPOENAS TO THIRD PARTIES. | 0.50 | 135.00 |
| 08/10/15 | JFRH | ANALYZE DISCLOSURES RE DEBTOR'S AFFILIATES IN AMENDED SCHEDULES/MONTHLY OPERATING REPORTS. | 0.40 | 122.00 |
| 08/10/15 | JFRH | ANALYZE RELEVANT CASE LAW SUPPORTING MOTION TO COMPEL PURSUANT TO RULE 2004. | 0.80 | 244.00 |
| 08/10/15 | JFRH | CONSULT WITH DSI RE GENERAL LEDGER ENTRIES FOR 2014 INVOLVING TAXI AFFILIATION SERVICES, INC. | 0.40 | 122.00 |
| 08/10/15 | JFRH | DRAFT/REVISE MOTION TO EXCEED PAGE LIMIT. | 0.20 | 61.00 |
| 08/10/15 | JFRH | DRAFT PROPOSED ORDER FOR MOTION TO COMPEL DOCUMENTS FROM AFFILIATES. | 0.20 | 61.00 |
| 08/10/15 | JFRH | DRAFT MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THE DEBTOR. | 1.80 | 549.00 |
| 08/10/15 | JFRH | ANALYZE RELEVANT CORRESPONDENCE/BACKGROUND TO SUPPORT MOTION TO COMPEL DOCUMENTS FROM AFFILIATES. | 2.30 | 701.50 |

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.   111914-000007 |
|---|---|
| CREDITORS OF YELLOW | |
| SEPTEMBER 10, 2015 | INVOICE NO.  3007180 |
| | PAGE NO.  6 |

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/10/15 | JFRH | DRAFT MOTION TO COMPEL DOCUMENT PRODUCTION FROM DEBTOR'S AFFILIATES. | 3.60 | 1,098.00 |
| 08/10/15 | MADI | PREPARE EXHIBITS TO MOTION TO COMPEL. | 1.40 | 525.00 |
| 08/10/15 | MVK1 | PROCESS PRODUCTION VOLUME YCA004 AND LOAD INTO RELATIVITY (0.8); CHECK ACCURACY OF DATABASE (0.2). | 1.00 | 200.00 |
| 08/10/15 | RMB | REVIEW AND REVISE JOHN RHOADES' DRAFT MOTION TO COMPEL DISCOVERY FROM DEBTOR | 1.80 | 1,170.00 |
| 08/10/15 | RMB | REVISE JOHN RHOADES' DRAFT MOTION TO COMPEL DISCOVERY FROM DEBTOR'S AFFILIATES (.70); REVIEW AND REVISE JOHN RHOADES' NEW DRAFT OF MOTION TO COMPEL (.30) | 1.00 | 650.00 |
| 08/10/15 | SMAL | DRAFT MOTION TO EXTEND PAGE LIMIT ON COMMITTEE'S MOTION TO COMPEL AND PROPOSED ORDER RE SAME. | 1.20 | 324.00 |
| 08/11/15 | DAST | ANALYSIS OF RELIEF TO BE REQUESTED IN MOTION TO COMPEL. | 0.30 | 130.50 |
| 08/11/15 | JFRH | CORRESPONDENCE WITH DSI RE DOCUMENTS RELATED TO DEBTOR'S FINANCES. | 0.40 | 122.00 |
| 08/11/15 | JFRH | ANALYZE DEBTOR'S DISCLOSURES REGARDING ESI. | 0.80 | 244.00 |
| 08/11/15 | JFRH | ANALYZE TRANSCRIPT OF AUGUST 5, 2015 HEARING. | 0.30 | 91.50 |
| 08/11/15 | JFRH | CORRESPONDENCE WITH D4 RE DEBTOR'S FAILURE TO MAKE DISCLOSURES RE ESI. | 0.30 | 91.50 |
| 08/11/15 | JFRH | DRAFT MOTION TO COMPEL DOCUMENT PRODUCTION FROM THE DEBTOR. | 3.40 | 1,037.00 |
| 08/11/15 | JFRH | ANALYZE DOCUMENTS SUPPORTING MOTION TO COMPEL DOCUMENTS FROM DEBTOR. | 1.20 | 366.00 |
| 08/11/15 | JFRH | ANALYZE RELEVANT AUTHORITY TO SUPPORT MOTION TO COMPEL DOCUMENTS FROM THE DEBTOR. | 0.60 | 183.00 |
| 08/11/15 | MADI | FINALIZE EXHIBITS FOR FILING MOTION TO COMPEL DEBTOR TO PRODUCE DOCUMENTS. | 1.30 | 487.50 |
| 08/11/15 | RMB | CALL FROM JUDGE DOYLE'S CHAMBERS REQUESTING COURTESY COPY OF MOTION TO COMPEL DISCOVERY BY AFFILIATES, TOGETHER WITH EXHIBITS (.10) | 0.10 | 65.00 |
| 08/11/15 | RMB | REVIEW EMAIL FROM SHELLY CUFF EXPLAINING THE TERM "ROLL-UP" IN CONNECTION WITH DEBTOR'S GENERAL LEDGER ENTRIES | 0.10 | 65.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3007180
PAGE NO.  7

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/11/15 | SMAL | RESEARCH CASES WHERE THE 7TH CIRCUIT COURTS HAVE HELD THAT DEBTORS AND/OR THEIR AFFILIATES HAVE AN ONGOING OBLIGATION TO PROMPTLY RESPOND TO INFORMATION REQUESTS FOR INFORMATION UNDER BANKRUPTCY RULE 2004. | 0.90 | 243.00 |
| 08/12/15 | ESW | DRAFT OUTLINE OF EXAMINER SCOPE OF INVESTIGATION. | 2.00 | 1,270.00 |
| 08/12/15 | ESW | FURTHER MEET AND CONFER RE MOTION TO COMPEL DISCOVERY FROM AFFILIATES OF DEBTOR. | 1.10 | 698.50 |
| 08/12/15 | ESW | CONFERENCE CALL WITH COUNSEL FOR DEBTOR (GENSBURG) AND AFFILIATES (ZIRINSKI; WEINER) RE SCOPE OF INVESTIGATION BY EXAMINER. | 1.20 | 762.00 |
| 08/12/15 | JFRH | ANALYZE SUPPLEMENTAL PRODUCTION OF DOCUMENTS FROM DEBTOR. | 0.60 | 183.00 |
| 08/12/15 | JFRH | PREPARE FOR HEARING ON MOTIONS TO COMPEL. | 1.80 | 549.00 |
| 08/12/15 | JFRH | CORRESPONDENCE WITH COUNSEL FOR DEBTOR'S AFFILIATES RE PRODUCTION OF DOCUMENTS. | 0.40 | 122.00 |
| 08/12/15 | JFRH | PREPARE FOR TELEPHONE CALL WITH COUNSEL FOR DEBTOR'S AFFILIATES RE PRODUCTION OF DOCUMENTS. | 0.50 | 152.50 |
| 08/12/15 | MVK1 | PROCESS YCA PRODUCTION VOLUME YCA005 AND LOAD INTO RELATIVITY WORKSPACE (0.8); VERIFY ACCURACY OF DATABASE (0.1); UPDATE PRODUCTION TRACKING FOR SAME (0.1). | 1.10 | 220.00 |
| 08/13/15 | ESW | FOLLOW-UP TO COURT ON AUGUST 13, 2015 RE (A) CRITERIA FOR SELECTION OF EXAMINER, SCOPE OF INVESTIGATION BY EXAMINER, AND REPRESENTATION OF MOTIONS TO COMPEL ON AUGUST 26, 2015. | 0.80 | 508.00 |
| 08/13/15 | JFRH | PREPARE FOR HEARING ON MOTIONS TO COMPEL DISCOVERY. | 1.80 | 549.00 |
| 08/13/15 | JFRH | ATTEND HEARING ON MOTIONS TO COMPEL DISCOVERY FROM DEBTOR AND DEBTOR'S AFFILIATES. | 1.20 | 366.00 |
| 08/13/15 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE DISCOVERY ISSUES AND EXAMINER APPOINTMENT. | 0.50 | 152.50 |
| 08/13/15 | JFRH | CORRESPONDENCE WITH CLIENT RE HEARING ON MOTIONS TO COMPEL DISCOVERY FROM DEBTOR AND DEBTOR'S AFFILIATES. | 0.20 | 61.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO. 111914-000007

INVOICE NO. 3007180
PAGE NO. 8

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/13/15 | RMB | ATTEND HEARING ON COMMITTEE'S MOTIONS TO COMPEL DISCOVERY FROM DEBTOR AND AFFILIATES (1.0); MEET WITH MATT GENSBURG AND JOHN RHOADES AFTER COURT TO DISCUSS MATT'S COMMENTS ON ALLEGATIONS IN THE COMMITTEE'S MOTION TO COMPEL DISCOVERY FROM THE DEBTOR (.30); DISCUSS AFFILIATES' RESPONSE TO MOTION TO COMPEL DISCOVERY WITH COUNSEL FOR AFFILIATES BEFORE THIS MORNING 'S HEARING (.20) | 1.50 | 975.00 |
| 08/13/15 | RMB | PREPARE RESPONSE TO LIKELY ARGUMENTS BY (1) AFFILIATES THAT COMMITTEE FILED ITS MOTION TO COMPEL BEFORE GOING THROUGH THE MEET AND CONFER PROCESS, AND (2) DEBTOR AND AFFILIATES THAT COMMITTEE'S MOTIONS TO COMPEL SHOULD BE ENTERED AND CONTINUED PENDING APPOINTMENT OF EXAMINER | 0.20 | 130.00 |
| 08/17/15 | ESW | WORK ON DISCOVERY MATTERS, INCLUDING POST-MOTION MEET AND CONFER PER COURT ON AUGUST 13, 2015 (0.4); TELEPHONE CONFERENCE WITH MR. CLIFFORD (0.3). | 0.70 | 444.50 |
| 08/17/15 | ESW | TELEPHONE CONFERENCE WITH POTENTIAL EXAMINER (KEN MALEK) AND FOLLOW-UP TO SAME (0.9). | 0.90 | 571.50 |
| 08/17/15 | JFRH | ANALYZE DOCUMENTS PRODUCED BY DEBTOR AND DEFICIENCIES IN DEBTOR'S PRODUCTION. | 1.50 | 457.50 |
| 08/17/15 | JFRH | ANALYZE RELATIONSHIPS/TRANSACTIONS BETWEEN DEBTOR AND ITS AFFILIATES. | 0.80 | 244.00 |
| 08/17/15 | JFRH | ANALYZE ISSUES RELATED TO COMMINGLING OF THE FUNDS OF THE DEBTOR WITH FUNDS OF THE AFFILIATES. | 1.20 | 366.00 |
| 08/17/15 | JFRH | PREPARE SUBPOENAS AND DOCUMENT REQUESTS TO THE DEBTOR'S AFFILIATES. | 0.40 | 122.00 |
| 08/17/15 | SMAL | PREPARE SUBPOENAS AND SUBPOENA RIDERS TO BLUE DIAMOND TAXI ASSOCIATION, AMERICAN UNITED TAXI AFFILIATION, METRO CABS 1 LLC, AND FIRST CHICAGO INSURANCE COMPANY (.5); RUN CONFLICTS CHECK ON AFFILIATES AND VERIFY NO CLIENT RELATIONSHIPS CURRENTLY EXIST WITH AFFILIATES (.7). | 1.20 | 324.00 |
| 08/18/15 | ESW | PREPARE FOR COURT ON AUGUST 26, 2015 (0.4); REVIEW OF DISCOVERY LETTER FROM MR. WEINER (COUNSEL FOR AFFILIATES) AND RELATED DISCOVERY ISSUES (0.9). | 1.30 | 825.50 |
| 08/18/15 | JFRH | ANALYZE ENTITIES WITH INFORMATION RE DEBTOR'S AFFAIRS (0.3); DRAFT/SERVE SUBPOENAS ON DEBTOR'S AFFILIATES AND OTHER ENTITIES (0.5). | 0.80 | 244.00 |
| 08/18/15 | JFRH | CORRESPONDENCE WITH COUNSEL FOR AFFILIATES RE SUBPOENAS. | 0.20 | 61.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3007180
PAGE NO.  9

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/18/15 | JFRH | ANALYZE DOCUMENTS PRODUCED BY DEBTOR AND RELATIONSHIPS BETWEEN DEBTOR AND AFFILIATES. | 1.50 | 457.50 |
| 08/18/15 | SMAL | PREPARE FINALIZED SUBPOENAS AND NOTICE OF SUBPOENA TO AFFILIATES BLUE DIAMOND TAXI ASSOCIATION, AMERICAN UNITED TAXI AFFILIATION, METRO CABS 1 LLC, AND FIRST CHICAGO INSURANCE COMPANY (.4); VERIFY SERVICE LIST TO INCLUDE ALL COUNSEL OR RECORD AND TO EXEMPT PARTIES WHO DO NOT WISH TO RECEIVE SUBPOENAS (.3); COORDINATE SERVICE OF FIRST CHICAGO INSURANCE COMPANY SUBPOENA WITH PROCESS SERVER FOR SERVICE (.2). | 0.90 | 243.00 |
| 08/19/15 | ESW | PREPARE FOR HEARING ON AUGUST 26, 2015 (0.3). | 0.30 | 190.50 |
| 08/19/15 | JFRH | DRAFT OUTLINE FOR MOTION TO COMPEL PAYMENT OF FEES. | 0.40 | 122.00 |
| 08/19/15 | JFRH | CORRESPONDENCE WITH COUNSEL FOR THE AFFILIATES RE PRODUCTION OF DOCUMENTS IN RESPONSE TO SUBPOENAS. | 0.50 | 152.50 |
| 08/20/15 | ESW | REVIEW OF TAS AGREEMENT, AND DEBTOR'S MOTION TO USE BUSINESS FORMS (0.8); REVIEW OF MAY AND JUNE MORS (0.3); DRAFT MEMORANDUM REGARDING DEBTOR'S COMPLIANCE AND POSSIBLE BREACH OF TAS AGREEMENT (1.5); TELEPHONE CONFERENCE WITH DSI (FA) RE SAME ( 0.4);  TELEPHONE CONFERENCE WITH MR. KLEINMAN DEBTOR'S POSSIBLE BREACH OF TAS AGREEMENT PROVISIONS RE PERIODIC RECONCILATIONS (0.2). | 3.20 | 2,032.00 |
| 08/20/15 | JFRH | ANALYZE PAYMENT TO TAS UNDER TAS CONTRACT. | 0.60 | 183.00 |
| 08/20/15 | JFRH | ANALYZE ADDITIONAL ENTITIES RELATED TO OR AFFILIATED WITH THE DEBTOR. | 0.30 | 91.50 |
| 08/20/15 | JFRH | CORRESPONDENCE WITH AFFILIATES' COUNSEL RE FINANCIAL DOCUMENTS REQUESTED IN SUBPOENAS. | 0.60 | 183.00 |
| 08/20/15 | JFRH | ANALYSIS RE STATUS OF PRODUCTION OF DOCUMENT FROM DEBTOR AND AFFILIATES. | 0.40 | 122.00 |
| 08/20/15 | RMB | CALL WITH ED WEIL TO DISCUSS HIS THEORIES THAT (1) THE DEBTOR'S CONTRACT WITH TAS IS NOT SIMPLY AS PASS-THROUGH AS REPRESENTED BY MATT GENSBURG, AND (2) THE DEBTOR'S MONTHLY PAYMENTS TO TAS ARE INCONSISTENT WITH THE TERMS OF THE DEBTOR'S AGREEMENT WITH TAS | 0.50 | 325.00 |
| 08/21/15 | JFRH | ANALYZE RESPONSES TO SUBPOENAS. | 0.20 | 61.00 |
| 08/21/15 | SMAL | UPDATE SUBPOENA LOG TO REFLECT RECENTLY SERVED SUBPOENA REQUESTS AND OUTSTANDING ANSWERS TO SUBPOENAS (.4). | 0.40 | 108.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3007180
PAGE NO.  10

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-----|-------|--------|
| 08/24/15 | ESW | DRAFT MOTION TO FILE TAS AGREEMENT UNDER SEAL (0.8); RESPOND TO DISCOVERY LETTER FROM AFFILIATES' COUNSEL (0.5); CALL WITH PROSPECTIVE EXAMINER (HOSFIELD) (0.6); WORK ON DRAFT OF EXAMINER SCOPE (0.2); REVIEW OF ESI LETTER FROM MR. DORAN (0.3). | 1.60 | 1,016.00 |
| 08/24/15 | JFRH | CORRESPONDENCE WITH AFFILIATES COUNSEL RE DOCUMENT PRODUCTION. | 0.20 | 61.00 |
| 08/24/15 | JFRH | ANALYZE STATUS OF PRODUCTION OF DOCUMENTS FROM DEBTOR AND AFFILIATES | 0.20 | 61.00 |
| 08/24/15 | RMB | REVIEW AND REVISE SUZANNE ALTON'S DRAFT MOTION TO FILE TAS SERVICES AGREEMENT UNDER SEAL (.20); GIVE SUZANNE ALTON MY SUGGESTIONS FOR REVISIONS TO HER DRAFT MOTION TO FILE TAS SERVICES AGREEMENT UNDER SEAL (.10) | 0.30 | 195.00 |
| 08/24/15 | RMB | REVIEW TAS SERVICES AGREEMENT | 0.20 | 130.00 |
| 08/24/15 | SMAL | PREPARE MOTION TO FILE EXHIBIT UNDER SEAL PURSUANT TO BANKRUPTCY RULES (2.4); RESEARCH PROCEDURE FOR IN CAMERA FILINGS IN BANKRUPTCY COURT (.4); CONTACT JUDGE DOYLE'S CLERK REGARDING PROCEDURE FOR DELIVERING COPY OF DOCUMENT REQUESTED TO BE FILED UNDER SEAL TO CHAMBERS FOR INSPECTION (.2) | 3.00 | 810.00 |
| 08/25/15 | DAST | REVIEW OF AND PREPARATION OF COMMENTS ON DEBTOR'S LETTER RESPONSE TO ESI DEMANDS. | 1.50 | 652.50 |
| 08/25/15 | ESW | REVIEW OF ESI DISCOVERY LETTER FROM MR. DORAN (0.3); REVIEW OF DISCOVERY LETTER/EMAIL FROM MR. GENSBURG (0.3); DRAFT RESPONSE TO AFFILIATES (WEINER) LETTER OF AUGUST 24, 2015 RE DOCUMENTS REQUESTED (0.3); PREPARE FOR COURT ON AUGUST 26, 2015 RE VARIOUS MOTIONS (0.4). | 1.40 | 889.00 |
| 08/25/15 | RMB | REVIEW MATT GENSBURG' PROPOSED LANGUAGE MODIFYING PROPOSE PROTECTIVE ORDER TO PROVIDE FOR PARTIES' COMPLIANCE WITH LOCAL BANKRUPTCY RULE 5005-4 REGARDING FILING CONFIDENTIAL DOCUMENTS UNDER SEAL (.10) | 0.10 | 65.00 |
| 08/26/15 | DAST | CONTINUED ANALYSIS OF DEBTOR'S LETTER RE ESI ISSUES (0.7); REVIEW OF DEBTOR'S ORGANIZATION CHARTS (0.1); ANALYSIS OF SAME AGAINST DEBTOR'S PREVIOUS COMMUNICATIONS (0.6); DEVELOPMENT OF RESPONSE STRATEGY (0.4); DRAFTING OF ESI-RELATED FACTUAL AND LEGAL SECTIONS FOR OMNIBUS MEET-AND-CONFER LETTER (1.3). | 3.10 | 1,348.50 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3007180
PAGE NO.  11

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/26/15 | ESW | APPEAR AND ARGUE IN COURT ON (1) MOTION TO PROHIBIT COMMINGLING AND TO PROHIBIT DEVIATION FROM TAS AGREEMENT TERMS (AND TO REQUIRE UPDATING TO SOFAS AND SCHEDULES), (2) MOTION TO APPOINT EXAMINER, (3) MOTION TO COMPEL PAYMENT TO COMMITTEE, (4) STATUS OF MOTIONS TO COMPEL AGAINST DEBTOR AND AFFILIATES, AND (5) STATUS OF PLAN AND DISCLOSURE STATEMENT, ETC.  (1.6) MEET AND CONFER WITH COUNSEL FOR THE AFFILIATES RE DISCOVERY (0.4); DISCUSSION RE PRODUCTION OF ESI WITH DANTE STELLA (0.8). | 2.80 | 1,778.00 |
| 08/26/15 | JFRH | ANALYZE DEBTOR'S DATA SOURCES, CUSTODIANS, AND ESI DISCLOSURES. | 0.40 | 122.00 |
| 08/26/15 | JFRH | PREPARE FOR HEARING ON MOTIONS TO COMPEL PRODUCTION FROM DEBTOR AND AFFILIATES. | 1.40 | 427.00 |
| 08/26/15 | JFRH | ATTEND HEARING ON MOTIONS TO COMPEL PRODUCTION FROM DEBTOR AND AFFILIATES; MOTION TO APPOINT EXAMINER, MOTION TO COMPEL PAYMENT, AND OTHER PENDING MATTERS. | 1.60 | 488.00 |
| 08/26/15 | JFRH | ANALYZE PROPOSED PROTECTIVE ORDER. | 0.20 | 61.00 |
| 08/26/15 | JFRH | DRAFT CORRESPONDENCE TO DEBTOR'S COUNSEL RE ELECTRONICALLY STORED INFORMATION. | 1.40 | 427.00 |
| 08/26/15 | JFRH | CORRESPONDENCE WITH AFFILIATES' COUNSEL RE PRODUCTION/MOTIONS. | 0.30 | 91.50 |
| 08/27/15 | JFRH | DRAFT LETTER TO DEBTOR AND AFFILIATES' COUNSEL RE ESI, DISCOVERY REQUESTS, AND SUBPOENAS. | 1.50 | 457.50 |
| 08/27/15 | JFRH | ANALYZE DEBTOR'S DISCLOSURES RE ESI. | 0.40 | 122.00 |
| 08/27/15 | JFRH | ANALYZE STATUS OF PRODUCTION FROM AFFILIATES AND DEBTOR. | 0.60 | 183.00 |
| 08/28/15 | DAST | REVISIONS TO LETTER TO DEBTOR'S COUNSEL; REVIEW OF DEBTOR'S COMMUNICATIONS RE DOCUMENT PRODUCTION. | 0.30 | 130.50 |
| 08/28/15 | JFRH | DRAFT LETTER TO DEBTOR'S COUNSEL AND AFFILIATES' COUNSEL RE OUTSTANDING DISCOVERY. | 2.20 | 671.00 |
| 08/31/15 | EKK1 | LOAD INITIAL PRODUCTION OF DOCUMENTS AND VERIFY ACCURACY OF DATABASE. | 0.30 | 60.00 |
| 08/31/15 | ESW | REVIEW OF FIRST CHICAGO DOCUMENTS PRODUCED BY FIRST CHICAGO INSURANCE (0.3). | 0.30 | 190.50 |
| 08/31/15 | MHAY1 | PREPARATION AND IMPORT OF LATEST DOCUMENT PRODUCTION INTO DOCUMENT REVIEW PLATFORM AND EXAMINE SAME FOR ACCURACY. | 0.30 | 60.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3007180
PAGE NO.  12

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................    148.70
**TOTAL LEGAL FEES** .................................................................. $   56,647.00

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3007180
PAGE NO.  13

| | DISBURSEMENTS | |
|---|---|---|
| 08/26/15 | JACKLEEN DE FINI | 162.00 |
| 08/11/15 | JACKLEEN DEFINI - COURT REPORTER | 110.00 |
| 07/14/15 | COLLIER SERVICE | 80.00 |
| 08/12/15 | COURIER FOR COURT FILING SERVICES- DELIVER COURTESY COPY TO JUDGE DOYLE, BANKRUPTCY | 21.00 |
| 08/25/15 | COURIER FOR COURT FILING SERVICES.  DELIVER COURTESY COPIES TO JUDGE DOYLE. | 21.00 |
| 07/01/15 | RELATIVITY RECOVERIES | 30.00 |
| | PHOTOCOPY EXPENSES | 505.64 |
| | PRINTING EXPENSES | 472.80 |

**TOTAL DISBURSEMENTS ...................................$ 1,402.44**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3007180
PAGE NO.  14

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|--------------------------|--------|--------|-----------|
| ESW | EDWARD S. WEIL | 28.90 | 635.00 | 18,351.50 |
| DAST | DANTE A. STELLA | 7.40 | 435.00 | 3,219.00 |
| RMB | RICHARD M. BENDIX | 6.80 | 650.00 | 4,420.00 |
| JAWA | JENNIFER A. WARNER | 14.80 | 270.00 | 3,996.00 |
| JFRH | JOHN F. RHOADES | 71.60 | 305.00 | 21,838.00 |
| MADI | MARIA A. DIAKOUMAKIS | 2.70 | 375.00 | 1,012.50 |
| SMAL | SUZANNE M. ALTON | 11.40 | 270.00 | 3,078.00 |
| EKK1 | ELLEN K. KAIN | 0.30 | 200.00 | 60.00 |
| MHAY1 | MARYELLEN HAYES | 0.30 | 200.00 | 60.00 |
| MVK1 | MARSHA V. KLIMEK | 2.10 | 200.00 | 420.00 |
| SNW1 | SAM N. WERTIME | 2.40 | 80.00 | 192.00 |
| | **TOTAL** | **148.70** | | **56,647.00** |

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW | CLIENT-MATTER NO.   111914-000007 CREDITORS' COMMITTEE INVESTIGATIONS |
| SEPTEMBER 10, 2015 | INVOICE NO.  3007180 PAGE NO.  15 |

FEES.........................................................................$   56,647.00

DISBURSEMENTS .....................................................   1,402.44

**TOTAL AMOUNT DUE**.............................................$   **58,049.44**

DYKEMAGOSSETTPLLC

38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243

CLIENT CHECK INFORMATION
PLEASE COMPLETE:

CHECK #:_____      DATE:_____      AMOUNT:_____

THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

FOR FIRM USE:
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

SEPTEMBER 10, 2015
CLIENT-MATTER NO. 111914-000008
INVOICE NO.  3007181

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS**

FEES ........................................................................$     5,830.50

**TOTAL AMOUNT DUE** ..............................................**$     5,830.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3007181
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/03/15 | JFRH | CORRESPONDENCE WITH CLIENT RE OBJECTIONS TO JUNE FEE APPLICATION. | 0.20 | 61.00 |
| 08/05/15 | RMB | CALL WITH MARC JACOBS AND JOHN RHOADES TO REPORT TO MARC ON THIS MORNING'S HEARING IN BANKRUPTCY COURT AND THE SUBSEQUENT MEETING OF THE PARTIES TO DISCUSS APPOINTMENT OF AN EXAMINER (.30); SEND EMAIL TO COMMITTEE MEMBERS ASKING WHAT TIME THEY ARE AVAILABLE FOR A TELEPHONIC COMMITTEE MEETING ON FRIDAY (.10) | 0.40 | 260.00 |
| 08/06/15 | RMB | SEND COMMITTEE MEMBERS CALENDAR INVITATION FOR TOMORROW MORNING'S TELEPHONIC COMMITTEE MEETING | 0.10 | 65.00 |
| 08/06/15 | RMB | SEND COMMITTEE MEMBERS THE MOTION FOR ENTRY OF A STIPULATED PROTECTIVE ORDER RE DISCOVERY THAT COMMITTEE COUNSEL HAS REQUESTED FROM THE DEBTOR (.20); PREPARE AND SEND COMMITTEE MEMBERS AN AGENDA FOR TOMORROW'S TELEPHONIC COMMITTEE MEETING (.20) | 0.40 | 260.00 |
| 08/06/15 | RMB | REVIEW AND RESPOND TO EMAILS FROM MARC JACOBS ASKING (1) WHETHER THE ZURICH INSURANCE COMPANY POLICY COVERS THE DEBTOR WHEN THE DEBTOR IS NOT NAMED AS A POLICY HOLDER (BY EXPLAINING THAT THE DEBTOR IS COVERED AS A SUBSIDIARY OF THE YELLOW GROUP, LLC AND THAT THE POLICY SECTION COVERING EMPLOYMENT MATTERS EXCLUDES CLAIMS FOR WAGES, SUCH AS THOSE ASSERTED IN THE ENGER CLASS ACTION COMPLAINT), AND (2) IF NANCY PETERMAN'S RECENT DISCLOSURE THAT GREENBERG TRAURIG REPRESENTS ZURICH INSURANCE COMPANY IN UNRELATED MATTERS HAS ANY SIGNIFICANCE RELATING TO ZURICH'S PENDING LIFT STAY MOTION. | 0.50 | 325.00 |
| 08/07/15 | ESW | COMMITTEE CALL RE EXAMINER, DISCOVERY, BAR DATE, LIFT-STAY/ZURICH, CASE STATUS | 1.00 | 635.00 |
| 08/07/15 | JFRH | CORRESPONDENCE WITH COMMITTEE RE DISCOVERY ISSUES. | 0.20 | 61.00 |
| 08/07/15 | RMB | REVIEW NOTICE OF BAR DATE THAT DEBTOR HAS SUBMITTED TO JUDGE DOYLE AND SEND COPY OF SAME TO COMMITTEE MEMBERS | 0.20 | 130.00 |

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO. 111914-000008 |
| CREDITORS OF YELLOW | |
| SEPTEMBER 10, 2015 | INVOICE NO. 3007181 |
| | PAGE NO. 3 |

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/07/15 | RMB | PARTICIPATE IN TELEPHONIC CREDITORS' COMMITTEE MEETING AT WHICH WE DISCUSSED (1) JUDGE DOYLE'S COMMENTS ON THE DIRECTION OF THE CASE, (2) THE STATUS OF DISCOVERY REQUESTED FROM THE DEBTOR AND ITS AFFILIATES, (3) APPOINTMENT OF AN EXAMINER AND THE SCOPE OF AN EXAMINER'S INVESTIGATION, (4) THE COMMITTEE'S RESPONSE TO ZURICH INSURANCE COMPANY'S LIFT STAY MOTION, AND (5) PUBLICATION OF THE NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM | 0.80 | 520.00 |
| 08/07/15 | RMB | REVIEW AND SEND TO COMMITTEE MEMBERS ORDERS REGARDING FIRST INTERIM FEE APPLICATIONS OF COUNSEL FOR THE COMMITTEE AND COUNSEL FOR THE DEBTOR | 0.50 | 325.00 |
| 08/10/15 | JFRH | CORRESPONDENCE WITH COMMITTEE RE MOTION TO COMPEL DOCUMENTS FROM AFFILIATES. | 0.20 | 61.00 |
| 08/10/15 | RMB | SEND EMAIL TO MARC JACOBS RESPONDING TO HIS NEW QUESTIONS REGARDING THE DEBTOR'S RESPONSE TO ZURICH INSURANCE COMPANY'S LIFT STAY MOTION. | 0.40 | 260.00 |
| 08/11/15 | RMB | REVIEW EMAIL FROM MARC JACOBS RE HIS CONSENT TO ZURICH INSURANCE COMPANY'S LIFT STAY MOTION | 0.10 | 65.00 |
| 08/11/15 | RMB | SEND COMMITTEE MEMBERS GREENBERG TRAURIG'S THIRD MONTHLY FEE STATEMENT | 0.10 | 65.00 |
| 08/12/15 | RMB | SEND COMMITTEE MEMBERS THE COMMITTEE'S MOTION TO COMPEL DISCOVERY FROM THE DEBTORS, AND LENGTHY EXHIBITS TO THAT MOTION. | 0.20 | 130.00 |
| 08/13/15 | RMB | SEND EMAIL TO COMMITTEE MEMBERS REPORTING ON TODAY'S HEARINGS IN BANKRUPTCY COURT ON LIFT STAY MOTIONS AND COMMITTEE'S MOTION TO COMPEL DISCOVERY FROM DEBTOR AND AFFILIATES (.50); SEND COMMITTEE MEMBERS MATT GENSBURG'S DRAFT PRESS RELEASE RE BAR DATE (.10) | 0.60 | 390.00 |
| 08/13/15 | RMB | SEND COMMITTEE MEMBERS DALE & GENSBURG'S THIRD MONTHLY FEE STATEMENT (.10); SEND COMMITTEE MEMBERS GREENBERG TRAURIG'S THIRD MONTHLY FEE STATEMENT (.10); | 0.20 | 130.00 |

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.   111914-000008 |
|---|---|
| CREDITORS OF YELLOW | |
| SEPTEMBER 10, 2015 | INVOICE NO.  3007181 |
| | PAGE NO.  4 |

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/14/15 | RMB | REVIEW EMAIL FROM TIM KEISER SUGGESTING THAT A URL FOR EPIQ BE ADDED TO EPIQ'S DRAFT PRESS RELEASE AND RESPOND THAT THE URL APPEARS IN THE FOURTH PARAGRAPH OF THE DRAFT RELEASE (.20); SEND EMAIL TO COMMITTEE MEMBERS CANCELING THIS AFTERNOON'S TELEPHONIC CREDITORS' COMMITTEE MEETING (.10); REVIEW EMAIL FROM MARC JACOBS SUGGESTING FURTHER REVISIONS TO MATT GENSBURG'S DRAFT PRESS RELEASE RE BAR DATE AND RESPOND AGREEING TO ONE OF MARC'S TWO PROPOSED CHANGES (.20) | 0.50 | 325.00 |
| 08/18/15 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE EXAMINER ISSUES (0.4). | 0.40 | 254.00 |
| 08/18/15 | RMB | MEET WITH MARC JACOBS TO DISCUSS STATUS OF CASE IN GENERAL, STATUS OF DISCOVERY REQUESTS TO DEBTOR AND AFFILIATES, AND STATUS OF APPOINTMENT OF EXAMINER | 1.00 | 650.00 |
| 08/20/15 | ESW | CONFERENCE WITH COMMITTEE RE APPOINTMENT OF EXAMINER (0.2). | 0.20 | 127.00 |
| 08/21/15 | RMB | SEND A COPY OF DAVID WU'S LIFT STAY MOTION TO COMMITTEE MEMBERS | 0.10 | 65.00 |
| 08/25/15 | RMB | SEND COMMITTEE MEMBERS OUR MOTION FOR AUTHORITY TO FILE TAS AGREEMENT UNDER SEAL | 0.10 | 65.00 |
| 08/25/15 | RMB | SEND MEMBERS OF CREDITORS' COMMITTEE THE COMMITTEE'S MOTION TO COMPEL THE DEBTOR TO STOP PAYING ESTATE FUNDS TO INSIDERS AND EXHIBITS TO SAME (.20); SCHEDULE THURSDAY AFTERNOON CONFERENCE CALL WITH MITCH HIRSH AND MATT GENSBURG TO DISCUSS POSSIBILITY OF RECOMMENDING MITCH FOR APPOINTMENT OF EXAMINER (.10) | 0.30 | 195.00 |
| 08/28/15 | JFRH | CORRESPONDENCE WITH CREDITORS' COMMITTEE. | 0.50 | 152.50 |
| 08/31/15 | ESW | MEETING WITH COMMITTEE RE STATUS AND RE POTENTIAL CLAIMS (0.4). | 0.40 | 254.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ......................................................................... **9.60**
**TOTAL LEGAL FEES** ........................................................................................ **$  5,830.50**

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.   111914-000008 |
|---|---|
| CREDITORS OF YELLOW | |
| SEPTEMBER 10, 2015 | INVOICE NO.  3007181 |
| | PAGE NO.  5 |

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| ESW | EDWARD S. WEIL | 2.00 | 635.00 | 1,270.00 |
| RMB | RICHARD M. BENDIX | 6.50 | 650.00 | 4,225.00 |
| JFRH | JOHN F. RHOADES | 1.10 | 305.00 | 335.50 |
| | **TOTAL** | **9.60** | | **5,830.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000008
CREDITORS' COMMITTEE MEETING
AND COMMUNICATIONS
INVOICE NO.  3007181
PAGE NO.  6


FEES.........................................................................$     5,830.50


**TOTAL AMOUNT DUE**..............................................$     **5,830.50**


DYKEMAGOSSETT PLLC

38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243


**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____


**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*


**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED          SEPTEMBER 10, 2015
CREDITORS OF YELLOW                      CLIENT-MATTER NO. 111914-000010
MR. MARC JACOBS                          INVOICE NO.  3007182
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  FEE/EMPLOYMENT APPLICATIONS**

FEES ........................................................................$      9,694.50

DISBURSEMENTS ....................................................         23.40

**TOTAL AMOUNT DUE .............................................$      9,717.90**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3007182
PAGE NO.  2

## RE: FEE/EMPLOYMENT APPLICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/05/15 | MADI | ANALYSIS OF RESULTS OF HEARING AND JUDGE DOYLE'S COMMENTS ON THE RECORD RELATED TO FUTURE FEE PETITIONS IN THIS MATTER. | 0.30 | 112.50 |
| 08/05/15 | RMB | DISCUSS WITH MARIA DIAKOUMAKIS JUDGE DOYLE'S COMMENTS ON THE FORM OF OUR FEE PETITION AND CHANGES SHE SHOULD MAKE IN SUBSEQUENT MONTHLY FEE STATEMENTS TO REFLECT THOSE COMMENTS | 0.10 | 65.00 |
| 08/07/15 | JFRH | ANALYZE ORDER ON APPLICATION FOR COMPENSATION. | 0.20 | 61.00 |
| 08/07/15 | MADI | EXAMINE JULY 2015 BILLS FOR PREPARATION OF MONTHLY FEE STATEMENT IN AUGUST. | 2.30 | 862.50 |
| 08/10/15 | MADI | EXAMINE JULY 2015 BILLS FOR PREPARATION OF MONTHLY FEE STATEMENT IN AUGUST. | 1.60 | 600.00 |
| 08/10/15 | MADI | CORRESPONDENCE WITH MR. GENSBERG RE ADDITIONAL TIME TO FILE JULY MONTHLY STATEMENTS ON ACCOUNT OF DYKEMA'S MERGER AFFECTING ACCOUNTING SYSTEM'S ABILITY TO TIMELY GENERATE JULY INVOICES. | 0.20 | 75.00 |
| 08/10/15 | RMB | REVIEW PREBILLS FOR JULY MONTHLY FEE STATEMENT | 0.70 | 455.00 |
| 08/11/15 | ESW | REVIEW OF FEE APPLICATIONS FILED TO DATE. | 0.20 | 127.00 |
| 08/11/15 | MADI | EXAMINE JULY INVOICES IN CONNECTION WITH PREPARATION OF MONTHLY FEE STATEMENT DUE AUGUST 12, 2015. | 2.30 | 862.50 |
| 08/12/15 | MADI | FINALIZE JULY INVOICES FOR FILING MONTHLY FEE STATEMENT. | 0.90 | 337.50 |
| 08/12/15 | MADI | DRAFT THIRD MONTHLY FEE APPLICATION. | 0.30 | 112.50 |
| 08/12/15 | MADI | CREATE SUMMARY OF MONTHLY FEE APPLICATIONS IN CONNECTION WITH FILING JULY STATEMENTS. | 0.60 | 225.00 |
| 08/13/15 | JFRH | ANALYZE DEBTOR'S THIRD MONTHLY FEE STATEMENT. | 0.30 | 91.50 |
| 08/17/15 | JFRH | ANALYZE ORDERS AUTHORIZING PAYMENT OF FEES AND OUTLINE MOTION REQUESTING PAYMENT OF FEES. | 1.20 | 366.00 |
| 08/17/15 | RMB | SEND EMAIL TO MATT GENSBURG REQUESTING PAYMENT OF FEES AWARDED IN ORDER APPROVING DYKEMA'S FIRST INTERIM FEE PETITION | 0.10 | 65.00 |
| 08/18/15 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE PAYMENT OF FEES AND EXPENSES; OUTLINE POTENTIAL MOTION TO COMPEL PAYMENT OF FEES. | 0.50 | 152.50 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3007182
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/18/15 | RMB | REVIEW EMAILS FROM MATT GENSBURG AND NANCY PETERMAN REPORTING THAT THEY HAVE RECEIVED PAYMENT OF THEIR ALLOWED FEES UNDER THEIR RESPECTIVE BACKSTOP AGREEMENTS (.20); SEND EMAILS TO MATT GENSBURG AND NANCY PETERMAN ASKING IF THE DEBTOR HAS PAID ANY OF THEIR ALLOWED FEES (.20) | 0.40 | 260.00 |
| 08/21/15 | ESW | DRAFT MOTION TO PROHIBIT COMMINGLING AND IMPROPER TRANSFERS TO INSIDER (1.2). | 1.20 | 762.00 |
| 08/21/15 | JFRH | DRAFT MOTION TO COMPEL PAYMENT OF COMMITTEE'S LEGAL FEES. | 0.60 | 183.00 |
| 08/21/15 | SMAL | DRAFT MOTION FOR PAYMENT OF ATTORNEYS' FEES (1.1); RESEARCH 7TH CIRCUIT CASE LAW SEEKING DECISIONS WHERE COURTS HAVE STATED THAT PAYMENT OF INTERIM FEES MUST BE PROMPT (.6). | 2.70 | 729.00 |
| 08/22/15 | ESW | DRAFT AND REVISE MOTION TO PROHIBIT COMMINGLING, INCLUDING SECTION SEEKING PROHIBITION AGAINST DEVIATING FROM THE TERMS OF DEBTOR'S CONTRACT WITH TAS. | 3.20 | 2,032.00 |
| 08/22/15 | RMB | REVISE JOHN RHOADES' DRAFT MOTION TO COMPEL PAYMENT OF FEES AND EXPENSES APPROVED IN ORDER REGARDING DYKEMA'S FIRST INTERIM FEE APPLICATION | 0.40 | 260.00 |
| 08/22/15 | RMB | REVIEW AND REVISE JOHN RHOADES FIRST DRAFT OF MOTION TO COMPEL PAYMENT OF FEES AWARDED TO DYKEMA PURSUANT TO ITS FIRST INTERIM FEE APPLICATION (.50); REVIEW AND REVISE JOHN RHOADES' LATEST DRAFT OF MOTION TO COMPEL PAYMENT OF FIRST INTERIM FEE AWARD (.30) | 0.80 | 520.00 |
| 08/23/15 | JFRH | DRAFT MOTION TO COMPEL PAYMENT OF COMMITTEE'S LEGAL FEES. | 0.60 | 183.00 |
| 08/25/15 | RMB | CALL PAT O'MALLEY AND ASK HIM TO SEND ME AN INVOICE REFLECTING HIS FEES TO DATE IN THE CASE. | 0.10 | 65.00 |
| 08/25/15 | RMB | SEND CHUCK KELLNER AT D4 AN EMAIL ASKING HIM TO SEND ME AN INVOICE FOR HIS SERVICES TO THE COMMITTEE SO THAT I CAN INCLUDE THAT INVOICE IN TOMORROW'S DISCUSSION WITH MATT GENSBURG REGARDING PAYMENT OF THE CREDITORS' COMMITTEE'S PROFESSIONALS | 0.10 | 65.00 |
| 08/27/15 | RMB | SEND MATT GENSBURG D4 CONSULTING'S INVOICE (.10). | 0.10 | 65.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................ **22.00**
**TOTAL LEGAL FEES** ............................................................................................$ **9,694.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3007182
PAGE NO.  4

---

**DISBURSEMENTS**

---

PRINTING EXPENSES                                                23.40

**TOTAL DISBURSEMENTS .................................$      23.40**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.    111914-000010

INVOICE NO.  3007182
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|-----------------------|--------|--------|-----------|
| ESW | EDWARD S. WEIL | 4.60 | 635.00 | 2,921.00 |
| RMB | RICHARD M. BENDIX | 2.80 | 650.00 | 1,820.00 |
| JFRH | JOHN F. RHOADES | 3.40 | 305.00 | 1,037.00 |
| MADI | MARIA A. DIAKOUMAKIS | 8.50 | 375.00 | 3,187.50 |
| SMAL | SUZANNE M. ALTON | 2.70 | 270.00 | 729.00 |
| | **TOTAL** | **22.00** | | **9,694.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000010
FEE/EMPLOYMENT APPLICATIONS
INVOICE NO.  3007182
PAGE NO.  6

FEES ........................................................$    9,694.50

DISBURSEMENTS ......................................    23.40

**TOTAL AMOUNT DUE** .............................$    **9,717.90**

DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

CLIENT CHECK INFORMATION
PLEASE COMPLETE:

CHECK #:_____   DATE:_____   AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

SEPTEMBER 10, 2015
CLIENT-MATTER NO. 111914-000011
INVOICE NO. 3007183

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: FEE/EMPLOYMENT OBJECTIONS**

FEES..........................................................................$    3,470.50

DISBURSEMENTS ......................................................         5.60

**TOTAL AMOUNT DUE** .............................................$    <u>3,476.10</u>

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO. 111914-000011

INVOICE NO. 3007183
PAGE NO. 2

## RE: FEE/EMPLOYMENT OBJECTIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/31/15 | ESW | REVIEW COMMITTEE'S OF OBJECTION TO DEBTOR'S FEE PETITION. | 0.20 | 127.00 |
| 08/03/15 | JFRH | ANALYZE OBJECTIONS TO JUNE FEE APPLICATION. | 0.40 | 122.00 |
| 08/03/15 | RMB | REVIEW EMAIL FROM MARC JACOBS COMMENTING ON DEBTOR'S OBJECTION TO COMMITTEE'S SECOND MONTHLY FEE STATEMENT | 0.10 | 65.00 |
| 08/04/15 | ESW | REVIEW OF RESPONSE TO OBJECTION TO FEES FOR JUNE. | 0.20 | 127.00 |
| 08/04/15 | JFRH | ANALYZE DEBTOR'S RESPONSE TO COMMITTEE'S OBJECTION TO DEBTOR'S FEES. | 0.40 | 122.00 |
| 08/04/15 | RMB | DISCUSS WITH JOHN RHOADES ASKING THAT JUDGE DOYLE CONTINUE TOMORROW'S HEARING RE OBJECTIONS TO DYKEMA TIME SPENT ON DISCOVERY DISPUTE WITH DEBTORS PENDING HER RULING ON OUR FORTHCOMING MOTION TO COMPEL DISCOVERY (.10). | 0.30 | 195.00 |
| 08/04/15 | RMB | REVIEW FIRST INTERIM FEE APPLICATIONS, AND OBJECTIONS THERETO, FILED BY DEBTOR AND BY COMMITTEE IN PREPARATION FOR TOMORROW'S HEARING ON THOSE PLEADINGS | 1.00 | 650.00 |
| 08/05/15 | JFRH | ATTEND HEARING ON (1) DYKEMA'S FIRST INTERIM FEE APPLICATION, (2) DEBTOR'S OBJECTION TO SAME, (3) FIRST INTERIM FEE APPLICATIONS OF DALE & GENSBURG AND GREENBERG TRAURIG, AND (4) COMMITTEE'S OBJECTION TO THOSE FEE APPLICATIONS. | 1.00 | 305.00 |
| 08/05/15 | JFRH | PREPARE FOR HEARING ON (1) DYKEMA'S FIRST INTERIM FEE APPLICATION, (2) DEBTOR'S OBJECTION TO SAME, (3) FIRST INTERIM FEE APPLICATIONS OF DALE & GENSBURG AND GREENBERG TRAURIG, AND (4) COMMITTEE'S OBJECTION TO THOSE FEE APPLICATIONS. | 1.50 | 457.50 |
| 08/05/15 | RMB | PREPARE FOR HEARINGS ON FIRST INTERIM FEE APPLICATIONS FILED BY DYKEMA, DALE & GENSBURG, AND GREENBERG TRAURIG AND OBJECTIONS THERETO BY REVIEWING PLEADINGS, INCLUDING DEBTOR'S REPLY TO DYKEMA'S OBJECTION TO DALE & GENSBURG'S FIRST MONTHLY FEE STATEMENT, WHICH REPLY WAS FILED LATE LAST NIGHT | 1.00 | 650.00 |

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO. 111914-000011 |
|---|---|
| CREDITORS OF YELLOW | |
| SEPTEMBER 10, 2015 | INVOICE NO. 3007183 |
| | PAGE NO. 3 |

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/05/15 | RMB | ATTEND HEARING ON (1) DYKEMA'S FIRST INTERIM FEE APPLICATION, (2) DEBTOR'S OBJECTION TO SAME, (3) FIRST INTERIM FEE APPLICATIONS OF DALE & GENSBURG AND GREENBERG TRAURIG, AND (4) COMMITTEE'S OBJECTION TO THOSE FEE APPLICATIONS | 1.00 | 650.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................... **7.10**
**TOTAL LEGAL FEES** ................................................................$ **3,470.50**

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.    111914-000011

INVOICE NO.  3007183
PAGE NO.  4

---

### DISBURSEMENTS

---

PRINTING EXPENSES                                                    **5.60**

**TOTAL DISBURSEMENTS** ................................. **$      5.60**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000011

INVOICE NO.  3007183
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|---------------------|--------|--------|----------|
| ESW | EDWARD S. WEIL | 0.40 | 635.00 | 254.00 |
| RMB | RICHARD M. BENDIX | 3.40 | 650.00 | 2,210.00 |
| JFRH | JOHN F. RHOADES | 3.30 | 305.00 | 1,006.50 |
| | **TOTAL** | **7.10** | | **3,470.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000011
FEE/EMPLOYMENT OBJECTIONS
INVOICE NO.  3007183
PAGE NO.  6


FEES.........................................................$    3,470.50

DISBURSEMENTS ........................................    5.60


**TOTAL AMOUNT DUE**.............................$    **3,476.10**


DYKEMAGOSSETT

38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243


CLIENT CHECK INFORMATION
PLEASE COMPLETE:

CHECK #:_____    DATE:_____    AMOUNT:_____


THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

FOR FIRM USE:
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

SEPTEMBER 10, 2015
CLIENT-MATTER NO. 111914-000013
INVOICE NO.  3007184

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY**

FEES..........................................................................$    1,625.00

DISBURSEMENTS .....................................................        11.00

**TOTAL AMOUNT DUE**.............................................$____1,636.00__

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO. 111914-000013 |
|---|---|
| CREDITORS OF YELLOW | |
| SEPTEMBER 10, 2015 | INVOICE NO. 3007184 |
| | PAGE NO. 2 |

## RE: MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/06/15 | RMB | REVIEW ZÜRICH INSURANCE COMPANY POLICY THAT IS THE SUBJECT OF THE DEBTOR'S MOTION TO LIFT THE AUTOMATIC STAY TO PERMIT ZÜRICH TO FILE A DECLARATORY JUDGMENT LAW SUIT RE ALLEGED LACK OF COVERAGE FOR ENGER'S CLAIM AGAINST THE DEBTOR TO DETERMINE THE MERITS OF ZÜRICH'S ALLEGATION THAT IT DOES NOT HAVE TO INDEMNIFY OR DEFEND THE DEBTOR WITH RESPECT TO THAT CLAIM (1.0); SEND EMAIL TO MATT GENSBURG ASKING WHY THE DEBTOR HAS NOT INVOKED THE PROVISION OF THE ZÜRICH INSURANCE COMPANY POLICY REQUIRING NON-BINDING MEDIATION BEFORE A PARTY CAN FILE A LAWSUIT OVER A COVERAGE DISPUTE (.10); CALL WITH MATT GENSBURG TO ASK FOR MORE DETAIL RE REASON WHY THE DEBTOR DOES NOT SIMPLY NOTIFY ZÜRICH THAT THE DEBTOR IS NOT ASSERTING A CLAIM UNDER THE ZÜRICH POLICY REGARDING THE ENGER LAWSUIT (.10) | 1.20 | 780.00 |
| 08/07/15 | RMB | CALL WITH MATT GENSBURG AND COUNSEL REPRESENTING THE DEBTOR IN THE ENGER APPEAL TO DISCUSS STRATEGY FOR RESPONDING TO ZÜRICH INSURANCE COMPANY'S MOTION TO LIFT AUTOMATIC STAY TO FILE DECLARATORY JUDGMENT THAT ITS POLICY DOES PROVIDE COVERAGE OF THE ENGER APPEAL | 0.20 | 130.00 |
| 08/13/15 | RMB | ATTEND HEARING ON MOTIONS BY ZURICH AMERICAN INSURANCE COMPANY AND PERSONAL INJURY CLAIMANT TO LIFT AUTOMATIC STAY | 0.30 | 195.00 |
| 08/20/15 | RMB | REVIEW DAVID WU'S MOTION TO LIFT THE AUTOMATIC STAY | 0.10 | 65.00 |
| 08/21/15 | RMB | REVIEW DRAFT ORDER GRANTING DAVID WU'S LIFT STAY MOTION | 0.10 | 65.00 |
| 08/25/15 | RMB | REVIEW LIFT STAY MOTION FILED BY THE UNITED STATES | 0.20 | 130.00 |
| 08/26/15 | RMB | SEND EMAIL TO MATT GENSBURG ADVISING HIM THAT THE COMMITTEE DOES NOT OBJECT TO THE WU LIFT STAY MOTION AND WILL NOT BE SENDING AN ATTORNEY TO THE HEARING. | 0.10 | 65.00 |
| 08/31/15 | RMB | REVIEW BILLY CARTER'S LIFT STAY MOTION (.10); SEND EMAIL TO MATT GENSBURG ASKING HIM TO ADVISE JUDGE DOYLE THAT THE COMMITTEE HAS NO OBJECTION TO THAT MOTION (.10); FORWARD COPY OF BILLY CARTER'S LIFT STAY MOTION TO COMMITTEE MEMBERS (10) | 0.30 | 195.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3007184
PAGE NO.  3

**TOTAL ATTORNEY & PARALEGAL TIME** ..................................................... **2.50**
**TOTAL LEGAL FEES** ................................................................ **$   1,625.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.    111914-000013

INVOICE NO.  3007184
PAGE NO.  4

---

### DISBURSEMENTS

---

PRINTING EXPENSES                                                11.00

**TOTAL DISBURSEMENTS ...................................$       11.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3007184
PAGE NO.  5

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|------:|-----:|-------:|
| RMB | RICHARD M. BENDIX | 2.50 | 650.00 | 1,625.00 |
| | **TOTAL** | **2.50** | | **1,625.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000013
MOTIONS FOR RELIEF FROM THE
AUTOMATIC STAY
INVOICE NO.  3007184
PAGE NO.  6

FEES...............................................................$     1,625.00

DISBURSEMENTS ......................................          11.00

**TOTAL AMOUNT DUE** .............................**$     1,636.00**

### DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____        DATE:_____        AMOUNT:_____

### THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

SEPTEMBER 10, 2015
CLIENT-MATTER NO. 111914-000014
INVOICE NO. 3007185

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: OTHER CONTESTED MATTERS**

FEES.........................................................................$     6,388.50

**TOTAL AMOUNT DUE** ...........................................$    **6,388.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3007185
PAGE NO.  2

## RE:  OTHER CONTESTED MATTERS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/10/15 | RMB | REVIEW DEBTOR'S SUPPLEMENT TO SCHEDULE F AND SEND THAT SUPPLEMENT TO COMMITTEE MEMBERS | 0.20 | 130.00 |
| 08/17/15 | RMB | OUTLINE TERMS FOR MOTION TO COMPEL DEBTOR TO SEGREGATE FUNDS DUE FROM TAS | 0.40 | 260.00 |
| 08/20/15 | JFRH | DRAFT OUTLINE FOR MOTION TO COMPEL DEBTOR TO CEASE COMMINGLING OF FUNDS WITH NON-DEBTOR ENTITIES. | 1.60 | 488.00 |
| 08/20/15 | JFRH | DRAFT OUTLINE FOR MOTION TO COMPEL DEBTOR TO CEASE UNAUTHORIZED PAYMENTS TO TAS. | 1.20 | 366.00 |
| 08/21/15 | JFRH | DRAFT MOTION TO STOP COMMINGLING OF DEBTOR'S FUNDS. | 1.40 | 427.00 |
| 08/21/15 | RMB | CALL WITH JOHN RHOADES AND JEREMY KLEINMAN TO DISCUSS COMMITTEE'S MOTIONS (1) TO COMPEL TAS TO SEGREGATE FUNDS OWED TO DEBTOR, (2) TO COMPEL DEBTOR TO UPDATE STATEMENT OF FINANCIAL AFFAIRS TO REFLECT TRANSACTIONS IN 2015 BEFORE PETITION DATE. | 0.20 | 130.00 |
| 08/22/15 | JFRH | DRAFT MOTION TO STOP COMMINGLING OF DEBTOR'S FUNDS WITH NON-DEBTOR ENTITIES, TO STOP UNAUTHORIZED PAYMENTS TO TAS, TO AMEND OPERATING REPORTS AND TO AMEND STATEMENT OF FINANCIAL AFFAIRS. | 4.20 | 1,281.00 |
| 08/22/15 | RMB | REVIEW AND REVISE JOHN RHOADES' DRAFT MOTION TO (1) REQUIRE SEGREGATION OF FUNDS DUE TO DEBTOR FROM TAS, (2) TO PROHIBIT DEBTOR FROM RECONCILING ACCOUNTS WITH TAS ON A MONTHLY BASIS, (3) TO IDENTIFY PAYEES IN MONTHLY OPERATING REPORTS, AND (4) TO AMEND STATEMENT OF FINANCIAL AFFAIRS TO DISCLOSE PAYMENTS TO TAS FROM JANUARY 1, 2015 THROUGH AND INCLUDING THE PETITION DATE (.50); REVIEW AND REVISE JOHN RHOADES REVISED DRAFT OF THE FOREGOING MOTION (.50); EXCHANGE EMAILS WITH JOHN RHOADES REGARDING ISSUE OF WHETHER THE CONFIDENTIALITY AGREEMENT WITH THE DEBTOR ALLOWS US TO REFER IN A MOTION TO THE TAS SERVICES AGREEMENT (.30) | 1.30 | 845.00 |
| 08/23/15 | ESW | WORK ON MOTION TO PROHIBIT COMMINGLING AND DEVIATION FROM TERMS OF TAS AGREEMENT. | 2.00 | 1,270.00 |
| 08/23/15 | JFRH | DRAFT MOTION TO STOP COMMINGLING OF DEBTOR'S FUNDS WITH NON-DEBTOR ENTITIES, TO STOP UNAUTHORIZED PAYMENTS TO TAS, TO AMEND OPERATING REPORTS AND TO AMEND STATEMENT OF FINANCIAL AFFAIRS. | 2.60 | 793.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.  111914-000014

INVOICE NO.  3007185
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/24/15 | JFRH | CORRESPONDENCE WITH COURT RE MOTION TO PROHIBIT COMMINGLING OF DEBTOR'S FUNDS. | 0.20 | 61.00 |
| 08/24/15 | MADI | REVISE MOTION TO COMPEL AT REQUEST OF COURT CLERK. | 0.60 | 225.00 |
| 08/24/15 | MADI | PREPARE PROPOSED ORDER TO MOTION TO COMPEL. | 0.30 | 112.50 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **16.20**
**TOTAL LEGAL FEES** ............................................................................... **$   6,388.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3007185
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 2.00 | 635.00 | 1,270.00 |
| RMB | RICHARD M. BENDIX | 2.10 | 650.00 | 1,365.00 |
| JFRH | JOHN F. RHOADES | 11.20 | 305.00 | 3,416.00 |
| MADI | MARIA A. DIAKOUMAKIS | 0.90 | 375.00 | 337.50 |
| | **TOTAL** | **16.20** | | **6,388.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 10, 2015

CLIENT-MATTER NO.   111914-000014
OTHER CONTESTED MATTERS
INVOICE NO.  3007185
PAGE NO.  5


FEES....................................................................$     6,388.50


**TOTAL AMOUNT DUE**..............................................$     **6,388.50**



DYKEMAGOSSETT PLLC

38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____