**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Yellow Cab Affiliation, Inc().,[1] | Case No. 15-09539 |
| Debtor. | Hon. Carol A. Doyle |

**MOTION OF YELLOW CAB AFFILIATION, INC. FOR ENTRY OF AN ORDER
AUTHORIZEING DANIEL F. DOOLEY TO FILE HIS EXAMINER'S
REPORT ON DECEMBER 7, 2015**

Yellow Cab Affiliation, Inc., Debtor, and Debtor-in-Possession (the "**Debtor**"), by and through its counsel, Matthew T. Gensburg of Dale & Gensburg, P.C. and Nancy A. Peterman of Greenberg Traurig, LLP, respectfully moves this Court for the entry of an Order granting Daniel F. Dooley, the examiner herein, leave to file his Examiner's Report on or before December 7, 2015. In support of this Motion, the Debtor states as follows:

### JURISDICTION, VENUE AND STATUTORY PREDICATES

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §1408. This matters core within the meaning of 28 U.S.C. §157(b)(2).

2. The statutory predicates for the relief sought herein are Section 1104 of Title 11 of the United States Code (the "**Bankruptcy Code**").

### BACKGROUND AND RELIEF REQUESTED

3. On September 10, 2015, this Court entered its Order Appointing Examiner [Docket No. 408]. Pursuant to Paragraph IV.A. of the Order Appointing an Examiner, the Court stated that "[t]he Examiner shall file its final report on or before the 60th day following entry of the order

1

appointing the Examiner." Pursuant to Paragraph IV.B. of the Order Appointing Examiner, the Court noted that "[t]he Court may extend the deadline for filing of the Examiner's final report at the request of the Examiner and upon a showing of good cause."

4.  Thereafter, on October 1, 2015, the Court entered an Order approving the appointment of Daniel F. Dooley as the examiner (the "**Examiner**") [Docket No. 437]. As a result of this Order, the Examiner's report was due on November 30, 2015.

5.  Both the Debtor and the Official Committee of Unsecured Creditors (the "**Committee**") have requested an opportunity to review the Examiner's Report, prior to the report being filed with the Court, for limited purpose of commenting on accuracy of the Examiner's discrete finding of fact (as opposed to conclusions and analyzes). Examiner, in consultation with the Office of the United States Trustee (the "**U.S. Trustee**"), has determined that such a review would be productive and to accommodate the same, requests an additional seven (7) days to file his Report with the Court, or until December 7, 2015.

6.  The Debtor submits that the reasons described above represent good cause for the short seven day extension herein requested. Both the U.S. Trustee and the Committee have stated that they have no objection to extension and concur with the relief requested.

## CONCLUSION

WHEREFORE, the Debtor respectfully requests this Court enter an Order as set forth in the form attached hereto (i) granting Daniel Dooley seven (7) additional days, or until December 7, 2015, in which to file the Examiner's Final Report, and (ii) granting such other relief deemed

appropriate under the circumstances.

Dated: November 30, 2015                     Respectfully Submitted,

                                             YELLOW CAB AFFILIATION, INC.


                                             By:    */s/ Matthew T. Gensburg*
                                                    One of its Attorneys

Matthew T. Gensburg (ARDC # 6187247)
DALE & GENSBURG, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Phone:  312-263-2200
Fax:  312-263-2242
mgensburg@dandgpc.com

Nancy A. Peterman (ARDC # 6208120)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois  60601
(312) 456-8400
(312) 456-8435 (fax)
petermann@gtlaw.com

*Counsel for the Debtor and Debtor-in-Possession*


P:\Clients\Yellow Cab Affiliation\Motion of Yellow Cab to Authorize Daniel Dooley to File his Examier's Report.docx