UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  15-09539 |
| Yellow Cab Affiliation, Inc., | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

# ORDER GRANTING DANIEL F. DOOLEY LEAVE UNTIL DECEMBER 7, 2015 TO FILE HIS EXAMINER'S REPORT

Upon the motion (the "Motion") filed by Yellow Cab Affiliation, Inc., debtor and debtor-in-possession (the "Debtor") for entry of an order granting Daniel F. Dooley, the examiner herein, leave to file his Examiner's Report on or before December 7, 2015; it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. §157(b); and this Court having advised that the Official Committee of Unsecured Creditors of the Debtor and the Office of the United States Trustee agree with the entry of this Order, and this Court having otherwise determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion, under the circumstances has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. For the reasons set forth on the record, the Motion is GRANTED.
2. Daniel F. Dooley, examiner herein, is granted leave to file his Examiner's Report on or before December 7, 2015.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  December 03, 2015

**Prepared by:**

Matthew T. Gensburg (ARDC # 6187247)
DALE & GENSBURG, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Phone:  312-263-2200
Fax:  312-263-2242
mgensburg@dandgpc.com

Nancy A. Peterman (ARDC # 6208120) Martin S. Kedziora (ARDC # 6300162) GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100