UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-09539 |
| Yellow Cab Affiliation, Inc., | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING THE DEBTOR TO PAY THE FEES, COSTS, AND EXPENSES INCURRED BY THE EXAMINER PURSUANT TO HIS PREVIOUSLY APPROVED BUDGET**

    Upon the motion (the "Motion") filed by Yellow Cab Affiliation, Inc., debtor and debtor-in-possession (the "Debtor") for entry of an Order authorizing the Debtor, from available estate funds, to pay the fees, costs and expenses incurred by Daniel F. Dooley, the duly appointed examiner herein, in the sum of $149,265.00, to the extent of his previously approved budget, it appearing appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. §157(b); and this Court having otherwise determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion, under the circumstances has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. For the reasons set forth on the record, the Motion is GRANTED;
2. The compensation of the Examiner and Morris Anderson of $149,265.00 is hereby allowed; and
3. The Debtor is authorized, from available estate funds, to pay the Examiner and Morris Anderson $149,265.00.

    Enter:

    */s/ Carol A. Doyle*

    Honorable Carol A. Doyle
    United States Bankruptcy Judge

Dated:  January 14, 2016

**Prepared by:**

Matthew T. Gensburg (ARDC # 6187247) DALE & GENSBURG, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Phone:  312-263-2200
Fax:  312-263-2242
mgensburg@dandgpc.com

Nancy A. Peterman (ARDC # 6208120) Martin S. Kedziora (ARDC # 6300162) GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100