# EXHIBIT B

September 2015 Monthly Invoices

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

OCTOBER 12, 2015
CLIENT-MATTER NO. 111914-000005
INVOICE NO. 3013930

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: CASE ADMINISTRATION**

FEES.........................................................................$    18,459.50

DISBURSEMENTS ......................................................      101.40

**TOTAL AMOUNT DUE ............................................$    18,560.90**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3013930
PAGE NO.  2

## RE:  CASE ADMINISTRATION

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/31/15 | JFRH | DRAFT/REVISE PROPOSED ORDER APPOINTING EXAMINER. | 0.30 | 91.50 |
| 08/31/15 | JFRH | ANALYZE PROPOSED CONFIDENTIALITY AGREEMENT FOR PRODUCTION OF DOCUMENTS FROM AFFILIATES. | 0.20 | 61.00 |
| 09/01/15 | ESW | CORRESPONDENCE WITH MR. GENSBURG RE PROTECTIVE ORDER AND COURT ON SEPTEMBER 2, 2015 (0.2); PREPARE FOR COURT (0.8); WORK ON JOINT STATEMENT RE EXAMINER (1.0). | 2.00 | 1,270.00 |
| 09/01/15 | RMB | CALL WITH MATT GENSBURG AND EXAMINER CANDIDATES, PAUL MELVILLE AND SCOTT SCHAFFER FROM GRANT THORNTON, TO DISCUSS THEIR QUALIFICATIONS (.50); CALL WITH MATT GENSBURG AND EXAMINER CANDIDATE, TOM NUGENT FROM HURON CONSULTING, TO DISCUSS HIS QUALIFICATIONS (.50); REVIEW AND RESPOND TO EMAIL FROM DAN DOOLEY, EXAMINER CANDIDATE, RE SCHEDULING MEETING WITH MATT GENSBURG ABOUT DAN'S QUALIFICATIONS TO BE THE EXAMINER (.20); REVISE DRAFT OF COMMITTEE'S ORDER GRANTING MOTION TO APPOINT EXAMINER TO REFLECT LANGUAGE SUGGESTED BY MARC JACOBS (.10) REVIEW AND REVISE MY DRAFT JOINT STATEMENT OF COMMITTEE AND DEBTOR RE DIFFERENCES IN THEIR RESPECTIVE DRAFT ORDERS GRANTING THE COMMITTEE'S MOTION TO APPOINT AN EXAMINER (.30) SEND DRAFT TO MATT GENSBURG TOGETHER WITH COMMITTEE'S DRAFT ORDER APPOINTING EXAMINER (.10); CALL WITH MATT GENSBURG TO DISCUSS REVISIONS TO MY DRAFT STATEMENT RE DIFFERENCES IN EXAMINER APPOINTMENT ORDERS (.20); REVIEW MATT GENSBURG'S REVISIONS TO JOINT STATEMENT RE DIFFERENCES IN EXAMINER APPOINTMENT ORDERS AND SEND MATT SEVERAL EMAILS SUGGESTING REVISIONS (.70); CALL WITH MATT GENSBURG AND STEVE WOLFE FROM U.S. TRUSTEE'S OFFICE TO DISCUSS (1) SUBMISSION OF SEPARATE EXAMINER APPOINTMENT ORDERS TO JUDGE DOYLE TOGETHER WITH JOINT STATEMENT DESCRIBING DIFFERENCES BETWEEN THE TWO ORDERS, AND (2) MEETING TOMORROW BEFORE 11:15 A.M. HEARING TO TRY TO NARROW DIFFERENCES IN THE TWO ORDERS (.30); ANALYSIS RE FILING COMMITTEE'S EXAMINER APPOINTMENT ORDER WITHOUT JOINT STATEMENT DESCRIBING DIFFERENCES BETWEEN COMMITTEE'S ORDER AND DEBTOR'S ORDER BASED ON MATT GENSBURG'S DELAY IN SENDING US HIS DRAFT EXAMINER APPOINTMENT ORDER (.10) | 3.00 | 1,950.00 |
| 09/01/15 | RMB | CALL WITH KEN MALEK RE STATUS OF APPOINTMENT OF EXAMINER | 0.10 | 65.00 |

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW | CLIENT-MATTER NO. 111914-000005 |
|---|---|
| OCTOBER 12, 2015 | INVOICE NO. 3013930 |
| | PAGE NO. 3 |

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/02/15 | ESW | ATTEND COURT HEARING ON MOTIONS (1) FOR ENTRY OF PROTECTIVE ORDER, (2) TO COMPEL PAYMENT OF INTERIM FEES AWARDED TO DYKEMA, (3) TO COMPEL DISCOVERY FROM AFFILIATES, AND (4) TO FILE TAS AGREEMENT UNDER SEAL (1.7). | 1.70 | 1,079.50 |
| 09/02/15 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE ORDER APPOINTING EXAMINER. | 0.20 | 61.00 |
| 09/02/15 | JFRH | DRAFT/REVISE ORDER APPOINTING EXAMINER. | 0.30 | 91.50 |
| 09/02/15 | RMB | PREPARE FOR THIS MORNING'S HEARING ON MOTIONS (1) TO COMPEL PAYMENT OF INTERIM FEES AWARDED TO DYKEMA, (2) TO FILE TAS AGREEMENT UNDER SEAL, AND (3) DIRECT U.S. TRUSTEE TO APPOINT AN EXAMINER (.20); REVIEW DEBTOR'S PROPOSED ORDER RE APPOINTMENT OF EXAMINER, COMPARE IT TO COMMITTEE'S PROPOSED ORDER, AND REVIEW DEBTOR'S "JOINT STATEMENT OF DIFFERENCES" TO DETERMINE ACCURACY AND MAKE NOTES FOR ARGUMENTS TO SUPPORT COMMITTEE'S POSITION ON AREAS OF DISAGREEMENT (.70); REVIEW DEBTOR'S RESPONSE TO COMMITTEE'S MOTION TO COMPEL PAYMENT OF ORDER GRANTING DYKEMA'S FIRST INTERIM FEE PETITION (.40); ATTEND MEETING WITH MATT GENSBURG AND STEVE WOLFE (AND, FOR PART OF THE TIME, ED WEIL AND NANCY PETERMAN) TO ATTEMPT TO REACH AGREEMENT ON TERMS OF AN ORDER GRANTING THE COMMITTEE'S MOTION FOR APPOINTMENT OF AN EXAMINER (1.50); ATTEND HEARING ON MOTIONS (1) FOR ENTRY OF PROTECTIVE ORDER, (2) TO COMPEL PAYMENT OF INTERIM FEES AWARDED TO DYKEMA, (3) TO COMPEL DISCOVERY FROM AFFILIATES, AND (4) TO FILE TAS AGREEMENT UNDER SEAL (1.7); REVIEW NOTES ON REVISIONS TO PROPOSED EXAMINER ORDERS IN PREPARATION FOR RECEIPT OF REVISED ORDER FROM MATT GENSBURG (.30) | 4.80 | 3,120.00 |
| 09/02/15 | RMB | SEND DAN DOOLEY, EXAMINER CANDIDATE, PLEADING GIVING HIM BACKGROUND INFORMATION ON THE YCA CASE AND THE DISPUTES THAT LED TO ENTRY OF ORDER DIRECTING U.S. TRUSTEE TO APPOINT AN EXAMINER (.20); REVIEW MATT GENSBURG'S DRAFT ORDER APPOINTING AN EXAMINER, AS REVISED TO REFLECT AGREEMENTS REACHED IN COURT TODAY (.20) | 0.40 | 260.00 |
| 09/03/15 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE ORDER DIRECTING APPOINTMENT OF EXAMINER. | 0.20 | 61.00 |
| 09/03/15 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE APPOINTMENT OF EXAMINER. | 0.20 | 61.00 |
| 09/08/15 | ESW | REVIEW OF DRAFT ORDER APPOINTING EXAMINER, AND DRAFT EDITS TO SAME. | 0.50 | 317.50 |

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO. 111914-000005 |
|---|---|
| CREDITORS OF YELLOW | |
| OCTOBER 12, 2015 | INVOICE NO. 3013930 |
| | PAGE NO. 4 |

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/08/15 | JFRH | ANALYZE/REVISE DRAFT ORDER APPOINTING EXAMINER. | 1.30 | 396.50 |
| 09/08/15 | JFRH | CORRESPONDENCE WITH D4 RE FEE APPLICATION. | 0.20 | 61.00 |
| 09/08/15 | RMB | CALL WITH SCOTT ALSTERDA REGARDING HIS INTEREST IN BEING APPOINTED EXAMINER (.30); CONFERENCE CALL WITH MATT GENSBURG AND DAN DOOLEY FROM MORRIS ANDERSON REGARDING DAN'S INTEREST IN BEING APPOINTED EXAMINER (.50); REVIEW NANCY PETERMAN'S LATEST DRAFT OF ORDER APPOINTING EXAMINER AND COMPARE SAME TO THE COMMITTEE'S FORM OF ORDER AND MY NOTES ON JUDGE DOYLE'S SUGGESTIONS FOR CONTENTS OF ORDER (.50) | 1.30 | 845.00 |
| 09/09/15 | ESW | TELEPHONE CONFERENCE WITH PROSPECTIVE EXAMINER. | 0.50 | 317.50 |
| 09/09/15 | RMB | CORRESPONDENCE WITH DAN DOOLEY RE EXAMINER ISSUES (.20); CALL WITH MATT GENSBURG RE SCHEDULING TIME FOR CALL TO ATTEMPT TO REACH AGREEMENT ON EXAMINER CANDIDATES (.10); DEVELOP RECOMMENDATIONS TO THE U.S. TRUSTEE FOR THE EXAMINER (.20); CORRESPONDENCE WITH KEN MALEK RE THE PROPOSED ORDER GRANTING THE COMMITTEE'S MOTION FOR APPOINTMENT OF AN EXAMINER AND RATES (.20). | 0.60 | 390.00 |
| 09/09/15 | RMB | ANALYSIS OF THE COMMITTEE'S RECOMMENDATIONS FOR EXAMINER (.70). | 0.70 | 455.00 |
| 09/09/15 | RMB | CALL WITH DAN DOOLEY RE DAN'S POSSIBLE ROLE AS EXAMINER; (.30); CALL WITH MATT GENSBURG AND STEVE WOLFE TO DISCUSS PROCEDURE FOR SUBMITTING NAMES OF PROPOSED EXAMINER'S AND THEIR QUALIFICATIONS (.30); CORRESPONDENCE WITH MITCHELL HIRSH (1) REQUESTING INFORMATION ON HIS QUALIFICATIONS TO SEND TO THE COMMITTEE MEMBERS, AND (2) TRANSMITTING PROPOSED ORDER GRANTING MOTION TO APPOINT EXAMINER (.20) | 0.80 | 520.00 |
| 09/10/15 | RMB | REVIEW LETTER FROM PAT O'MALLEY TO MATT GENSBURG DESCRIBING APPARENT ERRORS AND DISCREPANCIES IN THE DEBTOR JULY, 2015 MOR AND ASKING FOR EXPLANATIONS OF THOSE APPARENT ERRORS AND DEFICIENCIES | 0.20 | 130.00 |
| 09/10/15 | RMB | SEND EMAIL TO PAUL MELVILLE AT GRANT THORNTON ASKING FOR MATERIALS DESCRIBING HIS FIRM'S CAPABILITIES TO SEND TO THE COMMITTEE MEMBERS | 0.10 | 65.00 |
| 09/10/15 | RMB | RESPOND TO MATT GENSBURG'S EMAIL ASKING IF MY REQUEST FOR INFORMATION FROM ATTORNEY AT QUARLES & BRADY RELATED TO THE ENGER CLASS ACTION (.10); REVIEW EMAIL FROM THAT ATTORNEY, MICHAEL STIEGER, REPORTING ON ZURICH INSURANCE COMPANY'S COUNSEL'S FAILURE TO RESPOND TO SETTLEMENT SUGGESTION (.10) | 0.20 | 130.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3013930
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 09/10/15 | RMB | CORRESPONDENCE WITH PAUL MELVILLE AT GRANT THORNTON ASKING FOR MATERIALS DESCRIBING HIS FIRM'S CAPABILITIES TO SEND TO THE COMMITTEE MEMBERS | 0.20 | 130.00 |
| 09/11/15 | RMB | CALL WITH MATT GENSBURG TO DISCUSS EXAMINER CANDIDATES | 0.30 | 195.00 |
| 09/14/15 | ESW | REVIEW OF AND CONSIDERATION OF EXAMINER CREDENTIALS FOR RECOMMENDATION TO UST. | 0.50 | 317.50 |
| 09/14/15 | JFRH | CORRESPONDENCE WITH DSI RE DEFICIENCIES IN THE JULY 2015 OPERATING REPORT. | 0.80 | 244.00 |
| 09/14/15 | RMB | REVIEW EXAMINER MATERIALS SUPPLIED BY MALEKREMIAN, MCGLADREY, MORRISANDERSON AND GRANT THORNTON | 1.00 | 650.00 |
| 09/15/15 | ESW | ATTENTION TO REVIEW OF CREDENTIALS OF PROSPECTIVE EXAMINERS TO PROVIDE RECOMMENDATIONS TO US TRUSTEE. | 2.50 | 1,587.50 |
| 09/15/15 | JFRH | CORRESPONDENCE WITH DSI RE MONTHLY OPERATING REPORTS. | 0.80 | 244.00 |
| 09/15/15 | RMB | CALL WITH KEN MALEK TO ASK THAT HIS FIRM REDUCE ITS HOURLY RATE (.20); CALL WITH MATT GENSBURG RE FIRMS THAT COMMITTEE WILL RECOMMEND TO THE U.S. TRUSTEE AS EXAMINER CANDIDATES (.20); CALL WITH KATIE GLEASON TO REPORT ON STATUS OF COMMITTEE'S DISCUSSIONS WITH DEBTOR REGARDING RECOMMENDATIONS FOR EXAMINER (.10); CALL WITH MATT GENSBURG TO DISCUSS SUBMISSION OF JOINT LETTER FROM DEBTOR AND COMMITTEE TO U.S. TRUSTEE TRANSMITTING RECOMMENDATIONS OF CANDIDATES FOR EXAMINER (.20); PREPARE DRAFT OF FOREGOING JOINT LETTER AND SEND SAME TO MATT GENSBURG FOR HIS REVIEW AND COMMENT (.50); REVIEW MATT GENSBURG'S REVISIONS TO MY DRAFT JOINT LETTER; (.10); CALL WITH DAN DOOLEY TO DISCUSS MY REQUEST THAT HIS FIRM REDUCE ITS BLENDED HOURLY RATE FOR SERVICES IF HE IS APPOINTED EXAMINER (.20) | 1.50 | 975.00 |
| 09/15/15 | RMB | REVIEW PROPOSED REVISIONS TO PAT O'MALLEY'S DRAFT LETTER TO MATT GENSBURG NOTING DISCREPANCIES IN JULY MONTHLY OPERATING REPORT AND REQUESTING EXPLANATIONS OF THOSE DISCREPANCIES | 0.10 | 65.00 |
| 09/16/15 | ESW | REVIEW OF CREDENTIALS FOR PROSPECTIVE EXAMINERS AND CONFER RE SAME. | 1.20 | 762.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3013930
PAGE NO.  6

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/16/15 | RMB | REVISE DRAFT JOINT LETTER TO KATIE GLEASON REGARDING RECOMMENDATIONS OF DEBTOR AND COMMITTEE FOR EXAMINER TO REFLECT MATT GENSBURG'S REVISIONS (.20); MAKE FURTHER REVISIONS TO REFLECT COMMENTS FROM ED WEIL (.20); SEND REVISED LETTER TO MATT GENSBURG FOR HIS APPROVAL (.10); PREPARE JOINT LETTER RE EXAMINER RECOMMENDATIONS AND SEND SAME TO MATT GENSBURG FOR HIS SIGNATURE (.10); SEVERAL CALLS WITH MATT GENSBURG RE HIS REFUSAL TO SIGN JOINT LETTER RECOMMENDING FIRMS FOR APPOINTMENT OF EXAMINER IF THAT LETTER IS ON DYKEMA LETTER HEAD (.20); SEND KATIE GLEASON JOINT LETTER (ON NON-LETTER HEAD PAPER) FROM MATT GENSBURG AND MYSELF GIVING RECOMMENDATIONS OF FIRMS TO SERVE AS EXAMINER, TOGETHER WITH MATERIALS PREPARED BY EACH OF THE RECOMMENDED FIRMS (.20) | 0.90 | 585.00 |
| 09/17/15 | RMB | REVIEW COMMITTEE MEMBER'S MEMO REFLECTING THOUGHTS ON SUBSTANTIVE CONSOLIDATION | 0.10 | 65.00 |
| 09/22/15 | RMB | CALL WITH KATIE GLEASON REGARDING KEN MALEK HAVING PROVIDED INFORMATION TO COMMITTEE COUNSEL REGARDING POSSIBLE BUYER FOR YCA | 0.10 | 65.00 |
| 09/23/15 | ESW | CORRESPONDENCE RE ARRANGING INITIAL MEETING WITH EXAMINER. | 0.30 | 190.50 |
| 09/23/15 | RMB | CORRESPONDENCE FROM US TRUSTEE'S OFFICE REPORTING THAT THE US TRUSTEE HAS SELECTED DAN DOOLEY TO BE THE EXAMINER (.10). | 0.10 | 65.00 |
| 09/25/15 | RMB | REVIEW AND RESPOND TO EMAIL FROM DAN DOOLEY ASKING PARTIES TO MEET WITH HIM ON OCTOBER 1 (.20). | 0.20 | 130.00 |
| 09/26/15 | RMB | EXCHANGE EMAILS WITH DAN DOOLEY, EXAMINER RE MEETING NEXT FRIDAY | 0.20 | 130.00 |
| 09/28/15 | RMB | SEND UPDATE FOR FRIDAY'S MEETING WITH EXAMINER TO COMMITTEE MEMBERS, DSI, COUNSEL FOR MARC JACOBS AND COUNSEL FOR BOB CLIFFORD (.20); CORRESPONDENCE WITH DAN DOOLEY FINALIZING MEETING TIME (0.2). | 0.40 | 260.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ................................................................. **31.00**
**TOTAL LEGAL FEES** ........................................................................................... **$  18,459.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.    111914-000005

INVOICE NO.  3013930
PAGE NO.  7

| DISBURSEMENTS | |
| --- | --- |
| PRINTING EXPENSES | 92.60 |
| CONFERENCE CALLS | 8.80 |
| **TOTAL DISBURSEMENTS** ....................................$ | **101.40** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3013930
PAGE NO.  8

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| ESW | EDWARD S. WEIL | 9.20 | 635.00 | 5,842.00 |
| RMB | RICHARD M. BENDIX | 17.30 | 650.00 | 11,245.00 |
| JFRH | JOHN F. RHOADES | 4.50 | 305.00 | 1,372.50 |
| **TOTAL** | | **31.00** | | **18,459.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000005
CASE ADMINISTRATION
INVOICE NO.  3013930
PAGE NO.  9

FEES..........................................................................$     18,459.50

DISBURSEMENTS .....................................................     101.40

**TOTAL AMOUNT DUE** ...........................................$     **18,560.90**

DYKEMA GOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

DUE UPON RECEIPT

OCTOBER 12, 2015
CLIENT-MATTER NO. 111914-000006
INVOICE NO.  3013931

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CLAIMS ADMINISTRATION AND OBJECTIONS**

FEES.........................................................................$      650.00

**TOTAL AMOUNT DUE**..............................................$      650.00

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.   111914-000006 |
|---|---|
| CREDITORS OF YELLOW | |
| OCTOBER 12, 2015 | INVOICE NO.  3013931 |
| | PAGE NO.  2 |

## RE:  CLAIMS ADMINISTRATION AND OBJECTIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/15/15 | RMB | REVIEW AND REVISE MOCK UP OF NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM TO BE PUBLISHED IN THE CHICAGO TRIBUNE AND SEND EMAIL TO DEBTOR'S COUNSEL DESCRIBING PROPOSED REVISIONS (.30); CALL WITH MATT GENSBURG TO DISCUSS AN ADDITIONAL REVISION TO THE FOREGOING NOTICE (.10); REVIEW REVISED DRAFT NOTICE OF BAR DATE SENT BY ANNE KIM AND ADVISE HER THAT IT DOES NOT REFLECT THE REVISIONS THAT MATT AND I AGREED UPON (.20) | 0.60 | 390.00 |
| 09/16/15 | RMB | REVIEW ONCE AGAIN THE NOTICE OF BAR DATE AFTER A CALL WITH ANNE KIM ABOUT THE TEXT OF THE NOTICE (.10); SEND EMAIL TO ANN KIM APPROVING HER FORM OF NOTICE (.10); | 0.20 | 130.00 |
| 09/22/15 | RMB | CALL WITH MATT GENSBURG RE (1) OBTAINING PROOF OF PUBLICATION IN CHICAGO TRIBUNE OF BAR DATE NOTICE, AND (2) HAVING EPIQ ISSUE ANOTHER PRESS RELEASE CONTAINING THE LANGUAGE THAT I REQUESTED BUT WHICH WAS NOT INCLUDED (.10); SEND MATT GENSBURG A COPY OF THE PRESS RELEASE CONTAINING MY REVISIONS THAT HE DID NOT INCORPORATE IN THE RELEASE PUBLISHED BY EPIQ | 0.10 | 65.00 |
| 09/30/15 | RMB | CORRESPONDENCE WITH ANN KIM RE REPORT FROM EPIQ ON DISTRIBUTION OF BAR DATE PRESS RELEASE TO MEDIA OUTLETS | 0.10 | 65.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................................... **1.00**
**TOTAL LEGAL FEES**.............................................................................$ **650.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000006

INVOICE NO.  3013931
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|-----------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 1.00 | 650.00 | 650.00 |
| | **TOTAL** | **1.00** | | **650.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000006
CLAIMS ADMINISTRATION AND
OBJECTIONS
INVOICE NO.  3013931
PAGE NO.  4


FEES.......................................................................$        650.00


**TOTAL AMOUNT DUE**.............................................$        **650.00**

**DYKEMAGOSSETT** PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

REMITTANCE

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

OCTOBER 12, 2015
CLIENT-MATTER NO. 111914-000007
INVOICE NO. 3014256

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: CREDITORS' COMMITTEE INVESTIGATIONS**

FEES..........................................................................$ 61,655.00

DISBURSEMENTS .......................................................... 1,065.35

**TOTAL AMOUNT DUE ...............................................$ 62,720.35**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3014256
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE INVESTIGATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/18/15 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE DOCUMENT PRODUCTION (0.3); DRAFT MEET AND CONFER LETTER IDENTIFYING UNRESOLVED ISSUES (1.1). | 1.40 | 427.00 |
| 08/31/15 | JFRH | ANALYZE DOCUMENTS RE MEDALLIONS PRICES, LAWSUITS INVOLVING DEBTOR'S AFFILIATES, AND FINANCIAL INFORMATION RE TAXICAB INDUSTRY/MARKETS. | 0.60 | 183.00 |
| 08/31/15 | JFRH | ANALYZE TAS GENERAL LEDGER ENTRIES FOR 2011-14, YCA GENERAL LEDGER 2011-14, PAID DUES FROM YCA'S MEMBERS RECORDED THROUGH THE CASHIERING APPLICATION FOR 2011-14, AND SPREADSHEET OF YCA DUES 2011-14 (4.1); CORRESPONDENCE WITH DSI RE SAME (0.5). | 4.60 | 1,403.00 |
| 09/01/15 | JFRH | CORRESPONDENCE WITH FINANCIAL CONSULTANTS RE YCA'S SUPPLEMENTAL PRODUCTION. | 1.20 | 366.00 |
| 09/01/15 | JFRH | ANALYZE DOCUMENTS PRODUCED PURSUANT TO THIRD PARTY SUBPOENA BY FIRST CHICAGO INSURANCE COMPANY. | 1.40 | 427.00 |
| 09/01/15 | JFRH | CORRESPONDENCE WITH AFFILIATES RE DOCUMENT PRODUCTION. | 0.20 | 61.00 |
| 09/01/15 | JFRH | ANALYZE DOCUMENTS PRODUCED BY DEBTOR'S AFFILIATES. | 2.30 | 701.50 |
| 09/01/15 | RMB | CALL WITH PAT O'MALLEY RE HIS PRELIMINARY ANALYSIS OF DEBTOR'S GENERAL LEDGER | 0.10 | 65.00 |
| 09/02/15 | JFRH | PREPARE FOR HEARING RE MOTIONS TO COMPEL AND MOTION TO APPOINT EXAMINER (1.5); ATTEND HEARINGS RE SAME (1.7). | 3.20 | 976.00 |
| 09/02/15 | JFRH | ANALYZE SUBPOENA RESPONSES FROM BLUE DIAMOND TAXI ASSOCIATION, INC.; METRO CABS 1, LLC; AND AMERICAN UNITED TAXI AFFILIATION, INC. | 0.50 | 152.50 |
| 09/02/15 | JFRH | ANALYZE ISSUES RE SUBSTANTIVE CONSOLIDATION. | 0.80 | 244.00 |
| 09/02/15 | MVK1 | LOAD PRODUCTION DOCUMENTS INTO RELATIVITY WORKSPACE; VERIFY ACCURACY OF DATABASE. | 0.70 | 140.00 |
| 09/03/15 | ESW | REVIEW OF DOCUMENTS PRODUCED BY DEBTOR. | 1.80 | 1,143.00 |
| 09/03/15 | JFRH | DRAFT AMENDMENT TO MOTION TO PROHIBIT COMMINGLING OF DEBTOR'S FUNDS. | 0.20 | 61.00 |
| 09/03/15 | JFRH | DRAFT CORRESPONDENCE TO COUNSEL FOR DEBTOR'S AFFILIATES RE FAILURE TO PRODUCE DOCUMENTS. | 3.80 | 1,159.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3014256
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/03/15 | JFRH | ANALYZE TAS AND TRANSIT GENERAL DOCUMENTS (.6); ANALYZE TAS AND YCA SPREADSHEETS/LEDGERS (.5); CORRESPONDENCE WITH DSI RE SAME (.7). | 1.80 | 549.00 |
| 09/04/15 | JFRH | CORRESPONDENCE WITH COUNSEL FOR DEBTOR'S AFFILIATES RE DOCUMENT PRODUCTION. | 1.70 | 518.50 |
| 09/08/15 | ESW | REVIEW OF DEBTOR-PRODUCED DOCUMENTS. | 0.70 | 444.50 |
| 09/08/15 | JFRH | PREPARE FOR HEARING ON MOTIONS TO COMPEL AND MOTION RE COMMINGLING OF DEBTOR'S FUNDS/UNAUTHORIZED PAYMENTS TO AN INSIDER. | 0.30 | 91.50 |
| 09/08/15 | JFRH | ANALYZE SUPPLEMENTAL PRODUCTION OF DOCUMENTS FROM THE DEBTOR. | 3.80 | 1,159.00 |
| 09/08/15 | MVK1 | LOAD PRODUCTION DOCUMENTS AND VERIFY ACCURACY OF WORKSPACE. | 0.60 | 120.00 |
| 09/09/15 | ESW | REVIEW OF DISCOVERY DOCUMENTS PRODUCED SEPTEMBER 4, 2015 FROM DEBTOR (1.5); TELEPHONE CONFERENCE WITH MR. O'MALLEY OF DSI RE SAME (0.3); OUTLINE MEMORANDUM SUMMARIZING DISCOVERY FINDINGS IN CONNECTION WITH POSSIBLE ADVERSARY ACTIONS AGAINST DEBTOR AND AFFILIATES, AND CORRESPONDENCE RE SAME TO COMMITTEE (0.5). | 2.30 | 1,460.50 |
| 09/09/15 | JFRH | ANALYZE DOCUMENTS PRODUCED BY DEBTOR'S AFFILIATES. | 2.60 | 793.00 |
| 09/09/15 | JFRH | ANALYZE DOCUMENTS PRODUCED BY FIRST CHICAGO INSURANCE COMPANY. | 0.20 | 61.00 |
| 09/09/15 | JFRH | CORRESPONDENCE WITH TRADE ORGANIZATION'S COUNSEL RE RESPONSE TO SUBPOENA. | 0.40 | 122.00 |
| 09/09/15 | JFRH | ANALYZE DEBTOR'S RESPONSE TO THE MOTION TO COMPEL PRODUCTION OF DOCUMENTS. | 0.90 | 274.50 |
| 09/09/15 | JFRH | DOWNLOAD PRODUCTION DOCUMENTS (TAS) AND PROCESS AND LOAD THIRD PARTY PRODUCTION DOCUMENTS PRODUCED BY FIRST CHICAGO INTO THE WORKSPACE AND VERIFY ACCURACY OF SAME. | 0.80 | 244.00 |
| 09/09/15 | MVK1 | BEGIN TO DOWNLOAD ADDITIONAL PRODUCTION DOCUMENTS (TAS); EMAILS WITH MS. KAIN REGARDING SAME; PROCESS AND LOAD THIRD PARTY PRODUCTION DOCUMENTS PRODUCED BY FIRST CHICAGO INTO THE WORKSPACE AND VERIFY ACCURACY OF SAME. | 0.80 | 160.00 |
| 09/10/15 | ESW | REVIEW OF DEBTOR'S AND TAS'S FINANCIAL DOCUMENTS (1.5); MEETING WITH DSI RE SAME (1.0). | 2.50 | 1,587.50 |
| 09/10/15 | JFRH | PREPARATION FOR AND MEETING WITH DSI RE FINANCIAL DOCUMENTS, ACCOUNTING, AND GENERAL LEDGER ENTRIES. | 2.80 | 854.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3014256
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 09/10/15 | JFRH | ANALYZE DOCUMENTS PRODUCED BY DEBTOR AND AFFILIATES. | 1.50 | 457.50 |
| 09/10/15 | MHAY1 | PREPARATION AND IMPORT OF LATEST DOCUMENT PRODUCTION INTO DOCUMENT REVIEW PLATFORM AND EXAMINE SAME FOR ACCURACY. | 0.60 | 120.00 |
| 09/10/15 | MVK1 | BEGIN TO LOAD ADDITIONAL PRODUCTION DOCUMENTS (TAS); UPDATE DTSEARCH INDEX. | 1.00 | 200.00 |
| 09/11/15 | ESW | DOCUMENT REVIEW – FINANCIAL DOCUMENTS PRODUCED BY DEBTOR (1.2); BEGIN PREPARATION OF OUTLINE OF CAUSES OF ACTION – SUBSTANTIVE CONSOLIDATION; UFTA FRAUDULENT CONVEYANCE RECOVERY; AND VEIL-PIERCING (1.0) | 2.20 | 1,397.00 |
| 09/11/15 | JFRH | OUTLINE RESPONSES TO DEBTOR'S AND AFFILIATES' OBJECTIONS TO MOTIONS TO COMPEL. | 0.60 | 183.00 |
| 09/11/15 | JFRH | ANALYZE DOCUMENTS PRODUCED BY DEBTOR AND AFFILIATES. | 1.20 | 366.00 |
| 09/11/15 | KC | REVIEW DOCUMENTS PRODUCED BY DEBTOR. | 2.00 | 550.00 |
| 09/14/15 | ESW | RESEARCH GROUNDS FOR SUBSTANTIVE CONSOLIDATION IN LIGHT OF DOCUMENTS PRODUCED REFLECTING MONEYS HELD AT TAS AND OTHER FACTORS. | 0.30 | 190.50 |
| 09/14/15 | JFRH | ANALYZE TRANSCRIPT OF SEPTEMBER 2, 2015 HEARING. | 0.40 | 122.00 |
| 09/14/15 | JFRH | ANALYZE INFORMATION NEEDED FROM THIRD-PARTIES (.2); PREPARE SUBPOENAS FOR DOCUMENTS (.4). | 0.60 | 183.00 |
| 09/14/15 | JFRH | ANALYZE DEBTOR'S DOCUMENT PRODUCTION. | 2.20 | 671.00 |
| 09/14/15 | KC | PREPARATION OF INVENTORY OF BANK STATEMENTS, ACCOUNTS PAYABLE AND RECEIVABLE, AND SERVICE CONTRACTS. | 1.10 | 302.50 |
| 09/14/15 | KC | REVIEW AND ANALYSIS OF DEBTOR'S ACCOUNTS PAYABLE, ACCOUNTS RECEIVABLE, SERVICE CONTRACTS, AND OTHER DOCUMENT PRODUCTION. | 3.80 | 1,045.00 |
| 09/14/15 | KC | EXAMINATION OF DEBTOR'S BANK STATEMENTS AND GENERAL LEDGERS. | 2.70 | 742.50 |
| 09/14/15 | SMAL | DRAFT UPDATED SUBPOENA RIDERS FOR LEVINE, CORRIGAN, AND TESSLER (.7); DRAFT SUBPOENA RIDERS TO MCCLURE AND ASSOCIATES AND AMERICAN RESOURCES INSURANCE AGENCY (.4); DRAFT NOTICE OF SUBPOENAS RE SAME (.4). | 1.50 | 405.00 |
| 09/15/15 | ESW | REVIEW OF DOCUMENTS PRODUCED DEPICTING TAS AND DEBTOR GENERAL LEDGERS FOR 2014. | 0.50 | 317.50 |

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO. 111914-000007 |
|---|---|
| CREDITORS OF YELLOW | |
| OCTOBER 12, 2015 | INVOICE NO. 3014256 |
| | PAGE NO. 5 |

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/15/15 | JFRH | ANALYZE DOCUMENT PRODUCTION OF DEBTOR AND AFFILIATES. | 1.60 | 488.00 |
| 09/15/15 | KC | EXAMINATION AND PREPARATION OF INVENTORY OF DISCOVERY FROM YELLOW CAB AFFILIATES. | 2.80 | 770.00 |
| 09/16/15 | JFRH | ANALYZE DEBTOR'S RESPONSE TO MOTION RE COMMINGLING OF DEBTOR'S FUNDS AND UNAUTHORIZED RECONCILIATIONS. | 2.20 | 671.00 |
| 09/16/15 | JFRH | ANALYZE DOCUMENTS RELATED TO DEBTOR'S COMMINGLING OF FUNDS AND UNAUTHORIZED "TRUE UP" PAYMENTS. | 0.60 | 183.00 |
| 09/16/15 | JFRH | ANALYZE DOCUMENT PRODUCTION FROM DEBTOR AND AFFILIATES. | 1.60 | 488.00 |
| 09/16/15 | KC | EXAMINATION AND PREPARATION OF INVENTORY FOR YELLOW CAB DISCOVERY. | 3.60 | 990.00 |
| 09/17/15 | JFRH | ANALYZE CONTRACTS TO WHICH THE DEBTOR IS A PARTY. | 0.80 | 244.00 |
| 09/17/15 | KC | REVIEW AND ANALYSIS OF DEBTOR'S TRANSACTIONS, CORRESPONDENCE, GENERAL LEDGERS, AND SERVICE CONTRACTS. | 3.20 | 880.00 |
| 09/17/15 | KC | PREPARATION OF INVENTORY OF DEBTOR'S EXPENSE REPORTS, CONTRACTS, EMPLOYEE RECORDS AND CORRESPONDENCE. | 1.80 | 495.00 |
| 09/17/15 | KC | EXAMINATION OF DEBTOR'S EMPLOYEE RECORDS AND EXPENSE REPORTS. | 1.80 | 495.00 |
| 09/18/15 | JFRH | ANALYZE DEBTOR'S AND AFFILIATES' RESPONSES TO MOTIONS TO COMPEL. | 1.60 | 488.00 |
| 09/18/15 | JFRH | ANALYZE DEBTOR'S DOCUMENT PRODUCTION. | 0.80 | 244.00 |
| 09/18/15 | JFRH | OUTLINE ARGUMENT FOR REPLIES IN SUPPORT OF MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS. | 0.60 | 183.00 |
| 09/18/15 | KC | EXAMINATION AND PREPARATION OF DISCOVERY RE: YELLOW CAB AFFILIATES. | 3.40 | 935.00 |
| 09/18/15 | MVK1 | DOWNLOAD YELLOW CAB PRODUCTION DOCUMENTS FROM EPIQ FTP. | 0.40 | 80.00 |
| 09/21/15 | DAST | ANALYSIS OF DEBTOR'S RESPONSE TO MOTION TO COMPEL (1.1); PREPARATION OF COMMENTS ON SAME (.6). | 1.70 | 739.50 |
| 09/21/15 | ESW | DRAFT REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL DISCOVERY FROM DEBTOR. | 0.80 | 508.00 |
| 09/21/15 | ESW | REVIEW OF DEBTOR'S RESPONSE (AND AUTHORITIES AND DOCUMENTS CITED THEREIN) TO COMMINGLING AND RECONCILIATION MOTION (1.5); BEGIN DRAFTING OF REPLY (2.0). | 3.50 | 2,222.50 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3014256
PAGE NO.  6

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 09/21/15 | JFRH | ANALYZE DEBTOR'S RESPONSE TO COMMITTEE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS. | 0.40 | 122.00 |
| 09/21/15 | JFRH | ANALYZE DEBTOR'S AND AFFILIATES' DOCUMENT PRODUCTION; CORRESPONDENCE WITH DSI RE GENERAL LEDGER ENTRIES. | 1.80 | 549.00 |
| 09/21/15 | JFRH | DRAFT REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL DOCUMENTS FROM DEBTOR. | 3.20 | 976.00 |
| 09/21/15 | KC | EXAMINATION OF DISCOVERY RE: YELLOW CAB AFFILIATES AND PREPARATION OF INVENTORY OF SAME. | 2.90 | 797.50 |
| 09/21/15 | MVK1 | EXTRACT, MANIPULATE LOAD FILE FOR AND LOAD YELLOW CAB PRODUCTION DOCUMENTS INTO RELATIVITY; TELEPHONE CALL WITH MR. RHOADES AND MR. CONNOR REGARDING STATUS OF SAME. | 2.30 | 460.00 |
| 09/22/15 | DAST | REVIEW OF DISCOVERY INVENTORY FOR MEMORANDUM TO COURT IN SUPPORT OF MOTION TO COMPEL AND RESEARCH RELEVANT AUTHORITY RE: APPLICABLE RULES IN BANKRUPTCY PROCEEDINGS. | 1.10 | 478.50 |
| 09/22/15 | ESW | REVISE REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL DISCOVERY FROM DEBTOR. | 2.20 | 1,397.00 |
| 09/22/15 | JFRH | ANALYZE REPRESENTATIONS/CORRESPONDENCE RE ESI; DRAFT/REVISE ESI SEARCH TERMS. | 2.20 | 671.00 |
| 09/22/15 | JFRH | CORRESPONDENCE WITH CLIENT RE INVESTIGATION AND RECENT FILINGS. | 0.20 | 61.00 |
| 09/22/15 | JFRH | ANALYSIS RE ADDITIONAL DISCOVERY NEEDED FROM DEBTOR/AFFILIATES. | 0.30 | 91.50 |
| 09/22/15 | JFRH | ANALYZE DSI MEMORANDUM RE FINANCIAL DOCUMENTS NEEDED FROM DEBTOR AND AFFILIATES. | 0.60 | 183.00 |
| 09/22/15 | JFRH | CORRESPONDENCE WITH D4 RE ESI-RELATED ISSUES. | 0.40 | 122.00 |
| 09/22/15 | JFRH | ANALYZE RELEVANT AUTHORITY TO SUPPORT REPLY IN SUPPORT OF MOTION TO COMPEL DEBTOR'S PRODUCTION OF DOCUMENTS. | 1.20 | 366.00 |
| 09/22/15 | JFRH | DRAFT REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEBTOR. | 4.20 | 1,281.00 |
| 09/22/15 | KC | RESEARCH AND PREPARATION OF MEMO RE: LEGAL PRECEDENTS FOR YELLOW CAB DISCOVERY PETITION. | 3.60 | 990.00 |
| 09/23/15 | DAST | ANALYSIS OF AND REVISIONS TO PROPOSED SEARCH TERMS. | 0.40 | 174.00 |
| 09/23/15 | ESW | DRAFT REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL AFFILIATES. | 1.50 | 952.50 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3014256
PAGE NO.  7

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 09/23/15 | JFRH | DRAFT REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DEBTOR'S DOCUMENTS. | 4.50 | 1,372.50 |
| 09/23/15 | JFRH | DRAFT/REVISE SEARCH TERMS FOR ESI PROTOCOL. | 0.40 | 122.00 |
| 09/23/15 | JFRH | DRAFT REPLY IN SUPPORT OF MOTION TO COMPEL DOCUMENT PRODUCTION FROM AFFILIATES. | 4.20 | 1,281.00 |
| 09/23/15 | JFRH | ANALYZE RELEVANT AUTHORITY IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL DOCUMENT PRODUCTION FROM AFFILIATES. | 1.40 | 427.00 |
| 09/23/15 | JFRH | ANALYZE AFFILIATES' RESPONSE TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS. | 0.80 | 244.00 |
| 09/23/15 | JFRH | OUTLINE ARGUMENT FOR MOTION TO EXCEED PAGE LIMIT. | 0.20 | 61.00 |
| 09/23/15 | KC | REVIEW OF DISCOVERY INVENTORY FOR MEMORANDUM TO COURT AND RESEARCH OF CASE LAW RE: APPLICABLE RULES IN BANKRUPTCY PROCEEDINGS. | 3.30 | 907.50 |
| 09/23/15 | MADI | FINALIZE REPLY IN SUPPORT OF MOTION TO COMPEL AND ALL EXHIBITS FOR FILING. | 1.10 | 412.50 |
| 09/23/15 | MADI | DRAFT MOTION TO EXCEED PAGE LIMITATION RELATED TO REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL. | 0.40 | 150.00 |
| 09/24/15 | ESW | WORK ON REPLY IN SUPPORT OF MOTION TO PROHIBIT COMMINGLING AND IMPROPER RECONCILIATIONS. | 0.80 | 508.00 |
| 09/24/15 | JFRH | CORRESPONDENCE WITH CLIENT RE MOTIONS TO COMPEL. | 0.20 | 61.00 |
| 09/24/15 | MADI | DRAFT NOTICE OF FILING AND CERTIFICATE OF SERVICE FOR REPLY BRIEFS (0.2); FILE SAME (0.1). | 0.30 | 112.50 |
| 09/25/15 | ESW | DRAFT REPLY BRIEF IN SUPPORT OF MOTION TO PROHIBIT COMMINGLING AND TO PROHIBIT MONTHLY RECONCILIATIONS WITH TAS. | 2.50 | 1,587.50 |
| 09/25/15 | JFRH | ANALYZE DEBTOR'S RESPONSE TO MOTION RE COMMINGLING OF FUNDS AND UNAUTHORIZED PAYMENTS. | 2.80 | 854.00 |
| 09/25/15 | JFRH | CORRESPONDENCE WITH AFFILIATES' COUNSEL RE DOCUMENT PRODUCTION AND MOTION TO COMPEL. | 0.40 | 122.00 |
| 09/25/15 | KC | PREPARE PETITION TO COURT RE: YELLOW CAB DISCOVERY. | 1.30 | 357.50 |
| 09/26/15 | ESW | DRAFT REPLY BRIEF IN SUPPORT OF COMMINGLING AND UNAUTHORIZED RECONCILIATIONS MOTION. | 1.20 | 762.00 |
| 09/28/15 | ESW | PREPARE REPLY IN SUPPORT OF MOTION TO PROHIBIT DEBTOR FROM IMPROPERLY CONDUCTING MONTHLY RECONCILIATIONS AND FUND TRANSFERS TO TAS, AS WELL AS TO PROHIBIT COMMINGLING, AND OTHER RELIEF. | 4.50 | 2,857.50 |

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO. 111914-000007 |
|---|---|
| CREDITORS OF YELLOW | |
| OCTOBER 12, 2015 | INVOICE NO. 3014256 |
| | PAGE NO. 8 |

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/28/15 | JFRH | DRAFT REPLY IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL DEBTOR TO (1) PREVENT UNAUTHORIZED PAYMENT OF ESTATE FUNDS TO AN INSIDER, (2) REQUIRE TAS TO SEGREGATE FUNDS DUE TO THE ESTATE, (3) AMEND ITS MONTHLY OPERATING REPORTS, AND (4) AMEND ITS STATEMENT OF FINANCIAL AFFAIRS. | 6.20 | 1,891.00 |
| 09/28/15 | JFRH | ANALYZE RELEVANT DOCUMENTS AND AUTHORITY TO SUPPORT REPLY IN SUPPORT OF MOTION TO PROHIBIT UNAUTHORIZED PAYMENTS AND COMMINGLING. | 3.30 | 1,006.50 |
| 09/28/15 | JFRH | CORRESPONDENCE WITH DSI RE REPLY IN SUPPORT OF MOTION TO PROHIBIT UNAUTHORIZED PAYMENTS AND COMMINGLING. | 1.20 | 366.00 |
| 09/30/15 | DAST | ANALYSIS OF SEARCH TERM REPORT PROVIDED BY DEBTOR | 0.70 | 304.50 |
| 09/30/15 | ESW | PREPARE MEMORANDUM FOR EXAMINER AND PREPARE FOR MEETING WITH EXAMINER. | 0.80 | 508.00 |
| 09/30/15 | JFRH | CORRESPONDENCE WITH AFFILIATES' COUNSEL RE DOCUMENT PRODUCTION. | 0.40 | 122.00 |
| 09/30/15 | JFRH | ANALYZE SEARCH REPORT PROVIDED BY DEBTOR'S COUNSEL. | 0.80 | 244.00 |
| 09/30/15 | JFRH | PREPARE MEMORANDUM FOR EXAMINER FOR INITIAL MEETING. | 3.40 | 1,037.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** .................................................................... 175.60

**TOTAL LEGAL FEES** ................................................................................ $ 61,655.00

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3014256
PAGE NO.  9

---

### DISBURSEMENTS

| | | |
|---|---|---:|
| 09/14/15 | JACKIE DEFINI TRANSCRIPT OF PROCEEDINGS HELD ON SEPTEMBER 2, 2 | 327.00 |
| 08/11/15 | COURIERS/DELIVERY SERVICES - US MESSENGER & LOGISTICS, INC. US DISTRCIT COURT | 7.20 |
| 09/24/15 | TRAVEL-EXCEPT AIRFARE, HOTEL & MEALS - PATRICIA WAGNER TRAVELED TO AND FROM TO FEDERAL COURT TO DELVIER LATE FILING DOCUMENTS | 16.00 |
| 08/12/15 | COURIER FOR COURT FILING SERVICES.  DELIVER DOCUMENTS TO JACKLEEN DEFINI AT 219 S. DEARBORN, ROOM 661/667 | 21.00 |
| 09/17/15 | COURIER FOR COURT FILING SERVICES.  DELIVER DOCUMENTS TO JACKLEEN DEFINI AT 219 S. DEARBORN, ROOM 661/667 | 21.00 |
| 09/24/15 | COURIER FOR COURT FILING SERVICES.  DELIVER COURTESY COPIES TO JUDGE CAROL DOYLE. | 21.00 |
| 08/01/15 | RELATIVITY RECOVERIES | 40.00 |
| 08/31/15 | E-DISCOVERY PROCESSING AND DATA REDUCTION - LEVEL 1, 2 OR 3 PROCESSING OF ELECTRONIC DISCOVERY FOR REVIEW | 2.07 |
| | PHOTOCOPY EXPENSES | 143.08 |
| | SCANNING EXPENSES | 117.40 |
| | PRINTING EXPENSES | 349.60 |

### TOTAL DISBURSEMENTS ................................... $  1,065.35

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3014256
PAGE NO.  10

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| ESW | EDWARD S. WEIL | 28.10 | 635.00 | 17,843.50 |
| DAST | DANTE A. STELLA | 3.90 | 435.00 | 1,696.50 |
| RMB | RICHARD M. BENDIX | 0.10 | 650.00 | 65.00 |
| JFRH | JOHN F. RHOADES | 96.50 | 305.00 | 29,432.50 |
| KC | KEVIN CONNOR | 37.30 | 275.00 | 10,257.50 |
| MADI | MARIA A. DIAKOUMAKIS | 1.80 | 375.00 | 675.00 |
| SMAL | SUZANNE M. ALTON | 1.50 | 270.00 | 405.00 |
| MHAY1 | MARYELLEN HAYES | 0.60 | 200.00 | 120.00 |
| MVK1 | MARSHA V. KLIMEK | 5.80 | 200.00 | 1,160.00 |
| | **TOTAL** | **175.60** | | **61,655.00** |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000007
CREDITORS' COMMITTEE
INVESTIGATIONS
INVOICE NO.  3014256
PAGE NO.  11

FEES..........................................................$   61,655.00

DISBURSEMENTS .....................................   1,065.35

**TOTAL AMOUNT DUE** ............................$   62,720.35

**DYKEMA GOSSETT PLLC**

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED  
CREDITORS OF YELLOW  
MR. MARC JACOBS  
CAB AFFILIATION, INC.  
4367 MENSHA PLACE  
SAN DIEGO, CA 92130

OCTOBER 12, 2015  
CLIENT-MATTER NO. 111914-000008  
INVOICE NO. 3013933

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS**

FEES.........................................................................$    5,529.50

DISBURSEMENTS .......................................................    6.79

**TOTAL AMOUNT DUE**.............................................$    **5,536.29**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3013933
PAGE NO.  2

**RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS**

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 09/01/15 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE DEBTOR'S RESPONSE TO DYKEMA'S MOTION TO COMPEL THE DEBTOR TO PAY INTERIM FEES AWARDED TO DYKEMA | 0.10 | 65.00 |
| 09/02/15 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE CASE STATUS. | 0.70 | 444.50 |
| 09/02/15 | RMB | CORRESPODNENCE WITH COMMITTEE MEMBERS RE RESULTS OF  HEARINGS. | 0.10 | 65.00 |
| 09/08/15 | RMB | CORRESPONDENCE WITH COMMITTEE  RE ORDER APPOINTING EXAMINER. | 0.10 | 65.00 |
| 09/09/15 | ESW | CORRESPONDENCE WITH COMMITTEE RE DISCOVERY AND RELATED ISSUES. | 0.20 | 127.00 |
| 09/09/15 | RMB | CORRESPONDENCE WITH COMMITTEE  RE EXAMINER CANDIDATES. | 0.30 | 195.00 |
| 09/10/15 | RMB | CORRESPONDENCE WITH COMMITTEE  RE EXAMINER CANDIDATES. | 0.10 | 65.00 |
| 09/10/15 | RMB | CORRESPONDENCE WITH COMMITTEE  RE ORDER APPOINTING EXAMINER. | 0.10 | 65.00 |
| 09/11/15 | JFRH | PLAN FOR AND PARTICIPATE IN CALL WITH COMMITTEE RE STATUS OF CASE. | 1.50 | 457.50 |
| 09/11/15 | RMB | CORRESPONDENCE WITH COMMITTEE RE FEE APPLICATIONS. | 0.10 | 65.00 |
| 09/11/15 | RMB | CALL WITH COMMITTEE RE RECOMMENDATIONS FOR EXAMINER (.20); | 0.20 | 130.00 |
| 09/12/15 | RMB | CORRESPONDENCE WITH COMMITTEE  RE EXAMINER CANDIDATES. | 0.20 | 130.00 |
| 09/14/15 | RMB | SEND COMMITTEE MEMBERS (1) INFORMATION ON BLENDED HOURLY RATES QUOTED BY EXAMINER CANDIDATES AND (2) RECOMMENDATIONS FOR NAMES OF EXAMINER CANDIDATES TO SUBMIT TO THE U.S. TRUSTEE | 0.40 | 260.00 |
| 09/15/15 | RMB | CALL WITH COMMITTEE TO DISCUSS COMMITTEE'S RECOMMENDATION OF FIRMS TO SERVE AS EXAMINER (.50). | 0.50 | 325.00 |
| 09/16/15 | RMB | CORRESPONDENCE WITH COMMITTEE RE BAR DATE. | 0.10 | 65.00 |
| 09/17/15 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE RESPONSE TO COMMINGLING MOTION. | 0.30 | 190.50 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3013933
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 09/17/15 | RMB | REVIEW AND RESPOND TO LETTER FROM COMMITTEE ASKING IF LETTER TO U.S. TRUSTEE CONTAINING EXAMINER RECOMMENDATIONS HAS BEEN SENT | 0.10 | 65.00 |
| 09/17/15 | RMB | CORRESPONDENCE WITH COMMITTEE RE DEBTOR'S RESPONSE AND OBJECTION TO COMMITTEE'S MOTION TO PROHIBIT UNAUTHORIZED PAYMENT OF ESTATE FUNDS TO INSIDERS | 0.10 | 65.00 |
| 09/18/15 | JFRH | CORRESPONDENCE WITH COMMITTEE RE DEBTOR'S AND AFFILIATES' RESPONSE TO MOTIONS TO COMPEL. | 0.20 | 61.00 |
| 09/18/15 | RMB | CORRESPONDENCE WITH COMMITTEE RE (1) EXAMINER CANDIDATES AND (2) REVISED PRESS RELEASE RE BAR DATE. | 0.40 | 260.00 |
| 09/21/15 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE THOMPSON LIFT STAY MOTION. | 0.10 | 65.00 |
| 09/23/15 | RMB | CORRESPONDNECE WITH COMMITTEE RE APPOINTMENT AS EXAMINER | 0.10 | 65.00 |
| 09/24/15 | RMB | CORRESPONDENCE WITH COMMITTEE RE OPERATING REPORTS (.10); CALL WITH COMMITTEE TO DISCUSS EXAMINER AND EVIDENCE THAT DEBTOR IS FUNNELING MONEY TO TAS THROUGH INDIRECT OVERHEAD CHARGES (.30) | 0.40 | 260.00 |
| 09/25/15 | JFRH | CORRESPONDENCE WITH COMMITTEE RE DEBTOR'S RESPONSE TO MOTION RE COMMINGLING OF FUNDS AND UNAUTHORIZED PAYMENTS. | 1.80 | 549.00 |
| 09/25/15 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE MEETING WITH EXAMINER AND COMMITTEE REPRESENTATIVES. | 0.10 | 65.00 |
| 09/25/15 | RMB | CALL WITH COMMITTEE  AND COUNSEL FOR OTHER CREDITORS RE COORDINATING MEETINGS WITH EXAMINER. | 0.30 | 195.00 |
| 09/26/15 | JFRH | CORRESPONDENCE WITH COMMITTEE RE COMMINGLING OF DEBTOR'S ASSETS; POTENTIAL CLAIMS/REMEDIES; REPLY IN SUPPORT OF MOTION RE RECONCILIATION PAYMENTS/DEFICIENT MONTHLY OPERATING REPORTS. | 1.50 | 457.50 |
| 09/28/15 | RMB | CALL WITH COMMITTEE MEMBER TO DISCUSS LAST FRIDAY'S MEETING WITH (1) MATT GENSBURG, (2) SALE OF BUSINESS, AND (3) SUBSTANTIVE CONSOLIDATION | 0.40 | 260.00 |
| 09/29/15 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE HEARING ON OCTOBER 7, 2015, AND ISSUES RE EXAMINER. | 0.50 | 317.50 |
| 09/29/15 | RMB | CORRESPONDNECE WITH COMMITTEE MEMBERS RE REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL DEBTOR TO CEASE MAKING UNAUTHORIZED PAYMENTS TO AFFILIATE (.10); CALL WITH COMMITTEE MEMBER RE STATUS OF PUBLICATION OF NOTICE OF BAR DATE (.10) | 0.20 | 130.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3013933
PAGE NO.  4

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **11.20**
**TOTAL LEGAL FEES** ......................................................................... **$   5,529.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3013933
PAGE NO.  5

---

### DISBURSEMENTS

CONFERENCE CALLS                                                6.79

**TOTAL DISBURSEMENTS ................................... $      6.79**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3013933
PAGE NO.  6

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|----------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 1.70 | 635.00 | 1,079.50 |
| RMB | RICHARD M. BENDIX | 4.50 | 650.00 | 2,925.00 |
| JFRH | JOHN F. RHOADES | 5.00 | 305.00 | 1,525.00 |
| | **TOTAL** | **11.20** | | **5,529.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000008
CREDITORS' COMMITTEE MEETING
AND COMMUNICATIONS
INVOICE NO.  3013933
PAGE NO.  7

FEES...........................................................$     5,529.50

DISBURSEMENTS .....................................        6.79

**TOTAL AMOUNT DUE** ...........................................$____5,536.29__

## DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

CLIENT CHECK INFORMATION
PLEASE COMPLETE:

CHECK #:_____     DATE:_____     AMOUNT:_____

THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

FOR FIRM USE:
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

|  |  |
|---|---|
|  | DUE UPON RECEIPT |
| OFFICIAL COMMITTEE OF UNSECURED | OCTOBER 12, 2015 |
| CREDITORS OF YELLOW | CLIENT-MATTER NO. 111914-000010 |
| MR. MARC JACOBS | INVOICE NO. 3013934 |
| CAB AFFILIATION, INC. | |
| 4367 MENSHA PLACE | |
| SAN DIEGO, CA 92130 | |

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: FEE/EMPLOYMENT APPLICATIONS**

FEES..........................................................................$      8,938.50

DISBURSEMENTS .....................................................      101.88

**TOTAL AMOUNT DUE** .............................................$      **9,040.38**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3013934
PAGE NO.  2

## RE: FEE/EMPLOYMENT APPLICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 09/01/15 | RMB | CALL WITH MATT GENSBURG AND NANCY PETERMAN TO DISCUSS DEBTOR'S PROPOSAL FOR PAYING DYKEMA'S INTERIM FEE AWARD (.20); DISCUSS RESPONSE TO THE FOREGOING PROPOSAL WITH ED WEIL (.10); CALL WITH MATT GENSBURG TO REJECT THE DEBTOR'S PROPOSAL FOR PAYING DYKEMA'S INTERIM FEE AWARD (.10); REVIEW DEBTOR'S FILED RESPONSE TO DYKEMA'S MOTION TO COMPEL PAYMENT OF INTERIM FEE AWARD (.10) | 0.50 | 325.00 |
| 09/03/15 | ESW | PREPARE CERTIFICATES OF NO OBJECTION – AND REVIEW OF MONTHLY COMPENSATION ORDER. | 0.30 | 190.50 |
| 09/03/15 | JFRH | ANALYZE ORDERS RE PAYMENT OF FEES; ANALYZE OBJECTIONS/CERTIFICATES OF NO OBJECTION RE FEES TO DATE; PREPARE CERTIFICATES OF NO OBJECTION. | 0.60 | 183.00 |
| 09/08/15 | ESW | DRAFT AND EDIT CERTIFICATE OF NO OBJECTION TO JUNE AND JULY FEES. | 0.40 | 254.00 |
| 09/08/15 | JFRH | ANALYZE OBJECTIONS TO COMMITTEE'S FEES, CERTIFICATIONS OF NO OBJECTION, FEE APPLICATION DEADLINES AND PROCEDURES, AND DRAFT CERTIFICATIONS OF NO OBJECTION. | 1.60 | 488.00 |
| 09/08/15 | MADI | EXAMINE AUGUST INVOICES IN CONNECTION WITH MONTHLY FEE APPLICATION DUE SEPTEMBER 10, 2015. | 0.80 | 300.00 |
| 09/08/15 | MADI | ANALYSIS OF ORDERS ENTERED AUTHORIZING PAYMENT OF COMMITTEE'S FEES, AND ORDER DIRECTING DEBTOR TO PAY WITHOUT DELAY (0.6); ANALYSIS OF STRATEGY TO COMPEL DEBTOR TO PAY FEES (0.4). | 1.00 | 375.00 |
| 09/08/15 | RMB | EXAMINE STRATEGY FOR OBTAINING PAYMENT OF FEES WHICH ARE COVERED BY JUDGE DOYLE 'S RECENT ORDER GRANTING THE COMMITTEE'S MOTION TO COMPEL THE DEBTOR TO PAY FEES IN DYKEMA'S FIRST INTERIM FEE PETITION | 0.40 | 260.00 |
| 09/09/15 | JFRH | ANALYZE DOCUMENTS RE FEE APPLICATIONS (.2); DRAFT CERTIFICATE OF NO OBJECTION TO JUNE FEES (.4) | 0.60 | 183.00 |
| 09/09/15 | JFRH | ANALYZE DOCUMENTS RE TO FEE APPLICATIONS; DRAFT CERTIFICATE OF NO OBJECTION TO JULY FEES. | 0.40 | 122.00 |
| 09/09/15 | MADI | EXAMINE AUGUST INVOICES IN CONNECTION WITH MONTHLY FEE APPLICATION DUE SEPTEMBER 10, 2015. | 2.60 | 975.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000010

INVOICE NO.   3013934
PAGE NO.   3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 09/09/15 | MADI | REVISE CERTIFICATES OF NO OBJECTION REGARDING MONTHLY FEE STATEMENTS FILED FOR JUNE AND JULY 2015. | 0.30 | 112.50 |
| 09/09/15 | RMB | CORRESPONDENCE WITH MATT GENSBURG RE WHEN THE DEBTOR INTENDS TO COMPLY WITH JUDGE DOYLE'S ORDER DIRECTING THE DEBTOR TO PAY DYKEMA'S FEES COVERED BY FIRST INTERIM FEE APPLICATION | 0.10 | 65.00 |
| 09/09/15 | RMB | CORRESPONDENCE WITH MATT GENSBURG ASKING WHEN THE DEBTOR WILL COMPLY WITH JUDGE DOYLE'S ORDER DIRECTING THE DEBTOR TO PAY THE FEES COVERED BY DYKEMA'S FIRST INTERIM FEE APPLICATION (.10); REVIEW AND REVISE JOHN RHOADES' DRAFT CERTIFICATION RE NO PROPER OBJECTION TO DYKEMA'S MONTHLY FEE STATEMENT FOR JUNE, 2015 (.20) | 1.00 | 650.00 |
| 09/09/15 | RMB | SEND EMAIL TO MATT GENSBURG ASKING WHEN THE DEBTOR INTENDS TO COMPLY WITH JUDGE DOYLE'S ORDER DIRECTING THE DEBTOR TO PAY DYKEMA'S FEES COVERED BY FIRST INTERIM FEE APPLICATION | 0.10 | 65.00 |
| 09/10/15 | JFRH | ANALYZE DOCUMENTS/INFORMATION NEEDED FOR FEE APPLICATIONS. | 0.20 | 61.00 |
| 09/10/15 | MADI | FINALIZE INVOICES FOR FOURTH MONTHLY FEE STATEMENT FOR AUGUST 2015 DUE SEPTEMBER 10, 2015. | 2.00 | 750.00 |
| 09/10/15 | MADI | PREPARE MONTHLY STATEMENT, NOTICE OF FILING (0.3); FILE AND SERVE SAME (0.2). | 0.50 | 187.50 |
| 09/10/15 | RMB | REVIEW DSI INVOICES FOR JULY AND AUGUST | 0.10 | 65.00 |
| 09/10/15 | RMB | CORRESPONDENCE WITH MATT GENSBURG CONFIRMING DYKEMA'S RECEIPT OF CHECK FOR AMOUNT OF FIRST INTERIM FEE AWARD | 0.10 | 65.00 |
| 09/12/15 | RMB | SEND COMMITTEE MEMBERS DALE & GENSBURG'S FOURTH MONTHLY FEE STATEMENT COVERING AUGUST, 2015 | 0.10 | 65.00 |
| 09/16/15 | JFRH | ATTENTION TO APPLICATIONS FOR COMPENSATION FOR DSI AND D4. | 0.50 | 152.50 |
| 09/16/15 | MADI | EXAMINE JULY AND AUGUST INVOICES FOR DSI FOR PRIVILEGED INFORMATION PRIOR TO FILING (0.6); FILE SAME (0.2). | 0.80 | 300.00 |
| 09/17/15 | JFRH | CORRESPONDENCE WITH D4 RE APPLICATION FOR PAYMENT OF FEES. | 0.20 | 61.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3013934
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 09/17/15 | RMB | REVIEW (1) ADMINISTRATIVE ORDER RE FEE APPLICATIONS, (2) DYKEMA'S SECOND AND THIRD MONTHLY FEE APPLICATIONS AND (3) CERTIFICATIONS OF NO OBJECTION TO THOSE APPLICATIONS, AND SEND EMAIL TO MATT GENSBURG REQUESTING PAYMENT AND EXPENSE REIMBURSEMENT RE SAME (.80); REVIEW GREENBERG TRAURIG'S FOURTH MONTHLY INVOICE FOR SERVICES RENDERED IN AUGUST, 2015 (.20) | 0.70 | 455.00 |
| 09/25/15 | RMB | MEET WITH MATT GENSBURG TO DISCUSS PAYMENT OF DYKEMA'S MOST RECENT MONTHLY FEE STATEMENTS | 0.50 | 325.00 |
| 09/29/15 | SMAL | PREPARE MOTION TO COMPEL PAYMENT OF DYKEMA'S SECOND AND THIRD MONTHLY FEE APPLICATIONS (3.2); RESEARCH BALANCE AVAILABLE IN DEBTOR'S MONTHLY FEE STATEMENTS FROM MARCH-AUGUST 2015 (.5); SUMMARIZE FEE APPLICATIONS, OBJECTIONS, AND CERTIFICATIONS OF DEBTOR'S COUNSEL AND DYKEMA (.5). | 4.20 | 1,134.00 |
| 09/30/15 | ESW | DRAFT AND REVISE MOTION TO COMPEL PAYMENT OF JUNE AND JULY FEES NOT OBJECTED TO. | 0.70 | 444.50 |
| 09/30/15 | RMB | REVIEW AND REVISE DRAFT MOTION TO COMPEL DEBTOR TO PAY DYKEMA'S SECOND AND THIRD MONTHLY FEE STATEMENTS | 0.50 | 325.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................................... **21.80**
**TOTAL LEGAL FEES** ................................................................................................ **$   8,938.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3013934
PAGE NO.  5

---

### DISBURSEMENTS

| | |
|---|---:|
| PRINTING EXPENSES | 99.60 |
| CONFERENCE CALLS | 2.28 |
| **TOTAL DISBURSEMENTS** .................................. $ | **101.88** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3013934
PAGE NO.  6

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|--------|--------|----------|
| ESW | EDWARD S. WEIL | 1.40 | 635.00 | 889.00 |
| RMB | RICHARD M. BENDIX | 4.10 | 650.00 | 2,665.00 |
| JFRH | JOHN F. RHOADES | 4.10 | 305.00 | 1,250.50 |
| MADI | MARIA A. DIAKOUMAKIS | 8.00 | 375.00 | 3,000.00 |
| SMAL | SUZANNE M. ALTON | 4.20 | 270.00 | 1,134.00 |
| | **TOTAL** | **21.80** | | **8,938.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.  111914-000010
FEE/EMPLOYMENT APPLICATIONS
INVOICE NO.  3013934
PAGE NO.  7

FEES.............................................................$    8,938.50

DISBURSEMENTS .......................................    101.88

**TOTAL AMOUNT DUE**...........................**$    9,040.38**

DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____       DATE:_____       AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MR. MARC JACOBS
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

OCTOBER 12, 2015
CLIENT-MATTER NO. 111914-000013
INVOICE NO.  3013935

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY**

FEES...........................................................................$       260.00

DISBURSEMENTS .......................................................         1.40

**TOTAL AMOUNT DUE** ...............................................$       **261.40**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO. 111914-000013

INVOICE NO. 3013935
PAGE NO. 2

## RE: MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 09/09/15 | RMB | CORRESPONDENCE WITH MATT GENSBURG ADVISING HIM THAT COMMITTEE HAS NO OBJECTION TO THE STAY RELIEF MOTION SCHEDULED FOR HEARING TOMORROW, AND THAT COMMITTEE COUNSEL WILL NOT APPEAR AT THE HEARING | 0.10 | 65.00 |
| 09/09/15 | RMB | CORRESPONDENCE WITH MATT GENSBURG ASKING WHETHER, FOLLOWING ENTRY OF ORDER GRANTING ZURICH INSURANCE STAY RELIEF TO FILE DECLARATORY JUDGMENT RE ALLEGED LACK OF COVERAGE FOR ENGER APPEAL, DEBTOR'S COUNSEL WAS ABLE TO REACH A SETTLEMENT WITH ZURICH | 0.10 | 65.00 |
| 09/21/15 | RMB | REVIEW THOMPSON LIFT STAY MOTION(.10); SEND EMAIL TO MATT GENSBURG ADVISING HIM THAT THE COMMITTEE HAS NO OBJECTION TO AN ORDER GRANTING THAT MOTION, AND THAT COMMITTEE COUNSEL WILL NOT APPEAR AT THE HEARING ON THE MOTION (.10) | 0.20 | 130.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **0.40**
**TOTAL LEGAL FEES** ............................................................................. **$ 260.00**

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.    111914-000013

INVOICE NO.  3013935
PAGE NO.  3

---

### DISBURSEMENTS

PRINTING EXPENSES                                    **1.40**

**TOTAL DISBURSEMENTS** ................................. $     **1.40**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3013935
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| RMB | RICHARD M. BENDIX | 0.40 | 650.00 | 260.00 |
| | **TOTAL** | **0.40** | | **260.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000013
MOTIONS FOR RELIEF FROM THE
AUTOMATIC STAY
INVOICE NO.  3013935
PAGE NO.  5

FEES...........................................................$      260.00

DISBURSEMENTS .....................................          1.40

**TOTAL AMOUNT DUE**............................................$      **261.40**

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

  **CHECK #:**_____      **DATE:**_____      **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED     OCTOBER 12, 2015
CREDITORS OF YELLOW     CLIENT-MATTER NO. 111914-000014
MR. MARC JACOBS     INVOICE NO. 3013936
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: OTHER CONTESTED MATTERS**

FEES............................................................$     5,152.00

DISBURSEMENTS ..........................................     37.00

**TOTAL AMOUNT DUE** ............................$    **5,189.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3013936
PAGE NO.  2

## RE:  OTHER CONTESTED MATTERS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 09/14/15 | JAWA | ANALYSIS OF ISSUES RE SUBSTANTIVE CONSOLIDATION. | 0.20 | 54.00 |
| 09/14/15 | RMB | ANALYSIS OF WHETHER A NON-DEBTOR CAN BE SUBSTANTIVELY CONSOLIDATED WITH A DEBTOR IN THE SEVENTH CIRCUIT | 0.30 | 195.00 |
| 09/19/15 | RMB | REVIEW COMMITTEE'S MOTION TO COMPEL DEBTOR TO CEASE MAKING UNAUTHORIZED PAYMENTS TO INSIDERS AND DEBTOR'S RESPONSE IN PREPARATION FOR MEETING TO DISCUSS PREPARATION OF REPLY | 2.00 | 1,300.00 |
| 09/21/15 | JAWA | RESEARCH REGARDING SUBSTANTIVE CONSOLIDATION OF NON-DEBTOR ENTITIES. | 0.70 | 189.00 |
| 09/21/15 | RMB | DRAFT REPLY TO DEBTOR'S RESPONSE TO COMMITTEE'S MOTION TO PROHIBIT DEBTOR FROM MAKING UNAUTHORIZED PAYMENTS TO TAS PURSUANT TO THE DEBTOR'S SERVICES AGREEMENT WITH TAS | 1.00 | 650.00 |
| 09/23/15 | RMB | REVIEW AND REVISE DRAFT REPLY TO DEBTOR'S RESPONSE TO COMMITTEE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS | 1.50 | 975.00 |
| 09/24/15 | JAWA | RESEARCH REGARDING SUBSTANTIVE CONSOLIDATION IN THE 7TH CIRCUIT. | 0.80 | 216.00 |
| 09/25/15 | JAWA | RESEARCH REGARDING SUBSTANTIVE CONSOLIDATION OF NON-DEBTOR ENTITIES IN THE SEVENTH CIRCUIT. | 3.20 | 864.00 |
| 09/25/15 | RMB | MEET WITH MATT GENSBURG AND ED WEIL TO DISCUSS POSSIBLE AGREEMENT BY COMMITTEE TO DEBTOR'S PAYMENT OF TAS'S DIRECT EXPENSES AND A FAIR, ALLOCABLE PORTION OF TAS'S OVERHEAD EXPENSES | 0.50 | 325.00 |
| 09/25/15 | RMB | ANALYSIS OF SUBSTANTIVE CONSOLIDATION IN GENERAL, AND SUBSTANTIVE CONSOLIDATION OF DEBTOR AND NON-DEBTOR ENTITIES IN PARTICULAR | 0.30 | 195.00 |
| 09/28/15 | JAWA | RESEARCH REGARDING THE ALTER EGO DOCTRINE IN BANKRUPTCY PROCEEDINGS; | 0.70 | 189.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **11.20**
**TOTAL LEGAL FEES** ............................................................ **$   5,152.00**

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.    111914-000014

INVOICE NO.  3013936
PAGE NO.  3

---

### DISBURSEMENTS

---

PRINTING EXPENSES                                            37.00

**TOTAL DISBURSEMENTS ..................................$    37.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3013936
PAGE NO.  4

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 5.60 | 650.00 | 3,640.00 |
| JAWA | JENNIFER A. WARNER | 5.60 | 270.00 | 1,512.00 |
| | **TOTAL** | **11.20** | | **5,152.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.  111914-000014
OTHER CONTESTED MATTERS
INVOICE NO.  3013936
PAGE NO.  5


FEES.......................................................................$     5,152.00

DISBURSEMENTS ......................................................        37.00

**TOTAL AMOUNT DUE** .............................................$ _____ **5,189.00**


**DYKEMA GOSSETT PLLC**

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**


**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____


**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED          OCTOBER 12, 2015
CREDITORS OF YELLOW                       CLIENT-MATTER NO. 111914-000015
MR. MARC JACOBS                           INVOICE NO. 3013937
CAB AFFILIATION, INC.
4367 MENSHA PLACE
SAN DIEGO, CA 92130

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT**

FEES......................................................................$       2,890.50

**TOTAL AMOUNT DUE** ............................................**$       2,890.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 12, 2015

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3013937
PAGE NO.  2

## RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 09/14/15 | ESW | WORK ON PLAN OPTIONS. | 0.30 | 190.50 |
| 09/21/15 | RMB | CORRESPONDENCE  WITH MATT GENSBURG RE MEETING ON FRIDAY TO DISCUSS TERMS OF REORGANIZATION PLAN | 0.20 | 130.00 |
| 09/25/15 | ESW | MEETING WITH MR. GENSBURG TO DISCUSS VARIOUS PLAN OPTIONS AND APPROACHES. | 2.00 | 1,270.00 |
| 09/25/15 | RMB | MEET WITH MATT GENSBURG AND ED WEIL TO DISCUSS PLAN OF REORGANIZATION | 2.00 | 1,300.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................... **4.50**
**TOTAL LEGAL FEES**................................................................$  **2,890.50**

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF YELLOW<br>OCTOBER 12, 2015 | CLIENT-MATTER NO.   111914-000015<br><br>INVOICE NO.  3013937<br>PAGE NO.  3 |

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|----------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 2.30 | 635.00 | 1,460.50 |
| RMB | RICHARD M. BENDIX | 2.20 | 650.00 | 1,430.00 |
| | **TOTAL** | **4.50** | | **2,890.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

CLIENT-MATTER NO. 111914-000015
PLAN OF
REORGANIZATION/LIQUIDATION AND
DISCLOSURE STATEMENT
INVOICE NO. 3013937
PAGE NO. 4

OCTOBER 12, 2015

FEES.......................................................................$ 2,890.50

**TOTAL AMOUNT DUE**............................................**$ 2,890.50**

**DYKEMAGOSSETT** PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:**_____     **DATE:**_____     **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____