# EXHIBIT B

October 2015 Monthly Invoices

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

                                        DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED            NOVEMBER 30, 2015
CREDITORS OF YELLOW                         CLIENT-MATTER NO. 111914-000001
CAB AFFILIATION, INC.                       INVOICE NO. 3025213
.


*FOR PROFESSIONAL SERVICES RENDERED*

**RE: ADVERSARY PROCEEDINGS**

DISBURSEMENTS ....................................................... 4.18

**TOTAL AMOUNT DUE** ..............................................$_____ **4.18**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.    111914-000001

INVOICE NO.  3025213
PAGE NO.  2

| DISBURSEMENTS | |
|---|---|
| 09/24/15    DOCKET RESEARCH-COURTLINK | **4.18** |
| **TOTAL DISBURSEMENTS** ................................... **$** | **4.18** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000001
ADVERSARY PROCEEDINGS
INVOICE NO. 3025213
PAGE NO.  3

DISBURSEMENTS ....................................................   4.18

**TOTAL AMOUNT DUE**............................................$_____ **4.18**

DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

REMITTANCE

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

NOVEMBER 30, 2015
CLIENT-MATTER NO. 111914-000004
INVOICE NO. 3025214

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: AVOIDANCE ACTION ANALYSIS**

FEES ..........................................................$      1,205.00

**TOTAL AMOUNT DUE** ..............................$      **1,205.00**

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.   111914-000004 |
| CREDITORS OF YELLOW | |
| NOVEMBER 30, 2015 | INVOICE NO.  3025214 |
| | PAGE NO.  2 |

## RE:  AVOIDANCE ACTION ANALYSIS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-------------|-------|--------|
| 10/14/15 | RMB | REVIEW 7TH CIRCUIT'S DECISION IN THE EAR CASE DISCUSSING "WITHOUT KNOWLEDGE" WITHIN MEANING OF CODE SECTION 550(B)(1) FOR DISCUSSION WITH EXAMINER | 0.40 | 260.00 |
| 10/29/15 | ESW | ANALYZE RELEVANT BANKRUPTCY AUTHORITY RE STATUTE OF LIMITATIONS FOR INITIATING AVOIDANCE ACTIONS UNDER APPLICABLE BANKRUPTCY AND NON-BANKRUPTCY LAW (0.4). | 0.40 | 254.00 |
| 10/29/15 | JFRH | ANALYZE RELEVANT AUTHORITY RE FRAUDULENT TRANSFER CLAIMS AGAINST DEBTOR/AFFILIATES. | 1.20 | 366.00 |
| 10/29/15 | RMB | ANALYSIS OF (1) BANKRUPTCY CODE'S STATUTE OF LIMITATIONS FOR BRINGING AVOIDANCE ACTIONS, (2) TOLLING OF STATE AND FEDERAL STATUTES OF LIMITATIONS UNDER SECTION 108(A) OF THE BANKRUPTCY CODE, AND (3) DETERMINING EFFECT OF JACOBS' PRE-JUDGMENT LAWSUIT DEBTOR'S SOLVENCY FOR PURPOSES OF CONSTRUCTIVE FRAUDULENT TRANSFER ACTIONS AGAINST DEBTOR'S AFFILIATES | 0.50 | 325.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ......................................................................... **2.50**
**TOTAL LEGAL FEES** ............................................................................................... $ **1,205.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.  111914-000004

INVOICE NO.  3025214
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|-------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 0.40 | 635.00 | 254.00 |
| RMB | RICHARD M. BENDIX | 0.90 | 650.00 | 585.00 |
| JFRH | JOHN F. RHOADES | 1.20 | 305.00 | 366.00 |
| | **TOTAL** | **2.50** | | **1,205.00** |

**DYKEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO. 111914-000004
AVOIDANCE ACTION ANALYSIS
INVOICE NO. 3025214
PAGE NO. 4

FEES.................................................................$ 1,205.00

**TOTAL AMOUNT DUE**.............................................$ **1,205.00**

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:**_____ **DATE:**_____ **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

NOVEMBER 30, 2015
CLIENT-MATTER NO. 111914-000005
INVOICE NO. 3025215

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: CASE ADMINISTRATION**

FEES...........................................................$   32,586.50

DISBURSEMENTS .....................................................   161.30

**TOTAL AMOUNT DUE**.............................................**$   32,747.80**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO. 111914-000005

INVOICE NO. 3025215
PAGE NO. 2

## RE: CASE ADMINISTRATION

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-----|-------|--------|
| 10/01/15 | JFRH | PREPARE FOR LENGTHY MEETING WITH EXAMINER. | 2.20 | 671.00 |
| 10/01/15 | JFRH | DRAFT MEMORANDUM OF ISSUES IN CASE, AT REQUEST OF EXAMINER. | 2.80 | 854.00 |
| 10/01/15 | KC | PREPARATION OF MEMO AND EXHIBITS FOR EXAMINER. | 2.70 | 742.50 |
| 10/01/15 | RMB | ATTEND HEARING ON U.S. TRUSTEE'S MOTION TO APPOINT DAN DOOLEY AS EXAMINER | 0.80 | 520.00 |
| 10/02/15 | ESW | MEETING WITH EXAMINER AT EXAMINER'S REQUEST (3.5); PREPARE FOR MEETING (1.0). | 4.50 | 2,857.50 |
| 10/02/15 | JFRH | PREPARE FOR AND ATTEND MEETING WITH EXAMINER AND COMMITTEE MEMBERS. | 4.20 | 1,281.00 |
| 10/02/15 | JFRH | DRAFT SUMMARY OF AREAS OF INVESTIGATION FOR EXAMINER PER EXAMINER'S REQUEST. | 1.60 | 488.00 |
| 10/02/15 | RMB | ATTEND MEETING WITH DAN DOOLEY, MARK IAMMARTINO, ED WEIL, JOHN RHOADES, JEREMY KLEINMAN, SHELLY DERUSSE, PAT O'MALLEY AND SHELLEY CUFF TO DISCUSS WITH DAN AND MARK THE EXAMINER'S INVESTIGATION (3.5); MEETING WITH ED WEIL, JOHN RHOADES, JEREMY KLEINMAN, SHELLY DERUSSE, PAT O'MALLEY AND SHELLEY CUFF TO PREPARE THE LIST OF KEY ISSUES THAT DAN DOOLEY REQUESTED (1.3) | 4.80 | 3,120.00 |
| 10/03/15 | RMB | EMAIL TO EXAMINER LISTING 3 KEY ISSUES ON WHICH THE COMMITTEE WOULD LIKE THE EXAMINER TO FOCUS, AS REQUESTED BY EXAMINER | 0.20 | 130.00 |
| 10/05/15 | ESW | PREPARE SHORT MEMORANDUM TO EXAMINER AT EXAMINER'S REQUEST (1.2); PREPARE FOR COURT ON OCTOBER 7, 2015 (0.8). | 2.00 | 1,270.00 |
| 10/05/15 | JFRH | DRAFT SUMMARY OF ISSUES FOR EXAMINER TO FOCUS INVESTIGATION PER EXAMINER'S REQUEST. | 1.20 | 366.00 |
| 10/05/15 | RMB | DRAFT CORRESPONDENCE TO EXAMINER IDENTIFYING THE 3 ISSUES ON WHICH THE COMMITTEE WANTS THE EXAMINER TO FOCUS IN HIS INVESTIGATION. | 0.20 | 130.00 |
| 10/06/15 | JAWA | FOLLOW-UP TO EXAMINER MEETING TO ASSIST IN PURSUING AREAS NOTED BY EXAMINER REGARDING POSSIBLE VEIL-PIERCING OF DEBTOR | 3.20 | 864.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3025215
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-------------|-------|--------|
| 10/06/15 | RMB | CORRESPONDENCE TO DAN DOOLEY IDENTIFYING ISSUES ON WHICH DSI AND THE COMMITTEE WANT THE EXAMINER TO FOCUS IN HIS INVESTIGATION. | 0.10 | 65.00 |
| 10/06/15 | RMB | EXAMINE DISCREPANCY BETWEEN DEBTOR'S STATEMENT IN COURT ON SEPTEMBER 2, 2015 THAT THE DEBTOR HAD ONLY $90,000 IN CASH AND THE CASH BALANCE 2 DAYS EARLIER OF $418,000 AS REFLECTED ON THE DEBTOR'S AUGUST MOR FILED ON SEPTEMBER 23, 2015. | 0.20 | 130.00 |
| 10/07/15 | JFRH | CORRESPONDENCE WITH THE EXAMINER RE DOCUMENTS RECEIVED FROM DEBTOR. | 0.20 | 61.00 |
| 10/09/15 | JAWA | RESEARCH REGARDING ███████████████ | 0.60 | 162.00 |
| 10/09/15 | RMB | REVIEW CORRESPONDENCE FROM MATT GENSBURG RE EXAMINER'S INVESTIGATION | 0.10 | 65.00 |
| 10/10/15 | ESW | DRAFT INFORMATION FOR MR. DOOLEY AT HIS REQUEST. | 0.40 | 254.00 |
| 10/10/15 | RMB | REVIEW AND EDIT DSI'S LIST OF ISSUES FOR EXAMINER TO INVESTIGATE | 0.20 | 130.00 |
| 10/12/15 | JAWA | ANALYZE RELEVANT AUTHORITY REGARDING ███████████ ███████ DRAFT MEMORANDUM FOR ██████████ REGARDING ████████████████ | 4.10 | 1,107.00 |
| 10/12/15 | JFRH | COORDINATION WITH EXAMINER RE TOPICS RECOMMENDED FOR INVESTIGATION OF DEBTOR'S AFFAIRS. | 0.30 | 91.50 |
| 10/13/15 | ESW | TELEPHONE CONFERENCE WITH MR. DOOLEY RE EXAMINER INVESTIGATION (0.2); CORRESPOND WITH MR. DOOLEY RE SAME (0.2); CORRESPOND WITH DEBTOR RE FOLLOW-UP TO COURT ON OCTOBER 7, 2015 AND PREPARE FOR COURT ON OCTOBER 28, 2015 (0.5). | 0.90 | 571.50 |
| 10/13/15 | RMB | TELEPHONE CONFERENCE WITH MR. DOOLEY TO DISCUSS HIS PROPOSED BUDGET. | 0.20 | 130.00 |
| 10/14/15 | ESW | TELEPHONE CONFERENCE WITH EXAMINER RE TAS AGREEMENT AND DEBTOR'S OPERATIONS (0.3); REVIEW OF PROPOSED SCOPE OF WORK PROPOSED BY EXAMINER, AND CORRESPOND WITH EXAMINER RE SAME (0.5); PREPARE FOR MEETING WITH DEBTOR ( VIA SAKATA) AND TAS TO ADDRESS FACT ISSUES IDENTIFIED BY DEBTOR'S COUNSEL AT OCTOBER 7, 2015 HEARING (1.0) | 1.80 | 1,143.00 |
| 10/14/15 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE MEETING WITH EXAMINER AND DEBTOR'S OFFICERS. | 0.30 | 91.50 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3025215
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 10/14/15 | RMB | PREPARE INFORMATION FOR DSI FOR MEETING WITH GARY SAKATA OF DEBTOR AND TIMING OF HEARING ON MOTION TO COMPEL DEBTOR TO CEASE MAKING MONTHLY PAYMENTS TO TAS. | 0.50 | 325.00 |
| 10/14/15 | RMB | REVIEW CORRESPONDENCE FROM EXAMINER RE HIS INVESTIGATION INVESTIGATION SENT YESTERDAY (.50); RESPOND TO MR. DOOLEY'S EMAIL REGARDING PROPOSED SCOPE OF INVESTIGATION (.10) | 0.50 | 325.00 |
| 10/15/15 | ESW | PREPARE FOR MEETING WITH EXAMINER, TAS AND DEBTOR RE TAS CONTRACT IMPLEMENTATION AND DEBTOR'S OPERATIONS. (0.8) | 0.80 | 508.00 |
| 10/15/15 | RMB | REVIEW DEBTOR'S DRAFT MOTION TO APPROVE EXAMINER'S BUDGET AND CORRESPOND WITH MR. GENSBURG RE SUCH DRAFT | 0.20 | 130.00 |
| 10/19/15 | ESW | TELEPHONE CONFERENCE WITH DSI, DAN DOOLEY AND DEBTOR'S COUNSEL RE DEBTOR OPERATIONS WITH TAS, AND ISSUES FOR MEETING SCHEDULED FOR OCTOBER 21, 2015 . | 0.40 | 254.00 |
| 10/19/15 | JAWA | DRAFT OUTLINE FOR ███████████████████████ | 0.30 | 81.00 |
| 10/19/15 | JFRH | ANALYZE GENERAL LEDGER DOCUMENTS PRODUCED BY DEBTOR AND AFFILIATES IN PREPARATION FOR MEETING WITH EXAMINER. | 0.80 | 244.00 |
| 10/19/15 | RMB | MULTIPLE TELEPHONE CALLS WITH MR. GENSBURG AND DAN DOOLEY TO ADDRESS ISSUES AND PREPARE FOR MEETING WITH DEBTOR AND TAS (0.2) AND TO DISCUSS MEETING WITH MR. GENSBUR TO DISCUSS PLAN OF REORGANIZATION | 0.40 | 260.00 |
| 10/20/15 | JAWA | DRAFT ██████████████████████████ | 3.90 | 1,053.00 |
| 10/21/15 | ESW | MEETING WITH TAS, DEBTOR, DSI, MORRIS ANDERSON (1.5); PREPARE FOR SAME (0.8). | 2.30 | 1,460.50 |
| 10/22/15 | ESW | DRAFT AND REVISE AFFIDAVIT OF MR. O'MALLEY REGARDING DEBTOR'S AND TAS'S IMPLEMENTATION OF THE TAS AGREEMENT PRE- AND POST-PETITION(.70); CORRESPOND AND TCW WITH MR. O'MALLEY RE SAME, AND DRAFT TWO REVISIONS TO SUPPLEMENTAL MEMORANDUM AND AFFIDAVIT (1.1) | 2.90 | 1,841.50 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3025215
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 10/23/15 | ESW | REVIEW PLEADINGS AND FILINGS IN PREPARATION FOR COURT HEARING (1.50); PARTICIPATE IN COURT HEARING ON (1) CONTINUED COMMITTEE OMNIBUS MOTION (GRANTED IN PART, AND DENIED IN PART), (2) BENJAMIN KELLY'S LIFT STAY MOTION, (3) THE MOTION TO APPROVE THE EXAMINER'S BUDGET, (4) THE COMMITTEE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THE DEBTOR AND ITS AFFILIATES, AND (5) THE MOTION TO COMPEL PAYMENT (1.0). | 3.30 | 2,095.50 |
| 10/23/15 | RMB | WORK WITH ED WEIL ON REVISING DRAFT AFFIDAVIT OF PAT O'MALLEY IN SUPPORT OF COMMITTEE'S MOTION TO COMPEL THE DEBTOR TO STOP MAKING IMPROPER PAYMENTS TO TAS (.70); REVIEW COMMENTS FROM PAT O'MALLEY ON REVISED AFFIDAVIT (.40); CALL WITH PAT O'MALLEY TO OBTAIN CLARIFICATION OF CERTAIN OF THE FOREGOING COMMENTS (.20); REVISE (2X) DRAFT SUPPLEMENTAL MEMO IN SUPPORT OF FOREGOING MOTION (.50). | 1.80 | 1,170.00 |
| 10/28/15 | ESW | PREPARE FOR COURT HEARING ON SEVERAL MOTIONS, INCLUDING MOTION TO PROHIBIT DEBTOR FROM DEVIATING FROM THE TERMS OF ITS CONTRACT WITH TAS (1.5); ATTEND COURT HEARING ON SAME (1.5). | 3.00 | 1,905.00 |
| 10/28/15 | RMB | REVIEW PLEADINGS IN PREPARATION FOR HEARING ON COMMITTEE'S MOTION REGARDING TAS AGREEMENT AND OTHER MATTERS (1.50); ATTEND HEARING ON (1) THE FOREGOING MOTION, (2) BENJAMIN KELLY'S LIFT STAY MOTION, (3) THE MOTION TO APPROVE THE EXAMINER'S BUDGET, (4) THE COMMITTEE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THE DEBTOR AND ITS AFFILIATES, AND (5) THE MOTION TO COMPEL DEBTOR TO PAY DYKEMA'S JUNE AND JULY FEE STATEMENTS. | 2.50 | 1,625.00 |
| 10/28/15 | RMB | CORRESPOND WITH MR. GENSBURG REGARDING DEBTOR'S LATE-FILING OF THE THE DEBTOR'S SEPTEMBER MONTHLY OPERATING REPORT. | 0.10 | 65.00 |
| 10/29/15 | RMB | ANALYSIS OF ███████████████████████████████████ | 0.50 | 325.00 |
| 10/30/15 | ESW | CONFER WITH DSI TO PREPARE FOR ITS MEETING WITH EXAMINER TO BE HELD ON NOVEMBER 2, 2015 TO CONVEY INFORMATION COMPILED BY DSI(1.0); ANALYZE RELEVANT AUTHORITY ON ███████ (0.5). | 1.50 | 952.50 |
| 10/30/15 | JFRH | PREPARE FOR AND ATTEND MEETING WITH DSI TO ASSIST DSI IN PREPARATION FOR ITS MEETING WITH EXAMINER RE DEBTOR'S FINANCIAL AFFAIRS. | 2.20 | 671.00 |

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.    111914-000005

INVOICE NO.  3025215
PAGE NO.  6

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................    **67.70**
**TOTAL LEGAL FEES** ............................................................... **$    32,586.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.  111914-000005

INVOICE NO.  3025215
PAGE NO.  7

| | DISBURSEMENTS | |
|---|---|---|
| 10/02/15 | CORNER BAKERY CAFE RICHARD BENDIX YCA MEETING | 125.50 |
| | PRINTING EXPENSES | 35.80 |
| | **TOTAL DISBURSEMENTS ................................. $** | **161.30** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.    111914-000005

INVOICE NO.  3025215
PAGE NO.  8

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|--------------------|--------|--------|-----------|
| ESW | EDWARD S. WEIL | 23.80 | 635.00 | 15,113.00 |
| RMB | RICHARD M. BENDIX | 13.30 | 650.00 | 8,645.00 |
| JAWA | JENNIFER A. WARNER | 12.10 | 270.00 | 3,267.00 |
| JFRH | JOHN F. RHOADES | 15.80 | 305.00 | 4,819.00 |
| KC | KEVIN CONNOR | 2.70 | 275.00 | 742.50 |
| **TOTAL** | | **67.70** | | **32,586.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000005
CASE ADMINISTRATION
INVOICE NO.  3025215
PAGE NO.  9

FEES......................................................................$   32,586.50

DISBURSEMENTS .....................................................   161.30

**TOTAL AMOUNT DUE**.............................................$   32,747.80

DYKEMA GOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:**_____   **DATE:**_____   **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

NOVEMBER 30, 2015
CLIENT-MATTER NO. 111914-000007
INVOICE NO. 3025216

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: CREDITORS' COMMITTEE INVESTIGATIONS**

FEES.......................................................................$   23,024.50

DISBURSEMENTS .....................................................   1,641.21

**TOTAL AMOUNT DUE** ...............................................$   __24,665.71__

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO. 111914-000007 |
|---|---|
| CREDITORS OF YELLOW | |
| NOVEMBER 30, 2015 | INVOICE NO. 3025216 |
| | PAGE NO. 2 |

## RE: CREDITORS' COMMITTEE INVESTIGATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/01/15 | DAST | CONTINUED ANALYSIS OF KEYWORD SEARCH TERM REPORT PROVIDED BY DEBTOR IN CONNECTION WITH PENDING MOTION TO COMPEL - AND POSSIBLE AGREEMENT ON ESI PROTOCOL. | 0.40 | 174.00 |
| 10/01/15 | ESW | PREPARE FOR MEETING WITH EXAMINER RE SUPPORT FOR FRAUDULENT TRANSFER CLAIMS. | 1.80 | 1,143.00 |
| 10/01/15 | JFRH | HIGH-LEVEL ANALYZE OF DOCUMENT PRODUCTION FROM DEBTOR AND AFFILIATES IN ADVANCE OF HEARING SET FOR 10/07 ON MOTIONS TO COMPEL. | 1.20 | 366.00 |
| 10/01/15 | MADI | DRAFT NOTICE OF FILING FOR REPLY BRIEF IN SUPPORT OF PENDING MOTIONS TO COMPEL. | 0.20 | 75.00 |
| 10/05/15 | DAST | FURTHER ANALYSIS OF SEARCH TERM RESULTS (.5); TELEPHONE CONFERENCE WITH MR. KELLNER AND MR. RHOADES RE SAME (.2), RE PENDING MOTIONS TO COMPEL AND POSSIBLE RESOLUTION OF SAME. | 0.70 | 304.50 |
| 10/05/15 | JFRH | ANALYZE OUTSTANDING DISCOVERY ISSUES FOR HEARING SET FOR 10/07 - AND RE RESOLUTION OF CERTAIN OF THE ISSUES. | 0.80 | 244.00 |
| 10/05/15 | JFRH | ANALYZE STATUS OF ELECTRONIC DISCOVERY AND SEARCH REPORTS IN PREPARATION FOR HEARING 10/07. | 0.40 | 122.00 |
| 10/06/15 | DAST | FURTHER ANALYSIS OF SEARCH HIT DATA PROVIDED BY DEBTOR (.8); TELEPHONE CONFERENCE WITH MR. KELLNER AND MR. RHOADES RE SAME (.6); ANALYSIS OF OPEN DISCOVERY ISSUES (.9); TELEPHONE CONFERENCE WITH DEBTOR'S COUNSEL REGARDING SEARCH TERMS AND OTHER ASPECTS OF MOTION TO COMPEL SCHEDULED FOR 10/7 (.5). | 2.80 | 1,218.00 |
| 10/06/15 | ESW | ANALYZE DISCOVERY PRODUCED ON OCTOBER 5, 2015 (INCLUDING ORG CHART) FOR COURT ON 10/07 (1.1); PREPARE FOR COURT ON MULTIPLE PENDING MOTIONS (3.5). | 4.00 | 2,540.00 |
| 10/06/15 | JFRH | PREPARE FOR (1.2) AND PARTICIPATE IN CONFERENCE CALL WITH COUNSEL FOR DEBTOR AND AFFILIATES RE OUTSTANDING DISCOVERY ISSUES AND ATTEMPT TO RESOLVE OPEN ISSUES IN CONNECTION WITH DISCOVERY ISSUES WHICH ARE THE SUBJECT OF THE MOTIONS SCHEDULED FOR 10/07(.6). | 1.80 | 549.00 |
| 10/06/15 | JFRH | HIGH-LEVEL REVIEW OF ADDITIONAL DOCUMENT PRODUCTION FROM DEBTOR FOR COURT ON 10/07. | 0.20 | 61.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3025216
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 10/06/15 | JFRH | ANALYZE DEBTOR'S RESPONSE TO DSI'S 7/16/15 LETTER, RELEVANT TO MOTION TO COMPEL DEBTOR TO SUPPLEMENT ITS SOFAS AND MORS. | 0.80 | 244.00 |
| 10/06/15 | JFRH | ANALYZE DOCUMENT PRODUCTION OF DEBTOR AND AFFILIATES FOR MOTIONS TO COMPEL SET FOR 10/07. | 0.40 | 122.00 |
| 10/06/15 | JFRH | PREPARE FOR ORAL ARGUMENT/HEARING ON MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS FROM DEBTOR AND AFFILIATES AND MOTION TO PROHIBIT TAS'S COMMINGLING OF FUNDS AND TO COMPEL TAS TO ADHERE TO OBLIGATIONS UNDER THE TAS SERVICES CONTRACT. | 4.40 | 1,342.00 |
| 10/06/15 | RMB | REVIEW CORPORATE ORGANIZATION CHART PRODUCED BY DEBTOR FOR HEARING SET FOR 10/07 | 0.10 | 65.00 |
| 10/06/15 | RMB | REVIEW MR. GENSBURG'S LETTER TO MR. O'MALLEY RESPONDING TO DSI'S QUESTIONS REGARDING THE ABSENCE OF REQUIRED INFORMATION IN DEBTOR'S MONTHLY OPERATING REPORTS | 0.20 | 130.00 |
| 10/07/15 | ESW | COURT ON MULTIPE MOTIONS (1.5); EXTENSIVE PREPARATION FOR ORAL ARGUMENT RE SAME (2.5); TELEPHONE CONFERENCE WITH EXAMINER RE START OF INVESTIGATION(0.2); MEETING TO ANSWER QUESTIONS FROM EXAMINER (THROUGH MR. BIDANSET) RE STATUS OF INVESTIGATION AND DEBTOR'S AND TAS'S FINANCES (1.0); REVIEW OF YCA'S OCTOBER 6, 2015 RESPONSE LETTER TO COMMITTEE RESPONDING TO DSI'S JULY 16, 2015 LETTER RE TAS AND OTHER AFFILIATES' ACCOUNTS PAYABLE, DEBTOR'S AFFILIATE TAXI MEDALLION MANAGEMENT'S ACCOUNT RECEIVABLE, DEBTOR'S BANK ACCOUNTS, THE DEBTOR'S ALLEGED $6.2 MILLION ACCOUNT PAYABLE TO TAS, AND RELATED ITEMS (0.8); FOLLOW-UP WITH DSI, DEBTOR AND EXAMINER, ON MULTIPLE ITEMS FOLLOWING COURT ON OCTOBER 7, 2015 RE (A) SUPPLEMENTAL SHORT BRIEF REQUESTED BY COURT, (B) MEETING WITH DEBTOR, (C) REVIEW OF OCTOBER 6, 2015 LETTER, (D) FOLLOW-UP TO MR. GENSBURG STATEMENTS RE GENERAL LEDGERS OF TAS AND YCA (0.5). | 6.30 | 4,000.50 |
| 10/07/15 | JFRH | PREPARE FOR AND ATTEND HEARING ON MOTIONS TO COMPEL PRODUCTION (RHOADES RESPONIBILITY) AND THE MOTION REGARDING THE TAS SERVICES AGREEMENT | 2.80 | 854.00 |
| 10/07/15 | JFRH | ANALYZE DOCUMENTS PRODUCED BY DEBTOR AND DEBTOR'S RESPONSE TO DSI'S 7/16/15 LETTER FOR COURT . | 0.80 | 244.00 |
| 10/07/15 | SMAL | REVIEW AND SUBMIT PROPOSED ORDER RE MOTION TO COMPEL PER JUDGE DOYLE'S REQUEST. | 0.40 | 108.00 |

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO. 111914-000007 |
|---|---|
| CREDITORS OF YELLOW | |
| NOVEMBER 30, 2015 | INVOICE NO. 3025216 |
| | PAGE NO. 4 |

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/09/15 | JFRH | CORRESPONDENCE WITH DSI RE DEBTOR'S FINANCIAL AFFAIRS. | 0.60 | 183.00 |
| 10/09/15 | JFRH | DEVELOP PARAMETERS FOR MEETING SUGGESTED BY MR. GENSBURG WITH DEBTOR AND TAS TO DISCUSS THEIR FINANCIAL AFFAIRS. | 0.40 | 122.00 |
| 10/12/15 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE MEETING WITH EXAMINER AND MR. SAKATA OF DEBTOR. | 0.60 | 183.00 |
| 10/14/15 | DAST | COMMUNICATIONS WITH D4 RE STATUS OF AND ISSUES RELATING TO PENDING MOTION TO COMPEL. | 0.20 | 87.00 |
| 10/15/15 | RMB | MULTIPLE (THREE) CALLS WITH MR. GENSBURG RE SCHEDULING MEETING AT WHICH DSI WOULD ASK QUESTIONS OF THE DEBTOR, AND FOLLOW-UP MEETINGTO TO DISCUSS THE DEBTOR'S PUTATIVE PLAN OF REORGANIZATION (.30); CORRESPOND WITH MR. GENSBURG RE SAME (.10). | 0.40 | 260.00 |
| 10/16/15 | ESW | CORRESPOND AND TELEPHONE CONFERENCE WITH DSI RE TAS AGREEMENT (0.5); CORRESPONDENCE WITH DEBTOR'S COUNSEL RE OCTOBER 21, 2015 MEETING (0.2). | 0.70 | 444.50 |
| 10/16/15 | RMB | CORRESPOND AND TELEPHONE CONFERENCE WITH DSI RE TAS AGREEMENT IMPLEMENTATION, FOR MEETING WITH DEBTOR (0.5); CORRESPONDENCE WITH DEBTOR'S COUNSEL RE OCTOBER 21, 2015 MEETING (0.2). | 0.50 | 325.00 |
| 10/20/15 | ESW | MEETING WITH DSI TO PREPARE FOR OCTOBER 21, 2015 MEETING WITH DEBTOR AND EXAMINER. | 0.80 | 508.00 |
| 10/20/15 | JFRH | PREPARE DOCUMENTS AND QUESTIONS FOR MEETING WITH EXAMINER AND MR. SAKATA. | 0.60 | 183.00 |
| 10/21/15 | JFRH | PREPARE FOR MEETING WITH EXAMINER AND MR. SAKATA. | 0.20 | 61.00 |
| 10/22/15 | JFRH | ATTEND MEETING WITH DSI TO PREPARE FOR MEETING WITH EXAMINER AND DEBTOR REGARDING TAS AGREEMENT. | 1.40 | 427.00 |
| 10/22/15 | JFRH | DRAFT DECLARATION/AFFIDAVIT FOR MR. O'MALLEY RE DEBTOR'S OPERATIONS AND IMPLEMENATION OF ITS AGREEMENT WITH TAS. | 1.20 | 366.00 |
| 10/22/15 | JFRH | DRAFT/OUTLINE SUPPLEMENT TO MOTION REGARDING PAYMENTS TO TAS. | 0.40 | 122.00 |
| 10/23/15 | SMAL | DRAFT AND REVISE DELARATION OF MR. O'MALLEY IN FURTHER SUPPORT OF MOTION TO COMPEL. | 3.40 | 918.00 |
| 10/23/15 | SMAL | EDIT AND FINALIZE BRIEF IN SUPPORT OF MOTION TO COMPEL DEBTOR TO PREVENT UNAUTHORIZED PAYMENTS TO INSIDER AND REQUIRE TAS TO SEGREGATE FUNDS. | 3.20 | 864.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3025216
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 10/26/15 | ESW | TELEPHONE CONFERENCE WITH COUNSEL FOR CLIFFORD LAW OFFICES RE HEARING ON 10/28 (0.3);  PREPARE FOR HEARING (.4). | 0.70 | 444.50 |
| 10/27/15 | ESW | REVIEW OF SUPPLEMENTAL BRIEF FILED ON OCTOBER 27, 2015 BY DEBTOR AND AUTHORITIES AND FACTS CITED THEREIN IN PREPARATION FOR HEARING ON OCTOBER 28, 2015 ON MOTION TO COMPEL PAYMENT (1.1); REVIEW OF RELATED MOTIONS UP ON OCTOBER 28, 2015 (0.2). | 1.30 | 825.50 |
| 10/28/15 | JFRH | PREPARE FOR (2.5) AND APPEAR IN COURT FOR (1.5) HEARING ON MOTIONS TO COMPEL (RHOADES' RESPONSIBILITY) PRODUCTION OF DOCUMENTS AND MOTION TO PROHIBIT DEBTOR FROM RECONCILING PAYMENTS ON MONTHLY BASIS. | 3.80 | 1,159.00 |
| 10/28/15 | JFRH | CORRESPONDENCE WITH FINANCIAL ADVISORS RE DEBTOR'S FINANCIAL AFFAIRS IN PREPARATION FOR MEETING WITH EXAMINER. | 0.30 | 91.50 |
| 10/28/15 | RMB | REVIEW CORRESPONDENCE FROM MR. O'MALLEY IDENTIFYING DOCUMENTS THAT DEBTOR (THROUGH MR. GENSBURG) PROMISED TO PROVIDE AFTER THE OCTOBER 21 MEETING WITH DEBTOR AND EXAMINER, AND CORRESPOND WITH MR. GENSBURG REQUESTING DELIVERY OF SUCH DOCUMENTS TO THE COMMITTEE AND TO DSI | 0.20 | 130.00 |
| 10/29/15 | ESW | ANALYZE RELEVANT AUTHORITIES RE DETERMINATION OF DATE OF INSOLVENCY OF DEBTOR FOR PURPOSES OF PURSUING FRAUDULENT TRANSFER AVOIDANCE LITIGATION AGAINST DEBTOR AND ITS INSIDER-TRANSFEREES (0.6); TELEPHONE CONFERENCE WITH UNSECURED CREDITORS COMMITTEE COUNSEL IN NY HYPNOTIC TAXI LLC CASE RE ISSUES RELEVANT TO YELLOW CAB CASE (0.7) ; TELEPHONE CONFERENCE WITH DSI RE ITS MEETING WITH EXAMINER (0.4). | 1.70 | 1,079.50 |
| 10/29/15 | SMAL | REVIEW AND SHEPARDIZE XONICS CASE RE FRAUDULENT TRANSFER CLAIM; FURTHER RESEARCH HOW COURTS ANALYZE THE FACT CIRCUMSTANCES WHICH AFFECT THE DETERMINATION OF THE DATE ON WHICH A DEBTOR'S PRE-PETITION CONTINGENT LIABILITY (E.G., A PENDING LAWSUIT) ESTABLISHES THE DATE OF INSOLVENCY FOR UFTA/548 PURPOSES. | 1.00 | 270.00 |
| 10/30/15 | RMB | REVIEW CORRESPONDENCE FROM MR. GENSBURG TRANSMITTING NOTICE FROM TAS TO YCA RE NON-RENEWAL OF TAS SERVICES AGREEMENT WHEN THAT AGREEMENT EXPIRES ON DECEMBER 31, 2015. | 0.10 | 65.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................................    **54.20**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3025216
PAGE NO.  6

**TOTAL LEGAL FEES**...................................................................................... **$   23,024.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3025216
PAGE NO.  7

| | DISBURSEMENTS | |
|---|---|---:|
| 10/13/15 | JACKIE DEFINI TRANSCRIPT OF PROCEEDINGS BEFORE JUDGE CAROL DOY | 238.00 |
| 10/14/15 | JACKIE DEFINI TRANSCRIPT OF PROCEEDINGS BEFORE JUDGE CAROL DOY | 154.00 |
| 10/15/15 | RIVERS JOHN RHOADES MEETING | 19.80 |
| 08/21/15 | IT'S YOUR SERVE RUSH PROCESS SERVICE TO FIRST CHICAGO INSURANCE | 95.00 |
| 10/01/15 | RELATIVITY RECOVERIES | 490.00 |
| | PHOTOCOPY EXPENSES | 400.41 |
| | SCANNING EXPENSES | 0.60 |
| | PRINTING EXPENSES | 243.40 |

### TOTAL DISBURSEMENTS ................................... $ 1,641.21

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3025216
PAGE NO.  8

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|-------|--------|-----------|
| ESW | EDWARD S. WEIL | 17.30 | 635.00 | 10,985.50 |
| DAST | DANTE A. STELLA | 4.10 | 435.00 | 1,783.50 |
| RMB | RICHARD M. BENDIX | 1.50 | 650.00 | 975.00 |
| JFRH | JOHN F. RHOADES | 23.10 | 305.00 | 7,045.50 |
| MADI | MARIA A. DIAKOUMAKIS | 0.20 | 375.00 | 75.00 |
| SMAL | SUZANNE M. ALTON | 8.00 | 270.00 | 2,160.00 |
| | **TOTAL** | **54.20** | | **23,024.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000007
CREDITORS' COMMITTEE
INVESTIGATIONS
INVOICE NO.  3025216
PAGE NO.  9

FEES.........................................................................$   23,024.50

DISBURSEMENTS .....................................................   1,641.21

**TOTAL AMOUNT DUE**...............................................$   24,665.71

DYKEMA GOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

NOVEMBER 30, 2015
CLIENT-MATTER NO. 111914-000008
INVOICE NO. 3025217

*FOR PROFESSIONAL SERVICES RENDERED*

## RE: CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS

FEES....................................................................$     4,327.50

**TOTAL AMOUNT DUE**.............................................$    **4,327.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3025217
PAGE NO.  2

## RE: CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 10/01/15 | RMB | CORRESPOND WITH COMMITTEE MEMBERS REPORTING THAT JUDGE DOYLE ENTERED AN ORDER APPOINTING DAN DOOLEY AS EXAMINER | 0.10 | 65.00 |
| 10/01/15 | RMB | SEND COMMITTEE MEMBERS D4 LLC'S APPLICATION FOR COMPENSATION | 0.10 | 65.00 |
| 10/02/15 | RMB | CORRESPOND WITH COMMITTEE RE STATUS, INCLUDING ISSUES RELATING TO UPCOMING 10/07 HEARING (.10); CORRESPOND WITH COMMITTEE RE EPIQ'S SECOND PRESS RELEASE RE BAR DATE(.10) | 0.20 | 130.00 |
| 10/07/15 | JFRH | CORRESPONDENCE WITH DSI RE HEARING ON PENDING MOTIONS 10/07. | 0.90 | 274.50 |
| 10/08/15 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE RECENT CASE ACTIVITY. | 0.50 | 317.50 |
| 10/10/15 | RMB | REVIEW CORRESPONDENCE FROM COMMITTEE RAISING QUESTIONS ABOUT THE DEBTOR'S PLAN TO SELL ITS BUSINESS AND RESPOND TO SAME. | 0.10 | 65.00 |
| 10/12/15 | RMB | TELEPHONE CONFERENCE WITH COMMITTEE TO DISCUSS QUESTIONS REGARDING DEBTOR'S PROPOSED REORGANIZATION PLAN AND CONFIRMATION PROCESS | 0.70 | 455.00 |
| 10/12/15 | RMB | CORRESPOND WITH COMMITTEE, INCLUDING TO TRANSMIT GREENBERG TRAURIG'S FIFTH MONTHLY FEE STATEMENT | 0.10 | 65.00 |
| 10/13/15 | RMB | SEND DALE & GENSBURG'S FIFTH MONTHLY FEE STATEMENT COVERING SEPTEMBER, 2015 TO COMMITTEE MEMBERS. | 0.10 | 65.00 |
| 10/14/15 | RMB | SEND COMMITTEE MEMBERS THE EXAMINER'S EMAIL REGARDING THE SCOPE OF HIS INVESTIGATION AND HIS BUDGET. | 0.10 | 65.00 |
| 10/15/15 | RMB | CORRESPOND WITH COMMITTEE RE CASE STATUS . | 0.10 | 65.00 |
| 10/15/15 | RMB | SEND TO COMMITTEE MEMBERS GREENBERG TRAURIG'S SECOND INTERIM FEE APPLICATION TOGETHER WITH EXHIBITS A-E, AND DISCUSS POSSIBLE RESPONSE/OBJECTION | 0.30 | 195.00 |
| 10/16/15 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE DEBTOR'S REORGANIZATION PLAN OPTIONS. | 0.80 | 508.00 |
| 10/16/15 | RMB | SEND COMMITTEE MEMBERS DALE & GENSBURG'S SECOND INTERIM FEE APPLICATION TOGETHER WITH ALL EXHIBITS, AND DISCUSS POSSIBLE RESPONSE/OBJECTION | 0.30 | 195.00 |

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.  111914-000008 |
|---|---|
| CREDITORS OF YELLOW | |
| NOVEMBER 30, 2015 | INVOICE NO.  3025217 |
| | PAGE NO.  3 |

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/22/15 | ESW | MEETING WITH COMMITTEE RE DEBTOR'S PROPOSED PLAN. | 0.30 | 190.50 |
| 10/26/15 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE TO DISCUSS (1) DEBTOR'S PROPOSED PLAN CALLING FOR AN IMMEDIATE SALE OF THE COMPANY ANDCOMMITTEE'S CONCERNS RE SAME, AND (2) ARGUMENTS TO BE PRESENTED AT HEARING ON 10/28 | 0.40 | 254.00 |
| 10/27/15 | RMB | CALL WITH COMMITTEE MEMBERS TO DISCUSS (1) DEBTOR'S PROPOSED PLAN CALLING FOR AN IMMEDIATE SALE OF THE COMPANY AND OUR REASONS FOR OPPOSING THAT PLAN, AND (2) ARGUMENTS WE WILL BE PRESENTING AT TOMORROW'S HEARING RE TAS RECONCILIATION PAYMENTS | 0.80 | 520.00 |
| 10/27/15 | RMB | CORRESPOND WITH COMMITTEE TO TRANSMIT SUPPLEMENTAL BRIEF FILED BY DEBTOR RE HEARING SCHEDULED FOR 10/28 | 0.20 | 130.00 |
| 10/28/15 | ESW | CORRESPOND AND SHORT TELEPHONE CALL WITH COMMITTEE RE COURT HEARING ON MOTION TO PROHIBIT DEBTOR FROM DEVIATING FROM TERMS OF CONTRACT WITH TAS. | 0.30 | 190.50 |
| 10/28/15 | RMB | SEND COMMITTEE MEMBERS COPIES OF ORDERS ENTERED FOLLOWING HEARING | 0.30 | 195.00 |
| 10/29/15 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE CASE STATUS, INCLUDING MEETING WITH EXAMINER, AS WELL AS RE COURT ON OCTOBER 28, 2015 (0.5). | 0.50 | 317.50 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **7.20**

**TOTAL LEGAL FEES**.............................................................................. **$    4,327.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3025217
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| ESW | EDWARD S. WEIL | 2.80 | 635.00 | 1,778.00 |
| RMB | RICHARD M. BENDIX | 3.50 | 650.00 | 2,275.00 |
| JFRH | JOHN F. RHOADES | 0.90 | 305.00 | 274.50 |
| **TOTAL** | | **7.20** | | **4,327.50** |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000008
CREDITORS' COMMITTEE MEETING
AND COMMUNICATIONS
INVOICE NO.  3025217
PAGE NO.  5


FEES.......................................................................$     4,327.50


**TOTAL AMOUNT DUE**.............................................**$     4,327.50**

**REMITTANCE**

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:_____     DATE:_____     AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

NOVEMBER 30, 2015
CLIENT-MATTER NO. 111914-000010
INVOICE NO. 3025218

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: FEE/EMPLOYMENT APPLICATIONS**

FEES........................................................................$     7,701.00

DISBURSEMENTS .....................................................     117.80

**TOTAL AMOUNT DUE** ..............................................$    **7,818.80**

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO. 111914-000010 |
|---|---|
| CREDITORS OF YELLOW | |
| NOVEMBER 30, 2015 | INVOICE NO. 3025218 |
| | PAGE NO. 2 |

### RE: FEE/EMPLOYMENT APPLICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/01/15 | ESW | REVISE AND FILE MOTION TO COMPEL PAYMENT. | 0.50 | 317.50 |
| 10/01/15 | MADI | FINALIZE MOTION TO COMPEL PAYMENT FOR FILING. | 0.50 | 187.50 |
| 10/01/15 | MADI | FINALIZE AND FILE D4'S APPLICATION FOR PAYMENT FOR JUNE - AUGUST 2015. | 0.30 | 112.50 |
| 10/01/15 | RMB | REVISE MOTION TO COMPEL PAYMENT AGAINST THE DEBTOR. | 0.10 | 65.00 |
| 10/05/15 | JFRH | ANALYZE DEBTOR'S COUNSEL'S FEE APPLICATION. | 0.00 | 0.00 |
| 10/06/15 | RMB | REVIEW DALE & GENSBURG'S CERTIFICATES OF NO OBJECTION REGARDING JUNE, JULY AND AUGUST, 2015 FEES. | 0.00 | 0.00 |
| 10/08/15 | MADI | PREPARATION OF MONTHLY FEE STATEMENT. | 1.70 | 637.50 |
| 10/09/15 | MADI | PREPARATION OF SEPTEMBER MONTHLY FEE STATEMENT | 1.90 | 712.50 |
| 10/12/15 | JFRH | DRAFT/PREPARE APPLICATION FOR PAYMENT OF SEPTEMBER INVOICES. | 1.20 | 366.00 |
| 10/12/15 | MADI | TELEPHONE CONFERENCE WITH MR. GENSBERG RE SEPTEMBER FEE STATEMENT AND QUARTERLY FEE APPLICATION. | 1.40 | 525.00 |
| 10/12/15 | MADI | TELEPHONE CONFERENCE WITH MR. GENSBERG RE EXTENSION OF TIME TO FILE SEPTEMBER FEE STATEMENT AND QUARTERLY FEE APPLICATION. | 0.10 | 37.50 |
| 10/13/15 | MADI | FINALIZE MONTHLY FEE APPLICATION FOR SEPTEMBER 2015. | 0.30 | 112.50 |
| 10/13/15 | SMAL | PREPARE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIFTH MONTHLY FEE APPLICATION TO INCLUDE UPDATED TIMES FROM SEPTEMBER 2015. | 0.00 | 0.00 |
| 10/14/15 | MADI | FINALIZE SEPTEMBER INVOICES FOR FILING (1.1); DRAFT COVER PAGE FOR MONTHLY STATEMENT (0.1); DRAFT NOTICE OF FILING (0.1); PREPARE CERTIFICATE OF SERVICE (0.2); FILE AND SERVE SAME (0.1). | 1.60 | 600.00 |
| 10/15/15 | MADI | PREPARE SECOND INTERIM (QUARTERLY) FEE APPLICATION. | 2.60 | 975.00 |
| 10/15/15 | RMB | TELEPHONE CONFERENCE WITH MR. GENSBURG RE COURT HEARINGS, INCLUDING HEARING ON LATEST INTERIM COMPENSATION APPLICATIONS. | 0.10 | 65.00 |
| 10/16/15 | MADI | PREPARE SECOND INTERIM FEE APPLICATION. | 7.10 | 2,662.50 |
| 10/16/15 | RMB | REVIEW AND REVISE DRAFT OF DYKEMA'S SECOND INTERIM FEE APPLICATION | 0.50 | 325.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO. 111914-000010

INVOICE NO. 3025218
PAGE NO. 3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 10/16/15 | SMAL | PREPARE REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL PAYMENT. | 0.00 | 0.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................... 19.90
**TOTAL LEGAL FEES** ............................................................... $ 7,701.00

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.    111914-000010

INVOICE NO.  3025218
PAGE NO.  4

---

**DISBURSEMENTS**

PRINTING EXPENSES                                                    117.80

**TOTAL DISBURSEMENTS** ................................... **$    117.80**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3025218
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 0.50 | 635.00 | 317.50 |
| RMB | RICHARD M. BENDIX | 0.70 | 650.00 | 455.00 |
| JFRH | JOHN F. RHOADES | 1.20 | 305.00 | 366.00 |
| MADI | MARIA A. DIAKOUMAKIS | 17.50 | 375.00 | 6,562.50 |
| | **TOTAL** | **19.90** | | **7,701.00** |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000010
FEE/EMPLOYMENT APPLICATIONS
INVOICE NO.  3025218
PAGE NO.  6

FEES.........................................................................$     7,701.00

DISBURSEMENTS .....................................................     117.80

**TOTAL AMOUNT DUE** ...........................................$     **7,818.80**

DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:**_____     **DATE:**_____     **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

**DUE UPON RECEIPT**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

NOVEMBER 30, 2015
CLIENT-MATTER NO. 111914-000011
INVOICE NO. 3025220

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: FEE/EMPLOYMENT OBJECTIONS**

FEES..................................................................$ 0.00

DISBURSEMENTS ..................................................... 3.60

**TOTAL AMOUNT DUE**.............................................$ **3.60**

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/02/15 | JFRH | ANALYZE DEBTOR'S OBJECTION TO COMMITTEE' FEE APPLICATIONS. | 0.00 | 0.00 |
| 10/06/15 | ESW | EXAMINE DEBTOR'S OBJECTION TO FEES (0.4). | 0.00 | 0.00 |
| 10/06/15 | JFRH | DRAFT OBJECTION TO DEBTOR'S COUNSEL'S FEES. | 0.00 | 0.00 |
| 10/06/15 | RMB | REVIEW DEBTOR'S OBJECTION TO COMMITTEE'S MOTION TO COMPEL PAYMENT OF COMMITTEE'S MONTHLY FEE STATEMENT | 0.00 | 0.00 |
| 10/12/15 | SMAL | REVIEW ENTRIES IN YELLOW CAB'S FOURTH MONTHLY FEE APPLICATIONS FOR OBJECTIONABLE EXPENSES, LACK OF CLARITY, ADMINISTRATIVE TASKS, AND DUPLICATION OF EFFORTS. | 0.00 | 0.00 |
| 10/13/15 | JFRH | DRAFT OBJECTION TO DEBTOR'S FOURTH MONTHLY FEE APPLICATION. | 0.00 | 0.00 |
| 10/13/15 | JFRH | DRAFT MOTION FOR LEAVE TO FILE OBJECTION TO DEBTOR'S FOURTH MONTHLY FEE APPLICATION. | 0.00 | 0.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.  111914-000011

INVOICE NO.  3025220
PAGE NO.  2

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 10/13/15 | RMB | REVISE DRAFT OBJECTION TO DALE & GENSBURG'S AUGUST, 2015 MONTHLY FEE STATEMENT. | 0.00 | 0.00 |
| 10/13/15 | SMAL | PREPARE AND DRAFT MOTION FOR LEAVE TO FILE OBJECTION TO YELLOW CAB AFFILIATION'S FOURTH MONTHLY FEE PETITION (1.7); DRAFT OBJECTION TO YELLOW CAB'S FOURTH AND FIFTH MONTHLY FEE PETITION (3.9). | 0.00 | 0.00 |
| 10/15/15 | SMAL | REVIEW DEBTOR'S OBJECTION TO MOTION TO COMPEL PAYMENT OF SECOND AND THIRD MONTHLY FEE APPLICATION (.3); PREPARE REPLY BRIEF IN SUPPORT OF OBJECTION TO COMPEL PAYMENT SECOND AND THIRD MONTHLY FEE APPLICATION (2.2). | 0.00 | 0.00 |
| 10/30/15 | MADI | BEGIN DRAFTING OBJECTION TO DEBTOR'S FIFTH MONTHLY FEE STATEMENT. | 0.00 | 0.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000011

INVOICE NO.  3025220
PAGE NO.  3

---

**DISBURSEMENTS**

---

PRINTING EXPENSES                                              3.60

**TOTAL DISBURSEMENTS** .................................. $      3.60

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO. 111914-000011
FEE/EMPLOYMENT OBJECTIONS
INVOICE NO. 3025220
PAGE NO. 4

FEES..........................................................................$ 0.00

DISBURSEMENTS ....................................................... 3.60

**TOTAL AMOUNT DUE**.............................................$ **3.60**

DYKEMAGOSSETT PLLC

38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243

CLIENT CHECK INFORMATION
PLEASE COMPLETE:

CHECK #:_____    DATE:_____    AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

FOR FIRM USE:
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

NOVEMBER 30, 2015
CLIENT-MATTER NO. 111914-000012
INVOICE NO.  3025222

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  LEASES AND EXECUTORY CONTRACTS**

FEES.........................................................................$          65.00

**TOTAL AMOUNT DUE** .............................................$          **65.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000012

INVOICE NO.  3025222
PAGE NO.  2

## RE:  LEASES AND EXECUTORY CONTRACTS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 10/22/15 | RMB | ANALYSIS OF DEBTOR'S RIGHT TO REJECT THE TAS CONTRACT | 0.10 | 65.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **0.10**
**TOTAL LEGAL FEES** ................................................................ $ **65.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000012

INVOICE NO.  3025222
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 0.10 | 650.00 | 65.00 |
| | **TOTAL** | **0.10** | | **65.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000012
LEASES AND EXECUTORY
CONTRACTS
INVOICE NO.  3025222
PAGE NO.  4

FEES.........................................................................$          65.00


**TOTAL AMOUNT DUE**...............................................**$          65.00**

REMITTANCE

DYKEMAGOSSETT PLLC

38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

NOVEMBER 30, 2015
CLIENT-MATTER NO. 111914-000013
INVOICE NO. 3025223

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY**

FEES.........................................................................$      1,625.00

DISBURSEMENTS .....................................................      4.20

**TOTAL AMOUNT DUE** .............................................$      **1,629.20**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3025223
PAGE NO.  2

## RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 10/05/15 | RMB | REVIEW EMAIL FROM MICHAEL STIEGEL RE HIS SETTLEMENT OFFER TO ZURICH INSURANCE CO. REGARDING ZURICH'S DECLARATORY JUDGMENT LAWSUIT THAT IT HAS NO DUTY TO DEFEND THE CLASS ACTION AGAINST THE DEBTOR ALLEGING VIOLATION OF THE ILLINOIS WAGE PAYMENT ACT. | 0.10 | 65.00 |
| 10/12/15 | RMB | REVIEW PELAEZ'S LIFT STAY MOTION (.10); SEND EMAIL TO MR. GENSBURG ADVISING THAT COMMITTEE HAS NO OBJECTION TO THE FOREGOING MOTION AND WILL NOT BE ATTENDING THE HEARING ON THAT MOTION (.10); REVIEW MR. GENSBURG'S REVISED ORDER GRANTING PELAEZ'S LIFT STAY MOTION (.10). | 0.30 | 195.00 |
| 10/20/15 | RMB | REVIEW CORRESPONDENCE FROM DEBTOR'S INSURANCE COUNSEL RE ZURICH INSURANCE CO.'S OFFER TO SETTLE DECLARATORY JUDGMENT CLAIM RE COVERAGE FOR ENGER CLASS ACTION CASE | 0.20 | 130.00 |
| 10/22/15 | RMB | REVIEW CORRESPONDENCE FROM MR. GENSBURG ADVISING RE SETTLING WITH ZURICH | 0.20 | 130.00 |
| 10/26/15 | RMB | CORRESPONDENCE WITH MR. GENSBURG ADVISING THAT COMMITTEE HAS NO OBJECTION TO THE AVERY MARTIN LIFT STAY MOTION, AND THAT COMMITTEE COUNSEL WILL NOT BE ATTENDING THE OCTOBER 29, 215 HEARING ON THAT MOTION. | 0.10 | 65.00 |
| 10/27/15 | RMB | SEND EMAIL TO MATT GENSBURG STATING THAT COMMITTEE HAS NO OBJECTION TO THE AVERY MARTIN LIFT STAY MOTION, AND THAT COMMITTEE COUNSEL WILL NOT BE ATTENDING THE OCTOBER 29, 215 HEARING ON THAT MOTION. | 0.10 | 65.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3025223
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/27/15 | RMB | TELEPHONE CONFERENCE WITH MR. GENSBURG RE HIS REASONS FOR NOT WANTING TO ACCEPT ZURICH INSURANCE COMPANY'S SETTLEMENT OFFER REGARDING ITS DECLARATORY JUDGMENT ACTION RE COVERAGE FOR THE ENGER LAWSUIT (.10); RESEARCH RE 7TH CIRCUIT CASES HOLDING THAT A CREDITOR WHO HAS NOT FILED A PROOF OF CLAIM CAN STILL OBTAIN STAY RELIEF TO PURSUE LITIGATION AGAINST THIRD PARTIES IF RECOVERY IS LIMITED TO PROCEEDS OF THE DEBTOR'S INSURANCE AND SEND SAME TO MR. GENSBURG (.50); CORRESPOND WITH MR. GENSBURG CONFIRMING THAT THE COMMITTEE HAS NO OBJECTION TO AVERY MARTIN MOTION FOR RELIEF FROM STAY (.20); REVIEW MR. GENSBURG'S CORRESPONDENCE TO MIKE STIEGEL RE NOT ACCEPTING ZURICH INSURANCE COMPANY'S SETTLEMENT OFFER AND RESPOND WITH SUGGESTION THAT STIEGEL ASK ZURICH TO OBTAIN A RELEASE (.20); REVIEW EMAIL FROM MIKE STIEGEL SUGGESTING THAT ZURICH WILL REQUIRE THE DEBTOR TO OBTAIN A RELEASE FROM THE ENGER PLAINTIFFS AS A CONDITION OF MAKING THE $7500 SETTLEMENT PAYMENT TO THE DEBTOR (.10) | 0.20 | 130.00 |
| 10/28/15 | RMB | DISCUSS WITH MATT GENSBURG HIS REASONS FOR NOT WANTING TO ACCEPT ZURICH INSURANCE COMPANY'S $7500 SETTLEMENT OFFER REGARDING ITS DECLARATORY JUDGMENT ACTION RE COVERAGE FOR THE ENGER LAWSUIT (.10); RESEARCH RE 7TH CIRCUIT CASES HOLDING THAT A CREDITOR WHO HAS NOT FILED A PROOF OF CLAIM CAN STILL OBTAIN STAY RELIEF TO PURSUE LITIGATION AGAINST THIRD PARTIES IF RECOVERY IS LIMITED TO PROCEEDS OF THE DEBTOR'S INSURANCE AND SEND SAME TO MATT GENSBURG (.50); SEND EMAIL TO MATT GENSBURG CONFIRMING THAT THE COMMITTEE HAS NO OBJECTION TO AVERY MARTIN MOTION FOR RELIEF FROM STAY (.20) REVIEW MATT GENSBURG'S EMAIL TO MIKE STIEGEL RE NOT ACCEPTING ZURICH INSURANCE COMPANY'S $7500 SETTLEMENT OFFER AND RESPOND WITH SUGGESTION THAT STIEGEL ASK ZURICH TO OBTAIN A RELEASE FROM THE ENGERS (.20); REVIEW EMAIL FROM MIKE STIEGEL SUGGESTING THAT ZURICH WILL REQUIRE THE DEBTOR TO OBTAIN A RELEASE FROM THE ENGER PLAINTIFFS AS A CONDITION OF MAKING THE $7500 SETTLEMENT PAYMENT TO THE DEBTOR (.10) | 1.10 | 715.00 |
| 10/29/15 | RMB | EXCHANGE EMAILS WITH MATT GENSBURG AND MIKE STIEGEL RE STRATEGY FOR SETTLING WITH ZURICH INSURANCE COMPANY RE DECLARATORY JUDGMENT CASE RE INSURANCE COVERAGE FOR ENGER LAWSUIT. | 0.20 | 130.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ................................................................... **2.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.    111914-000013

INVOICE NO.  3025223
PAGE NO.  4

**TOTAL LEGAL FEES**.............................................................................$    **1,625.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO. 111914-000013

INVOICE NO. 3025223
PAGE NO. 5

---

### DISBURSEMENTS

PRINTING EXPENSES                                                    4.20

**TOTAL DISBURSEMENTS** ................................... **$      4.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3025223
PAGE NO.  6

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 2.50 | 650.00 | 1,625.00 |
| | **TOTAL** | **2.50** | | **1,625.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000013
MOTIONS FOR RELIEF FROM THE
AUTOMATIC STAY
INVOICE NO.  3025223
PAGE NO.  7


FEES........................................................$     1,625.00

DISBURSEMENTS .....................................        4.20

**TOTAL AMOUNT DUE**...........................$     **1,629.20**


DYKEMA GOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**


**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:**_____        **DATE:**_____        **AMOUNT:**_____


**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

NOVEMBER 30, 2015
CLIENT-MATTER NO. 111914-000014
INVOICE NO. 3025225

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: OTHER CONTESTED MATTERS**

FEES.........................................................................$       845.00

DISBURSEMENTS .....................................................       59.20

**TOTAL AMOUNT DUE**...............................................$_____904.20

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3025225
PAGE NO.  2

## RE:  OTHER CONTESTED MATTERS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 10/19/15 | RMB | PREPARATION FOR OCTOBER 28 HEARING ON TAS RECONCILIATION ISSUE AND CONSIDERATION OF WHETHER TO DEFER SAME UNTIL AFTER RECEIPT OF EXAMINER'S REPORT | 0.30 | 195.00 |
| 10/20/15 | RMB | REVIEW MEMO ON BANKRUPTCY COURT'S POWER TO SUBSTANTIVELY CONSOLIDATE A DEBTOR WITH NON-DEBTOR AFFILIATES | 0.20 | 130.00 |
| 10/29/15 | RMB | CALL WITH EARL FORTE, ATTORNEY FOR MYSTIC TAXI CREDITORS' COMMITTEE, TO SHARE INFORMATION REGARDING DEBTORS FUNNELING FUNDS TO AFFILIATES | 0.60 | 390.00 |
| 10/30/15 | RMB | SEND ███████, COUNSEL FOR ███████████████████ | 0.20 | 130.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................................ **1.30**
**TOTAL LEGAL FEES** ............................................................................................. **$ 845.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3025225
PAGE NO.  3

---

**DISBURSEMENTS**

---

PRINTING EXPENSES                                           **59.20**

**TOTAL DISBURSEMENTS ................................... $     59.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.    111914-000014

INVOICE NO.  3025225
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 1.30 | 650.00 | 845.00 |
| | **TOTAL** | **1.30** | | **845.00** |

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO. 111914-000014 |
| CREDITORS OF YELLOW | OTHER CONTESTED MATTERS |
| NOVEMBER 30, 2015 | INVOICE NO. 3025225 |
| | PAGE NO. 5 |

FEES.........................................................................$      845.00

DISBURSEMENTS ......................................................      59.20

**TOTAL AMOUNT DUE** ............................................$_____904.20

**DYKEMA GOSSETT** PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____    DATE:_____    AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

NOVEMBER 30, 2015
CLIENT-MATTER NO. 111914-000015
INVOICE NO. 3025226

*FOR PROFESSIONAL SERVICES RENDERED*

## RE: PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT

FEES........................................................................$      3,598.00

**TOTAL AMOUNT DUE** ...........................................$    **3,598.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3025226
PAGE NO.  2

## RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10/15/15 | ESW | TELEPHONE CONFERENCE WITH MR. GENSBURG RE OUTLINES OF PROPOSED PLAN. | 0.60 | 381.00 |
| 10/15/15 | RMB | CALL WITH MATT GENSBURG TO DISCUSS TERMS AND TIMING OF PLAN OF REORGANIZATION. | 0.30 | 195.00 |
| 10/16/15 | JFRH | ANALYZE DEBTOR'S PROPOSED PLAN OF REORGANIZATION. | 0.60 | 183.00 |
| 10/16/15 | RMB | DRAFT OUTLINE FOR RESPONSE TO THE REORGANIZATION PLAN PROPOSAL DESCRIBED BY MR. GENSBURG (1.0); PREPARE FOR CALL WITH EXAMINER (1.0) | 2.00 | 1,300.00 |
| 10/21/15 | ESW | MEETING WITH MR. GENSBURG RE DEBTOR'S PROPOSED PLAN. | 1.00 | 635.00 |
| 10/21/15 | RMB | MEET WITH MR. GENSBURG TO DISCUSS DEBTOR'S PROPOSED PLAN OF REORGANIZATION BEFORE DEBTOR'S FILING OF SAME | 1.00 | 650.00 |
| 10/26/15 | ESW | FOLLOW-UP RE PLAN (.2) TELEPHONE CONFERENCE WITH DSI, FINANCIAL ADVISOR FOR COMMITTEE RE PLAN PROPOSAL (0.2). | 0.40 | 254.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ......................................................................  **5.90**
**TOTAL LEGAL FEES** ........................................................................................ $  **3,598.00**

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2015

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3025226
PAGE NO.  3

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|----------------------|--------|--------|----------|
| ESW | EDWARD S. WEIL | 2.00 | 635.00 | 1,270.00 |
| RMB | RICHARD M. BENDIX | 3.30 | 650.00 | 2,145.00 |
| JFRH | JOHN F. RHOADES | 0.60 | 305.00 | 183.00 |
| | **TOTAL** | **5.90** | | **3,598.00** |

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF YELLOW | CLIENT-MATTER NO.   111914-000015<br>PLAN OF<br>REORGANIZATION/LIQUIDATION AND |
| NOVEMBER 30, 2015 | DISCLOSURE STATEMENT<br>INVOICE NO.  3025226<br>PAGE NO.  4 |

FEES.......................................................................$     3,598.00

**TOTAL AMOUNT DUE** ............................................$     **3,598.00**

DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____