# EXHIBIT B

November 2015 Monthly Invoices

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

DECEMBER 17, 2015
CLIENT-MATTER NO. 111914-000003
INVOICE NO.  3030100

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  ASSET DISPOSITION**

FEES.........................................................................$       455.00

**TOTAL AMOUNT DUE**.............................................$       **455.00**

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW<br>DECEMBER 17, 2015 | CLIENT-MATTER NO. 111914-000003<br><br>INVOICE NO. 3030100<br>PAGE NO. 2 |

## RE: ASSET DISPOSITION

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/10/15 | RMB | ANALYSIS OF DELAYING SALE OF DEBTOR'S ASSETS UNTIL EXAMINER HAS ISSUED HIS REPORT AND COMMITTEE HAS DECIDED WHETHER TO FILE A MOTION FOR SUBSTANTIVE CONSOLIDATION (.30); CALL WITH MATT GENSBURG TO DISCUSS POSTPONING SALE OF DEBTOR'S ASSETS UNTIL AFTER THE EXAMINER ISSUES HIS REPORT (.20) | 0.50 | 325.00 |
| 11/10/15 | RMB | CALL WITH TOM GOLDBLATT RE DEBTOR'S DECISION NOT TO HIRE HIM AS THE INVESTMENT BANKER FOR SALE OF THE DEBTOR'S ASSETS. | 0.20 | 130.00 |

TOTAL ATTORNEY & PARALEGAL TIME ...................................................... 0.70
TOTAL LEGAL FEES ............................................................................$ 455.00

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000003

INVOICE NO.  3030100
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 0.70 | 650.00 | 455.00 |
| | **TOTAL** | **0.70** | | **455.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000003
ASSET DISPOSITION
INVOICE NO.  3030100
PAGE NO.  4

FEES.......................................................................$      455.00


**TOTAL AMOUNT DUE**.............................................$_____455.00


DYKEMA GOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

DECEMBER 17, 2015
CLIENT-MATTER NO. 111914-000004
INVOICE NO. 3030101

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: AVOIDANCE ACTION ANALYSIS**

FEES...............................................................$ 0.00

**TOTAL AMOUNT DUE** .............................................$ 0.00

### DYKEMAGOSSETT PLLC

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 11/02/15 | ESW | INVESTIGATE GROUNDS FOR PURSUING FRAUDULENT TRANSFER CLAIM AGAINST DEBTOR AND TAS IN CONNECTION WITH THE DEBTOR'S DEALINGS WITH INSIDERS (1.2). | 0.00 | 0.00 |
| 11/04/15 | JFRH | ANALYZE BASES FOR POTENTIAL CLAIMS AGAINST ESTATE/AFFILIATES. | 0.00 | 0.00 |

FEES.........................................................$ 0.00

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:** **TOTAL AMOUNT DUE** .............................................$ 0.00

CHECK #:_____ DATE:_____ AMOUNT:_____

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

DECEMBER 17, 2015
CLIENT-MATTER NO. 111914-000005
INVOICE NO. 3030102

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: CASE ADMINISTRATION**

FEES.........................................................................$    11,318.50

DISBURSEMENTS .....................................................    13.50

**TOTAL AMOUNT DUE ..............................................$    11,332.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3030102
PAGE NO.  2

## RE: CASE ADMINISTRATION

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/02/15 | ESW | TELEPHONE CONFERENCE WITH DSI RE MEETING WITH EXAMINER TO REVIEW ISSUES WITH RESPECT TO DEBTOR'S OPERATIONS (0.5). | 0.50 | 317.50 |
| 11/02/15 | ESW | CORRESPONDENCE WITH EXAMINER FOLLOW-UP TO MEETING (0.2). | 0.20 | 127.00 |
| 11/02/15 | RMB | PARTICIPATE IN CALL WITH PAT O'MALLEY AND SHELLEY CUFF RE REPORT OF THEIR MEETING WITH THE EXAMINER | 0.50 | 325.00 |
| 11/03/15 | ESW | TELEPHONE CONFERENCE WITH DSI RE INFORMATION DSI HAS PROVIDED TO EXAMINER. | 0.40 | 254.00 |
| 11/04/15 | ESW | ASSIST IN DEVELOPING FACTS REGARDING SUBSTANTIVE CONSOLIDATION FOR EXAMINER (0.7). | 0.70 | 444.50 |
| 11/06/15 | ESW | CORRESPONDENCE WITH DSI RE QUESTIONS FOR EXAMINER IN RESPONSE TO REQUEST FOR SAME. | 0.20 | 127.00 |
| 11/10/15 | RMB | CALL KATIE GLEASON AND LEAVE MESSAGE REGARDING DEBTOR'S FAILURE TO FILE ITS SEPTEMBER MOR | 0.10 | 65.00 |
| 11/11/15 | JFRH | PREPARE FOR HEARING RE DEBTOR'S OBJECTION TO COMMITTEE'S SECOND INTERIM FEE PETITION. | 0.60 | 183.00 |
| 11/12/15 | ESW | PREPARE FOR COURT HEARING (1.0); ATTEND COURT HEARING ON MULTIPLE PENDING MATTERS AND MOTIONS (1.5). | 2.50 | 1,587.50 |
| 11/12/15 | RMB | REVIEW EMAIL FROM KATY GLEASON TO MATT GENSBURG ASKING WHEN DEBTOR WILL FILE ITS SEPTEMBER MOR | 0.10 | 65.00 |
| 11/12/15 | RMB | TELEPHONE CONFERENCE WITH SHELLEY CUFF TO DISCUSS RAISING WITH EXAMINER METHOD FOR ASSESSING REASONABLENESS OF DEBTOR'S PAYMENTS TO TAS IF EXAMINER IS UNABLE TO FIND AGREEMENTS COMPARABLE TO THE TAS AGREEMENT. | 0.40 | 260.00 |
| 11/13/15 | ESW | REVIEW OF THE DEBTOR'S SOFA AMENDMENT, REQUIRED AS A RESULT OF THE COURT'S OCTOBER 28, 2015 RULING. | 1.50 | 952.50 |
| 11/13/15 | ESW | TELEPHONE CONFERENCE WITH MR.DOOLEY RE EXAMINATION ISSUES. | 0.30 | 190.50 |
| 11/13/15 | JFRH | ANALYZE SUMMARY OF CASH RECEIPTS AND DISBURSEMENTS. | 0.30 | 91.50 |
| 11/13/15 | RMB | SEND FOLLOW-UP EMAIL TO MATT GENSBURG ASKING FOR HIS POSITION ON WHETHER TAS'S NOTICE TO THE DEBTOR THAT TAS WILL NOT BE RENEWING ITS AGREEMENT WITH THE DEBTOR VIOLATES THE AUTOMATIC STAY | 0.10 | 65.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3030102
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-------------|-------|--------|
| 11/16/15 | ESW | TELEPHONE CONFERENCE WITH MR. DOOLEY (EXAMINER). | 0.20 | 127.00 |
| 11/17/15 | ESW | REVIEW OF SEPTEMBER MOR LATE-FILED BY DEBTOR. | 0.20 | 127.00 |
| 11/18/15 | ESW | REVIEW OF NEWLY-FILED SEPTEMBER MOR (0.2); REVIEW OF DEBTOR'S CIRCULATED BUDGET (0.2). | 0.40 | 254.00 |
| 11/20/15 | ESW | REVIEW OF SEPTEMBER MONTHLY OPERATING REPORT OF DEBTOR, AND RECONCILIATION OF SAME WITH DSI (0.8); CORRESPONDENCE WITH EXAMINER RE SAME (0.3) | 1.10 | 698.50 |
| 11/20/15 | ESW | TELEPHONE CALL FROM MR. GENSBURG RE DRAFT BUDGET AND TAS EXPENSE ITEMIZATION PREPARED BY DEBTOR, AND RE PROPOSAL TO SETTLE PENDING PAYMENT MOTION. | 0.50 | 317.50 |
| 11/20/15 | ESW | COMMUNICATION WITH EXAMINER RE SUB-CON AND UFTA ISSUES RAISED IN MEETING WITH EXAMINER. | 1.00 | 635.00 |
| 11/23/15 | RMB | MEET WITH  PAT O'MALLEY AND SHELLY CUFF TO REVIEW BUDGET INFORMATION FURNISHED BY DEBTOR AND TO IDENTIFY QUESTIONS REGARDING SAME | 0.50 | 325.00 |
| 11/24/15 | RMB | CALL WITH SHELLY CUFF TO DISCUSS QUESTIONS FOR DSI TO ASK EXAMINER REGARDING BUDGET NUMBERS RECENTLY RECEIVED FROM DEBTOR | 0.30 | 195.00 |
| 11/24/15 | RMB | CALL WITH DAN DOOLEY AND MATT GENSBURG TO DISCUSS PROPOSAL FOR EXAMINER TO SEND A DRAFT OF HIS REPORT TO COUNSEL FOR DEBTOR AND COMMITTEE, TO DISCUSS WITH SAID COUNSEL QUESTIONS THEY MAY HAVE REGARDING THE ACCURACY OF FACTUAL STATEMENTS IN THE EXAMINER'S REPORT AND TO GIVE SAID COUNSEL AN OPPORTUNITY TO SEND EXAMINER WRITTEN LIST OF FACTUAL INACCURACIES FOR HIM TO CONSIDER BEFORE HE SUBMITS HIS FINAL REPORT | 0.30 | 195.00 |
| 11/25/15 | ESW | TELEPHONE CONFERENCE WITH MR. GENSBURG RE EXAMINER REPORT AND BUDGET, INCLUDING REVISING DATE FOR FILING SAME, ETC., AND RE ISSUES AROUND BALANCE-OF-YEAR BUDGET (1.2); TELEPHONE CONFERENCE WITH MS. GLEASON OF UST RE EXAMINER'S REPORT, FILING OF SAME, REDACTION AND/OR FILING UNDER SEAL OF SAME, AND RELATED MATTERS (0.5); AT REQUEST OF MR. GENSBURG, DRAFT LIST OF QUESTIONS FOR DEBTOR (SAKATA) REGARDING LINE ITEMS IN DEBTOR'S PROPOSED NOV-DEC. BUDGET AND IN TAS ITEMIZATION OF EXPENSES (1.2); DRAFT CORRESPONDENCE TO EXAMINER WITH QUESTIONS RE "LEASE OF COLORS" (0.5); CORRESPONDENCE WITH MR. DOOLEY RE REPORT STATUS (0.3). | 3.70 | 2,349.50 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3030102
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 11/25/15 | RMB | CALLS WITH MATT GENSBURG, KATY GLEASON AND DAN DOOLEY TO DISCUSS (1) DELAY IN FILING EXAMINER'S REPORT TO PERMIT COUNSEL FOR DEBTOR AND COMMITTEE TO REVIEW DRAFT REPORT FOR FACTUAL ERRORS, AND (2) PROCEDURE FOR PROTECTING CONFIDENTIAL INFORMATION, IF ANY, IN THAT REPORT | 1.00 | 650.00 |
| 11/29/15 | RMB | REVIEW AND REVISE MATT GENSBURG'S DRAFT MOTION TO EXTEND TIME FOR EXAMINER TO FILE HIS REPORT (.10); SEND REVISED DRAFT MOTION TO MATT GENSBURG (.10) | 0.20 | 130.00 |
| 11/30/15 | RMB | REVIEW AND REVISE MATT GENSBURG'S DRAFT ORDER GRANTING HIS MOTION TO EXTEND THE DEADLINE FOR THE EXAMINER TO FILE HIS REPORT | 0.20 | 130.00 |
| 11/30/15 | RMB | CALL WITH MATT GENSBURG RE WHEN (1) GARY SAKATA IS AVAILABLE TO ANSWER QUESTIONS ON THE BUDGET MR. SAKATA PREPARED, AND (2) THE OCTOBER MOR WILL BE FILED | 0.20 | 130.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................................   18.20
**TOTAL LEGAL FEES** ...................................................................................... $   11,318.50

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.    111914-000005

INVOICE NO.  3030102
PAGE NO.  5

---

### DISBURSEMENTS

PRINTING EXPENSES                                                    13.50

**TOTAL DISBURSEMENTS** ................................. $      **13.50**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3030102
PAGE NO.  6

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|---------------------|-------|--------|-----------|
| ESW | EDWARD S. WEIL | 13.40 | 635.00 | 8,509.00 |
| RMB | RICHARD M. BENDIX | 3.90 | 650.00 | 2,535.00 |
| JFRH | JOHN F. RHOADES | 0.90 | 305.00 | 274.50 |
| | **TOTAL** | **18.20** | | **11,318.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000005
CASE ADMINISTRATION
INVOICE NO.  3030102
PAGE NO.  7


FEES.........................................................................$   11,318.50

DISBURSEMENTS ....................................................         13.50

**TOTAL AMOUNT DUE**............................................$___11,332.00___

DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**


**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____        DATE:_____        AMOUNT:_____


**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

DUE UPON RECEIPT

DECEMBER 17, 2015
CLIENT-MATTER NO. 111914-000007
INVOICE NO. 3030104

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE INVESTIGATIONS**

FEES...........................................................................$      2,902.50

DISBURSEMENTS .....................................................      622.00

**TOTAL AMOUNT DUE**...............................................$      **3,524.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3030104
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE INVESTIGATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 11/02/15 | JFRH | CORRESPONDENCE WITH COUNSEL FOR AFFILIATES AND ANALYZE STATUS OF AFFILIATES' DOCUMENT PRODUCTION FOR PENDING MOTIONS TO COMPEL. | 1.60 | 488.00 |
| 11/03/15 | MVK1 | PROCESS AND LOAD TAS PRODUCTION VOLUME; UPDATE MEDIA, PRODUCTION TRACKING, AND PROJECT MANAGEMENT TRACKING. | 0.00 | 0.00 |
| 11/04/15 | SMAL | RESEARCH ███████████████████████████████ | 0.70 | 189.00 |
| 11/05/15 | ESW | INVESTIGATE FACTS SUPPORTING ████████████ | 1.00 | 635.00 |
| 11/05/15 | JAWA | ANALYSIS OF DOCUMENTS RELATED TO PENDING MOTIONS TO COMPEL AND ████████████████████ | 0.90 | 243.00 |
| 11/05/15 | SMAL | ATTEND STRATEGY MEETING RE ███████████ | 0.00 | 0.00 |
| 11/06/15 | JFRH | CORRESPONDENCE WITH COUNSEL FOR THE AFFILIATES RE ISSUES RELATED TO PENDING MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS. | 0.40 | 122.00 |
| 11/06/15 | JFRH | ANALYZE ISSUES RELATED TO PENDING MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS FROM DEBTOR AND AFFILIATES. | 0.60 | 183.00 |
| 11/11/15 | JFRH | ANALYSIS RE PENDING MOTIONS TO DISMISS AND LACK OF PRODUCTION/COMPLIANCE BY DEBTOR'S AFFILIATES. | 0.40 | 122.00 |
| 11/12/15 | JAWA | ANALYSIS OF FACTS AND LAW ████████████ DRAFT PETITION FOR RULE TO SHOW CAUSE (1.6) | 1.60 | 432.00 |
| 11/12/15 | JFRH | ANALYZE RELEVANT AUTHORITY RE ███████████ | 0.00 | 0.00 |
| 11/12/15 | SMAL | RESEARCH RE ████████████████████████ | 0.00 | 0.00 |

# DYKEMA

**OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS OF YELLOW**
**DECEMBER 17, 2015**

**CLIENT-MATTER NO.   111914-000007**

**INVOICE NO.   3030104**
**PAGE NO.   3**

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 11/16/15 | HMB | ANALYZE CORRESPONDENCE FROM COURT CLERK REGARDING GREENBERG TRAURIG LLP'S SIXTH MONTHLY INVOICE FOR FEES AND EXPENSES; ORDER GRANTING THE SECOND INTERIM FEE APPLICATION OF GREENBERG TRAURIG, LLP AS CO-COUNSEL TO THE DEBTOR FOR THE TIME PERIOD FROM JUNE 1, 2015 THROUGH AND INCLUDING AUGUST 31, 2015; SUPPLEMENT TO STATEMENT OF FINANCIAL AFFAIRS; ORDER GRANTING THE SECOND INTERIM FEE APPLICATION OF DALE & GENSBURG, P.C. AS CO-COUNSEL TO THE DEBTOR FOR THE TIME PERIOD FROM JUNE 1, 2015 THROUGH AND INCLUDING AUGUST 31, 2015; AND SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS FOR MONTH ENDING SEPTEMBER 30, 2015. | 0.30 | 73.50 |
| 11/20/15 | JAWA | ANALYZE ██████████████████████████████ | 0.00 | 0.00 |
| 11/20/15 | JFRH | ANALYZE DOCUMENTS/INFORMATION STILL NEEDED FROM DEBTOR/AFFILIATES AND THAT IS SUBJECT OF PENDING MOTIONS TO COMPEL. | 1.20 | 366.00 |
| 11/20/15 | JFRH | ANALYZE RELEVANT AUTHORITY RE ██████████ ████████████████████████████ | 0.00 | 0.00 |
| 11/20/15 | SMAL | STRATEGIZE RE ████████████████ ██████████████████████████ | 0.00 | 0.00 |
| 11/30/15 | HMB | ANALYZE FOR APPLICABLE DATES THE MOTION TO AUTHORIZE DANIEL F. DOOLEY TO FILE HIS EXAMINER'S REPORT ON DECEMBER 7, 2015 AND CALENDAR THE DECEMBER 3, 2015 HEARING. | 0.20 | 49.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** .........................................................................  **8.90**
**TOTAL LEGAL FEES** ..................................................................................... **$   2,902.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3030104
PAGE NO.  4

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 11/02/15 | JACKLEEN DEFINI TRANSCRIPT OF COURT PROCEEDINGS | 320.00 |
| | PHOTOCOPY EXPENSES | 2.60 |
| | SCANNING EXPENSES | 0.60 |
| | PRINTING EXPENSES | 298.80 |

**TOTAL DISBURSEMENTS ..................................** $    **622.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3030104
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|-----------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 1.00 | 635.00 | 635.00 |
| JAWA | JENNIFER A. WARNER | 2.50 | 270.00 | 675.00 |
| JFRH | JOHN F. RHOADES | 4.20 | 305.00 | 1,281.00 |
| SMAL | SUZANNE M. ALTON | 0.70 | 270.00 | 189.00 |
| HMB | HEATHER M. BARHORST | 0.50 | 245.00 | 122.50 |
| | **TOTAL** | **8.90** | | **2,902.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000007
CREDITORS' COMMITTEE
INVESTIGATIONS
INVOICE NO.  3030104
PAGE NO.  6

FEES...........................................................................$     2,902.50

DISBURSEMENTS .....................................................       622.00

**TOTAL AMOUNT DUE**.............................................$     **3,524.50**

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:**_____          **DATE:**_____          **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

                                    DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED          DECEMBER 17, 2015
CREDITORS OF YELLOW                      CLIENT-MATTER NO. 111914-000008
CAB AFFILIATION, INC.                    INVOICE NO. 3030105

.

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS**

FEES........................................................$     7,392.50

**TOTAL AMOUNT DUE** ...............................$     **7,392.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3030105
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 11/02/15 | ESW | CALL WITH COMMITTEE RE EXAMINER REVIEW. | 0.20 | 127.00 |
| 11/03/15 | ESW | COMMITTEE CALL RE DISCUSSIONS WITH DEBTOR RE PLAN, AND RE DISCUSSIONS WITH EXAMINER. | 1.30 | 825.50 |
| 11/03/15 | RMB | CALL WITH ED WEIL AND COMMITTEE MEMBER TO DISCUSS (1) PAT O'MALLEY'S RECENT MEETING WITH THE EXAMINER, (2) NOTICE OF TERMINATION THAT TAS HAS SENT TO DEBTOR, AND (3) PROCESS OF PLAN OF REORGANIZATION | 1.00 | 650.00 |
| 11/04/15 | ESW | COMMITTEE CALL RE NOTICE OF NON-RENEWAL OF TAS AGREEMENT SENT BY TAS TO DEBTOR ON OCTOBER 30, 2015 (0.5). | 0.50 | 317.50 |
| 11/05/15 | RMB | CALL WITH COMMITTEE MEMBER RE TIMING OF FILING AVOIDANCE ACTIONS | 0.20 | 130.00 |
| 11/05/15 | RMB | CALL WITH COMMITTEE MEMBER TO DISCUSS NOTICE OF NON-RENEWAL FROM TAS (.20); | 0.20 | 130.00 |
| 11/10/15 | RMB | SEND COMMITTEE MEMBERS GREENBERG TRAURIG'S RESPONSE TO COMMITTEE'S OBJECTIONS TO (1) GT'S SECOND AND FOURTH MONTHLY FEE STATEMENTS, AND (2) GT'S SECOND INTERIM FEE APPLICATION (.10) SEND COMMITTEE MEMBERS THE DEBTOR'S OBJECTION TO DYKEMA'S SECOND INTERIM FE APPLICATION AND EXHIBITS TO SAME (.10) | 0.20 | 130.00 |
| 11/11/15 | RMB | REVIEW AND RESPOND TO QUESTION FROM COMMITTEE MEMBER RE STATUS OF DEBTOR'S EXCLUSIVITY PERIOD IF DEBTOR FILES A PLAN ON OR BEFORE NOVEMBER 16, 2015 | 0.30 | 195.00 |
| 11/12/15 | RMB | CALL WITH COMMITTEE MEMBERS TO DISCUSS DEBTOR'S THREAT TO CONVERT THE CASE TO CHAPTER 7 IF DYKEMA INSISTS ON PAYMENT OF ITS FEES WHEN THE DEBTOR LACKS FUNDS TO PAY SAME. | 1.00 | 650.00 |
| 11/13/15 | RMB | SEND COMMITTEE MEMBERS ORDER GRANTING GREENBERG TRAURIG'S SECOND INTERIM FEE PETITION (.10); REVIEW EMAIL FROM COMMITTEE MEMBER ASKING IF MATT GENSBURG RESPONDED TO MY EMAIL STATING THE TAS'S NOTICE TO THE DEBTOR THAT TAS WILL NOT BE RENEWING ITS CONTRACT WITH THE DEBTOR VIOLATES THE AUTOMATIC STAY (.10) | 0.20 | 130.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000008

INVOICE NO.   3030105
PAGE NO.   3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 11/13/15 | RMB | SEND COMMITTEE MEMBERS DEBTOR'S SUPPLEMENT TO ITS STATEMENT OF FINANCIAL AFFAIRS (.20); SEND COMMITTEE MEMBERS GREENBERG TRAURIG'S SIXTH MONTHLY FEE STATEMENT (.10) | 0.30 | 195.00 |
| 11/13/15 | RMB | SEND COMMITTEE MEMBERS THE ORDER GRANTING DALE & GENSBURG'S SECOND INTERIM FEE PETITION | 0.10 | 65.00 |
| 11/17/15 | RMB | SEND MEMBERS OF CREDITORS COMMITTEE DEBTOR'S DISCLOSURE STATEMENT, PLAN AND SEPTEMBER MONTHLY OPERATING REPORT | 0.30 | 195.00 |
| 11/18/15 | ESW | COMMITTEE CALL RE PLAN & DISCLOSURE STATEMENT (1.0). | 1.00 | 635.00 |
| 11/19/15 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE PROVISIONS OF THE PROPOSED PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT. | 1.10 | 698.50 |
| 11/20/15 | ESW | DISCUSSION RE PLAN OF LIQUIDATION WITH COMMITTEE AND DSI (0.4). | 0.40 | 254.00 |
| 11/24/15 | RMB | CALL WITH COMMITTEE MEMBER TO DISCUSS HIS QUESTIONS REGARDING DEBTOR'S PLAN OF REORGANIZATION (1.50); SEND EMAIL TO COMMITTEE MEMBERS ADVISING THEM OF (1) EXAMINER'S PROPOSAL TO SOLICIT FROM COUNSEL FOR DEBTOR AND THE COMMITTEE QUESTIONS REGARDING THE ACCURACY OF FACTUAL STATEMENTS IN THE EXAMINER'S DRAFT REPORT, AND (2) DEBTOR'S REQUEST FOR A 21 DAY EXTENSION OF THE TIME IN WHICH THE DEBTOR HAS THE EXCLUSIVE RIGHT TO SOLICIT ACCEPTANCES TO ITS PAN OF LIQUIDATION (.20) | 1.70 | 1,105.00 |
| 11/24/15 | RMB | CALL WITH COMMITTEE MEMBER TO DISCUSS BUDGET NUMBERS RECEIVED FROM DEBTOR | 0.40 | 260.00 |
| 11/29/15 | ESW | COMMUNICATE COMMENTS TO PLAN TO COMMITTEE (1.0) | 1.00 | 635.00 |
| 11/30/15 | RMB | SEND DALE & GENSBURG'S SIXTH MONTHLY FEE STATEMENT (OCTOBER, 2015) TO COMMITTEE MEMBERS | 0.10 | 65.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................... **11.50**
**TOTAL LEGAL FEES** ...........................................................$ **7,392.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3030105
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|-----------------------|--------|--------|----------|
| ESW | EDWARD S. WEIL | 5.50 | 635.00 | 3,492.50 |
| RMB | RICHARD M. BENDIX | 6.00 | 650.00 | 3,900.00 |
| | **TOTAL** | **11.50** | | **7,392.50** |

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF YELLOW | CLIENT-MATTER NO. 111914-000008<br>CREDITORS' COMMITTEE MEETING<br>AND COMMUNICATIONS |
| DECEMBER 17, 2015 | INVOICE NO. 3030105<br>PAGE NO. 5 |

FEES........................................................................$     7,392.50

**TOTAL AMOUNT DUE**...............................................$     **7,392.50**

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

DECEMBER 17, 2015
CLIENT-MATTER NO. 111914-000010
INVOICE NO. 3030106

*FOR PROFESSIONAL SERVICES RENDERED*

RE:  **FEE/EMPLOYMENT APPLICATIONS**

FEES ........................................................... $      9,358.00

DISBURSEMENTS ......................................        167.40

**TOTAL AMOUNT DUE** ............................. $      **9,525.40**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3030106
PAGE NO.  2

## RE: FEE/EMPLOYMENT APPLICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 11/02/15 | JFRH | PREPARE FIFTH MONTHLY FEE APPLICATION. | 0.80 | 244.00 |
| 11/02/15 | MADI | PREPARE AMENDED SECOND INTERIM FEE APPLICATION. | 1.10 | 412.50 |
| 11/03/15 | JFRH | PREPARE SECOND INTERIM FEE APPLICATION. | 0.20 | 61.00 |
| 11/03/15 | JFRH | PREPARE AMENDED SECOND INTERIM FEE APPLICATION. | 0.20 | 61.00 |
| 11/03/15 | MADI | PREPARE AMENDED SECOND INTERIM APPLICATION. | 3.10 | 1,162.50 |
| 11/03/15 | MADI | PREPARE COURTESY COPIES OF SECOND INTERIM FEE APPLICATION FOR JUDGE DOYLE'S CHAMBERS. | 0.10 | 37.50 |
| 11/03/15 | MADI | CORRESPONDENCE TO JUDGE DOYLE'S CHAMBERS ENCLOSING COURTESY COPIES OF AMENDED APPLICATION AND RELATED REDLINE. | 0.20 | 75.00 |
| 11/03/15 | TT1 | DELIVER ENVELOPE TO COURT REPORTER JACKLEEN DEFINI IN BANKRUPTCY COURT. DELIVER COPY OF SECOND INTERIM FEE APPLICATION TO JUDGE DOYLE'S CLERK, ASAP | 0.00 | 0.00 |
| 11/04/15 | HMB | REVIEW CORRESPONDENCE FROM COURT CLERK REGARDING THE AMENDED SECOND INTERIM FEE APPLICATION OF DYKEMA GOSSETT PLLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JUNE 1, 2015 THROUGH AUGUST 31, 2015 AND THE NOVEMBER 3, 2015 EXCERPT OF PROCEEDING RULING REGARDING HEARING HELD ON APRIL 22, 2015. | 0.20 | 49.00 |
| 11/10/15 | RMB | DISCUSS WITH ED WEIL (1) EFFECT OF CONVERSION ON PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSES, INCLUDING APPROVED BUT UNPAID ATTORNEYS' FEES, AND (2) DEFERRING PAYMENT OF FEES IN FULL PENDING PAYMENT OF EXAMINER AND POSSIBLE FILING OF ADVERSARY COMPLAINT SEEKING SUBSTANTIVE CONSOLIDATION OF DEBTOR WITH AFFILIATES (.40); CALL WITH MATT GENSBURG TO DISCUSS DEFERRING PAYMENT OF DEBTOR'S AND COMMITTEE' ATTORNEYS' FEES UNTIL EXAMINER HAS BEEN PAID (.20) | 0.60 | 390.00 |
| 11/10/15 | RMB | SEND EMAIL TO MARIA DIAKOUMAKIS ███████████ | 0.00 | 0.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3030106
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/11/15 | ESW | PREPARE FOR COURT IN CONNECTION WITH SECOND INTERIM FEE PETITION (1.0); TELEPHONE CONFERENCE WITH MR. GENSBURG AND MS. PETERMAN TO DISCUSS RESOLUTION AND CONTINUANCE OF MOTION TO COMPEL PAYMENT (0.3). | 1.30 | 825.50 |
| 11/11/15 | MADI | PREPARE SUPPLEMENT FILING TO SECOND INTERIM FEE APPLICATION AT THE REQUEST OF CLERK. | 0.40 | 150.00 |
| 11/11/15 | MADI | EXAMINE OCTOBER INVOICES IN PREPARATION FOR FILING OCTOBER MONTHLY FEE STATEMENT. | 1.50 | 562.50 |
| 11/12/15 | MADI | EXAMINE OCTOBER PRE-BILLS AND PREPARE SAME FOR FILING MONTHLY STATEMENT. | 1.80 | 675.00 |
| 11/13/15 | RMB | REVIEW OCTOBER PRE-BILLS FOR FILING OF MONTHLY FEE STATEMENT | 1.00 | 650.00 |
| 11/18/15 | ESW | COURT HEARING ON SECOND INTERIM FEE PETITION. | 0.70 | 444.50 |
| 11/19/15 | HMB | ANALYZE CORRESPONDENCE FROM COURT CLERK REGARDING MARGARET GUY'S MOTION FOR RELIEF FROM STAY AND THE ORDER GRANTING SECOND INTERIM FEE APPLICATION OF DYKEMA GOSSETT PLLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JUNE 1,2015 THROUGH AUGUST 31, 2015. | 0.20 | 49.00 |
| 11/22/15 | ESW | EXAMINE AND REVISE OCTOBER FEE PETITION (15 CATEGORIES) | 3.30 | 2,095.50 |
| 11/25/15 | RMB | CALL WITH ED WEIL TO MATT GENSBURG TO DISCUSS FUNDS AVAILABLE TO PAY DYKEMA'S SECOND INTERIM FEE PETITION | 0.50 | 325.00 |
| 11/30/15 | HMB | REVIEW CORRESPONDENCE FROM COURT CLERK REGARDING THE SIXTH MONTHLY INVOICE FOR DALE & GENSBURG, P.C. AS CO-COUNSEL TO THE DEBTOR FOR FEES AND EXPENSES INCURRED DURING THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015. | 0.20 | 49.00 |
| 11/30/15 | MADI | FINALIZE OCTOBER PRE-BILLS FOR SUBMISSION WITH OCTOBER MONTHLY STATEMENT. | 0.90 | 337.50 |
| 11/30/15 | SMAL | DRAFT FEE APPLICATION FOR MONTHLY COMPENSATION AND EXPENSE REIMBURSEMENT FOR OCTOBER 2015 (.3); REVIEW PRE-BILLS AND REDACT SENSITIVE INFORMATION RELATED TO ATTORNEY WORK-PRODUCT AND CASE STRATEGY (.7); REVIEW AMOUNTS CLAIMS FOR ACCURACY (1.2) AND FILE FEE APPLICATION (.4). | 2.60 | 702.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ................................................................ **20.90**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.    111914-000010

INVOICE NO.  3030106
PAGE NO.  4

**TOTAL LEGAL FEES** .......................................................................................... $    9,358.00

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.    111914-000010

INVOICE NO.  3030106
PAGE NO.  5

| | **DISBURSEMENTS** | |
|---|---|---:|
| 11/04/15 | COURIER FOR COURT FILING SERVICES.  DELIVER COURTESY COPIES TO JUDGE DOYLE. | 21.00 |
| | PHOTOCOPY EXPENSES | 0.20 |
| | SCANNING EXPENSES | 0.20 |
| | PRINTING EXPENSES | 146.00 |

**TOTAL DISBURSEMENTS** ................................... $    **167.40**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.    111914-000010

INVOICE NO.  3030106
PAGE NO.  6

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 5.30 | 635.00 | 3,365.50 |
| RMB | RICHARD M. BENDIX | 2.10 | 650.00 | 1,365.00 |
| JFRH | JOHN F. RHOADES | 1.20 | 305.00 | 366.00 |
| MADI | MARIA A. DIAKOUMAKIS | 9.10 | 375.00 | 3,412.50 |
| SMAL | SUZANNE M. ALTON | 2.60 | 270.00 | 702.00 |
| HMB | HEATHER M. BARHORST | 0.60 | 245.00 | 147.00 |
| | **TOTAL** | **20.90** | | **9,358.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000010
FEE/EMPLOYMENT APPLICATIONS
INVOICE NO.  3030106
PAGE NO.  7


FEES.......................................................................$     9,358.00

DISBURSEMENTS .....................................................     167.40

**TOTAL AMOUNT DUE** ...........................................$     **9,525.40**

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:**_____        **DATE:**_____        **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

DECEMBER 17, 2015
CLIENT-MATTER NO. 111914-000011
INVOICE NO. 3030107

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  FEE/EMPLOYMENT OBJECTIONS**

FEES.........................................................................$    1,500.50

DISBURSEMENTS .....................................................        69.20

**TOTAL AMOUNT DUE**.............................................$    **1,569.70**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000011

INVOICE NO.  3030107
PAGE NO.  2

## RE:  FEE/EMPLOYMENT OBJECTIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/02/15 | MADI | PREPARE OBJECTION TO DEBTOR'S SEPTEMBER MONTHLY FEE APPLICATION. | 0.90 | 337.50 |
| 11/03/15 | HMB | REVIEW CORRESPONDENCE FROM COURT CLERK REGARDING THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE FIFTH MONTHLY INVOICE FOR DALE & GENSBURG, P.C. AS CO-COUNSEL TO THE DEBTOR FOR FEES AND EXPENSES INCURRED DURING THE PERIOD FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015 AND THE FIFTH MONTHLY INVOICE FOR GREENBERG TRAURIG, LLC AS CO-COUNSEL TO THE DEBTOR FOR FEES AND EXPENSES INCURRED DURING THE PERIOD FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015. | 0.20 | 49.00 |
| 11/03/15 | RMB | REVIEW COMMITTEE'S OBJECTION TO FIFTH MONTHLY FEE STATEMENTS FILED BY DALE & GENSBURG AND GREENBERG TRAURIG. | 0.20 | 130.00 |
| 11/10/15 | HMB | REVIEW CORRESPONDENCE FROM COURT CLERK REGARDING GREENBERG TRAURIG, LLC'S RESPONSE TO OBJECTIONS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SECOND AND FOURTH MONTHLY FEE STATEMENTS AND SECOND INTERIM FEE APPLICATION. | 0.00 | 0.00 |
| 11/11/15 | ESW | REVIEW OF DEBTOR'S OBJECTION TO SECOND INTERIM FEE PETITION (1.0). | 1.00 | 635.00 |
| 11/11/15 | HMB | ANALYZE CORRESPONDENCE FROM COURT CLERK REGARDING THE DEBTOR'S OBJECTION TO SECOND INTERIM FEE APPLICATION OF DYKEMA GOSSETT PLLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JUNE 1, 2015 THROUGH AUGUST 31, 2015. | 0.20 | 49.00 |
| 11/11/15 | MADI | PREPARE OBJECTION TO DALE & GENSBERG'S SECOND INTERIM FEE APPLICATION (0.3); PREPARE OBJECTION TO GREENBERG TRAURIG'S SECOND INTERIM FEE APPLICATION (0.3); PREPARE NOTICE OF FILING AND FILE EACH (0.2). | 0.80 | 300.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** .......................................................... **3.30**
**TOTAL LEGAL FEES** ..........................................................$ **1,500.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000011

INVOICE NO.  3030107
PAGE NO.  3

### DISBURSEMENTS

PRINTING EXPENSES                                                69.20

**TOTAL DISBURSEMENTS** ................................. $      **69.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000011

INVOICE NO.  3030107
PAGE NO.  4

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 1.00 | 635.00 | 635.00 |
| RMB | RICHARD M. BENDIX | 0.20 | 650.00 | 130.00 |
| MADI | MARIA A. DIAKOUMAKIS | 1.70 | 375.00 | 637.50 |
| HMB | HEATHER M. BARHORST | 0.40 | 245.00 | 98.00 |
| | **TOTAL** | **3.30** | | **1,500.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000011
FEE/EMPLOYMENT OBJECTIONS
INVOICE NO.  3030107
PAGE NO.  5


FEES.......................................................................$      1,500.50

DISBURSEMENTS ....................................................       69.20
                                                         _____
**TOTAL AMOUNT DUE**............................................$     **1,569.70**

**DYKEMA GOSSETT** PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

    **CHECK #:**_____        **DATE:**_____        **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

DECEMBER 17, 2015
CLIENT-MATTER NO. 111914-000013
INVOICE NO.  3030109

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY**

FEES..........................................................................$        342.00

DISBURSEMENTS .....................................................          13.20

**TOTAL AMOUNT DUE**.............................................$_____355.20

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3030109
PAGE NO.  2

RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/05/15 | HMB | REVIEW CORRESPONDENCE FROM COURT CLERK REGARDING THE ORDER FOR RELIEF FROM AUTOMATIC STAY. | 0.20 | 49.00 |
| 11/13/15 | RMB | REVIEW ALICE JOHNSON LIFT STAY MOTION | 0.10 | 65.00 |
| 11/17/15 | HMB | ANALYZE FOR APPLICABLE DATES THE MOTION FOR RELIEF FROM AUTOMATIC STAY AND CALENDAR THE DECEMBER 2, 2015 HEARING. | 0.00 | 0.00 |
| 11/25/15 | HMB | ANALYZE FOR APPLICABLE DATES PAUL MAGIT'S MOTION FOR RELIEF FROM STAY AS TO INSURANCE AND CALENDAR THE DECEMBER 2, 2015 HEARING. | 0.20 | 49.00 |
| 11/25/15 | HMB | ANALYZE FOR APPLICABLE DATES THE MOTION FOR RELIEF FROM AUTOMATIC STAY AND CALENDAR THE DECEMBER 3, 2015 HEARING. | 0.20 | 49.00 |
| 11/30/15 | RMB | REVIEW MARGARET GUY'S LIFT STAY MOTION AND SEND EMAIL TO MATT GENSBURG ADVISING HIM THAT THE COMMITTEE HAS NO OBJECTION TO THE RELIEF SOUGHT IN THAT MOTION. | 0.20 | 130.00 |

TOTAL ATTORNEY & PARALEGAL TIME ....................................................................   0.90
TOTAL LEGAL FEES.............................................................................. $   342.00

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3030109
PAGE NO.  3

---

### DISBURSEMENTS

PRINTING EXPENSES                                                      13.20

**TOTAL DISBURSEMENTS ................................... $      13.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3030109
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 0.30 | 650.00 | 195.00 |
| HMB | HEATHER M. BARHORST | 0.60 | 245.00 | 147.00 |
| | **TOTAL** | **0.90** | | **342.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000013
MOTIONS FOR RELIEF FROM THE
AUTOMATIC STAY
INVOICE NO.  3030109
PAGE NO.  5


FEES.............................................................$      342.00

DISBURSEMENTS ...................................................      13.20

**TOTAL AMOUNT DUE**...............................................$_____355.20


DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**


**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____


**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

DECEMBER 17, 2015
CLIENT-MATTER NO. 111914-000012
INVOICE NO.  3030108

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  LEASES AND EXECUTORY CONTRACTS**

FEES........................................................................$        195.00

**TOTAL AMOUNT DUE** ...........................................$        **195.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000012

INVOICE NO.  3030108
PAGE NO.  2

## RE:  LEASES AND EXECUTORY CONTRACTS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 11/05/15 | RMB | SEND EMAIL TO MATT GENSBURG RE NOTICE OF NON-RENEWAL FROM TAS CONSTITUTING A VIOLATION OF THE AUTOMATIC STAY (.10) REVIEW EMAIL FROM MATT GENSBURG ASKING FOR CASES HOLDING THAT TAS'S NOTICE OF NON-RENEWAL VIOLATES THE AUTOMATIC STAY (.10) | 0.30 | 195.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................... **0.30**
**TOTAL LEGAL FEES**.................................................................$ **195.00**

DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO. 111914-000012

INVOICE NO. 3030108
PAGE NO. 3

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 0.30 | 650.00 | 195.00 |
| | **TOTAL** | **0.30** | | **195.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000012
LEASES AND EXECUTORY
CONTRACTS
INVOICE NO.  3030108
PAGE NO.  4


FEES........................................................................$      195.00


**TOTAL AMOUNT DUE**..............................................$_____**195.00**

REMITTANCE

DYKEMAGOSSETTᴘʟʟᴄ

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:_____     DATE:_____     AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

DECEMBER 17, 2015
CLIENT-MATTER NO. 111914-000015
INVOICE NO.  3030110

*FOR PROFESSIONAL SERVICES RENDERED*

## RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT

FEES...........................................................$    12,131.50

DISBURSEMENTS ......................................................    25.00

**TOTAL AMOUNT DUE ...............................................$    12,156.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3030110
PAGE NO.  2

## RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-------------|-------|--------|
| 11/09/15 | ESW | REVIEW OF PLAN OPTIONS WITH MR. GENSBURG. | 0.40 | 254.00 |
| 11/10/15 | ESW | TELEPHONE CONFERENCE WITH MR. GENSBURG RE PLAN TERMS. | 0.80 | 508.00 |
| 11/16/15 | ESW | REVIEW OF PLAN AND DISCLOSURE STATEMENT. | 0.70 | 444.50 |
| 11/17/15 | ESW | REVIEW OF PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT. | 0.20 | 127.00 |
| 11/18/15 | ESW | COURT APPEARANCE ON PLAN AND DISCLOSURE STATEMENT (0.3); REVIEW OF SAME, AND CONFERENCE WITH MR. GENSBURG RE SAME (0.4). | 0.70 | 444.50 |
| 11/18/15 | ESW | REVIEW OF PLAN AND DISCLOSURE STATEMENT(1.0). | 1.00 | 635.00 |
| 11/18/15 | HMB | ANALYZE CORRESPONDENCE FROM COURT CLERK REGARDING THE CHAPTER 11 PLAN OF LIQUIDATION OF YELLOW CAB AFFILIATION, INC. AND THE DISCLOSURE STATEMENT FOR THE CHAPTER 11 PLAN OF LIQUIDATION. | 0.20 | 49.00 |
| 11/20/15 | ESW | REVIEW OF DRAFT PLAN OF LIQUIDATION (0.4); ELEPHONE CONFERENCE WITH MR. GENSBURG RE ISSUES REGARDING TAS AND USE OF YELLOW-RELATED TRADEMARKS IN CONNECTION WITH SALE OF YCA UNDER PLAN (0.3). | 0.70 | 444.50 |
| 11/23/15 | ESW | REVIEW OF PLAN AND DISCLOSURE STATEMENT (2.0); DISCUSS ISSUES WITH PLAN WITH DSI (1.4). | 3.40 | 2,159.00 |
| 11/23/15 | RMB | MEET WITH PAT O'MALLEY AND SHELLY CUFF TO REVIEW DEBTOR'S PLAN AND DISCLOSURE STATEMENT AND BEGIN LISTING PROBLEMS/ISSUES WITH SAME | 2.00 | 1,300.00 |
| 11/24/15 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE PLAN AND DISCLOSURE STATEMENT (0.9). | 0.90 | 571.50 |
| 11/24/15 | ESW | REVIEW OF PLAN AND DISCLOSURE STATEMENT (1.6). | 1.60 | 1,016.00 |
| 11/24/15 | RMB | CALL WITH MATT GENSBURG TO DISCUSS HIS REQUEST FOR A 21 DAY EXTENSION OF THE TIME IN WHICH THE DEBTOR HAS THE EXCLUSIVE RIGHT TO SOLICIT ACCEPTANCES OF THE DEBTOR'S PLAN OF LIQUIDATION | 0.10 | 65.00 |
| 11/29/15 | ESW | CONTINUED REVIEW OF PLAN AND DISCLOSURE STATEMENT (2.0). | 2.00 | 1,270.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3030110
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 11/30/15 | ESW | REVIEW OF PLAN AND DISCLOSURE STATEMENT AND INTERLINEATE COMMENTS TO BOTH (0.8); CORRESPOND WITH COMMITTEE RE FURTHER COMMENTS TO PLAN AND DISCLOSURE STATEMENT (0.3). | 1.10 | 698.50 |
| 11/30/15 | RMB | CORRESPONDENCE WITH MR. GENSBURG RE: PLAN AND DISCLOSURE STATEMENT. | 0.10 | 65.00 |
| 11/30/15 | RMB | REVIEW AND REVISE MATT GENSBURG'S DRAFT ORDER EXTENDING THE TIME IN WHICH THE DEBTOR HAS THE EXCLUSIVE RIGHT TO SOLICIT ACCEPTANCES TO ITS PLAN | 0.20 | 130.00 |
| 11/30/15 | RMB | BEGIN REVIEWING DEBTOR'S DRAFT DISCLOSURE STATEMENT | 3.00 | 1,950.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ......................................................... **19.10**
**TOTAL LEGAL FEES** ................................................................ $ **12,131.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.    111914-000015

INVOICE NO.  3030110
PAGE NO.  4

---

**DISBURSEMENTS**

---

PRINTING EXPENSES                                    25.00

**TOTAL DISBURSEMENTS ...................................$      25.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3030110
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| ESW | EDWARD S. WEIL | 13.50 | 635.00 | 8,572.50 |
| RMB | RICHARD M. BENDIX | 5.40 | 650.00 | 3,510.00 |
| HMB | HEATHER M. BARHORST | 0.20 | 245.00 | 49.00 |
| **TOTAL** | | **19.10** | | **12,131.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

CLIENT-MATTER NO.   111914-000015
PLAN OF
REORGANIZATION/LIQUIDATION AND
DISCLOSURE STATEMENT

DECEMBER 17, 2015

INVOICE NO.  3030110
PAGE NO.  6


FEES......................................................................$   12,131.50

DISBURSEMENTS ....................................................   25.00


**TOTAL AMOUNT DUE**.............................................$   **12,156.50**


**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**


**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____     **DATE:** _____     **AMOUNT:** _____


**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

DECEMBER 17, 2015
CLIENT-MATTER NO. 111914-000016
INVOICE NO. 3030111

*FOR PROFESSIONAL SERVICES RENDERED*

RE: **SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

FEES.........................................................$      195.00

DISBURSEMENTS ......................................      3.20

**TOTAL AMOUNT DUE**..............................$_____198.20

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000016

INVOICE NO.  3030111
PAGE NO.  2

## RE:  SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 11/13/15 | RMB | CALL WITH PAT O'MALLEY AND SHELLEY CUFF TO DISCUSS QUESTIONS REGARDING DEBTOR'S SUPPLEMENT TO ITS STATEMENT OF FINANCIAL AFFAIRS | 0.30 | 195.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................................... **0.30**
**TOTAL LEGAL FEES**........................................................................................ $ **195.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000016

INVOICE NO.  3030111
PAGE NO.  3

---

### DISBURSEMENTS

PRINTING EXPENSES                                                    3.20

**TOTAL DISBURSEMENTS ................................... $      3.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000016

INVOICE NO.  3030111
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|-----------------------|-------|--------|--------|
| RMB | RICHARD M. BENDIX | 0.30 | 650.00 | 195.00 |
| | **TOTAL** | **0.30** | | **195.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

DECEMBER 17, 2015

CLIENT-MATTER NO.   111914-000016
SCHEDULES AND STATEMENT OF
FINANCIAL AFFAIRS
INVOICE NO.  3030111
PAGE NO.  5


FEES...................................................................$        195.00

DISBURSEMENTS .....................................................        3.20

**TOTAL AMOUNT DUE** ............................................$        198.20


**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:**_____        **DATE:**_____        **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____