# EXHIBIT B

**GT** GreenbergTraurig

| | |
|---|---|
| Invoice No. : | 4108059 |
| File No.    : | 155701.010100 |
| Bill Date  : | January 5, 2016 |

Yellow Cab Affiliation, Inc.
3351 W. Addison
Chicago, IL  60618

Attn:  Michael Levine

## INVOICE

Re:   Restructure

Legal Services through December 31, 2015:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 9,068.00 |

Expenses:

| | | |
|---|---|---|
| GT Imaging | 88.35 | |
| Total Expenses: | $ | 88.35 |
| **Current Invoice**: | **$** | **9,156.35** |

NAP:DMV
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

Invoice No.: 4108059
Matter No.: 155701.010100

## Description of Professional Services Rendered:

TASK CODE: 804             CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 12/21/15 | Martin Kedziora | Prepare for and conference call with N. Peterman and M. Gensburg re case generally. | 0.70 | 200.00 | 140.00 |

Total Hours: 0.70

Total Amount: $ 140.00

TIMEKEEPER SUMMARY FOR TASK CODE 804,

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Martin Kedziora | 0.70 | 200.00 | 140.00 |
| Totals: | 0.70 | 200.00 | $ 140.00 |

Invoice No.: 4108059 Page 2
Matter No.: 155701.010100

Description of Professional Services Rendered

TASK CODE: 808 U.S. TRUSTEE EXAMINER/ TRUSTEE MOTION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 12/01/15 | Martin Kedziora | Review and analyze examiner's report. | 1.90 | 200.00 | 380.00 |
| 12/01/15 | Nancy A. Peterman | Review and analysis of examiner's report. | 1.70 | 680.00 | 1,156.00 |
| 12/02/15 | Martin Kedziora | Research and analyze Section 107(b) case law to determine if portions of examiner report may be filed under seal (3.3); draft memorandum re same (1.2). | 4.50 | 200.00 | 900.00 |
| 12/03/15 | Nancy A. Peterman | Review revised examiner report. | 0.30 | 680.00 | 204.00 |
| 12/08/15 | Brett M. Doran | Review independent examiner's report following review of Debtor's business, with focus on data and systems issues in report as relating to possible continued discovery disputes with Creditors Committee. | 1.80 | 372.00 | 669.60 |

Total Hours: 10.20

Total Amount: $ 3,309.60

TIMEKEEPER SUMMARY FOR TASK CODE 808.

U.S. TRUSTEE EXAMINER/ TRUSTEE MOTION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Brett M. Doran | 1.80 | 372.00 | 669.60 |
| Nancy A. Peterman | 2.00 | 680.00 | 1,360.00 |
| Martin Kedziora | 6.40 | 200.00 | 1,280.00 |
| Totals: | 10.20 | 324.47 | $ 3,309.60 |

Invoice No.:     4108059                                                          Page 3
Matter No.:     155701.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:        810                        LITIGATION MATTERS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>RATE</u> | <u>AMOUNT</u> |
|---|---|---|---|---|---|
| 12/02/15 | Martin Kedziora | Draft motion to extend deadline to remove civil actions. | 1.70 | 200.00 | 340.00 |
| 12/07/15 | Martin Kedziora | Finalize motion to extend time to remove civil actions. | 0.90 | 200.00 | 180.00 |

Total Hours:     2.60

Total Amount:     $ 520.00

<u>TIMEKEEPER SUMMARY FOR TASK CODE 810,</u>

LITIGATION MATTERS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Martin Kedziora | 2.60 | 200.00 | 520.00 |
| Totals: | 2.60 | 200.00 | $ 520.00 |

Invoice No.:     4108059                                                          Page 4
Matter No.:     155701.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:        812                    PLAN & DISCLOSURE STATEMENT

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>RATE</u> | <u>AMOUNT</u> |
|---|---|---|---|---|---|
| 12/01/15 | Nancy A. Peterman | Review and analysis of final version of plan (.40) and disclosure statement (.40). | 0.80 | 680.00 | 544.00 |
| 12/18/15 | Martin Kedziora | Begin drafting motion to approve disclosure statement and solicitation procedure. | 0.80 | 200.00 | 160.00 |
| 12/20/15 | Martin Kedziora | Draft motion to approve disclosure statement and solicitation procedures. | 0.70 | 200.00 | 140.00 |
| 12/21/15 | Nancy A. Peterman | Participate in strategy call with M. Gensburg and M. Kedziora re plan and disclosure statement. | 0.30 | 680.00 | 204.00 |
| 12/22/15 | Martin Kedziora | Draft motion to approve disclosure statement and solicitation procedure. | 2.50 | 200.00 | 500.00 |
| 12/29/15 | Martin Kedziora | Draft motion to approve disclosure statement and solicitation procedure. | 4.60 | 200.00 | 920.00 |
| 12/30/15 | Martin Kedziora | Draft motion to approve disclosure statement and solicitation procedure (2.0); communicate with Epiq via email re same (.0.2). | 2.20 | 200.00 | 440.00 |
| 12/31/15 | Martin Kedziora | Draft motion to approve disclosure statement and solicitation procedure (3.0); conference call with Epiq re same (0.2); review Epiq's comments to proposed solicitation procedure (0.2) | 3.40 | 200.00 | 680.00 |

Total Hours:     15.30

Total Amount:          $ 3,588.00

<u>TIMEKEEPER SUMMARY FOR TASK CODE 812</u>,

PLAN & DISCLOSURE STATEMENT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 1.10 | 680.00 | 748.00 |
| Martin Kedziora | 14.20 | 200.00 | 2,840.00 |
| Totals: | 15.30 | 234.51 | $      3,588.00 |

Invoice No.: 4108059
Matter No.: 155701.010100

<u>Description of Professional Services Rendered</u>

TASK CODE: 813 FEE/EMPLOYMENT APPLICATIONS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>RATE</u> | <u>AMOUNT</u> |
|---|---|---|---|---|---|
| 12/04/15 | Martin Kedziora | Review Dykema's motion to compel payment of fees. | 0.20 | 200.00 | 40.00 |
| | | Total Hours: | 0.20 | | |
| | | Total Amount: | | | $ 40.00 |

<u>TIMEKEEPER SUMMARY FOR TASK CODE 813</u>,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Martin Kedziora | 0.20 | 200.00 | 40.00 |
| Totals: | 0.20 | 200.00 | $ 40.00 |

Invoice No.: 4108059
Matter No.: 155701.010100

<u>Description of Professional Services Rendered</u>

TASK CODE: 824 PREPARATION/REVIEW REPORTS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>RATE</u> | <u>AMOUNT</u> |
|---|---|---|---|---|---|
| 12/08/15 | Martin Kedziora | Review amended monthly operating report (0.3); conference call with M. Gensburg re same (0.1); finalize and file same with court (0.3). | 0.70 | 200.00 | 140.00 |
| 12/22/15 | Martin Kedziora | Review monthly operating report. | 0.20 | 200.00 | 40.00 |
| 12/23/15 | Martin Kedziora | Review monthly operating report (0.2); conference call with M. Gensburg re same (0.10); file the same (0.2). | 0.50 | 200.00 | 100.00 |

Total Hours: 1.40

Total Amount: $ 280.00

<u>TIMEKEEPER SUMMARY FOR TASK CODE 824</u>,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Martin Kedziora | 1.40 | 200.00 | 280.00 |
| Totals: | 1.40 | 200.00 | $ 280.00 |

Invoice No.:       4108059                                                            Page 7
Matter No.:        155701.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:        833                        COURT HEARINGS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>RATE</u> | <u>AMOUNT</u> |
|---|---|---|---|---|---|
| 12/09/15 | Brett M. Doran | Prepare for (1.0) and attend (2.2) hearing on independent examiner's report and motions to compel production of information and documents from Debtor. | 3.20 | 372.00 | 1,190.40 |

Total Hours:        3.20

Total Amount:                    $ 1,190.40

<u>TIMEKEEPER SUMMARY FOR TASK CODE 833</u>,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Brett M. Doran | 3.20 | 372.00 | 1,190.40 |
| Totals: | 3.20 | 372.00 | $     1,190.40 |

Invoice No.: 4108059                                                    Page  8
Matter No.: 155701.010100

<u>Description of Professional Services Rendered</u>

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Brett M. Doran | 5.00 | 372.00 | 1,860.00 |
| Nancy A. Peterman | 3.10 | 680.00 | 2,108.00 |
| Martin Kedziora | 25.50 | 200.00 | 5,100.00 |
| Totals: | 33.60 | 269.88 | $   9,068.00 |

Invoice No.: 4108059  Page 9
Re: Restructure
Matter No.: 155701.010100

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 11/24/15 | GT Imaging Invoice 20151124-4309 Dated 11/24/15 - Re: 155701.010100 Yellow Cab (Concordance Hosting) | $ | 88.35 |
| | Total Expenses: | $ | 88.35 |

**GT** GreenbergTraurig

Invoice No. : 4126065
File No. : 155701.010100
Bill Date : February 2, 2016

Yellow Cab Affiliation, Inc.
3351 W. Addison
Chicago, IL 60618

Attn: Michael Levine

# INVOICE

Re: Restructure

Legal Services through January 31, 2016:

| | | |
|---|---|---|
| Total Fees: | $ | 29,252.40 |

Expenses:

| | | | |
|---|---|---|---|
| GT Imaging | 88.35 | | |
| Transcript Charges | 78.00 | | |
| Total Expenses: | | $ | 166.35 |
| **Current Invoice:** | | **$** | **29,418.75** |

NAP:DMV
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

Invoice No.: 4126065                                                                                    Page  1
Matter No.: 155701.010100


Description of Professional Services Rendered:


TASK CODE:          804                              CASE ADMINISTRATION


| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 01/04/16 | Martin Kedziora | Conference call with co-counsel re general case strategy. | 0.20 | 228.00 | 45.60 |

                                        Total Hours:        0.20

                                                     Total Amount:              $ 45.60



TIMEKEEPER SUMMARY FOR TASK CODE 804,

         CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Martin Kedziora | 0.20 | 228.00 | 45.60 |
| Totals: | 0.20 | 228.00 | $      45.60 |

Invoice No.:     4126065
Matter No.:     155701.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:          808                    U.S. TRUSTEE EXAMINER/ TRUSTEE MOTION

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>RATE</u> | <u>AMOUNT</u> |
|---|---|---|---|---|---|
| 01/11/16 | Nancy A. Peterman | Review and comment on motion to pay examiner. | 0.10 | 680.00 | 68.00 |
| | | Total Hours: | 0.10 | | |
| | | Total Amount: | | | $ 68.00 |

<u>TIMEKEEPER SUMMARY FOR TASK CODE 808</u>.

U.S. TRUSTEE EXAMINER/ TRUSTEE MOTION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.10 | 680.00 | 68.00 |
| Totals: | 0.10 | 680.00 | $     68.00 |

Invoice No.:     4126065
Matter No.:     155701.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:     810                 LITIGATION MATTERS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>RATE</u> | <u>AMOUNT</u> |
|---|---|---|---|---|---|
| 01/13/16 | Brett M. Doran | Analysis of proposed order filed late by creditors committee in support of committee's motion to compel documents. | 0.80 | 388.00 | 310.40 |
| 01/14/16 | Brett M. Doran | Draft outline analyzing proposed order filed by creditors committee in support of committee's motion to compel documents. | 1.40 | 388.00 | 543.20 |
| 01/15/16 | Brett M. Doran | Correspondence with electronic discovery vendor regarding data storage and access in connection with possible additional production. | 0.30 | 388.00 | 116.40 |
| 01/19/16 | Brett M. Doran | Call with M. Gensberg and M. Kedziora re letter to creditors committee addressing document production issues (.4); correspondence with ediscovery vendor regarding analysis of creditors committee's revised proposed search terms and possible counterproposals (.9); analysis of outstanding discovery issues in connection with limited need for search terms and additional ESI discovery (.8). | 2.10 | 388.00 | 814.80 |
| 01/19/16 | Martin Kedziora | Conference call with B. Doran and M. Gensburg re discovery and motion to compel (0.4); review emails from Committee's counsel re substantive consolidation (0.10). | 0.50 | 228.00 | 114.00 |
| 01/20/16 | Brett M. Doran | Conference calls and email correspondence with ediscovery vendors regarding ESI production options. | 0.90 | 388.00 | 349.20 |
| 01/20/16 | Martin Kedziora | Review proposed order re motion to compel (.5); draft letter to Committee's counsel in response to the proposed order and identifying categories of documents already produced to the Committee (4.0); conference calls with M. Gensburg and B. Doran re same (0.6). | 5.10 | 228.00 | 1,162.80 |
| 01/21/16 | Brett M. Doran | Draft letter to creditors committee detailing Debtor's document production status and any open issues remaining for purposes of presenting to Judge in connection with creditors committee's motion to compel document production (3.4); review and comment on affiliates' letter to creditors committee on document production status (.4); call with M. Gensburg regarding letters to creditors committee on document production status (.2). | 4.00 | 388.00 | 1,552.00 |
| 01/21/16 | Martin Kedziora | Conference call with M. Gensburg and B. | 1.30 | 228.00 | 296.40 |

Invoice No.: 4126065
Matter No.: 155701.010100

Description of Professional Services Rendered

| | | | | | |
|---|---|---|---|---|---|
| | | Doran re production of documents and proposed order re motion to compel (0.5); identify documents already produced to the Committee and revise a letter to the Committee re same (0.8). | | | |
| 01/22/16 | Brett M. Doran | Calls and correspondence with ediscovery vendors regarding cost estimates of possible ESI production and logistics of production (.7); analysis of ESI production options and cost estimates and develop strategy on ESI matters (.7); call with M. Gensburg regarding letter to creditors committee regarding status of document production (.2); revise letter to creditors committee regarding status of document production (.8). | 2.40 | 388.00 | 931.20 |
| 01/22/16 | Martin Kedziora | Review response letter to Committee re motion to compel and production of documents (0.2); conference with B. Doran re same (0.10). | 0.30 | 228.00 | 68.40 |

Total Hours: 19.10

Total Amount: $ 6,258.80

TIMEKEEPER SUMMARY FOR TASK CODE 810.

LITIGATION MATTERS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Brett M. Doran | 11.90 | 388.00 | 4,617.20 |
| Martin Kedziora | 7.20 | 228.00 | 1,641.60 |
| Totals: | 19.10 | 327.69 | $ 6,258.80 |

Invoice No.:  4126065
Matter No.:  155701.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:  812  PLAN & DISCLOSURE STATEMENT

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>RATE</u> | <u>AMOUNT</u> |
|---|---|---|---|---|---|
| 01/04/16 | Martin Kedziora | Draft motion to approve disclosure statement and establish solicitation procedures. | 8.90 | 228.00 | 2,029.20 |
| 01/05/16 | Martin Kedziora | Draft motion to approve disclosure statement and establish solicitation procedures and exhibits thereto (7.0); conference with N. Peterman re solicitation process(0.2); review M. Gensburg's comments on draft solicitation motion (0.2). | 7.40 | 228.00 | 1,687.20 |
| 01/06/16 | Martin Kedziora | Revise solicitation motion (0.3); discuss proposed ballot forms with N. Peterman (0.2); review email from R. Bendix re plan mediation (0.10). | 0.60 | 228.00 | 136.80 |
| 01/07/16 | Martin Kedziora | Draft motion to approve disclosure statement and establish solicitation procedures (6.7); conference call with N. Peterman and M. Gensburg re same (0.8). | 7.50 | 228.00 | 1,710.00 |
| 01/07/16 | Nancy A. Peterman | Telephone conference with M. Gensburg and M. Kedziora re plan, disclosure statement, and solicitation motion/timeline and related issues. | 0.80 | 680.00 | 544.00 |
| 01/08/16 | Martin Kedziora | Revise motion to approve disclosure statement and establish solicitation procedures, including exhibits to the motion (4.9); review and revise disclosure statement (4.00). | 8.90 | 228.00 | 2,029.20 |
| 01/08/16 | Nancy A. Peterman | Revise proposed plan. | 1.40 | 680.00 | 952.00 |
| 01/10/16 | Martin Kedziora | Email with Epiq re ballot forms (0.2); revise solicitation motion (0.3). | 0.50 | 228.00 | 114.00 |
| 01/11/16 | Martin Kedziora | Draft (4.5) and revise (3.0) motion to approve disclosure statement and establish solicitation procedures, and all exhibits thereto; finalize First Amended Disclosure Statement and First Amended Plan (3.5). | 11.00 | 228.00 | 2,508.00 |
| 01/11/16 | Nancy A. Peterman | Review and respond to emails from M. Kedziora re solicitation motion issues. | 0.30 | 680.00 | 204.00 |
| 01/11/16 | Nancy A. Peterman | Review and comment on draft solicitation motion and related exhibits. | 1.40 | 680.00 | 952.00 |
| 01/11/16 | Nancy A. Peterman | Prepare for and participate in telephone conference with M. Gensburg and M. Kedziora re solicitation motion and open issues on plan/disclosure statement. | 0.50 | 680.00 | 340.00 |
| 01/11/16 | Nancy A. Peterman | Review and comment on revised disclosure statement. | 0.40 | 680.00 | 272.00 |
| 01/11/16 | Nancy A. Peterman | Review and comment on revised plan. | 0.40 | 680.00 | 272.00 |
| 01/12/16 | Martin Kedziora | Review amended plan (.5), amended | 2.80 | 228.00 | 638.40 |

Invoice No.: 4126065
Matter No.: 155701.010100

<u>Description of Professional Services Rendered</u>

| | | | | | |
|---|---|---|---|---|---|
| | | disclosure statement (.5), and solicitation motion (.5); review redline versions of the plan and disclosure statement showing changes made to the original version (1.0); draft a notice of filing of redline version of the plan and disclosure statement (0.3). | | | |
| 01/15/16 | Martin Kedziora | Revise notice of filing and file redline version of the plan and disclosure statement with the court (0.50); review/revise ballot forms (0.6). | 1.10 | 228.00 | 250.80 |
| 01/22/16 | Martin Kedziora | Draft motion to extend exclusive solicitation period. | 4.40 | 228.00 | 1,003.20 |
| 01/25/16 | Martin Kedziora | Revise motion to extend exclusive solicitation period (2.5); research and review applicable caselaw (2.4). | 4.90 | 228.00 | 1,117.20 |
| 01/26/16 | Martin Kedziora | Revise motion to extend exclusive solicitation period. | 1.80 | 228.00 | 410.40 |

Total Hours: 65.00

Total Amount: $ 17,170.40

<u>TIMEKEEPER SUMMARY FOR TASK CODE 812</u>,

PLAN & DISCLOSURE STATEMENT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 5.20 | 680.00 | 3,536.00 |
| Martin Kedziora | 59.80 | 228.00 | 13,634.40 |
| Totals: | 65.00 | 264.16 | $ 17,170.40 |

Invoice No.:     4126065                                                                      Page 7
Matter No.:      155701.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:          813                    FEE/EMPLOYMENT APPLICATIONS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>RATE</u> | <u>AMOUNT</u> |
|---|---|---|---|---|---|
| 01/04/16 | Martin Kedziora | Review and revise certification of no objection re GT November invoice. | 0.30 | 228.00 | 68.40 |
| 01/06/16 | Martin Kedziora | Review draft certification of no objection re GT's monthly invoice. | 0.20 | 228.00 | 45.60 |
| 01/11/16 | Carla Greenberg | Draft GT's 3rd interim fee application and related charts (1.7); email same to N. Peterman and M. Kedziora (.1). | 1.80 | 120.00 | 216.00 |
| 01/11/16 | Martin Kedziora | Review transcript from 6/18/15 hearing on application to retain Epiq as ediscovery consultant. | 0.50 | 228.00 | 114.00 |
| 01/12/16 | Martin Kedziora | Revise GT's 3rd interim fee application. | 1.90 | 228.00 | 433.20 |
| 01/13/16 | Martin Kedziora | Revise GT's 3rd interim fee application. | 4.50 | 228.00 | 1,026.00 |
| 01/14/16 | Martin Kedziora | Revise GT's 3rd interim fee application (2.10); conference call with B. Doran re same (0.2); conference calls with M. Gensburg and R. Bendix re hearing date on interim fee applications and extension of time to file same (0.2). | 2.50 | 228.00 | 570.00 |
| 01/15/16 | Martin Kedziora | Conference calls with courtroom deputy (0.10) and committee's counsel (0.10) regarding entry of an order appointing Epiq as ediscovery consultant; email to Committee's counsel enclosing draft order (0.10). | 0.30 | 228.00 | 68.40 |
| 01/18/16 | Martin Kedziora | Revise (1.0) and finalize (.4) and file (.1) GT's 3rd interim fee application. | 1.50 | 228.00 | 342.00 |
| 01/18/16 | Nancy A. Peterman | Revise GT's interim fee application. | 0.70 | 680.00 | 476.00 |
| 01/27/16 | Martin Kedziora | Conference call with courtroom deputy re entry of an order appointing Epiq as ediscovery consultant (0.10); send email enclosing the same (0.10). | 0.20 | 228.00 | 45.60 |

Total Hours:          14.40

Total Amount:          $ 3,405.20

Invoice No.:     4126065                                                                      Page 8
Matter No.:     155701.010100

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR TASK CODE 813,

     FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.70 | 680.00 | 476.00 |
| Martin Kedziora | 11.90 | 228.00 | 2,713.20 |
| Carla Greenberg | 1.80 | 120.00 | 216.00 |
| Totals: | 14.40 | 236.47 | $ 3,405.20 |

Invoice No.:    4126065
Matter No.:    155701.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:    814                GT FEE/EMPLOYMENT OBJECTIONS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>RATE</u> | <u>AMOUNT</u> |
|---|---|---|---|---|---|
| 01/13/16 | Martin Kedziora | Draft response to Committee's objection to GT's monthly invoice. | 2.70 | 228.00 | 615.60 |
| 01/14/16 | Brett M. Doran | Correspondence with M. Kedziora regarding outstanding fee petition (.2); revision to fee petition and response to the creditors committee's objections to Greenberg Traurig's fees (.8). | 1.00 | 388.00 | 388.00 |

Total Hours:    3.70

Total Amount:    $ 1,003.60

<u>TIMEKEEPER SUMMARY FOR TASK CODE 814</u>,

GT FEE/EMPLOYMENT OBJECTIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Brett M. Doran | 1.00 | 388.00 | 388.00 |
| Martin Kedziora | 2.70 | 228.00 | 615.60 |
| Totals: | 3.70 | 271.24 | $ 1,003.60 |

Invoice No.:      4126065
Matter No.:       155701.010100

Description of Professional Services Rendered

TASK CODE:        824              PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 01/15/16 | Martin Kedziora | Conference calls with G. Sakata and M. Gensburg re monthly operating report (0.3); review and file monthly operating report (0.3). | 0.60 | 228.00 | 136.80 |

|  | Total Hours: | 0.60 |
|--|-------------|------|
|  | Total Amount: | $ 136.80 |

TIMEKEEPER SUMMARY FOR TASK CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Martin Kedziora | 0.60 | 228.00 | 136.80 |
| Totals: | 0.60 | 228.00 | $ 136.80 |

Invoice No.: 4126065
Matter No.: 155701.010100

Description of Professional Services Rendered

TASK CODE: 833 COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 01/14/16 | Brett M. Doran | Prepare argument outline for hearing regarding creditors committee's proposed order on committee's motion to compel documents (1.2); attend status hearing on various motions including creditors committee's motion to compel documents (1.8). | 3.00 | 388.00 | 1,164.00 |

Total Hours: 3.00

Total Amount: $ 1,164.00

TIMEKEEPER SUMMARY FOR TASK CODE 833,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Brett M. Doran | 3.00 | 388.00 | 1,164.00 |
| Totals: | 3.00 | 388.00 | $ 1,164.00 |

Invoice No.:    4126065
Matter No.:    155701.010100

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Brett M. Doran | 15.90 | 388.00 | 6,169.20 |
| Nancy A. Peterman | 6.00 | 680.00 | 4,080.00 |
| Martin Kedziora | 82.40 | 228.00 | 18,787.20 |
| Carla Greenberg | 1.80 | 120.00 | 216.00 |
| Totals: | 106.10 | 275.71 | $ 29,252.40 |

Case 15-09389 Doc 5652 Filed 04/20/16 Entered 04/20/16 18:03:28 Desc Exhibit
B - Monthly Invoice Page 25 of 34

Invoice No.:    4126065                                              Page  13
Re:            Restructure
Matter No.:    155701.010100


<u>Description of Expenses Billed</u>:

| <u>DATE</u> | <u>DESCRIPTION</u> | | <u>AMOUNT</u> |
|------|-------------|---|--------|
| 12/24/15 | GT Imaging Invoice 201501224-4309 Dated 12/24/15 - Re: 155701.010100 Yellow Cab (Concordance Hosting) | $ | 88.35 |
| 01/11/16 | VENDOR: Defini, Jackleen INVOICE#: 31011116780 DATE: 1/11/2016 Transcript of June 18, 2016 court hearing. | $ | 78.00 |
| | Total Expenses: | $ | 166.35 |

**GT** GreenbergTraurig

|  |  |  |
|---|---|---|
| Invoice No. | : | 4146565 |
| File No. | : | 155701.010100 |
| Bill Date | : | March 2, 2016 |

Yellow Cab Affiliation, Inc.
3351 W. Addison
Chicago, IL 60618

Attn: Michael Levine

## INVOICE

Re: Restructure

Legal Services through February 29, 2016:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 12,298.00 |

Expenses:

| | |
|---|---|
| Conference Calls | 1.91 |
| GT Imaging | 88.35 |

|  |  |  |
|---|---|---|
| Total Expenses: | $ | 90.26 |
| **Current Invoice:** | **$** | **12,388.26** |

NAP:DMV
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

| Invoice No.: | 4146565 | Page 1 |
|---|---|---|
| Matter No.: | 155701.010100 | |

## Description of Professional Services Rendered:

TASK CODE:    804                  CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/03/16 | Martin Kedziora | Update case calendar. | 0.20 | 228.00 | 45.60 |
| 02/08/16 | Nancy A. Peterman | Telephone conference with M. Gensburg and M. Kedziora re case conclusion issues. | 0.50 | 680.00 | 340.00 |
| 02/12/16 | Martin Kedziora | Update case calendar. | 0.60 | 228.00 | 136.80 |
| 02/12/16 | Martin Kedziora | Review multiple orders entered by the court on pending motions. | 0.60 | 228.00 | 136.80 |
| 02/29/16 | Martin Kedziora | Conference call with M. Gensburg and N. Peterman re case status and strategy. | 0.20 | 228.00 | 45.60 |
| 02/29/16 | Nancy A. Peterman | Telephone conference with M. Gensburg and M. Kedziora re mediation and upcoming hearing. | 0.20 | 680.00 | 136.00 |

Total Hours:    2.30

Total Amount:    $ 840.80

## TIMEKEEPER SUMMARY FOR TASK CODE 804,

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.70 | 680.00 | 476.00 |
| Martin Kedziora | 1.60 | 228.00 | 364.80 |
| Totals: | 2.30 | 365.57 $ | 840.80 |

Invoice No.: 4146565
Matter No.: 155701.010100

Description of Professional Services Rendered

TASK CODE: 810                 LITIGATION MATTERS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/04/16 | Brett M. Doran | Review letters from creditors committee to debtor and affiliates concerning remaining discovery disputes (.5); analysis of creditors committee's second revised set of search terms (.7); call with affiliates' counsel regarding creditors committee's positions on discovery and coordinate response (.5). | 1.70 | 388.00 | 659.60 |
| 02/04/16 | Nancy A. Peterman | Review and analysis of emails from Committee and co-counsel re substantive consolidation and discovery issues. | 0.20 | 680.00 | 136.00 |
| 02/08/16 | Brett M. Doran | Call with M. Gensburg to discuss response to creditors committee's latest letter on discovery and strategy for upcoming hearing on motions to compel (.5); call with affiliates' counsel to coordinate responses to committee on outstanding discovery matters (.2); review renewed motion to compel filed by creditors committee (.5). | 1.20 | 388.00 | 465.60 |
| 02/09/16 | Brett M. Doran | Call with affiliates' counsel regarding responses to creditors committee on outstanding discovery matters (.2); meeting with M. Kedziora regarding preparation for hearing (.3). | 0.50 | 388.00 | 194.00 |
| 02/09/16 | Martin Kedziora | Review renewed motion to compel (0.2); review motion for derivative standing and proposed substantive consolidation complaint (0.5). | 0.70 | 228.00 | 159.60 |
| 02/10/16 | Brett M. Doran | Call with M. Gensburg to discuss creditors committee's renewed motion to compel production (4); review renewed motion to compel filed by creditors committee and draft outline for response (1.3); prepare for oral argument at hearing on creditors committee's outstanding motions to compel production of documents (3.8). | 5.50 | 388.00 | 2,134.00 |
| 02/10/16 | Martin Kedziora | Review and prepare supplemental production of documents. | 0.40 | 228.00 | 91.20 |
| 02/11/16 | Brett M. Doran | Prepare for oral argument at hearing on creditors committee's outstanding motions to compel production of documents (.8); attend hearing and argue in opposition to creditors committee's renewed motion to compel production of documents (1.9). | 2.70 | 388.00 | 1,047.60 |
| 02/11/16 | Martin Kedziora | Finalize supplemental production of documents. | 0.20 | 228.00 | 45.60 |
| 02/18/16 | Brett M. Doran | Calls with M. Gensburg and P. Groben | 1.10 | 388.00 | 426.80 |

Invoice No.:    4146565
Matter No.:    155701.010100

Description of Professional Services Rendered

|            |               |                                                                                                                                                    |       |        |        |
|------------|---------------|----------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|--------|
|            |               | regarding outstanding discovery matters and responding to creditors committee's discovery letters.                                                 |       |        |        |
| 02/19/16   | Brett M. Doran | Prepare for (.4) and participate in (.6) call with M. Gensburg and affiliates' counsel regarding creditors committee's discovery and ESI requests. | 1.00  | 388.00 | 388.00 |
| 02/22/16   | Brett M. Doran | Call with P. Groban regarding response to creditors committee's motion to compel.                                                                  | 0.80  | 388.00 | 310.40 |
| 02/23/16   | Brett M. Doran | Call with M. Gensburg regarding ESI production plan (.3); correspondence with ediscovery vendors regarding electronic data storage and pricing (.3). | 0.60  | 388.00 | 232.80 |
| 02/24/16   | Brett M. Doran | Call and correspondence with affiliates' counsel regarding outstanding discovery issues and production of ESI.                                     | 0.30  | 388.00 | 116.40 |

Total Hours:    16.90

Total Amount:    $ 6,407.60

TIMEKEEPER SUMMARY FOR TASK CODE 810,

LITIGATION MATTERS

| Timekeeper Name    | Hours Billed | Rate   | Total $ Amount |
|--------------------|--------------|--------|----------------|
| Brett M. Doran     | 15.40        | 388.00 | 5,975.20       |
| Nancy A. Peterman  | 0.20         | 680.00 | 136.00         |
| Martin Kedziora    | 1.30         | 228.00 | 296.40         |
| Totals:            | 16.90        | 379.15 | $    6,407.60  |

Invoice No.: 4146565
Matter No.: 155701.010100

Description of Professional Services Rendered

TASK CODE: 812 PLAN & DISCLOSURE STATEMENT

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 02/01/16 | Martin Kedziora | Draft motion to extend exclusive solicitation period. | 2.20 | 228.00 | 501.60 |
| 02/03/16 | Martin Kedziora | Revise draft notice of publication re disclosure statement and confirmation hearing. | 0.20 | 228.00 | 45.60 |
| 02/04/16 | Martin Kedziora | Research and analyze cases re standard to extend exclusive solicitation period for a filed plan (2.5); finalize motion to extend the solicitation period (1.2). | 3.70 | 228.00 | 843.60 |
| 02/04/16 | Nancy A. Peterman | Review and comment on draft motion to extend solicitation period. | 0.40 | 680.00 | 272.00 |
| 02/05/16 | Martin Kedziora | Draft email to co-counsel re additional authority supporting motion to extend solicitation period to file a plan (0.20); conference call with Epiq re solicitation process (0.20); review filed proofs of claims for purposes of solicitation process (0.50); conference call with M. Gensburg re same (0.20). | 1.10 | 228.00 | 250.80 |
| 02/08/16 | Martin Kedziora | Review solicitation package memo prepared by Epiq (.5); compare content against the solicitation order (.5); revise report allocating claims to voting and non-voting classes (1.5); prepare for and conference call with N.Peterman and M. Gensburg re solicitation process and case strategy (0.8); review Epiq's proposed changes to tabulation rules (0.2). | 3.50 | 228.00 | 798.00 |
| 02/09/16 | Martin Kedziora | Review Dykema's fee petition for purposes of determining plan feasibility. | 0.60 | 228.00 | 136.80 |
| 02/09/16 | Martin Kedziora | Conference calls with M. Gensburg (0.20) and Committee's counsel (0.20) re Dykemas's fee application and the plan. | 0.40 | 228.00 | 91.20 |
| 02/09/16 | Martin Kedziora | Review objections to disclosure statement. | 1.50 | 228.00 | 342.00 |
| 02/24/16 | Nancy A. Peterman | Meet with UCC and UST re possible mediation/case outcomes. | 0.80 | 680.00 | 544.00 |
| 02/24/16 | Nancy A. Peterman | Strategy conference with M. Gensburg re case generally. | 0.60 | 680.00 | 408.00 |

Total Hours: 15.00

Total Amount: $ 4,233.60

Invoice No.: 4146565                                          Page 5
Matter No.: 155701.010100

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR TASK CODE 812,

PLAN & DISCLOSURE STATEMENT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 1.80 | 680.00 | 1,224.00 |
| Martin Kedziora | 13.20 | 228.00 | 3,009.60 |
| Totals: | 15.00 | 282.24 | $ 4,233.60 |

Invoice No.: 4146565                                                   Page 6
Matter No.: 155701.010100

Description of Professional Services Rendered

TASK CODE:        833                    COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 02/24/16 | Nancy A. Peterman | Prepare for (.2) and attend (1.0) court hearing re fee applications and related matters. | 1.20 | 680.00 | 816.00 |

Total Hours:    1.20

Total Amount:    $ 816.00

TIMEKEEPER SUMMARY FOR TASK CODE 833,

    COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Nancy A. Peterman | 1.20 | 680.00 | 816.00 |
| Totals: | 1.20 | 680.00 | $  816.00 |

Invoice No.:   4146565
Matter No.:    155701.010100

<u>Description of Professional Services Rendered</u>

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Brett M. Doran | 15.40 | 388.00 | 5,975.20 |
| Nancy A. Peterman | 3.90 | 680.00 | 2,652.00 |
| Martin Kedziora | 16.10 | 228.00 | 3,670.80 |
| Totals: | 35.40 | 347.40 | $ 12,298.00 |

Invoice No.:    4146565                                                          Page 8
Re:            Restructure
Matter No.:    155701.010100

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 01/31/16 | GT Imaging Invoice 20160131-4309 Dated 01/31/16 - Re: 155701.010100 Yellow Cab (Concordance Hosting) | $ | 88.35 |
| 02/14/16 | VENDOR: Soundpath / Premier Global - ACH INVOICE#: 3055790500-021416 DATE: 2/14/2016 Conferencing Services Invoice Date 160208 User 3141 Client Code 155701 Matter Code 010100 | $ | 1.91 |
| | Total Expenses: | $ | 90.26 |