# EXHIBIT B

December 2015 Monthly Invoices

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

FEBRUARY 3, 2016
CLIENT-MATTER NO. 111914-000001
INVOICE NO.  3038165

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  ADVERSARY PROCEEDINGS**

FEES.........................................................................$    11,184.50

DISBURSEMENTS .....................................................        9.96

**TOTAL AMOUNT DUE** .............................................**$    11,194.46**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.    111914-000001

INVOICE NO.  3038165
PAGE NO.  2

## RE:  ADVERSARY PROCEEDINGS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-------------|-------|--------|
| 12/01/15 | JAWA | ANALYZE PRECEDENT REGARDING VEIL PIERCING AND SUBSTANTIVE CONSOLIDATION. | 1.80 | 486.00 |
| 12/02/15 | ESW | CONSIDERATION OF EVIDENTIARY ISSUES AND CLAIMS ARISING FROM EXAMINER'S REPORT. | 0.50 | 317.50 |
| 12/03/15 | JFRH | ANALYZE RELEVANT AUTHORITY RE USE OF EXPERT REPORT IN BANKRUPTCY PROCEEDINGS. | 0.60 | 183.00 |
| 12/07/15 | JAWA | RESEARCH REGARDING THE ADMISSIBILITY OF AN EXAMINER'S REPORT IN BANKRUPTCY PROCEEDINGS. | 3.40 | 918.00 |
| 12/08/15 | JAWA | FURTHER RESEARCH REGARDING THE ADMISSIBILITY OF AN EXAMINER'S REPORT. | 1.80 | 486.00 |
| 12/08/15 | RMB | REVIEW EMAIL FROM JEN WARNER RE RESULTS OF HER RESEARCH ON ADMISSIBILITY IN EVIDENCE OF THE CONCLUSIONS CONTAINED IN AN EXAMINER'S REPORT. | 0.20 | 130.00 |
| 12/10/15 | JFRH | ANALYZE RELEVANT AUTHORITY RE USE OF EXAMINER'S REPORT BY COMMITTEE IN BANKRUPTCY PROCEEDINGS. | 2.40 | 732.00 |
| 12/11/15 | JFRH | ANALYZE RELEVANT AUTHORITY/SUPPORT FOR ADVERSARY PROCEEDING FOR SUBSTANTIVE CONSOLIDATION (1.4); DRAFT COMPLAINT RE SAME (2.8). | 4.20 | 1,281.00 |
| 12/15/15 | JFRH | DRAFT COMPLAINT FOR SUBSTANTIVE CONSOLIDATION (1.0). | 1.00 | 305.00 |
| 12/16/15 | JFRH | ANALYZE BASES FOR MOTION TO APPOINT TRUSTEE, FRAUDULENT TRANSFER CLAIMS, AND SUBSTANTIVE CONSOLIDATION. | 2.20 | 671.00 |
| 12/17/15 | ESW | BEGIN DRAFTING SUBSTANTIVE CONSOLIDATION COMPLAINT. | 0.60 | 381.00 |
| 12/17/15 | JAWA | ANALYZE CASELAW REGARDING SUBSTANTIVE CONSOLIDATION AND POST-PETITION TRANSFERS. | 0.90 | 243.00 |
| 12/21/15 | ESW | WORK ON SUBSTANTIVE CONSOLIDATION COMPLAINT. | 0.50 | 317.50 |
| 12/21/15 | RMB | CALL WITH PAT O'MALLEY REGARDING ADDING ADDITIONAL COMPANIES TO THE GROUP THAT THE COMMITTEE WANTS TO BE SUBSTANTIVELY CONSOLIDATED WITH THE DEBTOR (.30). | 0.30 | 195.00 |
| 12/21/15 | RMB | BEGIN TO REVIEW EXAMINER'S REPORT FOR INFORMATION SUPPORTING SUBSTANTIVE CONSOLIDATION WITH DEBTOR OF ENTITIES OTHER THAN THOSE I NAMED IN THE FOREGOING EMAIL TO MATT GENSBURG (.70). | 0.70 | 455.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000001

INVOICE NO.  3038165
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 12/22/15 | RMB | REVIEW JEN WARNER'S MEMO ON GROUNDS FOR SUBSTANTIVELY CONSOLIDATING DEBTOR AND NON-DEBTOR COMPANIES (.30) | 0.30 | 195.00 |
| 12/22/15 | RMB | ANALYZE PROSPECTS FOR ADDING YELLOW GROUP LLC TO GROUP OF COMPANIES THAT WE WANT TO SUBSTANTIVELY CONSOLIDATE WITH THE DEBTOR | 0.50 | 325.00 |
| 12/23/15 | RMB | REVIEW MARK IAMMARTINO'S EMAIL ANSWERING THE QUESTIONS I ASKED YESTERDAY ABOUT THE EXAMINER'S REPORT'S REFERENCES TO YELLOW GROUP LLC (.10). | 0.10 | 65.00 |
| 12/28/15 | ESW | INVESTIGATE CLAIMS AGAINST YELLOW MEDALLION HOLDINGS (0.05); WORK ON SUB-CON COMPLAINT (0.2). | 0.70 | 444.50 |
| 12/28/15 | JFRH | ANALYZE RELEVANT AUTHORITY RE MOTION TO APPOINT TRUSTEE, SUBSTANTIVE CONSOLIDATION, FRAUDULENT TRANSFERS, AND DEBTOR'S ACCOUNTS PAYABLE. | 1.20 | 366.00 |
| 12/29/15 | ESW | MEETING WITH DSI RE INFORMATION FROM EXAMINER'S REPORT FOR INCORPORATION INTO SUB-CON COMPLAINT AND ADVERSARY COMPLAINT (0.8). | 0.80 | 508.00 |
| 12/29/15 | ESW | DRAFT SUBSTANTIVE CONSOLIDATION COMPLAINT (0.5). | 0.50 | 317.50 |
| 12/29/15 | JFRH | ANALYZE RELEVANT AUTHORITY RE MAKING DEMAND ON DEBTOR PRIOR TO SEEKING CERTAIN FORMS OF RELIEF. | 0.80 | 244.00 |
| 12/29/15 | SMAL | RESEARCH WHETHER A CREDITOR MUST MAKE A DEMAND ON A TRUSTEE OR A DIP BEFORE MOVING TO BRING A COMPLAINT FOR SUBSTANTIVE CONSOLIDATION, AND WHETHER A CREDITOR MUST MOVE THE COURT BEFORE FILING COMPLAINT. | 0.50 | 135.00 |
| 12/30/15 | ESW | WORK ON SUBSTANTIVE CONSOLIDATION COMPLAINT. | 0.50 | 317.50 |
| 12/30/15 | JFRH | DRAFT COMPLAINT FOR SUBSTANTIVE CONSOLIDATION (.5); ANALYZE RELEVANT AUTHORITY RE SAME (.2). | 0.70 | 213.50 |
| 12/31/15 | ESW | WORK ON SUBSTANTIVE CONSOLIDATION COMPLAINT. | 1.50 | 952.50 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................................... **29.20**
**TOTAL LEGAL FEES** .......................................................................... **$   11,184.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000001

INVOICE NO.  3038165
PAGE NO.  4

| DISBURSEMENTS | | |
|---|---|---:|
| 11/17/15 | DOCKET RESEARCH-COURTLINK | 2.09 |
| | PRINTING EXPENSES | 5.80 |
| | CONFERENCE CALLS | 2.07 |
| | **TOTAL DISBURSEMENTS** ...................................$ | **9.96** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

**DYKEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000001

INVOICE NO.  3038165
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|--------|--------|-----------|
| ESW | EDWARD S. WEIL | 5.60 | 635.00 | 3,556.00 |
| RMB | RICHARD M. BENDIX | 2.10 | 650.00 | 1,365.00 |
| JAWA | JENNIFER A. WARNER | 7.90 | 270.00 | 2,133.00 |
| JFRH | JOHN F. RHOADES | 13.10 | 305.00 | 3,995.50 |
| SMAL | SUZANNE M. ALTON | 0.50 | 270.00 | 135.00 |
| | **TOTAL** | **29.20** | | **11,184.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.  111914-000001
ADVERSARY PROCEEDINGS
INVOICE NO.  3038165
PAGE NO.  6

FEES................................................................$  11,184.50

DISBURSEMENTS ......................................................  9.96

**TOTAL AMOUNT DUE** .............................................$  __11,194.46__

DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____       DATE:_____       AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

FEBRUARY 3, 2016
CLIENT-MATTER NO. 111914-000004
INVOICE NO.  3038166

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  AVOIDANCE ACTION ANALYSIS**

FEES...........................................................$     3,552.50

**TOTAL AMOUNT DUE** ..............................................**$     3,552.50**

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000004

INVOICE NO.  3038166
PAGE NO.  2

## RE:  AVOIDANCE ACTION ANALYSIS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|------------|-------|--------|
| 12/11/15 | RMB | ANALYZE PROPOSAL TO BRING FRAUDULENT TRANSFER ACTION TO RECOVER MANAGEMENT FEES PAID BY TAS TO CORRIGAN AND LEVINE | 0.30 | 195.00 |
| 12/15/15 | JFRH | DEVELOP STRATEGY RE FRAUDULENT TRANSFER CLAIMS AND POTENTIAL MOTION FOR APPOINTMENT OF TRUSTEE (.4). | 0.40 | 122.00 |
| 12/17/15 | JFRH | ANALYZE BASES FOR ADVERSARY COMPLAINT FOR RETURN OF FUNDS FROM TAS TO DEBTOR. | 0.80 | 244.00 |
| 12/18/15 | SMAL | DRAFT OUTLINE OF FRAUDULENT TRANSFER COMPLAINT. | 1.30 | 351.00 |
| 12/28/15 | ESW | WORK ON DRAFT OF ADVERSARY/UFTA COMPLAINT (0.5). | 0.50 | 317.50 |
| 12/29/15 | ESW | CORRESPOND WITH DSI RE EXAMINER REPORT AND TAS AND DEBTOR INTERTWINED ACCOUNTING (0.4). | 0.40 | 254.00 |
| 12/30/15 | ESW | WORK ON UFTA ADVERSARY COMPLAINT AGAINST TAS AND OTHER ENTITIES. | 0.50 | 317.50 |
| 12/30/15 | SMAL | DRAFT BACKGROUND FACTS IN COMPLAINT FOR FRAUDULENT TRANSFER TO INCLUDE DIRECT CLAIMS TO TAS RELATED TO BREACH OF SERVICING AGREEMENT AND DRAFT FACTUAL SECTION RE SAME (2.5): RESEARCH WHETHER THE COMMITTEE MUST MAKE A FORMAL DEMAND THAT DEBTOR SUE TAS TO RECOVER FUNDS (.7); RESEARCH STANDARD FOR DETERMINING THAT A TRUSTEE OR A DIP HAS UNREASONABLY REFUSED TO ASSERT CLAIMS AGAINST A THIRD PARTY (.7). | 3.90 | 1,053.00 |
| 12/31/15 | ESW | WORK ON ADVERSARY COMPLAINT FOR TURNOVER AGAINST TAS AND RELATED PARTIES. | 1.10 | 698.50 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................  **9.20**
**TOTAL LEGAL FEES** ...........................................................$  **3,552.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000004

INVOICE NO.  3038166
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| ESW | EDWARD S. WEIL | 2.50 | 635.00 | 1,587.50 |
| RMB | RICHARD M. BENDIX | 0.30 | 650.00 | 195.00 |
| JFRH | JOHN F. RHOADES | 1.20 | 305.00 | 366.00 |
| SMAL | SUZANNE M. ALTON | 5.20 | 270.00 | 1,404.00 |
| | **TOTAL** | **9.20** | | **3,552.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000004
AVOIDANCE ACTION ANALYSIS
INVOICE NO.  3038166
PAGE NO.  4

FEES..........................................................................$     3,552.50

**TOTAL AMOUNT DUE**............................................$___**3,552.50**

**DYKEMA GOSSETT** PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:**_____     **DATE:**_____     **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____



# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

FEBRUARY 3, 2016
CLIENT-MATTER NO. 111914-000005
INVOICE NO.  3038167

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CASE ADMINISTRATION**

FEES...........................................................................$   22,813.00

DISBURSEMENTS ......................................................    184.77

**TOTAL AMOUNT DUE**...............................................$    **22,997.77**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3038167
PAGE NO.  2

## RE:  CASE ADMINISTRATION

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 12/01/15 | ESW | REVIEW OF EXAMINER'S REPORT AND PREPARE MEMO RE KEY FINDINGS AT REQUEST OF EXAMINER. | 3.00 | 1,905.00 |
| 12/01/15 | JFRH | ANALYZE EXAMINER'S DRAFT REPORT AT REQUEST OF EXAMINER. | 1.80 | 549.00 |
| 12/01/15 | RMB | READ DRAFT OF EXAMINER'S REPORT IN PREPARATION FOR TOMORROW'S CALL WITH THE EXAMINER AT REQUEST OF EXAMINER. | 4.00 | 2,600.00 |
| 12/02/15 | ESW | REVIEW OF EXAMINER'S REPORT AND PREPARE COMMENTS FOR CORRECTIONS/CLARIFICATIONS, AND PREPARE FOR CALL WITH EXAMINER (2.5); TELEPHONE CONFERENCE WITH EXAMINER RE REPORT CORRECTIONS AND CLARIFICATIONS (1.0); TELEPHONE CONFERENCES WITH MR. GENSBURG RE EXAMINER REPORT, COURT ON 12/03, AND COURT ON 12/09 ON PRESENTATION OF EXAMINER'S REPORT (0.5). | 4.00 | 2,540.00 |
| 12/02/15 | HMB | ANALYZE FOR APPLICABLE DATES THE MOTION OF YELLOW CAB AFFILIATION, INC. FOR ENTRY OF AN ORDER AUTHORIZING DANIEL F. DOOLEY TO FILE HIS EXAMINER'S REPORT ON DECEMBER 7, 2015 AS WELL AS THE SIXTH MONTHLY FEE APPLICATION OF DYKEMA GOSSETT PLLC  FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015 AND CALENDAR THE DECEMBER 3, 2015 HEARING. | 0.20 | 49.00 |
| 12/02/15 | JFRH | ANALYZE COMMENTS FROM COMMITTEE RE EXAMINER'S DRAFT REPORT. | 1.60 | 488.00 |
| 12/02/15 | RMB | REVIEW DRAFT EXAMINER'S REPORT IN ADVANCE OF CALLS SCHEDULED WITH COMMITTEE AND EXAMINER (1.50); CALL WITH DAN DOOLEY AND MARK IAMMARTINO TO DISCUSS FACTUAL STATEMENTS IN THE EXAMINER'S DRAFT REPORT TO BE CORRECTED OR CLARIFIED IN THE FINAL REPORT (.70); CALL WITH MATT GENSBURG TO DISCUSS SCHEDULING A HEARING AT WHICH ALL PARTIES CAN ASK THE EXAMINER QUESTIONS ABOUT THE CONTENTS OF HIS REPORT (.30) | 2.50 | 1,625.00 |
| 12/03/15 | ESW | REVIEW OF EXAMINER'S REPORT (.1); PREPARE FOR COURT ON MOTION TO ALTER EXAMINER FILING DATE (.2). | 0.30 | 190.50 |
| 12/03/15 | RMB | ATTEND HEARING ON DEBTOR'S MOTION TO EXTEND TIME FOR EXAMINER TO FILE HIS REPORT | 0.50 | 325.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.    111914-000005

INVOICE NO.  3038167
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 12/03/15 | RMB | REVIEW JOHN RHOADES' PROPOSED REVISIONS TO AND COMMENTS ON EXAMINER'S DRAFT REPORT (.30); REVIEW PAT O'MALLEY'S DRAFT OF QUESTIONS FOR THE EXAMINER REGARDING HIS DRAFT REPORT (.10) | 0.40 | 260.00 |
| 12/04/15 | HMB | ANALYZE CORRESPONDENCE FROM COURT CLERK REGARDING THE AGREED ORDER PURSUANT TO SECTION 1121(D) OF THE BANKRUPTCY CODE TO EXTEND THE EXCLUSIVE PERIOD DURING WHICH DEBTOR MAY SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION AND THE ORDER GRANTING DANIEL F. DOOLEY LEAVE UNTIL DECEMBER 7, 2015 TO FILE HIS EXAMINER'S REPORT. | 0.20 | 49.00 |
| 12/04/15 | JFRH | ANALYZE EXAMINER'S DRAFT REPORT AND PROVIDE COMMENTS TO EXAMINER PURSUANT TO EXAMINER'S REQUEST. | 2.40 | 732.00 |
| 12/07/15 | ESW | REVIEW OF EXAMINER REPORT AND RED-LINE. (.6); CONFERENCE WITH DSI RE REPORT ITEMS (1.2). | 1.80 | 1,143.00 |
| 12/07/15 | ESW | TELEPHONE CONFERENCE WITH MR. GENSBURG RE BUDGET ISSUE (0.5); REVIEW OF CORRESPONDENCE FROM MR. GENSBURG FROM MR. SAKATA (0.3) | 0.80 | 508.00 |
| 12/07/15 | JFRH | ANALYZE EXAMINER'S REPORT. | 2.40 | 732.00 |
| 12/08/15 | ESW | REVIEW OF EXAMINER'S REPORT (0.6); TELEPHONE CONFERENCE WITH MR. GENSBURG (.4); TELEPHONE CONFERENCE WITH DSI (.4); PREPARE FOR COURT ON 12/09 (1.0). | 2.40 | 1,524.00 |
| 12/08/15 | HMB | ANALYZE FOR APPLICABLE DATES THE DEBTOR'S SECOND MOTION FOR ENTRY OF AN ORDER PURSUANT TO 28 USC SECTION 1452(A) AND BANKRUPTCY RULES 9006(B) AND 9027 ENLARGING THE TIME WITHIN WHICH TO FILE NOTICES OF REMOVAL OF CIVIL ACTIONS. | 0.20 | 49.00 |
| 12/08/15 | JFRH | ANALYZE INFORMATION IN EXAMINER'S REPORT TO SUPPORT POTENTIAL CLAIMS/RELIEF. | 2.80 | 854.00 |
| 12/08/15 | JFRH | CORRESPONDENCE WITH DSI RE EXAMINER REPORT. | 0.50 | 152.50 |
| 12/08/15 | MADI | REVIEW EXAMINER'S REPORT. | 0.60 | 225.00 |
| 12/08/15 | RMB | REVIEW COMMITTEE MEMBER'S COMMENTS ON FILED VERSION OF EXAMINER'S REPORT (.10); REVIEW DEBTOR'S MOTION TO EXTEND DEADLINE FOR FILING NOTICES OF REMOVAL TO JUNE 13, 2016 (.10) | 0.20 | 130.00 |
| 12/08/15 | RMB | DEVELOP STRATEGY FOR TOMORROW'S HEARING ON PRESENTATION OF EXAMINER'S REPORT - SPECIFICALLY HOW MUCH TO DISCUSS THE CONTENTS OF THE REPORT AND THE CAUSES OF ACTION THAT THE COMMITTEE MIGHT BRING BASED ON THE REPORT'S FINDINGS AND CONCLUSIONS | 0.50 | 325.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.    111914-000005

INVOICE NO.  3038167
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|------------|-------|--------|
| 12/09/15 | ESW | COURT APPEARANCE ON EXAMINER'S REPORT AND OTHER MATTERS (1.0); MEETING WITH UST GLEASON AND OTHERS (1.0). | 2.00 | 1,270.00 |
| 12/09/15 | HMB | ANALYZE FOR APPLICABLE DATES THE COURT'S DECEMBER 9, 2015 ORDER AND CALENDAR THE JANUARY 14, 2016 HEARING ON THE MOTIONS TO COMPEL AND STATUS ON THE PLAN AND DISCLOSURE STATEMENT. | 0.20 | 49.00 |
| 12/09/15 | RMB | REVIEW REVISED BUDGET SENT BY MATT GENSBURG | 0.20 | 130.00 |
| 12/09/15 | RMB | ATTEND STATUS HEARING ON EXAMINER'S REPORT | 0.50 | 325.00 |
| 12/09/15 | RMB | MEET WITH KATY GLEASON TO DISCUSS EXAMINER'S REPORT AND HOW IT CAN BE USED TO FOSTER A CONSENSUAL RESOLUTION OF THE CASE | 1.00 | 650.00 |
| 12/11/15 | ESW | CORRESPONDENCE TO MR. GENSBURG RE CLAIM AGAINST TAS FOR $2.5 MILLION (0.7); CONFERENCE WITH EXAMINER RE QUESTIONS FROM REPORT (0.5). | 1.20 | 762.00 |
| 12/14/15 | ESW | DRAFT LETTER TO MR. GENSBURG DEMANDING $2,508,000 DUE FROM TAS (.8); TELEPHONE CONFERENCE WITH MR. O'MALLEY RE FACTS SUPPORTING SUCH CLAIM (.4). | 1.20 | 762.00 |
| 12/14/15 | HMB | ANALYZE CORRESPONDENCE FROM COURT CLERK REGARDING THE ORDER PURSUANT TO 28 USC 1452(A) AND BANKRUPTCY RULES 9006(B) AND 9027 ENLARGING THE TIME WITHIN WHICH TO FILE NOTICES OF REMOVAL OF CIVIL PROCEEDINGS AND THE SEVENTH MONTHLY INVOICE FOR GREENBERG TRAURIG, LLP AS CO-COUNSEL TO THE DEBTOR FOR FEES AND EXPENSES INCURRED DURING THE PERIOD FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015. | 0.20 | 49.00 |
| 12/17/15 | RMB | REVIEW MATT GENSBURG'S RESPONSE TO MY LETTER DEMANDING THAT THE DEBTOR COLLECT AMOUNTS THAT THE EXAMINER'S REPORT STATES ARE DUE FROM TAS AND DECIDE ON APPROPRIATE RESPONSE | 0.20 | 130.00 |
| 12/17/15 | RMB | REPLY TO MATT GENSBURG'S EMAIL RESPONDING TO MY DECEMBER 14, 2015 DEMAND LETTER RE COLLECTING RECEIVABLE DUE TO DEBTOR FROM TAS | 0.50 | 325.00 |
| 12/18/15 | RMB | REVIEW MATT GENSBURG'S RESPONSE TO HIS REPLY TO MY LETTER DEMANDING THAT THE DEBTOR SUE TAS TO RECOVER AMOUNTS THAT TAS OWES THE DEBTOR (.40); PREPARE AND SEND AN EMAIL TO MATT GENSBURG ADDRESSING THE ISSUES RAISED IN THE FOREGOING REPLY (.10) | 0.50 | 325.00 |
| 12/22/15 | JFRH | ANALYZE EXAMINER'S REPORT AND LIQUIDATION PLAN. | 0.40 | 122.00 |


**DYKEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3038167
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 12/22/15 | RMB | SEND EMAIL TO EXAMINER ASKING IF REFERENCES TO "YELLOW GROUP" ON PAGES 5 AND 27 OF THE REPORT ARE GENERIC REFERENCES TO YCA AND ITS AFFILIATES, OR TO THE SPECIFIC ENTITY, YELLOW GROUP LLC | 0.50 | 325.00 |
| 12/23/15 | RMB | REVIEW EMAIL FROM TIM KEISER RE SHARON KWON'S RESIGNATION FROM CREDITORS' COMMITTEE AND CONSIDER WHETHER TO REQUEST APPOINTMENT OF REPLACEMENT COMMITTEE MEMBER | 0.30 | 195.00 |
| 12/24/15 | HMB | ANALYZE CORRESPONDENCE FROM COURT CLERK REGARDING THE SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS FOR THE MONTH ENDING OCTOBER 31, 2015. | 0.20 | 49.00 |
| 12/24/15 | RMB | REVIEW DEBTOR'S OCTOBER, 2015 MONTHLY OPERATING REPORT | 0.10 | 65.00 |
| 12/28/15 | RMB | CALL WITH KATY GLEASON TO DISCUSS (1) SHARON KWON'S RESIGNATION FROM THE UNSECURED CREDITORS' COMMITTEE, AND (2) MATT GENSBURG'S RESPONSE TO MY DEMAND THAT HE SUE TAS TO RECOVER AMOUNTS THAT TAS OWES TO THE DEBTOR (.10); FORWARD TO KATY GLEASON TIM KEISER'S EMAIL GIVING NOTICE THAT SHARON KWON HAS RESIGNED FROM THE COMMITTEE (.10) | 0.30 | 195.00 |
| 12/30/15 | RMB | REVIEW EMAIL FROM MATT GENSBURG ATTEMPTING TO EXPLAIN WHY THE STATEMENT IN THE EXAMINER'S REPORT THAT TAS OWES YCA OVER $2 MILLION IS INCORRECT AND WHY TAS OWES NOTHING TO YCA | 0.20 | 130.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................................  **42.80**
**TOTAL LEGAL FEES** ...................................................................................... **$  22,813.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3038167
PAGE NO.  6

---

## DISBURSEMENTS

| | |
|---|---:|
| PHOTOCOPY EXPENSES | 20.77 |
| PRINTING EXPENSES | 164.00 |
| **TOTAL DISBURSEMENTS** ................................... $ | **184.77** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.    111914-000005

INVOICE NO.  3038167
PAGE NO.  7

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|-------|--------|-----------|
| ESW | EDWARD S. WEIL | 16.70 | 635.00 | 10,604.50 |
| RMB | RICHARD M. BENDIX | 12.40 | 650.00 | 8,060.00 |
| JFRH | JOHN F. RHOADES | 11.90 | 305.00 | 3,629.50 |
| MADI | MARIA A. DIAKOUMAKIS | 0.60 | 375.00 | 225.00 |
| HMB | HEATHER M. BARHORST | 1.20 | 245.00 | 294.00 |
| | **TOTAL** | **42.80** | | **22,813.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000005
CASE ADMINISTRATION
INVOICE NO.  3038167
PAGE NO.  8

FEES....................................................................$   22,813.00

DISBURSEMENTS .....................................................   184.77

**TOTAL AMOUNT DUE.............................................**$   __22,997.77__

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____   **DATE:**_____   **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

FEBRUARY 3, 2016
CLIENT-MATTER NO. 111914-000006
INVOICE NO.  3038168

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CLAIMS ADMINISTRATION AND OBJECTIONS**

FEES..........................................................................$      130.00

**TOTAL AMOUNT DUE** ...............................................$      **130.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000006

INVOICE NO.  3038168
PAGE NO.  2

## RE:  CLAIMS ADMINISTRATION AND OBJECTIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 12/01/15 | RMB | SEND EMAIL TO MATT GENSBURG REQUESTING COPY OF THE CLAIMS REPORT THAT EPIQ PREPARED AFTER THE BAR DATE | 0.10 | 65.00 |
| 12/02/15 | RMB | SEND MATT GENSBURG AN EMAIL ASKING HIM TO ADD TO THE SCHEDULE OF UNSECURED CREDITORS FORMER INSURANCE COMPANIES THAT WERE MENTIONED IN THE EXAMINER'S REPORT AS HAVING CLAIMS AGAINST THE DEBTOR (.10); | 0.10 | 65.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................... **0.20**
**TOTAL LEGAL FEES** ................................................................ **$    130.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.    111914-000006

INVOICE NO.  3038168
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 0.20 | 650.00 | 130.00 |
| | **TOTAL** | **0.20** | | **130.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000006
CLAIMS ADMINISTRATION AND
OBJECTIONS
INVOICE NO.  3038168
PAGE NO.  4


FEES.......................................................................$        130.00


**TOTAL AMOUNT DUE**.............................................$_____**130.00**

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

    **CHECK #:_____        DATE:_____        AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

FEBRUARY 3, 2016
CLIENT-MATTER NO. 111914-000007
INVOICE NO.  3038169

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE INVESTIGATIONS**

FEES..........................................................................$     1,843.00

DISBURSEMENTS ....................................................     1,424.92

**TOTAL AMOUNT DUE**..............................................$     **3,267.92**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3038169
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE INVESTIGATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 12/14/15 | JFRH | ANALYZE AMOUNTS OWED TO DEBTOR BY TAS. | 0.60 | 183.00 |
| 12/14/15 | RMB | REVIEW (1) ED WEIL'S DRAFT EMAIL TO MATT GENSBURG DEMANDING THAT MATT SUE TAS FOR AMOUNTS THAT THE EXAMINER FOUND TAS OWES TO THE DEBTOR (.10); (2) PAT O'MALLEY'S COMMENTS ON THAT DRAFT LETTER (.10); AND (3) SEND MY ED WEIL MY SUGGESTIONS FOR FURTHER REVISIONS TO HIS DRAFT LETTER (.20); SEND FINAL DEMAND LETTER TO MATT GENSBURG (.10) | 0.50 | 325.00 |
| 12/18/15 | ESW | CORRESPOND WITH MR. GENSBURG RE DEBTOR'S FINANCES IN WAKE OF EXAMINER REPORT (.5); TELEPHONE CONFERENCE WITH MR. TOMASIK TO OBTAIN INFORMATION RELEVANT FOR SAME (0.3). | 0.80 | 508.00 |
| 12/18/15 | RMB | AT THE REQUEST OF MARC JACOBS, SEND EMAIL TO PAT O'MALLEY ASKING IF PAT RECEIVED SATISFACTORY ANSWERS TO THE QUESTIONS HE POSED TO THE DEBTOR IN HIS JULY 16, 2015 LETTER | 0.10 | 65.00 |
| 12/31/15 | ESW | CORRESPONDENCE WITH EXAMINER REQUESTING CLARIFICATION OF SECTIONS OF EXAMINER REPORT DEALING WITH MEDALLION OWNERSHIP, MEDALLION SALES AND MEDALLION FINANCING – INVOLVEMENT BY TAS. | 1.20 | 762.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **3.20**
**TOTAL LEGAL FEES** ......................................................................... $ **1,843.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3038169
PAGE NO.  3

### DISBURSEMENTS

| | | |
|---|---|---|
| 09/30/15 | TRAVEL HOME | 10.05 |
| 11/28/15 | RELATIVITY RECOVERIES | 520.00 |
| 12/01/15 | RELATIVITY RECOVERIES | 520.00 |
| | PHOTOCOPY EXPENSES | 2.37 |
| | SCANNING EXPENSES | 0.40 |
| | PRINTING EXPENSES | 372.10 |

**TOTAL DISBURSEMENTS ................................... $  1,424.92**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3038169
PAGE NO.  4

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|-------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 2.00 | 635.00 | 1,270.00 |
| RMB | RICHARD M. BENDIX | 0.60 | 650.00 | 390.00 |
| JFRH | JOHN F. RHOADES | 0.60 | 305.00 | 183.00 |
| | **TOTAL** | **3.20** | | **1,843.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000007
CREDITORS' COMMITTEE
INVESTIGATIONS
INVOICE NO.  3038169
PAGE NO.  5

FEES.........................................................................$   1,843.00

DISBURSEMENTS .....................................................   1,424.92

**TOTAL AMOUNT DUE**.............................................$   **3,267.92**

DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

FEBRUARY 3, 2016
CLIENT-MATTER NO. 111914-000008
INVOICE NO.  3038170

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS**

FEES...........................................................................$     6,010.50

DISBURSEMENTS .....................................................     14.48

**TOTAL AMOUNT DUE** ..............................................$     **6,024.98**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3038170
PAGE NO.  2

## RE: CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 12/01/15 | RMB | SEND EXAMINER'S DRAFT REPORT TO COMMITTEE MEMBERS (.10); RESPOND TO COMMITTEE MEMBER 'S QUESTIONS REGARDING THAT DRAFT REPORT (.10) | 0.20 | 130.00 |
| 12/02/15 | JFRH | CORRESPONDENCE WITH COMMITTEE RE EXAMINER'S DRAFT REPORT. | 1.80 | 549.00 |
| 12/07/15 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE EXAMINERS REPORT (0.5) | 0.50 | 317.50 |
| 12/08/15 | RMB | SEND COMMITTEE MEMBERS THE DEBTOR'S MOTION TO EXTEND THE DEADLINE FOR FILING NOTICES OF REMOVAL | 0.10 | 65.00 |
| 12/09/15 | RMB | SEND TO COMMITTEE MEMBERS DEBTOR'S REVISED SEPTEMBER MONTHLY OPERATING REPORT | 0.20 | 130.00 |
| 12/09/15 | RMB | ANSWER COMMITTEE MEMBER'S QUESTIONS REGARDING DEBTOR'S MOTION TO EXTEND TIME TO REMOVE CASES TO BANKRUPTCY COURT. | 0.30 | 195.00 |
| 12/11/15 | RMB | SEND COMMITTEE MEMBERS JUDGE DOYLE'S ORDER EXTENDING THE DEBTOR'S DEADLINE FOR REMOVING CIVIL CASES TO THE BANKRUPTCY COURT | 0.10 | 65.00 |
| 12/17/15 | RMB | SEND DAN DOOLEY'S INVOICE TO COMMITTEE MEMBERS (.10); CORRESPONDENCE WITH COMMUITTEE MEMBERS RE STATUS OF CASE AND PROPOSAL FOR GLOBAL RESOLUTION OF THE CHAPTER 11 CASE (.10) | 0.20 | 130.00 |
| 12/18/15 | ESW | COMMITTEE CALL RE PLAN SETTLEMENT DISCUSSION WITH DEBTOR. | 1.70 | 1,079.50 |
| 12/18/15 | RMB | SEND COMMITTEE MEMBERS DYKEMA'S SEVENTH MONTHLY FEE STATEMENT COVERING NOVEMBER, 2015. | 0.10 | 65.00 |
| 12/18/15 | RMB | PARTICIPATE IN TELEPHONIC COMMITTEE MEETING TO DISCUSS PROPOSED GLOBAL RESOLUTION. | 1.00 | 650.00 |
| 12/20/15 | RMB | REVIEW AND RESPOND TO COMMITTEE MEMBER'S QUESTION OF WHEN "THE CLOCK STARTS RUNNING ON THE DEBTOR'S PLAN OF REORGANIZATION." | 0.20 | 130.00 |
| 12/21/15 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE SAME (.2). | 0.20 | 127.00 |
| 12/21/15 | RMB | CALL WITH COMMITTEE MEMBER TO DISCUSS PROPOSED TERMS OF CONSENSUAL PLAN OF REORGANIZATION (.50); CALL WITH COMMITTEE REGARDING SAME (1.0). | 1.50 | 975.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3038170
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 12/22/15 | RMB | CALL WITH COMMITTEE TO DISCUSS ADDITION OF YELLOW GROUP LLC TO LIST OF ENTITIES PROPOSED FOR SUBSTANTIVE CONSOLIDATION (1.0). | 1.00 | 650.00 |
| 12/23/15 | RMB | FORWARD EMAIL  FROM MARK IAMMARTINO REGARDING THE EXAMINER'S REPORT TO COMMITTEE MEMBERS (.10). | 0.10 | 65.00 |
| 12/23/15 | RMB | CALL WITH COMMITTEE MEMBER TO DISCUSS IMPLICATIONS OF MR. IAMMARTINO'S RESPONSE TO THE QUESTIONS I POSED IN MY RECENT EMAIL. | 0.30 | 195.00 |
| 12/24/15 | RMB | SEND DEBTOR'S OCTOBER, 2015 MONTHLY OPERATING REPORT TO COMMITTEE MEMBERS | 0.10 | 65.00 |
| 12/29/15 | MADI | CORRESPONDENCE WITH COMMITTEE RE REVISIONS TO SUPPLEMENTAL DECLARATION OF RMB. | 0.10 | 37.50 |
| 12/29/15 | RMB | CALL WITH COMMITTEE MEMBERS TO DISCUSS RICHARD BENDIX'S FIRST SUPPLEMENTAL DECLARATION DISCLOSING DYKEMA'S REPRESENTATION OF CLAY JACOBS | 0.30 | 195.00 |
| 12/30/15 | RMB | REVIEW AND RESPOND TO EMAIL FROM COMMITTEE MEMBER ASKING ABOUT AUTHORITY SUPPORTING TAS'S CLAIM THAT IT DID NOT VIOLATE THE AUTOMATIC STAY BY NOT RENEWING ITS CONTRACT WITH THE DEBTOR | 0.20 | 130.00 |
| 12/30/15 | RMB | SEND COMMITTEE MEMBERS MY FIRST SUPPLEMENTAL DECLARATION IN SUPPORT OF THE COMMITTEE'S APPLICATION TO EMPLOY DYKEMA | 0.10 | 65.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................... **10.30**
**TOTAL LEGAL FEES**............................................................................ **$   6,010.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3038170
PAGE NO.  4

---

### DISBURSEMENTS

| | |
|---|---|
| PRINTING EXPENSES | 0.80 |
| CONFERENCE CALLS | 13.68 |
| **TOTAL DISBURSEMENTS ................................... $** | **14.48** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.    111914-000008

INVOICE NO.  3038170
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| ESW | EDWARD S. WEIL | 2.40 | 635.00 | 1,524.00 |
| RMB | RICHARD M. BENDIX | 6.00 | 650.00 | 3,900.00 |
| JFRH | JOHN F. RHOADES | 1.80 | 305.00 | 549.00 |
| MADI | MARIA A. DIAKOUMAKIS | 0.10 | 375.00 | 37.50 |
| | **TOTAL** | **10.30** | | **6,010.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000008
CREDITORS' COMMITTEE MEETING
AND COMMUNICATIONS
INVOICE NO.  3038170
PAGE NO.  6


FEES..........................................................................$     6,010.50

DISBURSEMENTS .......................................................     14.48

**TOTAL AMOUNT DUE**...............................................$____6,024.98

DYKEMAGOSSETTPLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:**_____     **DATE:**_____     **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

REMITTANCE

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

FEBRUARY 3, 2016
CLIENT-MATTER NO. 111914-000010
INVOICE NO.  3038171

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  FEE/EMPLOYMENT APPLICATIONS**

FEES...........................................................................$     5,159.50

DISBURSEMENTS .....................................................     11.20

**TOTAL AMOUNT DUE**...............................................$     **5,170.70**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3038171
PAGE NO.  2

## RE: FEE/EMPLOYMENT APPLICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-----|------|--------|
| 12/02/15 | RMB | CALL WITH MATT GENSBURG RE (1) ERRORS IN THE DRAFT BUDGET THAT THE DEBTOR PREPARED AS A BASIS FOR DISCUSSIONS REGARDING PAYMENT OF DYKEMA'S ALLOWED ATTORNEYS' FEES, (2) DELIVERY OF A CORRECTED BUDGET, AND (3) A MEETING TO DISCUSS PAYMENT OF FEES BASED ON THE CORRECTED BUDGET | 0.30 | 195.00 |
| 12/03/15 | JFRH | DRAFT/FINALIZE MOTION FOR PAYMENT OF FEES. | 0.40 | 122.00 |
| 12/03/15 | MADI | BEGIN REVIEWING NOVEMBER BILLS TO BE SUBMITTED THIS MONTH. | 0.30 | 112.50 |
| 12/03/15 | SMAL | PREPARE AMENDED MOTION TO COMPEL PAYMENT PURSUANT TO SECOND INTERIM FEE AWARD. | 0.70 | 189.00 |
| 12/04/15 | JFRH | DRAFT/REVISE MOTION TO COMPEL PAYMENT. | 0.40 | 122.00 |
| 12/04/15 | SMAL | FILE AMENDED FEE PETITION PER REQUEST OF JUDGE DOYLE'S CLERK | 0.50 | 135.00 |
| 12/07/15 | HMB | ANALYZE FOR APPLICABLE DATES THE AMENDED MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PAYMENT OF DYKEMA'S SECOND, THIRD AND FOURTH MONTHLY FEE APPLICATIONS COVERING THE MONTHS OF JUNE THROUGH AUGUST 2015 AND THE SIXTH MONTHLY FEE APPLICATION OF DYKEMA GOSSETT PLLC FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015 AND CALENDAR THE DECEMBER 9, 2015 HEARING. | 0.20 | 49.00 |
| 12/07/15 | SMAL | PREPARE AND FILE PROPOSED ORDER GRANTING YCA'S MOTION TO COMPEL PAYMENT OF SECOND INTERIM FEE AWARD PER JUDGE'S REQUEST. | 0.40 | 108.00 |
| 12/08/15 | MADI | EXAMINE NOVEMBER INVOICES FOR PREPARATION OF NOVEMBER MONTHLY STATEMENTS. | 1.20 | 450.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO. 111914-000010

INVOICE NO. 3038171
PAGE NO. 3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 12/08/15 | RMB | ANALYSIS OF MATT GENSBURG'S ANSWER TO QUESTIONS RAISED ABOUT GARY SAKATA'S BUDGET SHOWING DEBTOR'S FUNDS AVAILABLE FOR PAYMENT OF PROFESSIONAL FEES (.10); CALL WITH MATT GENSBURG TO DISCUSS ALLOWING EXAMINER'S FEES TO BE PAID AHEAD OF FEES OF OTHER PROFESSIONALS (.10); SEND EMAIL TO MATT GENSBURG CONFIRMING DYKEMA'S AGREEMENT THAT THE EXAMINER'S FEES CAN BE PAID AHEAD OF FEES OF OTHER PROFESSIONALS (.10); REVIEW AND RESPOND TO EMAIL FROM MATT GENSBURG REGARDING EFFECT OF FOREGOING AGREEMENT ON DYKEMA'S MOTION TO COMPEL PAYMENT OF FEES ALLOWED IN DYKEMA'S SECOND INTERIM FEE APPLICATION (.20) | 0.50 | 325.00 |
| 12/09/15 | RMB | ATTEND STATUS HEARING ON MOTION TO COMPEL PAYMENT OF FEES AND EXPENSES AWARDED TO DYKEMA IN CONNECTION WITH ITS SECOND INTERIM FEE APPLICATION | 0.50 | 325.00 |
| 12/10/15 | HMB | ANALYZE CORRESPONDENCE FROM COURT CLERK REGARDING THE ORDER GRANTING MOTION TO COMPEL PAYMENT OF DYKEMA'S SECOND, THIRD, AND FOURTH MONTHLY FEE APPLICATIONS COVERING THE MONTHS OF JUNE THROUGH AUGUST 2015 AND THE CERTIFICATION OF CO-COUNSEL REGARDING FIFTH MONTHLY INVOICE OF DALE & GENSBURG, P.C. FOR FEES AND EXPENSES AS CO-COUNSEL TO THE DEBTOR FOR THE PERIOD FROM SEPTEMBER 1, 2015 THROUGH AND INCLUDING SEPTEMBER 31, 2015. | 0.20 | 49.00 |
| 12/10/15 | JFRH | ANALYSIS RE ORDER GRANTING MOTION TO COMPEL PAYMENT AND DEBTOR'S CERTIFICATE OF NO OBJECTION FOR SEPTEMBER FEES. | 0.30 | 91.50 |
| 12/11/15 | JFRH | PREPARE FOR HEARING ON MOTIONS TO COMPEL AND STATUS HEARING ON PLAN AND DISCLOSURE STATEMENT. | 0.60 | 183.00 |
| 12/11/15 | MADI | REVISE NOVEMBER 2015 INVOICES FOR SUBMISSION. | 0.50 | 187.50 |
| 12/15/15 | RMB | MEET WITH MATT GENSBURG TO DISCUSS BUDGET REFLECTING FUND AVAILABLE TO PAY COMMITTEE'S ALLOWED FEES AND EXPENSES | 0.50 | 325.00 |
| 12/16/15 | MADI | EXAMINE NOVEMBER INVOICES FOR SUBMISSION WITH MONTHLY FEE STATEMENT. | 1.20 | 450.00 |
| 12/17/15 | MADI | FINALIZE NOVEMBER INVOICES FOR FILING. | 0.80 | 300.00 |
| 12/17/15 | RMB | REVIEW DAN DOOLEY'S INVOICE FOR SERVICES AS EXAMINER | 0.10 | 65.00 |
| 12/17/15 | SMAL | REDACT PRIVILEGED FEE PETITION ENTRIES DISCUSSING CASE STRATEGY (.6) AND FILE MONTHLY FEE PETITION FOR NOVEMBER 2015 (.2). | 0.80 | 216.00 |

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW FEBRUARY 3, 2016 | CLIENT-MATTER NO.   111914-000010 |
| | INVOICE NO.  3038171 PAGE NO.  4 |

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-------------|-------|--------|
| 12/18/15 | RMB | SEND EMAIL TO MATT GENSBURG ASKING HOW MUCH OF DYKEMA'S ALLOWED FEES AND EXPENSES THE DEBTOR EXPECTS TO PAY BEFORE DECEMBER 30, 2015 | 0.10 | 65.00 |
| 12/21/15 | RMB | ANALYSIS OF REQUIREMENT TO AMENDED AFFIDAVIT IN SUPPORT OF COMMITTEE'S APPLICATION TO EMPLOY DYKEMA DISCLOSING DYKEMA'S REPRESENTATION OF MARC JACOBS' SON ON INTELLECTUAL PROPERTY MATTERS. | 0.10 | 65.00 |
| 12/22/15 | MADI | ANALYSIS OF INFORMATION REQUIRED FOR SUPPLEMENTAL DISCLOSURE TO RMB DECLARATION. | 0.50 | 187.50 |
| 12/28/15 | MADI | DRAFT FIRST SUPPLEMENTAL DECLARATION OF RICHARD M. BENDIX RELATED TO DYKEMA'S REPRESENTATION OF MARC AND DEBBIE JACOBS' SON IN UNRELATED INTELLECTUAL PROPERTY MATTERS. | 1.40 | 525.00 |
| 12/28/15 | RMB | REVIEW AND REVISE MARIA DIAKOUMAKIS' DRAFT OF AMENDMENT TO MY RULE 2014 DECLARATION DISCLOSING A CONNECTION BETWEEN DYKEMA AND CLAY JACOBS | 0.20 | 130.00 |
| 12/29/15 | MADI | REVISE SUPPLEMENTAL DECLARATION OF RMB TO REFLECT COMMENTS BY COMMITTEE. | 0.10 | 37.50 |
| 12/30/15 | MADI | FINALIZE SUPPLEMENTAL DECLARATION FOR FILING (0.1); PREPARE NOTICE OF FILING AND CERTIFICATE OF SERVICE (0.1); FILE SAME (0.2). | 0.40 | 150.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................................... **13.20**
**TOTAL LEGAL FEES** ........................................................................................ **$   5,159.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3038171
PAGE NO.  5

---

### DISBURSEMENTS

PRINTING EXPENSES                                           11.20

**TOTAL DISBURSEMENTS** ................................... **$      11.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.    111914-000010

INVOICE NO.  3038171
PAGE NO.  6

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|--------------------------|-------|--------|----------|
| RMB | RICHARD M. BENDIX | 2.30 | 650.00 | 1,495.00 |
| JFRH | JOHN F. RHOADES | 1.70 | 305.00 | 518.50 |
| MADI | MARIA A. DIAKOUMAKIS | 6.40 | 375.00 | 2,400.00 |
| SMAL | SUZANNE M. ALTON | 2.40 | 270.00 | 648.00 |
| HMB | HEATHER M. BARHORST | 0.40 | 245.00 | 98.00 |
| | **TOTAL** | **13.20** | | **5,159.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000010
FEE/EMPLOYMENT APPLICATIONS
INVOICE NO.  3038171
PAGE NO.  7


FEES..........................................................................$      5,159.50

DISBURSEMENTS ......................................................         11.20

**TOTAL AMOUNT DUE**............................................$    __5,170.70__

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:**_____    **DATE:**_____    **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DyKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

FEBRUARY 3, 2016
CLIENT-MATTER NO. 111914-000013
INVOICE NO.  3038172

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY**

FEES......................................................................$        114.00

**TOTAL AMOUNT DUE** .............................................$        **114.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3038172
PAGE NO.  2

## RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 12/02/15 | RMB | LEAVE MESSAGE FOR ATTORNEY ANTHONY KUDO IN RESPONSE TO HIS QUESTION ABOUT HOW HE CAN OBTAIN STAY RELIEF TO PURSUE A CLIENT'S PERSONAL CLAIM AGAINST THE DEBTOR UP TO THE LIMITS OF THE DEBTOR'S INSURANCE POLICY. | 0.10 | 65.00 |
| 12/03/15 | HMB | ANALYZE CORRESPONDENCE FROM COURT CLERK REGARDING THE DRAFT ORDER AND ORDER FOR MOTION FOR RELIEF FROM AUTOMATIC STAY. | 0.20 | 49.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **0.30**
**TOTAL LEGAL FEES**.................................................................... **$   114.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3038172
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 0.10 | 650.00 | 65.00 |
| HMB | HEATHER M. BARHORST | 0.20 | 245.00 | 49.00 |
| | **TOTAL** | **0.30** | | **114.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000013
MOTIONS FOR RELIEF FROM THE
AUTOMATIC STAY
INVOICE NO.  3038172
PAGE NO.  4

FEES...........................................................$      114.00

**TOTAL AMOUNT DUE**...............................**$**_____**114.00**

DYKEMAGOSSETT PLLC

38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243

CLIENT CHECK INFORMATION
PLEASE COMPLETE:

CHECK #:_____     DATE:_____     AMOUNT:_____

THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

FOR FIRM USE:
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

FEBRUARY 3, 2016
CLIENT-MATTER NO. 111914-000014
INVOICE NO.  3038173

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  OTHER CONTESTED MATTERS**

| | |
|---|---|
| FEES.........................................................................$ | 2,654.00 |
| DISBURSEMENTS ..................................................... | 48.00 |
| **TOTAL AMOUNT DUE**..............................................$ | **2,702.00** |

**DYKEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3038173
PAGE NO.  2

### RE:  OTHER CONTESTED MATTERS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 12/08/15 | RMB | BASED ON FINDINGS AND CONCLUSIONS IN EXAMINER'S REPORT, BEGIN OUTLINING POSSIBLE MOTION TO APPOINT CHAPTER 11 TRUSTEE AND ADVERSARY PROCEEDINGS TO (1) SUBSTANTIVELY CONSOLIDATE DEBTOR WITH TAS AND OTHER AFFILIATES OF THE DEBTOR AND (2) TO RECOVER (A) INSURANCE REFUND THAT WAS PAID TO OR RETAINED BY DEBTOR'S AFFILIATES, (B) AND POST-PETITION PAYMENT OF FUNDS TO, OR OFFSET BY, TAS BASED ON POST-PETITION RECONCILIATION DESCRIBED IN EXAMINER'S REPORT | 0.80 | 520.00 |
| 12/15/15 | JAWA | RESEARCH REGARDING GROUNDS FOR APPOINTING A CHAPTER 11 TRUSTEE IN PREPARATION FOR MOTION TO APPOINT TRUSTEE. | 1.70 | 459.00 |
| 12/16/15 | JAWA | ANALYZE CASELAW PROVIDING GROUNDS FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE; DRAFT MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 3.90 | 1,053.00 |
| 12/18/15 | JFRH | ANALYZE RELEVANT AUTHORITY RE APPOINTMENT OF CHAPTER 11 TRUSTEE. | 0.80 | 244.00 |
| 12/29/15 | JAWA | CONTINUE DRAFTING MOTION TO APPOINT A CHAPTER 11 TRUSTEE. | 1.40 | 378.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ......................................................   **8.60**
**TOTAL LEGAL FEES** ....................................................................... $   **2,654.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.    111914-000014

INVOICE NO.  3038173
PAGE NO.  3

### DISBURSEMENTS

PRINTING EXPENSES                                              48.00

**TOTAL DISBURSEMENTS ................................. $      48.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3038173
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|-------|--------|----------|
| RMB | RICHARD M. BENDIX | 0.80 | 650.00 | 520.00 |
| JAWA | JENNIFER A. WARNER | 7.00 | 270.00 | 1,890.00 |
| JFRH | JOHN F. RHOADES | 0.80 | 305.00 | 244.00 |
| | **TOTAL** | **8.60** | | **2,654.00** |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000014
OTHER CONTESTED MATTERS
INVOICE NO.  3038173
PAGE NO.  5

FEES.........................................................................$     2,654.00

DISBURSEMENTS .....................................................     48.00

**TOTAL AMOUNT DUE**.............................................$     **2,702.00**

**DykemaGossett**plic

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:**_____     **DATE:**_____     **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center ▪ Detroit, MI  48243 ▪ EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

FEBRUARY 3, 2016
CLIENT-MATTER NO. 111914-000015
INVOICE NO.  3038174

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT**

FEES ........................................................................$    12,074.00

**TOTAL AMOUNT DUE** .............................................$    **12,074.00**

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW FEBRUARY 3, 2016 | CLIENT-MATTER NO.   111914-000015 |
| | INVOICE NO.  3038174 |
| | PAGE NO.  2 |

## RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/01/15 | ESW | ATTENTION TO FILING MOTION TO EXTEND EXCLUSIVE RIGHT TO SOLICIT ACCEPTANCES | 0.20 | 127.00 |
| 12/01/15 | RMB | CONTINUE REVIEWING DEBTOR'S DRAFT DISCLOSURE STATEMENT | 1.00 | 650.00 |
| 12/02/15 | RMB | DISCUSS WITH ED WEIL AND JOHN RHOADES STRATEGY FOR ███████████████████████████ | 0.50 | 325.00 |
| 12/03/15 | RMB | DISCUSS WITH MATT GENSBURG FOLLOWING THIS MORNING'S HEARING MY PROPOSAL FOR A PLAN OF REORGANIZATION UNDER WHICH DEFENDANTS IN SUBSTANTIVE CONSOLIDATION AND AVOIDANCE ACTIONS FUND A PLAN BY PAYING MONEY TO THE ESTATE TO SETTLE THOSE ACTIONS | 0.50 | 325.00 |
| 12/07/15 | ESW | TELEPHONE CONFERENCE WITH MR. GENSBURG RE PLAN, INCLUDING MEETING SET FOR 12/15. | 0.40 | 254.00 |
| 12/15/15 | ESW | MEETING WITH MR. GENSBURG RE PLAN AND RESOLUTION OF SAME. | 1.30 | 825.50 |
| 12/15/15 | RMB | DEVELOP STRATEGY FOR PLAN OF REORGANIZATION IN PREPARATION FOR THIS AFTERNOON' MEETING WITH MATT GENSBURG (.40) | 0.40 | 260.00 |
| 12/15/15 | RMB | MEET WITH MATT GENSBURG TO DISCUSS TERMS OF A CONSENSUAL PLAN OF REORGANIZATION (1.0); PREPARE NOTES OF FOREGOING TERMS (.20) | 1.20 | 780.00 |
| 12/16/15 | ESW | ADDRESS POSSIBLE SETTLEMENT – TELEPHONE CONFERENCE WITH MR. O'MALLEY RE PROPOSAL BY DEBTOR TO AGREE TO SUBSTANTIVE CONSOLIDATION. | 0.70 | 444.50 |
| 12/17/15 | ESW | FOLLOW-UP RE PROPOSED PLAN SETTLEMENT WITH DSI, AND COMMITTEE (.3); CORRESPONDENCE WITH EXAMINER RE SAME (.2). | 0.50 | 317.50 |
| 12/21/15 | ESW | SETTLEMENT FOLLOW-UP WITH DEBTOR RE PROPOSED SETTLEMENT TERMS (1.0). | 1.00 | 635.00 |
| 12/21/15 | RMB | DRAFT AND SEND EMAIL TO MATT GENSBURG IDENTIFYING GENERAL TERMS OF CONSENSUAL PLAN OF REORGANIZATION. | 1.00 | 650.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3038174
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 12/22/15 | RMB | REVIEW EXAMINER'S REPORT FOR EVIDENCE SUPPORTING ADDITION OF YELLOW GROUP LLC TO LIST OF COMPANIES THAT COMMITTEE WANTS SUBSTANTIVELY CONSOLIDATED WITH THE DEBTOR UNDER THE TERMS OF THE PROPOSED CONSENSUAL PLAN (1.0). | 1.00 | 650.00 |
| 12/23/15 | RMB | EXAMINE (1) THE DEBTOR'S PLAN AND DISCLOSURE STATEMENT, AND (2) THE EXAMINER'S REPORT IN PREPARATION FOR OUR MEETING NEXT WEEK TO DISCUSS CASE STRATEGY | 0.30 | 195.00 |
| 12/30/15 | DDW | REVIEW OF PLAN, DISCLOSURE STATEMENT AND EXAMINER'S REPORTS. | 2.10 | 1,281.00 |
| 12/30/15 | DDW | PREPARE FOR AND ATTEND TELEPHONE CONFERENCE WITH MR. WEIL AND MR. BENDIX REGARDING PLAN PROPOSALS AND PROCESS. | 1.00 | 610.00 |
| 12/30/15 | ESW | CONSIDERATION OF SETTLEMENT INITIATIVES (0.4); RESEARCH MOTION TO TERMINATE DEBTOR EXCLUSIVITY IN ORDER TO FILE COMPETING COMMITTEE PLAN OF LIQUIDATION. | 1.50 | 952.50 |
| 12/30/15 | ESW | CORRESPONDENCE TO MR. GENSBURG RE PLAN MEDIATION (0.2). | 0.20 | 127.00 |
| 12/30/15 | RMB | CALL WITH ED WEIL AND DEBORAH WILLIAMSON TO DISCUSS STRATEGY FOR NEGOTIATING A PLAN OF REORGANIZATION WITH THE DEBTOR OR, IN THE ALTERNATIVE, FILING A PLAN ON BEHALF OF THE CREDITORS' COMMITTEE | 1.00 | 650.00 |
| 12/31/15 | DDW | TELEPHONE CONFERENCE WITH MR. BENDIX AND MR. WEIL REGARDING PLAN PROPOSALS AND PROCESS. | 1.00 | 610.00 |
| 12/31/15 | DDW | REVIEW AND RESPOND TO EMAILS FROM MR. WEIL ET AL REGARDING PLAN PROPOSALS AND PROCESS. | 0.40 | 244.00 |
| 12/31/15 | ESW | CORRESPONDENCE TO MR. GENSBURG RE PLAN MEDIATION (0.2); CORRESPONDENCE RE CONSENSUAL PLAN ALTERNATIVES (0.4). | 0.60 | 381.00 |
| 12/31/15 | RMB | CALL WITH ED WEIL AND DEBORAH WILLIAMSON TO DISCUSS PLAN STRATEGY (1.0); SEND EMAIL TO MATT GENSBURG ASKING WHEN HE WILL SEND ME A RESPONSE TO THE COMMITTEE'S COUNTER-PROPOSAL RE TERMS OF A CONSENSUAL PLAN AND PROPOSE PLAN MEDIATION IF THE DEBTOR AND THE COMMITTEE CANNOT AGREE ON PLAN TERMS (.20) | 1.20 | 780.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**...................................................................... **19.00**
**TOTAL LEGAL FEES** ..............................................................................$ **12,074.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
FEBRUARY 3, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3038174
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|-------------|-------:|------:|--------:|
| DDW | D. WILLIAMSON | 4.50 | 610.00 | 2,745.00 |
| ESW | EDWARD S. WEIL | 6.40 | 635.00 | 4,064.00 |
| RMB | RICHARD M. BENDIX | 8.10 | 650.00 | 5,265.00 |
| **TOTAL** | | **19.00** | | **12,074.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

CLIENT-MATTER NO.   111914-000015
PLAN OF
REORGANIZATION/LIQUIDATION AND
DISCLOSURE STATEMENT

FEBRUARY 3, 2016

INVOICE NO.  3038174
PAGE NO.  5

FEES .......................................................................$   12,074.00

**TOTAL AMOUNT DUE** ...........................................$   <u>12,074.00</u>

DykemaGossett PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____    DATE:_____    AMOUNT:_____

THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____