**EXHIBIT B**

January 2016 Monthly Invoices

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

MARCH 7, 2016
CLIENT-MATTER NO. 111914-000001
INVOICE NO.  3044516

*FOR PROFESSIONAL SERVICES RENDERED*

## RE:  ADVERSARY PROCEEDINGS

FEES..........................................................................$    34,030.50

DISBURSEMENTS ......................................................        162.20

**TOTAL AMOUNT DUE** .............................................**$    34,192.70**

**DYKEMA**

| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW MARCH 7, 2016 | CLIENT-MATTER NO.   111914-000001 |
|---|---|
| | INVOICE NO.  3044516 |
| | PAGE NO.  2 |

## RE:  ADVERSARY PROCEEDINGS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/03/16 | ESW | WORK ON SUBSTANTIVE CONSOLIDATION COMPLAINT. | 0.30 | 196.50 |
| 01/03/16 | RMB | DRAFT RESPONSE TO MATT GENSBURG'S REPLY TO DEMAND LETTER RE DEBTOR SUING TAS TO RECOVER AMOUNT THAT EXAMINER'S REPORT STATES THAT TAS OWES TO THE DEBTOR (.20); REVIEW ADDENDUM TO SUGGESTED REPLY (.10); EMAIL TO MATT GENSBERG ASKING FOR INFORMATION SUPPORTING HIS ASSERTION THAT YCA OWES MONEY TO TAS RATHER THAN, AS STATED IN THE EXAMINER'S REPORT, THAT TAS OWES MONEY TO YCA (.10) | 0.40 | 268.00 |
| 01/04/16 | ESW | WORK ON SUBSTANTIVE CONSOLIDATION COMPLAINT INCLUDING FACTS RELATING TO YMH. | 0.80 | 524.00 |
| 01/05/16 | ESW | WORK ON SUBSTANTIVE CONSOLIDATION COMPLAINT (1.5); CONFERENCE WITH MR. KLEINMAN RE SAME (.6). | 2.10 | 1,375.50 |
| 01/06/16 | ESW | WORK ON SUBSTANTIVE CONSOLIDATION COMPLAINT RE MEDALLIONS OF YMH. | 0.50 | 327.50 |
| 01/06/16 | RMB | REVIEW COMMITTEE MEMBER'S ANALYSIS OF EXAMINER'S REPORT AND SUGGESTIONS AS TO CLAIMS THE REPORT SUGGESTS THE DEBTOR MAY HAVE AGAINST AFFILIATES. | 0.50 | 335.00 |
| 01/07/16 | ESW | WORK ON SUBSTANTIVE CONSOLIDATION COMPLAINT. | 1.20 | 786.00 |
| 01/07/16 | JFRH | ANALYZE RELEVANT AUTHORITY TO SUPPORT CLAIMS FOR FRAUDULENT TRANSFERS/SUBSTANTIVE CONSOLIDATION. | 1.20 | 378.00 |
| 01/07/16 | RMB | RESEARCH ISSUE OF WHETHER TAS'S DECISION NOT TO RENEW AGREEMENT WITH YCA CONSTITUTES A VIOLATION OF THE AUTOMATIC STAY | 0.50 | 335.00 |
| 01/07/16 | SMAL | RESEARCH CASES WHERE COURTS HAVE RULED THAT A CREDITORS' COMMITTEE HAD DERIVATIVE STANDING TO SUE AND ARGUMENTS RELIED UPON IN BRIEFING. | 2.00 | 560.00 |
| 01/08/16 | JFRH | ANALYZE RELEVANT AUTHORITY TO SUPPORT CLAIMS FOR FRAUDULENT TRANSFERS/SUBSTANTIVE CONSOLIDATION. | 1.60 | 504.00 |
| 01/08/16 | RMB | REVIEW AND REVISE EMAIL TO MATT GENSBURG CONFIRMING THAT THE DEBTOR WILL NOT FILE AN ADVERSARY COMPLAINT SEEKING TO SUBSTANTIVELY CONSOLIDATE TAS WITH THE DEBTOR | 0.20 | 134.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000001

INVOICE NO.  3044516
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 01/10/16 | RMB | REVISE ED WEIL'S DRAFT EMAIL TO MATT GENSBURG DEMANDING THAT THE DEBTOR FILE AN ADVERSARY COMPLAINT SEEKING TO SUBSTANTIVELY CONSOLIDATE TAS WITH THE DEBTOR. | 0.20 | 134.00 |
| 01/11/16 | JAWA | ANALYZE CASELAW REGARDING SUBSTANTIVE CONSOLIDATION. | 0.40 | 112.00 |
| 01/11/16 | JFRH | ANALYZE RELEVANT AUTHORITY TO SUPPORT SUBSTANTIVE CONSOLIDATION OF DEBTOR AND CERTAIN OF ITS AFFILIATES. | 2.40 | 756.00 |
| 01/11/16 | RMB | REVIEW MATT GENSBURG'S REPLY  CONFIRMING THAT DEBTOR DOES NOT INTEND TO FILE A COMPLAINT TO SUBSTANTIVELY CONSOLIDATE TAS WITH THE DEBTOR ABSENT RECEIPT OF PERSUASIVE CASE AUTHORITY FROM COMMITTEE (.1); ANALYSIS OF CASELAW IN SUPPORT OF SUBSTANTIVE CONSOLIDATION (.2). | 0.30 | 201.00 |
| 01/11/16 | RMB | REVIEW CASES ESTABLISHING LEGAL STANDARD FOR GRANTING CREDITORS' COMMITTEE STANDING TO PURSUE ESTATE CLAIMS IN THE NAME OF THE DEBTOR. | 1.00 | 670.00 |
| 01/12/16 | JFRH | DRAFT COMPLAINT TO SUBSTANTIVELY CONSOLIDATE DEBTOR WITH RELATED COMPANIES. | 2.40 | 756.00 |
| 01/14/16 | ESW | WORK ON SUBSTANTIVE CONSOLIDATION COMPLAINT. | 0.30 | 196.50 |
| 01/14/16 | JFRH | ANALYZE RELEVANT AUTHORITY FOR SUBSTANTIVE CONSOLIDATION/FRAUDULENT TRANSFER CLAIMS (.5); DRAFT ADVERSARY COMPLAINT (1.8). | 2.30 | 724.50 |
| 01/14/16 | RMB | ANALYSIS OF CASES DISCUSSING BANKRUPTCY COURT'S POWER TO SUBSTANTIVELY CONSOLIDATE DEBTOR AND NON-DEBTOR ENTITIES | 0.20 | 134.00 |
| 01/15/16 | JAWA | ANALYZE CASELAW REGARDING SUBSTANTIVE CONSOLIDATION FOR LETTER TO OPPOSING COUNSEL. | 0.40 | 112.00 |
| 01/15/16 | JFRH | ANALYZE RELEVANT AUTHORITY RE SUBSTANTIVE CONSOLIDATION (.6); CORRESPONDENCE WITH DEBTOR'S COUNSEL RE SAME (.5). | 1.60 | 504.00 |
| 01/15/16 | RMB | ANALYSIS OF TIMING OF EXCHANGE OF CASES ON SUBSTANTIVE CONSOLIDATION. | 0.10 | 67.00 |
| 01/16/16 | ESW | REVIEW OF HYPNOTIC DECISION OUT OF EDNY JANUARY 10, 2016 | 0.80 | 524.00 |
| 01/18/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE COUNTER PROPOSAL TO DEBTOR'S PLAN(.7). | 0.70 | 458.50 |
| 01/18/16 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE SUBSTANTIVE CONSOLIDATION. | 0.20 | 63.00 |

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.   111914-000001 |
|---|---|
| CREDITORS OF YELLOW | |
| MARCH 7, 2016 | INVOICE NO.  3044516 |
| | PAGE NO.  4 |

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/18/16 | RMB | REVISE DRAFT EMAIL TO MATT GENSBURG DEMANDING THAT HE SEEK SUBSTANTIVE CONSOLIDATION WITH THE DEBTOR OF CERTAIN OF THE DEBTOR'S AFFILIATES (.20). | 0.20 | 134.00 |
| 01/19/16 | ESW | CONTINUED ATTENTION TO SUBSTANTIVE CONSOLIDATION FACT-DEVELOPMENT. | 0.30 | 196.50 |
| 01/19/16 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE SUBSTANTIVE CONSOLIDATION. | 0.40 | 126.00 |
| 01/19/16 | JFRH | ANALYZE RELEVANT AUTHORITY RE SUBSTANTIVE CONSOLIDATION. | 2.40 | 756.00 |
| 01/20/16 | JFRH | DRAFT COMPLAINT FOR SUBSTANTIVE CONSOLIDATION (1.3); ANALYZE RELEVANT AUTHORITY RE SAME (1.5). | 2.80 | 882.00 |
| 01/21/16 | ESW | CONTINUED ATTENTION SUBSTANTIVE CONSOLIDATION COMPLAINT AND RESEARCH. | 1.30 | 851.50 |
| 01/21/16 | JFRH | DRAFT SUBSTANTIVE CONSOLIDATION COMPLAINT AGAINST DEBTOR (.1); ANALYZE RELEVANT AUTHORITY RE SAME (.5). | 1.60 | 504.00 |
| 01/21/16 | RMB | ANALYSIS OF WHETHER CHICAGO'S LIMITATIONS ON TAXI AFFILIATIONS WILL ADVERSELY AFFECT OUR SUBSTANTIVE CONSOLIDATION COMPLAINT | 0.20 | 134.00 |
| 01/21/16 | RMB | REVIEW MOTIONS FILED BY UNSECURED CREDITORS' COMMITTEES IN OTHER CASES SEEKING STANDING TO PURSUE CLAIMS ON BEHALF OF THE DEBTOR | 1.00 | 670.00 |
| 01/21/16 | SMAL | INVESTIGATE THE LEGAL STATUS OF THE ENTITY CREATED WHEN SUBSTANTIVE CONSOLIDATION IS GRANTED AND THE DEBTOR MERGES WITH A NON-DEBTOR ENTITY. | 0.80 | 224.00 |
| 01/22/16 | ESW | REVIEW OF LETTER FROM MR. GENSBURG RE SUB-CON LAW AND PROPRIETY OF BRINGING CLAIM AGAINST TAS (0.3); REVIEW OF SK FOODS SUB-CON CASE AND PLEADINGS (0.5); DRAFT SUB-CON COMPLAINT (1.2); RESEARCH STRUCTURE OF CLAIM AGAINST TAS, AND MEETING WITH DSI RE SAME (1.0). | 3.50 | 2,292.50 |
| 01/22/16 | JFRH | ANALYZE RELEVANT AUTHORITY RE DEMAND REQUIREMENT/LEAVE FOR SUBSTANTIVE CONSOLIDATION. | 0.40 | 126.00 |
| 01/22/16 | JFRH | DRAFT COMPLAINT FOR SUBSTANTIVE CONSOLIDATION. | 2.80 | 882.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000001

INVOICE NO.  3044516
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/22/16 | RMB | REVIEW ARTICLE BY DANIEL J. DEFRANCHESCHI ON GROUNDS FOR SUBSTANTIVE CONSOLIDATION (.30); BEGIN REVIEWING JOHN RHOADES' DRAFT SUBSTANTIVE CONSOLIDATION COMPLAINT (.30); MEET WITH PAT O'MALLEY, SHELLEY CUFF, ED WEIL AND JOHN RHOADES TO (1) DISCUSS WHICH NON-DEBTOR ENTITIES TO NAME AS DEFENDANTS IN SUBSTANTIVE CONSOLIDATION COMPLAINT, (2) CALL WITH COUNSEL FOR ███████████████████████████ AND (3) TO REVIEW JOHN RHOADES DRAFT SUBSTANTIVE CONSOLIDATION COMPLAINT AND DISCUSS REVISIONS TO SAME (2.5) | 3.10 | 2,077.00 |
| 01/23/16 | RMB | REVIEW ████████████████████████████ | 0.40 | 268.00 |
| 01/25/16 | ESW | DEVELOP FACTS AND SUPPORT FOR SUB-CON COMPLAINT (1.0). | 1.00 | 655.00 |
| 01/25/16 | RMB | BEGIN DRAFTING MOTION FOR DERIVATIVE STANDING TO SUBSTANTIVELY CONSOLIDATE TAS WITH THE DEBTOR | 0.70 | 469.00 |
| 01/26/16 | ESW | WORK ON SUB-CON COMPLAINT. | 0.50 | 327.50 |
| 01/26/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE SAME (.3). | 0.30 | 196.50 |
| 01/26/16 | RMB | REVIEW PLEADINGS FOR FACTS TO INCLUDE IN MOTION SEEKING DERIVATIVE STANDING TO BRING SUBSTANTIVE CONSOLIDATION COMPLAINT (1.0); CONTINUE DRAFTING MOTION SEEKING DERIVATIVE STANDING TO BRING SUBSTANTIVE CONSOLIDATION COMPLAINT (1.8) | 2.80 | 1,876.00 |
| 01/27/16 | ESW | REVISE DRAFT SUB-CON COMPLAINT AND MOTION FOR LEAVE. | 1.30 | 851.50 |
| 01/27/16 | RMB | CONTINUE DRAFTING MOTION FOR DERIVATIVE STANDING TO FILE SUBSTANTIVE CONSOLIDATION COMPLAINT AGAINST TAS | 3.00 | 2,010.00 |
| 01/28/16 | ESW | REVISE DRAFT  SUBSTANTIVE CONSOLIDATION COMPLAINT (.2); REVIEW OF AND REVISE DRAFT MOTION FOR LEAVE TO FILE SAME (.5). | 0.70 | 458.50 |
| 01/28/16 | RMB | FINISH FIRST DRAFT OF MOTION REQUESTING DERIVATIVE STANDING TO BRING SUBSTANTIVE CONSOLIDATION COMPLAINT AGAINST TAS | 3.00 | 2,010.00 |
| 01/29/16 | ESW | DEVELOP FACTS AND SUPPORT FOR SUB-CON (1.5); EDIT DRAFT COMPLAINT AND MOTION FOR LEAVE TO FILE SAME (0.6); REVIEW OF AND EDIT MEET AND CONFER COMMUNICATIONS PER JANUARY 14, 2016 COURT PROTOCOL (0.3) | 2.40 | 1,572.00 |



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000001

INVOICE NO.  3044516
PAGE NO.  6

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 01/29/16 | RMB | MEET WITH ED WEIL, JOHN RHOADES, PAT O'MALLEY AND SHELLY CUFF TO (1) REVIEW AND REVISE DRAFT SUBSTANTIVE CONSOLIDATION COMPLAINT AGAINST TAS, AND (2) REVIEW FLOW OF FUNDS RE INSURANCE PREMIUM REFUND DESCRIBED IN EXAMINER'S REPORT TO DETERMINE AMOUNT OF REFUND DUE TO YCA FROM TAS | 2.50 | 1,675.00 |
| 01/30/16 | RMB | BEGIN REVISING FIRST DRAFT OF MOTION REQUESTING DERIVATIVE STANDING TO FILE SUBSTANTIVE CONSOLIDATION COMPLAINT | 1.00 | 670.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **65.00**
**TOTAL LEGAL FEES** ................................................................ $ **34,030.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000001

INVOICE NO.  3044516
PAGE NO.  7

---

## DISBURSEMENTS

PRINTING EXPENSES                                           162.20

**TOTAL DISBURSEMENTS .................................. $     162.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.    111914-000001

INVOICE NO.  3044516
PAGE NO.  8

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------|-------|--------|-----------|
| ESW | EDWARD S. WEIL | 18.00 | 655.00 | 11,790.00 |
| RMB | RICHARD M. BENDIX | 21.30 | 670.00 | 14,271.00 |
| JAWA | JENNIFER A. WARNER | 0.80 | 280.00 | 224.00 |
| JFRH | JOHN F. RHOADES | 22.10 | 315.00 | 6,961.50 |
| SMAL | SUZANNE M. ALTON | 2.80 | 280.00 | 784.00 |
| | **TOTAL** | **65.00** | | **34,030.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000001
ADVERSARY PROCEEDINGS
INVOICE NO.  3044516
PAGE NO.  9

FEES.......................................................................$     34,030.50

DISBURSEMENTS ......................................................     162.20

**TOTAL AMOUNT DUE**.............................................$___**34,192.70**

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:_____         DATE:_____         AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

MARCH 7, 2016
CLIENT-MATTER NO. 111914-000004
INVOICE NO.  3044517

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  AVOIDANCE ACTION ANALYSIS**

FEES......................................................................$       476.00

**TOTAL AMOUNT DUE** .............................................$       **476.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000004

INVOICE NO.  3044517
PAGE NO.  2

## RE:  AVOIDANCE ACTION ANALYSIS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 01/03/16 | SMAL | FURTHER REVISE COMPLAINT FOR FRAUDULENT TRANSFER WITH ADDITIONAL ARGUMENT SUPPORTED BY EXAMINER'S REPORT. | 1.70 | 476.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................... **1.70**
**TOTAL LEGAL FEES** ................................................................. $ **476.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000004

INVOICE NO.  3044517
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|--------------------|-------|--------|--------|
| SMAL | SUZANNE M. ALTON | 1.70 | 280.00 | 476.00 |
| | **TOTAL** | **1.70** | | **476.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000004
AVOIDANCE ACTION ANALYSIS
INVOICE NO.  3044517
PAGE NO.  4


FEES......................................................................$      476.00


**TOTAL AMOUNT DUE**............................................$_____476.00

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:_____        DATE:_____        AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

*400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628*

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

MARCH 7, 2016
CLIENT-MATTER NO. 111914-000005
INVOICE NO.  3044518

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CASE ADMINISTRATION**

FEES........................................................................$      856.00

DISBURSEMENTS ....................................................      2.20

**TOTAL AMOUNT DUE** ...............................................$      **858.20**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3044518
PAGE NO.  2

## RE:  CASE ADMINISTRATION

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 01/06/16 | RMB | READ ARTICLE FROM SAN FRANCISCO EXAMINER RE FILING OF CHAPTER 11 CASE BY YELLOW CAB. | 0.10 | 67.00 |
| 01/11/16 | RMB | REVISE DRAFT EMAIL TO THE EXAMINER POSING ADDITIONAL FOLLOW-UP QUESTIONS RE RECHARACTERIZATION OF TAS'S OBLIGATION ON LOAN SECURED BY MEDALLION FOLLOWING PAYMENT OF THAT LOAN | 0.10 | 67.00 |
| 01/14/16 | RMB | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO PAY EXAMINER | 0.10 | 67.00 |
| 01/23/16 | ESW | REVIEW OF EXAMINER'S REPORT AND CORRESPONDENCE WITH EXAMINER. | 1.00 | 655.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **1.30**
**TOTAL LEGAL FEES** ................................................................ **$  856.00**

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3044518
PAGE NO.  3

---

### DISBURSEMENTS

PRINTING EXPENSES                                                   2.20

**TOTAL DISBURSEMENTS** ................................... $     **2.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3044518
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|------:|-----:|-------:|
| ESW | EDWARD S. WEIL | 1.00 | 655.00 | 655.00 |
| RMB | RICHARD M. BENDIX | 0.30 | 670.00 | 201.00 |
| | **TOTAL** | **1.30** | | **856.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000005
CASE ADMINISTRATION
INVOICE NO.  3044518
PAGE NO.  5

FEES..........................................................................$      856.00

DISBURSEMENTS .....................................................      2.20

**TOTAL AMOUNT DUE.............................................$      858.20**

DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____      DATE:_____      AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

MARCH 7, 2016
CLIENT-MATTER NO. 111914-000007
INVOICE NO.  3044520

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE INVESTIGATIONS**

FEES.........................................................................$     7,297.00

DISBURSEMENTS ....................................................     144.50

**TOTAL AMOUNT DUE** .............................................$     **7,441.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3044520
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE INVESTIGATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 01/02/16 | ESW | CORRESPONDENCE TO MR. GENSBURG RE AMOUNT DUE TO DEBTOR FROM TAS AS PER EXAMINER'S REPORT (1.0). | 1.00 | 655.00 |
| 01/04/16 | JFRH | ANALYZE PLEADINGS/DOCUMENTS RELATED TO TRANSIT FUNDING FINANCING AND MEDALLION OWNERSHIP. | 0.60 | 189.00 |
| 01/13/16 | ESW | REVISE DRAFT ORDER GRANTING MOTIONS TO COMPEL. | 0.40 | 262.00 |
| 01/13/16 | JFRH | DRAFT/FILE PROPOSED ORDERS RE MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS. | 1.40 | 441.00 |
| 01/13/16 | JFRH | PREPARE FOR HEARING ON MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS. | 2.20 | 693.00 |
| 01/14/16 | ESW | PREPARE FOR COURT (0.6) | 0.60 | 393.00 |
| 01/14/16 | JFRH | PREPARE FOR AND ATTEND HEARING ON MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS AND DEBTOR'S PROPOSED PLAN/DISCLOSURE STATEMENT. | 3.40 | 1,071.00 |
| 01/14/16 | RMB | ATTEND HEARING ON COMMITTEE'S MOTIONS TO COMPEL DOCUMENT PRODUCTION BY DEBTOR AND ITS AFFILIATES. | 0.80 | 536.00 |
| 01/18/16 | JFRH | CORRESPONDENCE WITH AFFILIATES' COUNSEL RE DISCOVERY REQUESTS. | 0.20 | 63.00 |
| 01/19/16 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE DISCOVERY ISSUES (.2); ANALYZE PROPOSED ORDER RE EMPLOYMENT OF EPIQ AS DEBTOR'S E-DISCOVERY CONSULTANT (.1). | 0.30 | 94.50 |
| 01/19/16 | JFRH | CORRESPONDENCE WITH E-DISCOVERY CONSULTANT RE DISCOVERY MATTERS. | 0.50 | 157.50 |
| 01/22/16 | ESW | REVIEW OF LETTERS FROM MR. WEINER AND MR. DORAN RE NARROWING OF DRAFT ORDER ON DOCUMENTS TO BE PRODUCED. | 0.50 | 327.50 |
| 01/22/16 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE E-DISCOVERY. | 0.20 | 63.00 |
| 01/22/16 | JFRH | CORRESPONDENCE WITH DSI RE DEBTOR'S FINANCIAL AFFAIRS. | 1.80 | 567.00 |
| 01/26/16 | ESW | ATTENTION TO OUTSTANDING DISCOVERY REQUESTS. | 0.40 | 262.00 |
| 01/29/16 | DAST | ANALYSIS OF PROPOSED E-DISCOVERY PROTOCOLS AS AMENDED (.4); REVIEW OF EXAMINER'S REPORT (.4). | 0.80 | 360.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3044520
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 01/29/16 | ESW | MEETING WITH DSI RE TRACING OF FUNDS IN CONNECTION WITH GEMINI INSURANCE REFUND NOT REMITTED TO YCA AND RELATED ISSUES (1.5). | 1.50 | 982.50 |
| 01/30/16 | DAST | ANALYSIS OF PROPOSED UPDATED SEARCH TERMS. | 0.40 | 180.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................................... **17.00**
**TOTAL LEGAL FEES** .................................................................................. **$ 7,297.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3044520
PAGE NO.  4

---

### DISBURSEMENTS

| | |
|---|---:|
| PHOTOCOPY EXPENSES | 50.60 |
| SCANNING EXPENSES | 1.00 |
| PRINTING EXPENSES | 92.90 |

**TOTAL DISBURSEMENTS ...................................$   144.50**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3044520
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|-----------------------|--------|--------|----------|
| DAST | DANTE A. STELLA | 1.20 | 450.00 | 540.00 |
| ESW | EDWARD S. WEIL | 4.40 | 655.00 | 2,882.00 |
| RMB | RICHARD M. BENDIX | 0.80 | 670.00 | 536.00 |
| JFRH | JOHN F. RHOADES | 10.60 | 315.00 | 3,339.00 |
| | **TOTAL** | **17.00** | | **7,297.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

MARCH 7, 2016

CLIENT-MATTER NO.   111914-000007
CREDITORS' COMMITTEE
INVESTIGATIONS
INVOICE NO.  3044520
PAGE NO.  6


FEES.........................................................................$     7,297.00

DISBURSEMENTS ...................................................     144.50

**TOTAL AMOUNT DUE** .............................................$     **7,441.50**


**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:**_____     **DATE:**_____     **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

MARCH 7, 2016
CLIENT-MATTER NO. 111914-000008
INVOICE NO.  3044521

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS**

FEES..........................................................$      8,098.50

DISBURSEMENTS ......................................      96.68

**TOTAL AMOUNT DUE**..............................$      **8,195.18**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3044521
PAGE NO.  2

### RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-------------|-------|--------|
| 01/07/16 | ESW | MEETING WITH COMMITTEE RE SUB-CON, SETTLEMENT TERMS, DISCOVERY, ETC. | 0.50 | 327.50 |
| 01/07/16 | JFRH | PREPARE FOR AND ATTEND MEETING WITH CREDITORS' COMMITTEE RE EXAMINER'S REPORT (1.5); CONSOLIDATION OF DEBTOR ENTITIES, AND PLAN OF REORGANIZATION (.8). | 2.30 | 724.50 |
| 01/07/16 | RMB | MEET WITH COMMITTEE, PAT O'MALLEY AND SHELLEY CUFF TO DISCUSS (1) TERMS OF CONSENSUAL PLAN OF REORGANIZATION, (2) ENTITIES WITH WHOM TO CONSOLIDATE DEBTOR IN COMPLAINT FOR SUBSTANTIVE CONSOLIDATION, AND MOTION FOR LEAVE TO FILE SUBSTANTIVE CONSOLIDATION COMPLAINT | 2.30 | 1,541.00 |
| 01/08/16 | ESW | CALL WITH COMMITTEE RE STRATEGY AND SUBSTANTIVE CONSOLIDATION COMPLAINT. | 0.40 | 262.00 |
| 01/11/16 | RMB | SEND COMMITTEE MEMBERS MATT GENSBURG'S EMAIL PROPOSING TERMS OF A PLAN OF REORGANIZATION | 0.10 | 67.00 |
| 01/12/16 | ESW | CONFERENCE CALL WITH COMMITTEE TO DEVELOP COUNTER-PROPOSAL TO DEBTOR'S PLAN (1.0) | 1.00 | 655.00 |
| 01/12/16 | RMB | SEND TO COMMITTEE DEBTOR'S MOTION TO APPROVE DISCLOSURE STATEMENT AND MULTIPLE EXHIBITS TO SAME | 0.50 | 335.00 |
| 01/14/16 | ESW | DRAFT MEMORANDUM TO COMMITTEE RE COUNTER-PROPOSAL/CONSENSUAL SUB-CON TERMS (0.8). | 0.80 | 524.00 |
| 01/15/16 | ESW | DRAFT AND CONDUCT COMMITTEE CALL RE COUNTER-PROPOSAL TERMS TO SETTLE. | 1.60 | 1,048.00 |
| 01/15/16 | RMB | SEND PLAN TERM SHEET TO COMMITTEE MEMBERS, PAT O'MALLEY AND SHELLEY CUFF IN PREPARATION FOR THIS AFTERNOON'S CONFERENCE CALL | 0.10 | 67.00 |
| 01/15/16 | RMB | CALL WITH CREDITORS' COMMITTEE AND DSI TO DISCUSS MY DRAFT OF PROPOSED TERMS FOR CONSENSUAL PLAN | 1.50 | 1,005.00 |
| 01/18/16 | JFRH | CORRESPONDENCE WITH COMMITTEE RE SETTLEMENT COUNTER PROPOSAL (.9). | 0.90 | 283.50 |
| 01/18/16 | RMB | SEND DEBTOR'S NOVEMBER, 2016 MONTHLY OPERATING REPORT TO COMMITTEE MEMBERS AND TO DSI | 0.10 | 67.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3044521
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 01/18/16 | RMB | EXCHANGE EMAILS WITH COMMITTEE MEMBER REGARDING ADDITION OF YELLOW GROUP AND YELLOW MEDALLION HOLDING TO LIST OF AFFILIATES TO BE SUBSTANTIVELY CONSOLIDATED WITH THE DEBTOR (.30) | 0.30 | 201.00 |
| 01/19/16 | RMB | SEND COMMITTEE MEMBERS NOTICE OF HEARING TO APPROVE DEBTOR'S DISCLOSURE STATEMENT | 0.10 | 67.00 |
| 01/20/16 | RMB | CALL WITH COMMITTEE MEMBER TO DISCUSS ADDITIONAL REVISIONS TO DRAFT EMAIL TO MATT GENSBURG PROPOSING TERMS OF CONSENSUAL PLAN OF REORGANIZATION (.10). | 0.10 | 67.00 |
| 01/21/16 | JFRH | CORRESPONDENCE WITH COMMITTEE RE SUBSTANTIVE CONSOLIDATION. | 0.40 | 126.00 |
| 01/21/16 | RMB | CALL WITH ED WEIL, CREDITORS' COMMITTEE AND PAT O'MALLEY TO DISCUSS EFFECT OF CHICAGO CITY ORDINANCE LIMITING SIZE OF TAXI AFFILIATIONS ON ENTITIES THAT WE ARE SEEKING TO SUBSTANTIVELY CONSOLIDATE | 0.70 | 469.00 |
| 01/25/16 | ESW | CONFERENCE WITH COMMITTEE RE  FACTS IN SUPPORT OF SUBSTANTICE CONSOLIDATION (.4). | 0.40 | 262.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ......................................................   **14.10**
**TOTAL LEGAL FEES**.............................................................. $   **8,098.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.    111914-000008

INVOICE NO.  3044521
PAGE NO.  4

---

### DISBURSEMENTS

| | | |
|---|---|---:|
| 01/07/16 | CORNER BAKERY CAFE ROSS ALTMAN BUSINESS DEVELOPMENT MEETING | 95.88 |
| | PRINTING EXPENSES | 0.80 |

**TOTAL DISBURSEMENTS ...................................$    96.68**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.    111914-000008

INVOICE NO.  3044521
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------|--------|--------|----------|
| ESW | EDWARD S. WEIL | 4.70 | 655.00 | 3,078.50 |
| RMB | RICHARD M. BENDIX | 5.80 | 670.00 | 3,886.00 |
| JFRH | JOHN F. RHOADES | 3.60 | 315.00 | 1,134.00 |
| **TOTAL** | | **14.10** | | **8,098.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

MARCH 7, 2016

CLIENT-MATTER NO.   111914-000008
CREDITORS' COMMITTEE MEETING
AND COMMUNICATIONS
INVOICE NO.  3044521
PAGE NO.  6


FEES..........................................................................$     8,098.50

DISBURSEMENTS ......................................................     96.68

**TOTAL AMOUNT DUE** ..............................................$___**8,195.18**

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:**_____     **DATE:**_____     **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

MARCH 7, 2016
CLIENT-MATTER NO. 111914-000010
INVOICE NO.  3044523

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  FEE/EMPLOYMENT APPLICATIONS**

FEES............................................................$      8,737.00

DISBURSEMENTS .....................................        125.20

**TOTAL AMOUNT DUE**.............................$      **8,862.20**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3044523
PAGE NO.  2

## RE: FEE/EMPLOYMENT APPLICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 01/05/16 | HMB | ANALYZE CORRESPONDENCE FROM COURT CLERK REGARDING THE CERTIFICATION OF NO OBJECTION TO SEVENTH MONTHLY INVOICE OF GREENBERG TRAURIG, LLP, CO-COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION, FOR FEES AND EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2015 THROUGH AND INCLUDING NOVEMBER 30, 2015. | 0.20 | 50.00 |
| 01/07/16 | HMB | ANALYZE CORRESPONDENCE FROM COURT CLERK REGARDING CERTIFICATION OF NO OBJECTION TO SIXTH MONTHLY INVOICE OF GREENBERG TRAURIG, LLP, CO-COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION, FOR FEES AND EXPENSES FOR THE PERIOD OF OCTOBER 1, 2015 THROUGH AND INCLUDING OCTOBER 31, 2015. | 0.20 | 50.00 |
| 01/08/16 | MADI | BEGIN PREPARATION OF THE THIRD QUARTERLY FEE APPLICATION. | 0.50 | 192.50 |
| 01/10/16 | MADI | PREPARATION OF THIRD QUARTERLY INTERIM FEE APPLICATION. | 0.70 | 269.50 |
| 01/11/16 | MADI | PREPARE THIRD INTERIM FEE APPLICATION. | 1.90 | 731.50 |
| 01/12/16 | HMB | ANALYZE FOR APPLICABLE DATES THE MOTION OF YELLOW CAB AFFILIATION, INC. FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO PAY THE FEES, COSTS AND EXPENSES INCURRED BY THE EXAMINER PURSUANT TO HIS PREVIOUSLY APPROVED BUDGET AND CALENDAR THE JANUARY 14, 2016 HEARING. | 0.20 | 50.00 |
| 01/12/16 | MADI | PREPARE THIRD INTERIM FEE APPLICATION. | 2.10 | 808.50 |
| 01/13/16 | MADI | CONTINUED PREPARATION OF THIRD INTERIM FEE APPLICATION. | 3.50 | 1,347.50 |
| 01/13/16 | SMAL | PREPARE AND FILE CERTIFICATE OF NO OBJECTION TO DYKEMA'S FEE FIFTH, SIXTH, AND SEVENTH MONTHLY FEE APPLICATIONS. | 1.10 | 308.00 |
| 01/14/16 | ESW | REVISE FEE PETITION. | 0.30 | 196.50 |
| 01/14/16 | HMB | ANALYZE CORRESPONDENCE FROM COURT CLERK REGARDING THE CERTIFICATION REGARDING THE FIFTH, SIXTH AND SEVENTH MONTHLY STATEMENT FOR INTERIM COMPENSATION AND EXPENSE REIMBURSEMENT OF DYKEMA GOSSETT PLLC FOR FEES AND EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS. | 0.20 | 50.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3044523
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|------------|-------|--------|
| 01/14/16 | RMB | CALLS (2X) WITH MATT GENSBURG RE EXTENSIONS OF TIME FOR DEBTOR AND COMMITTEE TO FILE THEIR QUARTERLY FEE APPLICATIONS (.20); REVIEW AND RESPOND TO EMAIL FROM MARTIN KEDZIORA RE DATES FOR HEARING ON LATEST QUARTERLY FEE APPLICATIONS TO BE FILED BY COUNSEL FOR DEBTOR AND COMMITTEE (.20); CALL WITH MARTIN KEDZIORA AGREEING WITH HIS REQUEST FOR ADDITIONAL TIME TO FILE GREENBERG TRAURIG'S LATEST MONTHLY FEE APPLICATION (.10) | 0.50 | 335.00 |
| 01/15/16 | MADI | PREPARE EXHIBITS TO THIRD INTERIM FEE APPLICATION. | 1.10 | 423.50 |
| 01/15/16 | RMB | REVIEW AND REVISE DRAFT OF DYKEMA'S LATEST QUARTERLY FEE APPLICATION | 0.50 | 335.00 |
| 01/16/16 | ESW | REVISE DRAFT THIRD INTERIM FEE PETITION. | 0.80 | 524.00 |
| 01/16/16 | MADI | CONTINUED REVISIONS TO THIRD INTERIM FEE APPLICATION AND RELATED EXHIBITS. | 0.80 | 308.00 |
| 01/17/16 | MADI | REVISE THIRD INTERIM FEE APPLICATION (0.2); FINALIZE EXHIBITS FOR FILING (0.7); FILE SAME (0.3). | 1.20 | 462.00 |
| 01/18/16 | MADI | DRAFT NOTICE OF MOTION FOR DSI'S FIRST INTERIM FEE APPLICATION (0.2); PREPARE FOR FILING AND FILE FIRST INTERIM FEE APPLICATION OF DSI (0.4); CORRESPONDENCE WITH MR. O'MALLEY RE SAME (0.2). | 0.80 | 308.00 |
| 01/18/16 | RMB | CALL WITH MATT GENSBURG RE HIS REQUEST FOR ADDITIONAL TIME TO FILE HIS LATEST QUARTERLY FEE APPLICATION | 0.10 | 67.00 |
| 01/19/16 | HMB | ANALYZE FOR APPLICABLE DATES THE NOTICE OF MOTION AND THIRD INTERIM APPLICATION FOR COMPENSATION FOR DYKEMA GOSSETT PLLC, GREENBERG TRAURIG LLP, AND DEVELOPMENT SPECIALISTS, INC. AND CALENDAR THE FEBRUARY 24, 2016 HEARING. | 0.20 | 50.00 |
| 01/19/16 | MADI | PREPARE COURTESY COPIES OF THIRD INTERIM FEE APPLICATION FOR DELIVERY TO JUDGE DOYLE'S CHAMBERS. | 0.40 | 154.00 |
| 01/19/16 | SMAL | DRAFT AND FILE APPLICATION FOR D4'S FEES, NOTICE OF MOTION, AND PROPOSED ORDER PURSUANT TO COURTROOM DEPUTY'S INSTRUCTIONS. | 0.90 | 252.00 |
| 01/20/16 | RMB | EXAMINE GREENBERG TRAURIG'S LATEST QUARTERLY FEE APPLICATION (.2);  SEND GREENBERG TRAUNG'S LATEST FEE APPLICATION INCLUDING EXHIBITS, TO COMMITTEE MEMBERS (.1); EXAMINE DALE & GENSBURG'S LATEST QUARTERLY FEE APPLICATION (.2) SEND DALE & GENSBERG'S LATEST FEE APPLICATOR INCLUDING EXHIBITS, TO COMMITTEE MEMBERS (.1) | 0.60 | 402.00 |



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3044523
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 01/21/16 | HMB | ANALYZE FOR APPLICABLE DATES THE THIRD INTERIM FEE APPLICATION OF DALE & GENSBURG, P.C. AS CO-COUNSEL TO THE DEBTOR FOR THE TIME PERIOD FROM SEPTEMBER 1, 2015 THROUGH AND INCLUDING NOVEMBER 30, 2015. | 0.20 | 50.00 |
| 01/25/16 | MADI | EXAMINE DECEMBER 2015 INVOICES TO BE FILED WITH MONTHLY STATEMENT. | 0.90 | 346.50 |
| 01/28/16 | MADI | EXAMINE DECEMBER MONTHLY STATEMENTS. | 1.60 | 616.00 |
| 01/29/16 | HMB | ANALYZE CORRESPONDENCE FROM COURT CLERK REGARDING THE ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF EQUIP DISCOVERY SOLUTIONS, INC. AS E-DISCOVERY CONSULTANT TO THE DEBTOR. | 0.20 | 50.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................  **21.70**
**TOTAL LEGAL FEES**.............................................................$  **8,737.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.    111914-000010

INVOICE NO.  3044523
PAGE NO.  5

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 01/19/16 | COURIER FOR COURT FILING SERVICES- DELIVER COURTESY COPY TO JUDGE | 21.00 |
| | PRINTING EXPENSES | 104.20 |

**TOTAL DISBURSEMENTS** ................................... $    **125.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3044523
PAGE NO.  6

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 1.10 | 655.00 | 720.50 |
| RMB | RICHARD M. BENDIX | 1.70 | 670.00 | 1,139.00 |
| MADI | MARIA A. DIAKOUMAKIS | 15.50 | 385.00 | 5,967.50 |
| SMAL | SUZANNE M. ALTON | 2.00 | 280.00 | 560.00 |
| HMB | HEATHER M. BARHORST | 1.40 | 250.00 | 350.00 |
| | **TOTAL** | **21.70** | | **8,737.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000010
FEE/EMPLOYMENT APPLICATIONS
INVOICE NO.  3044523
PAGE NO.  7

FEES.........................................................................$     8,737.00

DISBURSEMENTS .....................................................     125.20

**TOTAL AMOUNT DUE.............................................**$____**8,862.20**

**DykemaGossett**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:_____      DATE:_____      AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

MARCH 7, 2016
CLIENT-MATTER NO. 111914-000013
INVOICE NO.  3044525

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY**

FEES.............................................................$      184.00

DISBURSEMENTS .....................................          0.80

**TOTAL AMOUNT DUE**...............................$_____184.80

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3044525
PAGE NO.  2

## RE: MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 01/20/16 | HMB | ANALYZE FOR APPLICABLE DATES THE MOTION FOR RELIEF FROM AUTOMATIC STAY AND THE APPLICATION FOR PROFESSIONAL COMPENSATION OF D4 LLC AND CALENDAR THE FEBRUARY 11, 2016 HEARING. | 0.20 | 50.00 |
| 01/20/16 | RMB | REVIEW SHANNON MALONEY'S LIFT STAY MOTION | 0.10 | 67.00 |
| 01/21/16 | RMB | SEND EMAIL TO MATT GENSBURG ADVISING HIM THAT THE COMMITTEE HAS NO OBJECTION TO SHANNON MALONEY'S LIFT STAY MOTION AND WILL NOT BE APPEARING AT THE HEARING ON THAT MOTION. | 0.10 | 67.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **0.40**
**TOTAL LEGAL FEES** ............................................................................ **$     184.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3044525
PAGE NO.  3

### DISBURSEMENTS

PRINTING EXPENSES                                                     0.80

**TOTAL DISBURSEMENTS ...................................$      0.80**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.    111914-000013

INVOICE NO.  3044525
PAGE NO.  4

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|-----------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 0.20 | 670.00 | 134.00 |
| HMB | HEATHER M. BARHORST | 0.20 | 250.00 | 50.00 |
| | **TOTAL** | **0.40** | | **184.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

MARCH 7, 2016

CLIENT-MATTER NO.   111914-000013
MOTIONS FOR RELIEF FROM THE
AUTOMATIC STAY
INVOICE NO.  3044525
PAGE NO.  5

FEES..........................................................$       184.00

DISBURSEMENTS .....................................................       0.80

**TOTAL AMOUNT DUE** ...........................................$_____**184.80**

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:_____        DATE:_____        AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

MARCH 7, 2016
CLIENT-MATTER NO. 111914-000015
INVOICE NO.  3044526

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT**

FEES........................................................................$    24,823.50

DISBURSEMENTS ....................................................    130.74

**TOTAL AMOUNT DUE** .............................................$    24,954.24

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3044526
PAGE NO.  2

## RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 01/03/16 | ESW | WORK ON SETTLEMENT PROPOSAL. | 1.00 | 655.00 |
| 01/05/16 | JFRH | ANALYZE RELEVANT AUTHORITY RE MEDIATION BETWEEN DEBTOR AND CREDITORS' COMMITTEE. | 0.30 | 94.50 |
| 01/05/16 | RMB | REVIEW LOCAL BANKRUPTCY RULES ON MEDIATION TO DETERMINE IF THEY PROVIDE A BASIS FOR A COMMITTEE MOTION TO COMPEL THE DEBTOR TO ENGAGE IN PLAN MEDIATION (.10); ANALYSIS MOTIONS TO COMPEL A RECALCITRANT PARTY TO ENGAGE IN PLAN MEDIATION (.10) | 0.30 | 201.00 |
| 01/06/16 | ESW | WORK ON SETTLEMENT PROPOSAL. | 0.50 | 327.50 |
| 01/06/16 | JFRH | ANALYZE DEBTOR'S PROPOSED PLAN OF REORGANIZATION. | 0.80 | 252.00 |
| 01/06/16 | RMB | EMAIL TO NANCY PETERMAN REGARDING COMMITTEE'S BELIEF THAT PLAN MEDIATION IS THE BEST WAY TO RESOLVE THIS CASE (.10); REVIEW EMAIL FROM MATT GENSBURG RE PLAN MEDIATION (.10). | 0.20 | 134.00 |
| 01/06/16 | RMB | REVIEW AND COMMENT ON DRAFT OF COMMITTEE'S REVISED TERMS FOR CONSENSUAL PLAN OF REORGANIZATION | 0.20 | 134.00 |
| 01/07/16 | ESW | WORK ON SETTLEMENT COUNTER-PROPOSAL TERMS. | 1.10 | 720.50 |
| 01/11/16 | ESW | REVIEW OF SETTLEMENT COUNTER FROM DEBTOR. | 1.80 | 1,179.00 |
| 01/11/16 | RMB | CALL WITH MATT GENSBURG TO DISCUSS WHY THE COMMITTEE'S PLAN PROPOSAL INCLUDED PROVISIONS FOR SUBSTANTIVE CONSOLIDATION OF MULTIPLE AFFILIATES OF THE DEBTOR WHEN THE COMMITTEE'S DEMAND LETTER ONLY ASKED FOR SUBSTANTIVE CONSOLIDATION OF THE DEBTOR WITH TAS (.10); REVIEW LATEST PLAN PROPOSAL FROM MATT GENSBURG (.10) | 0.10 | 67.00 |
| 01/11/16 | RMB | CALL WITH DSI TO ANALYZE AND FORMULATE RESPONSE TO MATT GENSBURG'S TERMS FOR A PLAN OF REORGANIZATION (1.5); WORK ON DRAFT OF NEW PLAN TERMS TO PROPOSE TO DEBTOR (1.0) | 2.50 | 1,675.00 |
| 01/12/16 | ESW | REVIEW OF AND DRAFT RESPONSE TO DEBTOR'S LATEST PLAN SETTLEMENT COUNTER-PROPOSAL RECEIVED JANUARY 12, 2016 (1.2). | 1.20 | 786.00 |
| 01/12/16 | RMB | REVISE NEW PLAN PROPOSAL AND SEND SAME TO DSI FOR REVIEW BEFORE SENDING THE PROPOSAL TO THE COMMITTEE | 1.00 | 670.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3044526
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/12/16 | RMB | CONTINUE PREPARING REVISED PROPOSAL TO DEBTOR FOR CONSENSUAL PLAN OF REORGANIZATION. | 1.00 | 670.00 |
| 01/13/16 | ESW | DRAFT AND REVISE SETTLEMENT COUNTER-PROPOSAL LENGTHY TERM SHEET LAYING OUT SEVERAL EVENTUALITIES. | 1.50 | 982.50 |
| 01/13/16 | HMB | ANALYZE FOR APPLICABLE DATES THE DEBTOR'S MOTION, PURSUANT TO SECTIONS 105(A)9, 1123(A), 1124, 1125, 1126, 1128 AND 1129 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2002, 3003, 3016, 2017, 3018, 3019, AND 3020 AND LOCAL RULES 3016-1 AND 3018-1 FOR ENTRY OF AN ORDER (I) APPROVING THE DISCLOSURE STATEMENT, (II) ESTABLISHING PROCEDURES FOR THE SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN, (III) APPROVING FORMS OF NOTICES AND BALLOTS, (IV) ESTABLISHING NOTICE AND OBJECTION PROCEDURES IN RESPECT THEREOF, (V) SETTING CONFIRMATION HEARING AND RELATED DEADLINES, (VI) SETTING ADMINISTRATIVE EXPENSE BAR DATE, AND (VII) GRANTING RELATED RELIEF AND CALENDAR THE FEBRUARY 11, 2016 HEARING. | 0.20 | 50.00 |
| 01/13/16 | RMB | REVISE RESPONSE TO PLAN TERMS CONTAINED IN MATT GENSBURG'S JANUARY 11, 2016 EMAIL. | 1.00 | 670.00 |
| 01/14/16 | ESW | COURT APPEARANCE ON PLAN AND DISCLOSURE STATEMENT & DISCOVERY (1.0); DRAFT COUNTER-PROPOSAL TO DEBTOR TO AGREE ON CONSENSUAL LIQUIDATING PLAN, AND MEETING RE SAME (1.8). | 2.80 | 1,834.00 |
| 01/14/16 | JFRH | DEVELOP SETTLEMENT PROPOSAL (.5). | 0.50 | 157.50 |
| 01/14/16 | RMB | REVISE TERM SHEET CONTAINING COMMITTEE'S PROPOSED TERMS FOR PLAN OF REORGANIZATION | 1.00 | 670.00 |
| 01/14/16 | RMB | ATTEND BANKRUPTCY COURT HEARING ON STATUS OF DEBTOR'S PLAN OF REORGANIZATION | 0.80 | 536.00 |
| 01/14/16 | RMB | REVIEW AND DISCUSS TERMS OF COMMITTEE'S RESPONSE TO DEBTOR'S LATEST PLAN TERM SHEET (1.60); REVISE PLAN TERM SHEET TO REFLECT COMMENTS ON MY MOST RECENT DRAFT RESPONSE TO DEBTOR'S PLAN TERM SHEET (1.0). | 2.60 | 1,742.00 |
| 01/15/16 | RMB | REVISE PLAN TERM SHEET TO REFLECT COMMENTS ON LAST DRAFT (.30); EMAIL MATT GENSBURG FOR A RED-LINED VERSION OF THE DEBTOR'S AMENDED PLAN AND DISCLOSURE STATEMENT (.10) | 0.40 | 268.00 |
| 01/16/16 | ESW | REVIEW OF COMMITTEE'S REVISIONS/COMMENTS TO DRAFT COUNTER-PROPOSAL (0.5); REVIEW OF RED-LINE OF AMENDED DS AND PLAN. (0.5) | 1.00 | 655.00 |
| 01/17/16 | ESW | ATTENTION TO CRAFTING SETTLEMENT TERM SHEET/COUNTER-PROPOSAL TO YCA. | 1.50 | 982.50 |

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.   111914-000015 |
|---|---|
| CREDITORS OF YELLOW | |
| MARCH 7, 2016 | INVOICE NO.  3044526 |
| | PAGE NO.  4 |

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/18/16 | ESW | WORK ON PLAN SETTLEMENT COUNTERPROSAL (2.3). | 2.30 | 1,506.50 |
| 01/18/16 | JFRH | DRAFT/REVISE SETTLEMENT PROPOSAL (.9). | 0.90 | 283.50 |
| 01/18/16 | RMB | REVIEW PROPOSED REVISIONS TO DRAFT OF PROPOSED TERMS FOR A CONSENSUAL PLAN OF REORGANIZATION (.30); CALL WITH DSI TO DISCUSS REVISIONS TO PROPOSED TERMS FOR CONSENSUAL PLAN OF REORGANIZATION (1.0); CONTINUE REVISING PROPOSED TERMS FOR CONSENSUAL PLAN OF REORGANIZATION (1.5) | 2.80 | 1,876.00 |
| 01/19/16 | ESW | FINALIZE SETTLEMENT COUNTER-PROPOSAL TERM SHEET/AGREEMENT. | 0.60 | 393.00 |
| 01/19/16 | RMB | CONTINUE REVISING PROPOSED TERMS FOR CONSENSUAL PLAN TO REFLECT COMMENTS FROM COMMITTEE MEMBERS. | 1.70 | 1,139.00 |
| 01/20/16 | ESW | FINALIZE AND SEND SETTLEMENT PROPOSAL/PROPOSED LIQUIDATION PLAN | 0.50 | 327.50 |
| 01/20/16 | MADI | REVIEW COMMITTEE'S PROPOSED REVISIONS TO DEBTOR'S PLAN. | 0.40 | 154.00 |
| 01/20/16 | RMB | EXCHANGE EMAILS REGARDING DATE AND TIME OF MEETING TO DISCUSS STRATEGY FOR CONSENSUAL PLAN OF REORGANIZATION. | 0.10 | 67.00 |
| 01/20/16 | RMB | EMAIL TO MATT GENSBURG PROPOSING TERMS OF CONSENSUAL PLAN OF REORGANIZATION. | 0.30 | 201.00 |
| 01/22/16 | JFRH | ANALYZE DEBTOR'S DISCLOSURE STATEMENT. | 0.60 | 189.00 |
| 01/25/16 | RMB | CALL WITH MATT GENSBURG RE DEBTOR'S REJECTION OF THE COMMITTEE'S LATEST PROPOSAL FOR A CONSENSUAL PLAN AND RE MEETING TOMORROW TO DISCUSS SAME | 0.10 | 67.00 |
| 01/26/16 | ESW | MEETING WITH MR. GENSBURG RE COMMITTEE'S CONSENSUAL PLAN SETTLEMENT PROPOSAL OF JANUARY 21, 2016, AND RESPONSE TO SAME. | 1.00 | 655.00 |
| 01/26/16 | ESW | TELEPHONE CONFERENCE WITH POSSIBLE STALKING HORSE BIDDER FOR YCA. | 1.00 | 655.00 |
| 01/26/16 | RMB | MEET WITH MATT GENSBURG TO DISCUSS COMMITTEE'S LATEST TERM SHEET FOR A CONSENSUAL PLAN OF REORGANIZATION (.70); SEND EMAIL TO MATT GENSBURG RE EXAMINER'S REPORT FOR INFORMATION ON TAS ACCOUNTS RECEIVABLE, THE PROCEEDS OF WHICH COULD BE USED TO FUND A CONSENSUAL PLAN OF REORGANIZATION (.10) | 0.80 | 536.00 |
| 01/27/16 | ESW | REVIEW OF DEBTOR'S LATEST OFFER/RESPONSE AND CONFER RE SAME. | 0.60 | 393.00 |



| | | | | |
|---|---|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW | | | CLIENT-MATTER NO.   111914-000015 | |
| MARCH 7, 2016 | | | INVOICE NO.  3044526 PAGE NO.  5 | |

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/27/16 | RMB | CALL WITH MATT GENSBURG TO DISCUSS DEBTOR'S COUNTER-OFFER RE COMMITTEE' PROPOSED TERMS OF CONSENSUAL PLAN (.10) DISCUSS MATT GENSBURG'S COUNTER-OFFER (.20); EMAIL  COMMITTEE'S PLAN TERMS TO MATT GENSBURG WITH REQUEST THAT HE REVISE SAME TO REFLECT THE TERMS HE PROPOSED IN OUR CALL THIS MORNING (.10) | 0.40 | 268.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................................... **39.40**
**TOTAL LEGAL FEES** .................................................................................. **$   24,823.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.    111914-000015

INVOICE NO.  3044526
PAGE NO.  6

---

### DISBURSEMENTS

| | |
|---|---|
| PRINTING EXPENSES | 118.00 |
| CONFERENCE CALLS | 12.74 |
| **TOTAL DISBURSEMENTS** .................................. $ | **130.74** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
MARCH 7, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3044526
PAGE NO.  7

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|-------|--------|-----------|
| ESW | EDWARD S. WEIL | 18.40 | 655.00 | 12,052.00 |
| RMB | RICHARD M. BENDIX | 17.30 | 670.00 | 11,591.00 |
| JFRH | JOHN F. RHOADES | 3.10 | 315.00 | 976.50 |
| MADI | MARIA A. DIAKOUMAKIS | 0.40 | 385.00 | 154.00 |
| HMB | HEATHER M. BARHORST | 0.20 | 250.00 | 50.00 |
| | **TOTAL** | **39.40** | | **24,823.50** |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

MARCH 7, 2016

CLIENT-MATTER NO.   111914-000015
PLAN OF
REORGANIZATION/LIQUIDATION AND
DISCLOSURE STATEMENT
INVOICE NO.  3044526
PAGE NO.  8

FEES.......................................................................$   24,823.50

DISBURSEMENTS ...................................................   130.74

**TOTAL AMOUNT DUE**.............................................$   24,954.24

**DYKEMAGOSSETT**pllc

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:**_____        **DATE:**_____        **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____