**EXHIBIT B**

February 2016 Monthly Invoices*

\* These invoices include a $2.30 charge for LexisNexis research which is not included in the request for expense reimbursement with this Fee Application.

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

APRIL 8, 2016
CLIENT-MATTER NO. 111914-000001
INVOICE NO.  3051431

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  ADVERSARY PROCEEDINGS**

FEES..........................................................................$    30,420.00

DISBURSEMENTS ....................................................    191.66

**TOTAL AMOUNT DUE**.............................................$    **30,611.66**

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000001

INVOICE NO.  3051431
PAGE NO.  2

## RE:  ADVERSARY PROCEEDINGS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/26/16 | JFRH | DRAFT COMPLAINT TO SUBSTANTIVELY CONSOLIDATE DEBTOR WITH TAS. | 0.70 | 220.50 |
| 01/28/16 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE SUBSTANTIVE CONSOLIDATION. | 0.40 | 126.00 |
| 01/28/16 | JFRH | ANALYZE RELEVANT AUTHORITY RE SUBSTANTIVE CONSOLIDATION. | 2.40 | 756.00 |
| 02/01/16 | JFRH | ANALYZE RELEVANT AUTHORITY RE SUBSTANTIVE CONSOLIDATION (2.1); DRAFT COMPLAINT (1.0); ANALYZE DOCUMENTS SUPPORTING COMPLAINT (.7). | 3.80 | 1,197.00 |
| 02/01/16 | JFRH | ANALYZE RELEVANT DOCUMENTS TO SUPPORT MOTION FOR DERIVATIVE STANDING TO FILE SUBSTANTIVE CONSOLIDATION COMPLAINT. | 0.40 | 126.00 |
| 02/01/16 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE SUBSTANTIVE CONSOLIDATION. | 0.30 | 94.50 |
| 02/01/16 | RMB | LOCATE ADDITIONAL CASES ON SUBSTANTIVE CONSOLIDATION TO CITE IN DERIVATIVE STANDING MOTION | 0.40 | 268.00 |
| 02/02/16 | ESW | CONTINUED ATTENTION TO DRAFTING SUBSTANTIVE CONSOLIDATION COMPLAINT. | 0.50 | 327.50 |
| 02/02/16 | JFRH | ANALYZE ISSUES RE SUBSTANTIVE CONSOLIDATION AND POTENTIAL AVOIDANCE ACTIONS. | 2.20 | 693.00 |
| 02/02/16 | JFRH | ANALYSIS RE SUBSTANTIVE CONSOLIDATION (.8); CORRESPONDENCE WITH DEBTOR'S COUNSEL RE SAME (.8). | 1.60 | 504.00 |
| 02/02/16 | RMB | ANALYSIS OF WHETHER THE COMMITTEE'S GROUNDS FOR SUBSTANTIVE CONSOLIDATION REPRESENTS THE EXTENT OF THE COMMITTEE'S ANALYSIS (.20); OBTAIN ADDITIONAL CASES ON SUBSTANTIVE CONSOLIDATION (.30); REVIEW DRAFT RESPONSE TO MATT GENSBURG'S RE COMMITTEE'S AUTHORITY FOR SUBSTANTIVE CONSOLIDATION (.10) | 0.60 | 402.00 |

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000001

INVOICE NO.  3051431
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 02/02/16 | RMB | REVIEW CASES (1) DISCUSSING STANDARDS FOR SUBSTANTIVE CONSOLIDATION, (2) AUTHORIZING SUBSTANTIVE CONSOLIDATION OF NON-DEBTORS WITH DEBTOR, AND (3) AUTHORIZING CONSOLIDATED DEBTOR TO FILE ADVERSARY PROCEEDINGS TO AVOID TRANSFERS BY CONSOLIDATED ENTITIES (1.0); REVIEW MATT GENSBURG'S LETTER REJECTING THE COMMITTEE'S DEMAND THAT THE DEBTOR FILE AN ADVERSARY PROCEEDING TO CONSOLIDATE TAS WITH THE DEBTOR (.40); CONTINUE REVISING MOTION TO GIVE COMMITTEE DERIVATIVE STANDING TO FILE COMPLAINT TO SUBSTANTIVELY CONSOLIDATE TAS WITH THE DEBTOR (2.0) | 3.40 | 2,278.00 |
| 02/03/16 | ESW | CONTINUE DEVELOPING STRATEGY FOR SUBSTANTIVE CONSOLIDATION (.6);REVIEW OF DOCUMENTS AND CASELAW RE SAME (.9). | 1.50 | 982.50 |
| 02/03/16 | RMB | CONTINUE REVIEWING CASE LAW ON (1) STANDARDS FOR SUBSTANTIVE CONSOLIDATION, (2) BANKRUPTCY COURT'S POWER TO CONSOLIDATE NON-DEBTORS WITH DEBTOR AND (3) CONSOLIDATED ENTITY'S ABILITY TO FILE AVOIDANCE ACTIONS TO RECOVER TRANSFERS MADE BY ENTITY CONSOLIDATED WITH DEBTOR (1.0); CONTINUE REVISING MOTION SEEKING DERIVATIVE STANDING TO FILE SUBSTANTIVE CONSOLIDATION COMPLAINT AGAINST TAS (1.8) | 2.80 | 1,876.00 |
| 02/04/16 | ESW | CONTINUED ATTENTION TO DEVELOPING STRATEGY FOR SUBSTANTIVE CONSOLIDATION. | 2.20 | 1,441.00 |
| 02/04/16 | JFRH | DRAFT COMPLAINT FOR SUBSTANTIVE CONSOLIDATION. | 3.80 | 1,197.00 |
| 02/04/16 | RMB | REVISE DERIVATIVE STANDING MOTION | 3.00 | 2,010.00 |
| 02/05/16 | ESW | CONTINUED ATTENTION TO DRAFTING AND REVISING SUBSTANTIVE CONSOLIDATION COMPLAINT AND MOTION FOR DERIVATIVE STANDING. | 1.20 | 786.00 |
| 02/05/16 | JFRH | DRAFT COMPLAINT FOR SUBSTANTIVE CONSOLIDATION OF DEBTOR. | 1.20 | 378.00 |
| 02/05/16 | RMB | REVISE DERIVATIVE STANDING MOTION (.30); CALL WITH MATT GENSBURG TO DISCUSS OUR REASONS FOR SEEKING SUBSTANTIVE CONSOLIDATION OF TAS WITH THE DEBTOR AND HIS REASONS FOR OPPOSING IT (.20) | 0.50 | 335.00 |
| 02/05/16 | RMB | REVISE LATEST DRAFT OF MOTION FOR DERIVATIVE STANDING | 0.50 | 335.00 |
| 02/06/16 | ESW | CONTINUED ATTENTION TO DRAFTING AND REVISING SUBSTANTIVE CONSOLIDATION COMPLAINT AND MOTION FOR DERATIVE STANDING. | 1.50 | 982.50 |
| 02/06/16 | JFRH | ANALYZE RELEVANT FACTS/AUTHORITY FOR SUBSTANTIVE CONSOLIDATION. | 2.40 | 756.00 |

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.    111914-000001

INVOICE NO.    3051431
PAGE NO.    4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/06/16 | RMB | REVIEW EMAIL FROM PAT O'MALLEY REGARDING RESPONSE TO MATT GENSBURG'S ARGUMENTS AGAINST SUBSTANTIVE CONSOLIDATION (0.1). | 0.10 | 67.00 |
| 02/06/16 | RMB | REVIEW MARK JACOBS' COMMENTS AND QUESTIONS ON LATEST DRAFT OF MOTION FOR DERIVATIVE STANDING TO FILE SUBSTANTIVE CONSOLIDATION COMPLAINT AGAINST TAS (.50). | 0.50 | 335.00 |
| 02/07/16 | ESW | CONTINUED ATTENTION TO DRAFTING AND REVISING SUBSTANTIVE CONSOLIDATION COMPLAINT AND MOTION FOR DERATIVE STANDING. | 0.80 | 524.00 |
| 02/08/16 | ESW | REVISE MOTION FOR DERIVATIVE STANDING TO FILE SUBSTANTIVE CONSOLIDATION COMPLAINT (2.0); REVISE SUBSTANTIVE CONSOLIDATION COMPLAINT FOR FILING (2.3). | 4.30 | 2,816.50 |
| 02/08/16 | JFRH | DRAFT/FINALIZE COMPLAINT FOR SUBSTANTIVE CONSOLIDATION. | 5.80 | 1,827.00 |
| 02/08/16 | JFRH | ANALYZE EXHIBITS, SUPPORTING DOCUMENTS, AND RELEVANT AUTHORITY FOR COMPLAINT FOR SUBSTANTIVE CONSOLIDATION. | 3.40 | 1,071.00 |
| 02/08/16 | JFRH | DRAFT/FINALIZE MOTION FOR DERIVATIVE STANDING. | 1.20 | 378.00 |
| 02/08/16 | MADI | REVIEW MOTION FOR DERIVATIVE STANDING (0.8); DRAFT PROPOSED ORDER TO SAME (0.4); PREPARE MOTION FOR DERIVATIVE STANDING AND ALL EXHIBITS TO SAME FOR FILING (0.9); FILE SAME (0.3). | 2.40 | 924.00 |
| 02/08/16 | RMB | WORK ON MULTIPLE DRAFTS OF MOTION FOR DERIVATIVE STANDING TO FILE SUBSTANTIVE CONSOLIDATION COMPLAINT TO INCORPORATE SEVERAL SETS OF COMMENTS FROM COMMITTEE MEMBERS, ED WEIL AND PAT O'MALLEY ON SUCCESSIVE DRAFTS OF THE MOTION | 3.50 | 2,345.00 |
| 02/11/16 | RMB | PREPARE FOR THIS MORNING'S HEARING ON DERIVATIVE STANDING MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS (1.2); ATTEND HEARING ON DISCLOSURE STATEMENT, MOTION TO APPROVE D4'S FEES AND EXPENSES, MOTION TO SUPPLEMENT DALE & GENSBURG'S EMPLOYMENT APPLICATION, MOTION FOR DERIVATIVE STANDING, MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEBTOR AND DISCLOSURE STATEMENT (1.5) | 2.70 | 1,809.00 |
| 02/25/16 | JFRH | ANALYSIS RE SUSBSTANTIVE CONSOLIDATION (.8). | 0.80 | 252.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................................    62.80
**TOTAL LEGAL FEES** ............................................................................................ $    30,420.00

**Dykema**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000001

INVOICE NO.  3051431
PAGE NO.  5



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.    111914-000001

INVOICE NO.  3051431
PAGE NO.  6

---

### DISBURSEMENTS

| | |
|---|---|
| PRINTING EXPENSES | 189.20 |
| CONFERENCE CALLS | 2.46 |

**TOTAL DISBURSEMENTS ................................. $    191.66**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.    111914-000001

INVOICE NO.  3051431
PAGE NO.  7

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| ESW | EDWARD S. WEIL | 12.00 | 655.00 | 7,860.00 |
| RMB | RICHARD M. BENDIX | 18.00 | 670.00 | 12,060.00 |
| JFRH | JOHN F. RHOADES | 30.40 | 315.00 | 9,576.00 |
| MADI | MARIA A. DIAKOUMAKIS | 2.40 | 385.00 | 924.00 |
| | **TOTAL** | **62.80** | | **30,420.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000001
ADVERSARY PROCEEDINGS
INVOICE NO.  3051431
PAGE NO.  8


FEES.............................................................$   30,420.00

DISBURSEMENTS ...................................................   191.66

**TOTAL AMOUNT DUE**.............................................$___30,611.66

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

APRIL 8, 2016
CLIENT-MATTER NO. 111914-000004
INVOICE NO. 3051432

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: AVOIDANCE ACTION ANALYSIS**

FEES.........................................................................$ 126.00

**TOTAL AMOUNT DUE**...............................................$ **126.00**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.    111914-000004

INVOICE NO.  3051432
PAGE NO.  2

## RE:  AVOIDANCE ACTION ANALYSIS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-----|-------|--------|
| 02/25/16 | JFRH | ANALYSIS RE CLAIMS AGAINST DEBTOR'S AFFILIATES (.4). | 0.40 | 126.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................................    **0.40**
**TOTAL LEGAL FEES**................................................................................ $    **126.00**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000004

INVOICE NO.  3051432
PAGE NO.  3

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|----------------|------:|------:|------:|
| JFRH | JOHN F. RHOADES | 0.40 | 315.00 | 126.00 |
| | **TOTAL** | **0.40** | | **126.00** |

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000004
AVOIDANCE ACTION ANALYSIS
INVOICE NO.  3051432
PAGE NO.  4

FEES........................................................................$      126.00

**TOTAL AMOUNT DUE**...........................................$      **126.00**

**DykemaGossett**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____       DATE:_____       AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

APRIL 8, 2016
CLIENT-MATTER NO. 111914-000005
INVOICE NO.  3051433

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CASE ADMINISTRATION**

FEES........................................................$     1,638.50

DISBURSEMENTS .....................................................     14.80

**TOTAL AMOUNT DUE** ............................................$____**1,653.30**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3051433
PAGE NO.  2

## RE:  CASE ADMINISTRATION

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 02/01/16 | ESW | CALL WITH DSI TO DISCUSS STATUS OF SUBSTANTIVE CONSOLIDATION (0.3). | 0.30 | 196.50 |
| 02/09/16 | RMB | REVIEW AND RESPOND TO EMAIL FROM PAT O'MALLEY REGARDING STRATEGY FOR THURSDAY'S HEARING | 0.20 | 134.00 |
| 02/11/16 | RMB | CALL WITH KATY GLEASON TO DISCUSS COMMITTEE'S AGREEMENT WITH THE DEBTOR ON HOW TO PROCEED WITH THE HEARINGS ON VARIOUS MOTIONS SET FOR THIS MORNING | 0.20 | 134.00 |
| 02/15/16 | RMB | CALL WITH PAT O'MALLEY AND SHELLY CUFF TO REVIEW PAT'S ANALYSIS OF ACCOUNTING FOR YCA'S AND TAS' RECONCILIATION OF ACCOUNTS RECEIVABLE AND ACCOUNTS PAYABLE AS OF DECEMBER31, 2014 (.70). | 0.70 | 469.00 |
| 02/22/16 | HMB | ANALYZE CORRESPONDENCE FROM COURT CLERK REGARDING YELLOW CAB AFFILIATION, INC.'S SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS FOR MONTH ENDING DECEMBER 31, 2015 AND THE JANUARY 2016 STATEMENT FOR INTERIM COMPENSATION AND EXPENSE REIMBURSEMENT BY DALE & GENSBERG, P.C. | 0.20 | 50.00 |
| 02/23/16 | ESW | TELEPHONE CONFERENCE WITH MS. GLEASON TO DISCUSS STSTUS OF CASE (1.00). | 1.00 | 655.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **2.60**
**TOTAL LEGAL FEES** ....................................................... **$   1,638.50**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.    111914-000005

INVOICE NO.  3051433
PAGE NO.  3

---

### DISBURSEMENTS

PRINTING EXPENSES                                                          14.80

**TOTAL DISBURSEMENTS ................................... $      14.80**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

**DYKEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3051433
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| ESW | EDWARD S. WEIL | 1.30 | 655.00 | 851.50 |
| RMB | RICHARD M. BENDIX | 1.10 | 670.00 | 737.00 |
| HMB | HEATHER M. BARHORST | 0.20 | 250.00 | 50.00 |
| | **TOTAL** | **2.60** | | **1,638.50** |

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000005
CASE ADMINISTRATION
INVOICE NO.  3051433
PAGE NO.  5

FEES..............................................................$      1,638.50

DISBURSEMENTS ....................................................      14.80

**TOTAL AMOUNT DUE**...............................................$      1,653.30

**DykemaGossett** pllc

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:_____     DATE:_____     AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

APRIL 8, 2016
CLIENT-MATTER NO. 111914-000006
INVOICE NO. 3051435

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: CLAIMS ADMINISTRATION AND OBJECTIONS**

FEES...........................................................................$     154.00

DISBURSEMENTS .....................................................       2.20

**TOTAL AMOUNT DUE .............................................$      156.20**

**Dy**k**EMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000006

INVOICE NO.  3051435
PAGE NO.  2

### RE:  CLAIMS ADMINISTRATION AND OBJECTIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 02/04/16 | MADI | EXAMINE STATUS OF CLAIMS FILED IN BANKRUPTCY CASE. | 0.40 | 154.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................... **0.40**
**TOTAL LEGAL FEES**............................................................... **$   154.00**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.    111914-000006

INVOICE NO.  3051435
PAGE NO.  3

---

### DISBURSEMENTS

| | |
|---|---:|
| PRINTING EXPENSES | 2.20 |
| **TOTAL DISBURSEMENTS** .................................. $ | **2.20** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.    111914-000006

INVOICE NO.  3051435
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| MADI | MARIA A. DIAKOUMAKIS | 0.40 | 385.00 | 154.00 |
| | **TOTAL** | **0.40** | | **154.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

APRIL 8, 2016

CLIENT-MATTER NO.   111914-000006
CLAIMS ADMINISTRATION AND
OBJECTIONS
INVOICE NO.  3051435
PAGE NO.  5

FEES.................................................................$      154.00

DISBURSEMENTS .....................................................      2.20

**TOTAL AMOUNT DUE**...........................................$_____**156.20**

DYKEMAGOSSETT PLLC

38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243

CLIENT CHECK INFORMATION
PLEASE COMPLETE:

CHECK #:_____      DATE:_____      AMOUNT:_____

THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

FOR FIRM USE:
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

APRIL 8, 2016
CLIENT-MATTER NO. 111914-000007
INVOICE NO.  3051430

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE INVESTIGATIONS**

FEES.........................................................................$    29,304.50

DISBURSEMENTS .......................................................    1,594.55

**TOTAL AMOUNT DUE ............................................$    30,899.05**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3051430
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE INVESTIGATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 01/26/16 | JFRH | ANALYZE FINANCIAL DOCUMENTS INVOLVING DEBTOR AND TAXI AFFILIATION SERVICES, LLC. | 3.20 | 1,008.00 |
| 01/28/16 | JFRH | ANALYZE DOCUMENTS NEEDED FROM DEBTOR AND AFFILIATES AND THOSE WHICH DEBTOR AND AFFILIATES REFUSE TO PRODUCE | 2.60 | 819.00 |
| 01/29/16 | JFRH | ANALYZE STATUS OF ELECTRONIC DISCOVERY AND DOCUMENTS AND INFORMATION STILL NEEDED FROM DEBTOR. | 2.40 | 756.00 |
| 01/29/16 | JFRH | DRAFT CORRESPONDENCE TO DEBTOR'S COUNSEL AND AFFILIATES COUNSEL RE SUBSTANTIVE CONSOLIDATION AND DISCOVERY REQUESTS, ESI, AND SEARCH TERMS. | 2.60 | 819.00 |
| 01/29/16 | JFRH | CORRESPONDENCE WITH COMMITTEE RE STATUS OF 2004 INVESTIGATION. | 0.40 | 126.00 |
| 01/29/16 | JFRH | ANALYZE FINANCIAL INFORMATION OF DEBTOR AND AFFILIATES. | 1.20 | 378.00 |
| 02/01/16 | DAST | REVIEW OF COMMENTS FROM D4 REGARDING DISCOVERY PROTOCOL. | 0.20 | 90.00 |
| 02/01/16 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE OUTSTANDING DISCOVERY REQUESTS. | 0.60 | 189.00 |
| 02/03/16 | RMB | REVIEW DOCUMENT FROM CAPITAL ONE'S LITIGATION AGAINST CORRIGAN AND LEVINE | 0.10 | 67.00 |
| 02/05/16 | ESW | REVIEW MOTION TO COMPEL DISCOVERY. | 0.20 | 131.00 |
| 02/05/16 | JFRH | ANALYSIS RE DEBTOR'S FINANCIAL DISCLOSURES AND GENERAL LEDGERS. | 0.70 | 220.50 |
| 02/05/16 | JFRH | DRAFT MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEBTOR. | 2.80 | 882.00 |
| 02/05/16 | JFRH | ANALYZE DOCUMENTS NEEDED TO EVALUATE DEBTOR'S FINANCIAL AFFAIRS. | 0.80 | 252.00 |
| 02/06/16 | ESW | DRAFT MOTION TO COMPEL DISCOVERY FROM DEBTOR. | 0.50 | 327.50 |
| 02/06/16 | JFRH | DRAFT MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEBTOR. | 0.60 | 189.00 |
| 02/06/16 | JFRH | CORRESPONDENCE WITH DSI RE DEBTOR'S FINANCIAL AFFAIRS. | 1.20 | 378.00 |
| 02/08/16 | ESW | DRAFT MOTION TO COMPEL DOCUMENTS. | 0.30 | 196.50 |



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3051430
PAGE NO. 3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 02/08/16 | JFRH | ANALYZE POST PETITION PAYMENTS FROM YCA TO TAS AND CASH ACTIVITY BETWEEN YCA AND TAS. | 1.40 | 441.00 |
| 02/08/16 | JFRH | DRAFT/FINALIZE MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEBTOR. | 1.80 | 567.00 |
| 02/08/16 | MADI | PREPARE MOTION TO COMPEL FOR FILING (0.2); FILE SAME (0.1). | 0.30 | 115.50 |
| 02/09/16 | ESW | PREPARE FOR COURT HEARING ON FEB. 11 ON VARIOUS MOTIONS. | 1.00 | 655.00 |
| 02/09/16 | HMB | ANALYZE FOR APPLICABLE DATES THE RENEWED MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER COMPELLING THE PRODUCTION OF DOCUMENTS FROM THE DEBTORS AND THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER GRANTING THE COMMITTEE (A) DERIVATIVE STANDING TO SEEK SUBSTANTIVE CONSOLIDATION OF TAXI AFFILIATION SERVICES LLC WITH THE DEBTOR AND (B) AUTHORITY TO SETTLE THAT SUBSTANTIVE CONSOLIDATION CLAIM AND CALENDAR THE FEBRUARY 11, 2016 HEARING. | 0.20 | 50.00 |
| 02/09/16 | JFRH | ANALYZE RELEVANT DOCUMENTS/AUTHORITY FOR MOTION FOR PAYMENT OF FEES. | 0.80 | 252.00 |
| 02/09/16 | JFRH | ANALYZE RELEVANT DOCUMENTS/AUTHORITY FOR MOTION TO COMPEL PRODUCTION FROM DEBTOR'S AFFILIATES. | 1.20 | 378.00 |
| 02/09/16 | MADI | REVIEW MOTION TO COMPEL PRODUCTION OF DOCUMENTS (0.3); PREPARE PROPOSED ORDER FOR MOTION TO COMPEL PRODUCTION OF DOCUMENTS (0.2); PREPARE AMENDED NOTICE OF MOTION RE SAME (0.2); FILE EACH OF THE FOREGOING DOCUMENTS (0.2). | 0.90 | 346.50 |
| 02/10/16 | ESW | PREPARE FOR HEARINGS ON FEBRUARY 11. | 2.00 | 1,310.00 |
| 02/10/16 | ESW | TELEPHONE CONFERENCE WITH MR. GENSBURG REGARDING HEARING ON FEBRUARY 11. | 0.60 | 393.00 |
| 02/11/16 | EKK1 | LOAD INITIAL PRODUCTION OF DOCUMENTS AND VERIFY ACCURACY OF DATABASE. | 0.40 | 80.00 |
| 02/11/16 | ESW | ATTEND COURT ON MOTIONS TO COMPEL (1.5), AND RELATED MOTIONS (0.4); MEETING BEFORE COURT RE MEDIATION AND OTHER MATTERS WITH DEBTOR'S COUNSEL (0.3); MEETING WITH MS. GLEASON OF US TRUSTEE AND DEBTOR'S COUNSEL – DISCUSS CASE STATUS, CONVERSION TO CH. 7, MEDIATION, CHAPTER 11 TRUSTEE, AND VARIOUS THEORIES AND POSSIBLE CASE DIRECTIONS (1.2). | 3.40 | 2,227.00 |
| 02/11/16 | JAWA | ANALYZE DOCUMENTS IN PREPARATION FOR DRAFTING MOTION TO COMPEL DOCUMENTS FROM AFFILIATES. | 0.40 | 112.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3051430
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/11/16 | JFRH | ANALYZE SUPPLEMENTAL PRODUCTION OF DOCUMENTS FROM DEBTOR. | 0.40 | 126.00 |
| 02/11/16 | JFRH | PREPARE FOR AND ATTEND HEARING ON DISCLOSURE STATEMENT, MOTION FOR DERIVATIVE STANDING FOR SUBSTANTIVE CONSOLIDATION, AND MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS. | 3.80 | 1,197.00 |
| 02/11/16 | JFRH | ANALYZE DOCUMENTS NEEDED FROM AFFILIATES OF THE DEBTOR. | 0.80 | 252.00 |
| 02/11/16 | MVK1 | PROCESS AND LOAD PRODUCTION VOLUME YCA 010 INTO RELATIVITY WORKSPACE (.2); DISCUSSIONS WITH LITIGATION SUPPORT DEPARTMENT REGARDING SAME (.1); UPDATE PROJECT MANAGEMENT AND PRODUCTION TRACKING WITH INFORMATION REGARDING SAME (.2). | 0.50 | 100.00 |
| 02/12/16 | JAWA | DRAFT MOTION TO COMPEL DOCUMENTS FROM THE DEBTOR'S AFFILIATES. | 2.80 | 784.00 |
| 02/12/16 | JFRH | CORRESPONDENCE WITH COUNSEL FOR DEBTOR'S AFFILIATES RE DISCOVERY. | 1.90 | 598.50 |
| 02/12/16 | JFRH | ANALYZE OUTSTANDING DISCOVERY ISSUES INVOLVING DEBTOR AND ITS AFFILIATES. | 1.20 | 378.00 |
| 02/15/16 | ESW | REVIEW OF ACCOUNT RECONCILIATION DOCUMENTS FURNISHED BY DEBTOR, WITH DSI. | 0.80 | 524.00 |
| 02/15/16 | JFRH | CORRESPONDENCE WITH AFFILIATES' COUNSEL RE DISCOVERY REQUESTS. | 1.20 | 378.00 |
| 02/15/16 | JFRH | ANALYZE DOCUMENTS NEEDED FROM DEBTOR'S AFFILIATES. | 0.60 | 189.00 |
| 02/15/16 | JFRH | ANALYZE INTERCOMPANY BALANCES AMONG DEBTOR AND AFFILIATES. | 0.80 | 252.00 |
| 02/15/16 | JFRH | ANALYZE DEBTOR'S PAYMENTS FOR UNDEFINED SERVICES TO SISTER COMPANY; ANALYZE DEBTOR'S AVAILABLE ASSETS, CASH, LIABILITIES, AND ABILITY TO PAY ADMINISTRATIVE EXPENSES. | 1.80 | 567.00 |
| 02/16/16 | EAH1 | EXPORT DOCUMENTS FROM THE DOCUMENT REVIEW PLATFORM AND PERFORM QUALITY CHECK OF THE SAME. | 2.00 | 400.00 |
| 02/16/16 | JFRH | ANALYZE DOCUMENTS PRODUCED BY DEBTOR AND AFFILIATES (2.0); CORRESPONDENCE WITH DSI RE SAME (.4). | 2.40 | 756.00 |
| 02/17/16 | ESW | REVIEW OF AFFILIATES PRODUCED DOCUMENTS – CONSOLIDATED AUDITED FINANCIAL STATEMENT, TAX RETURNS, ETC (.8); REVIEW MOTION TO COMPEL (.4). | 1.20 | 786.00 |
| 02/17/16 | JFRH | ANALYZE NEW PRODUCTION FROM AFFILIATES OF THE DEBTOR. | 0.60 | 189.00 |

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3051430
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/17/16 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE ESI AND OUTSTANDING DISCOVERY ISSUES. | 1.20 | 378.00 |
| 02/18/16 | DAST | EXAMINATION OF COMMUNICATIONS WITH DEBTOR RE DATA SEARCHES AND PRODUCTION. | 0.30 | 135.00 |
| 02/19/16 | MVKI | PROCESS AND LOAD AFFILIATES PRODUCTION DOCUMENTS RECEIVED FROM MOLOLAMKEN; UPDATE PRODUCTION AND PROJECT MANAGEMENT TRACKING WITH INFORMATION REGARDING SAME. | 0.80 | 160.00 |
| 02/22/16 | JAWA | ANALYZE DOCUMENTS SENT BY DEBTOR'S AFFILIATES IN PREPARATION FOR MOTION TO COMPEL (1.0); REVISE MOTION TO COMPEL AFFILIATES TO PRODUCE DOCUMENTS (1.4). | 2.40 | 672.00 |
| 02/23/16 | DAST | REVIEW OF CORRESPONDENCE WITH DEBTOR'S COUNSEL RE OPEN ESI ISSUES. | 0.20 | 90.00 |
| 02/23/16 | ESW | MEET WITH DSI TO DISCUSS STATUS OF CASE (0.5). | 0.50 | 327.50 |
| 02/23/16 | HMB | ANALYZE CORRESPONDENCE FROM COURT CLERK REGARDING THE DEBTOR'S OBJECTION TO THIRD INTERIM FEE APPLICATION OF DYKEMA GOSSETT PLLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF SEPTEMBER 1, 2015 THROUGH NOVEMBER 30, 2015 AND THE DEBTOR'S RESPONSE IN OPPOSITION TO THE RENEWED MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER COMPELLING THE PRODUCTION OF DOCUMENTS FROM THE DEBTOR. | 0.20 | 50.00 |
| 02/23/16 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE ESI, PROTOCOL FOR E-DISCOVERY, AND OUTSTANDING DISCOVERY REQUESTS. | 0.80 | 252.00 |
| 02/23/16 | JFRH | ANALYZE DOCUMENT PRODUCTION FROM DEBTOR AND AFFILIATES (1.4); ANALYZE INTELLECTUAL PROPERTY OWNED BY DEBTOR'S AFFILIATES (1.4); CORRESPONDENCE WITH DEBTOR'S COUNSEL RE DOCUMENT REQUESTS RELATED TO $4.9 MILLION INSURANCE REFUND DUE TO DEBTOR (.6). | 3.40 | 1,071.00 |
| 02/23/16 | JFRH | CORRESPONDENCE WITH COUNSEL FOR DEBTOR'S AFFILIATES RE PRODUCTION OF DOCUMENTS. | 1.20 | 378.00 |
| 02/23/16 | RMB | MEET WITH PAT O'MALLEY AND SHELLY CUFF TO REVIEW PAT'S AND SHELLY'S ANALYSIS OF OWNERSHIP OF MEDALLIONS. | 1.50 | 1,005.00 |
| 02/24/16 | JFRH | ANALYZE LOANS MADE TO DEBTOR/DEBTOR'S AFFILIATES FROM NORTH FORK BANK/CAPITAL ONE. | 2.60 | 819.00 |

DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3051430
PAGE NO.  6

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 02/24/16 | JFRH | PREPARE SUBPOENAS TO NORTH FORK BANK/CAPITAL ONE AND WILLIAM GREEN & CO. | 0.40 | 126.00 |
| 02/25/16 | SMAL | PREPARE SUBPOENAS TO WILLIAM GREENE AND CAPITAL ONE (.4); PREPARE SUBPOENA RIDERS AND NOTICE OF SUBPOENA RE SAME (1.0). | 1.40 | 392.00 |
| 02/26/16 | ESW | REVIEW SUBPOENAS FOR WM. GREEN (AUDITORS) AND CAPITAL ONE (.4). | 0.40 | 262.00 |
| 02/26/16 | HMB | ANALYZE FOR APPLICABLE DATES THE COURT'S FEBRUARY 26, 2016 ORDER AND CALENDAR THE MARCH 23, 2016 HEARING. | 0.20 | 50.00 |
| 02/26/16 | JFRH | ANALYZE DOCUMENTS NEEDED FROM CAPITAL ONE/NORTH FORK AND WILLIAM GREEN; DRAFT SUBPOENAS AND DOCUMENT REQUESTS RE SAME. | 2.60 | 819.00 |
| 02/26/16 | SMAL | FINALIZE AND PREPARE SUBPOENAS ON WILLIAM GREENE AND CAPITAL ONE FOR SERVICE. | 1.00 | 280.00 |
| 02/29/16 | HMB | ANALYZE COMMUNICATION FROM COURT CLERK REGARDING PLAINTIFF'S MOTION FOR RELIEF FROM AUTOMATIC STAY. | 0.20 | 50.00 |
| 02/29/16 | JFRH | ANALYSIS RE SERVICE OF SUBPOENAS AND DOCUMENTS NEEDED FROM DEBTOR/AFFILIATES FOR MEDIATION. | 0.80 | 252.00 |
| 02/29/16 | JFRH | ANALYZE DOCUMENTS AND INFORMATION IN PREPARATION FOR MEDIATION. | 1.60 | 504.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................    **81.30**
**TOTAL LEGAL FEES**............................................................................. $   **29,304.50**

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3051430
PAGE NO.  7

| | DISBURSEMENTS | |
|---|---|---:|
| 02/11/16 | BANKRUPTCY COURT APPEARANCE | 9.00 |
| 02/06/16 | LEXIS LEGAL SERVICES | 2.30 |
| 01/01/16 | RELATIVITY RECOVERIES | 520.00 |
| 02/01/16 | RELATIVITY RECOVERIES | 630.00 |
| 02/11/16 | E-DISCOVERY PROCESSING AND DATA REDUCTION - LEVEL 1, 2 OR 3 PROCESSING OF ELECTRONIC DISCOVERY FOR REVIEW | 0.75 |
| 02/19/16 | E-DISCOVERY PROCESSING AND DATA REDUCTION - LEVEL 1, 2 OR 3 PROCESSING OF ELECTRONIC DISCOVERY FOR REVIEW | 2.26 |
| | PHOTOCOPY EXPENSES | 74.74 |
| | SCANNING EXPENSES | 8.20 |
| | PRINTING EXPENSES | 347.30 |

### TOTAL DISBURSEMENTS ................................... $ 1,594.55

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3051430
PAGE NO.  8

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|--------------------------|-------|--------|-----------|
| DAST | DANTE A. STELLA | 0.70 | 450.00 | 315.00 |
| ESW | EDWARD S. WEIL | 10.90 | 655.00 | 7,139.50 |
| RMB | RICHARD M. BENDIX | 1.60 | 670.00 | 1,072.00 |
| JAWA | JENNIFER A. WARNER | 5.60 | 280.00 | 1,568.00 |
| JFRH | JOHN F. RHOADES | 54.40 | 315.00 | 17,136.00 |
| MADI | MARIA A. DIAKOUMAKIS | 1.20 | 385.00 | 462.00 |
| SMAL | SUZANNE M. ALTON | 2.40 | 280.00 | 672.00 |
| HMB | HEATHER M. BARHORST | 0.80 | 250.00 | 200.00 |
| EAH1 | EDRICK A. HARRIS | 2.00 | 200.00 | 400.00 |
| EKK1 | ELLEN K. KAIN | 0.40 | 200.00 | 80.00 |
| MVK1 | MARSHA V. KLIMEK | 1.30 | 200.00 | 260.00 |
| | **TOTAL** | **81.30** | | **29,304.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

APRIL 8, 2016

CLIENT-MATTER NO.   111914-000007
CREDITORS' COMMITTEE
INVESTIGATIONS
INVOICE NO.  3051430
PAGE NO.  9

FEES.............................................................$   29,304.50

DISBURSEMENTS ...................................................   1,594.55

**TOTAL AMOUNT DUE**..............................................$   **30,899.05**

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____        DATE:_____        AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

APRIL 8, 2016
CLIENT-MATTER NO. 111914-000008
INVOICE NO. 3051434

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS**

FEES..........................................................................$   13,931.00

DISBURSEMENTS ......................................................   1.20

**TOTAL AMOUNT DUE** .............................................$   **13,932.20**

**DYKEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3051434
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 01/29/16 | JFRH | CORRESPONDENCE WITH COMMITTEE RE SUBSTANTIVE CONSOLIDATION AND OTHER RELIEF. | 0.40 | 126.00 |
| 02/01/16 | ESW | CALL WITH COMMITTEE TO DISCUSS STATUS OF SUBSTANTIVE CONSOLIDATION (0.3). | 0.30 | 196.50 |
| 02/03/16 | RMB | CALL WITH COMMITTEE MEMBER TO DISCUSS QUESTION REGARDING FIRST AMENDED PLAN'S REFERENCE TO A RECORD DATE FOR PROOFS OF CLAIM | 0.10 | 67.00 |
| 02/04/16 | RMB | REVIEW EMAIL FROM LUCY CIMINO, UNSECURED CREDITOR, CONTAINING COMMENTS ON DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (.10); REVIEW DISCLOSURE STATEMENT TO DETERMINE STATUS OF MS. CIMINO'S PERSONAL INJURY CLAIM (.10); CALL WITH COMMITTEE MEMBERS TO DISCUSS COMMITTEE'S OBJECTIONS TO FIRST AMENDED DISCLOSURE STATEMENT AND STRATEGY FOR FEBRUARY 11 HEARING ON SAME (.60); CORRESPOND WITH COMMITTEE MEMBERS RE DRAFT OF DERIVATIVE STANDING MOTION (.10) | 0.80 | 536.00 |
| 02/05/16 | JFRH | CORRESPONDENCE WITH CLIENT RE SUBSTANTIVE CONSOLIDATION AND STATUS OF PROCEEDINGS. | 0.60 | 189.00 |
| 02/06/16 | RMB | CALL COMMITTEE MEMBER TO DISCUSS COMMENTS AND QUESTIONS ON LATEST DRAFT OF MOTION FOR DERIVATIVE STANDING TO FILE SUBSTANTIVE CONSOLIDATION COMPLAINT AGAINST TAS (.70). | 0.70 | 469.00 |
| 02/07/16 | JFRH | CORRESPONDENCE WITH CLIENT RE DEBTOR'S FINANCIAL AFFAIRS. | 0.30 | 94.50 |
| 02/08/16 | JFRH | CORRESPONDENCE WITH CLIENT RE COMPLAINT FOR SUBSTANTIVE CONSOLIDATION. | 0.80 | 252.00 |
| 02/08/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE CLIFFORD LAW OFFICE'S OBJECTIONS TO DISCLOSURE STATEMENT. | 0.10 | 67.00 |
| 02/09/16 | ESW | COMMITTEE CALL RE HEARING ON 2/10, MOTION TO EXTEND EXCLUSIVITY, DISCLOSURE STATEMENT HEARING, SUBCON MOTION, FEE MOTION (1.2). | 1.20 | 786.00 |
| 02/09/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE (1) COMMITTEE'S OBJECTIONS TO DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT AND (2) COMMITTEE'S MOTION FOR DERIVATIVE STANDING TO FILE SUBSTANTIVE CONSOLIDATION COMPLAINT AGAINST TAS | 0.50 | 335.00 |


# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3051434
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 02/09/16 | RMB | CALL WITH COMMITTEE MEMBERS TO DISCUSS DEBTOR'S PROPOSAL TO CONTINUE HEARINGS ON DISCLOSURE STATEMENT AND MOTION TO EXTEND EXCLUSIVITY | 0.70 | 469.00 |
| 02/11/16 | ESW | LENGTHY CALL WITH COMMITTEE RE STRATEGY (.5); DRAFT STRATEGY EMAIL TO COMMITTEE LAYING OUT OPTIONS GOING FORWARD (.9). | 1.40 | 917.00 |
| 02/11/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS REPORTING ON THIS MORNING'S HEARING IN BANKRUPTCY COURT (.40); PARTICIPATE IN CONFERENCE CALL WITH COMMITTEE TO DISCUSS SAME (.50) | 0.90 | 603.00 |
| 02/12/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE PLAN MEDIATION. | 0.30 | 196.50 |
| 02/12/16 | RMB | CALL WITH CREDITORS' COMMITTEE TO DISCUSS DEBTOR'S MEDIATION PROPOSAL | 0.30 | 201.00 |
| 02/13/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE MEDIAITON TERMS (.2). | 0.20 | 131.00 |
| 02/14/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE MEDIATION (.6). | 0.60 | 393.00 |
| 02/15/16 | RMB | DEVELOP RESPONSE TO  COMMENTS  RE MEDIATION PROPOSAL AND REVISE EMAIL TO COMMITTEE MEMBERS RE SAME (1.5). | 1.50 | 1,005.00 |
| 02/16/16 | ESW | CALL WITH COMMITTEE RE: CONDITIONS OF MEDIATION (1.0); CORRESPONDENCE WITH COMMITTEE RE: SAME (.5). | 1.50 | 982.50 |
| 02/16/16 | RMB | REVIEW EMAIL FROM COMMITTEE MEMBER COMMENTING ON PROPOSED TERMS FOR MEDIATION | 0.20 | 134.00 |
| 02/16/16 | RMB | CALL WITH COMMITTEE TO DISCUSS THE CONDITIONS AND TERMS RE MEDIATION (1.0). | 1.00 | 670.00 |
| 02/17/16 | ESW | COMMITTEE CALL RE MEDIATION. 1.0 | 1.00 | 655.00 |
| 02/19/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE THE COMMITTEE'S OBJECTION TO THE DEBTOR'S MOTION TO EXTEND ITS EXCLUSIVE PERIOD FOR SOLICITING PLAN ACCEPTANCES | 0.10 | 67.00 |
| 02/19/16 | RMB | CALL WITH COMMITTEE TO DISCUSS EMAIL REGARDING THE COMMITTEE'S CONDITIONS FOR THE PROPOSED MEDIATION | 0.70 | 469.00 |
| 02/20/16 | RMB | CALL WITH COMMITTEE TO DISCUSS HIS QUESTIONS AND CONCERNS REGARDING MEDIATION (.4); REVIEW AND RESPOND TO COMMITTEE'S COMMENTS ON DRAFT RESPONSE TO MATT GENSBURG'S EMAIL REGARDING COMMITTEE'S CONDITIONS FOR MEDIATION (.1) | 0.50 | 335.00 |

**DyKEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3051434
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 02/22/16 | RMB | EXAMINE ADDITIONAL COMMENTS TO MATT GENSBURG'S RESPONSE TO THE COMMITTEE'S PROPOSED TERMS FOR MEDIATION (.30) DRAFT AND SEND THOSE RESPONSES TO COMMITTEE MEMBERS (.50) | 0.80 | 536.00 |
| 02/22/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE (1) THE DEBTORS' DECEMBER MONTHLY OPERATING REPORT, AND (2) DALE AND GENSBURG'S FEE STATEMENT FOR JANUARY, 2016 | 0.20 | 134.00 |
| 02/22/16 | RMB | MULTIPLE EMAIL EXCHANGES WITH COMMITTEE MEMBERS ANSWERING MEMBERS' QUESTIONS ABOUT THE MEDIATION AND RESPONDING TO PROPOSED REVISIONS TO MY RESPONSE (1.2) | 1.20 | 804.00 |
| 02/23/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE THE DEBTOR'S RESPONSE IN OPPOSITION TO THE COMMITTEE'S RENEWED MOTION FOR AN ORDER COMPELLING THE DEBTOR TO PRODUCE DOCUMENTS | 0.10 | 67.00 |
| 02/24/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE MEDIATION STRATEGY  (.8). | 0.80 | 524.00 |
| 02/25/16 | RMB | CALL WITH COMMITTEE MEMBERS TO UPDATE THEM ON STATUS OF MEDIATION AND ADDITIONAL DISCOVERY IN ORDER TO PRESENT FACTS AND LAW AT MEDIATION SUPPORTING SPECIFIC CLAIMS AGAINST DEBTORS' AFFILIATES AND MESSRS. CORRIGAN AND LEVINE (.40) | 0.40 | 268.00 |
| 02/26/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE MEDIATION (.5). | 0.50 | 327.50 |
| 02/29/16 | ESW | CONFERENCE WITH COMMITTEE RE MEDIATION AND POTENTIAL MEDIATORS (.9). | 0.90 | 589.50 |
| 02/29/16 | RMB | CALL WITH COMMITTEE MEMBER TO DISCUSS (1) JUDGE WEDOFF'S UNAVAILABILITY FOR MEDIATION ON APRIL 1 AND (2) ALTERNATIVE CANDIDATES | 0.50 | 335.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................................... **22.10**
**TOTAL LEGAL FEES** ....................................................................................$  **13,931.00**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3051434
PAGE NO.  5

---

### DISBURSEMENTS

PRINTING EXPENSES                                        1.20

**TOTAL DISBURSEMENTS ...................................$       1.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3051434
PAGE NO.  6

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| ESW | EDWARD S. WEIL | 8.70 | 655.00 | 5,698.50 |
| RMB | RICHARD M. BENDIX | 11.30 | 670.00 | 7,571.00 |
| JFRH | JOHN F. RHOADES | 2.10 | 315.00 | 661.50 |
| | **TOTAL** | **22.10** | | **13,931.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

APRIL 8, 2016

CLIENT-MATTER NO.   111914-000008
CREDITORS' COMMITTEE MEETING
AND COMMUNICATIONS
INVOICE NO.  3051434
PAGE NO.  7


FEES........................................................................$   13,931.00

DISBURSEMENTS ....................................................   1.20

**TOTAL AMOUNT DUE**.............................................$   **13,932.20**


**D**YKEMA**G**OSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**


**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:_____      DATE:_____      AMOUNT:_____**


**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

APRIL 8, 2016
CLIENT-MATTER NO. 111914-000010
INVOICE NO.  3051436

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  FEE/EMPLOYMENT APPLICATIONS**

FEES.................................................................$     11,986.00

DISBURSEMENTS ......................................................     252.00

**TOTAL AMOUNT DUE** .............................................$     **12,238.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3051436
PAGE NO.  2

## RE:  FEE/EMPLOYMENT APPLICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/02/16 | JAWA | ANALYZE CASELAW REGARDING MOTIONS TO COMPEL PAYMENT (1.5); DRAFT MOTION TO COMPEL PAYMENT OF DYKEMA'S FEES AND EXPENSES (1.3). | 2.80 | 784.00 |
| 02/02/16 | MADI | CONTINUED REVIEW AND REVISIONS TO DECEMBER BILLS FOR FILING WITH MONTHLY STATEMENT. | 0.80 | 308.00 |
| 02/03/16 | JAWA | CONTINUE DRAFTING MOTION TO COMPEL PAYMENT. | 0.70 | 196.00 |
| 02/03/16 | JFRH | DRAFT MOTION FOR PAYMENT OF FEES. | 0.60 | 189.00 |
| 02/03/16 | MADI | FINALIZE DECEMBER INVOICES FOR FILING. | 0.30 | 115.50 |
| 02/04/16 | JAWA | ANALYZE TRANSCRIPTS FOR MOTION TO COMPEL PAYMENT. | 0.90 | 252.00 |
| 02/05/16 | ESW | REVISE MOTION TO COMPEL PAYMENT OF FEES. | 0.50 | 327.50 |
| 02/05/16 | JAWA | CONTINUE DRAFTING MOTION TO COMPEL. | 2.90 | 812.00 |
| 02/05/16 | MADI | FINALIZE DECEMBER INVOICES FOR FILING, INCLUDING REVIEWING SAME FOR PRIVILEGED INFORMATION. | 0.90 | 346.50 |
| 02/07/16 | JAWA | CONTINUE DRAFTING MOTION TO COMPEL PAYMENT. | 1.10 | 308.00 |
| 02/08/16 | ESW | REVISE THIRD INTERIM FEE PETITION. | 0.60 | 393.00 |
| 02/08/16 | HMB | ANALYZE FOR APPLICABLE DATES THE DEBTOR'S MOTION TO APPROVE SUPPLEMENT TO ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF DALE & GENSBURG, P.C. AS COUNSEL FOR THE DEBTOR AND TO SHORTEN NOTICE AND CALENDAR THE FEBRUARY 11, 2016 HEARING. | 0.20 | 50.00 |
| 02/08/16 | JAWA | CONTINUE DRAFTING MOTION TO COMPEL PAYMENT OF FEES. | 1.80 | 504.00 |
| 02/09/16 | ESW | WORK ON FEE MOTION. | 0.40 | 262.00 |
| 02/09/16 | MADI | TELEPHONE CONFERENCE WITH MR. GENSBERG RE AMOUNT REQUESTED IN PRIOR FEE APPLICATIONS. | 0.30 | 115.50 |
| 02/10/16 | HMB | ANALYZE CORRESPONDENCE FROM COURT CLERK REGARDING THE NINTH MONTHLY INVOICE FOR GREENBERG TRAURIG, LLP AS CO-COUNSEL TO THE DEBTOR FOR FEES AND EXPENSES INCURRED DURING THE PERIOD FROM JANUARY 1, 2016 THROUGH JANUARY 31, 2016. | 0.20 | 50.00 |
| 02/10/16 | MADI | BEGIN REVIEWING JANUARY INVOICES. | 0.30 | 115.50 |

**Dy**K**EMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3051436
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-----|-------|--------|
| 02/11/16 | HMB | ANALYZE CORRESPONDENCE FROM COURT CLERK REGARDING THE CORRECTIVE ENTRIES AS TO THE NINTH MONTHLY STATEMENT FOR INTERIM COMPENSATION AND EXPENSE REIMBURSEMENT AND THE MOTION TO COMPEL. | 0.20 | 50.00 |
| 02/11/16 | MADI | TELEPHONE CONFERENCE WITH MR. O'MALLEY RE STATUS OF DECEMBER STATEMENTS, JANUARY MONTHLY STATEMENT FILED BY GREENBERG TRAURIG. | 0.30 | 115.50 |
| 02/15/16 | MADI | PREPARE AMENDED THIRD APPLICATION FOR PAYMENT (0.5); REVIEW JANUARY INVOICES (0.8). | 1.30 | 500.50 |
| 02/16/16 | ESW | DRAFT FEE MOTION. | 1.20 | 786.00 |
| 02/16/16 | RMB | REVIEW AND REVISE DRAFT MOTION TO COMPEL PAYMENT OF COMMITTEE'S FEES (.50) | 0.50 | 335.00 |
| 02/17/16 | ESW | DRAFT MOTION TO COMPEL FEES (1.1). | 1.10 | 720.50 |
| 02/17/16 | JFRH | DRAFT MOTION TO COMPEL PAYMENT OF FEES. | 1.60 | 504.00 |
| 02/17/16 | MADI | REVISE AMENDED THIRD INTERIM APPLICATION (0.3); PREPARE REVISED PROPOSED ORDER (0.2); DRAFT NOTICE OF MOTION AND CERTIFICATE OF SERVICE (0.2); FILE SAME (0.1); DRAFT LETTER TO JUDGE DOYLE ENCLOSING COURTESY COPIES OF AMENDED APPLICATION (0.2); CORRESPONDENCE WITH MR. GENSBERG, MS. PETERSON, AND MR. KEDZIORA ENCLOSING LETTER TO JUDGE DOYLE (0.1). | 1.10 | 423.50 |
| 02/17/16 | RMB | REVIEW AND REVISE ED WEIL'S LATEST DRAFT OF MOTION TO COMPEL DEBTOR TO PAY COMMITTEE COUNSEL'S FEES | 0.30 | 201.00 |
| 02/18/16 | HMB | ANALYZE FOR APPLICABLE DATES THE AMENDED APPLICATION FOR COMPENSATION AND CALENDAR THE FEBRUARY 24, 2016 HEARING. | 0.20 | 50.00 |
| 02/19/16 | MADI | CONTINUED REVIEW OF JANUARY INVOICES FOR SUBMISSION WITH MONTHLY STATEMENT. | 0.30 | 115.50 |
| 02/21/16 | MADI | EXAMINE DALE & GENSBERG'S AND GREENBERG TRAURIG'S THIRD QUARTERLY FEE APPLICATION. | 1.00 | 385.00 |
| 02/22/16 | JFRH | ANALYZE DEBTOR'S OBJECTION TO COMMITTEE'S FEE APPLICATION. | 0.40 | 126.00 |
| 02/22/16 | MADI | CONTINUED ATTENTION TO REVIEWING JANUARY INVOICES FOR MONTHLY SUBMISSION. | 0.90 | 346.50 |
| 02/22/16 | MADI | CREATE SUMMARY OF FEES INCURRED AND PAID TO DATE. | 0.60 | 231.00 |
| 02/24/16 | RMB | ATTEND HEARING ON FEE APPLICATIONS | 1.00 | 670.00 |



**OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW**
APRIL 8, 2016

CLIENT-MATTER NO. 111914-000010

INVOICE NO. 3051436
PAGE NO. 4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 02/25/16 | HMB | ANALYZE FOR APPLICABLE DATES THE COURT'S FEBRUARY 24, 2016 ORDER AND CALENDAR THE MARCH 3, 2016 HEARING ON THE MOTIONS FOR COMPENSATION AND THE AMENDED APPLICATIONS. | 0.20 | 50.00 |
| 02/25/16 | MADI | EXAMINE PLEADINGS FILED DURING THIRD INTERIM FEE APPLICATION PERIOD IN SUPPORT OF FEES CLAIMED DURING SAME PERIOD. | 0.70 | 269.50 |
| 02/25/16 | RMB | GATHER EMAILS EXCHANGED WITH DEBTOR'S COUNSEL REGARDING TERMS OF ORDER APPOINTING EXAMINER THAT ED WEIL CAN SHOW TO KATY GLEASON TO EXPLAIN THE AMOUNT OF TIME WE SPENT ON THIS MATTER DURING THE PERIOD COVERED BY THE THIRD INTERIM FEE PETITION | 1.00 | 670.00 |
| 02/26/16 | MADI | CONTINUED REVIEW OF JANUARY INVOICES (0.5); REVIEW SAME FOR PRIVILEGED INFORMATION (0.3). | 0.80 | 308.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................................ **30.00**
**TOTAL LEGAL FEES** ................................................................................ **$ 11,986.00**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3051436
PAGE NO.  5

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 02/18/16 | COURIER FOR COURT FILING SERVICES.  DELIVER COURTESY COPIES TO BANKRUPTCY INTAKE COUNTER. | 21.00 |
| | PRINTING EXPENSES | 231.00 |
| | **TOTAL DISBURSEMENTS** .................................. $ | **252.00** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.    111914-000010

INVOICE NO.  3051436
PAGE NO.  6

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|------:|-----:|-------:|
| ESW | EDWARD S. WEIL | 3.80 | 655.00 | 2,489.00 |
| RMB | RICHARD M. BENDIX | 2.80 | 670.00 | 1,876.00 |
| JAWA | JENNIFER A. WARNER | 10.20 | 280.00 | 2,856.00 |
| JFRH | JOHN F. RHOADES | 2.60 | 315.00 | 819.00 |
| MADI | MARIA A. DIAKOUMAKIS | 9.60 | 385.00 | 3,696.00 |
| HMB | HEATHER M. BARHORST | 1.00 | 250.00 | 250.00 |
| **TOTAL** | | **30.00** | | **11,986.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000010
FEE/EMPLOYMENT APPLICATIONS
INVOICE NO.  3051436
PAGE NO.  7

FEES..............................................................$   11,986.00

DISBURSEMENTS ......................................................   252.00

**TOTAL AMOUNT DUE**............................................$   <u>12,238.00</u>

DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

APRIL 8, 2016
CLIENT-MATTER NO. 111914-000011
INVOICE NO. 3051438

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: FEE/EMPLOYMENT OBJECTIONS**

FEES.........................................................................$     1,695.00

**TOTAL AMOUNT DUE** ...............................................$     **1,695.00**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000011

INVOICE NO.  3051438
PAGE NO.  2

### RE:  FEE/EMPLOYMENT OBJECTIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 02/22/16 | MADI | EXAMINE DEBTOR'S OBJECTION TO THIRD INTERIM FEE APPLICATION. | 0.40 | 154.00 |
| 02/23/16 | RMB | REVIEW DEBTOR'S OBJECTION TO DYKEMA'S THIRD INTERIM FEE PETITION (.30); DEVELOP STRATEGY FOR RESPONDING TO THE FOREGOING OBJECTION AND TO PREPARE FOR TOMORROW'S HEARING ON THE FEE PETITION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEBTOR (1.5); BEGIN WORK ON RESPONSE TO DEBTOR'S OBJECTION TO DYKEMA'S THIRD INTERIM FEE PETITION (.50) | 2.30 | 1,541.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **2.70**
**TOTAL LEGAL FEES** ............................................................................ **$  1,695.00**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.    111914-000011

INVOICE NO.  3051438
PAGE NO.  3

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|------:|------:|---------:|
| RMB | RICHARD M. BENDIX | 2.30 | 670.00 | 1,541.00 |
| MADI | MARIA A. DIAKOUMAKIS | 0.40 | 385.00 | 154.00 |
| | **TOTAL** | **2.70** | | **1,695.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000011
FEE/EMPLOYMENT OBJECTIONS
INVOICE NO.  3051438
PAGE NO.  4

FEES........................................................................$     1,695.00

**TOTAL AMOUNT DUE**.............................................$     **1,695.00**

**DYKEMA GOSSETT PLLC**

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:**_____     **DATE:**_____     **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

APRIL 8, 2016
CLIENT-MATTER NO. 111914-000013
INVOICE NO. 3051440

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY**

FEES..................................................................$    167.00

DISBURSEMENTS .....................................................    0.80

**TOTAL AMOUNT DUE**..............................................$    **167.80**

**DyKEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3051440
PAGE NO.  2

### RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/03/16 | HMB | ANALYZE CORRESPONDENCE FROM COURT CLERK REGARDING THE ORDER MODIFYING AUTOMATIC STAY WITH RESPECT TO SHANNON MALONEY. | 0.20 | 50.00 |
| 02/03/16 | RMB | REVIEW MATT GENSBURG'S PROPOSED LIFT STAY ORDER FOR SHANNON MALONEY AND ADVISE HIM THAT I HAVE NO OBJECTION TO THAT ORDER | 0.10 | 67.00 |
| 02/24/16 | HMB | ANALYZE FOR APPLICABLE DATES THE PLAINTIFF'S MOTION FOR RELIEF FROM AUTOMATIC STAY OR IN THE ALTERNATIVE ADEQUATE PROTECTION AND CALENDAR THE MARCH 23, 2016 HEARING. | 0.20 | 50.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ..................................................... **0.50**
**TOTAL LEGAL FEES** ................................................................. **$  167.00**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.    111914-000013

INVOICE NO.  3051440
PAGE NO.  3

---

### DISBURSEMENTS

| | |
|---|---|
| PRINTING EXPENSES | 0.80 |

**TOTAL DISBURSEMENTS .................................. $    0.80**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.    111914-000013

INVOICE NO.  3051440
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 0.10 | 670.00 | 67.00 |
| HMB | HEATHER M. BARHORST | 0.40 | 250.00 | 100.00 |
| | **TOTAL** | **0.50** | | **167.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

APRIL 8, 2016

CLIENT-MATTER NO.   111914-000013
MOTIONS FOR RELIEF FROM THE
AUTOMATIC STAY
INVOICE NO.  3051440
PAGE NO.  5

FEES................................................................$      167.00

DISBURSEMENTS ....................................................      0.80

**TOTAL AMOUNT DUE**.............................................$_____**167.80**

## DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:_____       DATE:_____       AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

APRIL 8, 2016
CLIENT-MATTER NO. 111914-000014
INVOICE NO.  3051441

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  OTHER CONTESTED MATTERS**

FEES..........................................................................$        485.00

**TOTAL AMOUNT DUE**...........................................$        485.00



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3051441
PAGE NO.  2

### RE:  OTHER CONTESTED MATTERS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 02/17/16 | JFRH | EVAALUATE MERITS TO MOTION TO APPOINT CHAPTER 11 TRUSTEE (.5). | 0.50 | 157.50 |
| 02/23/16 | ESW | ANALYSIS OF ARGUMENTS FOR CH. 11 TRUSTEE MOTION (0.5). | 0.50 | 327.50 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................................... **1.00**
**TOTAL LEGAL FEES** ................................................................................................ **$   485.00**

**DYKEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3051441
PAGE NO.  3

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------|------:|------:|-------:|
| ESW | EDWARD S. WEIL | 0.50 | 655.00 | 327.50 |
| JFRH | JOHN F. RHOADES | 0.50 | 315.00 | 157.50 |
| | **TOTAL** | **1.00** | | **485.00** |

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000014
OTHER CONTESTED MATTERS
INVOICE NO.  3051441
PAGE NO.  4

FEES.........................................................................$   485.00

**TOTAL AMOUNT DUE**.............................................$___485.00___



**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:**_____   **DATE:**_____   **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

APRIL 8, 2016
CLIENT-MATTER NO. 111914-000015
INVOICE NO.  3051437

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT**

     FEES..........................................................................$    39,396.50

     DISBURSEMENTS ....................................................    467.19

     **TOTAL AMOUNT DUE.............................................$   39,863.69**

**DyKEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3051437
PAGE NO.  2

### RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 02/02/16 | ESW | TELEPHONE CONFERENCE WITH MR. KLEINMAN REGARDING PLAN AND DS OBJECTIONS. | 0.40 | 262.00 |
| 02/02/16 | MADI | RESEARCH RE STANDARD FOR ADEQUATE INFORMATION REQUIRED IN DISCLOSURE STATEMENTS. | 0.80 | 308.00 |
| 02/02/16 | RMB | REVIEW MATT GENSBURG'S RESPONSE TO OUR LAST PROPOSAL RE TERMS FOR A CONSENSUAL PLAN (.10); ANALYSIS OF STANDARDS FOR EVALUATING DISCLOSURE STATEMENTS (.20); CALL WITH JEREMY KLEINMAN TO DISCUSS SHORTCOMINGS OF DEBTOR'S FIRST AMENDED PLAN AND DISCLOSURE STATEMENT (.10); BEGIN REVIEWING FIRST AMENDED DISCLOSURE STATEMENT AND MAKE NOTES RE OBJECTIONS TO SAME (1.50) | 1.90 | 1,273.00 |
| 02/03/16 | MADI | RESEARCH RE STANDARD FOR INFORMATION INCLUDED IN DISCLOSURE STATEMENT. | 0.80 | 308.00 |
| 02/03/16 | RMB | REVIEW DEBTOR'S RESPONSE TO OUR LATEST PROPOSAL FOR TERMS OF A CONSENSUAL PLAN OF REORGANIZATION AND DISCUSS STRATEGY FOR REPLY | 1.00 | 670.00 |
| 02/03/16 | RMB | CONTINUE REVIEWING FIRST AMENDED DISCLOSURE STATEMENT FOR PURPOSES OF PREPARING OBJECTIONS TO SAME | 1.50 | 1,005.00 |
| 02/04/16 | RMB | REVIEW AND RESPOND TO MS. GLEASON'S EMAILS ASKING ABOUT STATUS OF COMMITTEE'S PLAN NEGOTIATIONS WITH THE DEBTOR AND WHETHER HEARING ON DISCLOSURE STATEMENT IS GOING FORWARD NEXT THURSDAY (.20); PREPARE OUTLINE FOR COMMITTEE'S OBJECTIONS TO DISCLOSURE STATEMENT AND BEGIN DRAFTING SAME (3.2) | 3.40 | 2,278.00 |
| 02/04/16 | RMB | REVIEW DISCLOSURE STATEMENT TO DETERMINE STATUS OF MS. CIMINO'S PERSONAL INJURY CLAIM (.10). | 0.10 | 67.00 |
| 02/05/16 | ESW | ANALYSIS OF OBJECTIONS TO DISCLOSURE STATEMENT. | 0.30 | 196.50 |
| 02/05/16 | HMB | ANALYZE FOR APPLICABLE DATES THE DEBTOR'S MOTION FOR AN ORDER EXTENDING THE EXCLUSIVE PERIOD DURING WHICH DEBTOR MAY SOLICIT ACCEPTANCES OF A PLAN AND CALENDAR THE FEBRUARY 11, 2016 HEARING. | 0.20 | 50.00 |
| 02/05/16 | MADI | CONTINUED RESEARCH RE STANDARDS FOR INFORMATION INCLUDED WITH DISCLOSURE STATEMENT. | 0.80 | 308.00 |

**DyKEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3051437
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 02/05/16 | RMB | CALL WITH MS. GLEASON TO DISCUSS OBJECTIONS TO DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (.30); CALL WITH MATT GENSBURG TO DISCUSS FILING DOCUMENTS REQUIRED BY LOCAL BANKRUPTCY RULE 3016-1 (.10) | 0.40 | 268.00 |
| 02/05/16 | RMB | REVIEW FIRST AMENDED PLAN AND DISCLOSURE STATEMENT AND CONTINUE DRAFTING OBJECTION TO FIRST AMENDED DISCLOSURE STATEMENT | 3.30 | 2,211.00 |
| 02/06/16 | ESW | ANALYSIS OF OBJECTION TO DISCLOSURE STATEMENT. | 0.50 | 327.50 |
| 02/07/16 | RMB | CONTINUING REVIEWING PLAN AND DISCLOSURE STATEMENT AND DRAFTING OBJECTIONS TO DISCLOSURE STATEMENT | 3.00 | 2,010.00 |
| 02/08/16 | ESW | REVISE OBJECTIONS TO DISCLOSURE STATEMENT. | 0.40 | 262.00 |
| 02/08/16 | JFRH | DRAFT/FINALIZE OBJECTIONS TO DEBTOR'S DISCLOSURE STATEMENT. | 0.60 | 189.00 |
| 02/08/16 | MADI | PREPARE OBJECTION TO DISCLOSURE STATEMENT FOR FILING (0.2); FILE SAME (0.1). | 0.30 | 115.50 |
| 02/08/16 | RMB | WORK ON MULTIPLE DRAFTS OF OBJECTIONS TO DISCLOSURE STATEMENT TO REFLECT COMMENTS FROM COMMITTEE MEMBERS AND ED WEIL AND PAT O'MALLEY ON SUCCESSIVE DRAFTS OF OBJECTIONS. | 3.50 | 2,345.00 |
| 02/09/16 | JFRH | ANALYZE OBJECTIONS TO DEBTOR'S DISCLOSURE STATEMENT. | 0.60 | 189.00 |
| 02/09/16 | MADI | PREPARE NOTICE OF FILING OF OBJECTION TO DISCLOSURE STATEMENT (0.2); FILE SAME (0.1). | 0.30 | 115.50 |
| 02/09/16 | RMB | DEVELOP STRATEGY FOR REACHING AGREEMENT WITH DEBTOR ON TERMS OF A CONSENSUAL PLAN OF REORGANIZATION | 0.20 | 134.00 |
| 02/09/16 | RMB | CALL WITH JEREMY KLEINMAN TO DISCUSS STRATEGY FOR THURSDAY'S HEARINGS ON APPROVAL OF DISCLOSURE STATEMENT AND DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD. | 0.30 | 201.00 |
| 02/10/16 | ESW | ANALYSIS OF EXCLUSIVITY EXTENSION BY DEBTOR. | 1.00 | 655.00 |
| 02/10/16 | MADI | ANALYSIS OF VARIOUS PLAN AND SETTLEMENT SCENARIOS. | 0.40 | 154.00 |
| 02/11/16 | RMB | MEET WITH MATT GENSBURG, JOHN MOBERG AND ED WEIL TO DISCUSS TERMS OF CONSENSUAL PLAN OF REORGANIZATION | 0.70 | 469.00 |
| 02/11/16 | RMB | ANALYZE WHETHER POSSIBLE EXCEPTIONS TO THE DEBTOR'S RIGHT TO CONVERT THE CHAPTER 11 CASE TO CHAPTER 7 AND PREPARING MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE AS AN ALTERNATIVE OR RESPONSE TO DEBTOR'S ATTEMPT TO CONVERT THE CASE TO CHAPTER 7 | 0.50 | 335.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3051437
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 02/12/16 | ESW | ATTENTION TO PLAN MEDIATION TERMS (0.4); TELEPHONE CONFERENCE WITH MR. GENSBURG RE SAME (0.4). | 0.80 | 524.00 |
| 02/12/16 | JFRH | ANALYSIS RE MEDIATION AND POTENTIAL MOTION FOR MEDIATION. | 0.70 | 220.50 |
| 02/12/16 | RMB | CALL WITH MATT GENSBURG TO DISCUSS PLAN MEDIATION. | 0.10 | 67.00 |
| 02/12/16 | RMB | ANALYSIS OF GENSBURG'S PROPOSAL FOR PLAN MEDIATION, | 0.30 | 201.00 |
| 02/13/16 | ESW | DRAFT MEDIATION TERMS. | 0.30 | 196.50 |
| 02/14/16 | ESW | ATTENTION TO DEVELOPMENT OF MEDIATION TERMS (.6). | 0.60 | 393.00 |
| 02/15/16 | ESW | ADDRESS MEDIATION TERMS (.5); REVIEW OF COMMITTEE CALL RE SAME (.2).  DRAFT LETTER TO MR. GENSBURG RE SAME (.3). | 1.00 | 655.00 |
| 02/15/16 | RMB | REVIEW COMMENTS OF COMMITTEE MEMBERS ON DEBTOR'S MEDIATION PROPOSAL (.30). | 0.30 | 201.00 |
| 02/16/16 | JEAB | REVIEW MEDIATION PROPOSAL EMAIL AND SUGGEST REVISIONS (0.5); REVIEW AND SUMMARIZE RESEARCH REGARDING DEBTOR'S RIGHT TO CONVERT CASE (.5). | 1.00 | 515.00 |
| 02/16/16 | RMB | REVIEW COMMITTEE MEMBER'S RESPONSE TO PROPOSED CONDITIONS TO MEDIATION AND RESPOND WITH MY RECOMMENDATION. | 0.20 | 134.00 |
| 02/16/16 | RMB | REVIEW COMMITTEE'S PROPOSED CHANGES TO EMAIL TO MATT GENSBURG RE CONDITIONS FOR, AND TERMS OF, MEDIATION (.20); ANALYZE STRATEGY FOR RESPONSE TO COMMITTEE'S PROPOSED CHANGES TO EMAIL TO MATT GENSBURG RE CONDITIONS FOR, AND TERMS OF, MEDIATION (.50). | 0.70 | 469.00 |
| 02/17/16 | ESW | ATTENTION TO NEGOTIATION OF MEDIATION TERMS ( 0.4). | 0.40 | 262.00 |
| 02/17/16 | RMB | REVIEW AND REVISE DRAFT EMAIL TO MATT GENSBURG STATING TERMS AND CONDITIONS FOR MEDIATION(.10); CORRESPONDENCE WITH MATT GENSBURG RE HIS ASSUMPTION THAT COMMITTEE HAS WITHDRAWN ITS MEDIATION PROPOSAL (.30). | 0.40 | 268.00 |
| 02/17/16 | RMB | REVIEW DEBTOR'S MOTION TO EXTEND SOLICITATION EXCLUSIVITY PERIOD AND PREPARE OUTLINE FOR OBJECTIONS TO SAME (.70); BEGIN DRAFTING OBJECTIONS (1.0) | 1.70 | 1,139.00 |
| 02/18/16 | RMB | REVISE COMMITTEE'S OBJECTION TO DEBTOR'S MOTION TO EXTEND SOLICITATION EXCLUSIVITY. | 5.00 | 3,350.00 |

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.   3051437
PAGE NO.   5

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/19/16 | HMB | ANALYZE CORRESPONDENCE FROM COURT CLERK REGARDING THE UNSECURED CREDITORS' COMMITTEE'S OBJECTION TO DEBTOR'S MOTION FOR AN ORDER EXTENDING THE EXCLUSIVE PERIOD DURING WHICH THE DEBTOR MAY SOLICIT ACCEPTANCES OF A PLAN. | 0.20 | 50.00 |
| 02/20/16 | RMB | PREPARE DRAFT RESPONSE TO MATT GENSBURG'S EMAIL RESPONDING TO OUR PROPOSED GROUND RULES FOR MEDIATION (.70). | 0.70 | 469.00 |
| 02/22/16 | ESW | ATTENTION TO MEDIATION ISSUES. | 0.60 | 393.00 |
| 02/22/16 | RMB | WORK ON RESPONSE TO MATT GENSBURG'S EMAIL REJECTING COMMITTEE'S PROPOSED TERMS FOR MEDIATION (2.8). | 2.80 | 1,876.00 |
| 02/23/16 | ESW | ATTENTION TO MEDIATION (0.8). | 0.80 | 524.00 |
| 02/23/16 | RMB | CALL WITH KATY GLEASON TO DISCUSS STATUS OF PARTIES' EFFORTS TO REACH AGREEMENT ON MEDIATION. | 0.10 | 67.00 |
| 02/24/16 | ESW | MEETING WITH MR. GENSBURG BEFORE COURT RE MEDIATION (0.3). | 0.30 | 196.50 |
| 02/24/16 | ESW | MEETING WITH UST AND DEBTOR RE CASE STATUS, SETTLEMENT, MEDIATION, CHAPTER 11 AND/OR CHAPTER 7 TRUSTEE; CLAIMS AGAINST DEBTOR AND AFFILIATES, ETC. (1.5). | 1.50 | 982.50 |
| 02/24/16 | ESW | TELEPHONE CONFERENCE WITH MR. GENSBURG RE MEDIATION (1.0). | 1.00 | 655.00 |
| 02/24/16 | RMB | MEET AFTER HEARING ON FEE PETITIONS WITH KATY GLEASON, MATT GENSBURG AND NANCY PETERMAN TO DISCUSS (1) CONVERSION OF CASE TO CHAPTER 7, (2) APPOINTMENT OF A CHAPTER 11 TRUSTEE, (3) MEDIATION, AND (4) VARIOUS PLAN SCENARIOS (1.5); ANALYSIS OF POSSIBLE MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE AS AN ALTERNATIVE TO CONVERSION OF THE CASE TO CHAPTER 7 (.50) | 1.50 | 1,005.00 |
| 02/24/16 | RMB | CALL WITH SHELLY CUFF OF DSI TO DISCUSS CLAIMS THAT THE COMMITTEE HAS AGAINST (1) DEBTOR'S AFFILIATES, AND (2) MESSRS. CORRIGAN AND LEVINE AND SUBSTANTIATING THOSE CLAIMS WITH FACTS AND LAW IN ADVANCE OF PLAN MEDIATION (.50) | 0.50 | 335.00 |
| 02/25/16 | ESW | ATTENTION TO MEDIATION STRATEGY (1.2). | 1.20 | 786.00 |
| 02/25/16 | ESW | MEETING WITH UST GLEASON. | 1.20 | 786.00 |
| 02/25/16 | ESW | MEETING WITH DSI RE RESPONSE TO MR. GENSBURG'S STATEMENT RE TAS (0.6). | 0.60 | 393.00 |

**DyKEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3051437
PAGE NO.  6

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-------------|-------|--------|
| 02/25/16 | ESW | ATTENTION TO MEDIATION ISSUES WITH MR. GENSBURG AND CLIENT AND DSI (.5). | 0.50 | 327.50 |
| 02/25/16 | ESW | TELEPHONE CONFERENCES WITH COMMITTEE, UST, GENSBURG, DSI, KLEINMAN RE MEDIATION  (.5). | 0.50 | 327.50 |
| 02/25/16 | JFRH | BEGIN PREPARATION FOR MEDIATION (1.0). | 1.00 | 315.00 |
| 02/25/16 | JFRH | PREPARE FOR MEETING WITH US TRUSTEE RE STATUS OF CASE, FEES, AND PLAN. | 1.20 | 378.00 |
| 02/25/16 | RMB | MULTIPLE CALLS AND EMAIL EXCHANGES WITH (1) COMMITTEE MEMBERS AND (2) MATT GENSBURG REGARDING DATE FOR MEDIATION (.70). | 0.70 | 469.00 |
| 02/26/16 | ESW | TELEPHONE CONFERENCE WITH MS. GLEASON RE MEDIATION (.3); TELEPHONE CONFERENCE WITH MR. GENSBERG RE SAME (.4); TELEPHONE CONFERENCE WITH MR. KLEINMAN RE SAME (.5). | 1.30 | 851.50 |
| 02/26/16 | RMB | CALL WITH JEREMY KLEINMAN RE UPDATES ON DEBTOR'S AGREEMENT TO MEDIATE. | 0.50 | 335.00 |
| 02/29/16 | ESW | TELEPHONE CONFERENCE WITH MR. GENSBERG RE MEDIATION (.03); DRAFT REVIEW AND REVISE CORRESPONDENCE WITH JUDGE WEDOFF RE SERVING AS POTENTIAL MEDIATOR (1.0); CONSIDERATION OF ALTERNATIVE MEDIATIATORS (.8); CONFERENCE WITH MR. GENSBERG RE SAME (.5). | 2.60 | 1,703.00 |
| 02/29/16 | RMB | REVIEW DRAFT EMAIL TO JUDGE WEDOFF ASKING HIM TO ACT AS MEDIATOR (.20); REVISIONS TO DRAFT EMAIL TO JUDGE WEDOFF (.20); REVIEW AND RESPOND TO EMAIL FROM MATT GENSBURG PROPOSING REVISED EMAIL TO JUDGE WEDOFF (.20) REVIEW JUDGE WEDOFF'S RESPONSE TO EMAIL (.10); DEVELOP STRATEGY FOR SELECTING MEDIATOR (.30); CAL WITH MATT GENSBURG TO DISCUSS NEW MEDIATOR CANDIDATES IN LIGHT OF JUDGE WEDOFF'S UNAVAILABILITY ON APRIL 1 (.30); | 1.30 | 871.00 |

TOTAL ATTORNEY & PARALEGAL TIME ......................................................................   63.30
TOTAL LEGAL FEES..........................................................................................  $   39,396.50



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3051437
PAGE NO.  7

| | DISBURSEMENTS | |
|---|---|---|
| 02/16/16 | JACKIE DEFINI TRANSCRIPT OF FEBRUARY 11, 2016 PROCEEDING BEFOR | 282.00 |
| 02/23/16 | COURIER FOR COURT FILING SERVICES. DELIVER DOCUMENTS TO JACKLEEN DEFINI AT THE U.S. BANKRUPTCY COURT. | 21.00 |
| | PRINTING EXPENSES | 156.60 |
| | CONFERENCE CALLS | 7.59 |

**TOTAL DISBURSEMENTS ................................. $   467.19**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

**Dy**K**EMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
APRIL 8, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3051437
PAGE NO.  8

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| ESW | EDWARD S. WEIL | 17.80 | 655.00 | 11,659.00 |
| JEAB | JONATHAN E. ABERMAN | 1.00 | 515.00 | 515.00 |
| RMB | RICHARD M. BENDIX | 36.60 | 670.00 | 24,522.00 |
| JFRH | JOHN F. RHOADES | 4.10 | 315.00 | 1,291.50 |
| MADI | MARIA A. DIAKOUMAKIS | 3.40 | 385.00 | 1,309.00 |
| HMB | HEATHER M. BARHORST | 0.40 | 250.00 | 100.00 |
| | **TOTAL** | **63.30** | | **39,396.50** |

**Dykema**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

CLIENT-MATTER NO.   111914-000015
PLAN OF
REORGANIZATION/LIQUIDATION AND
DISCLOSURE STATEMENT
INVOICE NO.  3051437
PAGE NO.  9

APRIL 8, 2016

FEES..........................................................................$    39,396.50

DISBURSEMENTS .....................................................    467.19

**TOTAL AMOUNT DUE**.............................................$    39,863.69

**DykemaGossett** PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____       DATE:_____       AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____