**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: | Chapter 11 |
| Yellow Cab Affiliation, Inc., | Case No. 15-09539 |
| Debtor. | Hon. Carol A. Doyle |

**TWELFTH MONTHLY INVOICE FOR GREENBERG TRAURIG, LLP AS CO-COUNSEL TO THE DEBTOR FOR FEES AND EXPENSES INCURRED DURING THE PERIOD FROM MAY 1, 2016 THROUGH MAY 31, 2016[1]**

---

[1] The fees associated with category 814 (Fee/Employment Objections) total $934.80 and payment of such fees are not being requested at this time. Greenberg Traurig, LLP reserves the right to seek allowance of such fees in its final fee application, depending upon the outcome of this Chapter 11 case.

**GT GreenbergTraurig**

Invoice No.: 4226218
File No.   : 155701.010100
Bill Date  : June 7, 2016

Yellow Cab Affiliation, Inc.
3351 W. Addison
Chicago, IL  60618

Attn:  Michael Levine

# INVOICE

Re:  Restructure

Legal Services through May 31, 2016:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 4,939.20 |

Expenses:
    Filing Fees                          30.00
    GT Imaging                           88.35

|  |  |  |
|---|---|---|
| Total Expenses: | $ | 118.35 |
| **Current Invoice:** | $ | **5,057.55** |

NAP:DMV
Tax ID: 13-3613083

Invoice No.:   4226218  
Matter No.:    155701.010100

Page 1

### Description of Professional Services Rendered:

TASK CODE:     810               LITIGATION MATTERS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/31/16 | Martin Kedziora | Review response to motion to appoint trustee. | 0.70 | 228.00 | 159.60 |

Total Hours:   0.70

Total Amount:   $ 159.60

### TIMEKEEPER SUMMARY FOR TASK CODE 810,

LITIGATION MATTERS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Martin Kedziora | 0.70 | 228.00 | 159.60 |
| Totals: | 0.70 | 228.00 | $ 159.60 |

| | | Page 2 |
|---|---|---|
| Invoice No.: | 4226218 | |
| Matter No.: | 155701.010100 | |

### Description of Professional Services Rendered

TASK CODE:   813                                    FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/10/16 | Martin Kedziora | Conference call with B. Doran re pending fee application. | 0.10 | 228.00 | 22.80 |
| 05/11/16 | Martin Kedziora | Review and finalize GT's monthly invoice. | 0.20 | 228.00 | 45.60 |
| | | Total Hours: | 0.30 | | |
| | | | | Total Amount: | $ 68.40 |

### TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Martin Kedziora | 0.30 | 228.00 | 68.40 |
| Totals: | 0.30 | 228.00 | $ 68.40 |

| | | Page 3 |
|---|---|---|
| Invoice No.: | 4226218 | |
| Matter No.: | 155701.010100 | |

### Description of Professional Services Rendered

TASK CODE:     814                              GT FEE/EMPLOYMENT OBJECTIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/16/16 | Martin Kedziora | Draft response to Committee's objections to GT's 4th interim fee application. | 4.10 | 228.00 | 934.80 |
| | | Total Hours: | 4.10 | | |
| | | Total Amount: | | | $ 934.80 |

### TIMEKEEPER SUMMARY FOR TASK CODE 814,
### GT FEE/EMPLOYMENT OBJECTIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Martin Kedziora | 4.10 | 228.00 | 934.80 |
| Totals: | 4.10 | 228.00 | $ 934.80 |

Invoice No.: 4226218  
Matter No.: 155701.010100  

Page 4

### Description of Professional Services Rendered

TASK CODE: 833      COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/04/16 | Brett M. Doran | Attend status hearing on pending motions including motion to compel production of documents. | 1.00 | 388.00 | 388.00 |
| 05/08/16 | Brett M. Doran | Call with M. Kedziora regarding preparation for upcoming status hearing. | 0.20 | 388.00 | 77.60 |
| 05/09/16 | Martin Kedziora | Conference calls with M. Gensburg and B. Doran re status of various motions (0.2) and prepare for hearing on pending motions (0.2). | 0.40 | 228.00 | 91.20 |
| 05/10/16 | Nancy A. Peterman | Prepare for hearing on fee application. | 0.40 | 680.00 | 272.00 |
| 05/11/16 | Nancy A. Peterman | Prepare for (.40) and attend court hearing re fee application (2.1). | 2.50 | 680.00 | 1,700.00 |
| 05/17/16 | Nancy A. Peterman | Telephone conference with M. Gensburg re upcoming hearing on 4th interim fee applications. | 0.20 | 680.00 | 136.00 |
| 05/18/16 | Nancy A. Peterman | Prepare for and attend court hearing on 4th interim fee applications. | 1.40 | 680.00 | 952.00 |

Total Hours: 6.10

Total Amount: $ 3,616.80

### TIMEKEEPER SUMMARY FOR TASK CODE 833,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Brett M. Doran | 1.20 | 388.00 | 465.60 |
| Nancy A. Peterman | 4.50 | 680.00 | 3,060.00 |
| Martin Kedziora | 0.40 | 228.00 | 91.20 |
| Totals: | 6.10 | 592.92 | $ 3,616.80 |

Invoice No.:  4226218  
Matter No.:   155701.010100

Page 5

**Description of Professional Services Rendered**

| TASK CODE: | 836 | | SCHEDULES AND STATEMENTS | | |
|---|---|---|---|---|---|

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/10/16 | Martin Kedziora | Conference call with Epiq re amendments to schedules (0.10); review amendment and prepare summary of amendments for Epiq (0.60). | 0.70 | 228.00 | 159.60 |
| | | Total Hours: | 0.70 | | |
| | | Total Amount: | | | $ 159.60 |

**TIMEKEEPER SUMMARY FOR TASK CODE 836,**

SCHEDULES AND STATEMENTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Martin Kedziora | 0.70 | 228.00 | 159.60 |
| Totals: | 0.70 | 228.00 | $ 159.60 |

Invoice No.: 4226218  
Matter No.: 155701.010100

Page 6

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Brett M. Doran | 1.20 | 388.00 | 465.60 |
| Nancy A. Peterman | 4.50 | 680.00 | 3,060.00 |
| Martin Kedziora | 6.20 | 228.00 | 1,413.60 |
| Totals: | 11.90 | 415.06 | $ 4,939.20 |

| | | Page 7 |
|---|---|---|
| Invoice No.: | 4226218 | |
| Re: | Restructure | |
| Matter No.: | 155701.010100 | |

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/21/16 | VENDOR: Wright Express Financial Services Corpor INVOICE#: 00042816274 DATE: 4/28/2016  Filing - Courts/Usbc-Il-I: 4/21/2016 | $ | 30.00 |
| 04/28/16 | GT Imaging Invoice 20160428-4309 Dated 04/28/16 - Re: 155701.010100 Yellow Cab (Concordance Hosting) | $ | 88.35 |
| | Total Expenses: | $ | 118.35 |