## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | Chapter 11 |
| Yellow Cab Affiliation, Inc., | Case No. 15-09539 |
| Debtor. | Hon. Carol A. Doyle |
| | **Objection Deadline: July 1, 2016 at 4:00 p.m.**<br>**Hearing Date: To be determined if objection filed.** |

### NOTICE OF FILING GREENBERG TRAURIG LLP'S
### TWELFTH MONTHLY INVOICE FOR FEES AND EXPENSES

PLEASE TAKE NOTICE that on June 10, 2016, Greenberg Traurig, LLP (the "Applicant") filed its *Twelfth Monthly Invoice, as Co-Counsel to the Debtor, for Fees and Expenses Incurred During the Period From May 1, 2016 Through May 31, 2016* (the "Invoice") with the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court") in accordance with the *Administrative Order Establishing Procedures for Final, Interim, and Monthly Compensation and Reimbursement of Expenses of Professionals Retained in this Chapter 11 Case and Reimbursement of Expenses of Committee Members Appointed in this Chapter 11 Case* (the "Interim Compensation Order") (Docket No. 193) .

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Invoice must be filed with the Clerk of the Bankruptcy Court, and be served upon and received by: (i) the Debtor, 3351 W. Addison St., Chicago, Illinois 60618 (Attn: Gary Sakata); (ii) the Debtor's counsel, Greenberg Traurig, LLP, 77 W. Wacker Drive, Suite 3100, Chicago, Illinois 60601 (Attn: Nancy A. Peterman, Esq. and Martin S. Kedziora, Esq.) and Dale & Gensburg, P.C., 200 W. Adams St., Suite 2425, Chicago, Illinois 60606 (Attn: Matthew T. Gensburg, Esq.); (iii) Office of the U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, Illinois 60604; and (iv) counsel to the Official Committee of Unsecured Creditors appointed in this Chapter 11 Case, Dykema Gossett PLLC, 10 S. Wacker Drive, Suite 2300, Chicago, Illinois 60606 (Attn: Richard M. Bendix, Jr. and Edward S. Weil) (collectively, the "Notice Parties"), no later than **July 1, 2016** at **4:00 p.m.** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that in accordance with the Interim Compensation Order, the Applicant may be paid an amount equal to the lesser of (i) 80% of the fees and 100 % of expenses requested in the Twelfth Monthly Invoice if no objections are

received by the Notice Parties prior to the Objection Deadline, or (ii) 80% of the fees and 100% of the expenses not subject to an objection, without the need for further order of the Bankruptcy Court.  If an objection is properly filed and served and such objection is not otherwise resolved, or the Court determines that a hearing should be held in respect of the Twelfth Monthly Invoice, a hearing will be held at a time convenient to the Court.

Dated: June 10, 2016                             GREENBERG TRAURIG, LLP

                                                    By:  /s/ *Nancy A. Peterman*
                                                        Nancy A. Peterman

                                             Nancy A. Peterman (ARDC #6208120)
                                             Martin S. Kedziora (ARDC #6300162)
                                             GREENBERG TRAURIG, LLP
                                             77 West Wacker Drive, Suite 3100
                                             Chicago, Illinois  60601
                                             Telephone: 312-456-8400
                                             Facsimile: 312-456-8435
                                             Email: petermann@gtlaw.com
                                                         kedzioram@gtlaw.com

                                             *Co-Counsel for the Debtor and*
                                             *Debtor-in-Possession*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on June 10, 2016, a true and correct copy of this notice and **GREENBERG TRAURIG, LLP'S TWELFH MONTHLY INVOICE FOR FEES AND EXPENSES INCURRED DURING THE PERIOD FROM MAY 1, 2016 THROUGH MAY 31, 2016**, was served upon all parties who receive notice through this Court's ECF system as indicated below; and

- Courtney E Barr    cbarr@lockelord.com, chicagodocket@lockelord.com; pwilliams@lockelord.com
- Richard M Bendix    rbendix@dykema.com
- Shelly A. DeRousse    sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
- Maria A Diakoumakis    mdiakoumakis@dykema.com, DocketCH@dykema.com
- Joseph D Frank    jfrank@fgllp.com, ccarpenter@fgllp.com; jkleinman@fgllp.com
- Frances Gecker    fgecker@fgllp.com, csmith@fgllp.com
- Matthew T. Gensburg    MGensburg@dandgpc.com, chidocket@gtlaw.com;ChiBkyDocket@gtlaw.com
- E. Philip Groben    pgroben@cohenandkrol.com, trotman@cohenandkrol.com;jneiman@cohenandkrol.com
- John W Guzzardo    jguzzardo@shawfishman.com, mlites@shawfishman.com
- Carrie A Hall    cahall@michaelbest.com, jdschirmer@michaelbest.com
- Fred R Harbecke    fredrharbecke@sbcglobal.net
- Martin S Kedziora    kedzioram@gtlaw.com, hernandezden@gtlaw.com; CHILitDock@GTLAW.com; doranb@gtlaw.com
- Timothy Keiser    tkeiser@gwclaw.com, ghooker@gwclaw.com
- Maureen J Kelly    maureenjkelly@3kellyslaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Annie W Lopez    alopez@walinskilaw.com
- Mark Mordini    markmordini@msvemail.com
- Francis J. Pendergast    fpendergast@crowleylamb.com, ibenavides@crowleylamb.com;docket@crowleylamb.com
- Nancy A Peterman    petermann@gtlaw.com, ChiBkyDocket@gtlaw.com;greenbergc@gtlaw.com
- John Rhoades    jrhoades@dykema.com
- Brian L Shaw    bshaw@shawfishman.com, jbunton@shawfishman.com
- Jeffrey Snell    jeffrey.snell@usdoj.gov
- Michael M Tannen    mtannen@tannenlaw.com, adminassistant@tannenlaw.com
- Esther E Tryban Telser    etrybantelser@cityofchicago.org
- Steven A Wade    swade@anesilaw.com, cathyhe@uawlsp.com;lsingleton@anesilaw.com
- Edward S Weil    eweil@dykema.com
- Barbara L Yong    blyong@golanchristie.com, mperez@golanchristie.com;myproductionss@gmail.com
- Caren A Lederer on behalf of Creditor Leslie Ann Barr-Dewhurst, calederer@golanchristie.com, mperez@golanchristie.com
- Shannon Liss-Riordan on behalf of Creditor Peter A Enger , sliss@llrlaw.com

    via email to:
- Mr. Gary Sakata GSakata@taxiaffiliationservices.com

                                                    */s/ Nancy A. Peterman*
                                                       Nancy A. Peterman

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: | Chapter 11 |
| Yellow Cab Affiliation, Inc., | Case No. 15-09539 |
| Debtor. | Hon. Carol A. Doyle |

**TWELFTH MONTHLY INVOICE FOR GREENBERG TRAURIG, LLP AS CO-COUNSEL TO THE DEBTOR FOR FEES AND EXPENSES INCURRED DURING THE PERIOD FROM MAY 1, 2016 THROUGH MAY 31, 2016[1]**

---

[1] The fees associated with category 814 (Fee/Employment Objections) total $934.80 and payment of such fees are not being requested at this time. Greenberg Traurig, LLP reserves the right to seek allowance of such fees in its final fee application, depending upon the outcome of this Chapter 11 case.