# EXHIBIT B

## GT GreenbergTraurig

Invoice No. : 4173019
File No.   :  155701.010100
Bill Date  :  April 8, 2016

Yellow Cab Affiliation, Inc.
3351 W. Addison
Chicago, IL  60618

Attn:  Michael Levine

## INVOICE

Re:  Restructure

Legal Services through March 31, 2016:

| | | |
|---|---|---|
| Total Fees: | $ | 2,133.60 |

Expenses:

| | | | |
|---|---|---|---|
| GT Imaging | 88.35 | | |
| Total Expenses: | | $ | 88.35 |
| **Current Invoice:** | | $ | **2,221.95** |

NAP:DMV
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

Invoice No.:  4173019
Matter No.:  155701.010100

## Description of Professional Services Rendered:

TASK CODE:  804  CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------------|-------------|-------|------|--------|
| 03/14/16 | Martin Kedziora | Prepare for and participate in conference call with N. Peterman and M. Gensburg re case strategy. | 0.20 | 228.00 | 45.60 |
| 03/14/16 | Nancy A. Peterman | Telephone conference with M. Gensburg and M. Kedziora re mediation and case status. | 0.20 | 680.00 | 136.00 |
| 03/28/16 | Martin Kedziora | Conference call with M. Gensburg and N. Peterman re general case strategy. | 0.20 | 228.00 | 45.60 |

Total Hours: 0.60

Total Amount: $ 227.20

TIMEKEEPER SUMMARY FOR TASK CODE 804,

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Nancy A. Peterman | 0.20 | 680.00 | 136.00 |
| Martin Kedziora | 0.40 | 228.00 | 91.20 |
| Totals: | 0.60 | 378.67 | $ 227.20 |

Invoice No.: 4173019
Matter No.: 155701.010100

Page 2

Description of Professional Services Rendered

TASK CODE: 810             LITIGATION MATTERS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 03/08/16 | Nancy A. Peterman | Prepare for and participate in telephone conference with M. Gensburg and Committee counsel re mediation of plan issues. | 0.50 | 680.00 | 340.00 |
| 03/08/16 | Nancy A. Peterman | Exchange emails with potential mediation candidates (.40) and update Committee counsel and M. Gensburg re same (.20). | 0.60 | 680.00 | 408.00 |
| 03/28/16 | Nancy A. Peterman | Telephone conference with M. Gensburg re mediation. | 0.20 | 680.00 | 136.00 |

Total Hours: 1.30

Total Amount: $ 884.00

TIMEKEEPER SUMMARY FOR TASK CODE 810,

LITIGATION MATTERS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Nancy A. Peterman | 1.30 | 680.00 | 884.00 |
| Totals: | 1.30 | 680.00 | $ 884.00 |

Invoice No.:     4173019
Matter No.:      155701.010100

Description of Professional Services Rendered

TASK CODE:       813                    FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 03/09/16 | Martin Kedziora | Review GT's monthly invoice for February. | 0.10 | 228.00 | 22.80 |
| | | Total Hours: | 0.10 | | |
| | | Total Amount: | | | $ 22.80 |

TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Martin Kedziora | 0.10 | 228.00 | 22.80 |
| Totals: | 0.10 | 228.00 | $    22.80 |

Invoice No.: 4173019                                                    Page 4
Matter No.: 155701.010100

Description of Professional Services Rendered

TASK CODE:        833                    COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------------|-------------|-------|------|--------|
| 03/02/16 | Brett M. Doran | Prepare for hearing on motion to compel production of documents and other matters. | 0.60 | 388.00 | 232.80 |
| 03/03/16 | Brett M. Doran | Attend hearing on motions to compel production and other matters. | 1.80 | 388.00 | 698.40 |

Total Hours:        2.40

Total Amount:                $ 931.20

TIMEKEEPER SUMMARY FOR TASK CODE 833,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Brett M. Doran | 2.40 | 388.00 | 931.20 |
| Totals: | 2.40 | 388.00 | $   931.20 |

Invoice No.: 4173019
Matter No.: 155701.010100

Description of Professional Services Rendered

TASK CODE: 836 SCHEDULES AND STATEMENTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 03/28/16 | Martin Kedziora | Review and analysis of accounts receivable reconciliation. | 0.30 | 228.00 | 68.40 |
| | | Total Hours: | 0.30 | | |
| | | Total Amount: | | | $ 68.40 |

TIMEKEEPER SUMMARY FOR TASK CODE 836,

SCHEDULES AND STATEMENTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Martin Kedziora | 0.30 | 228.00 | 68.40 |
| Totals: | 0.30 | 228.00 | $ 68.40 |

Invoice No.: 4173019  
Matter No.: 155701.010100

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Brett M. Doran | 2.40 | 388.00 | 931.20 |
| Nancy A. Peterman | 1.50 | 680.00 | 1,020.00 |
| Martin Kedziora | 0.80 | 228.00 | 182.40 |
| Totals: | 4.70 | 453.96 | $ 2,133.60 |

Invoice No.:    4173019                                                          Page 7
Re:             Restructure
Matter No.:     155701.010100

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 02/28/16 | GT Imaging Invoice 20160228-4309 Dated 02/28/16 - Re: 155701.010100 Yellow Cab (Concordance Hosting) | $ | 88.35 |
| | Total Expenses: | $ | 88.35 |

**GT** GreenbergTraurig

Invoice No. : 4210496
File No.    : 155701.010100
Bill Date   : May 26, 2016

Yellow Cab Affiliation, Inc.
3351 W. Addison
Chicago, IL  60618

Attn:  Michael Levine

# INVOICE

Re:   Restructure

Legal Services through April 30, 2016:

| | | |
|---|---|---|
| Total Fees: | $ | 7,751.20 |

Expenses:

| | | |
|---|---|---|
| GT Imaging | 88.35 | |
| UPS Charges | 38.64 | |
| Total Expenses: | $ | 126.99 |
| **Current Invoice**: | **$** | **7,878.19** |

NAP:DMV
Tax ID:  13-3613083

Invoice No.:     4210496                                                      Page  1
Matter No.:      155701.010100

## Description of Professional Services Rendered:

TASK CODE:          804                    CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 04/13/16 | Nancy A. Peterman | Telephone conference with M. Gensburg and B. Doran re upcoming hearing and case conclusion. | 0.20 | 680.00 | 136.00 |
| 04/18/16 | Nancy A. Peterman | Telephone conference with M. Gensburg re case conclusion issues. | 0.20 | 680.00 | 136.00 |

Total Hours:     0.40

Total Amount:     $ 272.00

TIMEKEEPER SUMMARY FOR TASK CODE 804,

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Nancy A. Peterman | 0.40 | 680.00 | 272.00 |
| Totals: | 0.40 | 680.00 | $    272.00 |

Invoice No.:        4210496                                                          Page  2
Matter No.:        155701.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:        810                        LITIGATION MATTERS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>RATE</u> | <u>AMOUNT</u> |
|------|-----------|-------------|-------|------|--------|
| 04/18/16 | Nancy A. Peterman | Revise draft motion to convert case. | 0.80 | 680.00 | 544.00 |
| 04/22/16 | Martin Kedziora | Review response to substantive consolidation motion. | 0.40 | 228.00 | 91.20 |
| 04/27/16 | Martin Kedziora | Review Committee's motion to appoint trustee. | 0.80 | 228.00 | 182.40 |

Total Hours:        2.00

Total Amount:        $ 817.60

<u>TIMEKEEPER SUMMARY FOR TASK CODE 810</u>,

LITIGATION MATTERS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Nancy A. Peterman | 0.80 | 680.00 | 544.00 |
| Martin Kedziora | 1.20 | 228.00 | 273.60 |
| Totals: | 2.00 | 408.80 | $        817.60 |

Invoice No.:     4210496
Matter No.:      155701.010100

Page 3

Description of Professional Services Rendered

TASK CODE:      812              PLAN & DISCLOSURE STATEMENT

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 04/26/16 | Martin Kedziora | Conference call with Epiq re plan solicitation tabulation process. | 0.10 | 228.00 | 22.80 |
| 04/27/16 | Martin Kedziora | Correspond with Epiq re cost of plan solicitation and tabulation process. | 0.10 | 228.00 | 22.80 |

Total Hours:      0.20

Total Amount:      $ 45.60

TIMEKEEPER SUMMARY FOR TASK CODE 812,

PLAN & DISCLOSURE STATEMENT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Martin Kedziora | 0.20 | 228.00 | 45.60 |
| Totals: | 0.20 | 228.00 | $    45.60 |

Invoice No.:     4210496
Matter No.:      155701.010100

Page  4

Description of Professional Services Rendered

TASK CODE:     813          FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 04/19/16 | Carla Greenberg | Draft GT's 4th interim fee application (1.6); draft email to M. Kedziora re same (.1). | 1.70 | 120.00 | 204.00 |
| 04/19/16 | Martin Kedziora | Revise GT's 4th interim fee application. | 3.00 | 228.00 | 684.00 |
| 04/20/16 | Brett M. Doran | Revisions to fourth interim fee application. | 0.40 | 388.00 | 155.20 |
| 04/20/16 | Martin Kedziora | Revise certificates of no objection re GT's monthly invoices (0.3); revise and finalize GT's 4th interim fee application (1.7). | 2.00 | 228.00 | 456.00 |
| 04/20/16 | Nancy A. Peterman | Review and comment on draft of GT's interim fee application. | 0.30 | 680.00 | 204.00 |
| 04/25/16 | Martin Kedziora | Review Committee's response in support of its quarterly fee application. | 0.50 | 228.00 | 114.00 |

Total Hours:     7.90

Total Amount:     $ 1,817.20

TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Brett M. Doran | 0.40 | 388.00 | 155.20 |
| Nancy A. Peterman | 0.30 | 680.00 | 204.00 |
| Martin Kedziora | 5.50 | 228.00 | 1,254.00 |
| Carla Greenberg | 1.70 | 120.00 | 204.00 |
| Totals: | 7.90 | 230.03 | $  1,817.20 |

Invoice No.: 4210496
Matter No.: 155701.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:        824                    PREPARATION/REVIEW REPORTS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>RATE</u> | <u>AMOUNT</u> |
|------|------------|-------------|-------|------|--------|
| 04/21/16 | Martin Kedziora | Review and finalize monthly operating report. | 0.80 | 228.00 | 182.40 |

Total Hours:        0.80

Total Amount:        $ 182.40

<u>TIMEKEEPER SUMMARY FOR TASK CODE 824</u>.

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Martin Kedziora | 0.80 | 228.00 | 182.40 |
| Totals: | 0.80 | 228.00 | $ 182.40 |

Invoice No.:   4210496                                                                Page  6
Matter No.:   155701.010100

Description of Professional Services Rendered

TASK CODE:        833                        COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 04/13/16 | Brett M. Doran | Prepare for status hearing on outstanding pending motions including motions to compel discovery. | 0.20 | 388.00 | 77.60 |
| 04/14/16 | Brett M. Doran | Prepare for (.7) and attend (1.3) hearing on various pending matters including motion to compel production of documents. | 2.00 | 388.00 | 776.00 |
| 04/21/16 | Brett M. Doran | Prepare for (.8) and attend (1.1) hearing on pending motions including motions to compel production of documents. | 1.90 | 388.00 | 737.20 |
| 04/28/16 | Brett M. Doran | Prepare for (1.0) and attend (1.1) hearing on all pending motions and matters. | 2.10 | 388.00 | 814.80 |

Total Hours:    6.20

Total Amount:    $ 2,405.60

TIMEKEEPER SUMMARY FOR TASK CODE 833,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Brett M. Doran | 6.20 | 388.00 | 2,405.60 |
| Totals: | 6.20 | 388.00 | $    2,405.60 |

Invoice No.: 4210496
Matter No.: 155701.010100

Description of Professional Services Rendered

TASK CODE: 836           SCHEDULES AND STATEMENTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 04/17/16 | Martin Kedziora | Review financial information re intercompany payments. | 0.90 | 228.00 | 205.20 |
| 04/18/16 | Martin Kedziora | Prepare for (0.5) and conference call with M. Gensburg and G. Sakata to discuss intercompany payments/balances (1.10); prepare amendments to schedules (0.7). | 2.30 | 228.00 | 524.40 |
| 04/19/16 | Martin Kedziora | Conference call with M. Gensburg and G. Sakata to discuss amendment to schedules (0.4); prepare amended schedules (2.20). | 2.60 | 228.00 | 592.80 |
| 04/20/16 | Martin Kedziora | Draft amendment to schedules. | 1.70 | 228.00 | 387.60 |
| 04/21/16 | Martin Kedziora | Conference call with M. Gensburg and G. Sakata re amendment to schedules (0.4); finalize amendment to schedules (1.2). | 1.60 | 228.00 | 364.80 |
| 04/21/16 | Nancy A. Peterman | Telephone conference with M. Gensburg and M. Kedziora re amendments to schedules. | 0.20 | 680.00 | 136.00 |

Total Hours: 9.30

Total Amount: $ 2,210.80

TIMEKEEPER SUMMARY FOR TASK CODE 836,

SCHEDULES AND STATEMENTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Nancy A. Peterman | 0.20 | 680.00 | 136.00 |
| Martin Kedziora | 9.10 | 228.00 | 2,074.80 |
| Totals: | 9.30 | 237.72 | $ 2,210.80 |

Invoice No.: 4210496
Matter No.: 155701.010100

Page 8

Description of Professional Services Rendered

### TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Brett M. Doran | 6.60 | 388.00 | 2,560.80 |
| Nancy A. Peterman | 1.70 | 680.00 | 1,156.00 |
| Martin Kedziora | 16.80 | 228.00 | 3,830.40 |
| Carla Greenberg | 1.70 | 120.00 | 204.00 |
| Totals: | 26.80 | 289.22 | $ 7,751.20 |

Invoice No.: 4210496
Re: Restructure
Matter No.: 155701.010100

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 03/31/16 | GT Imaging Invoice 20160331-4309 Dated 03/31/16 - Re: 155701.010100 Yellow Cab (Concordance Hosting) | $ | 88.35 |
| 04/01/16 | VENDOR: United Parcel Service, Inc.(UPS) - ACH INVOICE#: 00040916358 DATE: 4/9/2016 Com. Next Day Air Trk. No. 1Z1AF1050196569883 - Ship date: 4/1/16 from Ayala Greenberg Traurig Llp to Richard Bendix Dykema - File Ref: 155701-0101 | $ | 19.32 |
| 04/01/16 | VENDOR: United Parcel Service, Inc.(UPS) - ACH INVOICE#: 00040916358 DATE: 4/9/2016 Com. Next Day Air Trk. No. 1Z1AF1050198025091 - Ship date: 4/1/16 from Ayala Greenberg Traurig Llp to Matthew T. Gensburg Dale & Gensburg, P.C. - File Ref: 155701-0101 | $ | 19.32 |
| | Total Expenses: | $ | 126.99 |

**GT** GreenbergTraurig

Invoice No. :  4226218
File No.    :  155701.010100
Bill Date   :  June 7, 2016

Yellow Cab Affiliation, Inc.
3351 W. Addison
Chicago, IL  60618

Attn:  Michael Levine

## INVOICE

Re:  Restructure

Legal Services through May 31, 2016:

|  | | |
|---|---|---|
| Total Fees: | $ | 4,939.20 |

Expenses:

| | | | |
|---|---|---|---|
| Filing Fees | 30.00 | | |
| GT Imaging | 88.35 | | |
| Total Expenses: | | $ | 118.35 |
| **Current Invoice:** | | $ | **5,057.55** |

NAP:DMV
Tax ID:  13-3613083

Invoice No.: 4226218
Matter No.: 155701.010100

Page 1

Description of Professional Services Rendered:

TASK CODE: 810            LITIGATION MATTERS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 05/31/16 | Martin Kedziora | Review response to motion to appoint trustee. | 0.70 | 228.00 | 159.60 |

Total Hours: 0.70

Total Amount: $ 159.60

TIMEKEEPER SUMMARY FOR TASK CODE 810,

LITIGATION MATTERS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Martin Kedziora | 0.70 | 228.00 | 159.60 |
| Totals: | 0.70 | 228.00 | $ 159.60 |

| Invoice No.: | 4226218 | Page 2 |
| Matter No.: | 155701.010100 | |

Description of Professional Services Rendered

TASK CODE: 813        FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 05/10/16 | Martin Kedziora | Conference call with B. Doran re pending fee application. | 0.10 | 228.00 | 22.80 |
| 05/11/16 | Martin Kedziora | Review and finalize GT's monthly invoice. | 0.20 | 228.00 | 45.60 |
| | | Total Hours: | 0.30 | | |
| | | Total Amount: | | | $ 68.40 |

TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Martin Kedziora | 0.30 | 228.00 | 68.40 |
| Totals: | 0.30 | 228.00 | $ 68.40 |

| Invoice No.: | 4226218 | | Page 3 |
| Matter No.: | 155701.010100 | | |

<u>Description of Professional Services Rendered</u>

TASK CODE:     814                    GT FEE/EMPLOYMENT OBJECTIONS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>RATE</u> | <u>AMOUNT</u> |
|---|---|---|---|---|---|
| 05/16/16 | Martin Kedziora | Draft response to Committee's objections to GT's 4th interim fee application. | 4.10 | 228.00 | 934.80 |
| | | Total Hours: | 4.10 | | |
| | | Total Amount: | | | $ 934.80 |

<u>TIMEKEEPER SUMMARY FOR TASK CODE 814,</u>

GT FEE/EMPLOYMENT OBJECTIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Martin Kedziora | 4.10 | 228.00 | 934.80 |
| Totals: | 4.10 | 228.00 | $ 934.80 |

Invoice No.: 4226218
Matter No.: 155701.010100

Page 4

Description of Professional Services Rendered

TASK CODE: 833 COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 05/04/16 | Brett M. Doran | Attend status hearing on pending motions including motion to compel production of documents. | 1.00 | 388.00 | 388.00 |
| 05/08/16 | Brett M. Doran | Call with M. Kedziora regarding preparation for upcoming status hearing. | 0.20 | 388.00 | 77.60 |
| 05/09/16 | Martin Kedziora | Conference calls with M. Gensburg and B. Doran re status of various motions (0.2) and prepare for hearing on pending motions (0.2). | 0.40 | 228.00 | 91.20 |
| 05/10/16 | Nancy A. Peterman | Prepare for hearing on fee application. | 0.40 | 680.00 | 272.00 |
| 05/11/16 | Nancy A. Peterman | Prepare for (.40) and attend court hearing re fee application (2.1). | 2.50 | 680.00 | 1,700.00 |
| 05/17/16 | Nancy A. Peterman | Telephone conference with M. Gensburg re upcoming hearing on 4th interim fee applications. | 0.20 | 680.00 | 136.00 |
| 05/18/16 | Nancy A. Peterman | Prepare for and attend court hearing on 4th interim fee applications. | 1.40 | 680.00 | 952.00 |

Total Hours: 6.10

Total Amount: $ 3,616.80

TIMEKEEPER SUMMARY FOR TASK CODE 833,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Brett M. Doran | 1.20 | 388.00 | 465.60 |
| Nancy A. Peterman | 4.50 | 680.00 | 3,060.00 |
| Martin Kedziora | 0.40 | 228.00 | 91.20 |
| Totals: | 6.10 | 592.92 | $ 3,616.80 |

Invoice No.:     4226218                                                          Page 5
Matter No.:      155701.010100

Description of Professional Services Rendered

TASK CODE:          836                      SCHEDULES AND STATEMENTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/10/16 | Martin Kedziora | Conference call with Epiq re amendments to schedules (0.10); review amendment and prepare summary of amendments for Epiq (0.60). | 0.70 | 228.00 | 159.60 |
| | | Total Hours: | 0.70 | | |
| | | Total Amount: | | | $ 159.60 |

TIMEKEEPER SUMMARY FOR TASK CODE 836,

SCHEDULES AND STATEMENTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Martin Kedziora | 0.70 | 228.00 | 159.60 |
| Totals: | 0.70 | 228.00 | $      159.60 |

Invoice No.:   4226218                                                          Page 6
Matter No.:    155701.010100

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Brett M. Doran | 1.20 | 388.00 | 465.60 |
| Nancy A. Peterman | 4.50 | 680.00 | 3,060.00 |
| Martin Kedziora | 6.20 | 228.00 | 1,413.60 |
| Totals: | 11.90 | 415.06 | $  4,939.20 |

| Invoice No.: | 4226218 | | | Page 7 |
| Re: | Restructure | | | |
| Matter No.: | 155701.010100 | | | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 04/21/16 | VENDOR: Wright Express Financial Services Corpor INVOICE#: 00042816274 DATE: 4/28/2016  Filing - Courts/Usbc-Il-I: 4/21/2016 | $ | 30.00 |
| 04/28/16 | GT Imaging Invoice 20160428-4309 Dated 04/28/16 - Re: 155701.010100 Yellow Cab (Concordance Hosting) | $ | 88.35 |
| | Total Expenses: | $ | 118.35 |