**EXHIBIT B**

March 2016 Monthly Invoices

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

JUNE 14, 2016
CLIENT-MATTER NO. 111914-000001
INVOICE NO.  3065489

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  ADVERSARY PROCEEDINGS**

DISBURSEMENTS ...................................................... 18.44

**TOTAL AMOUNT DUE** ...............................................$ __18.44__

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000001

INVOICE NO.  3065489
PAGE NO.  2

| | **DISBURSEMENTS** | |
|---|---|---|
| 03/01/16 | DOCKET RESEARCH-COURTLINK | 1.34 |
| 03/03/16 | DOCKET RESEARCH-COURTLINK | 1.34 |
| 03/07/16 | DOCKET RESEARCH-COURTLINK | 1.34 |
| 03/07/16 | DOCKET RESEARCH-COURTLINK | 4.60 |
| 03/11/16 | DOCKET RESEARCH-COURTLINK | 1.53 |
| 03/11/16 | DOCKET RESEARCH-COURTLINK | 1.20 |
| 03/17/16 | DOCKET RESEARCH-COURTLINK | 4.03 |
| 03/22/16 | DOCKET RESEARCH-COURTLINK | 1.53 |
| 03/28/16 | DOCKET RESEARCH-COURTLINK | 1.53 |

**TOTAL DISBURSEMENTS ................................... $     18.44**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO. 111914-000001
ADVERSARY PROCEEDINGS
INVOICE NO. 3065489
PAGE NO. 3

DISBURSEMENTS ...................................................... 18.44

**TOTAL AMOUNT DUE**.............................................$_____18.44



**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

JUNE 14, 2016
CLIENT-MATTER NO. 111914-000005
INVOICE NO.  3065490

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CASE ADMINISTRATION**

FEES..........................................................................$      1,862.50

DISBURSEMENTS .....................................................      4.80

**TOTAL AMOUNT DUE**..............................................**$      1,867.30**

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW | CLIENT-MATTER NO.   111914-000005 |
|---|---|
| JUNE 14, 2016 | INVOICE NO.  3065490 |
| | PAGE NO.  2 |

## RE:  CASE ADMINISTRATION

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/03/16 | RMB | CALL WITH MATT GENSBURG TO DISCUSS NEW BRIEFING SCHEDULE ON ALL PENDING MATTERS TO BEGIN FOLLOWING APRIL 1 MEDIATION (.30); ATTEND HEARING ON STATUS OF ALL PENDING MATTERS AND RE-SETTING OF BRIEFING SCHEDULES ON SAME (1.0) | 1.30 | 871.00 |
| 03/07/16 | ESW | REVIEW OF JANUARY MONTHLY OPERATING REPORT. | 0.60 | 393.00 |
| 03/07/16 | RMB | REVIEW MONTHLY OPERATING REPORT FOR JANUARY, 2016 AND DISCUSS WITH SHELLY CUFF (1) THE AVAILABILITY OF CASH FOR PAYMENT OF DYKEMA'S ALLOWED FEES, AND (2) DEBTOR'S FAILURE TO USE ENDING ACCOUNTS PAYABLE BALANCE ON DECEMBER, 2015 MONTHLY OPERATING REPORT AS BEGINNING ACCOUNTS PAYABLE BALANCE ON THE JANUARY, 2016 REPORT | 0.40 | 268.00 |
| 03/08/16 | ESW | CORRESPONDENCE WITH DSI RE JANUARY MONTHLY OPERATING REPORT. | 0.30 | 196.50 |
| 03/08/16 | RMB | EXAMINE CORRESPONDENCE WITH MATT GENSBURG RE EXPLANATION OF DISCREPANCIES BETWEEN CLOSING ACCOUNTS PAYABLE BALANCES AT THE END OF ONE MONTH OPENING ACCOUNTS PAYABLE BALANCES IN THE NEXT MONTH (.10) | 0.10 | 67.00 |
| 03/09/16 | RMB | CALL WITH SHELLY CUFF RE CLOSING ACCOUNTS PAYABLE BALANCES AT MONTH END AND OPENING ACCOUNTS PAYABLE BALANCES AT THE BEGINNING OF THE FOLLOWING MONTH IS UNRELATED TO THE DEBTOR'S BANK BALANCES AT JANUARY 31, 2016 (.1). | 0.10 | 67.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** .......................................................... **2.80**
**TOTAL LEGAL FEES** ................................................................ **$   1,862.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3065490
PAGE NO.  3

---

**DISBURSEMENTS**

PRINTING EXPENSES                                                          **4.80**

**TOTAL DISBURSEMENTS ................................... $      4.80**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.    111914-000005

INVOICE NO.  3065490
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| ESW | EDWARD S. WEIL | 0.90 | 655.00 | 589.50 |
| RMB | RICHARD M. BENDIX | 1.90 | 670.00 | 1,273.00 |
| | **TOTAL** | **2.80** | | **1,862.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000005
CASE ADMINISTRATION
INVOICE NO.  3065490
PAGE NO.  5

FEES.......................................................................$      1,862.50

DISBURSEMENTS ....................................................      4.80

_____

**TOTAL AMOUNT DUE**...........................................$____1,867.30

DYKEMAGOSSETTPLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____      DATE:_____      AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

JUNE 14, 2016
CLIENT-MATTER NO. 111914-000006
INVOICE NO.  3065491

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CLAIMS ADMINISTRATION AND OBJECTIONS**

FEES.........................................................................$          335.00

**TOTAL AMOUNT DUE**...............................................$_____335.00_

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000006

INVOICE NO.  3065491
PAGE NO.  2

### RE:  CLAIMS ADMINISTRATION AND OBJECTIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 03/18/16 | RMB | CORRESPONDENCE WITH MATT GENSBURG REQUESTING THAT CLAIMS REGISTER REFLECTS PERSONAL INJURY CLAIMS THAT HAVE BEEN RESOLVED (.10). | 0.10 | 67.00 |
| 03/22/16 | RMB | CORRESPONDENCE WITH MR. GENSBURG RE UPDATES OF STATUS OF CLAIMS RECORDED ON CLAIMS DOCKET. | 0.10 | 67.00 |
| 03/25/16 | RMB | REVIEW CLIFFORD LAW OFFICES PROOF OF CLAIM STATING THAT THE CLAIM IS DERIVATIVE OF THE JACOBS' CLAIM. | 0.30 | 201.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................ **0.50**
**TOTAL LEGAL FEES** ................................................................. $ **335.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.    111914-000006

INVOICE NO.  3065491
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|------------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 0.50 | 670.00 | 335.00 |
| | **TOTAL** | **0.50** | | **335.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

JUNE 14, 2016

CLIENT-MATTER NO.   111914-000006
CLAIMS ADMINISTRATION AND
OBJECTIONS
INVOICE NO.  3065491
PAGE NO.  4

FEES.........................................................................$       335.00

**TOTAL AMOUNT DUE** ...........................................$_____ **335.00**

REMITTANCE

**DYKEMA GOSSETT** PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:_____      DATE:_____      AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

JUNE 14, 2016
CLIENT-MATTER NO. 111914-000007
INVOICE NO.  3065492

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE INVESTIGATIONS**

FEES..........................................................................$      9,910.50

DISBURSEMENTS .....................................................      1,967.82

**TOTAL AMOUNT DUE**...............................................$      **11,878.32**

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3065492
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE INVESTIGATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/16 | JFRH | DRAFT CORRESPONDENCE TO DEBTOR'S COUNSEL RE DOCUMENTS REQUESTED IN ADVANCE OF MEDIATION. | 0.80 | 252.00 |
| 03/01/16 | JFRH | ANALYZE DOCUMENTS/INFORMATION RE LOANS MADE TO ENTITIES OWNED DIRECTLY OR INDIRECTLY BY DEBTOR'S PRINCIPAL'S FOR THE PURCHASE OF CHICAGO TAXI CAB BUSINESSES AND/OR TAXICAB MEDALLIONS. | 1.20 | 378.00 |
| 03/02/16 | JFRH | CORRESPONDENCE WITH COUNSEL FOR DEBTOR'S AFFILIATES RE PENDING MOTIONS. | 0.20 | 63.00 |
| 03/03/16 | JFRH | ATTEND ILLINOIS APPELLATE COURT ORAL ARGUMENT IN JACOBS V. YCA. | 1.80 | 567.00 |
| 03/04/16 | ESW | TELEPHONE CONFERENCE WITH MR. O'MALLEY RE MEETING WITH SAKATA ON MARCH 3, 2016 (.2); DEVELOP FACTS FOR MEDIATION (.3) | 0.50 | 327.50 |
| 03/04/16 | JFRH | ANALYZE DOCUMENTS SUPPORTING CLAIMS AGAINST DEBTOR AND AFFILIATES. | 0.60 | 189.00 |
| 03/04/16 | RMB | CALL WITH PAT O'MALLEY RE REPORT MEETING YESTERDAY WITH MATT GENSBURG AND GARY SAKATA | 0.20 | 134.00 |
| 03/07/16 | JFRH | ANALYZE POTENTIAL CAUSES OF ACTION AGAINST DEBTOR/AFFILIATES. | 1.00 | 315.00 |
| 03/08/16 | RMB | RESEARCH HISTORY OF YELLOW CAB BEFORE ITS ACQUISITION BY MESSRS. CORRIGAN AND LEVINE. | 0.50 | 335.00 |
| 03/15/16 | JFRH | ANALYSIS RE AGREEMENTS BETWEEN DEBTOR AND ITS AFFILIATES. | 0.40 | 126.00 |
| 03/15/16 | KC | RESEARCH RE: STATUS OF FORTHCOMING REGULATIONS ON CAR SHARE SERVICES. | 0.90 | 256.50 |
| 03/16/16 | KC | RESEARCH RE: STATUS OF PENDING LITIGATION AND REGULATIONS FACING RIDESHARE SERVICES. | 1.30 | 370.50 |
| 03/16/16 | KC | DRAFT OF MEMO RE: STATUS OF REGULATIONS AND LAWSUITS AGAINST RIDE SHARES ACROSS THE COUNTRY. | 0.70 | 199.50 |
| 03/16/16 | KC | PREPARATION OF BINDER WITH MATERIALS DETAILING VIABILITY OF TAXIS AND ONCOMING REGULATIONS FOR UBER. | 0.50 | 142.50 |
| 03/16/16 | KC | ANALYZE ELEMENTS OF CAUSES OF ACTION AGAINST DEBTOR. | 0.40 | 114.00 |
| 03/17/16 | RMB | CONTINUED ANALYSIS OF CLAIMS BY YCA AGAINST TAS THAT THE COMMITTEE COULD ASSERT ON BEHALF OF THE DEBTOR. | 0.30 | 201.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3065492
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 03/18/16 | KC | RESEARCH RE: ELEMENTS OF CLAIM FOR BREACH OF FIDUCIARY DUTY. | 1.50 | 427.50 |
| 03/18/16 | KC | RESEARCH RE: CLAIMS FOR JOINT VENTURE AND BREACH OF PARTNERSHIP AGREEMENT. | 0.60 | 171.00 |
| 03/21/16 | JFRH | ANALYZE RELEVANT AUTHORITY TO SUPPORT CLAIMS FOR THE BENEFIT OF CREDITORS. | 2.80 | 882.00 |
| 03/21/16 | KC | PREPARATION OF REPORT RE: VIABILITY OF TAXIS ALONGSIDE RIDE SHARES. | 1.10 | 313.50 |
| 03/21/16 | KC | RESEARCH RE: ███████████████ | 1.30 | 370.50 |
| 03/21/16 | KC | RESEARCH RE: ███████████████ | 0.70 | 199.50 |
| 03/22/16 | KC | REVISIONS TO BINDER RE: VIABILITY OF TAXIS IN CHICAGO. | 1.50 | 427.50 |
| 03/22/16 | KC | RESEARCH RE: ███████ | 0.70 | 199.50 |
| 03/22/16 | KC | RESEARCH RE: ███████████████ | 1.10 | 313.50 |
| 03/23/16 | JFRH | ANALYSIS RE DEBTOR'S RELATIONSHIPS WITH AFFILIATED COMPANIES. | 1.40 | 441.00 |
| 03/23/16 | JFRH | ANALYZE RELEVANT AUTHORITY RE JOINT VENTURE OF TAS WITH AFFILIATED COMPANIES. | 1.90 | 598.50 |
| 03/23/16 | KC | RESEARCH RE: ███████████████ | 1.60 | 456.00 |
| 03/23/16 | KC | RESEARCH RE: ███████████████ | 1.00 | 285.00 |
| 03/23/16 | KC | RESEARCH RE: ███████████████ | 1.30 | 370.50 |
| 03/23/16 | KC | ANALYSIS OF ███████████████ | 0.40 | 114.00 |
| 03/24/16 | KC | RESEARCH RE: ███████████████ | 1.30 | 370.50 |

**TOTAL ATTORNEY & PARALEGAL TIME** ......................................................    **31.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3065492
PAGE NO.  4

**TOTAL LEGAL FEES**..................................................................................**$     9,910.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3065492
PAGE NO.  5

## DISBURSEMENTS

| | | |
|---|---|---:|
| 03/09/16 | JACKIE DEFINI TRANSCRIPT OF MARCH 9, 2016 PROCEEDINGS BEFORE JUDGE CAROL DOYLE | 160.00 |
| 03/27/16 | POTBELLY SANDWICH WORKS YCA MEETING | 52.09 |
| 03/24/16 | COURIERS/DELIVERY SERVICES - US MESSENGER & LOGISTICS, INC. COURIERS/DELIVERY SERVICES- US MESSENGER & LOGISTICS, INC DALE & GENSBURG PC | 10.35 |
| 03/25/16 | COURIERS/DELIVERY SERVICES - US MESSENGER & LOGISTICS, INC. COURIERS/DELIVERY SERVICES- US MESSENGER & LOGISTICS, INC DALE & GENSBURG P.C. | 16.99 |
| 03/31/16 | COURIERS/DELIVERY SERVICES - US MESSENGER & LOGISTICS, INC. COURIERS/DELIVERY SERVICES- US MESSENGER & LOGISTICS, INC GREENBERG TRAURIG | 16.99 |
| 03/04/16 | ATG LEGALSERVE INC. SERVICE OF SUBPOENAS ON WILLIAM GREEN AND CAPITA | 195.00 |
| 03/24/16 | FEDEX: JUDGE MARGARET MCGARITY : | 17.56 |
| 03/24/16 | FEDEX: MARC & DEBBIE JACOBS : | 48.04 |
| 03/01/16 | RELATIVITY RECOVERIES | 630.00 |
| | PHOTOCOPY EXPENSES | 549.20 |
| | SCANNING EXPENSES | 0.80 |
| | PRINTING EXPENSES | 270.80 |

### TOTAL DISBURSEMENTS ................................... $ 1,967.82

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3065492
PAGE NO.  6

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| ESW | EDWARD S. WEIL | 0.50 | 655.00 | 327.50 |
| RMB | RICHARD M. BENDIX | 1.00 | 670.00 | 670.00 |
| JFRH | JOHN F. RHOADES | 12.10 | 315.00 | 3,811.50 |
| KC | KEVIN CONNOR | 17.90 | 285.00 | 5,101.50 |
| | **TOTAL** | **31.50** | | **9,910.50** |

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF YELLOW<br><br>JUNE 14, 2016 | CLIENT-MATTER NO.   111914-000007<br>CREDITORS' COMMITTEE<br>INVESTIGATIONS<br>INVOICE NO.  3065492<br>PAGE NO.  7 |

FEES..........................................................................$     9,910.50

DISBURSEMENTS ......................................................     1,967.82

**TOTAL AMOUNT DUE** .............................................$     11,878.32

REMITTANCE

**DYKEMA GOSSETT PLLC**

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:**_____     **DATE:**_____     **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

JUNE 14, 2016
CLIENT-MATTER NO. 111914-000008
INVOICE NO.  3065494

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS**

FEES.........................................................................$      6,289.50

**TOTAL AMOUNT DUE**.............................................$      **6,289.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3065494
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 03/01/16 | RMB | SEND JENNIE KUNSCH LIFT STAY MOTION TO COMMITTEE MEMBERS | 0.10 | 67.00 |
| 03/03/16 | JFRH | CORRESPONDENCE WITH CLIENT RE ORAL ARGUMENT IN APPELLATE COURT CASE. | 0.80 | 252.00 |
| 03/04/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS' RE THE NARRATIVE ON MEDALLION SALES FROM PAT O'MALLEY. | 0.10 | 67.00 |
| 03/04/16 | RMB | CALL WITH COMMITTEE MEMBER TO DISCUSS (1) PAT O'MALLEY'S MEETING WITH GARY SAKATA, (2) PAT O'MALLEY'S INFORMATION REGARDING MICHAEL LEVINE'S PURCHASE OF MEDALLIONS IN 2005 USING PROCEEDS OF NORTH FORK BANK LOAN AND THEORIES FOR RECOVERY BY YCA OF A PORTION OF THE PROCEEDS OF MR. LEVINE'S SUBSEQUENT SALE OF MEDALLIONS, (3) DEBTOR'S PROPOSED MEDIATORS, AND (4) REQUEST BY JOE FRANK THAT HE AND BOB CLIFFORD PARTICIPATE IN THE MEDIATION. | 1.00 | 670.00 |
| 03/07/16 | RMB | SEND DEBTOR'S JANUARY, 2016 MONTHLY OPERATING REPORT TO COMMITTEE MEMBERS | 0.10 | 67.00 |
| 03/08/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE STATUS OF MEDIATOR SELECTION. | 0.40 | 262.00 |
| 03/08/16 | RMB | CALL WITH COMMITTEE MEMBER TO DISCUSS WHETHER KUNSCH HAS AGREED TO LIMIT ANY RECOVERY AGAINST THE DEBTOR ONCE THE AUTOMATIC STAY HAS BEEN LIFTED TO THE PROCEEDS OF THE DEBTOR'S INSURANCE (.10); CORRESPONDENCE WITH MEMBERS RE REQUEST  FOR AN EXPLANATION OF WHY THE ENDING ACCOUNTS PAYABLE BALANCES ON MONTHLY OPERATING REPORTS DO NOT MATCH THE OPENING ACCOUNTS PAYABLE BALANCES OF THE NEXT MONTHS (.10); CALL WITH COMMITTEE MEMBER TO DISCUSS DEBTOR'S LATEST LIST OF PROPOSED MEDIATORS (0.2) | 0.40 | 268.00 |
| 03/09/16 | RMB | REVIEW ORDER GRANTING JENNIE KUNSCH'S LIFT STAY MOTION AND SEND COPY OF THAT ORDER TO COMMITTEE MEMBERS | 0.20 | 134.00 |
| 03/10/16 | ESW | CORRESPONDENCE AND TELEPHONE CONFERENCES WITH COMMITTEE (.5); | 0.50 | 327.50 |
| 03/10/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE GREENBURG TRAURIG'S FEBRUARY FEE STATEMENT | 0.10 | 67.00 |

**DYKEMA**

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.   111914-000008 |
|---|---|
| CREDITORS OF YELLOW | |
| JUNE 14, 2016 | INVOICE NO.  3065494 |
| | PAGE NO.  3 |

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/10/16 | RMB | CALL WITH COMMITTEE MEMBER TO REPORT ON SELECTION OF JUDGE MCGARITY AS MEDIATOR. | 0.20 | 134.00 |
| 03/14/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE STATUS OF MEDIATION. | 0.50 | 327.50 |
| 03/14/16 | RMB | CALL WITH COMMITTEE MEMBER TO ANSWER QUESTIONS ABOUT MEDIATION PROCESS AND ISSUES TO RAISE WITH THE MEDIATOR | 0.40 | 268.00 |
| 03/17/16 | ESW | CONFERENCE WITH DSI AND COMMITTEE REGARDING STRATEGY FOR MEDIATION (1.0). | 1.00 | 655.00 |
| 03/17/16 | RMB | CALL WITH COMMITTEE MEMBER TO GIVE UPDATE ON CALLS WITH JUDGE MCGARITY AND MATERIALS TO BE RECEIVING TOMORROW (.50). | 0.50 | 335.00 |
| 03/17/16 | RMB | CALL WITH JEREMY KLEINMAN RE JUDGE MCGARITY'S REQUEST THAT BOB CLIFFORD BE AVAILABLE BY PHONE OR IN PERSON ON APRIL 1 IF ISSUES RELATING TO THE JACOBS' CLAIM ARISE (.20); CALL WITH PHIL GROBEN AND MATT GENSBURG TO DISCUS DEBTOR'S REQUEST TO INCLUDE TRANSCRIPT OF ORAL ARGUMENT OF THE DEBTOR'S APPEAL OF THE JACOBS' JUDGMENT IN THE PACKAGE OF MATERIALS WE ARE SENDING TO JUDGE MCGARITY IN ADVANCE OF MEDIATION STATEMENT (.20). | 0.40 | 268.00 |
| 03/17/16 | RMB | SEND COMMITTEE MEMBERS THE CASEY LIFT STAY MOTION. | 0.10 | 67.00 |
| 03/18/16 | RMB | SEND COMMITTEE MEMBERS DALE & GENSBURG'S MONTHLY FEE STATEMENT FOR DECEMBER, 2015. | 0.10 | 67.00 |
| 03/18/16 | RMB | REVIEW AND RESPOND TO EMAIL FROM COMMITTEE MEMBER REGARDING MEDIATION PROCESS. | 0.30 | 201.00 |
| 03/18/16 | RMB | CALL WITH COMMITTEE MEMBER TO PREPARE FOR MEDIATION (.40) | 0.40 | 268.00 |
| 03/22/16 | RMB | REVIEW AND RESPOND TO EMAIL FROM COMMITTEE MEMBER RE STATUS OF CLAIMS RECORDED ON THE CLAIMS DOCKET. | 0.10 | 67.00 |
| 03/24/16 | JFRH | CORRESPONDENCE WITH CLIENT RE MEDIATION STATEMENT. | 0.40 | 126.00 |
| 03/25/16 | ESW | MEETINGS AND TELEPHONE CONFERENCES WITH COMMITTEE AND DSI. | 0.50 | 327.50 |
| 03/25/16 | JFRH | CORRESPONDENCE WITH CLIENT RE MEDIATION. | 0.40 | 126.00 |
| 03/25/16 | RMB | CALL WITH COMMITTEE MEMBER TO DISCUSS (1) AVAILABILITY OF BOB CLIFFORD TO PARTICIPATE BY TELEPHONE IN MEDIATION, AND (2) ISSUES RELATING TO POSSIBLE DISTRIBUTION OF COMMITTEE'S MEDIATION STATEMENT TO MR. CLIFFORD (.80). | 0.80 | 536.00 |


# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3065494
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 03/25/16 | RMB | SEND COMMITTEE MEMBER  THE CLIFFORD LAW OFFICES PROOF OF CLAIM AND ADDENDUM TO SAME STATING THAT THE CLAIM IS DERIVATIVE OF THE JACOBS' CLAIM (.10); CORRESPONDENCE WITH COMMITTEE MEMBERS RE DALE & GENSBURG'S MONTHLY FEE PETITION FOR FEBRUARY, 2016 (.10) | 0.20 | 134.00 |
| 03/28/16 | RMB | CALL WITH COMMITTEE TO DISCUSS EMAIL TO JUDGE MCGARITY  RE SENDING MEDIATION STATEMENT TO CLIFFORD & TOMASIK (.30) | 0.30 | 201.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **10.30**
**TOTAL LEGAL FEES** .............................................................................. **$   6,289.50**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3065494
PAGE NO.  5

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|--------|--------|----------|
| ESW | EDWARD S. WEIL | 2.90 | 655.00 | 1,899.50 |
| RMB | RICHARD M. BENDIX | 5.80 | 670.00 | 3,886.00 |
| JFRH | JOHN F. RHOADES | 1.60 | 315.00 | 504.00 |
| | **TOTAL** | **10.30** | | **6,289.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

JUNE 14, 2016

CLIENT-MATTER NO.   111914-000008
CREDITORS' COMMITTEE MEETING
AND COMMUNICATIONS
INVOICE NO.  3065494
PAGE NO.  6

FEES.......................................................................$   6,289.50

**TOTAL AMOUNT DUE**..............................................$   **6,289.50**

## DYKEMA GOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

JUNE 14, 2016
CLIENT-MATTER NO. 111914-000010
INVOICE NO. 3065496

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: FEE/EMPLOYMENT APPLICATIONS**

FEES............................................................$     1,866.50

DISBURSEMENTS .......................................        5.40

**TOTAL AMOUNT DUE** .............................$     **1,871.90**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3065496
PAGE NO.  2

## RE:  FEE/EMPLOYMENT APPLICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 03/08/16 | MADI | FINALIZE JANUARY INVOICES FOR FILING, INCLUDING REVIEWING ENTRIES FOR REDACTIONS (0.3); PREPARE NOTICE OF FILING AND CERTIFICATE OF SERVICE (0.2); FILE SAME (0.1); CORRESPONDENCE WITH MR. GROBEN RE STATUS OF DALE & GENSBERG'S DECEMBER 2015 MONTHLY INVOICES (0.1). | 0.70 | 269.50 |
| 03/09/16 | RMB | SEND EMAIL TO MATT GENSBURG REQUESTING PAYMENT OF DYKEMA'S COURT APPROVED FEES BY THE DEBTOR. | 0.10 | 67.00 |
| 03/09/16 | RMB | PREPARE DRAFT EMAIL TO MATT GENSBURG ASKING THAT THE DEBTOR USE CASH IN ITS BANK ACCOUNTS ON JANUARY 31, 2016 TO PAY DYKEMA'S ALLOWED FEES (.10) | 0.10 | 67.00 |
| 03/28/16 | MADI | ANALYSIS OF FEBRUARY 2016 INVOICES. | 1.20 | 462.00 |
| 03/29/16 | MADI | CONTINUED REVIEW OF FEBRUARY INVOICES FOR SUBMISSION WITH MONTHLY STATEMENTS. | 1.00 | 385.00 |
| 03/30/16 | MADI | REVIEW FEBRUARY INVOICES FOR SUBMISSION WITH MONTHLY STATEMENT OF FEES. | 1.60 | 616.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **4.70**
**TOTAL LEGAL FEES**.......................................................................... $ **1,866.50**

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3065496
PAGE NO.  3

### DISBURSEMENTS

PRINTING EXPENSES                                              **5.40**

**TOTAL DISBURSEMENTS .................................. $    5.40**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3065496
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|-------|--------|----------|
| RMB | RICHARD M. BENDIX | 0.20 | 670.00 | 134.00 |
| MADI | MARIA A. DIAKOUMAKIS | 4.50 | 385.00 | 1,732.50 |
| | **TOTAL** | **4.70** | | **1,866.50** |

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000010
FEE/EMPLOYMENT APPLICATIONS
INVOICE NO.  3065496
PAGE NO.  5

FEES..........................................................................$    1,866.50

DISBURSEMENTS ......................................................    5.40

**TOTAL AMOUNT DUE** ...........................................$    1,871.90

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

JUNE 14, 2016
CLIENT-MATTER NO. 111914-000013
INVOICE NO.  3065497

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY**

FEES..........................................................................$      201.00

DISBURSEMENTS ......................................................       13.20

**TOTAL AMOUNT DUE**.............................................$____**214.20**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO. 111914-000013

INVOICE NO. 3065497
PAGE NO. 2

## RE: MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 03/07/16 | RMB | REVIEW KUNZEL LIFT STAY MOTION AND SEND EMAIL TO MATT GENSBURG ASKING IF THE MOVANT HAS AGREED TO LIMIT HER RECOVERY TO THE LIMITS OF APPLICABLE INSURANCE POLICIES | 0.20 | 134.00 |
| 03/16/16 | RMB | REVIEW ORDER GRANTING TRANCKITELLO LIFT STAY MOTION. | 0.10 | 67.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ..................................................... **0.30**
**TOTAL LEGAL FEES**................................................................ $ **201.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3065497
PAGE NO.  3

---

### DISBURSEMENTS

PRINTING EXPENSES                                    13.20

**TOTAL DISBURSEMENTS** ................................... **$      13.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3065497
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|------|------|--------|
| RMB | RICHARD M. BENDIX | 0.30 | 670.00 | 201.00 |
| | **TOTAL** | **0.30** | | **201.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

JUNE 14, 2016

CLIENT-MATTER NO.   111914-000013
MOTIONS FOR RELIEF FROM THE
AUTOMATIC STAY
INVOICE NO.  3065497
PAGE NO.  5

FEES.........................................................................$       201.00

DISBURSEMENTS .....................................................       13.20

**TOTAL AMOUNT DUE** .............................................$_____ **214.20**

**DYKEMA GOSSETT** PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____        DATE:_____        AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

JUNE 14, 2016
CLIENT-MATTER NO. 111914-000014
INVOICE NO.  3065499

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  OTHER CONTESTED MATTERS**

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

JUNE 14, 2016
CLIENT-MATTER NO. 111914-000015
INVOICE NO.  3065500

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT**

FEES..........................................................................$    82,824.00

DISBURSEMENTS ......................................................    4,495.61

**TOTAL AMOUNT DUE** ..............................................**$    87,319.61**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3065500
PAGE NO.  2

## RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 03/01/16 | ESW | PREPARE FOR MEDIATION, INCLUDING SEVERAL CORRESPONDENCE WITH COMMITTEE, MR. GENSBURG, AND MR. BENDIX RE SAME. | 1.80 | 1,179.00 |
| 03/01/16 | RMB | CALL WITH MATT GENSBURG RE WHETHER MEDIATION WILL PROCEED FOLLOWING COMMITTEE'S SERVICE OF ADDITIONAL RULE 2004 SUBPOENAS (.30); WORK ON DOCUMENT REQUEST FOR DOCUMENTS FROM SUBPOENAED PARTIES REQUESTED BY MATT GENSBURG (.50); CALL WITH MATT GENSBURG RE WHETHER MEDIATION WILL GO FORWARD IF COMMITTEE AGREES TO SUSPEND FURTHER DISCOVERY PENDING MEDIATION (.30); CALL WITH MATT GENSBURG AND KATY GLEASON TO DISCUSS STATUS OF MEDIATION AND CONTINUANCE OF ALL MATTERS SCHEDULED FOR HEARING ON THURSDAY PENDING EITHER MEDIATION OR US TRUSTEE'S FILING OF MOTION TO CONVERT CASE TO CHAPTER 7 (.40); CALL TO JUDGE DOYLE'S CHAMBERS RE PARTIES DECISION TO CONTINUE ALL MATTER SET FOR HEARING ON THURSDAY (.10); CALL WITH PAT O'MALLEY RE USE OF NORTH FORK BANK LOAN PROCEEDS TO FINANCE PURCHASE OF MEDALLIONS BY MR. LEVINE IN 2005 (.40). | 2.00 | 1,340.00 |
| 03/02/16 | ESW | ATTENTION TO SELECTION OF MEDIATORS AND RELATED PREPARE FOR MEDIATION. | 2.10 | 1,375.50 |
| 03/02/16 | JFRH | PREPARE FOR MEDIATION WITH DEBTOR. | 0.80 | 252.00 |
| 03/02/16 | RMB | CALL WITH PAT O'MALLEY RE (A) CLAIM THAT YCA IS ENTITLED TO PORTION OF PROCEEDS FROM MEDALLION SALES BY MESSRS. CORRIGAN AND LEVINE IN ABSENCE OF SUBSTANTIVE CONSOLIDATION OF YCA WITH TAS, (B) APPOINTMENT OF A CHAPTER 11 TRUSTEE INSTEAD OF A CHAPTER 7 TRUSTEE IF THE US TRUSTEE AND YCA MOVE TO CONVERT THE CASE TO CHAPTER 7 AND (C) DECISION TO STAND DOWN ON DISCOVERY REQUESTED PURSUANT TO LATEST RULE 2004 SUBPOENAS (.50) | 0.50 | 335.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3065500
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 03/02/16 | RMB | CALL WITH JOE FRANK AND JEREMY KLEINMAN RE THEIR REQUEST THAT THEY PARTICIPATE IN THE MEDIATION (.30); CORRESPONDENCE TO MATT GENSBURG, RE COMMITTEE'S AGREEMENT TO SUSPEND REQUEST FOR PRODUCTION OF DOCUMENTS FROM PARTIES SERVED RECENTLY SERVED WITH SUBPOENAS (.10);  CORRESPONDENCE WITH JUDGE WEDOFF RE: SCHEDULING OF MEDIATION (.10); CALL WITH MATT GENSBURG TO CONFIRM THAT MEDIATION WILL PROCEED IN APRIL AND TO DISCUSS POSSIBLE MEDIATORS (.20). | 1.10 | 737.00 |
| 03/03/16 | ESW | TELEPHONE CONFERENCE WITH DSI RE TAS AND YCA BUDGETS IN PREPARATION FOR MEDIATION. | 1.10 | 720.50 |
| 03/03/16 | JFRH | PREPARE FOR MEDIATION WITH DEBTOR. | 0.30 | 94.50 |
| 03/04/16 | RMB | CALL WITH MATT GENSBURG TO DISCUSS POSSIBLE MEDIATORS AND JOE FRANK'S REQUEST THAT CLIFFORD LAW OFFICES PARTICIPATE IN THE MEDIATION (.10); CALL WITH JEREMY KLEINMAN TO ADVISE HIM THAT THE DEBTOR WILL NOT AGREE TO PERMIT BOB CLIFFORD TO PARTICIPATE IN THE UPCOMING MEDIATION (.30) | 0.40 | 268.00 |
| 03/06/16 | RMB | REVIEW AND RESPOND TO EMAIL FROM MATT GENSBURG PROPOSING ADDITIONAL MEDIATOR CANDIDATES | 0.10 | 67.00 |
| 03/07/16 | ESW | PREPARE FOR MEDIATION (0.8); RESEARCH POSSIBLE MEDIATORS (0.7). | 1.50 | 982.50 |
| 03/07/16 | JFRH | ANALYSIS RE POTENTIAL MEDIATORS (0.2); PREPARE FOR MEDIATION (.6) | 0.80 | 252.00 |
| 03/07/16 | SMAL | CONDUCT DUE DILIGENCE ON POTENTIAL MEDIATORS PROPOSED BY MR. GENSBERG AND ADVISE RE SAME. | 1.80 | 504.00 |
| 03/08/16 | ESW | MEDIATOR SELECTION – TELEPHONE CONFERENCE WITH DEBTOR'S COUNSEL (0.2); PREPARE FOR MEDIATION RE CREDITOR CLAIMS TO BE PRESENTED TO MEDIATOR (AND FILED IF MEDIATION IS UNSUCCESSFUL) TO DEMONSTRATE VALUE OF RELEASE SOUGHT BY AFFILIATES OF YCA AS PART OF THE PLAN CONFIRMATION PROCESS (1.8). | 2.00 | 1,310.00 |
| 03/08/16 | JFRH | ANALYZE FACTS AND RELEVANT AUTHORITY IN PREPARATION FOR MEDIATION WITH DEBTOR. | 1.60 | 504.00 |
| 03/08/16 | RMB | REVIEW DECISIONS BY JUDGES GONZALEZ, PECK AND WIZMUR CONTAINING DISCUSSIONS OF SUBSTANTIVE CONSOLIDATION (2.0); CALL WITH PAT O'MALLEY RE ASSEMBLING INFORMATION FOR THE COMMITTEE'S MEDIATION STATEMENT (.50);  INVESTIGATE JUDGE MCGARITY'S REPUTATION AS A MEDIATOR (.20). | 2.70 | 1,809.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3065500
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 03/09/16 | ESW | PREPARE FOR MEDIATION – SPECIFICALLY RESEARCH YCA-AFFILIATED COMPANIES/ENTITIES CONNECTED TO MEDALLION PURCHASES AND SALES AND RELATED RESEARCH (2.5); WORK ON ISSUES RELATED TO SELECTION OF MEDIATOR (0.3). | 2.80 | 1,834.00 |
| 03/09/16 | JFRH | PREPARE FOR MEDIATION INCLUDING ANALYSIS RE RELEVANT FACTS/INFORMATION TO SUPPORT CLAIMS OF UNSECURED CREDITORS. | 1.60 | 504.00 |
| 03/09/16 | RMB | CONTINUED INVESTIGATION RE JUDGE MCGARITY'S MEDIATION SKILLS (.10); REVIEW AND RESPOND TO EMAILS FROM MATT GENSBURG ABOUT SCHEDULING CALLS WITH JUDGES PECK AND MCGARITY (.20); CALL WITH MATT GENSBURG AND JUDGE PECK REGARDING HIS SERVING AS MEDIATOR AT PLAN MEDIATION SCHEDULED FOR APRIL 1 (1.0); INVESTIGATE  FOR JUDGE SQUIRES AS POSSIBLE MEDIATOR (.3) SEND EMAIL TO JUDGE SQUIRES RE AVAILABILITY TO ACT AS MEDIATOR (.3). | 1.90 | 1,273.00 |
| 03/09/16 | RMB | EXCHANGE EMAILS WITH MATT GENSBURG RE DATE AND TIME FOR A CALL WITH JUDGE PECK TO DISCUSS HIS SERVING AS MEDIATOR ON APRIL 1. | 0.20 | 134.00 |
| 03/10/16 | ESW | PREPARE FOR MEDIATION. | 0.20 | 131.00 |
| 03/10/16 | RMB | SEND EMAIL TO MATT GENSBURG ADVISING HIM THAT THE COMMITTEE AGREES TO JUDGE MCGARITY AS THE MEDIATOR (.10) | 0.50 | 335.00 |
| 03/10/16 | RMB | CALL WITH MATT GENSBURG AND JUDGE SQUIRES TO DISCUSS JUDGE SQUIRES ACTING AS MEDIATOR (.30). | 0.30 | 201.00 |
| 03/11/16 | ESW | TELEPHONE CONFERENCES WITH DSI IN PREPARATION FOR MEDIATION. | 0.60 | 393.00 |
| 03/14/16 | ESW | MEDIATION PREPARATION CATALOGING OF MEDIATION STATEMENT/CLAIMS-VALUATION FOR PURPOSES OF VALUING PUT PRICE(1.7); TELEPHONE CONFERENCE WITH DSI RE SAME (0.3). | 2.00 | 1,310.00 |
| 03/14/16 | JFRH | PREPARE FOR MEDIATION. | 2.20 | 693.00 |
| 03/14/16 | RMB | DRAFT AND REVIEW EMAILS FROM MATT GENSBURG AND JUDGE MCGARITY RE SCHEDULING A CALL TO DISCUSS PROCEDURES. | 0.30 | 201.00 |
| 03/14/16 | RMB | ANALYSIS OF CLAIMS AGAINST THE DEBTOR'S AFFILIATES AND ULTIMATE OWNERS THAT THE COMMITTEE CAN ASSERT AT THE APRIL 1 MEDIATION (.50) | 0.50 | 335.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3065500
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 03/15/16 | ESW | MEETING WITH DSI TO PREPARE FOR MEDIATION (1.0); INVESTIGATE BREACH OF FIDUCIARY DUTY CLAIMS, FRAUDULENT TRANSFER, AND OTHER CLAIMS (1.0); ATTENTION TO VALUATION ISSUES FOR MEDIATION (0.5). | 2.50 | 1,637.50 |
| 03/15/16 | JFRH | DRAFT MEDIATION STATEMENT (2.0); ANALYSIS RE RELEVANT AUTHORITY TO SUPPORT POTENTIAL CAUSES OF ACTION FOR THE BENEFIT OF CREDITORS (1.2). | 3.20 | 1,008.00 |
| 03/15/16 | RMB | CALL WITH PAT O'MALLEY AND SHELLY CUFF TO DISCUSS OBTAINING INFORMATION ON LIQUIDATION AND GOING CONCERNS VALUES OF YCA AND ENTITIES TO BE CONSOLIDATED UNDER CONSENSUAL PLAN ████████ ████████ (1.0); BEGIN OUTLINING CLAIMS AGAINST DEBTOR'S AFFILIATES THAT THE COMMITTEE WILL ASSERT AT THE APRIL 1 MEDIATION (1.0) | 2.00 | 1,340.00 |
| 03/16/16 | ESW | DRAFT MEDIATION CLAIMS, AND PREPARE FOR MEDIATION. | 3.00 | 1,965.00 |
| 03/16/16 | JFRH | PREPARE FOR MEDIATION (1.1); DRAFT MEDIATION STATEMENT (1.5). | 2.60 | 819.00 |
| 03/16/16 | RMB | CALL WITH JUDGE MCGARITY AND MATT GENSBURG TO DISCUSS PEOPLE WHO WILL ATTEND THE MEDIATION, THE MATERIALS THAT THE PARTIES WILL SUBMIT TO JUDGE MCGARITY AND DATES FOR SUBMISSION OF EACH PARTY'S MATERIALS (1.0) CALL WITH MATT GENSBURG TO DISCUSS PLEADINGS AND REPORTS THAT WE WILL SEND TO JUDGE MCGARITY  (.30); ANALYZE PREPARATION OF COMMITTEE'S MEDIATION MATERIALS (0.4). | 1.70 | 1,139.00 |
| 03/17/16 | ESW | DRAFT MEDIATION CLAIMS, AND PREPARE FOR MEDIATION (2.0). | 2.00 | 1,310.00 |
| 03/17/16 | MADI | PREPARE AND ASSEMBLE EXHIBITS FOR MEDIATION STATEMENT (3.8); TELEPHONE CONFERENCE WITH MR. GENSBERG AND JUDGE MCGARITY RE INCLUSION OF DOCUMENTS RELATED TO JACOBS' APPEAL (0.3); PREPARE LETTER TO JUDGE MCGARITY ENCLOSING BINDERS (0.2); CORRESPONDENCE WITH MR. GENSBERG ENCLOSING EXHIBITS TO JUDGE MCGARITY (0.1). | 4.40 | 1,694.00 |
| 03/17/16 | RMB | RESPOND TO MS. CIMINO'S REQUEST FOR INFORMATION ON THE STATUS OF PLAN MEDIATION | 0.20 | 134.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3065500
PAGE NO.  6

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 03/17/16 | RMB | CALL WITH MATT GENSBURG AND JUDGE MCGARITY TO DISCUSS INCLUSION OF TRANSCRIPT FROM ORAL ARGUMENT(.30); REVIEW OF MATERIALS FOR DELIVERY TO JUDGE MCGARITY (.30); REVIEW EMAIL FROM PHIL GROBEN TRANSMITTING COMMITTEE'S LATEST PLAN PROPOSAL AND DEBTOR'S RESPONSE AS WELL AS THE PLAN PROPOSAL AND THE DEBTOR'S RESPONSE (.20); CALL WITH PAT O'MALLEY AND SHELLY CUFF TO DISCUSS CLAIMS AGAINST DEBTOR'S AFFILIATES TO INCLUDE IN THE COMMITTEE'S MEDIATION STATEMENT (.50). | 1.30 | 871.00 |
| 03/18/16 | ESW | MEDIATION PREPARATION - DEVELOP MEDIATION STATEMENT AND CLAIMS (0.9); DEVELOP VARIOUS VALUATION SCENARIOS FOR MEDIATION (0.8); REVIEW OF FILINGS AND DOCUMENTS PROVIDED TO JUDGE MCGARITY (0.5). | 2.20 | 1,441.00 |
| 03/18/16 | JFRH | ANALYZE RELEVANT AUTHORITY RE POTENTIAL CLAIMS TO BRING FOR THE BENEFIT OF CREDITORS IN ADVANCE OF MEDIATION. | 1.60 | 504.00 |
| 03/18/16 | RMB | CORRESPONDENCE WITH JUDGE MCGARITY RE THE MEDIATION PROCESS (.20); CORRESPONDENCE WITH PHIL GROBEN ASKING IF THE DEBTOR AGREES TO THE MEDIATION PROCESS I DESCRIBED IN MY EMAIL TO JUDGE MCGARITY (.10) | 0.30 | 201.00 |
| 03/19/16 | ESW | DRAFT AND WORK ON MEDIATION STATEMENT. | 1.50 | 982.50 |
| 03/21/16 | ESW | TELEPHONE CONFERENCE WITH JUDGE MCGARITY RE MEDIATION (0.8); WORK AND DRAFT MEDIATION CLAIMS, AND PREPARE FOR MEDIATION (2.0). | 2.80 | 1,834.00 |
| 03/21/16 | JFRH | DRAFT MEDIATION STATEMENT. | 3.20 | 1,008.00 |
| 03/21/16 | RMB | CALL WITH ███████ AND INVESTMENT BANKERS TO DISCUSS SALE PROCESS UNDER CONSENSUAL PLAN AND ███████████████████████ ████████████████████████ | 1.00 | 670.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3065500
PAGE NO.  7

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/21/16 | RMB | CALL WITH MATT GENSBURG TO DISCUSS FORMAT AND LENGTH OF THE COMMITTEE'S MEDIATION STATEMENT AND THE PROCESS TO BE FOLLOWED AT THE MEDIATION (.20); BEGIN REVIEWING AND REVISING OUTLINE OF THE COMMITTEE'S CLAIMS AGAINST AFFILIATES OF THE DEBTOR (1.30); CALL WITH JUDGE MCGARITY AND MATT GENSBURG RE GROUNDS RULES FOR THE APRIL 1 MEDIATION AND QUESTIONS THAT JUDGE MCGARITY HAD REGARDING MATERIALS (.70); CALL WITH CREDITOR, LUCIANE CIMINO, TO DISCUSS MEDIATION AND HER ASSERTION THAT HER PERSONAL INJURY CLAIM AGAINST THE DEBTOR SHOULD BE INCLUDED IN THE MEDIATION. (1.0); SEND MS. CIMINO MY COVER LETTER TO JUDGE MCGARITY TRANSMITTING MATERIALS FOR THE  APRIL 1 MEDIATION ALONG WITH A TABLE OF CONTENTS IDENTIFYING THOSE MATERIALS (.10); | 3.40 | 2,278.00 |
| 03/22/16 | ESW | WORK ON DEVELOPMENT OF MEDIATION CLAIMS AND MEDIATION STATEMENT (1.6.); PREPARATION FOR MEDIATION (1.0). | 2.20 | 1,441.00 |
| 03/22/16 | JFRH | DRAFT TIMELINE OF EVENTS FOR MEDIATION. | 1.40 | 441.00 |
| 03/22/16 | JFRH | PREPARE FOR MEDIATION. | 1.60 | 504.00 |
| 03/22/16 | RMB | WORK ON OUTLINE OF CLAIMS AGAINST DEBTOR AND ITS AFFILIATES TO ASSERT AT THE APRIL 1 MEDIATION (2.0); REVIEW AND RESPOND TO EMAIL FROM KATY GLEASON ASKING FOR A STATUS REPORT ON THE MEDIATION (.10); BEGIN REVIEW OF DRAFT TIME LINE OF HISTORY YCA AND ITS AFFILIATES (.20) | 2.30 | 1,541.00 |
| 03/23/16 | ESW | FINALIZE MEDIATION STATEMENT, CLAIMS AND CAUSES OF ACTIONS THAT THE COMMITTEE CAN BRING (0.7); PREPARE ADDITIONAL DOCUMENTS FOR SUBMISSION TO THE MEDIATOR ON MARCH 24, 2016 (1.5); CONFERENCE WITH DSI RE FINAL MEDIATION MATERIALS AND STRATEGY (3.0) | 5.20 | 3,406.00 |
| 03/23/16 | JFRH | DRAFT MEDIATION CLAIMS OUTLINE FOR SUBMISSION TO JUDGE MCGARITY AS PART OF MEDIATION STATEMENT (1.4); ANALYZE RELEVANT AUTHORITY TO SUPPORT POTENTIAL CLAIMS FOR THE BENEFIT OF CREDITORS (3.0). | 4.40 | 1,386.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.    111914-000015

INVOICE NO.  3065500
PAGE NO.  8

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 03/23/16 | RMB | MEET WITH PAT O'MALLEY AND SHELLY CUFF TO (1) REVIEW AND REVISE DRAFT OF CLAIMS THAT COMMITTEE HAS AGAINST THE DEBTOR'S AFFILIATES, (2) REVIEW ACCOUNTING INFORMATION  TO SUPPORT DAMAGE CLAIMS, AND (3) DISCUSS BRIEF MEDIATION STATEMENT TO ACCOMPANY SUMMARY OF CLAIMS AGAINST AFFILIATES (3.0);REVIEW AND COMMENT ON REVISED OUTLINE OF CLAIMS THAT COMMITTEE CAN ASSERT AGAINST DEBTOR'S AFFILIATES (1.0); REVIEW LIQUIDATION ANALYSIS, PROJECTED GOING CONCERN VALUE OF VOLUNTARILY CONSOLIDATED ENTITIES,AND EXPLANATION OF INFORMATION THAT THE DEBTOR AND ITS AFFILIATES HAVE FAILED TO PROVIDE (.30) | 4.30 | 2,881.00 |
| 03/24/16 | ESW | FINAL PREPARATION OF MEDIATION STATEMENT, INCLUDING SETTLEMENT POSITION STATEMENT AND COMMITTEE CAUSES OF ACTION (3.5); CORRESPOND WITH MR. GENSBURG RE SAME (0.2); CORRESPOND WITH COMMITTEE AND DSI RE SAME (0.5). | 4.20 | 2,751.00 |
| 03/24/16 | JFRH | DRAFT/FINALIZE COMMITTEE'S MEDIATION STATEMENT. | 4.80 | 1,512.00 |
| 03/24/16 | JFRH | ANALYZE RELEVANT AUTHORITY TO SUPPORT COMMITTEE'S MEDIATION STATEMENT. | 1.20 | 378.00 |
| 03/24/16 | RMB | REVIEW AND REVISE DRAFT MEDIATION STATEMENT AND OUTLINE OF COMMITTEE'S CLAIMS AGAINST DEBTOR'S AFFILIATES (2.0); CORRESPONDENCE WITH MS. CIMINO REGARDING MEDIATION AND SEND HER THE JACOBS APPEAL PLEADINGS AND TRANSCRIPT (.30). | 2.40 | 1,608.00 |
| 03/24/16 | VADE | ORGANIZATION AND PREPARATION OF TWELVE SETS OF THE MEDIATION STATEMENT OF THE COMMITTEE AS WELL AS EXHIBITS TO SAME; PREPARE MULTIPLE AMENDMENTS TO SAME; ARRANGE FOR DELIVERY OF MEDIATION STATEMENT BINDERS TO MR. GENSBURG, MR. O'MALLEY AND MS. CUFF ; PREPARE LETTERS TO JUDGE MCGARITY AND MR. AND MRS. JACOBS OVERNIGHTING MEDIATION STATEMENT BINDERS. | 6.80 | 1,496.00 |
| 03/25/16 | ESW | REVIEW OF MATERIALS, AND SETTLEMENT PROPOSALS, IN PREPARATION FOR UPCOMING MEDIATION. | 2.00 | 1,310.00 |
| 03/25/16 | RMB | ANALYSIS OF MOTION TO APPOINT CHAPTER 11 TRUSTEE IF MEDIATION FAILS. | 0.30 | 201.00 |
| 03/25/16 | RMB | PREPARATION FOR MEDIATION (.30); REVIEW AND RESPOND TO EMAIL FROM LUCIANE CIMINO RE WHETHER PERSONAL INJURY CLAIM WAS SENT TO THE MEDIATOR, AND HER REQUEST FOR A COPY OF THE COMMITTEE'S PLAN PROPOSAL AND THE DEBTOR'S RESPONSE (.30). | 0.60 | 402.00 |
| 03/25/16 | RMB | REVIEW AND REVISE DRAFT EMAIL TO JUDGE MCGARITY RE SENDING MEDIATION STATEMENT TO MESSRS. CLIFFORD AND TOMASIK. | 0.20 | 134.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.    111914-000015

INVOICE NO.  3065500
PAGE NO.  9

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 03/25/16 | VADE | PREPARE ADDITIONAL AMENDMENTS TO THE EXHIBITS OF THE MEDIATION CLAIMS OUTLINE. | 0.50 | 110.00 |
| 03/28/16 | ESW | PREPARE MATERIALS FOR UPCOMING MEDIATION (0.5); MEETING WITH DSI AND COMMITTEE RE SAME (0.3); REFINE AND SUPPLEMENT SETTLEMENT POSITIONS IN FOLLOW-UP TO JANUARY 20, 2016 SETTLEMENT PROPOSAL (0.3); CORRESPOND WITH MR. GENSBURG RE SAME (0.2). | 1.50 | 982.50 |
| 03/28/16 | JFRH | PREPARE FOR MEDIATION. | 1.80 | 567.00 |
| 03/28/16 | RMB | CORRESPONDENCE WITH MATT GENSBERG RE: DEBTOR'S REFUSAL TO PERMIT ROBERT CLIFFORD AND TIMOTHY TOMASIK TO SEE THE COMMITTEE'S MEDIATION STATEMENT (.2); REVIEW REVISIONS TO  DRAFT EMAIL TO JUDGE MCGARITY RE DEBTOR'S REFUSAL TO LET COMMITTEE SEND MEDIATION STATEMENT TO MESSRS. CLIFFORD AND TOMASIK (.10). | 0.30 | 201.00 |
| 03/29/16 | ESW | MEDIATION PREPARATION, INCLUDING REVIEW OF CONSENSUAL PLAN SETTLEMENT PROPOSAL AND COUNTERPROPOSAL AND DEVELOP SETTLEMENT POSITIONS. | 4.10 | 2,685.50 |
| 03/29/16 | JFRH | PREPARE FOR MEDIATION. | 3.20 | 1,008.00 |
| 03/29/16 | RMB | PREPARE FOR APRIL 1 MEDIATION. | 3.50 | 2,345.00 |
| 03/30/16 | ESW | MEDIATION PREPARATION INCLUDING REVIEW OF MEDIATION STATEMENT OF YCA, AND ATTACHMENTS (3.0); OUTLINE RESPONSE/REBUTTAL TO SAME (2.2). | 5.20 | 3,406.00 |
| 03/30/16 | JFRH | ANALYZE DEBTOR'S MEDIATION STATEMENT, RESPONSE TO SUBSTANTIVE CONSOLIDATION COMPLAINT, AND RESPONSE TO CLAIMS OUTLINED BY THE COMMITTEE. | 3.80 | 1,197.00 |
| 03/30/16 | RMB | REVIEW AND BEGIN DRAFTING RESPONSE TO MS. CIMINO'S EMAIL RE MEDIATION QUESTIONS | 0.40 | 268.00 |
| 03/30/16 | RMB | REVIEW COMMITTEE MEMBER'S PROPOSAL FOR OPENING STATEMENT AT MEDIATION (.10); REVIEW DEBTOR'S MEDIATION STATEMENT AND BEGIN TO DEVELOP REPLY TO SAME (3.50) | 3.60 | 2,412.00 |
| 03/31/16 | ESW | MEETING WITH COMMITTEE AND DSI TO PREPARE FOR MEDIATION ON APRIL 1, 2016 (3.0); REVIEW OF YCA'S MEDIATION STATEMENT AND BRIEF IN RESPONSE TO MOTION FOR DERIVATIVE STANDING TO BRING SUBSTANTIVE CONSOLIDATION COMPLAINT TO SUB-CON TAS IN. (1.5). | 4.50 | 2,947.50 |
| 03/31/16 | JFRH | PREPARE FOR MEDIATION. | 2.90 | 913.50 |
| 03/31/16 | RMB | REVIEW AND RESPOND TO EMAIL FROM LUCIANE CIMINO REGARDING HER QUESTIONS ABOUT TOMORROW'S MEDIATION | 0.30 | 201.00 |



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3065500
PAGE NO.  10

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 03/31/16 | RMB | REVIEW DEBTOR'S REPLY TO THE COMMITTEE' MOTION FOR DERIVATIVE STANDING TO FILE A SUBSTANTIVE CONSOLIDATION COMPLAINT AGAINST TAS (.40); MEET WITH COMMITTEE, AND, FOR PART OF THE TIME, PAT O'MALLEY AND SHELLY CUFF TO PREPARE FOR TOMORROW'S MEDIATION (3.0) | 3.40 | 2,278.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................................... **155.50**
**TOTAL LEGAL FEES**..........................................................................$ **82,824.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3065500
PAGE NO.  11

---

### DISBURSEMENTS

| | | |
|---|---|---:|
| 03/17/16 | FEDEX: HON. DEE MCGARITY : HON. DEE MCGARITY | 33.14 |
| | PHOTOCOPY EXPENSES | 3,774.48 |
| | SCANNING EXPENSES | 37.20 |
| | PRINTING EXPENSES | 640.10 |
| | CONFERENCE CALLS | 10.69 |

**TOTAL DISBURSEMENTS ................................... $ 4,495.61**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 14, 2016

CLIENT-MATTER NO.    111914-000015

INVOICE NO.  3065500
PAGE NO.  12

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|--------|--------|-----------|
| ESW | EDWARD S. WEIL | 57.00 | 655.00 | 37,335.00 |
| RMB | RICHARD M. BENDIX | 42.00 | 670.00 | 28,140.00 |
| JFRH | JOHN F. RHOADES | 43.00 | 315.00 | 13,545.00 |
| MADI | MARIA A. DIAKOUMAKIS | 4.40 | 385.00 | 1,694.00 |
| SMAL | SUZANNE M. ALTON | 1.80 | 280.00 | 504.00 |
| VADE | VALERIE A. DESOUSA | 7.30 | 220.00 | 1,606.00 |
| | **TOTAL** | **155.50** | | **82,824.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

CLIENT-MATTER NO.   111914-000015
PLAN OF
REORGANIZATION/LIQUIDATION AND
DISCLOSURE STATEMENT

JUNE 14, 2016

INVOICE NO.  3065500
PAGE NO.  13

FEES.........................................................................$   82,824.00

DISBURSEMENTS ....................................................   4,495.61

**TOTAL AMOUNT DUE** ...........................................$   87,319.61

**DYKEMAGOSSETT** PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____        DATE:_____        AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____