# EXHIBIT B

April 2016 Monthly Invoices

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

JUNE 22, 2016
CLIENT-MATTER NO. 111914-000001
INVOICE NO.  3067564

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  ADVERSARY PROCEEDINGS**

FEES..........................................................................$      1,036.00

**TOTAL AMOUNT DUE** ..............................................$      **1,036.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.    111914-000001

INVOICE NO.  3067564
PAGE NO.  2

## RE:  ADVERSARY PROCEEDINGS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 04/07/16 | JFRH | DEVELOP STRATEGY FOR MOTIONS FOR DERIVATIVE STANDING AND ADVERSARY COMPLAINTS. | 1.20 | 378.00 |
| 04/25/16 | JFRH | PREPARE MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR DERIVATIVE STANDING. | 0.40 | 126.00 |
| 04/28/16 | JAWA | ANALYZE COMPLAINT FOR SUBSTANTIVE CONSOLIDATION, MOTION TO AUTHORIZE, AND DEBTOR'S RESPONSE TO MOTION TO AUTHORIZE. | 1.90 | 532.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **3.50**
**TOTAL LEGAL FEES** ................................................................................. **$  1,036.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.    111914-000001

INVOICE NO.  3067564
PAGE NO.  3

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|-------|--------|----------|
| JAWA | JENNIFER A. WARNER | 1.90 | 280.00 | 532.00 |
| JFRH | JOHN F. RHOADES | 1.60 | 315.00 | 504.00 |
| | **TOTAL** | **3.50** | | **1,036.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.   111914-000001
ADVERSARY PROCEEDINGS
INVOICE NO.  3067564
PAGE NO.  4

FEES......................................................................$     1,036.00

**TOTAL AMOUNT DUE** ............................................$_____ **1,036.00**



**DYKEMAGOSSETTPLLC**

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:_____     DATE:_____     AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

JUNE 22, 2016
CLIENT-MATTER NO. 111914-000005
INVOICE NO.  3067565

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CASE ADMINISTRATION**

| | | |
|---|---|---:|
| FEES............................................................$ | | 2,065.00 |
| DISBURSEMENTS ...................................................... | | 34.00 |
| **TOTAL AMOUNT DUE**..............................................$ | | **2,099.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3067565
PAGE NO.  2

## RE:  CASE ADMINISTRATION

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 04/15/16 | JFRH | ANALYZE DEBTOR'S MONTHLY OPERATING REPORTS AND PAYMENTS TO AFFILIATES COMPANIES. | 0.60 | 189.00 |
| 04/25/16 | RMB | RESEARCH | 1.50 | 1,005.00 |
| 04/27/16 | RMB | RESEARCH | 1.30 | 871.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **3.40**
**TOTAL LEGAL FEES** .................................................................... **$   2,065.00**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3067565
PAGE NO.  3

---

### DISBURSEMENTS

| | | |
|---|---|---:|
| 04/25/16 | COLLIER SERVICE | 9.60 |
| | PRINTING EXPENSES | 24.40 |

**TOTAL DISBURSEMENTS ................................... $    34.00**

***NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.***

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3067565
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------|-------|--------|----------|
| RMB | RICHARD M. BENDIX | 2.80 | 670.00 | 1,876.00 |
| JFRH | JOHN F. RHOADES | 0.60 | 315.00 | 189.00 |
| | **TOTAL** | **3.40** | | **2,065.00** |

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW JUNE 22, 2016 | CLIENT-MATTER NO.   111914-000005 CASE ADMINISTRATION INVOICE NO.  3067565 PAGE NO.  5 |

FEES.........................................................................$     2,065.00

DISBURSEMENTS .....................................................     34.00

**TOTAL AMOUNT DUE**............................................$     **2,099.00**

DykemaGossett PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____        DATE:_____        AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

JUNE 22, 2016
CLIENT-MATTER NO. 111914-000007
INVOICE NO.  3067566

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE INVESTIGATIONS**

| | |
|---|---|
| FEES..........................................................................$ | 11,583.50 |
| DISBURSEMENTS ..................................................... | 996.32 |
| **TOTAL AMOUNT DUE .............................................$** | **12,579.82** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3067566
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE INVESTIGATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 04/02/16 | JFRH | ANALYZE CITY RULES AND REGULATIONS RE TAXI CAB AFFILIATIONS. | 0.40 | 126.00 |
| 04/04/16 | ESW | TELEPHONE CONFERENCE WITH POTENTIAL BUYERS (NAMES REDACTED) (2.0); TELEPHONE CONFERENCE WITH REPRESENTATIVES OF THE CITY OF CHICAGO, DEPARTMENT OF BACP (1.2); REVIEW OF YCA CONSTITUTIONAL EQUAL PROTECTION LAWSUIT AGAINST CITY OF CHICAGO (0.8). | 4.00 | 2,620.00 |
| 04/04/16 | JFRH | ANALYZE OTHER ONGOING LITIGATION INVOLVING THE DEBTOR AND ITS AFFILIATES. | 2.20 | 693.00 |
| 04/04/16 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE LITIGATION AFFECTING DEBTOR AND ITS AFFILIATES. | 0.20 | 63.00 |
| 04/04/16 | KC | RESEARCH RE: EXTENT OF FIDUCIARY DUTY OF CREDITORS' COMMITTEE TO OTHER CREDITORS. | 3.30 | 940.50 |
| 04/04/16 | KC | RESEARCH RE: ██████████████████████████ | 0.70 | 199.50 |
| 04/05/16 | ESW | MEETING WITH CITY OF CHICAGO DEPARTMENT OF BUSINESS AND CONSUMER PROTECTION, INCLUDING COMMISSIONER RE YCA BANKRUPTCY CASE (AS REQUESTED BY CITY) (1.0). | 1.00 | 655.00 |
| 04/05/16 | JFRH | CORRESPONDENCE WITH CITY OF CHICAGO RE TAXICAB REGULATIONS/AFFILIATIONS. | 1.20 | 378.00 |
| 04/05/16 | KC | RESEARCH RE: EXTENT OF FIDUCIARY DUTIES OF CREDITORS' COMMITTEE WHEN ACCEPTING SETTLEMENT. | 1.30 | 370.50 |
| 04/05/16 | RMB | ATTEND MEETING WITH CHICAGO COMMISSIONER IN CHARGE OF TAXI CABS TO DISCUSS CONSEQUENCES OF A CHAPTER 7 LIQUIDATION OF YCA (1.0); | 1.00 | 670.00 |
| 04/06/16 | ESW | FOLLOW-UP TO FAILED MEDIATION:  ASSEMBLE DOCUMENTS FOR MR. BLOCK (1.4); REVIEW OF DOCUMENTS REGARDING MEDALLION OWNERSHIP AND RELATED DOCUMENTS RELATED TO CLAIMS AGAINST YCA FOR WRONGFUL DIVERSION OF PROFITS OF MEDALLION SALES (2.1); TELEPHONE CONFERENCE WITH DSI TO REVIEW FOIA-PRODUCED AND OTHER PUBLICLY-AVAILABLE DOCUMENTS TO ASSIST IN ASSEMBLING CLAIMS AGAINST YCA (0.6) | 4.10 | 2,685.50 |
| 04/06/16 | JFRH | ANALYZE LITIGATION INVOLVING DEBTOR AND ITS AFFILIATES. | 0.90 | 283.50 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3067566
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 04/07/16 | JFRH | ANALYSIS RE ADDITIONAL SUBPOENAS TO MANAGEMENT OF DEBTOR/AFFILIATES. | 0.30 | 94.50 |
| 04/07/16 | JFRH | ANALYZE OTHER LITIGATION RELATED TO DEBTOR/AFFILIATES. | 0.40 | 126.00 |
| 04/07/16 | JFRH | ANALYSIS RE SUBPOENA RESPONSES. | 0.20 | 63.00 |
| 04/07/16 | KC | RESEARCH RE: PUTATIVE CLASS ACTION CASES INVOLVING TAXI AFFILIATION SERVICES IN COOK COUNTY. | 1.60 | 456.00 |
| 04/08/16 | KC | REVIEW OF CLASS-ACTION COMPLAINTS FILED AGAINST TAXI AFFILIATION SERVICES IN COOK COUNTY. | 0.70 | 199.50 |
| 04/08/16 | KC | RESEARCH PUBLICATIONS AND PERIODICALS ADDRESSING CLASS ACTION SUITS AGAINST TAXI AFFILIATION SERVICES. | 0.30 | 85.50 |
| 04/09/16 | ESW | PLAN TO BE PROMULGATED BY COMMITTEE INCLUDING SALE OF ASSETS, CHAPTER 11 TRUSTEE, END OF EXCLUSIVITY, OPTIONS FOR CONSENSUAL PLAN OF LIQUIDATION. (.9). | 0.90 | 589.50 |
| 04/12/16 | KC | RESEARCH RE: CLASS ACTION SUITS RELATING TO TAXI COMPANIES. | 1.00 | 285.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................... **25.70**
**TOTAL LEGAL FEES**................................................................. **$   11,583.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3067566
PAGE NO.  4

| | **DISBURSEMENTS** | |
|---|---|---|
| 04/07/16 | RIVERS CLIENT MEETING | 29.95 |
| 04/08/16 | PRINTING SERVICES - PATRICIA WAGNER OBTAINED PHOTOCOPIES OF COMPLAINTS #16CH2519 AND 15CH12742 | 14.25 |
| 04/15/16 | COURIER FOR COURT FILING SERVICES.  DELIVER DOCUMENTS TO JACKLEEN DEFINI AT THE U.S. BANKRUPTCY COURT. | 21.00 |
| 04/26/16 | COURIER FOR COURT FILING SERVICES.   DELIVER COURTESY COPIES TO JUDGE DOYLE. | 21.00 |
| 04/01/16 | RELATIVITY RECOVERIES | 650.00 |
| 04/05/16 | DOCKET RESEARCH-COURTLINK | 1.34 |
| 04/07/16 | DOCKET RESEARCH-COURTLINK | 4.70 |
| 04/07/16 | DOCKET RESEARCH-COURTLINK | 7.39 |
| 04/07/16 | DOCKET RESEARCH-COURTLINK | 3.36 |
| 04/07/16 | DOCKET RESEARCH-COURTLINK | 5.60 |
| 04/07/16 | DOCKET RESEARCH-COURTLINK | 3.36 |
| 04/07/16 | DOCKET RESEARCH-COURTLINK | 5.60 |
| 04/07/16 | DOCKET RESEARCH-COURTLINK | 22.18 |
| 04/07/16 | DOCKET RESEARCH-COURTLINK | 2.69 |
| | PHOTOCOPY EXPENSES | 0.20 |
| | SCANNING EXPENSES | 23.20 |
| | PRINTING EXPENSES | 180.50 |

**TOTAL DISBURSEMENTS ................................... $    996.32**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3067566
PAGE NO.  5

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------|-------|--------|-----------|
| ESW | EDWARD S. WEIL | 10.00 | 655.00 | 6,550.00 |
| RMB | RICHARD M. BENDIX | 1.00 | 670.00 | 670.00 |
| JFRH | JOHN F. RHOADES | 5.80 | 315.00 | 1,827.00 |
| KC | KEVIN CONNOR | 8.90 | 285.00 | 2,536.50 |
| | **TOTAL** | **25.70** | | **11,583.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

JUNE 22, 2016

CLIENT-MATTER NO.    111914-000007
CREDITORS' COMMITTEE
INVESTIGATIONS
INVOICE NO.  3067566
PAGE NO.  6

FEES..........................................................................$    11,583.50

DISBURSEMENTS .......................................................    996.32

**TOTAL AMOUNT DUE**..............................................$    12,579.82

DYKEMA GOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____    DATE:_____    AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

JUNE 22, 2016
CLIENT-MATTER NO. 111914-000008
INVOICE NO.  3067567

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS**

FEES........................................................................$     15,588.00

**TOTAL AMOUNT DUE** ...........................................$     **15,588.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3067567
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 04/02/16 | ESW | PARTICIPATE IN TELEPHONE CONFERENCE WITH MESSRS. GENSBURG AND CORRIGAN (.9). | 0.90 | 589.50 |
| 04/02/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE FOLLOW-UP TO MEDIATION (1.0). | 1.00 | 655.00 |
| 04/03/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE SETTLEMENT OPTIONS AFTER FAILURE OF MEDIATION (.3); PREPARE MEMORANDUM SUMMARIZING MEDIATION AND NEXT STEPS (.7). | 1.00 | 655.00 |
| 04/04/16 | ESW | LENGTHY CONTINUED DISCUSSIONS WITH COMMITTEE AND YCA'S COUNSEL (2.0). | 2.00 | 1,310.00 |
| 04/05/16 | ESW | COMMITTEE MEETING (1.0) | 1.00 | 655.00 |
| 04/05/16 | RMB | CORRESPONDENCE WITH COMMITTEE RE UPDATES FROM US TRUSTEE AND MR. GENSBURG RE TIMING OF UPCOMING MATTERS (.1); CORRESPONDENCE WITH COMMITTEE RE SCHEDULING OF MATTERS POST-MEDIATION (.1). | 0.20 | 134.00 |
| 04/06/16 | ESW | MEETING WITH COMMITTEE RE STRATEGY POST-MEDIATION (1.3). | 1.30 | 851.50 |
| 04/07/16 | ESW | TWO MEETINGS WITH COMMITTEE, WITH DSI, TO EXPLORE SETTLEMENT OPTIONS (2.8). | 2.80 | 1,834.00 |
| 04/07/16 | RMB | CORRESPONDENCE WITH  COMMITTEE MEMBERS RE ORDER GRANTING JOAN CASEY'S LIFT STAY MOTION. | 0.10 | 67.00 |
| 04/08/16 | RMB | CALL WITH  COMMITTEE MEMBER TO DISCUSS DIRECTION OF CASE IF PARTIES FAIL TO AGREE ON TERMS OF A CONSENSUAL PLAN (.30). | 0.30 | 201.00 |
| 04/09/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE TO DISCUSS NEXT STEPS IN CASE – SALE OF DEBTOR (.3). | 0.30 | 196.50 |
| 04/11/16 | ESW | CONFERENCE WITH COMMITTEE RE SETTLEMENT OPTIONS IN LIGHT OF FAILED MEDIATION, AND CHAPTER 11 TRUSTEE MOTION – CONTENTS AND TIMING (1.4). | 1.40 | 917.00 |
| 04/12/16 | ESW | MEETING WITH COMMITTEE RE STATUS AND CHAPTER 11 TRUSTEE GROUNDS/EVIDENCE. | 0.50 | 327.50 |
| 04/13/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE SETTLEMENT OPTIONS (0.5). | 0.50 | 327.50 |
| 04/13/16 | JFRH | CORRESPONDENCE WITH COMMITTEE RE MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 0.40 | 126.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3067567
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/14/16 | JFRH | CORRESPONDENCE WITH COMMITTEE RE PROPOSED PLANS/SETTLEMENT. | 0.40 | 126.00 |
| 04/15/16 | ESW | COMMITTEE CALL RE SALE OF YCA; CHAPTER 11 TRUSTEE (0.4). | 0.40 | 262.00 |
| 04/15/16 | JFRH | CORRESPONDENCE WITH COMMITTEE RE MOTION TO APPOINT TRUSTEE. | 0.60 | 189.00 |
| 04/18/16 | ESW | CONFERENCES WITH COMMITTEE AND DSI TO REVIEW PROPOSALS PROVIDED ON APRIL 14 AND APRIL 18, 2016 BY YCA (1.1). | 1.10 | 720.50 |
| 04/18/16 | JFRH | CORRESPONDENCE WITH COMMITTEE RE MOTION TO APPOINT TRUSTEE (.4). | 0.40 | 126.00 |
| 04/19/16 | ESW | CONFERENCES WITH COMMITTEE AND DSI TO CRAFT SETTLEMENT TERMS (1.0). | 1.00 | 655.00 |
| 04/19/16 | JFRH | CORRESPONDENCE WITH COMMITTEE RE PLAN PROPOSALS. | 0.80 | 252.00 |
| 04/21/16 | RMB | CORRESPONDENCE WITH COMMITTEE RE FEBRUARY OPERATING REPORT AND AMENDED SCHEDULES. | 0.30 | 201.00 |
| 04/22/16 | ESW | EXTENSIVE DISCUSSIONS WITH COMMITTEE RE SETTLEMENT OPTIONS (1.3). | 1.30 | 851.50 |
| 04/22/16 | RMB | CALL WITH COMMITTEE MEMBERS TO DISCUSS LATEST PLAN PROPOSAL (1.0). | 1.00 | 670.00 |
| 04/23/16 | ESW | DRAFT MEMORANDUM TO COMMITTEE SUMMARIZING PROS AND CONS OF SETTLEMENT ALTERNATIVES EXCHANGED WITH YCA ON APRIL 21 AND APRIL 22, 2016. | 0.70 | 458.50 |
| 04/24/16 | ESW | CONFERENCE CALL WITH COMMITTEE RE SETTLEMENT PROPOSALS EXCHANGED OVER THE PAST 48 HOURS WITH YCA. | 0.80 | 524.00 |
| 04/25/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS THE DEBTOR'S OBJECTION TO THE COMMITTEE'S MOTION FOR DERIVATIVE STANDING TO SEEK SUBSTANTIVE CONSOLIDATION OF THE DEBTOR WITH TAS | 0.10 | 67.00 |
| 04/26/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE THE COMMITTEE'S RESPONSE TO THE DEBTOR'S OBJECTION TO DYKEMA'S THIRD INTERIM FEE APPLICATION | 0.10 | 67.00 |
| 04/27/16 | ESW | MEETING WITH COMMITTEE RE CONSENSUAL CHAPTER 11 PLAN (1.0). | 1.00 | 655.00 |
| 04/28/16 | ESW | DRAFT MEMORANDUM TO COMMITTEE SUMMARIZING COURT HEARING AND DISCUSSING TERMS OF DEBTOR'S ORALLY-DELIVERED PLAN (0.6) | 0.60 | 393.00 |



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3067567
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 04/29/16 | ESW | TELEPHONE CONFERENCES WITH COMMITTEE RE ORALLY-DELIVERED NEW PLAN SUGGESTION FROM DEBTOR ON APRIL 28, 2016 (0.8). | 0.80 | 524.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................................ **25.10**
**TOTAL LEGAL FEES**.................................................................................... **$  15,588.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.    111914-000008

INVOICE NO.  3067567
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|---------------------|--------|--------|-----------|
| ESW | EDWARD S. WEIL | 20.40 | 655.00 | 13,362.00 |
| RMB | RICHARD M. BENDIX | 2.10 | 670.00 | 1,407.00 |
| JFRH | JOHN F. RHOADES | 2.60 | 315.00 | 819.00 |
| | **TOTAL** | **25.10** | | **15,588.00** |

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW | CLIENT-MATTER NO.   111914-000008 CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS |
| JUNE 22, 2016 | INVOICE NO.  3067567 |
| | PAGE NO.  6 |

FEES.......................................................................$    15,588.00

**TOTAL AMOUNT DUE**.............................................**$    15,588.00**

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

JUNE 22, 2016
CLIENT-MATTER NO. 111914-000010
INVOICE NO. 3067568

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: FEE/EMPLOYMENT APPLICATIONS**

FEES .......................................................................$   19,631.50

DISBURSEMENTS ......................................................   220.40

**TOTAL AMOUNT DUE** ...............................................$   **19,851.90**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.    111914-000010

INVOICE NO.  3067568
PAGE NO.  2

## RE:  FEE/EMPLOYMENT APPLICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 04/06/16 | MADI | CONTINUED ATTENTION TO REVIEWING FEBRUARY INVOICES. | 0.80 | 308.00 |
| 04/07/16 | MADI | CONTINUED ATTENTION TO FEBRUARY BILLS. | 0.90 | 346.50 |
| 04/08/16 | MADI | FINALIZE FEBRUARY INVOICES FOR FILING, INCLUDING REVIEWING SAME FOR PRIVILEGED INFORMATION AND REDACTIONS (1.3); PREPARE NOTICE OF FILING (0.1); DRAFT COVER PAGE TO ACCOMPANY MONTHLY STATEMENTS (0.1); FILE SAME (0.1). | 1.60 | 616.00 |
| 04/11/16 | JEAB | UPDATE MOTION TO COMPEL PAYMENT OF COMMITTEE COUNSEL FEES AND EXPENSES. | 0.70 | 360.50 |
| 04/11/16 | JFRH | ANALYZE FEE APPLICATIONS AND ISSUES RELATED TO UNPAID ADMINISTRATIVE EXPENSES. | 1.80 | 567.00 |
| 04/11/16 | MADI | BEGIN PREPARING FOURTH INTERIM QUARTERLY FEE APPLICATION. | 1.60 | 616.00 |
| 04/12/16 | MADI | PREPARE FOURTH INTERIM QUARTERLY FEE APPLICATION. | 3.80 | 1,463.00 |
| 04/13/16 | ESW | OUTLINE ARGUMENT AND PREPARE FOR COURT ARGUMENT ON APRIL 14, 2016 ON CASE STATUS AND ON COMMITTEE'S THIRD INTERIM FEE PETITION. | 1.90 | 1,244.50 |
| 04/13/16 | ESW | TELEPHONE CONFERENCE WITH MR. GENSBURG RE COURT ON APRIL 14, 2016 (0.2) | 0.20 | 131.00 |
| 04/13/16 | ESW | EXAMINE COMMITTEE'S FOURTH INTERIM FEE PETITION. | 0.20 | 131.00 |
| 04/13/16 | MADI | CONTINUE DRAFTING FOURTH INTERIM QUARTERLY FEE APPLICATION. | 1.80 | 693.00 |
| 04/13/16 | RMB | REVIEW THIRD INTERIM FEE APPLICATION AND DISCUSS OBJECTIONS TO SAME WITH ED WEIL IN PREPARATION FOR TOMORROW'S HEARING. | 1.20 | 804.00 |
| 04/13/16 | RMB | REVISE DRAFT MOTION TO COMPEL PAYMENT OF FEES AND EXPENSES PREVIOUSLY AWARDED TO COMMITTEE COUNSEL | 2.00 | 1,340.00 |
| 04/14/16 | ESW | WORK ON REPLY IN SUPPORT OF THIRD INTERIM FEE PETITION. | 0.50 | 327.50 |
| 04/14/16 | MADI | CORRESPONDENCE WITH MR. GENSBERG RE DATE TO NOTICE FOURTH QUARTERLY APPLICATION (0.1); TELEPHONE CONFERENCE WITH MR. GENSBERG RE SAME (0.1); CONTINUED ATTENTION TO PREPARING FOURTH QUARTERLY FEE APPLICATION (0.6). | 0.80 | 308.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3067568
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 04/18/16 | MADI | CORRESPONDENCE WITH MR. GENSBERG RE EXTENSION OF TIME TO FILE FOURTH QUARTERLY FEE APP (0.1). | 0.10 | 38.50 |
| 04/20/16 | JFRH | DRAFT REPLY TO DEBTOR'S OBJECTION TO COMMITTEE COUNSEL'S FEE APPLICATION. | 2.80 | 882.00 |
| 04/20/16 | MADI | FINALIZE FOURTH QUARTERLY INTERIM FEE APPLICATION FOR FILING, INCLUDING PREPARATION OF PROPOSED ORDER AND ASSEMBLING ALL EXHIBITS (3.2); FILE SAME (0.2); TELEPHONE CONFERENCE AND CORRESPONDENCE WITH MR. GENSBERG AND MR. KENDZIORA TO FINALIZE DATE FOR HEARING RE SAME (0.1). | 3.50 | 1,347.50 |
| 04/20/16 | MADI | PREPARE COURTESY COPY OF FOURTH QUARTERLY INTERIM FEE APPLICATION FOR DELIVERY TO JUDGE DOYLE'S CHAMBERS. | 0.40 | 154.00 |
| 04/20/16 | SMAL | DRAFT AND FILE CERTIFICATES OF NO OBJECTION TO DYKEMA'S FEE STATEMENTS FROM NOVEMBER, DECEMBER, AND JANUARY. | 1.10 | 308.00 |
| 04/21/16 | ESW | DRAFT REPLY BRIEF IN OPPOSITION TO OBJECTION TO COMMITTEE'S PETITION TO ALLOW FEES AND EXPENSES INCURRED DURING THIRD INTERIM PERIOD (SEPTEMBER 1, 2015-NOVEMBER 30, 2015). | 0.50 | 327.50 |
| 04/21/16 | JEAB | REVIEW AND REVISE REPLY IN SUPPORT OF THIRD FEE APPLICATION. | 1.10 | 566.50 |
| 04/22/16 | ESW | DRAFT AND EDIT REPLY BRIEF IN OPPOSITION TO OBJECTION TO COMMITTEE'S PETITION TO ALLOW FEES AND EXPENSES INCURRED DURING THIRD INTERIM PERIOD (SEPTEMBER 1, 2015-NOVEMBER 30, 2015). | 1.10 | 720.50 |
| 04/22/16 | JFRH | ANALYZE DEBTOR'S OBJECTION TO COMMITTEE PROFESSIONALS' FEE APPLICATIONS. | 2.20 | 693.00 |
| 04/22/16 | JFRH | DRAFT REPLY TO DEBTOR'S OBJECTION TO COMMITTEE PROFESSIONALS' FEE APPLICATIONS. | 3.40 | 1,071.00 |
| 04/22/16 | KC | EXAMINATION OF DEBTORS' COUNSEL'S APPLICATION FOR COMPENSATION IN THIRD INTERIM PERIOD. | 3.50 | 997.50 |
| 04/22/16 | KC | RESEARCH RE: STANDARD FOR REASONABLENESS OF FEES IN BANKRUPTCY PROCEEDING. | 0.30 | 85.50 |
| 04/22/16 | KC | EXAMINATION OF DYKEMA'S THIRD INTERIM PERIOD BILLS TO IDENTIFY REDACTED ENTRIES REFERENCED IN DEBTOR'S OBJECTION TO DYKEMA'S FEE APPLICATION. | 0.40 | 114.00 |
| 04/23/16 | KC | REVISION TO REPLY OF COMMITTEE TO DEBTOR'S OBJECTION TO THIRD INTERIM FEE APPLICATION. | 0.80 | 228.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.    111914-000010

INVOICE NO.  3067568
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 04/23/16 | KC | RESEARCH RE: REASONABLENESS OF ATTORNEYS' FEES IN BANKRUPTCY CASES. | 0.30 | 85.50 |
| 04/24/16 | ESW | DRAFT AND EDIT REPLY BRIEF IN OPPOSITION TO OBJECTION TO COMMITTEE'S PETITION TO ALLOW FEES AND EXPENSES INCURRED DURING THIRD INTERIM PERIOD (SEPTEMBER 1, 2015-NOVEMBER 30, 2015). | 0.40 | 262.00 |
| 04/24/16 | KC | RESEARCH RE: REASONABLENESS OF ATTORNEYS' FEES IN BANKRUPTCY CASES. | 0.30 | 85.50 |
| 04/24/16 | KC | REVISION TO REPLY OF COMMITTEE TO DEBTOR'S OBJECTION TO THIRD INTERIM FEE APPLICATION. | 1.80 | 513.00 |
| 04/25/16 | ESW | FINAL EDITS TO REPLY BRIEF IN OPPOSITION TO OBJECTION TO COMMITTEE'S PETITION TO ALLOW FEES AND EXPENSES INCURRED DURING THIRD INTERIM PERIOD (SEPTEMBER 1, 2015-NOVEMBER 30, 2015) | 1.20 | 786.00 |
| 04/25/16 | JFRH | DRAFT/REVISE REPLY TO DEBTOR'S OBJECTION TO COMMITTEE PROFESSIONAL FEES. | 2.80 | 882.00 |
| 04/25/16 | KC | REVISION TO REPLY TO DEBTOR'S OBJECTION TO THIRD INTERIM FEE APPLICATION. | 0.80 | 228.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................................ **48.60**
**TOTAL LEGAL FEES** ....................................................................................... **$  19,631.50**

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW | CLIENT-MATTER NO.    111914-000010 |
| JUNE 22, 2016 | INVOICE NO.  3067568<br>PAGE NO.  5 |

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 04/21/16 | COURIER FOR COURT FILING SERVICES. DELIVER COURTESY COPIES TO JUDGE DOYLE. | 21.00 |
| | PRINTING EXPENSES | 199.40 |

**TOTAL DISBURSEMENTS ...................................$    220.40**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3067568
PAGE NO.  6

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|-----------------------|-------|--------|-----------|
| ESW | EDWARD S. WEIL | 6.00 | 655.00 | 3,930.00 |
| JEAB | JONATHAN E. ABERMAN | 1.80 | 515.00 | 927.00 |
| RMB | RICHARD M. BENDIX | 3.20 | 670.00 | 2,144.00 |
| JFRH | JOHN F. RHOADES | 13.00 | 315.00 | 4,095.00 |
| KC | KEVIN CONNOR | 8.20 | 285.00 | 2,337.00 |
| MADI | MARIA A. DIAKOUMAKIS | 15.30 | 385.00 | 5,890.50 |
| SMAL | SUZANNE M. ALTON | 1.10 | 280.00 | 308.00 |
| | **TOTAL** | **48.60** | | **19,631.50** |

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.   111914-000010 |
| CREDITORS OF YELLOW | FEE/EMPLOYMENT APPLICATIONS |
| JUNE 22, 2016 | INVOICE NO.  3067568 |
| | PAGE NO.  7 |


FEES.........................................................................$    19,631.50

DISBURSEMENTS ......................................................     220.40

**TOTAL AMOUNT DUE** .............................................$    19,851.90

DYKEMA GOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____      DATE:_____      AMOUNT:_____

THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED      JUNE 22, 2016
CREDITORS OF YELLOW      CLIENT-MATTER NO. 111914-000014
CAB AFFILIATION, INC.      INVOICE NO.  3067570
.

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  OTHER CONTESTED MATTERS**

FEES .......................................................................$     20,944.50

DISBURSEMENTS ......................................................     38.00

**TOTAL AMOUNT DUE ..............................................$    20,982.50**

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF YELLOW<br>JUNE 22, 2016 | CLIENT-MATTER NO.   111914-000014<br><br>INVOICE NO.  3067570<br>PAGE NO.  2 |

## RE: OTHER CONTESTED MATTERS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/07/16 | ESW | WORK ON DRAFT OF MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE (1.1). | 1.10 | 720.50 |
| 04/07/16 | JFRH | ANALYSIS RE MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 0.40 | 126.00 |
| 04/08/16 | JFRH | ANALYSIS RE INFORMATION SUPPORTING APPOINTMENT OF CHAPTER 11 TRUSTEE AND ADVERSARY COMPLAINTS. | 0.80 | 252.00 |
| 04/12/16 | ESW | MOTION FOR CHAPTER 11 TRUSTEE | 1.20 | 786.00 |
| 04/12/16 | ESW | MEETING WITH DSI RE FINANCIAL DOCUMENTATION AND COMMINGLING EVIDENCE IN SUPPORT OF MOTION FOR TRUSTEE. | 0.40 | 262.00 |
| 04/12/16 | JFRH | DRAFT MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 2.90 | 913.50 |
| 04/12/16 | JFRH | ANALYZE RELEVANT FACTS/INFORMATION/AUTHORITY TO SUPPORT MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 2.20 | 693.00 |
| 04/12/16 | RMB | MEET WITH KATY GLEASON AND ADAM BRIEF TO DISCUSS APPOINTMENT OF A CHAPTER 11 TRUSTEE AS AN ALTERNATIVE TO A MOTION TO CONVERT THE CASE TO CHAPTER 7 | 1.50 | 1,005.00 |
| 04/13/16 | ESW | CONFERENCE WITH DSI TO REVIEW DOCUMENTS TO BE USED IN CHAPTER 11 TRUSTEE MOTION DEMONSTRATING DEBTOR'S NON-COMPLIANCE WITH BANKRUPTCY MORS AND RE BUYER OPTIONS. | 1.00 | 655.00 |
| 04/13/16 | ESW | WORK ON DRAFT MOTION TO APPOINT CHAPTER 11 TRUSTEE | 0.30 | 196.50 |
| 04/13/16 | JFRH | ANALYZE RELEVANT INFORMATION/AUTHORITY FOR MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 2.20 | 693.00 |
| 04/13/16 | JFRH | DRAFT/REVISE MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 1.20 | 378.00 |
| 04/14/16 | ESW | WORK ON CHAPTER 11 TRUSTEE MOTION. | 0.50 | 327.50 |
| 04/14/16 | JFRH | DRAFT/REVISE MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 3.40 | 1,071.00 |
| 04/14/16 | JFRH | ANALYZE RELEVANT INFORMATION/AUTHORITY FOR MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 2.80 | 882.00 |
| 04/15/16 | ESW | DRAFT MOTION FOR CHAPTER 11 TRUSTEE (0.7). | 0.70 | 458.50 |
| 04/15/16 | JEAB | REVIEW AND REVISE DRAFT MOTION TO APPOINT CH. 11 TRUSTEE. | 1.60 | 824.00 |
| 04/15/16 | JFRH | DRAFT/REVISE MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 2.80 | 882.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.    111914-000014

INVOICE NO.  3067570
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/18/16 | ESW | WORK ON MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 1.50 | 982.50 |
| 04/18/16 | JEAB | CONFERENCE CALL TO DISCUSS PROPOSALS; REVIEW AND REVISE CH. 11 TRUSTEE MOTION. | 1.00 | 515.00 |
| 04/18/16 | JFRH | DRAFT/REVISE MOTION TO APPOINT CHAPTER 11 TRUSTEE (3.4). | 3.40 | 1,071.00 |
| 04/20/16 | ESW | WORK ON DRAFT OF CHAPTER 11 TRUSTEE MOTION. | 0.80 | 524.00 |
| 04/20/16 | JFRH | DRAFT/REVISE MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 0.80 | 252.00 |
| 04/22/16 | JFRH | DRAFT/REVISE MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 0.80 | 252.00 |
| 04/22/16 | RMB | CALL WITH KATY GLEASON TO DISCUSS APPOINTMENT OF A CHAPTER 11 TRUSTEE | 0.30 | 201.00 |
| 04/25/16 | RMB | ANALYSIS OF CANDIDATES FOR CHAPTER 7 OR 11 TRUSTEE (.10). | 0.10 | 67.00 |
| 04/26/16 | ESW | WORK ON DRAFT OF MOTION TO APPOINT CHAPTER 11 TRUSTEE (1.0); FINALIZE EXHIBITS TO MOTION (.3). | 1.30 | 851.50 |
| 04/26/16 | JAWA | DRAFT MOTION FOR EXTENSION OF TIME TO FILE REPLY. | 1.10 | 308.00 |
| 04/26/16 | RMB | ANALYSIS OF WHETHER TO (1) PURSUE MOTION TO APPOINT A CHAPTER 11 TRUSTEE, (2) AGREE TO CONVERSION OF CASE TO CHAPTER 7 OR (3) AGREE TO PLAN OF REORGANIZATION PROVIDING FOR LIQUIDATING TRUSTEE WITH POWERS TO OPERATE AND SELL DEBTOR'S BUSINESS AND PURSUE AVOIDANCE ACTIONS AND CLAIMS AGAINST AFFILIATES (1.0); REVIEW AND REVISE LATEST DRAFT OF COMMITTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE (.40) | 1.40 | 938.00 |
| 04/27/16 | ESW | DRAFT AND MAKE FINAL EDITS TO MOTION TO APPOINT CHAPTER 11 TRUSTEE, INCLUDING EXHIBITS THERETO. | 3.20 | 2,096.00 |
| 04/27/16 | JFRH | DRAFT/REVISE MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 1.20 | 378.00 |
| 04/27/16 | JFRH | ANALYZE DOCUMENTS TO SUPPORT MOTION TO APPOINT TRUSTEE. | 2.20 | 693.00 |
| 04/27/16 | MADI | PREPARE NOTICE OF MOTION AND PROPOSED ORDER RELATED TO MOTION TO APPOINT TRUSTEE. | 0.40 | 154.00 |
| 04/27/16 | RMB | CALL WITH KATY GLEASON TO DISCUSS BENEFITS OF A CHAPTER 11 TRUSTEE TO EITHER A CHAPTER 7 TRUSTEE OR A LIQUIDATING TRUSTEE UNDER A PLAN OF REORGANIZATION (.30); CALL WITH SHELLY DEROUSSE TO DISCUSS ELECTION OF CHAPTER 7 TRUSTEE AND POSSIBLE CANDIDATES (.50) | 0.80 | 536.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................    **47.30**
**TOTAL LEGAL FEES** ............................................................................$    **20,944.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3067570
PAGE NO.  4

---

## DISBURSEMENTS

| | |
|---|---:|
| PRINTING EXPENSES | 38.00 |
| **TOTAL DISBURSEMENTS** ...................................$ | **38.00** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3067570
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|--------|--------|------------|
| ESW | EDWARD S. WEIL | 12.00 | 655.00 | 7,860.00 |
| JEAB | JONATHAN E. ABERMAN | 2.60 | 515.00 | 1,339.00 |
| RMB | RICHARD M. BENDIX | 4.10 | 670.00 | 2,747.00 |
| JAWA | JENNIFER A. WARNER | 1.10 | 280.00 | 308.00 |
| JFRH | JOHN F. RHOADES | 27.10 | 315.00 | 8,536.50 |
| MADI | MARIA A. DIAKOUMAKIS | 0.40 | 385.00 | 154.00 |
| | **TOTAL** | **47.30** | | **20,944.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.   111914-000014
OTHER CONTESTED MATTERS
INVOICE NO.  3067570
PAGE NO.  6


FEES ........................................................................$   20,944.50

DISBURSEMENTS .....................................................   38.00

**TOTAL AMOUNT DUE** ...........................................$   **20,982.50**

DYKEMAGOSSETTPLLC

38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____   DATE:_____   AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

JUNE 22, 2016
CLIENT-MATTER NO. 111914-000015
INVOICE NO.  3067571

*FOR PROFESSIONAL SERVICES RENDERED*

## RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT

FEES..........................................................................$   57,281.00

DISBURSEMENTS .....................................................   116.65

**TOTAL AMOUNT DUE**..............................................$   **57,397.65**

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.   111914-000015 |
|---|---|
| CREDITORS OF YELLOW | |
| JUNE 22, 2016 | INVOICE NO.  3067571 |
| | PAGE NO.  2 |

## RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/01/16 | ESW | PARTICIPATE IN MEDIATION WITH JUDGE MCGARITY, ALL MEMBERS OF COMMITTEE (FLEW IN FROM OUT OF STATE), PRINCIPALS OF DEBTOR, COUNSEL FOR DEBTOR, DSI, ETC.; PREPARE UPDATED POSITION STATEMENTS AT REQUEST OF MEDIATOR. | 8.00 | **5,240.00** |
| 04/01/16 | JFRH | PREPARE FOR (1.2)  AND ATTEND MEDIATION (8.0). | 9.20 | **2,898.00** |
| 04/01/16 | RMB | ATTEND MEDIATION | 8.00 | **5,360.00** |
| 04/02/16 | ESW | DRAFT MEMORANDUM SUMMARIZING ALL-DAY MEDIATION COMMUNICATIONS AND INFORMATION GLEANED THEREFROM. | 1.10 | **720.50** |
| 04/02/16 | RMB | ANALYSIS OF MEDIATION AND STRATEGY FOR ACHIEVING SETTLEMENT | 1.00 | **670.00** |
| 04/04/16 | ESW | PREPARE ANALYSIS OF COMMITTEE OPTIONS. | 1.00 | **655.00** |
| 04/04/16 | JFRH | ANALYZE RELEVANT AUTHORITY RE PROPOSED PLANS AND SETTLEMENT OPTIONS. | 1.30 | **409.50** |
| 04/04/16 | RMB | REVIEW AND RESPOND TO EMAILS FROM LUCY CIMINO ASKING ABOUT THE RESULTS OF FRIDAY'S MEDIATION BETWEEN THE DEBTOR AND THE CREDITORS' COMMITTEE. | 0.20 | **134.00** |
| 04/04/16 | RMB | DEVELOP STRATEGY FOR ██████████ ██████████ AND DISMISSAL OF CASE PURSUANT TO ORDER APPROVING SETTLEMENT AND REQUIRING DEBTOR TO PAY ALL OTHER UNSECURED CLAIMS IN FULL IN THE ORDINARY COURSE OF BUSINESS (.50); CALL WITH MATT GENSBURG TO DISCUSS FOREGOING SETTLEMENT AND CONTINUANCE OF ALL MATTERS SET FOR HEARING ON APRIL 7 SO THAT PARTIES CAN CONTINUE THEIR SETTLEMENT DISCUSSIONS (.50) | 1.00 | **670.00** |
| 04/05/16 | ESW | REVIEW OF DOCUMENTS FROM DSI RE POSSIBLE BUYERS OF YCA (0.5); MEETING WITH ██████████ RE EXIT FROM CASE BY SELLING YCA'S ASSETS (1.5); MEETING AT DSI AND TELEPHONE CONFERENCES WITH PROSPECTIVE BUYERS AND INDUSTRY PARTICIPANTS (2.5). | 4.50 | **2,947.50** |
| 04/05/16 | JFRH | ANALYZE RELEVANT AUTHORITY RE PROPOSED PLAN/SETTLEMENT OPTIONS. | 1.20 | **378.00** |
| 04/05/16 | JFRH | ANALYSIS RE POTENTIAL SALE IN CONNECTION WITH PLAN OF REORGANIZATION. | 0.90 | **283.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3067571
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-------------|-------|--------|
| 04/05/16 | RMB | ANALYSIS OF DISCUSSIONS WITH POTENTIAL PURCHASERS OF YCA'S ASSETS (.10). | 0.10 | 67.00 |
| 04/06/16 | RMB | DEVELOP STRATEGY FOR NEGOTIATING SETTLEMENT. | 0.10 | 67.00 |
| 04/07/16 | ESW | TELEPHONE CONFERENCE WITH MR. CLIFFORD (0.2); REVIEW OF MEDALLION CONCENTRATION NUMBERS, AND YELLOW GROUP-TAS FINANCIAL NEXUS DOCUMENTS FOR (A) INCLUSION IN CHAPTER 11 TRUSTEE MOTION, (B) USE BY A BROKER REQUESTING THIS INFORMATION TO MARKET THE COMPANY, AND (C) FOR SETTLEMENT PURPOSES (0.7). | 0.90 | 589.50 |
| 04/07/16 | RMB | CONTINUED ATTENTION TO SETTLEMENT STRATEGY. | 0.50 | 335.00 |
| 04/08/16 | ESW | FOLLOW-UP TO FAILED MEDIATION: MULTIPLE MEETINGS WITH DSI, COMMITTEE, AND CREDITOR'S COUNSEL TO REVIEW OPTIONS, MATTER STATUS, PLAN SETTLEMENT OPTIONS, AND STRATEGY. | 5.00 | 3,275.00 |
| 04/08/16 | JFRH | ANALYSIS RE PROPOSED PLANS OF REORGANIZATION. | 1.20 | 378.00 |
| 04/08/16 | RMB | MEET WITH BOB CLIFFORD TIM TOMASIK AND COMMITTEE MEMBERS (BY TELEPHONE) TO DISCUSS STATUS OF CASE AND STRATEGY FOR ACHIEVING CONSENSUAL PLAN OF REORGANIZATION (.70). | 0.70 | 469.00 |
| 04/11/16 | ESW | TELEPHONE CONFERENCE WITH CREDITOR ATTORNEY RE SETTLEMENT PROPOSALS, POTENTIAL BUYER, AND MOTION FOR CHAPTER 11 TRUSTEE (0.8). | 0.80 | 524.00 |
| 04/11/16 | ESW | TELEPHONE CONFERENCE WITH ███████ RE TERMS OF ENGAGEMENT TO ASSIST IN LOCATING A BUYER FOR THE ASSETS OF YCA (0.5); TWO TELEPHONE CONFERENCES WITH MR. GENSBURG RE CASE STATUS, COURT ON APRIL 14, 2016, AND SETTLEMENT (0.6). | 1.10 | 720.50 |
| 04/12/16 | ESW | MEETING WITH U.S. TRUSTEE'S OFFICE – MS. GLEASON AND MR. ADAM BRIEF. | 2.00 | 1,310.00 |
| 04/14/16 | ESW | MEETING WITH DEBTOR'S COUNSEL RE NEW PROPOSAL/SETTLEMENT, WITH UST (0.8); REVIEW OF AND DISCUSSION WITH DSI AND COMMITTEE NEW PROPOSAL AND RESPONSE (1.0); TELEPHONE CONFERENCE WITH ███████ ███████ (0.5). | 2.30 | 1,506.50 |
| 04/15/16 | ESW | LATEST PROPOSAL FROM YCA OF APRIL 14, 2016 (1.1). | 1.10 | 720.50 |
| 04/15/16 | JFRH | ANALYZE SETTLEMENT OPTIONS/PLAN PROPOSALS. | 2.60 | 819.00 |
| 04/15/16 | JFRH | ANALYSIS RE ADMINISTRATIVE INSOLVENCY/LIQUIDATION. | 1.20 | 378.00 |
| 04/18/16 | ESW | PLAN SETTLEMENT NEGOTIATIONS WITH YCA (1.1). | 1.10 | 720.50 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.    111914-000015

INVOICE NO.  3067571
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 04/18/16 | JFRH | ANALYZE SETTLEMENT PROPOSALS/STRATEGY FOR NEXT STEPS. | 2.20 | 693.00 |
| 04/19/16 | ESW | DISCUSS CASE AND PLAN SETTLEMENT NEGOTIATIONS WITH MR. GENSBURG (.8). | 0.80 | 524.00 |
| 04/19/16 | ESW | RESPOND TO APRIL 14 AND APRIL 18 SETTLEMENT PROPOSALS OF DEBTOR (.7). | 0.70 | 458.50 |
| 04/19/16 | JFRH | ANALYSIS RE PLAN PROPOSALS. | 1.20 | 378.00 |
| 04/20/16 | ESW | WORK ON CONSENSUAL PLAN SETTLEMENT COUNTERPROPOSAL (1.5); TELEPHONE CONFERENCE WITH MR. BLOCK, PROSPECTIVE BUSINESS BROKER TO LOCATE A BUYER FOR YCA –REVIEW OF EMAIL AND PROPOSED AGREEMENT FROM MR. BLOCK (0.5); TELEPHONE CONFERENCE WITH MR. O'MALLEY OF DSI RE COURT ON APRIL 21, 2016 AND RE SETTLEMENT (0.2). | 2.20 | 1,441.00 |
| 04/21/16 | ESW | PREPARE FOR COURT ON VARIOUS MOTIONS AND STATUSES (.8); COURT APPEARANCE (1.0). | 1.80 | 1,179.00 |
| 04/21/16 | ESW | SETTLEMENT MEETING WITH MR. GENSBURG AFTER COURT, WITH MS. GLEASON AND OTHERS (.5); PREPARE SETTLEMENT COUNTERPROPOSAL RE CONSENSUAL PLAN (2.5);  MEETING WITH DSI AND COMMITTEE RE SAME (.5); DRAFT OUTLINE OF LIQUIDATING PLAN (1.0). | 4.50 | 2,947.50 |
| 04/21/16 | JEAB | DISCUSS SETTLEMENT WITH P. O'MALLEY (.5). | 0.50 | 257.50 |
| 04/21/16 | JEAB | ANALYZE STRUCTURE OF SETTLEMENT PROPOSAL AND CH. 11 AND CH. 7 ALTERNATIVES (2.2). | 2.20 | 1,133.00 |
| 04/21/16 | JEAB | DRAFT/REVISE SETTLEMENT PROPOSAL (1.3). | 1.30 | 669.50 |
| 04/21/16 | JFRH | ANALYZE NEW PLAN PROPOSAL FROM DEBTOR'S COUNSEL. | 0.40 | 126.00 |
| 04/21/16 | RMB | PARTICIPATE IN CONFERENCE CALL WITH PAT O'MALLEY AND SHELLY CUFF TO DISCUSS TERMS OF PLAN PROPOSAL TO MAKE TO MATT GENSBURG | 0.50 | 335.00 |
| 04/22/16 | ESW | EXTENSIVE SETTLEMENT MEETINGS AND DISCUSSIONS WITH MR. GENSBURG (1.0); DRAFT NEW SETTLEMENT PROPOSAL TO YCA (2.4); RESPONSE TO SETTLEMENT PROPOSALS FROM YCA RECEIVED VERBALLY (.8). | 4.20 | 2,751.00 |
| 04/22/16 | RMB | REVIEW TERMS OF LATEST PLAN PROPOSAL TO SEND TO MATT GENSBURG (1.0); CALL WITH MATT GENSBURG TO DISCUSS LATEST PLAN PROPOSAL (.20) | 1.20 | 804.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.    111914-000015

INVOICE NO.  3067571
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/25/16 | ESW | ONGOING NEGOTIATION OF POTENTIAL CONSENSUAL 19-POINT LIQUIDATION PLAN PROPOSAL (.8). MULTIPLE TELEPHONE CONFERENCES WITH MR. GENSBURG AND SAME (.3). TELEPHONE CONFERENCE WITH MS. GLEASON RE SAME (.2). TELEPHONE CONFERENCE WITH DSI RE SAME (.2). | 1.50 | 982.50 |
| 04/25/16 | RMB | ANALYSIS OF CONTENT AND TIMING OF COUNTER-OFFER TO MATT GENSBURG RE TERMS OF LIQUIDATING PLAN (.20); CALL WITH MATT GENSBURG TO DISCUSS COMMITTEE'S THE CONSENSUAL PLAN PROPOSAL (.10); REVIEW DRAFT OF CONSENSUAL PLAN PROPOSAL TO MATT GENSBURG AND COMMITTEE MEMBER'S COMMENTS ON SAME (.30) | 0.60 | 402.00 |
| 04/26/16 | ESW | EXTENSIVE SETTLEMENT DISCUSSIONS AND NEGOTIATIONS WITH YCA'S COUNSEL (1.0); DRAFT COUNTER-PROPOSAL AND COMMENTS TO YCA'S LATEST PROPOSALS, INCLUDING ALTERNATIVES REGARDING PRESERVATION OF CLAIMS, INCLUSION OF INTELLECTUAL PROPERTY IN SALE OF YCA, ETC (1.0). COMMUNICATIONS AND TELEPHONE; TELEPHONE CONFERENCE WITH MS. GLEASON RE SAME (.3); MEETING WITH DSI RE SAME (.4). CONSULTATION WITH OTHER CREDITORS RE SAME (.8). | 3.50 | 2,292.50 |
| 04/26/16 | JFRH | ANALYZE POTENTIAL PLANS FOR REORGANIZATION. | 0.60 | 189.00 |
| 04/26/16 | RMB | EXAMINE PROPOSED PLAN TERMS AND COMMITTEE'S RESPONSE TO SAME | 1.00 | 670.00 |
| 04/27/16 | ESW | SEVERAL TELEPHONE CONFERENCES WITH AND WRITTEN EMAIL COMMUNICATIONS WITH MR. GENSBURG TO NEGOTIATE CONSENSUAL CHAPTER 11 PLAN OF LIQUIDATION (1.4); TELEPHONE CONFERENCE WITH MS. GLEASON RE SAME (0.2). | 2.10 | 1,375.50 |
| 04/27/16 | RMB | CALL WITH MATT GENSBURG TO DISCUSS REASONS WHY COMMITTEE PREFERS CHAPTER 11 TRUSTEE TO LIQUIDATING TRUSTEE (.10); ANALYZE STRATEGY RE SAME (.30); CALL WITH MATT GENSBURG TO DISCUSS SAME (.10) | 0.40 | 268.00 |
| 04/28/16 | ESW | OUTLINE ARGUMENTS IN PREPARATION FOR COURT HEARING, AND COURT HEARING ON STATUS OF PLAN PROPOSAL, DISCLOSURE STATEMENT, EXTENSION OF EXCLUSIVITY, CHAPTER 11 TRUSTEE AND DEBTOR'S SUGGESTION THAT IT WILL SEEK TO CONVERT THE CASE (1.2); DISCUSSION AFTER COURT WITH MR. GENSBURG AT WHICH MR. GENSBURG OUTLINED AN IDEA FOR A NEW PLAN OF LIQUIDATION (0.4); MEETING WITH COUNSEL FOR TWO CREDITORS IN ATTENDANCE AT HEARING (0.4) | 2.00 | 1,310.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3067571
PAGE NO.  6

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|------------|-------|--------|
| 04/28/16 | ESW | CONSIDERATION OF NEW PROPOSED PLAN OF DEBTOR'S – INCLUDING CRAM-DOWN OF CREDITORS COMMITTEE AND SUGGESTION THAT ALL AFFILIATES OF DEBTOR WOULD RECEIVE A FULL RELEASE OF CLAIMS IN EXCHANGE FOR AGREEMENT BY ONLY ONE SUCH AFFILIATE, YELLOW GROUP, TO ALLOW THE YELLOW IP TO BE INCLUDED IN A SALE OF THE DEBTOR'S ASSETS AND REVIEW OF APPLICABLE  SEVENTH CIRCUIT AND OTHER AUTHORITY RE CRAM-DOWN RIGHTS AND ADEQUATE CONSIDERATION FOR RELEASE (1.5). | 1.50 | 982.50 |
| 04/28/16 | ESW | INITIAL PREPARATION OF LIQUIDATION ANALYSIS AND "BEST INTEREST OF CREDITORS" ANALYSIS IN LIGHT OF DEBTOR'S LATEST PROPOSAL. | 0.20 | 131.00 |
| 04/28/16 | RMB | ANALYSIS OF DEBTOR'S TERMS OF ITS LATEST PROPOSAL FOR CONSENSUAL PLAN OF REORGANIZATION | 0.50 | 335.00 |
| 04/29/16 | DDW | REVIEW OF MOTION TO APPOINT A CHAPTER 11 TRUSTEE AND EXAMINE VARIOUS PLAN ISSUES (1.40). | 1.40 | 882.00 |
| 04/29/16 | ESW | CONSIDERATION OF ENFORCEABILITY/LEGALITY OF CRAM-DOWN NATURE OF NEW ORALLY-PROPOSED NEW LIQUIDATION PLAN OF DEBTOR (1.0); TELEPHONE CONFERENCE WITH MR. BLOCK RE POSSIBLE SALE OF DEBTOR (0.5) | 1.50 | 982.50 |
| 04/29/16 | RMB | ANALYSIS OF FLAWS IN TERMS OF DEBTOR'S LATEST PLAN PROPOSAL | 0.80 | 536.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................   **99.40**
**TOTAL LEGAL FEES**.............................................................. $   **57,281.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3067571
PAGE NO.  7

### DISBURSEMENTS

| | | |
|---|---|---|
| 04/21/16 | CAB TO COURT | 7.75 |
| 04/21/16 | CAB FROM COURT | 8.25 |
| 04/21/16 | TRAVEL TO COURT | 9.25 |
| | PRINTING EXPENSES | 91.40 |

**TOTAL DISBURSEMENTS ................................... $   116.65**

***NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.***

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JUNE 22, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3067571
PAGE NO.  8

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|-------------|-------:|------:|--------:|
| DDW | D. WILLIAMSON | 1.40 | 630.00 | 882.00 |
| ESW | EDWARD S. WEIL | 55.40 | 655.00 | 36,287.00 |
| JEAB | JONATHAN E. ABERMAN | 4.00 | 515.00 | 2,060.00 |
| RMB | RICHARD M. BENDIX | 16.60 | 670.00 | 11,122.00 |
| JFRH | JOHN F. RHOADES | 22.00 | 315.00 | 6,930.00 |
| **TOTAL** | | **99.40** | | **57,281.00** |

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF YELLOW | CLIENT-MATTER NO.   111914-000015<br>PLAN OF<br>REORGANIZATION/LIQUIDATION AND<br>DISCLOSURE STATEMENT |
| JUNE 22, 2016 | INVOICE NO.  3067571<br>PAGE NO.  9 |

FEES.........................................................................$   57,281.00

DISBURSEMENTS .....................................................   116.65

**TOTAL AMOUNT DUE** ............................................$   57,397.65

**DYKEMA GOSSETT** PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____      DATE:_____      AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____