# EXHIBIT B

May 2016 Monthly Invoices

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

JULY 12, 2016
CLIENT-MATTER NO. 111914-000005
INVOICE NO.  3070713

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CASE ADMINISTRATION**

FEES.........................................................................$      2,160.50

**TOTAL AMOUNT DUE**.............................................$     **2,160.50**

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.   111914-000005 |
|---|---|
| CREDITORS OF YELLOW | |
| JULY 12, 2016 | INVOICE NO.  3070713 |
| | PAGE NO.  2 |

## RE:  CASE ADMINISTRATION

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/03/16 | ESW | PREPARE FOR COURT ON MAY 4, 2016 ON MULTIPLE MATTERS. | 0.40 | 262.00 |
| 05/04/16 | RMB | ATTEND STATUS HEARING ON ALL PENDING MATTERS. | 1.00 | 670.00 |
| 05/11/16 | ESW | REVIEW OF LAWSUIT FILED AGAINST YCA, FORWARDED BY MR. GENSBURG. | 0.20 | 131.00 |
| 05/13/16 | ESW | REVIEW OF NEW CLASS ACTION LAWSUIT FILED AGAINST YCA PROVIDED BY MR. GENSBURG. | 0.40 | 262.00 |
| 05/13/16 | ESW | REVIEW OF MARCH OPERATING REPORT FILED BY DEBTOR, FOR INCORPORATION INTO MOTION TO COMPEL. | 0.20 | 131.00 |
| 05/18/16 | ESW | REVIEW OF PATT CLASS ACTION LAWSUIT AGAINST YCA PROVIDED BY DEBTOR'S COUNSEL, AND CORRESPONDENCE RE SAME. | 0.30 | 196.50 |
| 05/25/16 | RMB | REVIEW DEBTOR'S OPERATING REPORT FOR MARCH, 2016. | 0.10 | 67.00 |
| 05/26/16 | JFRH | ANALYZE RELEVANT INFORMATION RE SALEABILITY OF DEBTOR, LITIGATION INVOLVING DEBTOR'S AFFILIATES, AND DEBTOR'S OPERATIONS/ACCOUNTING. | 1.40 | 441.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **4.00**

**TOTAL LEGAL FEES**.............................................................................**$   2,160.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3070713
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 1.50 | 655.00 | 982.50 |
| RMB | RICHARD M. BENDIX | 1.10 | 670.00 | 737.00 |
| JFRH | JOHN F. RHOADES | 1.40 | 315.00 | 441.00 |
| | **TOTAL** | **4.00** | | **2,160.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.   111914-000005
CASE ADMINISTRATION
INVOICE NO.  3070713
PAGE NO.  4

FEES.......................................................................$      2,160.50

**TOTAL AMOUNT DUE**............................................$    **2,160.50**



**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:**_____     **DATE:**_____     **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

DUE UPON RECEIPT

JULY 12, 2016
CLIENT-MATTER NO. 111914-000007
INVOICE NO.  3070714

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE INVESTIGATIONS**

FEES..........................................................................$     1,792.50

DISBURSEMENTS .....................................................     691.10

**TOTAL AMOUNT DUE ..............................................$      2,483.60**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3070714
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE INVESTIGATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 05/02/16 | KC | RESEARCH RE: MEDIA COVERAGE OF PENDING CLASS ACTIONS AGAINST YELLOW CAB IN ILLINOIS. | 1.00 | 285.00 |
| 05/09/16 | KC | RESEARCH RE: CLASS ACTION SUITS BROUGHT FOR FAILURE TO PAY OVERTIME TO EMPLOYEES. | 1.20 | 342.00 |
| 05/11/16 | ESW | COURT APPEARANCE ON STATUS OF MULTIPLE MATTERS, INCLUDING TWO MOTIONS TO LIFT STAY, THIRD INTERIM FEE APPLICATIONS, STATUS ON DISCOVERY AND CASE, ETC. | 1.50 | 982.50 |
| 05/11/16 | KC | CONFERENCE WITH R. BOONIN RE: CLASS ACTIONS ARISING FROM UNPAID PRE- AND POST-SHIFT WORK. | 0.20 | 57.00 |
| 05/19/16 | JFRH | CORRESPONDENCE WITH DSI RE DEBTOR'S FINANCIAL AFFAIRS. | 0.40 | 126.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................ **4.30**
**TOTAL LEGAL FEES** ................................................................ $ **1,792.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3070714
PAGE NO.  3

| | **DISBURSEMENTS** | |
|---|---|---|
| 05/11/16 | COURIER FOR COURT FILING SERVICES.  DELIVER DOCUMENTS TO JACKLEEN DIFINI AT U.S. BANKRUPTCY COURT. | 21.00 |
| 05/01/16 | RELATIVITY RECOVERIES | 650.00 |
| | SCANNING EXPENSES | 1.40 |
| | PRINTING EXPENSES | 18.70 |

**TOTAL DISBURSEMENTS ................................... $    691.10**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3070714
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|-------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 1.50 | 655.00 | 982.50 |
| JFRH | JOHN F. RHOADES | 0.40 | 315.00 | 126.00 |
| KC | KEVIN CONNOR | 2.40 | 285.00 | 684.00 |
| | **TOTAL** | **4.30** | | **1,792.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

JULY 12, 2016

CLIENT-MATTER NO.   111914-000007
CREDITORS' COMMITTEE
INVESTIGATIONS
INVOICE NO.  3070714
PAGE NO.  5

FEES..........................................................................$     1,792.50

DISBURSEMENTS ....................................................       691.10

TOTAL AMOUNT DUE.............................................$     2,483.60

DYKEMAGOSSETT PLLC

38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243

CLIENT CHECK INFORMATION
PLEASE COMPLETE:

CHECK #:_____     DATE:_____     AMOUNT:_____

THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

FOR FIRM USE:
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

JULY 12, 2016
CLIENT-MATTER NO. 111914-000008
INVOICE NO. 3070716

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS**

FEES.........................................................................$      3,419.00

**TOTAL AMOUNT DUE**...........................................$      **3,419.00**

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.   111914-000008 |
|---|---|
| CREDITORS OF YELLOW | |
| JULY 12, 2016 | INVOICE NO.  3070716 |
| | PAGE NO.  2 |

## RE: CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/03/16 | RMB | CALL WITH COMMITTEE TO DISCUSS DEBTOR' LATEST PROPOSAL FOR A CONSENSUAL REORGANIZATION PLAN AND RESPONSE TO SAME | 0.50 | 335.00 |
| 05/05/16 | ESW | DRAFT MEMORANDUM TO COMMITTEE RE COURT ON MAY 4, 2016 AND STATUS/STRATEGY GOING FORWARD, INCLUDING SUMMARY OF DEBTOR'S PROPOSED PLAN. | 1.20 | 786.00 |
| 05/05/16 | RMB | ANALYSIS OF PROPOSED CORRESPONDENCE TO COMMITTEE REPORTING ON YESTERDAY'S HEARING IN BANKRUPTCY COURT. | 0.40 | 268.00 |
| 05/06/16 | RMB | SEND MARIEL RODRIGUEZ'S LIFT STAY MOTION TO COMMITTEE MEMBERS | 0.10 | 67.00 |
| 05/10/16 | ESW | MEETING WITH COMMITTEE RE SETTLEMENT ALTERNATIVES WITH YCA. | 0.40 | 262.00 |
| 05/11/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE STATUS OF SETTLEMENT DISCUSSIONS. | 0.20 | 131.00 |
| 05/11/16 | RMB | SEND ORDERS GRANTING (1) MARC LENIHAN'S LIFT STAY MOTION, AND (2)  THIRD INTERIM FEE APPLICATIONS OF GREENBERG TRAURIG AND DALE & GENSBURG TO COMMITTEE MEMBERS | 0.30 | 201.00 |
| 05/18/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE DALE & GENSBURG'S APRIL, 2016 MONTHLY STATEMENTS. | 0.10 | 67.00 |
| 05/20/16 | JFRH | CORRESPONDENCE WITH CLIENT RE STATUS OF PROCEEDINGS. | 0.20 | 63.00 |
| 05/23/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE MOTION TO COMPEL PAYMENT OF COMMITTEE'S PROFESSIONALS | 0.10 | 67.00 |
| 05/24/16 | JFRH | CORRESPONDENCE WITH COMMITTEE RE APPOINTMENT OF TRUSTEE, FEE OBJECTIONS/APPLICATIONS. | 0.80 | 252.00 |
| 05/25/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE MEMBERS RE COMMITTEE PLAN OPTIONS AND UPCOMING HEARING STRATEGY. | 0.50 | 327.50 |
| 05/25/16 | RMB | SEND COPY OF DEBTOR'S MARCH 2016 OPERATING REPORT COMMITTEE MEMBERS AND DSI. | 0.10 | 67.00 |
| 05/26/16 | ESW | CREDITOR COMMITTEE MEETING TO DISCUSS CASE STATUS, STATUS OF MOTION TO APPOINT CHAPTER 11 TRUSTEE, AND RELATED MATTERS (0.4); TELEPHONE CONFERENCE WITH COUNSEL RE SAME (0.3). | 0.70 | 458.50 |



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3070716
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-------------|-------|--------|
| 05/31/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE DEBTOR'S OBJECTION TO THE COMMITTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE | 0.10 | 67.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ......................................................... **5.70**
**TOTAL LEGAL FEES** ..................................................................... **$   3,419.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.    111914-000008

INVOICE NO.  3070716
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| ESW | EDWARD S. WEIL | 3.00 | 655.00 | 1,965.00 |
| RMB | RICHARD M. BENDIX | 1.70 | 670.00 | 1,139.00 |
| JFRH | JOHN F. RHOADES | 1.00 | 315.00 | 315.00 |
| **TOTAL** | | **5.70** | | **3,419.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

JULY 12, 2016

CLIENT-MATTER NO.   111914-000008
CREDITORS' COMMITTEE MEETING
AND COMMUNICATIONS
INVOICE NO.  3070716
PAGE NO.  5


FEES.......................................................................$      3,419.00


**TOTAL AMOUNT DUE**..........................................$      **3,419.00**


**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**


**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____


**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

JULY 12, 2016
CLIENT-MATTER NO. 111914-000010
INVOICE NO.  3070717

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  FEE/EMPLOYMENT APPLICATIONS**

FEES ............................................................$    10,910.00

DISBURSEMENTS ....................................................    149.35

**TOTAL AMOUNT DUE** ..............................................$    **11,059.35**

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.   111914-000010 |
|---|---|
| CREDITORS OF YELLOW | |
| JULY 12, 2016 | INVOICE NO.  3070717 |
| | PAGE NO.  2 |

## RE:  FEE/EMPLOYMENT APPLICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/14/16 | ESW | COURT APPEARANCE ON STATUS OF PLAN AND DISCLOSURE STATEMENT AND ON THIRD INTERIM FEE PETITION. | 1.20 | 786.00 |
| 05/04/16 | MADI | EXAMINE MARCH INVOICES IN PREPARATION OF FILING MONTHLY STATEMENTS. | 0.30 | 115.50 |
| 05/09/16 | MADI | CONTINUED REVIEW OF MARCH INVOICES. | 0.30 | 115.50 |
| 05/10/16 | RMB | REVIEW FOURTH INTERIM FEE APPLICATIONS FILED BY COUNSEL AND CO-COUNSEL FOR DEBTORS. | 1.00 | 670.00 |
| 05/11/16 | JFRH | ANALYSIS OF COURT'S AWARD/REQUEST RE COMMITTEE'S PROFESSIONAL FEES. | 0.40 | 126.00 |
| 05/11/16 | JFRH | PREPARE MOTION TO COMPEL PAYMENT OF FEES. | 0.60 | 189.00 |
| 05/11/16 | MADI | EXAMINE UNREDACTED INVOICES SUBMITTED WITH THIRD INTERIM APPLICATION FOR PAYMENT. | 0.70 | 269.50 |
| 05/12/16 | JFRH | PREPARE MOTION TO COMPEL PAYMENT OF FEES. | 0.40 | 126.00 |
| 05/12/16 | JFRH | ANALYSIS RE DEBTOR'S FEE APPLICATION. | 0.50 | 157.50 |
| 05/13/16 | ESW | DRAFT MOTION TO COMPEL. | 0.40 | 262.00 |
| 05/13/16 | JEAB | REVIEW AND REVISE MOTION TO COMPEL PAYMENT OF FEES. | 0.90 | 463.50 |
| 05/13/16 | JFRH | DRAFT MOTION TO COMPEL PAYMENT OF FEES. | 3.20 | 1,008.00 |
| 05/13/16 | MADI | ANALYSIS OF AMOUNTS ALLOWED BY COURT AND PAID TO DATE. | 0.70 | 269.50 |
| 05/16/16 | MADI | EXAMINE MARCH INVOICES. | 1.10 | 423.50 |
| 05/17/16 | MADI | EXAMINE MARCH INVOICES FOR SUBMISSION WITH MONTHLY STATEMENTS. | 0.80 | 308.00 |
| 05/17/16 | RMB | REVIEW AND REVISE DRAFT MOTION TO COMPEL PAYMENT OF DYKEMA'S FEES | 0.50 | 335.00 |
| 05/18/16 | ESW | COURT APPEARANCE ON FEE APPLICATIONS. | 0.70 | 458.50 |
| 05/18/16 | RMB | REVIEW AND REVISE MOTION TO COMPEL PAYMENT OF DYKEMA'S FEES IN LIGHT OF COMMENTS FROM COMMITTEE | 1.00 | 670.00 |
| 05/19/16 | ESW | DRAFT MOTION TO COMPEL PAYMENT OF FEES. | 0.50 | 327.50 |
| 05/19/16 | JFRH | DRAFT MOTION TO COMPEL PAYMENT OF FEES. | 3.80 | 1,197.00 |
| 05/20/16 | ESW | FINALIZE MOTION TO COMPEL. | 1.00 | 655.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.    111914-000010

INVOICE NO.  3070717
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 05/20/16 | JFRH | DRAFT/REVISE MOTION TO COMPEL PAYMENT. | 2.60 | 819.00 |
| 05/24/16 | ESW | REVIEW OF DOCUMENTS AND PREPARE FOR COURT ON MAY 25, 2016 (0.2); TELEPHONE CONFERENCE WITH COMMITTEE (0.2). | 0.40 | 262.00 |
| 05/25/16 | ESW | COURT APPEARANCE ON MOTION TO COMPEL (1.0). | 1.00 | 655.00 |
| 05/25/16 | JFRH | ANALYZE ISSUES RE MOTION TO COMPEL PAYMENT OF FEES. | 0.40 | 126.00 |
| 05/25/16 | MADI | PREPARE PROPOSED ORDER FOR MOTION TO COMPEL (0.2); FILE SAME (0.1). | 0.30 | 115.50 |
| 05/31/16 | JFRH | DRAFT COMMITTEE'S RESPONSE TO DEBTOR'S OBJECTION TO FOURTH INTERIM FEE APPLICATION. | 3.20 | 0.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................    **27.90**
**TOTAL LEGAL FEES** .............................................................$  **10,910.00**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.    111914-000010

INVOICE NO.  3070717
PAGE NO.  4

### DISBURSEMENTS

| | | |
|---|---|---:|
| 05/11/16 | TAXI TO COURT | 7.75 |
| | PRINTING EXPENSES | 141.60 |

**TOTAL DISBURSEMENTS ...................................$    149.35**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.   111914-000010 |
|---|---|
| CREDITORS OF YELLOW | |
| JULY 12, 2016 | INVOICE NO.  3070717 |
| | PAGE NO.  5 |

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| ESW | EDWARD S. WEIL | 5.20 | 655.00 | 3,406.00 |
| JEAB | JONATHAN E. ABERMAN | 0.90 | 515.00 | 463.50 |
| RMB | RICHARD M. BENDIX | 2.50 | 670.00 | 1,675.00 |
| JFRH | JOHN F. RHOADES | 3.20 | 315.00 | 0.00 |
| JFRH | JOHN F. RHOADES | 11.90 | 315.00 | 3,748.50 |
| MADI | MARIA A. DIAKOUMAKIS | 4.20 | 385.00 | 1,617.00 |
| | **TOTAL** | **27.90** | | **10,910.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.   111914-000010
FEE/EMPLOYMENT APPLICATIONS
INVOICE NO.  3070717
PAGE NO.  6


FEES ..........................................................................$   10,910.00

DISBURSEMENTS .....................................................   149.35

**TOTAL AMOUNT DUE** ............................................$   <u>11,059.35</u>

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

JULY 12, 2016
CLIENT-MATTER NO. 111914-000011
INVOICE NO.  3070718

*FOR PROFESSIONAL SERVICES RENDERED*

## RE:  FEE/EMPLOYMENT OBJECTIONS

FEES ..............................................................$     5,578.00

DISBURSEMENTS .....................................................     43.40

**TOTAL AMOUNT DUE ...............................................$     5,621.40**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.   111914-000011

INVOICE NO.  3070718
PAGE NO.  2

## RE:  FEE/EMPLOYMENT OBJECTIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-------------|-------|--------|
| 05/09/16 | JFRH | PREPARE OBJECTION TO DEBTOR'S COUNSEL'S FOURTH INTERIM FEE PETITION. | 0.30 | 94.50 |
| 05/12/16 | ESW | ANALYZE OBJECTIONS TO FOURTH INTERIM FEE PETITIONS. | 0.20 | 0.00 |
| 05/12/16 | RMB | BEGIN WORKING ON OBJECTION TO DALE & GENSBURG'S FOURTH INTERIM FEE APPLICATION | 0.50 | 335.00 |
| 05/13/16 | ESW | WORK ON OBJECTION TO DALE & GENSBERG FOURTH INTERIM FEE PETITION AND GREENBERG TRAURIG FOURTH INTERIM FEE PETITION. | 0.30 | 196.50 |
| 05/13/16 | MADI | FINALIZE OBJECTION TO D&G FOURTH INTERIM FEE APPLICATION. | 0.40 | 154.00 |
| 05/13/16 | MADI | FINALIZE OBJECTION TO GT FOURTH INTERIM FEE APPLICATION. | 0.30 | 115.50 |
| 05/13/16 | RMB | DRAFT OBJECTIONS TO FOURTH INTERIM FEE APPLICATIONS OF DALE & GENSBURG AND GREENBERG TRAURIG | 6.50 | 4,355.00 |
| 05/24/16 | ESW | DRAFT RESPONSE TO OBJECTION TO COMMITTEE'S FOURTH INTERIM FEE PETITION. | 0.50 | 327.50 |
| 05/24/16 | JFRH | ANALYZE FEE OBJECTIONS. | 1.40 | 0.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**...................................................... **10.40**
**TOTAL LEGAL FEES** ...........................................................$ **5,578.00**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.   111914-000011

INVOICE NO.  3070718
PAGE NO.  3

---

### DISBURSEMENTS

PRINTING EXPENSES                                                           **43.40**

**TOTAL DISBURSEMENTS .................................$     43.40**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

**DYKEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.   111914-000011

INVOICE NO.  3070718
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|------:|-----:|-------:|
| ESW | EDWARD S. WEIL | 0.20 | 655.00 | 0.00 |
| ESW | EDWARD S. WEIL | 0.80 | 655.00 | 524.00 |
| RMB | RICHARD M. BENDIX | 7.00 | 670.00 | 4,690.00 |
| JFRH | JOHN F. RHOADES | 1.40 | 315.00 | 0.00 |
| JFRH | JOHN F. RHOADES | 0.30 | 315.00 | 94.50 |
| MADI | MARIA A. DIAKOUMAKIS | 0.70 | 385.00 | 269.50 |
| **TOTAL** | | **10.40** | | **5,578.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.   111914-000011
FEE/EMPLOYMENT OBJECTIONS
INVOICE NO.  3070718
PAGE NO.  5

FEES ..........................................................$     5,578.00

DISBURSEMENTS ......................................       43.40

**TOTAL AMOUNT DUE** ...........................................$     **5,621.40**

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____       DATE:_____       AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DyKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

JULY 12, 2016
CLIENT-MATTER NO. 111914-000013
INVOICE NO.  3070719

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY**

FEES...........................................................................$       67.00

**TOTAL AMOUNT DUE** ...............................................$_____67.00_

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3070719
PAGE NO.  2

RE:  **MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY**

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 05/06/16 | RMB | REVIEW MARIEL RODRIGUEZ'S LIFT STAY MOTION | 0.10 | 67.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **0.10**
**TOTAL LEGAL FEES**............................................................................... $   **67.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3070719
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 0.10 | 670.00 | 67.00 |
| | **TOTAL** | **0.10** | | **67.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

JULY 12, 2016

CLIENT-MATTER NO.    111914-000013
MOTIONS FOR RELIEF FROM THE
AUTOMATIC STAY
INVOICE NO.  3070719
PAGE NO.  4

FEES......................................................................$        67.00

**TOTAL AMOUNT DUE**............................................$_____ **67.00**

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____        DATE:_____        AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

JULY 12, 2016
CLIENT-MATTER NO. 111914-000014
INVOICE NO.  3070720

*FOR PROFESSIONAL SERVICES RENDERED*

## RE:  OTHER CONTESTED MATTERS

FEES........................................................................$     2,824.00

DISBURSEMENTS ....................................................     96.78

**TOTAL AMOUNT DUE**.............................................**$     2,920.78**

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.   111914-000014 |
|---|---|
| CREDITORS OF YELLOW | |
| JULY 12, 2016 | INVOICE NO.  3070720 |
| | PAGE NO.  2 |

## RE:  OTHER CONTESTED MATTERS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/02/16 | JAWA | RESEARCH REGARDING THIRD PARTY RELEASES; STRATEGIZE REGARDING RESEARCH ON CLAIMS FOR BREACH OF JOINT VENTURE. | 1.20 | 336.00 |
| 05/03/16 | RMB | DEVELOP STRATEGY FOR TOMORROW'S STATUS HEARING ON COMMITTEE'S MOTION TO APPOINT CHAPTER 11 TRUSTEE | 0.50 | 335.00 |
| 05/04/16 | ESW | COURT APPEARANCE ON MOTION TO APPOINT TRUSTEE AND CASE STATUS (1.2). | 1.20 | 786.00 |
| 05/04/16 | JFRH | ANALYSIS RE PENDING MOTIONS RE SUBSTANTIVE CONSOLIDATION, CHAPTER 11 TRUSTEE, DISCOVERY, AND FEE APPLICATIONS. | 0.60 | 189.00 |
| 05/17/16 | JAWA | DRAFT MEMORANDUM REGARDING BREACH OF JOINT VENTURE CLAIM. | 0.90 | 252.00 |
| 05/18/16 | ESW | RESEARCH BREACH OF JOINT VENTURE CLAIM AGAINST TAS AND ITS JOINT VENTURE PARTNERS IN CONNECTION WITH NORTH FORK BANK LOAN (AS OUTLINED IN MEDIATION STATEMENT). | 0.50 | 327.50 |
| 05/18/16 | JAWA | RESEARCH REGARDING BREACH OF JOINT VENTURE CLAIMS IN ILLINOIS. | 0.50 | 140.00 |
| 05/31/16 | ESW | REVIEW OF RESPONSE IN OPPOSITION TO MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 0.70 | 458.50 |

**TOTAL ATTORNEY & PARALEGAL TIME** ......................................................... **6.10**

**TOTAL LEGAL FEES** ................................................................$ **2,824.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3070720
PAGE NO.  3

|  | **DISBURSEMENTS** |  |
|---|---|---:|
| 05/02/16 | DOCKET RESEARCH-COURTLINK | **22.40** |
| 05/19/16 | DOCKET RESEARCH-COURTLINK | **2.02** |
| 05/24/16 | DOCKET RESEARCH-COURTLINK | **1.34** |
| 05/24/16 | DOCKET RESEARCH-COURTLINK | **4.60** |
| 05/25/16 | DOCKET RESEARCH-COURTLINK | **2.02** |
|  | PHOTOCOPY EXPENSES | **47.80** |
|  | PRINTING EXPENSES | **16.60** |

**TOTAL DISBURSEMENTS ................................... $     96.78**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3070720
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|---------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 2.40 | 655.00 | 1,572.00 |
| RMB | RICHARD M. BENDIX | 0.50 | 670.00 | 335.00 |
| JAWA | JENNIFER A. WARNER | 2.60 | 280.00 | 728.00 |
| JFRH | JOHN F. RHOADES | 0.60 | 315.00 | 189.00 |
| | **TOTAL** | **6.10** | | **2,824.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.   111914-000014
OTHER CONTESTED MATTERS
INVOICE NO.  3070720
PAGE NO.  5

FEES........................................................................$   2,824.00

DISBURSEMENTS .......................................................   96.78

**TOTAL AMOUNT DUE**.............................................$   **2,920.78**

DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:_____        DATE:_____        AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

JULY 12, 2016
CLIENT-MATTER NO. 111914-000015
INVOICE NO.  3070721

*FOR PROFESSIONAL SERVICES RENDERED*

## RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT

FEES..........................................................................$     9,918.00

DISBURSEMENTS .....................................................          79.00

**TOTAL AMOUNT DUE**...............................................$        **9,997.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.    111914-000015

INVOICE NO.  3070721
PAGE NO.  2

## RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/02/16 | ESW | BEGIN WORK ON LIQUIDATION ANALYSIS RESPONSE. | 0.50 | 327.50 |
| 05/02/16 | RMB | REVIEW DEBTOR'S LATEST PROPOSAL FOR A CONSENSUAL REORGANIZATION PLAN (.30); ANALYSIS OF STRATEGY IN RESPONSE TO SAME (1.0) | 1.30 | 871.00 |
| 05/03/16 | ESW | REVIEW OF COMMITTEE'S LATEST (MAY 1, 2016) SETTLEMENT PROPOSAL – DISCUSS SAME WITH COMMITTEE, CREDITOR'S COUNSEL, MS. GLEASON (.2); OUTLINE RESPONSE MATRIX AND POSSIBLE RESPONSES – AND OUTLINE DEFICIENCIES IN LATEST PROPOSAL EVEN COMPARED TO DEBTOR'S FEBRUARY 2, 2016 PROPOSAL (1.3). | 2.50 | 1,637.50 |
| 05/03/16 | RMB | DRAFT RESPONSE TO MATT GENSBURG'S LATEST REORGANIZATION PLAN PROPOSAL (1.0); DEVELOP STRATEGY TO RESPOND TO SAME (1.0); ██████████████ ████████████████████████████ (.50); REVIEW SEVENTH CIRCUIT'S DISCUSSION IN AIRADIGM CASE REGARDING NON-DEBTOR RELEASES IN A PLAN OF REORGANIZATION (.30) | 2.80 | 1,876.00 |
| 05/04/16 | ESW | TELEPHONE CONFERENCE WITH MR. GENSBURG AND EMAIL CORRESPONDENCE RE CASE RESOLUTION AND RELATED MATTERS. | 0.40 | 262.00 |
| 05/04/16 | JFRH | ANALYZE PLAN PROPOSALS. | 0.30 | 94.50 |
| 05/09/16 | ESW | REVIEW OF CORRESPONDENCE FROM DEBTOR RE INFORMAL PLAN OF LIQUIDATION. | 0.20 | 131.00 |
| 05/10/16 | RMB | REVIEW AND RESPOND TO EMAIL FROM CREDITOR ASKING QUESTIONS ABOUT THE COMMITTEE'S MOTION FOR DERIVATIVE STANDING TO PURSUE SUBSTANTIVE CONSOLIDATION CLAIMS AND THE DEBTOR'S LATEST PLAN PROPOSAL. | 0.50 | 335.00 |
| 05/11/16 | ESW | TELEPHONE CONFERENCE WITH PROSPECTIVE TRANSPORTATION COMPANY BUYER RE STALKING HORSE BID TO PURCHASE YCA'S ASSETS (.5); FURNISH PUBLIC DOCUMENTS TO ENTITY'S REPRESENTATIVE (.5). | 1.00 | 655.00 |
| 05/11/16 | JAWA | ANALYZE MEDIATION STATEMENT (.6); ANALYZE YCA RESPONSE TO MEDIATION STATEMENT (.5); RESEARCH REGARDING FORMATION OF A JOINT VENTURE UNDER FEDERAL LAW (3.4). | 4.50 | 1,260.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3070721
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 05/12/16 | ESW | PREPARE RESPONSE TO DEBTOR'S LATEST INFORMALLY PROPOSED LIQUIDATING PLAN. | 0.20 | 131.00 |
| 05/16/16 | RMB | CONTINUE WORKING ON RESPONSE TO DEBTOR'S LATEST PLAN PROPOSAL | 1.00 | 670.00 |
| 05/17/16 | RMB | REVISE RESPONSE TO MATT GENSBURG'S MAY 2 PLAN PROPOSAL | 2.00 | 1,340.00 |
| 05/18/16 | ESW | PREPARE RESPONSE TO DEBTOR'S LATEST PROPOSED "PLAN". | 0.30 | 196.50 |
| 05/25/16 | ESW | MEETING WITH MS. GLEASON RE STATUS OF CASE (0.2). | 0.20 | 131.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **17.70**
**TOTAL LEGAL FEES** ................................................................. $ **9,918.00**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3070721
PAGE NO.  4

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 05/11/16 | JACKLEEN DEFINI TRANSCRIPT OF APRIL 21, 2016 PROCEEDINGS BEFORE JUDGE CAROL DOYLE | 37.00 |
| | PRINTING EXPENSES | 42.00 |

**TOTAL DISBURSEMENTS ................................... $    79.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JULY 12, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3070721
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|----------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 5.30 | 655.00 | 3,471.50 |
| RMB | RICHARD M. BENDIX | 7.60 | 670.00 | 5,092.00 |
| JAWA | JENNIFER A. WARNER | 4.50 | 280.00 | 1,260.00 |
| JFRH | JOHN F. RHOADES | 0.30 | 315.00 | 94.50 |
| | **TOTAL** | **17.70** | | **9,918.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

CLIENT-MATTER NO.   111914-000015
PLAN OF
REORGANIZATION/LIQUIDATION AND
DISCLOSURE STATEMENT
INVOICE NO.  3070721
PAGE NO.  6

JULY 12, 2016

FEES.......................................................................$   9,918.00

DISBURSEMENTS ......................................................   79.00

**TOTAL AMOUNT DUE**.............................................$   **9,997.00**

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:**_____   **DATE:**_____   **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____