# EXHIBIT B

**GT GreenbergTraurig**

Invoice No.: 4256659
File No. : 155701.010100
Bill Date : July 22, 2016

Yellow Cab Affiliation, Inc.
3351 W. Addison
Chicago, IL 60618

Attn: Michael Levine

## INVOICE

Re: Restructure

<u>Legal Services through June 30, 2016</u>:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 3,772.00 |

<u>Expenses:</u>
GT Imaging 88.35

| Total Expenses: | $ | 88.35 |
|---|---|---|
| **Current Invoice:** | **$** | **3,860.35** |

| Previous Balance (see attached statement): | $ | 142,159.08 |
|---|---|---|
| **Total Amount Due:** | **$** | **146,019.43** |

NAP:DMV
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

| | | Page 1 |
|---|---|---|
| Invoice No.: | 4256659 | |
| Matter No.: | 155701.010100 | |

Description of Professional Services Rendered:

TASK CODE:    810                              LITIGATION MATTERS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/01/16 | Martin Kedziora | Emails with M. Gensburg regarding deadline to remove civil actions. | 0.10 | 228.00 | 22.80 |
| 06/03/16 | Martin Kedziora | Draft motion to extend deadline to remove civil actions. | 2.50 | 228.00 | 570.00 |
| 06/06/16 | Martin Kedziora | Revise and finalize motion to extend deadline to remove civil actions. | 1.00 | 228.00 | 228.00 |
| 06/06/16 | Nancy A. Peterman | Revise removal motion. | 0.20 | 680.00 | 136.00 |
| | | Total Hours: | 3.80 | | |
| | | Total Amount: | | | $ 956.80 |

TIMEKEEPER SUMMARY FOR TASK CODE 810,

LITIGATION MATTERS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.20 | 680.00 | 136.00 |
| Martin Kedziora | 3.60 | 228.00 | 820.80 |
| Totals: | 3.80 | 251.79 | $ 956.80 |

Invoice No.: 4256659  
Matter No.: 155701.010100

Page 2

Description of Professional Services Rendered

TASK CODE: 812            PLAN & DISCLOSURE STATEMENT

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/08/16 | Nancy A. Peterman | Review revised plan. | 0.30 | 680.00 | 204.00 |
| 06/20/16 | Martin Kedziora | Review 2nd amended plan and disclosure statement. | 0.30 | 228.00 | 68.40 |

Total Hours: 0.60

Total Amount: $ 272.40

TIMEKEEPER SUMMARY FOR TASK CODE 812,

PLAN & DISCLOSURE STATEMENT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.30 | 680.00 | 204.00 |
| Martin Kedziora | 0.30 | 228.00 | 68.40 |
| Totals: | 0.60 | 454.00 | $ 272.40 |

Invoice No.:  4256659                                                                                     Page 3
Matter No.:   155701.010100

Description of Professional Services Rendered

TASK CODE:        813                           FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/01/16 | Martin Kedziora | Review Dykema's response in support of its fee petition. | 0.20 | 228.00 | 45.60 |
| 06/08/16 | Martin Kedziora | Revise GT's fee application for May 2016. | 0.20 | 228.00 | 45.60 |
| 06/10/16 | Nancy A. Peterman | Review and comment on draft response to Committee's motion to compel payment of fees. | 0.40 | 680.00 | 272.00 |

                                                Total Hours:    0.80

                                                Total Amount:                    $ 363.20

TIMEKEEPER SUMMARY FOR TASK CODE 813,

   FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.40 | 680.00 | 272.00 |
| Martin Kedziora | 0.40 | 228.00 | 91.20 |
| Totals: | 0.80 | 454.00 | $ 363.20 |

Invoice No.: 4256659
Matter No.: 155701.010100

Description of Professional Services Rendered

TASK CODE: 814      GT FEE/EMPLOYMENT OBJECTIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/01/16 | Martin Kedziora | Finalize response in support of GT's fee petition. | 0.70 | 228.00 | 159.60 |
| 06/01/16 | Nancy A. Peterman | Revise response to Committee's objection to GT's interim fee application. | 2.40 | 680.00 | 1,632.00 |

Total Hours: 3.10

Total Amount: $ 1,791.60

TIMEKEEPER SUMMARY FOR TASK CODE 814,

GT FEE/EMPLOYMENT OBJECTIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 2.40 | 680.00 | 1,632.00 |
| Martin Kedziora | 0.70 | 228.00 | 159.60 |
| Totals: | 3.10 | 577.94 | $ 1,791.60 |

| | | Page 5 |
|---|---|---|
| Invoice No.: | 4256659 | |
| Matter No.: | 155701.010100 | |

Description of Professional Services Rendered

TASK CODE:   833                                         COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/09/16 | Brett M. Doran | Prepare for and attend hearing on plan and parties' fee applications. | 1.00 | 388.00 | 388.00 |
| | | Total Hours: | 1.00 | | |
| | | Total Amount: | | | $ 388.00 |

TIMEKEEPER SUMMARY FOR TASK CODE 833,

   COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Brett M. Doran | 1.00 | 388.00 | 388.00 |
| Totals: | 1.00 | 388.00 | $ 388.00 |

Invoice No.: 4256659
Matter No.: 155701.010100

Page 6

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Brett M. Doran | 1.00 | 388.00 | 388.00 |
| Nancy A. Peterman | 3.30 | 680.00 | 2,244.00 |
| Martin Kedziora | 5.00 | 228.00 | 1,140.00 |
| Totals: | 9.30 | 405.59 | $ 3,772.00 |

Case 15-09599  Doc 3633 Filed 07/29/01/16 Entered 07/29/01/16 14:06:04 Desc Main
Exhibit BD Monthly Invoices 9 Page 9 of 19

Page 7

Invoice No.: 4256659
Re: Restructure
Matter No.: 155701.010100

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/28/16 | GT Imaging Invoice 20160528-4309 Dated 05/28/16 - Re: 155701.010100 Yellow Cab (Concordance Hosting) | $ | 88.35 |
| | Total Expenses: | $ | 88.35 |

**GT GreenbergTraurig**

Invoice No.: 4270802
File No. : 155701.010100
Bill Date : August 2, 2016

Yellow Cab Affiliation, Inc.
3351 W. Addison
Chicago, IL 60618

Attn: Michael Levine

## INVOICE

Re: Restructure

Legal Services through July 31, 2016:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 1,400.80 |

Expenses:
GT Imaging                                              88.35

|  |  |  |
|---|---|---|
| Total Expenses: | $ | 88.35 |
| **Current Invoice:** | $ | **1,489.15** |

NAP:DMV
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

Invoice No.: 4270802  
Matter No.: 155701.010100

Page 1

## Description of Professional Services Rendered:

TASK CODE: 810      LITIGATION MATTERS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07/29/16 | Martin Kedziora | Conference calls with co-counsel re D&O liability coverage | 0.50 | 228.00 | 114.00 |
| | | Total Hours: | 0.50 | | |
| | | Total Amount: | | | $ 114.00 |

### TIMEKEEPER SUMMARY FOR TASK CODE 810,
LITIGATION MATTERS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Martin Kedziora | 0.50 | 228.00 | 114.00 |
| Totals: | 0.50 | 228.00 | $ 114.00 |

Invoice No.:  4270802
Matter No.:   155701.010100

Description of Professional Services Rendered

TASK CODE:    813                              FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07/11/16 | Carla Greenberg | Draft GT's fifth interim fee application and related charts (1.9); email draft to M. Kedziora and N. Peterman re same (.1). | 2.00 | 120.00 | 240.00 |
| 07/13/16 | Martin Kedziora | Revise GT's 5th interim fee application. | 2.90 | 228.00 | 661.20 |
| 07/15/16 | Martin Kedziora | Revise/finalize GTs' 5th interim fee application. | 0.20 | 228.00 | 45.60 |
| 07/15/16 | Nancy A. Peterman | Revise GT's interim fee application. | 0.50 | 680.00 | 340.00 |

Total Hours: 5.60

Total Amount: $ 1,286.80

TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.50 | 680.00 | 340.00 |
| Martin Kedziora | 3.10 | 228.00 | 706.80 |
| Carla Greenberg | 2.00 | 120.00 | 240.00 |
| Totals: | 5.60 | 229.79 | $ 1,286.80 |

Invoice No.:  4270802                                              Page 3
Matter No.:   155701.010100

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name   | Hours Billed | Rate   | Total $ Amount |
|-------------------|--------------|--------|----------------|
| Nancy A. Peterman | 0.50         | 680.00 | 340.00         |
| Martin Kedziora   | 3.60         | 228.00 | 820.80         |
| Carla Greenberg   | 2.00         | 120.00 | 240.00         |
| Totals:           | 6.10         | 229.64 | $ 1,400.80     |

Invoice No.: 4270802
Re: Restructure
Matter No.: 155701.010100

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/25/16 | GT Imaging Invoice 20160625-4309 Dated 06/25/16 - Re: 155701.010100 Yellow Cab (Concordance Hosting) | $ | 88.35 |
| | Total Expenses: | $ | 88.35 |

# GT Greenberg Traurig

Invoice No. : 4296798  
File No.   : 155701.010100  
Bill Date  : September 1, 2016

Yellow Cab Affiliation, Inc.  
3351 W. Addison  
Chicago, IL 60618

Attn: Michael Levine

## INVOICE

Re: Restructure

<u>Legal Services through August 31, 2016</u>:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 661.20 |

<u>Expenses</u>:

| GT Imaging | 88.35 |  |  |
|---|---|---|---|
| Total Expenses: |  | $ | 88.35 |
| **Current Invoice**: |  | **$** | **749.55** |

NAP:DMV  
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

Invoice No.: 4296798            Page 1
Matter No.: 155701.010100

Description of Professional Services Rendered:

TASK CODE: 812       PLAN & DISCLOSURE STATEMENT

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/25/16 | Martin Kedziora | Review changes to the 2nd amended plan of liquidation. | 0.30 | 228.00 | 68.40 |
| 08/31/16 | Martin Kedziora | Review Committee's Plan, disclosure statement and motion to approve disclosure statement. | 0.50 | 228.00 | 114.00 |
| | | Total Hours: | 0.80 | | |
| | | Total Amount: | | | $ 182.40 |

TIMEKEEPER SUMMARY FOR TASK CODE 812,

     PLAN & DISCLOSURE STATEMENT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Martin Kedziora | 0.80 | 228.00 | 182.40 |
| Totals: | 0.80 | 228.00 | $ 182.40 |

Invoice No.: 4296798  
Matter No.: 155701.010100

Page 2

Description of Professional Services Rendered

TASK CODE: 833 COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/31/16 | Martin Kedziora | Prepare for (0.9) and attend hearing on fee petitions, status of plan, and other pending motions (1.2). | 2.10 | 228.00 | 478.80 |

Total Hours: 2.10

Total Amount: $ 478.80

TIMEKEEPER SUMMARY FOR TASK CODE 833,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Martin Kedziora | 2.10 | 228.00 | 478.80 |
| Totals: | 2.10 | 228.00 | $ 478.80 |

Invoice No.:     4296798                                                                                    Page  3
Matter No.:      155701.010100

Description of Professional Services Rendered

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Martin Kedziora | 2.90 | 228.00 | 661.20 |
| Totals: | 2.90 | 228.00 | $ 661.20 |

| | | Page 4 |
|---|---|---|
| Invoice No.: | 4296798 | |
| Re: | Restructure | |
| Matter No.: | 155701.010100 | |

Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/17/16 | GT Imaging Invoice 20160717-4309 Dated 07/17/16 - Re: 155701.010100 Yellow Cab (Concordance Hosting) | $ 88.35 |
| | Total Expenses: | $ 88.35 |