# EXHIBIT B

June 2016 Monthly Invoices

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

SEPTEMBER 16, 2016
CLIENT-MATTER NO. 111914-000005
INVOICE NO.  3084246

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CASE ADMINISTRATION**

FEES.........................................................................$       536.00

**TOTAL AMOUNT DUE**.............................................$      **536.00**

# Dykema

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.   111914-000005 |
|---|---|
| CREDITORS OF YELLOW | |
| SEPTEMBER 16, 2016 | INVOICE NO.  3084246 |
| | PAGE NO.  2 |

## RE:  CASE ADMINISTRATION

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/02/16 | RMB | CORRESPONDENCE WITH MATT GENSBERG RE DEBTORS REQUEST FOR EXTENSION OF TIME TO REMOVE CIVIL ACTIONS TO BANKRUPTCY COURT (0.2);  REVIEW RULES GOVERNING SUCH EXTENSIONS (.0.2). | 0.40 | 268.00 |
| 06/03/16 | RMB | CORRESPONDENCE WITH MATT GENSBERG RE: COMMITTEE'S CONCERNS RELATED TO MOTION TO EXTEND (0.2). | 0.30 | 201.00 |
| 06/06/16 | RMB | REVIEW DEBTOR'S APRIL 2016 MONTHLY OPERATING REPORT | 0.10 | 67.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................................ **0.80**

**TOTAL LEGAL FEES** ............................................................................................ **$    536.00**

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.   111914-000005 |
|---|---|
| CREDITORS OF YELLOW | |
| SEPTEMBER 16, 2016 | INVOICE NO.  3084246 |
| | PAGE NO.  3 |

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| RMB | RICHARD M. BENDIX | 0.80 | 670.00 | 536.00 |
| | **TOTAL** | **0.80** | | **536.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000005
CASE ADMINISTRATION
INVOICE NO.  3084246
PAGE NO.  4

FEES.......................................................................$     536.00

**TOTAL AMOUNT DUE**............................................$ _____ **536.00**



DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

SEPTEMBER 16, 2016
CLIENT-MATTER NO. 111914-000007
INVOICE NO.  3084247


*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE INVESTIGATIONS**

       FEES..........................................................................$      252.00

       DISBURSEMENTS ......................................................     1,123.09

       **TOTAL AMOUNT DUE .............................................$     1,375.09**

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3084247
PAGE NO.  2

**RE:  CREDITORS' COMMITTEE INVESTIGATIONS**

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 06/08/16 | JFRH | ANALYZE ISSUES RE DEBTOR'S DEFICIENT ACCOUNTING AND RELATIONSHIP WITH TAS. | 0.80 | 252.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................................... **0.80**
**TOTAL LEGAL FEES**........................................................................................ **$   252.00**

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW SEPTEMBER 16, 2016 | CLIENT-MATTER NO.    111914-000007 INVOICE NO.  3084247 PAGE NO.  3 |

## DISBURSEMENTS

| | | |
|---|---|---:|
| 06/23/16 | LUNCH W/DEBBIE JACOBS | 87.42 |
| 03/09/16 | ATG LEGALSERVE INC. SERVE THIRD PARTY SUBPOENAS FOR DOCUMENTS | 195.00 |
| 06/01/16 | RELATIVITY RECOVERIES | 650.00 |
| | PHOTOCOPY EXPENSES | 1.77 |
| | SCANNING EXPENSES | 0.80 |
| | PRINTING EXPENSES | 188.10 |

**TOTAL DISBURSEMENTS ................................... $ 1,123.09**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 16, 2016

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3084247
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|--------------------|-------|--------|--------|
| JFRH | JOHN F. RHOADES | 0.80 | 315.00 | 252.00 |
| | **TOTAL** | **0.80** | | **252.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000007
CREDITORS' COMMITTEE
INVESTIGATIONS
INVOICE NO.  3084247
PAGE NO.  5

FEES..........................................................................$       252.00

DISBURSEMENTS .....................................................      1,123.09

**TOTAL AMOUNT DUE** ...........................................$____1,375.09

DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

SEPTEMBER 16, 2016
CLIENT-MATTER NO. 111914-000008
INVOICE NO.  3084248

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS**

FEES...........................................................................$      2,562.00

**TOTAL AMOUNT DUE** .............................................$      **2,562.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3084248
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 06/02/16 | JFRH | CORRESPONDENCE WITH CLIENT RE RESPONSE TO DEBTOR'S OBJECTION TO FOURTH INTERIM FEE APPLICATION. | 0.40 | 126.00 |
| 06/02/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE REPLIES BY DALE & GENSBURG AND GREENBERG TRAURIG TO THE COMMITTEE'S OBJECTIONS TO THOSE FIRMS' FOURTH INTERIM FEE APPLICATIONS | 0.20 | 134.00 |
| 06/03/16 | ESW | CORRESPONDENCE WITH COMMITTEE RE TRUSTEE MOTION. | 0.30 | 196.50 |
| 06/03/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE MOTION TO EXTND DEADLINE FOR FILING NOTICE OF REMOVAL ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.20 | 134.00 |
| 06/06/16 | RMB | SEND DEBTOR'S APRIL, 2016 MONTHLY OPERATING REPORT TO COMMITTEE MEMBERS (.10); CALL WITH COMMITTEE MEMBER TO DISCUSS (1) QUESTIONS REGARDING DEBTOR'S MOTION TO EXTEND TIME TO FILE NOTICES OF REMOVAL, AND (2) COMMITTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE (.30) | 0.40 | 268.00 |
| 06/07/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE (1) EMAILS TO KATY GLEASON DISCUSSING THE COMMITTEE'S OBJECTIONS TO  THE DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION DESCRIBED IN THE DEBTOR'S OBJECTION TO THE COMMITTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE, AND (2) THE DEBTOR'S THIRD MOTION TO EXTEND THE DEADLINE FOR FILING NOTICES OF REMOVAL | 0.20 | 134.00 |
| 06/09/16 | ESW | CORRESPONDENCE WITH COMMITTEE SUMMARIZING COURT'S FINDINGS. | 0.40 | 262.00 |
| 06/09/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE JUDGE DOYLE'S ORDERS GRANTING FOURTH INTERIM FEE PETITIONS OF DALE & GENSBURG, GREENBERG TRAURIG, AND DYKEMA (.40); TELEPHONE CONFERENCE WITH JUDGE DOYLE'S COURTROOM DEPUTY REQUESTING THAT JUDGE DOYLE CORRECT THE ERRONEOUS REFERENCE TO DYKEMA'S THIRD INTERIM FEE APPLICATION IN THE ORDER ENTERED EARLIER TODAY GRANTING DYKEMA'S FOURTH INTERIM FEE APPLICATION (.10) | 0.40 | 268.00 |
| 06/10/16 | RMB | SEND GREENBERG TRAURIG'S TWELFTH MONTHLY FEE STATEMENT FOR MAY, 2016 TO COMMITTEE MEMBERS. | 0.10 | 67.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3084248
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 06/13/16 | JFRH | CORRESPONDENCE WITH CLIENT RE REPLY IN SUPPORT OF MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 0.80 | 252.00 |
| 06/14/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE COMMITTEE'S REPLY IN SUPPORT OF ITS MOTION TO APPOINT A CHAPTER 11 TRUSTEE | 0.10 | 67.00 |
| 06/17/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE REPLY IN SUPPORT OF COMMITTEE'S MOTION TO COMPEL PAYMENT OF ALLOWED FEES AND EXPENSES | 0.10 | 67.00 |
| 06/20/16 | RMB | SEND COMMITTEE MEMBERS DEBTOR'S MOTION TO APPROVE SECOND AMENDED DISCLOSURE STATEMENT (.10); AND DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT (.10); CORRESPONDENCE WITH COMMITTEE MEMBER RE ASKING JUDGE DOYLE TO DELAY SCHEDULING A HEARING ON THE DEBTOR'S DISCLOSURE STATEMENT UNTIL RULING ON COMMITTEE'S MOTIONS TO (1) APPOINT A CHAPTER 11 TRUSTEE AND (2) COMPEL PAYMENT OF FEES AWARDED TO THE COMMITTEE'S PROFESSIONALS (.20) | 0.30 | 201.00 |
| 06/23/16 | JFRH | CORRESPONDENCE WITH CLIENT RE HEARING ON MOTION TO COMPEL APPOINTMENT OF TRUSTEE. | 0.60 | 189.00 |
| 06/28/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE PROPOSED PLANS OF REORGANIZATION (0.3). | 0.30 | 196.50 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................................... **4.80**
**TOTAL LEGAL FEES** ................................................................................. **$  2,562.00**

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW | CLIENT-MATTER NO.   111914-000008 |
| SEPTEMBER 16, 2016 | INVOICE NO.  3084248 |
| | PAGE NO.  4 |

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|-------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 1.00 | 655.00 | 655.00 |
| RMB | RICHARD M. BENDIX | 2.00 | 670.00 | 1,340.00 |
| JFRH | JOHN F. RHOADES | 1.80 | 315.00 | 567.00 |
| | **TOTAL** | **4.80** | | **2,562.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000008
CREDITORS' COMMITTEE MEETING
AND COMMUNICATIONS
INVOICE NO.  3084248
PAGE NO.  5

FEES....................................................................$      2,562.00

**TOTAL AMOUNT DUE**............................................$____**2,562.00**

**DYKEMAGOSSETT** PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____    DATE:_____    AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

SEPTEMBER 16, 2016
CLIENT-MATTER NO. 111914-000010
INVOICE NO.  3084249

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  FEE/EMPLOYMENT APPLICATIONS**

FEES.............................................................................$    17,501.50

DISBURSEMENTS ......................................................      25.00

**TOTAL AMOUNT DUE**.............................................**$    17,526.50**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3084249
PAGE NO.  2

## RE:  FEE/EMPLOYMENT APPLICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 06/01/16 | JAWA | ANALYZE DEBTOR'S COUNSEL'S FOURTH INTERIM FEE APPLICATIONS. | 0.40 | 112.00 |
| 06/05/16 | MADI | CONTINUED ATTENTION TO REVIEWING MARCH INVOICES FOR FILING. | 0.70 | 269.50 |
| 06/06/16 | MADI | CONTINUED ATTENTION TO FINALIZING MARCH INVOICES. | 1.00 | 385.00 |
| 06/07/16 | MADI | CONTINUED REVIEW AND REVISIONS TO MARCH INVOICES. | 0.50 | 192.50 |
| 06/08/16 | ESW | REVIEW OF AND REVISE AS APPROPRIATE TIME ENTRIES FOR MONTHLY FEE INVOICE FOR MARCH, 2016. | 0.30 | 196.50 |
| 06/08/16 | ESW | REVIEW OF FOURTH INTERIM DYKEMA FEE APPLICATION (AND RESPONSE TO OBJECTIONS) WITH RESPECT TO COMMITTEE'S FOURTH INTERIM FEE APPLICATION, TO PREPARE FOR COURT ON JUNE 9, 2016 (0.5). | 0.50 | 327.50 |
| 06/08/16 | MADI | REVIEW AND REVISIONS TO MARCH INVOICES. | 0.30 | 115.50 |
| 06/09/16 | ESW | HEARING ON FOURTH INTERIM FEE APPLICATIONS (1.0). | 1.00 | 655.00 |
| 06/10/16 | RMB | REVIEW GREENBERG TRAURIG'S TWELFTH MONTHLY FEE STATEMENT FOR MAY, 2016. | 0.10 | 67.00 |
| 06/10/16 | RMB | PREPARE AMENDED ORDER GRANTING DYKEMA'S FOURTH INTERIM FEE APPLICATION AS REQUESTED BY JUDGE DOYLE'S COURTROOM DEPUTY (.10); SEND CLEAN AND MARKED VERSIONS OF AMENDED ORDER TO JUDGE DOYLE'S COURTROOM DEPUTY AND TO COUNSEL FOR THE DEBTOR (.10) | 0.30 | 201.00 |
| 06/13/16 | ESW | WORK ON REPLY IN SUPPORT OF MOTION TO COMPEL PAYMENT OF ALLOWED FEES. | 0.60 | 393.00 |
| 06/13/16 | JAWA | RESEARCH REGARDING STANDARD FOR MOTION TO COMPEL PAYMENT OF FEES. | 0.50 | 140.00 |
| 06/13/16 | JFRH | ANALYZE RELEVANT AUTHORITY IN SUPPORT OF MOTION TO COMPEL PAYMENTS OF FEES. | 1.20 | 378.00 |
| 06/14/16 | ESW | WORK ON DRAFT OF REPLY IN SUPPORT OF MOTION TO COMPEL. | 1.50 | 982.50 |
| 06/14/16 | RMB | WORK ON OUTLINING REPLY TO DEBTOR'S OBJECTION TO DYKEMA'S MOTION TO COMPEL PAYMENT OF PREVIOUSLY ALLOWED INTERIM FEE AWARDS | 1.30 | 871.00 |
| 06/15/16 | ESW | DRAFT REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL FEES. | 1.50 | 982.50 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3084249
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/15/16 | JFRH | CORRESPONDENCE WITH FINANCIAL ADVISORS RE DEBTOR'S OBJECTION TO MOTION TO COMPEL PAYMENT. | 0.40 | 126.00 |
| 06/15/16 | JFRH | DRAFT REPLY IN SUPPORT OF MOTION TO COMPEL PAYMENT. | 3.20 | 1,008.00 |
| 06/15/16 | MADI | FINALIZE MARCH INVOICES FOR FILING, INCLUDING REDACTING OF ENTRIES RELATED TO PRIVILEGE OR WORK PRODUCT (0.8); PREPARE NOTICE OF FILING (0.1); FILE SAME (0.2). | 1.10 | 423.50 |
| 06/15/16 | RMB | REVISE  DRAFT REPLY IN SUPPORT OF COMMITTEE'S MOTION TO COMPEL PAYMENT OF ALLOWED FEES AND EXPENSES | 2.00 | 1,340.00 |
| 06/16/16 | ESW | DRAFT REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL PAYMENT OF PROFESSIONAL FEES. | 4.00 | 2,620.00 |
| 06/16/16 | JAWA | RESEARCH REGARDING STANDARD FOR DISBURSEMENT UNDER SECTION 331 OF THE BANKRUPTCY CODE (3.5); REVISE REPLY IN SUPPORT OF MOTION TO COMPEL PAYMENT (5.4). | 8.90 | 2,492.00 |
| 06/16/16 | MADI | EXAMINE APRIL INVOICES. | 1.10 | 423.50 |
| 06/16/16 | RMB | REVISE LATEST DRAFT OF REPLY IN SUPPORT OF COMMITTEE'S MOTION TO COMPEL PAYMENT OF ALLOWED FEES AND EXPENSES | 2.50 | 1,675.00 |
| 06/20/16 | MADI | EXAMINE APRIL INVOICES. | 0.80 | 308.00 |
| 06/22/16 | MADI | REVIEW APRIL INVOICES FOR PRIVILEGED INFORMATION. | 0.60 | 231.00 |
| 06/23/16 | MADI | FINALIZE AND REDACT APRIL INVOICES FOR FILING (0.4); PREPARE NOTICE OF FILING (0.1); FILE APRIL INVOICES (0.1); ANALYSIS OF INTERIM FEE AWARDS GRANTED TO DATE (0.4). | 1.00 | 385.00 |
| 06/29/16 | RMB | ANALYSIS OF JUDGE DOYLE'S ORDER DENYING OUR MOTION TO COMPEL THE DEBTOR TO PAY DYKEMA'S ALLOWED FEES | 0.30 | 201.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................... **37.60**
**TOTAL LEGAL FEES**............................................................................... **$   17,501.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3084249
PAGE NO.  4

---

### DISBURSEMENTS

| | |
|---|---|
| SCANNING EXPENSES | 0.80 |
| PRINTING EXPENSES | 24.20 |

**TOTAL DISBURSEMENTS ................................... $    25.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3084249
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|----------------------|--------|--------|-----------|
| ESW | EDWARD S. WEIL | 9.40 | 655.00 | 6,157.00 |
| RMB | RICHARD M. BENDIX | 6.50 | 670.00 | 4,355.00 |
| JAWA | JENNIFER A. WARNER | 9.80 | 280.00 | 2,744.00 |
| JFRH | JOHN F. RHOADES | 4.80 | 315.00 | 1,512.00 |
| MADI | MARIA A. DIAKOUMAKIS | 7.10 | 385.00 | 2,733.50 |
| | **TOTAL** | **37.60** | | **17,501.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000010
FEE/EMPLOYMENT APPLICATIONS
INVOICE NO.  3084249
PAGE NO.  6


FEES.................................................................$   17,501.50

DISBURSEMENTS ......................................   25.00

**TOTAL AMOUNT DUE**.............................................**$   17,526.50**


DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**


**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____


**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

SEPTEMBER 16, 2016
CLIENT-MATTER NO. 111914-000011
INVOICE NO.  3084250

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  FEE/EMPLOYMENT OBJECTIONS**

FEES...........................................................................$        262.00

**TOTAL AMOUNT DUE**.............................................$        **262.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000011

INVOICE NO.  3084250
PAGE NO.  2

## RE:  FEE/EMPLOYMENT OBJECTIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 06/01/16 | ESW | DRAFT AND REVISE RESPONSE TO OBJECTION TO FOURTH INTERIM FEE PETITION. | 0.00 | 0.00 |
| 06/01/16 | JAWA | ANALYZE FEE APPLICATIONS FOR AMOUNTS NOT ALLOCATED TO SUBSTANTIVE CONSOLIDATION CLAIMS IN PREPARATION FOR RESPONSE TO DEBTOR'S OBJECTION TO DYKEMA FEES. | 0.00 | 0.00 |
| 06/01/16 | JFRH | DRAFT RESPONSE TO DEBTOR'S OBJECTION TO FOURTH INTERIM FEE APPLICATION. | 0.00 | 0.00 |
| 06/01/16 | RMB | REVIEW AND REVISE  DRAFT RESPONSE TO YCA'S OBJECTION TO DYKEMA'S FOURTH INTERIM FEE APPLICATION | 0.00 | 0.00 |
| 06/08/16 | ESW | REVIEW OF RESPONSES FILED BY DALE GENSBURG AND GREENBERG TRAURIG TO COMMITTEE'S OBJECTIONS TO THEIR RESPECTIVE FOURTH INTERIM FEE APPLICATIONS, UP IN COURT ON JUNE 9, 2016 (0.4). | 0.40 | 262.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **0.40**
**TOTAL LEGAL FEES** ................................................................ $ **262.00**

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW SEPTEMBER 16, 2016 | CLIENT-MATTER NO.   111914-000011 <br><br> INVOICE NO.  3084250 <br> PAGE NO.  3 |

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| ESW | EDWARD S. WEIL | 0.40 | 655.00 | 262.00 |
| | **TOTAL** | **0.40** | | **262.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000011
FEE/EMPLOYMENT OBJECTIONS
INVOICE NO.  3084250
PAGE NO.  4


FEES.........................................................................$        262.00


**TOTAL AMOUNT DUE**............................................$_____262.00



**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**


**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:**_____     **DATE:**_____     **AMOUNT:**_____


**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

SEPTEMBER 16, 2016
CLIENT-MATTER NO. 111914-000014
INVOICE NO.  3084251

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  OTHER CONTESTED MATTERS**

FEES..........................................................................$    38,211.00

DISBURSEMENTS ......................................................    90.40

**TOTAL AMOUNT DUE** .............................................**$    38,301.40**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3084251
PAGE NO.  2

## RE:  OTHER CONTESTED MATTERS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/16 | ESW | REVIEW OF DEBTOR'S RESPONSE TO MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 0.60 | 393.00 |
| 06/01/16 | JFRH | DRAFT MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 1.80 | 567.00 |
| 06/02/16 | ESW | REVIEW OF DEBTOR'S RESPONSE TO MOTION TO APPOINT CHAPTER 11 TRUSTEE, AND BEGIN OUTLINING REPLY BRIEF. | 2.50 | 1,637.50 |
| 06/02/16 | JFRH | ANALYSIS RE MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 2.40 | 756.00 |
| 06/02/16 | RMB | REVIEW COMMITTEE'S MOTION TO APPOINT CHAPTER 11 TRUSTEE AND DEBTOR'S OBJECTION TO SAME IN PREPARATION FOR MEETING TO DISCUSS CONTENT OF FOR REPLY (1.50); DEVELOP ARGUMENTS REPLY TO DEBTOR'S OBJECTION TO COMMITTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE (2.0). | 3.50 | 2,345.00 |
| 06/03/16 | JFRH | ANALYZE DEBTOR'S RESPONSE TO MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 2.20 | 693.00 |
| 06/06/16 | ESW | REPLY IN SUPPORT OF MOTION FOR TRUSTEE. | 1.50 | 982.50 |
| 06/06/16 | JFRH | DRAFT/OUTLINE REPLY IN SUPPORT OF MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 2.80 | 882.00 |
| 06/07/16 | JAWA | ANALYZE DEBTOR'S OBJECTION TO MOTION TO APPOINT CHAPTER 11 TRUSTEE (.8); RESEARCH REGARDING RULE 1104 IN PREPARATION FOR REPLY TO DEBTOR'S OBJECTION TO MOTION TO APPOINT CHAPTER 11 TRUSTEE (1.0). | 1.80 | 504.00 |
| 06/08/16 | ESW | REVIEW OF YCA 25-PAGE RESPONSE IN OPPOSITION TO MOTION TO APPOINT CHAPTER 11 TRUSTEE (0.5); ANALYSIS OF ISSUES RAISED IN RESPONSE BRIEF AND TO ORGANIZE/OUTLINE REPLY (1.5). | 2.00 | 1,310.00 |
| 06/08/16 | JAWA | RESEARCH REGARDING THE EQUITY SECURITY HOLDERS' INTERESTS WHEN THERE IS NO EQUITY IN THE COMPANY. | 3.20 | 896.00 |
| 06/08/16 | JEAB | DEVELOP ARGUMENTS TO REPLY TO MOTION TO APPOINT TRUSTEE AND BEST INTERESTS PRONG OF SECTION 1104 OF BANKRUPTCY CODE (1.1); REVIEW AND ANALYSIS OF ISSUE AND PROVIDE GUIDANCE ON REPLY ARGUMENTS IN SUPPORT OF COMMITTEE POSITION (1.0). | 2.10 | 1,081.50 |
| 06/08/16 | JFRH | DEVELOP STRATEGY FOR REPLY IN SUPPORT OF CHAPTER 11 TRUSTEE MOTION. | 3.20 | 1,008.00 |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3084251
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|------------|-------|--------|
| 06/08/16 | MADI | ANALYZE ROLE OF INTERESTS OF EQUITY SECURITY HOLDERS UNDER 1104(A)(2). | 0.60 | 231.00 |
| 06/08/16 | RMB | MEET WITH PAT O'MALLEY & SHELLY CUFF TO DISCUSS THE COMMITTEE'S REPLY TO THE DEBTOR'S OBJECTION TO THE COMMITTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE | 1.50 | 1,005.00 |
| 06/09/16 | ESW | WORK ON REPLY BRIEF IN SUPPORT OF MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 0.80 | 524.00 |
| 06/09/16 | JFRH | DRAFT REPLY IN SUPPORT OF MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 2.90 | 913.50 |
| 06/09/16 | JFRH | ANALYZE EXHIBITS IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 2.20 | 693.00 |
| 06/10/16 | ESW | WORK ON REPLY BRIEF IN SUPPORT OF MOTION FOR CHAPTER 11 TRUSTEE. | 3.00 | 1,965.00 |
| 06/10/16 | JAWA | RESEARCH REGARDING "OTHER INTERESTS OF THE ESTATE" UNDER 11 USC 1104 (.8); RESEARCH REGARDING EQUITABLE SUBROGATION (1.0); ANALYZE CASE LAW REGARDING APPOINTMENT OF A CHAPTER 11 TRUSTEE (.9). | 2.70 | 756.00 |
| 06/10/16 | JFRH | DRAFT REPLY IN SUPPORT OF MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 4.20 | 1,323.00 |
| 06/10/16 | RMB | REVIEW AND REVISE DRAFT REPLY TO DEBTOR'S OBJECTION TO COMMITTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE | 1.50 | 1,005.00 |
| 06/13/16 | ESW | REPLY IN SUPPORT OF MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE. | 5.50 | 3,602.50 |
| 06/13/16 | JFRH | DRAFT REPLY IN SUPPORT OF MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 3.40 | 1,071.00 |
| 06/13/16 | JFRH | PREPARE EXHIBITS FOR REPLY IN SUPPORT OF MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 1.60 | 504.00 |
| 06/13/16 | JFRH | CORRESPONDENCE WITH FINANCIAL ADVISORS RE REPLY IN SUPPORT OF MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 0.50 | 157.50 |
| 06/13/16 | RMB | REVIEW DSI'S COMMENTS ON DRAFT REPLY BRIEF RE APPOINTMENT OF CHAPTER 11 TRUSTEE | 0.10 | 67.00 |
| 06/13/16 | RMB | WORK ON REPLY IN SUPPORT OF COMMITTEE'S MOTION TO APPOINT CHAPTER 11 TRUSTEE | 3.00 | 2,010.00 |
| 06/14/16 | JAWA | ANALYZE CASELAW REGARDING AWARDING ADMINISTRATIVE EXPENSE FEES. | 2.30 | 644.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3084251
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 06/15/16 | JAWA | DRAFT SPREADSHEET REGARDING THE DEBTOR'S PAYMENTS TO INSIDERS AND CASH ON HAND (.8); RESEARCH REGARDING THE STANDARD FOR DISBURSEMENT OF ALLOWED EXPENSES (2.1). | 2.90 | 812.00 |
| 06/17/16 | ESW | REVIEW OF FULL BRIEFING ON MOTION TO COMPEL AND MOTION TO APPOINT CHAPTER 11 TRUSTEE, IN PREPARATION FOR HEARING ON JUNE 23, 2016 (0.3). | 0.30 | 196.50 |
| 06/20/16 | JFRH | PREPARE FOR HEARING ON MOTION TO APPOINT TRUSTEE (1.5); ANALYZE OUTSTANDING ISSUES (0.7). | 2.20 | 693.00 |
| 06/21/16 | ESW | PREPARE FOR HEARING ON JUNE 23, 2016 (0.4); TELEPHONE CONFERENCE WITH MR. KLEINMAN RE HEARING (0.2). | 0.60 | 393.00 |
| 06/22/16 | ESW | TELEPHONE CONFERENCE WITH MS. GLEASON RE HEARING ON MOTION TO COMPEL (0.3); PREPARATION FOR HEARING (0.9). | 1.20 | 786.00 |
| 06/22/16 | JEAB | ASSIST IN PREPARATION OF ARGUMENT AND STRATEGY FOR STATUS HEARING ON MOTION TO APPOINT CHAPTER 11 TRUSTEE (1.0); ANALYSIS OF UST POSITION AND SUPPORT FOR MOTION (.2); REVIEW JUDGE'S ORDER AND ANALYZE NEED FOR EVIDENTIARY HEARING (.2). | 1.40 | 721.00 |
| 06/22/16 | JFRH | PREPARE FOR HEARING ON MOTION TO APPOINT TRUSTEE AND MOTION TO COMPEL PAYMENT. | 3.20 | 1,008.00 |
| 06/23/16 | ESW | PREPARE FOR HEARING ON MOTION TO APPOINT CHAPTER 11 TRUSTEE AND MOTION TO COMPEL PAYMENT OF PROFESSIONAL FEES (2.0); ATTEND HEARING (1.2); MEETING WITH US TRUSTEE AND DEBTOR'S COUNSEL (0.6); CORRESPONDENCE WITH COMMITTEE RE HEARING ON MOTION TO APPOINT TRUSTEE (0.2). | 4.00 | 2,620.00 |
| 06/23/16 | JEAB | ASSIST IN PREPARATION OF ARGUMENT AND STRATEGY FOR STATUS HEARING ON MOTION TO APPOINT CHAPTER 11 TRUSTEE. | 0.50 | 257.50 |
| 06/23/16 | JFRH | PREPARE FOR AND ATTEND HEARING ON MOTION TO APPOINT TRUSTEE AND ALL OTHER MATTERS. | 3.80 | 1,197.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................... **85.50**
**TOTAL LEGAL FEES** ..................................................................... **$   38,211.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3084251
PAGE NO.  5

---

**DISBURSEMENTS**

PRINTING EXPENSES                                            90.40

**TOTAL DISBURSEMENTS ...................................$     90.40**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# Dykema

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.   111914-000014 |
|---|---|
| CREDITORS OF YELLOW | |
| SEPTEMBER 16, 2016 | INVOICE NO.  3084251 |
| | PAGE NO.  6 |

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| ESW | EDWARD S. WEIL | 22.00 | 655.00 | 14,410.00 |
| JEAB | JONATHAN E. ABERMAN | 4.00 | 515.00 | 2,060.00 |
| RMB | RICHARD M. BENDIX | 9.60 | 670.00 | 6,432.00 |
| JAWA | JENNIFER A. WARNER | 12.90 | 280.00 | 3,612.00 |
| JFRH | JOHN F. RHOADES | 36.40 | 315.00 | 11,466.00 |
| MADI | MARIA A. DIAKOUMAKIS | 0.60 | 385.00 | 231.00 |
| | **TOTAL** | **85.50** | | **38,211.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000014
OTHER CONTESTED MATTERS
INVOICE NO.  3084251
PAGE NO.  7


FEES..........................................................................$   38,211.00

DISBURSEMENTS ....................................................   90.40

**TOTAL AMOUNT DUE** .............................................$   __38,301.40__


**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:_____   DATE:_____   AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

SEPTEMBER 16, 2016
CLIENT-MATTER NO. 111914-000015
INVOICE NO.  3084253

*FOR PROFESSIONAL SERVICES RENDERED*

RE:  **PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT**

FEES..........................................................................$    14,152.50

DISBURSEMENTS ......................................................    80.40

**TOTAL AMOUNT DUE**.............................................$    **14,232.90**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3084253
PAGE NO.  2

## RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/06/16 | RMB | REVIEW AIRADIGM AND OTHER CASES IN THE 7TH CIRCUIT DISCUSSING THE STANDARD FOR APPROVING NON-DEBTOR RELEASES IN PLANS OF REORGANIZATION | 1.00 | 670.00 |
| 06/06/16 | RMB | CORRESPONDENCE WITH KATY GLEASON EXPLAINING WHY THE COMMITTEE OBJECTS TO THE TERMS OF THE DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION OUTLINED IN THE DEBTOR'S OBJECTION TO THE COMMITTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE | 1.00 | 670.00 |
| 06/07/16 | RMB | REVISE EMAIL TO KATY GLEASON DESCRIBING COMMITTEE'S OBJECTION TO TERMS OF DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION. | 1.00 | 670.00 |
| 06/21/16 | ESW | REVIEW OF MOTION TO APPROVE SECOND AMENDED PLAN AND DISCLOSURE STATEMENT AND ATTACHMENTS. | 1.00 | 655.00 |
| 06/21/16 | JEAB | REVIEW AND PREPARE STRATEGY FOR RESPONSE TO MOTION TO APPROVE SECOND AMENDED DISCLOSURE STATEMENT (1.6); REVIEW SECOND AMENDED PLAN AND DISCLOSURE STATEMENT (1.1). | 2.70 | 1,390.50 |
| 06/21/16 | RMB | STRATEGY FOR RESPONDING TO DEBTOR'S MOTION TO APPROVE DISCLOSURE STATEMENT IN LIGHT OF THE COMMITTEE'S PENDING MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE | 1.30 | 871.00 |
| 06/22/16 | ESW | REVIEW OF DEBTOR'S MOTION TO APPROVE SECOND AMENDED DISCLOSURE STATEMENT AND SECOND AMENDED PLAN, AND EXHIBITS (PLAN AND DISCLOSURE STATEMENT) THERETO. | 1.20 | 786.00 |
| 06/22/16 | JEAB | CONTINUE TO REVIEW AND PREPARE STRATEGY FOR RESPONSE TO MOTION TO APPROVE SECOND AMENDED DISCLOSURE STATEMENT. | 1.40 | 721.00 |
| 06/23/16 | JEAB | REVIEW AND ANALYZE SECOND AMENDED PLAN AND DISCLOSURE STATEMENT AND STRATEGY FOR POTENTIAL SETTLEMENT ON TERMS FOR SAME IN CASE CH. 11 TRUSTEE MOTION IS DENIED. | 1.80 | 927.00 |
| 06/27/16 | RMB | BEGIN REVIEW OF DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION | 1.00 | 670.00 |
| 06/28/16 | CHCO | ANALYZE YELLOW CAB INTELLECTUAL PROPERTY AND CITY OF CHICAGO ALTERNATIVES. | 1.20 | 330.00 |

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW SEPTEMBER 16, 2016 | CLIENT-MATTER NO.   111914-000015 INVOICE NO.  3084253 PAGE NO.  3 |

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/28/16 | ESW | REVIEW OF DEBTOR'S SECOND AM. PLAN AND DISCUSS SAME (1.3); OUTLINE POSSIBLE COMMITTEE PLANS (1.0); TELEPHONE CONFERENCE WITH DSI RE SAME (0.3). | 2.50 | 1,637.50 |
| 06/28/16 | JEAB | REVIEW, ANALYSIS AND MEETING TO DISCUSS PLAN ALTERNATIVES AND STRATEGY FOR COMMITTEE PLAN AND DEFICIENCIES IN DEBTOR PLAN. | 2.10 | 1,081.50 |
| 06/28/16 | JFRH | ANALYSIS RE DEBTOR'S PLAN FOR REORGANIZATION (2.2); ANALYSIS RE POTENTIAL PLAN OF COMMITTEE (1.0). | 3.20 | 1,008.00 |
| 06/28/16 | RMB | CONTINUE REVIEWING DEBTOR'S SECOND AMENDED PLAN OF LIQUIDATION (1.0); EXAMINE (1) FLAWS IN DEBTOR'S SECOND AMENDED PLAN OF LIQUIDATION(2) DISCUSS WITH PAT O'MALLEY SEARCH FOR STALKING HORSE BIDDER SO THAT THE CREDITORS' COMMITTEE CAN FILE A COMPETING PLAN OF REORGANIZATION, AND (3) EFFECT ON COMMITTEE'S PLAN OF TERMINATION OF TAS SERVICES AGREEMENT AND LICENSE OF YELLOW INTELLECTUAL PROPERTY (1.3) | 2.30 | 1,541.00 |
| 06/29/16 | ESW | TELEPHONE CONFERENCE WITH MS. GLEASON RE ISSUES RELATING TO DEBTOR'S SECOND AMENDED PLAN, CHAPTER 11 TRUSTEE MOTION, ETC. (0.2); CORRESPONDENCE WITH MS. GLEASON (0.2). | 0.40 | 262.00 |
| 06/30/16 | ESW | TELEPHONE CONFERENCE WITH MR. O'MALLEY RE POTENTIAL COMMITTEE-FILED PLAN OF LIQUIDATION (0.1); WORK ON PLAN (0.3). | 0.40 | 262.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................................... 25.50
**TOTAL LEGAL FEES** .............................................................................................. $   14,152.50

# DykEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3084253
PAGE NO.  4

---

**DISBURSEMENTS**

PRINTING EXPENSES                                                80.40

**TOTAL DISBURSEMENTS ................................... $     80.40**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING*
*ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3084253
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|--------------------------|--------|--------|-----------|
| ESW | EDWARD S. WEIL | 5.50 | 655.00 | 3,602.50 |
| JEAB | JONATHAN E. ABERMAN | 8.00 | 515.00 | 4,120.00 |
| RMB | RICHARD M. BENDIX | 7.60 | 670.00 | 5,092.00 |
| CHCO | C. HARRISON COOPER | 1.20 | 275.00 | 330.00 |
| JFRH | JOHN F. RHOADES | 3.20 | 315.00 | 1,008.00 |
| | **TOTAL** | **25.50** | | **14,152.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

SEPTEMBER 16, 2016

CLIENT-MATTER NO.   111914-000015
PLAN OF
REORGANIZATION/LIQUIDATION AND
DISCLOSURE STATEMENT
INVOICE NO.  3084253
PAGE NO.  6

FEES........................................................................$    14,152.50

DISBURSEMENTS ...................................................        80.40

**TOTAL AMOUNT DUE** ............................................$    14,232.90

**DYKEMA GOSSETT PLLC**

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____        DATE:_____        AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____