**EXHIBIT B**

July 2016 Monthly Invoices

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

OCTOBER 4, 2016
CLIENT-MATTER NO. 111914-000005
INVOICE NO.  3088670

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CASE ADMINISTRATION**

FEES.........................................................................$       201.00

DISBURSEMENTS ......................................................        4.40

**TOTAL AMOUNT DUE.............................................$       205.40**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.    111914-000005

INVOICE NO.  3088670
PAGE NO.  2

## RE:  CASE ADMINISTRATION

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/06/16 | RMB | REVIEW DEBTOR'S MAY, 2016 MONTHLY OPERATING REPORT (.20). | 0.20 | 134.00 |
| 07/27/16 | RMB | REVIEW DEBTOR'S JUNE MONTHLY OPERATING REPORT | 0.10 | 67.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................................ **0.30**
**TOTAL LEGAL FEES** ............................................................................ $ **201.00**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3088670
PAGE NO.  3

---

### DISBURSEMENTS

PRINTING EXPENSES                                              4.40

**TOTAL DISBURSEMENTS ..................................$      4.40**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3088670
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------|-------|--------|--------|
| RMB | RICHARD M. BENDIX | 0.30 | 670.00 | 201.00 |
| | **TOTAL** | **0.30** | | **201.00** |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000005
CASE ADMINISTRATION
INVOICE NO.  3088670
PAGE NO.  5

FEES........................................................................$     201.00

DISBURSEMENTS .....................................................     4.40

**TOTAL AMOUNT DUE**...........................................$ <u>   205.40</u>

REMITTANCE

### DykemaGossett PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:_____     DATE:_____     AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

OCTOBER 4, 2016
CLIENT-MATTER NO. 111914-000007
INVOICE NO.  3088671

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE INVESTIGATIONS**

FEES.........................................................................$    25,372.00

DISBURSEMENTS .....................................................     939.20

**TOTAL AMOUNT DUE**.............................................$    26,311.20

**Dykema**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO. 3088671
PAGE NO. 2

## RE: CREDITORS' COMMITTEE INVESTIGATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/08/16 | ESW | REVIEW OF CORRESPONDENCE FROM MR. GENSBURG OBJECTING TO COMMITTEE'S INTENTION TO CONDUCT THE DEPOSITION OF MR. SAKATA TOGETHER WITH A RULE 30(B)(6) DEPOSITION (0.4); DRAFT  RESPONSE (0.3); RESEARCH ISSUES RAISED BY MR. GENSBURG RE ENTITLEMENT TO THIS DISCOVERY (0.8). | 1.50 | 982.50 |
| 07/08/16 | KC | RESEARCH RE: WHETHER NON-RENEWAL NOTICE VIOLATES AUTOMATIC STAY. | 0.30 | 85.50 |
| 07/09/16 | KC | RESEARCH RE: WHETHER NONRENEWAL NOTICE VIOLATES AUTOMATIC STAY. | 0.50 | 142.50 |
| 07/10/16 | KC | RESEARCH RE: WHETHER NONRENEWAL NOTICE CONSTITUTES VIOLATION OF AUTOMATIC STAY. | 0.80 | 228.00 |
| 07/11/16 | ESW | PREPARE OUTLINE FOR SAKATA AND 30(B) (6) DEPOSITIONS. | 0.90 | 589.50 |
| 07/11/16 | KC | RESEARCH RE: WHETHER NONRENEWAL NOTICE VIOLATES AUTOMATIC STAY. | 0.50 | 142.50 |
| 07/12/16 | ESW | PREPARE EXAM OUTLINE FOR SAKATA AND PREPARE RIDER FOR DEPOSITION NOTICE. | 0.40 | 262.00 |
| 07/12/16 | KC | RESEARCH RE: WHETHER NON-RENEWAL NOTICE VIOLATES AUTOMATIC STAY. | 0.60 | 171.00 |
| 07/13/16 | KC | MEMO RE: WHETHER SENDING NON-RENEWAL NOTICE VIOLATES AUTOMATIC STAY. | 0.50 | 142.50 |
| 07/15/16 | ESW | DRAFT SAKATA DEPOSITION NOTICE. | 0.50 | 327.50 |
| 07/15/16 | JEAB | DRAFT NOTICE OF DEPOSITION OF GARY SAKATA AND NOTICE OF 30(B)(6) DEPOSITION OF DEBTOR AND RIDER FOR PRODUCTION OF DOCUMENTS, TOPICS OF EXAMINATION (1.6). | 1.60 | 824.00 |
| 07/18/16 | ESW | REVIEW OF DOCUMENTS FOR SAKATA DEPOSITION (1.0); CORRESPOND AND TELEPHONE CONVERSATION WITH MR. GENSBURG RE DEBTOR'S REFUSAL TO PRODUCE MR. SAKATA (0.5). | 1.50 | 982.50 |
| 07/18/16 | JEAB | REVIEW AND REVISE SAKATA AND 30(B)(6) DEPOSITION NOTICES TO DEBTOR (.8); REVIEW AND COMMENT ON DEPOSITION ISSUES, OBSTACLES CREATED BY DEBTOR, AREAS OF INQUIRY AND STRATEGY FOR FURTHER DISCUSSIONS ON SAME (1.2). | 2.00 | 1,030.00 |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3088671
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/18/16 | RMB | REVIEW AND REVISE UPDATED NOTICE OF DEPOSITION TO GARY SAKATA AND RELATED DOCUMENT REQUEST (.10); REVIEW AND REVISE DRAFT EMAIL TO MATT GENSBURG QUESTIONING LENGTH OF UPCOMING DEPOSITION OF GARY SAKATA AND ASKING FOR A LIST OF TOPICS FOR DEPOSITION, INCLUDING REVIEW OF PROVISIONS OF PLAN AND DISCLOSURE STATEMENT, EXAMINER'S REPORT AND SCHEDULE OF FINANCIAL AFFAIRS ON AVOIDANCE ACTIONS (.50). | 0.60 | 402.00 |
| 07/18/16 | RMB | REVIEW AND REVISE NOTICE OF DEPOSITION FOR GARY SAKATA AND RELATED DOCUMENT REQUEST (.20). | 0.20 | 134.00 |
| 07/19/16 | JEAB | DRAFT MOTION TO COMPEL AND ADDRESS OTHER MATTERS REGARDING SCHEDULING DEPOSITIONS OF DEBTOR (.4). | 0.40 | 206.00 |
| 07/19/16 | JEAB | PREPARE EMAIL RESPONSE TO M. GENSBURG RE: DEPOSITION OF SAKATA (.4). | 0.40 | 206.00 |
| 07/19/16 | JEAB | FINALIZE DEPOSITION NOTICES TO DEBTOR (.6); PREPARE TAS SUBPOENA (.6). | 1.20 | 618.00 |
| 07/20/16 | RMB | ANALYZE STRATEGY FOR DEPOSITION OF GARY SAKATA AND RESPONSE TO EMAIL FROM MATT GENSBURG QUESTIONING NEED FOR SAME (1.0) | 1.00 | 670.00 |
| 07/21/16 | ESW | PREPARE FOR SAKATA DEPOSITION (.04); NEGOTIATE WITH MR. GENSBURG RE SCOPE (.01); CORRESPOND RE SAME (.01). | 0.60 | 393.00 |
| 07/21/16 | RMB | PREPARE RESPONSE TO MATT GENSBURG'S JULY 20 EMAIL RE GARY SAKATA'S DEPOSITION (1.3). | 1.30 | 871.00 |
| 07/22/16 | ESW | PREPRE FOR RULE 7037 MEET AND CONFER (0.6); CONFERENCE RE DISCOVERY AND SPECIFICALLY, SAKATA DEPOSITION NOTICE AND RULE 30(B)(6) NOTICE (0.5).  PREPARE AND TRANSMIT CORRESPONDENCE TO MR. GENSBURG RE SAME (0.2). | 1.30 | 851.50 |
| 07/22/16 | RMB | IN PREPARATION FOR CONFERENCE WITH MATT GENSBURG UNDER LOCAL BANKRUPTCY RULE 7037-1, REVIEW (A) EMAIL EXCHANGES RE SCOPE OF GARY SAKATA'S DEPOSITION, (B) SECTIONS OF EXAMINER'S REPORT REGARDING CLAIMS AGAINST AFFILIATES AND ALLOCATION OF TAS'S EXPENSES TO YCA AND (C) SERVICES AGREEMENT BETWEEN YCA AND TAS (.70); PREPARE FOR RULE 7037-1 TELEPHONE CONFERENCE WITH MATT GENSBURG (.20); CALL MATT GENSBURG FOR RULE 7037-1 RE GARY SAKATA'S DEPOSITION (.50); | 1.40 | 938.00 |
| 07/25/16 | ESW | REVIEW OF MOTION FOR PROTECTIVE ORDER (0.2); BEGIN PREPARATION OF RESPONSE TO MOTION (0.2); TELEPHONE CONVERSATION WITH MS. GLEASON RE SAME (0.2). | 0.60 | 393.00 |
| 07/25/16 | MADI | EXAMINE MOTION FOR PROTECTIVE ORDER AND CASES CITED THEREIN. | 0.80 | 308.00 |

**Dykema**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3088671
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/25/16 | RMB | REVIEW DEBTOR'S MOTION FOR PROTECTIVE ORDER RE DEPOSITION OF GARY SAKATA | 0.40 | 268.00 |
| 07/25/16 | RMB | ANALYZE DEBTOR'S MOTION FOR PROTECTIVE ORDER RE DEPOSITION OF GARY SAKATA | 0.50 | 335.00 |
| 07/25/16 | RMB | BEGIN DRAFTING RESPONSE TO DEBTOR'S MOTION FOR PROTECTIVE ORDER RE DEPOSITION OF GARY SAKATA, INCLUDING REVIEW OF CASES CITED BY DEBTOR IN SUPPORT OF ITS MOTION | 3.80 | 2,546.00 |
| 07/26/16 | ESW | DRAFT BRIEF IN OPPOSITION TO MOTION FOR PROTECTIVE ORDER. | 3.50 | 2,292.50 |
| 07/26/16 | JEAB | REVIEW DEBTOR'S AMENDED MOTION FOR PROTECTIVE ORDER (.8); PREPARE WRITTEN RESPONSE BRIEF TO DEBTOR'S MOTION FOR PROTECTIVE ORDER (2.9). | 3.70 | 1,905.50 |
| 07/26/16 | MADI | FINALIZE RESPONSE TO DEBTOR'S MOTION FOR PROTECTIVE ORDER FOR FILING (0.6); FILE SAME (0.1). | 0.70 | 269.50 |
| 07/26/16 | RMB | ANALYZE STRATEGY FOR RESPONSE TO DEBTOR'S MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITION OF GARY SAKATA (.50); DISCUSS WITH JEREMY KLEINMAN DEBTOR'S MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITION OF GARY SAKATA AND STRATEGY FOR RESPONSE TO SAME (.40); CONTINUED REVIEW OF CASES REGARDING GROUNDS FOR LIMITING SCOPE OF RULE 2004 EXAMINATIONS (.50); REVISE DRAFT OF COMMITTEE'S RESPONSE TO DEBTOR'S MOTION FOR PROTECTIVE ORDER (1.0); PREPARE FINAL DRAFT OF COMMITTEE'S RESPONSE TO DEBTOR'S MOTION FOR PROTECTIVE ORDER (1.7) | 4.10 | 2,747.00 |
| 07/27/16 | ESW | COURT APPEARANCE ON DEBTOR'S MOTION FOR PROTECTIVE ORDER (1.2); MEETING WITH MR. GENSBURG AFTER RE DEPOSITIONS (0,2); CORRESPONDENCE RE SAME (0.1). | 1.50 | 982.50 |
| 07/27/16 | RMB | ANALYZE MATT GENSBURG'S REFUSAL TO SET DATE FOR 30(B)(6) DEPOSITION OF GARY SAKATA UNLESS COMMITTEE GIVES MORE SPECIFICITY ABOUT THE TOPICS TO BE COVERED AT THAT DEPOSITION (.20) | 0.20 | 134.00 |
| 07/27/16 | RMB | ANALYSIS OF RESULTS OF THIS MORNING'S HEARING ON DEBTOR'S MOTION FOR ENTRY OF A PROTECTIVE ORDER RE SAKATA DEPOSITION AND STRATEGY FOR NEXT STEPS IN LIGHT OF JUDGE DOYLE'S DENIAL OF THE DEBTOR'S MOTION (.50). | 0.50 | 335.00 |
| 07/27/16 | RMB | REVIEW AND RESPOND TO EMAIL FROM JEREMY KLEINMAN REGARDING NEW DATES FOR SAKATA DEPOSITION (.10). | 0.10 | 67.00 |



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3088671
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/28/16 | ESW | TELEPHONE CONVERSATION WITH AND CORRESPONDENCE WITH MR. GENSBURG RE SAKATA DEPOSITION (0.2). PREPARE FOR SAME (0.3). | 0.50 | 327.50 |
| 07/28/16 | JEAB | AMEND NOTICES OF DEPOSITION TO DEBTOR (.5); REVIEW AND PREPARE RESPONSES TO EMAILS FROM M. GENSBERG RE: SAME (.5); DRAFT MOTION TO COMPEL AND FOR SANCTIONS (.8). | 1.80 | 927.00 |
| 07/28/16 | RMB | REVIEW MOTION IN CAESAR'S ENTERTAINMENT OPERATING COMPANY CASE OF SECOND PRIORITY NOTEHOLDERS TO HAVE DEPONENTS HELD IN CONTEMPT FOR FAILING TO APPEAR AT PROPERLY NOTICED DEPOSITIONS. | 0.50 | 335.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................... **43.20**
**TOTAL LEGAL FEES** .................................................................. $  **25,372.00**

**Dykema**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3088671
PAGE NO.  6

| | DISBURSEMENTS | |
|---|---|---|
| 07/13/16 | JACKLEEN DEFINI JULY 7, 2016 TRANSCRIPT OF PROCEEDINGS | 189.00 |
| 07/15/16 | COURIER FOR COURT FILING SERVICES.  DELIVER DOCUMENTS TO U.S. BANKRUPTCY COURT TO JACKLEEN DEFINI. | 21.00 |
| 07/01/16 | RELATIVITY DATA HOSTING | 650.00 |
| | SCANNING EXPENSES | 1.20 |
| | PRINTING EXPENSES | 78.00 |

**TOTAL DISBURSEMENTS ................................... $   939.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

**Dykema**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3088671
PAGE NO.  7

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| ESW | EDWARD S. WEIL | 12.80 | 655.00 | 8,384.00 |
| JEAB | JONATHAN E. ABERMAN | 11.10 | 515.00 | 5,716.50 |
| RMB | RICHARD M. BENDIX | 14.60 | 670.00 | 9,782.00 |
| KC | KEVIN CONNOR | 3.20 | 285.00 | 912.00 |
| MADI | MARIA A. DIAKOUMAKIS | 1.50 | 385.00 | 577.50 |
| | **TOTAL** | **43.20** | | **25,372.00** |

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000007
CREDITORS' COMMITTEE
INVESTIGATIONS
INVOICE NO.  3088671
PAGE NO.  8

FEES........................................................................$     25,372.00

DISBURSEMENTS .....................................................         939.20

**TOTAL AMOUNT DUE**.............................................$     **26,311.20**

### DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.
.

OCTOBER 4, 2016
CLIENT-MATTER NO. 111914-000008
INVOICE NO.  3088672

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS**

FEES........................................................................$       3,248.50

**TOTAL AMOUNT DUE**..............................................$       **3,248.50**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3088672
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-------------|-------|--------|
| 07/01/16 | ESW | COMMITTEE CALL RE OUTLINING OF TERMS AND PROVISIONS OF CREDITOR PLAN. | 1.50 | 982.50 |
| 07/06/16 | RMB | CORRESPONDENCE WITH COMMITTEE RE: DEBTOR'S MAY, 2016 MONTHLY OPERATING REPORT. | 0.10 | 67.00 |
| 07/07/16 | RMB | CALL WITH COMMITTEE MEMBER TO (1) REPORT ON JUDGE DOYLE'S RULING DENYING THE COMMITTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE, AND (2) OUR ATTEMPT TO SCHEDULE A MEETING WITH DEBTOR'S COUNSEL TO DISCUSS THE COMMITTEE'S OBJECTIONS TO THE DEBTOR'S AMENDED PLAN | 0.50 | 335.00 |
| 07/13/16 | ESW | TELEPHONE CONVERSATION WITH COMMITTEE RE STATUS. | 0.20 | 131.00 |
| 07/13/16 | RMB | CORRESPONDENCE WITH COMMITTEE RE: DYKEMA'S MONTHLY FEE STATEMENT FOR MAY, 2016 | 0.10 | 67.00 |
| 07/14/16 | RMB | CORRESPONDENCE WITH COMMITTEE RE: DALE & GENSBURG'S MONTHLY FEE STATEMENT FOR JUNE, 2016 TO COMMITTEE MEMBERS | 0.10 | 67.00 |
| 07/21/16 | RMB | CORRESPONDENCE WITH COMMITTEE RE DYKEMA'S FIFTH INTERIM FEE APPLICATION TOGETHER WITH EXHIBITS (.20) AND DALE & GENSBURG'S FIFTH INTERIM FEE APPLICATION (.30) | 0.50 | 335.00 |
| 07/26/16 | RMB | CALL WITH COMMITTEE TO DISCUSS (1) DEBTOR'S MOTION FOR PROTECTIVE ORDER RE DEPOSITION OF GARY SAKATA AND (2) SALE OF DEBTOR'S ASSETS BEFORE CONFIRMATION OF A PLAN | 0.30 | 201.00 |
| 07/27/16 | ESW | TELEPHONE CONVERSATION WITH COMMITTEE RE PLAN OPTIONS (.3). | 0.30 | 196.50 |
| 07/27/16 | ESW | TELEPHONE CONVERSATION WITH COMMITTEE RE PLAN OPTIONS (.3). | 0.30 | 196.50 |
| 07/27/16 | RMB | CALL WITH COMMITTEE TO DISCUSS JUDGE DOYLE'S DENIAL OF THE DEBTOR'S MOTION FOR ENTRY OF A PROTECTIVE ORDER REGARDING THE SAKATA DEPOSITION AND COMMITTEE'S PLAN OF REORGANIZATION (.50). | 0.50 | 335.00 |
| 07/27/16 | RMB | SEND COMMITTEE MEMBERS COMMITTEE'S RESPONSE TO DEBTOR'S MOTION FOR ENTRY OF A PROTECTIVE ORDER AND EXHIBIT A TO SAME (.20). | 0.20 | 134.00 |
| 07/27/16 | RMB | CORRESPONDENCE WITH COMMITTEE RE: DEBTOR'S JUNE OPERATING REPORT. | 0.10 | 67.00 |

 **Dykema**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3088672
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-------------|-------|--------|
| 07/28/16 | RMB | CORRESPONDENCE WITH COMMITTEE RE: BANKRUPTCY LAW 360 ARTICLE REGARDING YESTERDAY'S HEARING ON THE DEBTOR'S MOTION FOR A PROTECTIVE ORDER REGARDING THE DEPOSITION OF GARY SAKATA | 0.10 | 67.00 |
| 07/29/16 | RMB | CORRESPONDENCE WITH COMMITTEE RE: GREENBERG TRAURIG'S JUNE, 2016 MONTHLY FEE STATEMENT. | 0.10 | 67.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ......................................................... **4.90**
**TOTAL LEGAL FEES** ............................................................................. **$   3,248.50**

**Dykema**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3088672
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|-----------|-------|------|--------|
| ESW | EDWARD S. WEIL | 2.30 | 655.00 | 1,506.50 |
| RMB | RICHARD M. BENDIX | 2.60 | 670.00 | 1,742.00 |
| | **TOTAL** | **4.90** | | **3,248.50** |

Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000008
CREDITORS' COMMITTEE MEETING
AND COMMUNICATIONS
INVOICE NO.  3088672
PAGE NO.  5


FEES.......................................................................$      3,248.50


**TOTAL AMOUNT DUE**.............................................$      **3,248.50**


DykemaGossett PLLC

38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243


**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____       DATE:_____       AMOUNT:_____


THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DyKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

OCTOBER 4, 2016
CLIENT-MATTER NO. 111914-000010
INVOICE NO.  3088673

*FOR PROFESSIONAL SERVICES RENDERED*

## RE:  FEE/EMPLOYMENT APPLICATIONS

FEES..........................................................................$     8,573.50

DISBURSEMENTS .....................................................     80.20

**TOTAL AMOUNT DUE ...........................................$     8,653.70**

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3088673
PAGE NO.  2

## RE:  FEE/EMPLOYMENT APPLICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/05/16 | MADI | EXAMINE MAY PREBILLS FOR SUBMISSION WITH MONTHLY INVOICES. | 1.10 | 423.50 |
| 07/06/16 | MADI | ANALYSIS OF FEES ALLOWED AND PAID TO DATE. | 0.50 | 192.50 |
| 07/07/16 | MADI | CONTINUED ATTENTION TO MAY 2016 INVOICES. | 0.80 | 308.00 |
| 07/12/16 | MADI | FINALIZE MAY INVOICES FOR FILING, INCLUDING REVIEWING SAME FOR REDACTIONS (0.4); PREPARE NOTICE OF FILING (0.1); FILE MONTHLY STATEMENTS (0.1). | 0.60 | 231.00 |
| 07/12/16 | MADI | BEGIN PREPARING FIFTH INTERIM FEE APPLICATION. | 0.60 | 231.00 |
| 07/13/16 | MADI | ANALYSIS OF INVOICES AND DATA FOR PREPARATION OF FIFTH INTERIM FEE APPLICATION. | 0.40 | 154.00 |
| 07/14/16 | JEAB | DRAFT RENEWED MOTION TO COMPEL PAYMENT OF FEES AND REVIEW RELATED PLEADINGS REGARDING SAME. | 1.10 | 566.50 |
| 07/14/16 | MADI | CORRESPONDENCE WITH MR. GENSBERG RE EXTENSION OF TIME TO FILE FIFTH INTERIM FEE APPLICATION AND HEARING DATE (0.2); CONTINUED ATTENTION TO PREPARATION OF FIFTH INTERIM FEE APPLICATION (0.4). | 0.60 | 231.00 |
| 07/14/16 | RMB | REVIEW DALE & GENSBURG'S MONTHLY FEE STATEMENT FOR JUNE, 2016 | 0.10 | 67.00 |
| 07/18/16 | MADI | PREPARE FIFTH INTERIM FEE APPLICATION (2.6); MULTIPLE CORRESPONDENCE WITH ACCOUNTING DEPARTMENT TO GATHER REQUISITE INFORMATION RE SAME (0.6). | 3.20 | 1,232.00 |
| 07/18/16 | RMB | REVIEW AND RESPOND TO EMAIL FROM MATT GENSBURG STATING THAT DEBTOR DOES NOT HAVE ENOUGH CASH TO PAY ANY PORTION OF DYKEMA'S ALLOWED FEES AND EXPENSES (.20).) | 0.20 | 134.00 |
| 07/19/16 | MADI | CONTINUED ATTENTION TO PREPARING FIFTH INTERIM FEE APPLICATION (3.2); DRAFT PROPOSED ORDER FOR SAME (0.3); PREPARE COVERSHEET FOR SAME (0.3); PREPARE EXHIBITS FOR FILING WITH FEE APPLICATION (0.3). | 4.10 | 1,578.50 |
| 07/19/16 | RMB | REVIEW AND REVISE DRAFT OF DYKEMA'S FIFTH INTERIM FEE APPLICATION | 0.50 | 335.00 |
| 07/19/16 | SMAL | DRAFT CERTIFICATE OF NO OBJECTION TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' ELEVENTH FEE PETITION. | 0.30 | 84.00 |

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3088673
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-------------|-------|--------|
| 07/20/16 | ESW | WORK ON COMMITTEE'S FIFTH INTERIM APPLICATION FOR FEES, FOR MARCH- MAY PERIOD. | 0.50 | 327.50 |
| 07/20/16 | MADI | REVISE FIFTH INTERIM FEE APPLICATION (3.1); COMPILE EXHIBITS AND FINALIZE DOCUMENT FOR FILING (0.6); FILE SAME (0.3). | 4.00 | 1,540.00 |
| 07/20/16 | RMB | DRAFT SUGGESTED REVISIONS TO DYKEMA'S LATEST FEE PETITION | 0.20 | 134.00 |
| 07/20/16 | RMB | REVIEW DETAILED TIME ENTRIES FOR DYKEMA'S FIFTH INTERIM FEE APPLICATION IN CATEGORIES OF COMMITTEE INVESTIGATION (TO DETERMINE TIME SPENT IDENTIFYING CAUSES OF ACTION TO INCLUDE IN MEDIATION STATEMENT AT REQUEST OF DEBTOR'S COUNSEL), COMMUNICATIONS WITH COMMITTEE (TO DETERMINE TIME SPENT DISCUSSING MEDIATION WITH COMMITTEE MEMBERS) AND FEE PETITIONS (TO DETERMINE TIME SPENT DEFENDING OBJECTIONS TO DYKEMA'S FOURTH INTERIM FEE APPLICATION AND PREPARING MOTION TO COMPEL PAYMENT OF DYKEMA'S FEES (1.0); REVISIONS TO FIFTH INTERIM FEE APPLICATION TO REFLECT TIME SPENT ON MEDIATION AND TO REDUCE AMOUNT REQUESTED BY FEES INCURRED IN DEFENDING OBJECTIONS TO DYKEMA'S FOURTH INTERIM FEE APPLICATION (.20) | 1.20 | 804.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................................... **20.00**
**TOTAL LEGAL FEES** ............................................................................................$ **8,573.50**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3088673
PAGE NO.  4

---

### DISBURSEMENTS

PRINTING EXPENSES                                        80.20

**TOTAL DISBURSEMENTS ................................... $     80.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3088673
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 0.50 | 655.00 | 327.50 |
| JEAB | JONATHAN E. ABERMAN | 1.10 | 515.00 | 566.50 |
| RMB | RICHARD M. BENDIX | 2.20 | 670.00 | 1,474.00 |
| MADI | MARIA A. DIAKOUMAKIS | 15.90 | 385.00 | 6,121.50 |
| SMAL | SUZANNE M. ALTON | 0.30 | 280.00 | 84.00 |
| | **TOTAL** | **20.00** | | **8,573.50** |

**Dykema**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000010
FEE/EMPLOYMENT APPLICATIONS
INVOICE NO.  3088673
PAGE NO.  6

FEES............................................................$       8,573.50

DISBURSEMENTS ....................................................       80.20

**TOTAL AMOUNT DUE**..............................................$       8,653.70

**DykemaGossett**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:**_____     **DATE:**_____     **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

OCTOBER 4, 2016
CLIENT-MATTER NO. 111914-000013
INVOICE NO.  3088674

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY**

FEES..........................................................................$      134.00

DISBURSEMENTS .....................................................        3.00

**TOTAL AMOUNT DUE.............................................$      137.00**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3088674
PAGE NO.  2

### RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/27/16 | RMB | REVIEW PROGRESSIVE MOUNTAIN INSURANCE CO'S LIFT STAY MOTION (.10); EMAIL MATT GENSBURG TO RE WHETHER HENRY GRAVITT, THE PLAINTIFF IN THE UNDERLYING LAWSUIT, OBTAINED STAY RELIEF BEFORE FILING A LAWSUIT AGAINST YCA IN DECEMBER OF 2015 (.10) | 0.20 | 134.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................ **0.20**
**TOTAL LEGAL FEES** ........................................................ **$ 134.00**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3088674
PAGE NO.  3

### DISBURSEMENTS

| | |
|---|---:|
| PRINTING EXPENSES | 3.00 |

**TOTAL DISBURSEMENTS ................................... $    3.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3088674
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 0.20 | 670.00 | 134.00 |
| | **TOTAL** | **0.20** | | **134.00** |

**DykEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000013
MOTIONS FOR RELIEF FROM THE
AUTOMATIC STAY
INVOICE NO.  3088674
PAGE NO.  5

FEES.......................................................................$     134.00

DISBURSEMENTS ....................................................     3.00

**TOTAL AMOUNT DUE**..............................................$_____**137.00**

**DykemaGossett**pllc

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:**_____     **DATE:**_____     **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

OCTOBER 4, 2016
CLIENT-MATTER NO. 111914-000014
INVOICE NO.  3088675

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  OTHER CONTESTED MATTERS**

FEES.........................................................................$     1,652.50

DISBURSEMENTS .....................................................     14.53

**TOTAL AMOUNT DUE ............................................$     1,667.03**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3088675
PAGE NO.  2

### RE:  OTHER CONTESTED MATTERS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/07/16 | ESW | ATTEND HEARING ON MOTION FOR TRUSTEE. ADVISE COURT RE CREDITOR PLAN, AND RE NEED FOR DEPOSITIONS (1.0); CORRESPONDENCE WITH MR. GENSBURG RE SAME AFTER COURT (0.5). | 1.50 | 982.50 |
| 07/07/16 | RMB | ATTEND HEARING ON RULING ON COMMITTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE | 1.00 | 670.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................................ **2.50**
**TOTAL LEGAL FEES** ............................................................................................ **$  1,652.50**

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3088675
PAGE NO.  3

---

**DISBURSEMENTS**

| | |
|---|---:|
| PRINTING EXPENSES | 10.80 |
| CONFERENCE CALLS | 3.73 |
| **TOTAL DISBURSEMENTS** .................................. $ | **14.53** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

**DYKEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3088675
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| ESW | EDWARD S. WEIL | 1.50 | 655.00 | 982.50 |
| RMB | RICHARD M. BENDIX | 1.00 | 670.00 | 670.00 |
| | **TOTAL** | **2.50** | | **1,652.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000014
OTHER CONTESTED MATTERS
INVOICE NO.  3088675
PAGE NO.  5

FEES..............................................................$     1,652.50

DISBURSEMENTS ....................................        14.53

**TOTAL AMOUNT DUE**.............................................$____1,667.03

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:**_____    **DATE:**_____    **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

OCTOBER 4, 2016
CLIENT-MATTER NO. 111914-000015
INVOICE NO.  3088676

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT**

FEES..........................................................................$    46,056.50

DISBURSEMENTS ......................................................    170.14

**TOTAL AMOUNT DUE ............................................$    46,226.64**

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3088676
PAGE NO.  2

## RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/05/16 | CHCO | CONFERENCE WITH MR. KRISLOV RE: BUYER LIST FOR BANKRUPT PARTY. | 0.30 | 82.50 |
| 07/05/16 | ESW | OUTLINE CREDITOR PLAN (0.7);  CONFER WITH DSI RE SAME (0.3). TELEPHONE CONVERSATIONS WITH MR. KLEINMAN, AND COMMITTEE RE PROPOSED  CREDITOR PLAN (0.5); REVIEW OF OBJECTIONS TO DEBTOR'S SECOND AMENDED PLAN. (0.7) | 2.20 | 1,441.00 |
| 07/05/16 | JEAB | DRAFTING OF TERMS OF COMMITTEE PLAN. | 1.70 | 875.50 |
| 07/05/16 | RMB | REVIEW OUTLINED TERMS OF CREDITOR PLAN OF REORGANIZATION. | 0.40 | 268.00 |
| 07/06/16 | ESW | CONFER RE TERMS OF ALTERNATE CREDITOR PLANS – IN COMPETITION WITH DEBTOR'S PROPOSED SECOND AMENDED PLAN (1.0); MEETING WITH DSI MEETING WITH (0.2); STALKING HORSE (0.3) | 1.50 | 982.50 |
| 07/06/16 | JEAB | REVIEW, ANALYZE AND COMMENT ON PROPOSED INITIAL TERMS OF COMMITTEE PLAN AND FURTHER DEVELOPMENT (1.4); ANALYZE PROPOSED DEBTOR PLAN AND COUNTER-PROPOSALS AND DEVELOPMENT OF ALTERNATIVE COMMITTEE PLAN (1.1). | 2.50 | 1,287.50 |
| 07/06/16 | JFRH | ANALYZE RELEVANT AUTHORITY RE "BEST INTEREST OF CREDITORS" WITH REGARD TO PLAN CONFIRMATION. | 0.30 | 94.50 |
| 07/06/16 | JFRH | ANALYZE OBLIGATIONS TO PROVIDE POST-CONFIRMATION SERVICE TO DEBTOR. | 0.60 | 189.00 |
| 07/06/16 | RMB | ANALYZE THE TERMS OF A CREDITOR PLAN OF REORGANIZATION (1.0); ANALYZE  ISSUES RELATING TO A PLAN OF REORGANIZATION TO BE FILED BY THE UNSECURED CREDITORS' COMMITTEE (1.0) | 2.00 | 1,340.00 |
| 07/07/16 | ESW | PREPARE OUTLINE OF CREDITOR PLAN OF LIQUIDATION, AND TO OUTLINE OBJECTIONS TO DEBTOR'S SECOND AMENDED PLAN (1.3); WORK ON CREDITOR PLAN ISSUES.  (0.7). | 2.00 | 1,310.00 |
| 07/07/16 | JEAB | DEVELOP PLAN AND NEGOTIATION OF TERMS (1.5); FURTHER ANALYSIS OF POTENTIAL PLAN ISSUES AND PREPARATION OF KEY TERMS (.8). | 2.30 | 1,184.50 |
| 07/07/16 | KC | RESEARCH RE: WHETHER PARTY OTHER THAN CREDITOR CAN ASSERT "BEST INTERESTS OF CREDITOR" OBJECTION. | 1.40 | 399.00 |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3088676
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/07/16 | RMB | MEET WITH PAT O'MALLEY AND SHELLY CUFF FOLLOWING JUDGE DOYLE'S RULING ON THE COMMITTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE TO DISCUSS THE COMMITTEE'S PLAN OF REORGANIZATION (.30); DEVELOP COMMITTEE'S OBJECTIONS TO DEBTOR'S AMENDED PLAN OF REORGANIZATION AND STRATEGY FOR NEGOTIATING WITH DEBTOR'S COUNSEL TO AMEND THAT PLAN SO THAT IT IS SATISFACTORY TO THE COMMITTEE (1.0); | 0.30 | 201.00 |
| 07/08/16 | ESW | INITIAL CORRESPONDENCE WITH POTENTIAL STALKING HORSE BIDDER. | 0.80 | 524.00 |
| 07/08/16 | JEAB | DRAFT SUMMARY OF ISSUES AND CONCERNS REGARDING DEBTOR'S SECOND AMENDED PLAN. | 2.10 | 1,081.50 |
| 07/08/16 | RMB | BEGIN PREPARING LIST OF OBJECTIONS TO DEBTOR'S SECOND AMENDED PLAN OF LIQUIDATION FOR LETTER TO MATT GENSBURG RE SAME IN PREPARATION FOR OUR JULY 15, 2016 MEETING | 5.00 | 3,350.00 |
| 07/09/16 | KC | RESEARCH RE: WHETHER DEBTOR HAS STANDING TO MAKE "BEST INTERESTS OF THE CREDITOR" OBJECTION. | 0.20 | 57.00 |
| 07/09/16 | KC | DRAFT OF MEMO RE: STANDING TO RAISE "BEST INTERESTS OF THE CREDITOR" OBJECTION. | 0.40 | 114.00 |
| 07/10/16 | KC | MEMO RE: STANDING TO RAISE "BEST INTERESTS OF THE CREDITOR" OBJECTION. | 0.50 | 142.50 |
| 07/11/16 | CHCO | CONFERENCE WITH MR. CHEN RE: AFFILIATION RULES. | 0.30 | 82.50 |
| 07/11/16 | ESW | CORRESPONDENCE WITH, AND ANSWER QUESTIONS FROM, POTENTIAL STALKING HORSE. | 1.20 | 786.00 |
| 07/11/16 | MADI | ANALYSIS OF EFFECT OF AUTOMATIC STAY ON EXPIRATION OF CONTRACT. | 0.40 | 154.00 |
| 07/11/16 | RMB | REVIEW MEMO REGARDING DEBTOR'S LACK OF STANDING TO ASSERT BEST INTERESTS OF CREDITORS OBJECTION TO COMMITTEE'S REORGANIZATION PLAN | 0.10 | 67.00 |
| 07/11/16 | RMB | CONTINUE WORKING ON LIST OF PROBLEMS WITH AND OBJECTIONS TO DEBTOR'S SECOND AMENDED PLAN OF LIQUIDATION. | 4.00 | 2,680.00 |
| 07/12/16 | CHCO | CONFERENCE WITH MR. CHEN RE: AFFILIATION RULES. | 0.30 | 82.50 |
| 07/12/16 | ESW | TELEPHONE CONVERSATIONS WITH COUNSEL FOR THIRD PARTY TO ANSWER QUESTIONS RE POSSIBLE STALKING HORSE BID. | 1.50 | 982.50 |
| 07/12/16 | ESW | DRAFT CORRESPONDENCE LAYING OUT COMMITTEE'S OBJECTIONS TO DEBTOR'S 2ND AMENDED PLAN. | 2.00 | 1,310.00 |

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO. 111914-000015

INVOICE NO. 3088676
PAGE NO. 4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/12/16 | JEAB | CONTINUE TO REVIEW AND ANALYZE DEBTOR'S SECOND AMENDED PLAN AND IDENTIFY DEFICIENCIES (1.2); CONTINUE TO DRAFT TERMS OF COMMITTEE PLAN (5); PREPARE FOR AND ATTEND MEETINGS WITH COMMITTEE LEGAL TEAM AND FINANCIAL ADVISORS TO DISCUSS ISSUES RELATED TO SAME (1.0). | 2.70 | **1,390.50** |
| 07/12/16 | RMB | CORRESPONDENCE WITH PAT O'MALLEY AND SHELLY CUFF RE LIST OF PROBLEMS WITH THE DEBTOR'S SECOND AMENDED PLAN OF LIQUIDATION (.10); BEGIN REVIEWING DEBTOR'S SECOND DISCLOSURE STATEMENT AND REVISING LIST OF ISSUES WITH DEBTOR'S SECOND AMENDED PLAN (1.0); MEET WITH PAT O'MALLEY AND , SHELLY CUFF TO PREPARE FOR TOMORROW'S MEETING WITH POTENTIAL BUYER OF DEBTOR'S ASSETS (1.3); REVIEW ISSUES WITH DEBTOR'S SECOND AMENDED PLAN (1.3); CALL WITH JEREMY KLEINMAN TO DISCUSS HIS OBJECTIONS TO DEBTOR'S SECOND AMENDED PLAN (.50); CALL WITH MATT GENSBURG RE RESCHEDULING FRIDAY'S MEETING TO DISCUSS DEBTOR'S SECOND AMENDED PLAN (.10) | 3.80 | **2,546.00** |
| 07/13/16 | ESW | INITIAL MEETING WITH THIRD PARTY RE CREDITOR PLAN SALE COMPONENT. | 1.50 | **982.50** |
| 07/13/16 | JEAB | REVIEW AND ANALYZE ISSUES RELATED TO PREPARATION OF COMMITTEE PLAN AND POSSIBLE STALKING HORSE, DEFICIENCIES IN DEBTOR'S PLAN (1.6); PREPARE FOR AND ATTEND MEETING WITH P. O'MALLEY AND S. CUFF TO DISCUSS ANALYSIS OF DEBTOR'S ASSETS, POTENTIAL VALUE, MARKET INTEREST AND POSSIBLE AUCTION SALE WITH STALKING HORSE (1.1); CONFERENCE WITH INTERESTED PARTY REGARDING CASE, BUSINESS OPERATIONS AND ASSETS (.4). | 3.10 | **1,596.50** |
| 07/13/16 | RMB | WORK ON LETTER TO MATT GENSBURG IDENTIFYING COMMITTEE' OBJECTIONS TO, AND QUESTIONS CONCERNING, THE DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION (2.5); MEET WITH PAT O'MALLEY AND SHELLY CUFF TO DISCUSS STRATEGY FOR MEETING WITH POSSIBLE BIDDER FOR DEBTOR'S ASSETS (1.5) | 4.00 | **2,680.00** |
| 07/14/16 | ESW | WORK ON LIQUIDATION COMPONENT OF CREDITOR PLAN (1.0); CONSIDERATION OF ALTERNATE PLANS (0.6). | 1.60 | **1,048.00** |
| 07/14/16 | JEAB | DRAFT MOTION TO COMPEL 2004 EXAMINATION OF DEBTOR IN SUPPORT OF COMMITTEE PLAN AND DISCLOSURE STATEMENT (1.0); REVIEW LETTER TO M. GENSBERG RE: PLAN (.3); MEETING WITH J. KLEINMAN, P. O'MALLEY AND S. CUFF TO DISCUSS ISSUES WITH DEBTOR'S SECOND AMENDED PLAN POSSIBLE ASSET SALE AND OTHER ALTERNATIVES TO RESOLUTION OF BANKRUPTCY CASE (1.9). | 3.20 | **1,648.00** |

**Dykema**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3088676
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 07/14/16 | RMB | REVISE LETTER TO MATT GENSBURG IDENTIFYING COMMITTEE OBJECTIONS TO, AND QUESTIONS CONCERNING, THE DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION (1.0); MEET WITH JEREMY KLEINMAN TO DISCUSS ALTERNATIVE EXIT STRATEGIES FOR THE CASE (1.3). | 2.30 | 1,541.00 |
| 07/15/16 | ESW | WORK ON OUTLINE OF CREDITOR PLAN. | 0.50 | 327.50 |
| 07/15/16 | RMB | REVISE LETTER TO MATT GENSBURG IDENTIFYING CREDITORS' COMMITTEE'S OBJECTIONS TO, AND QUESTIONS ABOUT, THE DEBTOR'S SECOND AMENDED PLAN OF LIQUIDATION. | 0.50 | 335.00 |
| 07/18/16 | ESW | CONTINUED WORK ON CREDITOR PLAN - SALE COMPONENT. | 0.50 | 327.50 |
| 07/18/16 | RMB | REVIEW LANGUAGE SENT BY PAT O'MALLEY RE HEARING TO APPROVE DISCLOSURE STATEMENT AFTER CONSUMMATION OF 363 ASSET SALE (.10); | 0.10 | 67.00 |
| 07/18/16 | RMB | REVIEW ARTICLE ABOUT REQUIREMENTS FOR A LIQUIDATING TRUST IMPOSED BY THE BANKRUPTCY COURT IN ANOTHER CHAPTER 11 CASE (.10). | 0.10 | 67.00 |
| 07/18/16 | RMB | BEGIN REVIEW OF DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT (.60). | 0.60 | 402.00 |
| 07/19/16 | ESW | TELEPHONE CONVERSATION WITH POTENTIAL STALKING HORSE AND THEIR COUNSEL. | 1.30 | 851.50 |
| 07/19/16 | JEAB | CONFERENCE WITH INTERESTED PARTIES REGARDING POTENTIAL SALE VALUE AND ALTERNATIVES (.8); REVISE PROPOSED NDA FOR DYKEMA AND DSI REGARDING POTENTIAL SALE INTERESTS (1.1); FOLLOW UP CALL WITH DSI RE: PURCHASER AND NEXT STEPS (.4). | 2.30 | 1,184.50 |
| 07/19/16 | RMB | PARTICIPATE IN CONFERENCE CALL WITH POTENTIAL PURCHASER OF DEBTOR'S ASSETS (1.3). | 1.30 | 871.00 |
| 07/19/16 | RMB | REVIEW AND REVISE DRAFT NON-DISCLOSURE AGREEMENT RECEIVED FROM POTENTIAL PURCHASER OF YCA'S ASSETS | 0.20 | 134.00 |
| 07/20/16 | ESW | CORRESPONDENCE WITH AND TELEPHONE CONVERSATION WITH POTENTIAL THIRD PARTY STALKING HORSE, IN CONNECTION WITH PREPARE OF CREDITORS PLAN. | 0.50 | 327.50 |
| 07/20/16 | RMB | RESEARCH VALIDITY OF THIRD PARTY PLAN RELEASES UNDER SEVENTH CIRCUIT LAW (1.0); RESEARCH SEVENTH CIRCUIT LAW ON DEGREE OF SPECIFICITY REGARDING IN PLAN AND DISCLOSURE STATEMENT CAUSES OF ACTION BEING TRANSFERRED TO LIQUIDATING TRUST IN ORDER TO PREVENT DEFENSES TO SAME BASED ON EQUITABLE AND JUDICIAL ESTOPPEL (1.5). | 2.50 | 1,675.00 |

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3088676
PAGE NO.  6

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-----|-------|--------|
| 07/21/16 | ESW | WORK ON SALE COMPONENT OF CREDITOR PLAN (.2). TELEPHONE CONVERSATION WITH POTENTIAL STALKING HORSE (.2). | 0.40 | 262.00 |
| 07/21/16 | RMB | RESEARCH RE 7TH CIRCUIT LAW REGARDING DEGREE OF SPECIFICITY REQUIRED FOR DESCRIPTIONS OF CAUSES OF ACTION IN PLAN AND DISCLOSURE STATEMENT (1.5). | 1.50 | 1,005.00 |
| 07/22/16 | ESW | WORK ON SALE PORTION OF CREDITOR PLAN. | 0.40 | 262.00 |
| 07/22/16 | RMB | REVIEW ADDITIONAL CASES REGARDING DEGREE OF SPECIFICITY IN DESCRIPTION OF PRESERVED AVOIDANCE ACTIONS REQUIRED IN PLAN AND DISCLOSURE STATEMENT (1.5); BEGIN REVIEW 7TH CIRCUIT CASES ON REQUIREMENTS FOR VALID NON-DEBTOR RELEASES IN A PLAN OF REORGANIZATION (1.5). | 3.00 | 2,010.00 |
| 07/26/16 | ESW | TELEPHONE CONVERSATION WITH POTENTIAL STALKING HORSES AND DSI RE ISSUES FOR CREDITOR PLAN. | 0.50 | 327.50 |
| 07/27/16 | ESW | WORK ON CREDITOR PLAN (0.2); TELEPHONE CONVERSATION WITH MR. GENSBURG RE SAME (.2). | 0.40 | 262.00 |
| 07/28/16 | ESW | TELEPHONE CONVERSATION WITH POTENTIAL STALKING HORSE AND RELATED ACTIVITY. | 0.50 | 327.50 |
| 07/29/16 | ESW | WORK ON CREDITOR PLAN. | 0.40 | 262.00 |
| 07/29/16 | RMB | SEND EMAIL TO MATT GENSBURG REQUESTING COPY OF DEBTOR'S D&O POLICY (.10); REVIEW LOCAL CASE LAW RE REQUIREMENTS FOR LANGUAGE IN PLAN AND DISCLOSURE STATEMENT PRESERVING AVOIDANCE ACTIONS THAT WERE TRANSFERRED TO A LIQUIDATING TRUST (.30) | 0.40 | 268.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** .................................................................... **76.40**
**TOTAL LEGAL FEES** .......................................................................................... **$  46,056.50**

**Dykema**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3088676
PAGE NO.  7

### DISBURSEMENTS

| | |
|---|---:|
| SCANNING EXPENSES | 1.20 |
| PRINTING EXPENSES | 158.20 |
| CONFERENCE CALLS | 10.74 |
| **TOTAL DISBURSEMENTS** .................................. $ | **170.14** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3088676
PAGE NO.  8

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| ESW | EDWARD S. WEIL | 19.70 | 655.00 | 12,903.50 |
| JEAB | JONATHAN E. ABERMAN | 19.90 | 515.00 | 10,248.50 |
| RMB | RICHARD M. BENDIX | 32.10 | 670.00 | 21,507.00 |
| CHCO | C. HARRISON COOPER | 0.90 | 275.00 | 247.50 |
| JFRH | JOHN F. RHOADES | 0.90 | 315.00 | 283.50 |
| KC | KEVIN CONNOR | 2.50 | 285.00 | 712.50 |
| MADI | MARIA A. DIAKOUMAKIS | 0.40 | 385.00 | 154.00 |
| **TOTAL** | | **76.40** | | **46,056.50** |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

OCTOBER 4, 2016

CLIENT-MATTER NO.   111914-000015
PLAN OF
REORGANIZATION/LIQUIDATION AND
DISCLOSURE STATEMENT
INVOICE NO.  3088676
PAGE NO.  9

FEES........................................................................$    46,056.50

DISBURSEMENTS .......................................................    170.14

**TOTAL AMOUNT DUE**............................................$    46,226.64

**DykemaGossett**pllc

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:**_____      **DATE:**_____      **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____