# EXHIBIT B

August 2016 Monthly Invoices

# DyKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

OCTOBER 14, 2016
CLIENT-MATTER NO. 111914-000005
INVOICE NO.  3091194

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CASE ADMINISTRATION**

FEES..........................................................................$      126.00

DISBURSEMENTS .....................................................      3.40

**TOTAL AMOUNT DUE**.............................................**$      129.40**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3091194
PAGE NO.  2

### RE:  CASE ADMINISTRATION

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/10/16 | JFRH | ANALYSIS RE MONTHLY  OPERATING REPORTS. | 0.40 | 126.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ..................................................................... **0.40**
**TOTAL LEGAL FEES**................................................................................... $ **126.00**

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.    111914-000005

INVOICE NO.  3091194
PAGE NO.  3

---

**DISBURSEMENTS**

| | |
|---|---|
| PRINTING EXPENSES | 3.40 |

**TOTAL DISBURSEMENTS ...................................$    3.40**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DykEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO. 111914-000005

INVOICE NO. 3091194
PAGE NO. 4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|--------------------|-------|--------|--------|
| JFRH | JOHN F. RHOADES | 0.40 | 315.00 | 126.00 |
| | **TOTAL** | **0.40** | | **126.00** |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000005
CASE ADMINISTRATION
INVOICE NO.  3091194
PAGE NO.  5

FEES.........................................................................$      126.00

DISBURSEMENTS .....................................................         3.40

**TOTAL AMOUNT DUE**..............................................$_____129.40

**DykemaGossett** PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:**_____     **DATE:**_____     **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

OCTOBER 14, 2016
CLIENT-MATTER NO. 111914-000007
INVOICE NO.  3091195

*FOR PROFESSIONAL SERVICES RENDERED*

## RE:  CREDITORS' COMMITTEE INVESTIGATIONS

FEES............................................................$    47,234.00

DISBURSEMENTS .......................................    4,170.05

**TOTAL AMOUNT DUE .............................$    51,404.05**

**Dykema**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3091195
PAGE NO.  2

## RE: CREDITORS' COMMITTEE INVESTIGATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/01/16 | DJZ | REVIEW AND ANALYZE 2014 D&O POLICY (.8); PREPARE CORRESPONDENCE RE COVERAGE AND EXCLUSIONS FOR TRUSTEE OR CREDITOR CLAIMS (.8). | 1.60 | 904.00 |
| 08/01/16 | ESW | REVIEW DOCUMENTS IN PREPARATION FOR SAKATA DEPOSITION. | 0.80 | 524.00 |
| 08/01/16 | RMB | REVIEW D&O INSURANCE POLICY (.20);ANALYSIS OF COVERAGE, INCLUDING INSURED VS. INSURED EXCLUSION AND EXCEPTIONS THERETO (.50) | 0.70 | 469.00 |
| 08/02/16 | DJZ | REVIEW AND ANALYZE 2016 D&O POLICY AND EXTENSION ENDORSEMENT(.7); EXAMINE POTENTIAL CLAIMS AND COVERAGES (.8); EXAMINE RE CLAIMS ASSERTED AT MEDIATION RELATING TO OFFICERS AND DIRECTORS (.7); PREPARE DEMAND LETTER TO OFFICERS AND DIRECTORS (.6); REVIEW AND REVISE CLAIM SUMMARY (.8). | 3.60 | 2,034.00 |
| 08/02/16 | ESW | PREPARE DOCUMENTS, QUESTIONS AND TOPICS FOR SAKATA DEPOSITION (.9). CORRESPONDENCE WITH MR. GENSBURG RE DOCUMENTS NEEDED BEFORE DEPOSITION (.4). | 1.30 | 851.50 |
| 08/02/16 | ESW | WORK ON D&O INSURANCE CLAIM. | 0.80 | 524.00 |
| 08/02/16 | JFRH | ANALYSIS RE NOTICE OF CLAIM/DEMAND FOR INSURANCE COVERAGE/CLAIMS AGAINST OFFICERS AND DIRECTORS. | 2.60 | 819.00 |
| 08/02/16 | MAG | EXAMINATION OF MEMOS REQUESTING INVESTIGATIONS TO LOCATE MESSRS. LEVINE, CORRIGAN, TESSLER AND SAKATA AND PROVIDING BACKGROUND ON THE SAME (.4); DRAFTING MEMO RE INVESTIGATION STRATEGY (1.0); RESEARCH OF LOCATE PLUS DATABASE, ACCURINT REAL TIME PHONES & PERSON SEARCH DATABASES, OF VILLAGE OF WESTCHESTER, NY, PROPERTY TAX DATABASE, OF WESTCHESTER COUNTY, NY REAL PROPERTY RECORDS - ALL RE MR. LEVINE LOCATION INVESTIGATION (.8) | 2.20 | 627.00 |
| 08/02/16 | RMB | EXAMINE TERMS OF THE DEBTOR'S D&O INSURANCE POLICY AND GIVING NOTICE OF CLAIM TO DEBTOR AND TO INDIVIDUAL INSUREDS. | 1.00 | 670.00 |
| 08/02/16 | RMB | ANALYSIS OF DEBTOR'SDIFFERENT D&O INSURANCE POLICIES, ONE ENDING IN 04 WITH BATES NUMBERS AND ONE ENDING IN 06 WITHOUT BATES NUMBERS (.20); REVIEW FILES TO LOCATE BOTH POLICIES (.20) | 0.40 | 268.00 |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3091195
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/03/16 | DJZ | REVISE DEMAND LETTER AND NOTICE OF CLAIMS AGAINST DIRECTORS AND OFFICERS (3.2); EXAMINE POTENTIAL CORPORATE CLAIMS AND POTENTIAL APPLICABILITY OF THE BANKRUPTCY STAY (.4); DRAFT TIME DEADLINE FOR SERVING DEMANDS AND POTENTIAL CORPORATE CLAIMS (.8); REVIEW AND RESPOND TO MULTIPLE CORRESPONDENCES RE ADDRESSES FOR SERVICE OF THE DEMAND LETTER AND REVISE DEMAND LETTER RE SAME (.7). | 5.10 | 2,881.50 |
| 08/03/16 | ESW | PREPARE FOR SAKATA DEPOSITION, INCLUDING CORRESPONDENCE TO MR. GENSBURG RE SAME. | 1.50 | 982.50 |
| 08/03/16 | ESW | WORK ON PREPARATION OF D&O INSURANCE CLAIM. | 1.10 | 720.50 |
| 08/03/16 | JEAB | REVIEW D&O INSURANCE POLICY AND RELATED ISSUES (.4); REVIEW NOTICE PROCEDURES AND DRAFT NOTICE LETTERS (.4). | 0.80 | 412.00 |
| 08/03/16 | JFRH | ANALYSIS RE CLAIMS AGAINST OFFICERS/DIRECTORS AND NOTICE OF CLAIM TO INSURER. | 0.60 | 189.00 |
| 08/03/16 | JFRH | PREPARE ADDITIONAL DOCUMENT REQUESTS TO DEBTOR. | 1.80 | 567.00 |
| 08/03/16 | JFRH | ANALYSIS RE OFFICERS/DIRECTORS OF YCA. | 0.30 | 94.50 |
| 08/03/16 | JFRH | PREPARE FOR RULE 2004 EXAMINATIONS OF MR. SAKATA AND YCA. | 2.60 | 819.00 |
| 08/03/16 | MAG | RESEARCH OF ACCURINT PERSON SEARCH DATABASE, LOCATE PLUS DATABASE, FAA AIRMEN CERTIFICATION DATABASE, GREENWICH, CT, PROPERTY TAX RECORDS, COLLIER COUNTY, FL, PROPERTY ASSESSMENT RECORDS, NEW YORK ATTORNEY REGISTRATION RECORDS RE MR. CORRIGAN (.8); RESEARCH OF DURHAM COUNTY, NC, PROPERTY ASSESSMENTS RECORDS AND ACCURINT DURHAM COUNTY DEEDS DATABASES RE MR. LEVINE (.8); RESEARCH OF ACCURINT PERSON SEARCH DATABASE, LOCATE PLUS DATABASE AND NEW YORK ATTORNEY REGISTRATION DATABASE RE MR. TESSLER (.8); RESEARCH OF THE LINKEDIN DATABASE AND THE ILLINOIS PROFESSIONAL LICENSE DATABASE RE MR. SAKATA (.8); DRAFTING MEMO REQUESTING FILE DATA ON MR. CORRIGAN (.5); EXAMINATION OF MEMOS PROVIDING FILE DATA ON MR. CORRIGAN, OF DOCUMENTS GENERATED BY INVESTIGATION TO LOCATE MR. LEVINE, OF DOCUMENTS GENERATED BY INVESTIGATION OF MR. CORRIGAN, OF DOCUMENTS GENERATED BY INVESTIGATION OF MR. TESSLER (1.0); EXAMINATION OF MEMOS RE PENDING INVESTIGATION ISSUES AND RESPONDING TO THE SAME (.5); DRAFTING MEMO RE MR. LEVINE LOCATION INVESTIGATION RESULTS, MEMO RE MR. CORRIGAN(.6). | 5.80 | 1,653.00 |

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3091195
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-----|-----|-----|
| 08/03/16 | RMB | DISCUSS WITH JEREMY KLEINMAN STRATEGY FOR DEPOSITION OF GARY SAKATA AND RULE 30(B)(6) DEPOSITION OF THE DEBTOR (.50); ANALYZE WHETHER TO ASSERT D&O INSURANCE CLAIM AGAINST DEBTOR AND OTHER WHOLLY-OWNED SUBSIDIARIES OF YELLOW GROUP LLC (.50); REVIEW SUMMARY RE EXPIRATION DATE OF D&O, POLICY AND REQUIREMENT THAT DIRECTORS AND OFFICERS RECEIVE CLAIMS UNDER THE POLICY BEFORE THE POLICY'S EXPIRATION DATE (.10) | 1.10 | 737.00 |
| 08/04/16 | DJZ | EXAMINE ISSUANCE OF DEMAND LETTERS TO DIRECTORS AND OFFICERS. | 0.20 | 113.00 |
| 08/04/16 | ESW | SAKATA DEPOSITION PREPARATION. | 2.30 | 1,506.50 |
| 08/04/16 | JEAB | REVISIONS TO D&O NOTICE LETTERS TO SAKATA, TESSLER, CORRIGAN AND LEVINE. | 0.60 | 309.00 |
| 08/04/16 | JFRH | ANALYSIS RE NOTICE OF OFFICER/DIRECTOR CLAIMS. | 0.40 | 126.00 |
| 08/04/16 | MAG | RESEARCH OF ACCURINT DATABASE OF LOCATE PLUS DATABASE, OF MARICOPA COUNTY, AZ, PROPERTY ASSESSMENT RECORDS, OF MARICOPA COUNTY RECORDER RECORDS, OF COOK COUNTY - IL - RECORDER RECORDS, COOK COUNTY PROPERTY ASSESSMENT RECORDS, COOK COUNTY TAX COLLECTOR RECORDS RE MR. SAKATA (.8); EXAMINATION OF MEMO RE ISSUES CONCERNING NOTIFICATION OF COMPANY PRINCIPALS AND RESPONDING TO THE SAME (.8); EXAMINATION OF DOCUMENTS GENERATED BY INVESTIGATION OF MR. SAKATA (.8); DRAFTING MEMO RE MR. TESSLER LOCATION INVESTIGATION RESULTS,MEMO RE MR. SAKATA LOCATION INVESTIGATION RESULTS (1.0). | 4.20 | 1,197.00 |
| 08/04/16 | RMB | CALL WITH MATT GENSBURG RE AUGUST 12 EXPIRATION OF DEBTOR'S D&O INSURANCE POLICY AND COMMITTEE'S INTENTION TO ASSERT CLAIMS BEFORE THAT DATE | 0.10 | 67.00 |
| 08/05/16 | JFRH | PREPARE FOR DEPOSITIONS OF DEBTOR AND MR. SAKATA. | 2.70 | 850.50 |
| 08/05/16 | JFRH | ANALYZE DOCUMENTS RELATED TO DEBTOR'S FINANCIAL AFFAIRS. | 2.20 | 693.00 |
| 08/08/16 | DJZ | DEVELOP STRATEGY ON PROCEEDING WITH D& O POLICIES (.6); REVIEW AND ANALYZE PROVISION OF D&O POLICY RE DUTY TO DEFEND ISSUES (1.1); PREPARE REPORT RE DUTY TO DEFEND, AVAILABLE LIMITS AND EROSION OF LIMITS BY PAYMENT OF DEFENSE COSTS (.9). | 2.60 | 1,469.00 |
| 08/08/16 | ESW | CORRESPONDENCE RE AND PREPARE  FOR SAKATA AND 30(B)(6) DEPOSITIONS | 1.20 | 786.00 |
| 08/08/16 | ESW | DOCUMENT REVIEW RE SAKATA DEPOSITION. | 1.40 | 917.00 |
| 08/08/16 | JFRH | DRAFT DOCUMENT REQUESTS TO DEBTOR'S COUNSEL. | 0.60 | 189.00 |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3091195
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/08/16 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE DEPOSITIONS. | 0.30 | 94.50 |
| 08/08/16 | JFRH | DRAFT DEPOSITION OUTLINE FOR MR. SAKATA. | 3.20 | 1,008.00 |
| 08/08/16 | RMB | DEVELOP RESPONSE TO MATT GENSBURG'S REQUEST TO POSTPONE GARY SAKATA'S DEPOSITION IN ORDER TO PERMIT COUNSEL FOR D & O INSURANCE CARRIER TO ATTEND (.50); REVIEW LIMITS OF COVERAGE UNDER DEBTOR'S D&O INSURANCE POLICY (.20). | 0.70 | 469.00 |
| 08/09/16 | DJZ | REVIEW AND ANALYZE COMBINED AGGREGATE, INDIVIDUAL AGGREGATE, CLAIM AND INTERRELATED WRONGFUL ACT PROVISIONS; PREPARE SUMMARY RE APPLICABLE LIMITS OF LIABILITY FOR MULTIPLE CLAIMS. | 1.90 | 1,073.50 |
| 08/09/16 | ESW | MULTIPLE EMAILS WITH MR. GENSBURG RE DOCUMENTS NEEDED FOR SAKATA DEPOSITION. | 0.60 | 393.00 |
| 08/09/16 | JFRH | ANALYSIS RE OFFICER/DIRECTOR CLAIMS AND INSURANCE. | 0.60 | 189.00 |
| 08/09/16 | RMB | EXAMINE MOST RECENT MEMO RE AMOUNT OF INSURANCE COVERAGE AVAILABLE FOR D & O CLAIMS. | 0.10 | 67.00 |
| 08/11/16 | ESW | PREPARE TOPICS, DOCUMENTS/EXHIBITS, AND QUESTIONS FOR SAKATA DEPOSITION. | 0.50 | 327.50 |
| 08/11/16 | JFRH | PREPARE FOR DEPOSITION OF MR. SAKATA AND THE DEBTOR. | 0.80 | 252.00 |
| 08/15/16 | ESW | PREPARE FOR SAKATA EXAMINATION. | 1.20 | 786.00 |
| 08/15/16 | JFRH | PREPARE FOR RULE 2004 EXAMINATIONS FOR MR. SAKATA AND THE DEBTOR. | 2.20 | 693.00 |
| 08/16/16 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE DOCUMENT REQUESTS/DEPOSITIONS. | 0.40 | 126.00 |
| 08/16/16 | JFRH | ANALYZE ISSUES RELATED TO YELLOW CAB INTELLECTUAL PROPERTY RIGHTS. | 2.40 | 756.00 |
| 08/16/16 | JFRH | PREPARE FOR DEPOSITION OF MR. SAKATA. | 2.40 | 756.00 |
| 08/17/16 | ESW | PREPARE FOR GARY SAKATA R. 2004 EXAMINATION. | 1.50 | 982.50 |
| 08/17/16 | JFRH | ANALYZE NEW FINANCIAL DOCUMENTS PRODUCED BY DEBTOR. | 1.60 | 504.00 |
| 08/17/16 | JFRH | PREPARE FOR DEPOSITION OF MR. SAKATA. | 9.60 | 3,024.00 |
| 08/17/16 | MTH | RESEARCHING TRADEMARK RIGHTS OF YELLOW CAB GROUP. | 1.50 | 390.00 |
| 08/17/16 | RMB | PROPOSE  QUESTIONS ABOUT DEBTOR'S SECOND AMENDED PLAN TO  ASK GARY SAKATA AT TOMORROW'S DEPOSITION | 0.40 | 268.00 |

**Dykema**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3091195
PAGE NO.  6

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|----|------|--------|
| 08/18/16 | ESW | ATTEND DEPOSITION/R. 2004 EXAM OF MR. SAKATA. PARTICIPATE IN PREPARING QUESTIONS AND FOLLOW-UP QUESTIONS AND SUPPLEMENTAL DOCUMENT REQUESTS RE SAME (7.0); PREPARE POST-DEPOSITION SUMMARY AND NEXT STEPS LIST (1.0) | 8.00 | 5,240.00 |
| 08/18/16 | JFRH | PREPARE FOR AND TAKE RULE 2004 EXAMINATION OF MR. SAKATA. | 11.20 | 3,528.00 |
| 08/19/16 | ESW | DRAFT FOLLOW-UP DOCUMENT REQUEST RE SAKATA EXAMINATION RE DOCUMENTS NOT PRODUCED. | 0.30 | 196.50 |
| 08/19/16 | ESW | FOLLOW-UP ON DOCUMENT REQUEST FOLLOWING R. 2004 EXAM OF SAKATA (0.2). | 0.20 | 131.00 |
| 08/19/16 | RMB | REVIEW EMAIL FROM PAT O'MALLEY REPORTING THAT TAS HAS OVERCHARGED YCA BY $312,000 AND SUGGEST A COURSE OF ACTION FOR COMPELLING YCA TO RECOVER THE OVERPAYMENT. | 0.20 | 134.00 |
| 08/23/16 | JFRH | PREPARE FOR ADDITIONAL RULE 2004 EXAMINATION. | 0.40 | 126.00 |
| 08/24/16 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE DEPOSITIONS. | 0.20 | 63.00 |
| 08/24/16 | JFRH | ANALYSIS RE DEPOSITION TESTIMONY OF MR. SAKATA. | 0.20 | 63.00 |
| 08/26/16 | JFRH | ANALYSIS RE INTELLECTUAL PROPERTY RIGHTS OF DEBTOR. | 0.60 | 189.00 |
| 08/26/16 | MAG | CORRESPONDENCE WITH THE WESTCHESTER, NY, COUNTY CLERK RE MR. LEVINE PROPERTY RECORDS SEARCH. | 0.20 | 57.00 |
| 08/30/16 | JFRH | PREPARE FOR CORPORATE RULE 2004 EXAMINATION OF THE DEBTOR. | 0.60 | 189.00 |
| 08/31/16 | JFRH | ANALYSIS RE RENEWED MOTION TO COMPEL PAYMENT OF FEES IN LIGHT OF NEW EVIDENCE REGARDING OVERPAYMENT TO TAS. | 0.60 | 189.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ................................................................. **108.80**
**TOTAL LEGAL FEES** ................................................................................ **$   47,234.00**

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3091195
PAGE NO.  7

| | **DISBURSEMENTS** | |
|---|---|---|
| 08/29/16 | ACR REPORTING, LLP DEPOSITION OF GARY SAKATA | 1,464.15 |
| 08/18/16 | RIVERS DEPOSITION | 80.95 |
| 08/02/16 | ACCURINT - MICHAEL LEVINE | 6.35 |
| 08/02/16 | ACCURINT - MICHAEL LEVINE | 23.80 |
| 08/02/16 | ACCURINT - MICHAEL LEVINE | 5.00 |
| 08/02/16 | ACCURINT - MICHAEL LEVINE | 5.00 |
| 08/02/16 | ACCURINT - REAL TIME PHONE SEARCH | 5.00 |
| 08/02/16 | ACCURINT - REAL TIME PHONE SEARCH | 5.00 |
| 08/03/16 | ACCURINT - DEED SEARCH | 8.00 |
| 08/03/16 | ACCURINT - PERSON SEARCH EVAN TESSLER | 38.15 |
| 08/03/16 | ACCURINT - PATTON CORRIGAN | 6.35 |
| 08/03/16 | ACCURINT - ADVANCED PERSON SEARCH ROLLUP PATTON CORRIGAN | 8.35 |
| 08/03/16 | ACCURINT - FLAT RATE COMPREHENSIVE REPORT PATTON CORRIGAN | 23.80 |
| 08/03/16 | ACCURINT - FLAT RATE COMPREHENSIVE REPORT PATTON CORRIGAN | 23.80 |
| 08/04/16 | ACCURINT - GARY SAKATA | 30.15 |
| 08/02/16 | WESTCHESTER COUNTY, NY, REAL PROPERTY SEARCHES M. LEVINE | 20.00 |
| 08/31/16 | LOCATEPLUS CORPORATION M. LEVINE NEW YORK ENHANCED PERSON SEARCH | 4.99 |
| 08/31/16 | LOCATEPLUS CORPORATION ENHANCED CONNECTICUT PERSON SEARCH RE MR. CORRIGAN | 4.99 |
| 08/31/16 | LOCATEPLUS CORPORATION MR. TESSLER CONNECTICUT ENHANCED PERSON SEARCH | 4.99 |
| 08/31/16 | LOCATEPLUS CORPORATION MR. SAKTA ENHANCED ILLINOIS PERSON SEARCH | 4.99 |
| 08/17/16 | TAXI - LATE DEPARTURE FROM DYKEMA | 10.00 |
| 08/01/16 | RELATIVITY DATA HOSTING | 650.00 |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3091195
PAGE NO.  8

## DISBURSEMENTS

| | | |
|---|---|---:|
| 08/24/16 | DOCKET RESEARCH-COURTLINK | 49.28 |
| 08/25/16 | DOCKET RESEARCH-COURTLINK | 1.53 |
| 08/26/16 | DOCKET RESEARCH-COURTLINK | 2.46 |
| | PHOTOCOPY EXPENSES | 583.17 |
| | SCANNING EXPENSES | 35.80 |
| | PRINTING EXPENSES | 1,064.00 |

**TOTAL DISBURSEMENTS ................................... $ 4,170.05**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3091195
PAGE NO.  9

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| DJZ | DANIEL J. ZOLLNER | 15.00 | 565.00 | 8,475.00 |
| ESW | EDWARD S. WEIL | 22.70 | 655.00 | 14,868.50 |
| JEAB | JONATHAN E. ABERMAN | 1.40 | 515.00 | 721.00 |
| RMB | RICHARD M. BENDIX | 4.70 | 670.00 | 3,149.00 |
| JFRH | JOHN F. RHOADES | 51.10 | 315.00 | 16,096.50 |
| MTH | MATTHEW T. HAYS | 1.50 | 260.00 | 390.00 |
| MAG | MICHAEL A. GIANDILETTI | 12.40 | 285.00 | 3,534.00 |
| **TOTAL** | | **108.80** | | **47,234.00** |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000007
CREDITORS' COMMITTEE
INVESTIGATIONS
INVOICE NO.  3091195
PAGE NO.  10

FEES........................................................…......$    47,234.00

DISBURSEMENTS ......................................................    4,170.05

**TOTAL AMOUNT DUE**.............................................$___51,404.05

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:**_____    **DATE:**_____    **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DyKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

OCTOBER 14, 2016
CLIENT-MATTER NO. 111914-000008
INVOICE NO.  3091196

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS**

FEES.........................................................................$      1,962.50

**TOTAL AMOUNT DUE**.............................................$      **1,962.50**

**Dykema**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3091196
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|----|------:|-------:|
| 08/02/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE STATUS OF CASE. | 0.30 | 196.50 |
| 08/08/16 | ESW | COMMITTEE CALL RE STATUS OF SAKATA DEPOSITION, CREDITOR PLAN, STALKING HORSE POSSIBILITIES, D&O CLAIM, ETC.. | 1.00 | 655.00 |
| 08/10/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE GREENBERG TRAURIG'S JULY, 2016 MONTHLY FEE STATEMENT. | 0.10 | 67.00 |
| 08/20/16 | ESW | CALL WITH COMMITTEE RE STATUS OF CASE. | 0.50 | 327.50 |
| 08/22/16 | JFRH | CORRESPONDENCE WITH CLIENT RE INVESTIGATION AND RULE 2004 EXAMINATIONS. | 0.80 | 252.00 |
| 08/25/16 | RMB | REVIEW AND RESPOND TO EMAIL FROM COMMITTEE MEMBER RE LATEST VERSION OF THE PLAN. | 0.20 | 134.00 |
| 08/26/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE DEBTOR'S MOTION TO HIRE TAX ACCOUNTANT. | 0.20 | 134.00 |
| 08/31/16 | ESW | CORRESPONDENCE WITH CREDITORS COMMITTEE RE COURT AND RE CREDITORS COMMITTEE PLAN AND DISCLOSURE STATEMENT. | 0.30 | 196.50 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................................... **3.40**
**TOTAL LEGAL FEES** ..............................................................................$ **1,962.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3091196
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------|------:|------:|---------:|
| ESW | EDWARD S. WEIL | 2.10 | 655.00 | 1,375.50 |
| RMB | RICHARD M. BENDIX | 0.50 | 670.00 | 335.00 |
| JFRH | JOHN F. RHOADES | 0.80 | 315.00 | 252.00 |
| | **TOTAL** | **3.40** | | **1,962.50** |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000008
CREDITORS' COMMITTEE MEETING
AND COMMUNICATIONS
INVOICE NO.  3091196
PAGE NO.  4


FEES........................................................................$    1,962.50


**TOTAL AMOUNT DUE**.............................................$    **1,962.50**


DykemaGossett PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:**_____     **DATE:**_____     **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

OCTOBER 14, 2016
CLIENT-MATTER NO. 111914-000010
INVOICE NO.  3091197

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  FEE/EMPLOYMENT APPLICATIONS**

FEES.........................................................................$      2,077.00

DISBURSEMENTS ......................................................      58.80

**TOTAL AMOUNT DUE** .............................................$      **2,135.80**

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.    111914-000010

INVOICE NO.  3091197
PAGE NO.  2

## RE:  FEE/EMPLOYMENT APPLICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/03/16 | MADI | BEGIN REVIEWING JUNE BILLS FOR SUBMISSION WITH MONTHLY INVOICES. | 0.40 | 154.00 |
| 08/04/16 | MADI | PREPARE COURTESY COPIES OF 5TH INTERIM FEE APP FOR JUDGE DOYLE (0.2); EXAMINE JUNE INVOICES (0.7). | 0.90 | 346.50 |
| 08/10/16 | MADI | EXAMINE JUNE INVOICES. | 0.50 | 192.50 |
| 08/10/16 | RMB | REVIEW GREENBERG TRAURIG'S JULY, 2016 MONTHLY FEE STATEMENT | 0.10 | 67.00 |
| 08/16/16 | MADI | ANALYSIS OF AMOUNTS GRANTED PURSUANT TO PRIOR FEE APPLICATIONS | 0.40 | 154.00 |
| 08/16/16 | RMB | CALL WITH MATT GENSBURG RE CONTINUING TOMORROW'S HEARING ON THE FIFTH INTERIM FEE APPLICATIONS (.10);CORRESPONDENCE WITH MATT GENSBURG SUGGESTING AUGUST 31 AS DATE FOR CONTINUED HEARING ON FIFTH INTERIM FEE APPLICATIONS (.10); REVIEW EMAIL FROM JUDGE DOYLE'S MINUTE CLERK RE CONTINUATION OF TOMORROW'S HEARING ON FIFTH INTERIM FEE APPLICATIONS TO AUGUST 31 (.10) | 0.40 | 268.00 |
| 08/29/16 | RMB | ANALYZE MATT GENSBURG'S (1) REQUEST TO CONTINUE HEARING ON FIFTH INTERIM FEE APPLICATIONS, AND (2) POSITION THAT THERE IS NO DEADLINE FOR OBJECTING TO INTERIM FEE APPLICATIONS SO THAT MATT CAN STILL OBJECT TO DYKEMA'S FIFTH INTERIM FEE APPLICATION | 0.50 | 335.00 |
| 08/30/16 | MADI | EXAMINE FEE PROCEDURES ORDER RE DATES AND DEADLINES FOR QUARTERLY FEE APPLICATION FILINGS. | 0.20 | 77.00 |
| 08/31/16 | JFRH | EXAMINE DEBTOR'S FEE PETITION. | 0.80 | 252.00 |
| 08/31/16 | MADI | CONTINUED REVIEW OF JUNE 2016 INVOICES. | 0.60 | 231.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **4.80**
**TOTAL LEGAL FEES** ........................................................................ **$  2,077.00**

# DykEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3091197
PAGE NO.  3

## DISBURSEMENTS

| | | |
|---|---|---|
| 08/04/16 | COURIER FOR COURT FILING SERVICES. DELIVER COURTESY COPIES TO BANKRUPTCY COURT. | 21.00 |
| | PRINTING EXPENSES | 37.80 |

**TOTAL DISBURSEMENTS ................................... $    58.80**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO. 111914-000010

INVOICE NO. 3091197
PAGE NO. 4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|-----------------------|-------|--------|----------|
| RMB | RICHARD M. BENDIX | 1.00 | 670.00 | 670.00 |
| JFRH | JOHN F. RHOADES | 0.80 | 315.00 | 252.00 |
| MADI | MARIA A. DIAKOUMAKIS | 3.00 | 385.00 | 1,155.00 |
| | **TOTAL** | **4.80** | | **2,077.00** |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.    111914-000010
FEE/EMPLOYMENT APPLICATIONS
INVOICE NO.  3091197
PAGE NO.  5

FEES.................................................................$    2,077.00

DISBURSEMENTS ....................................................    58.80

**TOTAL AMOUNT DUE**............................................$    **2,135.80**

DykemaGossett PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____    DATE:_____    AMOUNT:_____

THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DyKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

OCTOBER 14, 2016
CLIENT-MATTER NO. 111914-000011
INVOICE NO.  3091198

.

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  FEE/EMPLOYMENT OBJECTIONS**

FEES...........................................................$      539.00

DISBURSEMENTS .......................................      20.20

**TOTAL AMOUNT DUE** .............................$      **559.20**



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000011

INVOICE NO.  3091198
PAGE NO.  2


RE:  FEE/EMPLOYMENT OBJECTIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/09/16 | MADI | EXAMINE DEBTOR'S COUNSELS' FIFTH INTERIM FEE APPLICATIONS. | 0.80 | 308.00 |
| 08/10/16 | MADI | ANALYSIS OF DEBTORS' FEE APPLICATIONS TO DETERMINE WHETHER BASIS EXISTS TO OBJECT TO SAME. | 0.60 | 231.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................... **1.40**
**TOTAL LEGAL FEES** ............................................................................ $ **539.00**

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000011

INVOICE NO.  3091198
PAGE NO.  3

---

### DISBURSEMENTS

PRINTING EXPENSES                                            20.20

**TOTAL DISBURSEMENTS ................................. $      20.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

**Dykema**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000011

INVOICE NO.  3091198
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| MADI | MARIA A. DIAKOUMAKIS | 1.40 | 385.00 | 539.00 |
| | **TOTAL** | **1.40** | | **539.00** |

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO. 111914-000011
FEE/EMPLOYMENT OBJECTIONS
INVOICE NO. 3091198
PAGE NO. 5

FEES..............................................................$ 539.00

DISBURSEMENTS ..................................................... 20.20

**TOTAL AMOUNT DUE**............................................$ <u>559.20</u>

DykemaGossett PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:_____        DATE:_____        AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DyKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

OCTOBER 14, 2016
CLIENT-MATTER NO. 111914-000013
INVOICE NO.  3091199

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY**

FEES.........................................................................$      201.00


**TOTAL AMOUNT DUE**...............................................$_____**201.00**

**Dykema**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3091199
PAGE NO.  2

### RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/02/16 | RMB | ANALYSIS OF FILING A MOTION TO LIFT THE AUTOMATIC STAY TO PERMIT THE COMMITTEE TO GIVE THE DEBTOR NOTICE OF A CLAIM AGAINST IT UNDER THE DEBTOR'S D&O INSURANCE POLICY | 0.20 | 134.00 |
| 08/11/16 | RMB | REVIEW EMAIL FROM MATT GENSBURG RE THIS MORNING'S HEARING PROGRESSIVE MOUNTAIN INSURANCE CO'S LIFT STAY MOTION. | 0.10 | 67.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................   **0.30**
**TOTAL LEGAL FEES** ............................................................................ $   **201.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3091199
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|-----------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 0.30 | 670.00 | 201.00 |
| | **TOTAL** | **0.30** | | **201.00** |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

OCTOBER 14, 2016

CLIENT-MATTER NO.  111914-000013
MOTIONS FOR RELIEF FROM THE
AUTOMATIC STAY
INVOICE NO.  3091199
PAGE NO.  4

FEES.........................................................................$      201.00

**TOTAL AMOUNT DUE**.............................................**$_____201.00**

REMITTANCE

**DYKEMAGOSSETT** PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

**CHECK #:_____     DATE:_____     AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

OCTOBER 14, 2016
CLIENT-MATTER NO. 111914-000015
INVOICE NO.  3091200

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT**

FEES..........................................................................$    89,256.00

DISBURSEMENTS .....................................................      750.96

**TOTAL AMOUNT DUE .............................................$    90,006.96**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3091200
PAGE NO.  2

## RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/16 | ESW | WORK ON CREDITOR COMMITTEE PLAN OF LIQUIDATION. | 1.10 | 720.50 |
| 08/01/16 | JFRH | ANALYZE STRATEGY FOR PLAN OF CONFIRMATION. | 1.80 | 567.00 |
| 08/02/16 | RMB | DRAFT MEMO RE NEXT STEPS IF JUDGE DOYLE AUTHORIZES THE DEBTOR TO SEND ITS SECOND AMENDED PLAN OF LIQUIDATION TO CREDITORS FOR A VOTE AND SCHEDULES A CONFIRMATION HEARING. | 0.20 | 134.00 |
| 08/02/16 | RMB | BEGIN RESEARCHING CASES PERMITTING BANKRUPTCY COURT TO DENY APPROVAL OF DISCLOSURE STATEMENT ON THE GROUNDS THAT THE PLAN IS UNCONFIRMABLE ON ITS FACE | 1.00 | 670.00 |
| 08/02/16 | RMB | REVIEW COMMITTEE OBJECTION TO DEBTOR'S FIRST DISCLOSURE STATEMENT IN PREPARATION FOR TOMORROW'S HEARING | 0.10 | 67.00 |
| 08/03/16 | CHCO | RESEARCHED THE CITY CODE RE: ADMINISTRATIVE AUTHORITY OVER TAXI AFFILIATIONS. | 0.90 | 247.50 |
| 08/03/16 | ESW | COURT APPEARANCE ON STATUS OF COMPETING PLANS, AND GENERAL STATUS. | 1.20 | 786.00 |
| 08/03/16 | RMB | REVIEW SALE PROVISIONS OF DEBTOR'S SECOND AMENDED PLAN OF LIQUIDATION IN PREPARATION FOR THIS MORNING'S STATUS HEARING (.50); ATTEND STATUS HEARING ON DEBTOR'S SECOND AMENDED PLAN OF LIQUIDATION (1.0). | 1.50 | 1,005.00 |
| 08/04/16 | CHCO | RESEARCHED THE CITY CODE RE: ADMINISTRATIVE AUTHORITY OVER TAXI AFFILIATIONS. | 0.70 | 192.50 |
| 08/04/16 | JEAB | MEETING WITH DSI TEAM TO DISCUSS STRATEGY FOR DEPOSITIONS IN SUPPORT OF COMMITTEE'S DISCLOSURE STATEMENT AND PLAN AND NEXT STEPS. | 1.00 | 515.00 |
| 08/05/16 | RMB | REVIEW AND REVISE  DRAFT LETTERS TO DIRECTORS AND OFFICERS OF DEBTOR AND AFFILIATES AND ARRANGE FOR DELIVERY OF SAME. | 0.50 | 335.00 |
| 08/08/16 | CHCO | DRAFTED MEMORANDUM RE: ADMINISTRATIVE AUTHORITY OVER TAXI AFFILIATIONS. | 0.60 | 165.00 |
| 08/08/16 | ESW | INITIAL DISCUSSIONS RE CREDITOR PLAN TERMS – INCLUDING MECHANICS OF CREDITOR TRUST. | 0.50 | 327.50 |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3091200
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/08/16 | JEAB | REVIEW OF DEBTOR'S SECOND AMENDED PLAN AND DISCLOSURE STATEMENT AND PREPARE TERMS OF COMMITTEE PLAN. | 1.10 | 566.50 |
| 08/08/16 | JFRH | ANALYSIS RE PROPOSED PLAN OF REORGANIZATION. | 1.80 | 567.00 |
| 08/08/16 | RMB | REVIEW EMAILS TO/FROM MATT GENSBURG RE CANCELLATION OF GARY'S SAKATA'S DEPOSITION AS A RESULT OF ALLEGED INABILITY TO PRODUCE DOCUMENTS WE REQUESTED IN ADVANCE OF THE DEPOSITION POSSIBILITY OF HAVING TO POSTPONE SAKATA DEPOSITION AS A RESULT OF COMMITTEE'S CLAIM UNDER D&O INSURANCE POLICY (.4). | 0.40 | 268.00 |
| 08/08/16 | RMB | BEGIN REVIEWING DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT IN PREPARATION FOR FILING OBJECTIONS TO SAME (1.0) | 1.00 | 670.00 |
| 08/09/16 | JEAB | DRAFT COMMITTEE'S PLAN OF LIQUIDATION. | 2.20 | 1,133.00 |
| 08/09/16 | RMB | REVIEW EMAIL FROM MATT GENSBURG REPORTING EFFORTS BY SIMON GARBER TO CONVINCE YELLOW MEDALLION HOLDERS TO SWITCH AFFILIATIONS AND ASKING FOR INFORMATION ABOUT THE COMMITTEE' CONTACTS WITH SIMON GARBER (.30); EXAMINE EXIT STRATEGIES FROM THE CASE AND PROBLEMS ASSOCIATED WITH EACH STRATEGY (.30) | 0.60 | 402.00 |
| 08/09/16 | RMB | EXAMINE PROVISION IN DEBTOR'S PLAN REQUIRING PAYMENT FROM SALE PROCEEDS OF FEES INCURRED BY DEBTOR'S COUNSEL IN CONNECTION WITH A CLOSING OF AN ASSET SALE (.20); CONTINUE REVIEWING DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT IN ORDER TO PREPARE OBJECTIONS TO SAME (.40) | 0.60 | 402.00 |
| 08/10/16 | CHCO | DRAFTED MEMORANDUM RE: ADMINISTRATIVE AUTHORITY OVER TAXI AFFILIATIONS. | 0.80 | 220.00 |
| 08/10/16 | ESW | CORRESPONDENCE WITH MR. GENSBURG RE GARBER AND RELATED MATTERS (0.3); CORRESPONDENCE WITH MR. O'MALLEY RE ███████████████████████ (0.6) | 0.90 | 589.50 |
| 08/10/16 | JEAB | CONTINUE TO DRAFT COMMITTEE PLAN OF LIQUIDATION (1.7); PREPARE EMAIL RESPONSE TO MR. GENSBURG RE: POTENTIAL MEDALLION/FLEET DEFECTIONS DURING SALE PROCESS PROPOSED BY DEBTOR'S PLAN (.5). | 2.20 | 1,133.00 |
| 08/10/16 | JFRH | ANALYSIS RE TIMING OF SALE/PARTICIPATION OF TRUSTEE IN PLAN OF REORGANIZATION | 0.80 | 252.00 |
| 08/10/16 | RMB | REVIEW YCA'S AFFILIATION AGREEMENT WITH ITS MEDALLION HOLDERS (.20); REVISE DRAFT EMAIL TO MATT GENSBURG RESPONDING TO HIS QUESTIONS REGARDING THE COMMITTEE' COMMUNICATIONS WITH SIMON GARBER (.40) | 0.60 | 402.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3091200
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/10/16 | RMB | CONTINUE REVIEWING DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT IN CONNECTION WITH PREPARING OBJECTION TO APPROVAL OF SAME | 1.00 | 670.00 |
| 08/11/16 | ESW | TELEPHONE CONFERENCE WITH MR. FELDMAN RE PARTNERSHIP WITH MR. O'MALLEY UNDER CREDITOR PLAN. | 0.40 | 262.00 |
| 08/11/16 | JEAB | CONTINUE TO DRAFT COMMITTEE PLAN OF LIQUIDATION. | 3.70 | 1,905.50 |
| 08/11/16 | JFRH | ANALYSIS RE CREDITORS' PLAN OF REORGANIZATION. | 0.60 | 189.00 |
| 08/11/16 | RMB | CONTINUE REVIEW OF SECOND AMENDED DISCLOSURE STATEMENT FOR PURPOSES OF DRAFTING OBJECTIONS TO SAME | 1.50 | 1,005.00 |
| 08/12/16 | JAGOL | REVIEW TAX PROVISIONS OF PLAN. | 0.60 | 345.00 |
| 08/12/16 | JEAB | CONTINUE TO DRAFT COMMITTEE PLAN OF LIQUIDATION. | 2.10 | 1,081.50 |
| 08/12/16 | RMB | CORRESPONDENCE WITH PAT O'MALLEY ASKING FOR HIS THOUGHTS ON FEDERAL INCOME TAX EFFECTS OF ALLOWING A LIQUIDATING TRUST TO OPERATE THE DEBTOR'S BUSINESS (0.1); CONTINUED REVIEW OF DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT FOR PURPOSES OF OBJECTING TO SAME (.50) | 0.70 | 469.00 |
| 08/12/16 | RMB | EXAMINE FEDERAL INCOME TAX IMPACT OF LIQUIDATING TRUSTEE'S OPERATION OF DEBTOR'S BUSINESS | 0.30 | 201.00 |
| 08/15/16 | ESW | TELEPHONE CONFERENCE WITH MR. JEFFREY FELDMAN, FORMER PRESIDENT OF YELLOW CAB, WITH DSI, RE PARTNERSHIP WITH MR. O'MALLEY AS PART OF CREDITOR PLAN. | 1.00 | 655.00 |
| 08/15/16 | ETF | RUN US TRADEMARK SEARCHES FOR LIST OF TRADEMARK ASSETS (.3); PREPARE CHART OF REFERENCES (.3); DRAFT SUMMARY RE SCOPE OF PROTECTION FOR YELLOW CAB, LOGO AND YELLOW COLOR (.4). | 1.00 | 530.00 |
| 08/15/16 | JAGOL | ANALYZE TAX IMPLICATIONS OF PLAN (4.2). DRAFT SUMMARY REGARDING ANALYSIS (1.4). | 5.60 | 3,220.00 |
| 08/15/16 | RMB | FINISH REVIEWING DISCLOSURE STATEMENT FOR PURPOSES OF PREPARING OBJECTIONS TO SAME. | 3.10 | 2,077.00 |
| 08/16/16 | ESW | PREPARE QUESTIONS/EXHIBITS FOR SAKATA DEPOSITION. | 3.00 | 1,965.00 |
| 08/16/16 | JEAB | REVISE AND CIRCULATE DRAFT OF COMMITTEE PLAN OF LIQUIDATION. | 1.70 | 875.50 |
| 08/16/16 | MTH | RESEARCH INTO TRADEMARK RIGHTS OF YELLOW CAB GROUP | 1.20 | 312.00 |

**Dykema**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3091200
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/16/16 | RMB | REVIEW ARTICLE ABOUT IN RE AMERICAN CAPITAL EQUIPMENT LLC DECISION DENYING AT DISCLOSURE STATEMENT HEARING CONFIRMATION OF PLAN THAT WAS UNCONFIRMABLE ON ITS FACE DUE TO LACK OF FEASIBILITY (1.2); RESEARCH WHETHER TAS' POST-PETITION TERMINATION OF ITS SERVICES AGREEMENT WITH THE DEBTOR VIOLATED THE AUTOMATIC STAY (2.0). | 3.20 | 2,144.00 |
| 08/16/16 | RMB | BEGIN RESEARCHING CASES HOLDING THAT A BANKRUPTCY COURT CAN DENY CONFIRMATION OF A PATENTLY UNCONFIRMABLE PLAN AT A DISCLOSURE STATEMENT HEARING. | 1.00 | 670.00 |
| 08/17/16 | ESW | RESEARCH TRADEMARK AND OTHER IP ISSUES IN CONNECTION WITH YCA'S OWNERSHIP/LICENSE TO TRADEMARKS FOR YELLOW COLOR AND "YELLOW" NAME. | 1.10 | 720.50 |
| 08/17/16 | ESW | REVIEW OF FIRST DRAFT OF CREDITOR PLAN OF LIQUIDATION AND COMMENT ON SAME. | 1.00 | 655.00 |
| 08/17/16 | MTH | RESEARCHING COMMON LAW TRADEMARK RIGHTS DOCTRINE AND CASE LAW | 3.20 | 832.00 |
| 08/17/16 | RMB | ANALYSIS OF TRADEMARK REGISTRATION FOR "YELLOW CAB AFFILIATION, INC." RATHER THAN FOR "YELLOW CAB" AND THE YELLOW COLOR (.20) | 0.20 | 134.00 |
| 08/17/16 | RMB | ANALYZE EFFECT OF ASSET PURCHASER CREATING NEW TELEPHONE NUMBER FOR ITS DISPATCH SERVICES (.20); EXAMINE ISSUES RELATED TO ABSENCE OF TRADEMARK FOR NAME "YELLOW CAB AFFILIATION, INC." AND THE "YELLOW COLOR"; (.30); BEGIN REVISING DRAFT OF COMMITTEE' LIQUIDATING PLAN (2.0) | 2.50 | 1,675.00 |
| 08/18/16 | MTH | RESEARCHING AND DRAFTING COMMON LAW TRADEMARK RIGHTS MEMO | 2.50 | 650.00 |
| 08/18/16 | RMB | CONTINUE REVISING COMMITTEE'S PLAN OF LIQUIDATION | 2.50 | 1,675.00 |
| 08/19/16 | CHCO | ANALYZE TAXICAB AFFILIATION INTELLECTUAL PROPERTY PROTECTIONS. | 1.20 | 330.00 |
| 08/19/16 | ESW | RESEARCH CHICAGO DEPARTMENT OF BUSINESS AFFAIRS AND CONSUMER PROTECTION RULES RE REGISTRATION OF COLORS/NAMES OF TAXICAB AFFILIATIONS – RELATED TO CREDITOR COMMITTEE PLAN AND DISCLOSURE STATEMENT (0.5); RESEARCH YCA'S OWNERSHIP OF MEDALLIONS (0.4). | 0.90 | 589.50 |
| 08/19/16 | JFRH | ANALYSIS RE CITY REGULATIONS REGARDING TAXI CAB AFFILIATIONS. | 0.60 | 189.00 |
| 08/19/16 | JFRH | DEVELOP STRATEGY FOR PLAN/INVESTIGATION BASED ON TESTIMONY OF MR. SAKATA. | 2.60 | 819.00 |

**DYKEMA**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3091200
PAGE NO.  6

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/19/16 | MTH | DRAFTING COMMON LAW TRADEMARK RIGHTS MEMO | 1.80 | 468.00 |
| 08/19/16 | RMB | CONTINUE REVISING DRAFT OF THE COMMITTEE'S LIQUIDATING PLAN | 1.00 | 670.00 |
| 08/20/16 | RMB | FINISH REVISING DRAFT OF COMMITTEE'S LIQUIDATING PLAN | 3.80 | 2,546.00 |
| 08/22/16 | ESW | WORK ON CREDITOR PLAN AND DISCLOSURE STATEMENT. | 1.80 | 1,179.00 |
| 08/22/16 | ESW | REVIEW DEBTOR'S SECOND AMENDED PLAN AND DISCLOSURE STATEMENT. | 1.00 | 655.00 |
| 08/22/16 | ESW | CONFER WITH MR. FELDMAN RE INCLUSION OF MR. FELDMAN IN CREDITOR PLAN. | 0.20 | 131.00 |
| 08/22/16 | JEAB | CONFERENCE CALL WITH COMMITTEE LEGAL AND FINANCIAL TEAM TO DISCUSS STRATEGY AND NEXT STEPS FOR PREPARATION AND FILING OF COMMITTEE PLAN AND DISCLOSURE STATEMENT. | 1.10 | 566.50 |
| 08/22/16 | MTH | DRAFTING AND COMPLETING COMMON LAW TRADEMARK RIGHTS MEMO | 2.50 | 650.00 |
| 08/22/16 | RMB | MEET WITH PAT O'MALLEY, SHELLY CUFF, TO DISCUSS (1) ADDITIONAL DOCUMENTS THAT GARY SAKATA SAID AT HIS DEPOSITION HE WOULD PRODUCE PROMPTLY, (2) STRATEGY FOR CONFIRMING COMMITTEE'S PLAN OF LIQUIDATION, (3) STRATEGY FOR PREPARATION OF DISCLOSURE STATEMENT REGARDING COMMITTEE'S PLAN OF LIQUIDATION, AND (4) STRATEGY FOR DEFEATING DEBTOR'S PLAN OF LIQUIDATION | 2.00 | 1,340.00 |
| 08/23/16 | ESW | WORK ON DRAFTING OF CREDITOR PLAN AND DISCLOSURE STATEMENT. | 1.00 | 655.00 |
| 08/23/16 | JEAB | DRAFT DISCLOSURE STATEMENT IN SUPPORT OF COMMITTEE'S PLAN. | 2.40 | 1,236.00 |
| 08/23/16 | MTH | DRAFTING COMMON LAW TRADEMARK RIGHTS MEMO | 1.00 | 260.00 |
| 08/23/16 | RMB | BEGIN REVISING DRAFT OF COMMITTEE'S PLAN OF LIQUIDATION | 2.00 | 1,340.00 |
| 08/24/16 | ESW | WORK ON DRAFT OF CREDITOR PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT. | 1.20 | 786.00 |
| 08/24/16 | JEAB | REVISIONS TO DRAFT DISCLOSURE STATEMENT AND COMMITTEE'S PLAN. | 3.10 | 1,596.50 |
| 08/24/16 | MTH | RESEARCHING YELLOW CAB IP CASE LAW IN 7TH CIR. AND NATIONWIDE | 2.70 | 702.00 |
| 08/24/16 | MTH | ASSEMBLING LIST OF CHICAGO TAXI AFFILIATIONS WITH IMAGES FOR INCORPORATION INTO MEMO APPENDIX. | 1.50 | 390.00 |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3091200
PAGE NO.  7

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/25/16 | CHCO | EXAMINE TAXICAB AFFILIATION INTELLECTUAL PROPERTY PROTECTIONS AT THE CITY LEVEL. | 0.50 | 137.50 |
| 08/25/16 | ESW | DRAFT OF CREDITOR PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT. | 0.50 | 327.50 |
| 08/25/16 | JEAB | CONTINUE TO DRAFT COMMITTEE'S DISCLOSURE STATEMENT FOR PLAN OF LIQUIDATION. | 6.60 | 3,399.00 |
| 08/25/16 | MTH | READING AND ANALYZING BRIEFING FOR YELLOW CAB IP CASES IN N.D. ILLINOIS. | 1.10 | 286.00 |
| 08/25/16 | MTH | ANALYSIS OF  CITY OF CHICAGO TAXI ORDINANCES AND PROCEDURES | 0.60 | 156.00 |
| 08/25/16 | MTH | INCORPORATING CITY OF CHICAGO TAXI ORDNANCES INTO COMMON LAW TRADEMARK MEMO. | 1.50 | 390.00 |
| 08/25/16 | RMB | CALL WITH MATT GENSBURG TO DISCUSS REVISED PLAN AND REQUEST FOR MEETING TO TRY TO REACH AGREEMENT WITH THE COMMITTEE ON PLAN TERMS | 0.30 | 201.00 |
| 08/26/16 | ESW | DRAFT OF CREDITOR PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT. | 1.30 | 851.50 |
| 08/26/16 | JEAB | CONFERENCE CALL WITH COMMITTEE LEGAL AND FINANCIAL TEAM TO DISCUSS PREPARATION OF LIQUIDATION ANALYSIS FOR COMMITTEE'S DISCLOSURE STATEMENT (.9); REVIEW DRAFT LIQUIDATION ANALYSIS (.3); CONTINUE TO DRAFT AND REVISE COMMITTEE PLAN AND DISCLOSURE STATEMENT (3.1). | 4.30 | 2,214.50 |
| 08/26/16 | MTH | ADDING ADDITIONAL TAXI AFFILIATION INFORMATION TO COMMON LAW TRADEMARK MEMO | 0.50 | 130.00 |
| 08/26/16 | MTH | RESEARCH RE YELLOW CAB INTELLECTUAL PROPERTY CASES | 1.30 | 338.00 |
| 08/26/16 | MTH | ADDING SUMMARY AND QUESTION PRESENTED SECTIONS TO COMMON LAW MEMO. | 1.80 | 468.00 |
| 08/26/16 | RMB | REVIEW COMMITTEE'S QUESTIONS, COMMENTS AND PROPOSED REVISIONS TO LATEST DRAFT OF COMMITTEE'S PLAN | 0.70 | 469.00 |
| 08/26/16 | RMB | DRAFT DISCLOSURE STATEMENT AND A LIQUIDATION ANALYSIS | 1.50 | 1,005.00 |
| 08/29/16 | ESW | DRAFT CREDITORS COMMITTEE'S DISCLOSURE STATEMENT (3.3) AND MOTION TO APPROVE SAME (0.2) | 3.50 | 2,292.50 |
| 08/29/16 | JEAB | DRAFT AND REVISE COMMITTEE'S DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION. | 3.40 | 1,751.00 |
| 08/29/16 | JFRH | ANALYSIS RE COMMITTEE'S PLAN AND DISCLOSURE STATEMENT. | 1.80 | 567.00 |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.    111914-000015

INVOICE NO.  3091200
PAGE NO.  8

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/29/16 | JFRH | ANALYSIS RE CLAIMS AVAILABLE TO BRING ADDITIONAL ASSETS INTO ESTATE. | 1.40 | 441.00 |
| 08/29/16 | MTH | RESEARCHING TRADEMARK REGISTRATION DISCLAIMERS AND ITS EFFECT ON TRADEMARK RIGHTS | 0.40 | 104.00 |
| 08/29/16 | MTH | EXAMINE COMMON LAW TRADEMARK RIGHTS AND TRADEMARK REGISTRATION DISCLAIMERS | 0.40 | 104.00 |
| 08/29/16 | RMB | REVIEW DRAFT OF DISCLOSURE STATEMENT FOR COMMITTEE' PLAN OF LIQUIDATION | 1.00 | 670.00 |
| 08/29/16 | RMB | REVISIONS TO DRAFT OF DISCLOSURE STATEMENT FOR COMMITTEE'S PLAN (1.0); CONTINUE REVISING COMMITTEE'S PLAN OF LIQUIDATION TO REFLECT COMMITTEE'S COMMENTS ON PRIOR DRAFT (1.5); | 2.50 | 1,675.00 |
| 08/30/16 | CME1 | UCC SEARCH REQUEST FOR SEVERAL CREDITORS AND COMMUNICATIONS WITH NCR RE SAME. | 0.30 | 37.50 |
| 08/30/16 | ESW | REVIEW OF DEBTOR'S NEWLY-FILED THIRD AMENDED PLAN. | 1.00 | 655.00 |
| 08/30/16 | ESW | DRAFT CREDITORS COMMITTEE PLAN OF LIQUIDATION AND ACCOMPANYING DISCLOSURE STATEMENT FOR FILING. | 5.20 | 3,406.00 |
| 08/30/16 | JEAB | DRAFT MOTION FOR APPROVAL OF DISCLOSURE STATEMENT AND PROPOSED ORDER AND PROPOSED NOTICE OF APPROVAL (4.8); REVISIONS TO COMMITTEE'S PLAN AND DISCLOSURE STATEMENT (4.6). | 9.40 | 4,841.00 |
| 08/30/16 | MADI | FINALIZE PLAN, DISCLOSURE STATEMENT, AND MOTION TO APPROVE FOR FILING (1.6); ORGANIZE EXHIBITS TO SAME (0.4); FILE SAME (0.4). | 2.40 | 924.00 |
| 08/30/16 | RMB | REVIEW AND REVISE MULTIPLE VERSIONS OF THE CREDITORS' COMMITTEE'S PLAN OF LIQUIDATION AND ACCOMPANYING DISCLOSURE STATEMENT (6.0); CALL WITH COMMITTEE MEMBER TO DISCUSS HIS QUESTIONS AND COMMENTS ON MOST RECENT DRAFT OF COMMITTEE'S PLAN OF LIQUIDATION (1.0) | 7.00 | 4,690.00 |
| 08/31/16 | ESW | COURT APPEARANCE ON STATUS OF DEBTOR'S PLAN AND DISCLOSURE STATEMENT, AND CREDITORS COMMITTEE'S PLAN OF LIQUIDATION AND ACCOMPANYING DISCLOSURE STATEMENT. | 1.50 | 982.50 |
| 08/31/16 | ESW | BEGIN DRAFT OF CREDITORS COMMITTEE AMENDED DISCLOSURE STATEMENT PRINCIPALLY TO REFLECT DEBTOR'S THIRD AMENDED PLAN, AND TO HARMONIZE CREDITORS COMMITTEE DISCLOSURE STATEMENT WITH DEBTOR'S DISCLOSURE STATEMENT (1.2); TELEPHONE CONFERENCE WITH MR. O'MALLEY OF DSI RE SAME (0.2). | 1.40 | 917.00 |



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.    111914-000015

INVOICE NO.  3091200
PAGE NO.  9

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 08/31/16 | MTH | RESEARCHING CAUSE OF ACTION ILLINOIS DECEPTIVE TRADE PRACTICES ACT | 1.30 | 338.00 |
| 08/31/16 | RMB | REVIEW AND RESPOND TO EMAIL FROM LUCY CIMINO ASKING ABOUT STATUS OF (1) COMMITTEE'S OBJECTIONS TO DEBTOR'S PLAN AND DISCLOSURE STATEMENT, AND (2) STATUS OF COMMITTEE'S PLAN AND DISCLOSURE STATEMENT | 0.20 | 134.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................ **170.80**
**TOTAL LEGAL FEES** ............................................................................ **$  89,256.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3091200
PAGE NO.  10

| | **DISBURSEMENTS** | |
|---|---|---|
| 08/05/16 | COURIERS/DELIVERY SERVICES - US MESSENGER & LOGISTICS, INC. MOLO LAMKEN | 12.15 |
| 08/05/16 | COURIERS/DELIVERY SERVICES - US MESSENGER & LOGISTICS, INC. DALE & GENSBURG, P.C. | 12.15 |
| 08/05/16 | FEDEX: PATTON CORRIGAN : | 19.84 |
| 08/05/16 | FEDEX: PATTON CORRIGAN : | 19.83 |
| 08/05/16 | FEDEX: GARY SAKATA : | 14.00 |
| 08/05/16 | FEDEX: GARY SAKATA : | 21.37 |
| 08/05/16 | FEDEX: EVAN TESSLER : | 19.84 |
| 08/05/16 | FEDEX: EVAN TESSLER : TRANSIT ADVISORS GROUP | 16.10 |
| 08/05/16 | FEDEX: MICHAEL LEVINE : | 19.84 |
| 08/05/16 | FEDEX: MICHAEL LEVINE : | 19.84 |
| | SCANNING EXPENSES | 0.40 |
| | PRINTING EXPENSES | 575.60 |

**TOTAL DISBURSEMENTS** .................................. **$   750.96**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3091200
PAGE NO.  11

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| ESW | EDWARD S. WEIL | 30.70 | 655.00 | 20,108.50 |
| ETF | ERIC T. FINGERHUT | 1.00 | 530.00 | 530.00 |
| JEAB | JONATHAN E. ABERMAN | 44.30 | 515.00 | 22,814.50 |
| RMB | RICHARD M. BENDIX | 44.50 | 670.00 | 29,815.00 |
| CHCO | C. HARRISON COOPER | 4.70 | 275.00 | 1,292.50 |
| JFRH | JOHN F. RHOADES | 11.40 | 315.00 | 3,591.00 |
| MADI | MARIA A. DIAKOUMAKIS | 2.40 | 385.00 | 924.00 |
| MTH | MATTHEW T. HAYS | 25.30 | 260.00 | 6,578.00 |
| JAGOL | JEFFREY A. GOLDMAN | 6.20 | 575.00 | 3,565.00 |
| CME1 | CAROL M. O'CONNELL | 0.30 | 125.00 | 37.50 |
| **TOTAL** | | **170.80** | | **89,256.00** |

**Dykema**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW


OCTOBER 14, 2016

CLIENT-MATTER NO.   111914-000015
PLAN OF
REORGANIZATION/LIQUIDATION AND
DISCLOSURE STATEMENT
INVOICE NO.  3091200
PAGE NO.  12


FEES.........................................................................$   89,256.00

DISBURSEMENTS .....................................................   750.96

**TOTAL AMOUNT DUE**............................................$   90,006.96


DykemaGossett PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**


**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____      DATE:_____      AMOUNT:_____


THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____