# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | Chapter 7 |
| Yellow Cab Affiliation, Inc., | Case No. 15-09539 |
| Debtor. | Hon. Carol A. Doyle |

### FINAL REPORT OF YELLOW CAB AFFILIATION, INC. AS DEBTOR IN POSSESSION PURSUANT TO BANKRUPTCY RULE 1019(5)

Pursuant to Federal Rule of Bankruptcy Procedure 1019(5) debtor herein Yellow Cab Affiliation, Inc. ("**Yellow Cab**") presents this final report and account.

**I.    Cash**

(a) Cash balance on hand at date of conversion:    $85,042.05

(b) List of bank name and last for digits of account numbers where all cash held on conversion date was located:

   The Private Bank, Account No. x0649

   MB Financial Acct. 9415 :: $68,575 of float that was offset against what YCA owed to TAS

(c) Is the cash balance on hand at conversion stated above subject to a security interest?

   No

If so, state the name and address of the secured creditor and the amount unpaid on the security agreement as of the date of conversion:

| Name and Address of Secured Creditor | Amount Unpaid |
|---|---|
| Not applicable | |

**II.    Accounts Receivable**

(a) Total amount due the debtor from other entities or individuals on date the case was converted to a chapter 7 case:    $888,497.00

(b) Is the account receivable balance stated above subject to a security interest?

                     No

(c) If so, state the name and address of the secured creditor and the amount unpaid on the date of conversion on the security agreement.

| Name and Address of Secured Creditor | Amount Unpaid |
|---|---|
| | |

(d) Itemize below all accounts receivable due the debtor from other entities or individuals on the date that the case was converted to a chapter 7 case:

| Name and Address of customer | Kind of Obligation | Date of Obligation | Amount due to the debtor |
|---|---|---|---|
| See **Exhibit A**, attached hereto | | | |

### III. Accounts Payable

(a) Total unpaid debts incurred during the chapter 11 case: $ 2,751,931.64

(b) Itemize below all unpaid debts incurred during the chapter 11 case including unsecured debts, secured debts, wages, administrative expenses, etc., but not any prepetition debts:

| Name and Address of Unpaid Creditor | Kind of Debt | Date Incurred | Amount Unpaid |
|---|---|---|---|
| See **Exhibit B**, attached hereto | | | |

### IV. Date that Matrix of Unpaid Creditors during the Chapter 11 case was filed:

Not later than 14 days after conversion of the case, a schedule of unpaid debts is to be filed. this schedule should be an appropriate matrix for mailing purposes containing the names and address of all unpaid entities since the commencement of the Chapter 11 case.

### V. Original Chapter 11 Assets

Itemize below the assets of the debtor other than cash or accounts receivable *on the date the petition was filed* that were disposed of during the chapter 11 case or that were retained but had a reduced or increased value on the date of conversion to the chapter 7 case:

| Description of Asset | Value Scheduled in Schedules A or B | If disposed of, Explain disposition | If retained, value on date of conversion |
|---|---|---|---|
| Radios & MDTs | $856,037.00 | | $50,000.00 |

| | | | |
|---|---|---|---|
| Insurance policy LOC | $751,750.00 | Insurance Co. drew on LOC | |
| Prepaid Expenses | $18,961.98 | Expensed during year | |

Contingent claims member deposits – no known claims by members to TAS with respect to member deposits

**VI.  New Chapter 11 Assets**

Itemize below the assets of the debtor other than cash or accounts receivable that were acquired by the debtor during the chapter 11 case and that were disposed of during chapter 11 case or that were retained as assets on the date of conversion to a chapter 7 case. (Note: For individual debtors, this must include post-petition earnings. See 11 U.S.C.§ 1115(a)(2)).

| Description of asset | Price Paid for asset | If disposed of, explain disposition | If retained, value on date of conversion |
|---|---|---|---|
| None | | | |

**VII.  Executory Contracts and Unexpired Leases**

(a) Rejected: List below the unexpired leases and other executory contracts that were rejected during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of property covered by the contract:

(b) New, assumed, or not rejected: List below the unexpired leases and other executory contracts that were assumed or not rejected and the new executor contracts including leases that were entered into during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under

**VIII.  Payments to Insiders during course of the Chapter 11 pendency**

| Name | Amount | Purpose |
|---|---|---|
| Gary Sakata | $82.25 | Travel expense reimbursement |

Taxi Affiliation Services – See attached footnote 1

Taxi Works – See attached footnote 2

Transit General Insurance – See attached footnote 3

3

The Final Report above, consisting of four pages and __3__ exhibits, has been prepared for or by the undersigned, who declares under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge, information and belief.

Executed on: _____        Signed: _____

                                            Print name: _____

                                            Title: _____

The debtor has reviewed this Final Report, consisting of four pages and _3_ exhibits and declares under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge, information and belief.

Executed on: _____        Debtor

                                            Signed: _____

                                            Print name: _____

                                            Title: _____

Executed on: _____        Co-debtor, if applicable

                                            Signed: _____

                                            Print name: _____

Print name: GARY SAKATA

Title: FORMER TREASURER

The debtor has reviewed this Final Report, consisting of four pages and _3_ exhibits and declares under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge, information and belief.

Executed on: 1/13/17

Debtor

Signed: _____

Print name: GARY SAKATA

Title: FORMER TREASURER

Executed on: _____

Co-debtor, if applicable

Signed: _____

Print name: _____

4