Yellow Cab Affiliation Payables
Accrued Expenses

| Payee | Amount | Addresses | Reason |
|---|---|---|---|
| Taxi Affiliation Services | $ 120,225.86 | 3351 W Addison, Chicago, IL 60618 | Service fees |
| Dale & Gensburg | 128,771.92 | 200 W Adams, #2425 Chicago IL 60606 | Legal fees |
| Michael Levine | 1,372,248.45 | 33 Grand Park Ave. Scarsdale, NY 10583 | Reimburse for paying legal fees |
| Patton Corrigan | 1,122,748.72 | 9816 Brassie Bend Naples FL 34109 | Reimburse for paying legal fees |
| Dykema | Unknown | | Legal fees |
| Accrued Payroll | 7,936.69 | Paid 11/21/16 | Payroll |
| **Total** | **$ 2,751,931.64** | | |

**Expensed, Issued but Outstanding Checks still outstanding 1/11/17**

| Check Number | Issue Date | Payee | Amount | Addresses | Reason |
|---|---|---|---|---|---|
| 10003 | 4/23/2015 | AL-MEDINA REPAIR clark | $ 675.00 | 4876 N Clark St Chicago, IL 60640 | Paint |
| 10063 | 11/9/2015 | RELIABLE AUTO SERVICE | 450.00 | 4175 N Elston Chicago, IL 60618 | Paint |
| 20350 | 1/7/2016 | Rodriguez, Jennifer | 70.35 | 4017 W Eddy St. Chicago, IL 60641 | Payroll |
| 10150 | 9/12/2016 | Epiq Bankruptcy Solutions | 226.95 | 757 Third Ave., 3rd Fl. New York, NY 10017 | Bankruptcy |
| 20650 | 10/6/2016 | Cullity, Susannah Rose Walsh | 155.14 | 1471 Campbell Ave. Des Plaines IL 60016 | Payroll |
| 10161 | 11/9/2016 | Epiq Bankruptcy Solutions | 226.95 | 757 Third Ave., 3rd Fl. New York, NY 10017 | Bankruptcy |
| 10162 | 11/9/2016 | U.S. Trustee | 650.00 | P.O. Box 530202 Atlanta, GA 30353 | Bankruptcy |
| | | **Total** | **2,454.39** | | |

**Expensed, Issued checks outstanding as of conversion date but have since cleared bank**

| Check Number | Issue Date | Payee | Amount | Reason |
|---|---|---|---|---|
| 20714 | 11/17/2016 | Edwards, Melissa | $ 298.28 | Payroll |
| 20715 | 11/17/2016 | Garth, Brittany N | 276.44 | Payroll |
| 20716 | 11/17/2016 | Llanos-Mejia, Nicole M | 229.51 | Payroll |
| 20717 | 11/17/2016 | Maldonado, Jacqueline | 359.14 | Payroll |
| 20718 | 11/17/2016 | Mattox, Jabari D | 349.70 | Payroll |
| 20719 | 11/17/2016 | Mosley Jr, Jerome A | 348.69 | Payroll |
| 20720 | 11/17/2016 | Rodriguez, Tania V | 374.60 | Payroll |
| 20721 | 11/17/2016 | Smith, Audra T | 211.18 | Payroll |
| 20722 | 11/17/2016 | Williams, Cynthia R | 334.96 | Payroll |
| 20703 | 11/10/2016 | Blakemore, Richard J | 75.99 | Payroll |
| | | **Total** | **2,782.50** | |