**EXHIBIT B**

September 2016 Monthly Invoices

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

NOVEMBER 30, 2016
CLIENT-MATTER NO. 111914-000005
INVOICE NO.  3101111

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CASE ADMINISTRATION**

FEES..........................................................................$          268.00

**TOTAL AMOUNT DUE**..............................................$_____268.00

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.    111914-000005 |
| CREDITORS OF YELLOW | |
| NOVEMBER 30, 2016 | INVOICE NO.  3101111 |
| | PAGE NO.  2 |

## RE:  CASE ADMINISTRATION

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 09/30/16 | RMB | REVIEW SCHEDULE F AND CLAIMS DOCKET IN PREPARATION FOR MEETING WITH KATY GLEASON RE ROLE OF THE COMMITTEE IN THIS CASE. | 0.20 | 134.00 |
| 09/30/16 | RMB | MEET WITH SHELLY CUFF, KATY GLEASON AND ADAM BRIEF TO DISCUSS COMMITTEE'S REPRESENTATION OF INTERESTS OF OTHER UNSECURED CREDITORS IN THE CASE | 0.20 | 134.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ......................................................... **0.40**
**TOTAL LEGAL FEES** ..................................................................... **$    268.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3101111
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|-----------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 0.40 | 670.00 | 268.00 |
| | **TOTAL** | **0.40** | | **268.00** |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO. 111914-000005
CASE ADMINISTRATION
INVOICE NO. 3101111
PAGE NO. 4

FEES.......................................................................$ 268.00

**TOTAL AMOUNT DUE**.............................................$ **268.00**



**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____ DATE:_____ AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

NOVEMBER 30, 2016
CLIENT-MATTER NO. 111914-000007
INVOICE NO.  3101115

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE INVESTIGATIONS**

FEES..........................................................................$      9,274.50

DISBURSEMENTS ......................................................      1,145.20

**TOTAL AMOUNT DUE**.............................................**$      10,419.70**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3101115
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE INVESTIGATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/07/16 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE DOCUMENT REQUESTS. | 0.30 | 94.50 |
| 09/07/16 | JFRH | ANALYSIS RE DOCUMENTS NEEDED/REQUESTED FROM DEBTOR. | 0.80 | 252.00 |
| 09/07/16 | JFRH | PREPARE FOR CORPORATE RULE 2004 EXAMINATION OF DEBTOR. | 1.20 | 378.00 |
| 09/08/16 | JFRH | ANALYSIS AND CORRESPONDENCE WITH FINANCIAL ADVISORS RE DEBTOR'S ACCOUNTS/LEDGERS. | 1.20 | 378.00 |
| 09/09/16 | JFRH | ANALYZE NEW FINANCIAL DOCUMENTS RECEIVED FROM DEBTOR. | 0.40 | 126.00 |
| 09/13/16 | ESW | MEETING WITH DSI RE FINANCIAL ERRORS DISCOVERED FAVORING TAS IN THE AMOUNT OF $443,000 AND WHEN REMEDIED BY YCA, WHICH WOULD INURE TO THE DEBTOR'S BENEFIT. | 0.70 | 458.50 |
| 09/14/16 | ESW | MEETING WITH MR. GENSBURG AND MR. SAKATA AND MR. WEINER TO REVIEW $443,000 ACCOUNTING ERROR DISCOVERED BY COMMITTEE AND DSI, WHICH WHEN REMEDIED, WOULD ADD $443,000 IN FUNDS TO THE DEBTOR. | 1.20 | 786.00 |
| 09/14/16 | JEAB | ATTEND MEETING TO DISCUSS YCA/TAS ACCOUNTING DISCREPANCY AND OVERPAYMENTS/OVERCHARGES WITH MR. GENSBURG, MR. SAKATA, MR. O'MALLEY, MS. CUFF, MR. WEINER, MR. WEIL (.6). | 0.60 | 309.00 |
| 09/21/16 | ESW | REVIEW OF SPREADSHEET AND CORRESPONDENCE FROM GENSBURG RE TAS RECONCILIATION OF OVERCHARGED $443,000 | 0.50 | 327.50 |
| 09/22/16 | ESW | CALL WITH DSI RE LATEST FIGURES PROVIDED ON SEPTEMBER 21, 2016 FROM YCA AND TAS INCLUDING $329,000 IN PREVIOUSLY-UNDISCLOSED ALLEGED CHARGES BY TAS TO DEBTOR OVER ONE YEAR OLD FROM 2015 – NEVER DISCLOSED, NEVER INVOICED TO THE DEBTOR, NEVER INCLUDED IN ANY FILING (.9); OUTLINE MOTION TO COMPEL PAYMENT BY TAS OF OVERCHARGED AMOUNTS (.3). | 1.20 | 786.00 |
| 09/22/16 | JFRH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE RULE 2004 EXAMINATION OF DEBTOR. | 0.20 | 63.00 |
| 09/22/16 | JFRH | ANALYZE BASIS FOR MOTION TO COMPEL PAYMENT BASED ON DEBTOR'S OFFICER'S TESTIMONY SUPPORTING IMPROPER PAYMENTS/OVERPAYMENT TO DEBTOR'S SISTER-COMPANY. | 0.80 | 252.00 |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3101115
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 09/22/16 | JFRH | DRAFT CORRESPONDENCE TO TAS'S COUNSEL RE REQUESTS FOR TAX RETURN AND BASIS FOR REQUEST. | 0.40 | 126.00 |
| 09/22/16 | RMB | STRATEGY FOR SEEKING RELIEF BASED ON PROBABLY COLLUSIVE ACTION BY THE DEBTOR AND TAS TO REDUCE DEBTOR'S RECENTLY DISCLOSED OVER PAYMENTS TO TAS | 0.50 | 335.00 |
| 09/26/16 | JFRH | DRAFT ADDITIONAL REQUESTS FOR DOCUMENTS TO DEBTOR'S AFFILIATES REGARDING FINANCIAL INFORMATION. | 0.60 | 189.00 |
| 09/27/16 | ESW | CORRESPONDENCE WITH MR. WEINER ON BEHALF OF TAS RE (A) 2014 TAX RETURN, (B) 2015 TAX RETURN, (C) NEW INFORMATION PROVIDED REGARDING PREVIOUSLY-UNDISCLOSED $329,000 IN TMM CHARGES TO THE DEBTOR POST-PETITION (.8); CRAFT DECLARATION OF O'MALLEY IN SUPPORT OF MOTION TO COMPEL PAYMENT (.7). | 1.50 | 982.50 |
| 09/27/16 | JEAB | REVIEW ACCOUNTING INFORMATION PROVIDED TO COMMITTEE FROM TAS AND DEBTOR AND EVALUATE SAME. | 0.40 | 206.00 |
| 09/27/16 | JFRH | ANALYZE OVERPAYMENT OF FEES BY DEBTOR TO AFFILIATES TMM, TAXIWORKS, AND TAS; ANALYZE RELEVANT AUTHORITY FOR STOPPING/PREVENTING THESE FUNDS FROM LEAVING ESTATE. | 1.40 | 441.00 |
| 09/28/16 | ESW | TMM AND TAS OVERCHARGE ISSUE – EDIT O'MALLEY AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL DEBTOR TO AMEND SCHEDULES AND TO RECOGNIZE OVERPAYMENT TO TAS. | 0.90 | 589.50 |
| 09/28/16 | JFRH | DRAFT DECLARATION REGARDING OVERPAYMENT BY DEBTOR TO ITS AFFILIATES TMM, TAS, AND TAXIWORKS. | 1.20 | 378.00 |
| 09/28/16 | JFRH | ANALYZE RELEVANT DOCUMENTS/INFORMATION REGARDING OVERPAYMENT BY DEBTOR TO ITS AFFILIATES TMM, TAS, AND TAXIWORKS. | 0.80 | 252.00 |
| 09/28/16 | RMB | EXAMINE DEBTOR'S LATEST CLAIMS REGARDING NEWLY DISCOVERED/DISCLOSED PAYABLE BY YCA TO TMM FOR ALLEGED FEES CHARGED BY FIRM TO WHOM TMM SUBCONTRACTED MEDALLION MANAGEMENT SERVICES | 0.70 | 469.00 |
| 09/29/16 | ESW | WORK ON DRAFT OF DECLARATION OF PATRICK O'MALLEY IN SUPPORT OF MOTION TO RESTORE FUNDS OVERPAID BY DEBTOR TO TAS. | 0.50 | 327.50 |
| 09/29/16 | JFRH | DRAFT/REVISE DECLARATION RE OVERPAYMENT BY DEBTOR TO ITS AFFILIATES (1.0); ANALYZE RELEVANT INFORMATION RE SAME (0.4). | 1.40 | 441.00 |
| 09/30/16 | ESW | FINALIZE DECLARATION OF PATRICK O'MALLEY IN SUPPORT OF MOTION TO RESTORE FUNDS OVERPAID BY DEBTOR TO TAS. | 0.50 | 327.50 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.    111914-000007

INVOICE NO.  3101115
PAGE NO.  4

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................................ **19.90**
**TOTAL LEGAL FEES** ................................................................................................... **$    9,274.50**

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3101115
PAGE NO.  5

---

### DISBURSEMENTS

| | | |
|---|---|---:|
| 09/01/16 | RELATIVITY DATA HOSTING | 880.00 |
| | PHOTOCOPY EXPENSES | 0.40 |
| | SCANNING EXPENSES | 138.20 |
| | PRINTING EXPENSES | 126.60 |

**TOTAL DISBURSEMENTS ................................... $ 1,145.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3101115
PAGE NO.  6

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 7.00 | 655.00 | 4,585.00 |
| JEAB | JONATHAN E. ABERMAN | 1.00 | 515.00 | 515.00 |
| RMB | RICHARD M. BENDIX | 1.20 | 670.00 | 804.00 |
| JFRH | JOHN F. RHOADES | 10.70 | 315.00 | 3,370.50 |
| | **TOTAL** | **19.90** | | **9,274.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000007
CREDITORS' COMMITTEE
INVESTIGATIONS
INVOICE NO.  3101115
PAGE NO.  7

FEES..........................................................$   9,274.50

DISBURSEMENTS .....................................   1,145.20

**TOTAL AMOUNT DUE**............................................$   10,419.70

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

NOVEMBER 30, 2016
CLIENT-MATTER NO. 111914-000008
INVOICE NO.  3101122

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS**

FEES.........................................................................$    2,894.00

**TOTAL AMOUNT DUE** .............................................$    **2,894.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3101122
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-----|-------|--------|
| 09/14/16 | JEAB | DRAFT UPDATE TO COMMITTEE REGARDING HEARING ON FEE PETITIONS AND OTHER RECENT CASE EVENTS (.5). | 0.50 | 257.50 |
| 09/15/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE: AUGUST MONTHLY FEE STATEMENTS FILED BY DALE & GENSBURG AND BY GREENBERG TRAURIG. | 0.20 | 134.00 |
| 09/19/16 | RMB | CALL WITH COMMITTEE TO DISCUSS JOINT PLAN WITH DEBTOR | 0.40 | 268.00 |
| 09/19/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE ORDERS GRANTING FIFTH INTERIM FEE APPLICATIONS OF DALE & GENSBURG AND DYKEMA GOSSETT | 0.20 | 134.00 |
| 09/20/16 | ESW | CALLS WITH COMMITTEE RE TERMS OF TERM SHEET RE CONSENSUAL PLAN OF LIQUIDATION | 2.00 | 1,310.00 |
| 09/20/16 | RMB | REVIEW EMAILS FROM COMMITTEE OBJECTING TO JOINT PLAN THAT ALLOWS CORRIGAN AND LEVINE TO FILE AN ADMINISTRATIVE CLAIM FOR FEES PAID TO DEBTOR'S COUNSEL AND RESPOND TO SAME | 0.30 | 201.00 |
| 09/29/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE PROPOSED TERM SHEET (0.3); CORRESPONDENCE WITH COMMITTEE RE SAME (0.2). | 0.50 | 327.50 |
| 09/30/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE PLAN NEGOTIATIONS (0.4) | 0.40 | 262.00 |

TOTAL ATTORNEY & PARALEGAL TIME ..................................................... 4.50
TOTAL LEGAL FEES.................................................................................$   2,894.00

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3101122
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|-------|--------|----------|
| ESW | EDWARD S. WEIL | 2.90 | 655.00 | 1,899.50 |
| JEAB | JONATHAN E. ABERMAN | 0.50 | 515.00 | 257.50 |
| RMB | RICHARD M. BENDIX | 1.10 | 670.00 | 737.00 |
| | **TOTAL** | **4.50** | | **2,894.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000008
CREDITORS' COMMITTEE MEETING
AND COMMUNICATIONS
INVOICE NO.  3101122
PAGE NO.  4


FEES..........................................................................$    2,894.00

TOTAL AMOUNT DUE............................................$    **2,894.00**

DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

NOVEMBER 30, 2016
CLIENT-MATTER NO. 111914-000010
INVOICE NO.  3101124

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  FEE/EMPLOYMENT APPLICATIONS**

FEES...........................................................................$     6,850.00

DISBURSEMENTS .....................................................     215.20

**TOTAL AMOUNT DUE**.............................................$    **7,065.20**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3101124
PAGE NO.  2


## RE:  FEE/EMPLOYMENT APPLICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 09/06/16 | JFRH | ANALYZE FEE PETITIONS/OBJECTIONS. | 0.40 | 126.00 |
| 09/14/16 | MADI | EXAMINE JUNE INVOICES FOR FILING. | 0.60 | 231.00 |
| 09/15/16 | RMB | REVIEW AUGUST FEE STATEMENTS FILED BY DALE & GENSBURG AND BY GREENBERG TRAURIG | 0.20 | 134.00 |
| 09/19/16 | MADI | FINALIZE JUNE INVOICES FOR FILING, INCLUDING REDACTING PRIVILEGED COMMUNICATIONS, AND FILE SAME (0.3); REVIEW JULY STATEMENTS (0.7). | 1.00 | 385.00 |
| 09/20/16 | MADI | CONTINUED REVIEW OF JULY INVOICES. | 0.50 | 192.50 |
| 09/21/16 | MADI | EXAMINE TRANSCRIPT OF HEARING ON 9/14/16 TO DETERMINE JUDGE DOYLE'S REQUEST FOR ADDITIONAL INFORMATION RE 5TH FEE APPLICATION. | 0.30 | 115.50 |
| 09/26/16 | MADI | PREPARE UNREDACTED PAGES FROM FIFTH INTERIM FEE APPLICATION. | 0.60 | 231.00 |
| 09/28/16 | MADI | FINALIZE ASSEMBLY OF UNREDACTED INVOICES FOR JUDGE DOYLE'S IN CAMERA REVIEW (0.3); DRAFT COVER LETTER RELATED TO DELIVERY OF SAME TO CHAMBERS (0.2). | 0.50 | 192.50 |
| 09/29/16 | MADI | EXAMINE JULY 2015 INVOICES. | 0.60 | 231.00 |
| 10/05/16 | MADI | FINALIZE JULY INVOICES FOR FILING; PREPARE COVER SHEET AND NOTICE OF FILING (0.2); FILE SAME (0.1); EXAMINE AUGUST INVOICES (1.3). | 1.60 | 616.00 |
| 10/11/16 | MADI | CONTINUED REVIEW OF AUGUST INVOICES. | 0.80 | 308.00 |
| 10/14/16 | MADI | REVIEW AUGUST INVOICES (0.4); CORRESPONDENCE WITH MR. GENSBERG RE FILING DATE OF SIXTH INTERIM FEE APP AND HEARING DATE FOR SAME (0.1); BEGIN REVIEWING ACCOUNTING DATA FOR SIXTH INTERIM FEE APPLICATION (0.4). | 0.90 | 346.50 |
| 10/17/16 | MADI | FINALIZE AUGUST INVOICES, INCLUDING REVIEWING SAME FOR PRIVILEGED INFORMATION (0.4); FILE SAME (0.1); BEGIN PREPARATION OF 6TH INTERIM FEE APPLICATION (0.9). | 1.40 | 539.00 |
| 10/18/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE DYKEMA'S MONTHLY FEE STATEMENT FOR AUGUST, 2016 | 0.10 | 67.00 |
| 10/19/16 | MADI | PREPARATION OF SIXTH INTERIM FEE APPLICATION. | 2.00 | 770.00 |
| 10/20/16 | MADI | DRAFT SIXTH INTERIM FEE APPLICATION. | 1.70 | 654.50 |



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3101124
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-----|------|--------|
| 10/20/16 | RMB | REVIEW DRAFT OF DYKEMA'S SIXTH INTERIM FEE APPLICATION | 0.30 | 201.00 |
| 10/21/16 | MADI | REVISE AND FINALIZE SIXTH INTERIM FEE APP FOR FILING, INCLUDING EXHIBITS RELATED TO SAME (1.8); PREPARE DRAFT ORDER (0.3); FILE SAME (0.3); CORRESPONDENCE WITH DEBTOR'S COUNSEL RE SCHEDULING OF HEARING (0.1). | 2.50 | 962.50 |
| 10/27/16 | MADI | PREPARE COURTESY COPIES OF SIXTH INTERIM FEE APPLICATION FOR JUDGE DOYLE'S CHAMBERS. | 0.40 | 154.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................... **17.00**
**TOTAL LEGAL FEES** ................................................................. **$   6,850.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3101124
PAGE NO.  4

### DISBURSEMENTS

| | | |
|---|---|---|
| 09/20/16 | JACKLEEN DE FINI, CSR, RPR TRANSCRIPT OF PROCEEDINGS | 121.00 |
| 09/20/16 | COURIER FOR COURT FILING SERVICES- DELIVER CHECK TO KATHLEEN DE FINI FOR TRANSCRIPT | 21.00 |
| 10/27/16 | COURIER FOR COURT FILING SERVICES. DELIVER COURTESY COPIES TO JUDGE DOYLE | 21.00 |
| | PRINTING EXPENSES | 52.20 |

**TOTAL DISBURSEMENTS ................................... $   215.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000010

INVOICE NO.  3101124
PAGE NO.  5

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|----------------------|-------|--------|----------|
| RMB | RICHARD M. BENDIX | 0.60 | 670.00 | 402.00 |
| JFRH | JOHN F. RHOADES | 0.40 | 315.00 | 126.00 |
| MADI | MARIA A. DIAKOUMAKIS | 15.40 | 385.00 | 5,929.00 |
| | **TOTAL** | **17.00** | | **6,850.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000010
FEE/EMPLOYMENT APPLICATIONS
INVOICE NO.  3101124
PAGE NO.  6


FEES.......................................................................$    6,850.00

DISBURSEMENTS ....................................................    215.20

**TOTAL AMOUNT DUE**............................................$    **7,065.20**

**DYKEMA GOSSETT** PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center ▪ Detroit, MI  48243 ▪ EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

NOVEMBER 30, 2016
CLIENT-MATTER NO. 111914-000013
INVOICE NO.  3101130

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY**

FEES......................................................................$      201.00

DISBURSEMENTS .....................................................       3.60

**TOTAL AMOUNT DUE**..............................................$_____**204.60**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3101130
PAGE NO.  2

## RE:  MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 10/13/16 | RMB | REVIEW MATT GENSBURG'S DRAFT ORDER GRANTING PROGRESSIVE MOUNTAIN INSURANCE COMPANY'S LIFT STAY MOTION | 0.10 | 67.00 |
| 10/14/16 | RMB | REVIEW REVISIONS TO LIFT STAY ORDER PROPOSED BY COUNSEL FOR PROGRESSIVE MOUNTAIN INSURANCE COMPANY | 0.10 | 67.00 |
| 10/21/16 | RMB | REVIEW TIJANA PAIC'S LIFT STAY MOTION AND PROPOSED ORDER GRANTING SAME. | 0.10 | 67.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................................ **0.30**
**TOTAL LEGAL FEES** .................................................................................. **$    201.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.    111914-000013

INVOICE NO.  3101130
PAGE NO.  3

---

### DISBURSEMENTS

PRINTING EXPENSES                                                  **3.60**

**TOTAL DISBURSEMENTS ...................................$        3.60**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000013

INVOICE NO.  3101130
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|------------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 0.30 | 670.00 | 201.00 |
| | **TOTAL** | **0.30** | | **201.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000013
MOTIONS FOR RELIEF FROM THE
AUTOMATIC STAY
INVOICE NO.  3101130
PAGE NO.  5


FEES..........................................................................$      201.00

DISBURSEMENTS ......................................................      3.60

**TOTAL AMOUNT DUE**............................................$_____204.60_____

DYKEMAGOSSETT PLLC

38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____        DATE:_____        AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

NOVEMBER 30, 2016
CLIENT-MATTER NO. 111914-000014
INVOICE NO.  3101131

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  OTHER CONTESTED MATTERS**

FEES.........................................................................$        295.00

**TOTAL AMOUNT DUE**.............................................$        **295.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO. 111914-000014

INVOICE NO. 3101131
PAGE NO. 2

## RE: OTHER CONTESTED MATTERS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 09/01/16 | CME1 | RECEIVE AND REVIEW UCC SEARCH RESULTS (0.2); COMMUNICATIONS WITH NCR RE CORRECTION TO NAME (0.1). | 0.30 | 37.50 |
| 09/14/16 | JEAB | ATTEND HEARING WITH MR. WEIL REGARDING STATUS AND FEE PETITIONS (.5). | 0.50 | 257.50 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **0.80**
**TOTAL LEGAL FEES** ................................................................. **$ 295.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3101131
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|-------|--------|--------|
| JEAB | JONATHAN E. ABERMAN | 0.50 | 515.00 | 257.50 |
| CME1 | CAROL M. O'CONNELL | 0.30 | 125.00 | 37.50 |
| | **TOTAL** | **0.80** | | **295.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000014
OTHER CONTESTED MATTERS
INVOICE NO.  3101131
PAGE NO.  4

FEES......................................................................$      295.00

**TOTAL AMOUNT DUE**...............................................$_____295.00



**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:**_____     **DATE:**_____     **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

NOVEMBER 30, 2016
CLIENT-MATTER NO. 111914-000015
INVOICE NO.  3101132

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT**

FEES............................................................................$    35,707.00

DISBURSEMENTS ......................................................        183.80

**TOTAL AMOUNT DUE .............................................$    35,890.80**

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3101132
PAGE NO.  2

## RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 09/01/16 | ESW | WORK ON DRAFT OF AMENDED DISCLOSURE STATEMENT TO REFLECT DEBTOR'S THIRD AMENDED PLAN AND TO MAKE CERTAIN OTHER CHANGES. | 0.40 | 262.00 |
| 09/01/16 | JEAB | CONTINUE TO REVIEW DEBTOR'S THIRD AMENDED PLAN AND DISCLOSURE STATEMENT (1.7); PREPARE SUMMARY OF DIFFERENCES FROM EARLIER VERSIONS OF PLAN (.4). | 2.10 | 1,081.50 |
| 09/02/16 | ESW | TELEPHONE CONFERENCE WITH MR. FELDMAN, FORMER PRESIDENT OF DEBTOR, RE CREDITORS COMMITTEE PLAN AND PARTNERSHIP WITH MR. O'MALLEY (0.3); DRAFT AMENDED DISCLOSURE STATEMENT (0.4) | 0.70 | 458.50 |
| 09/02/16 | JEAB | DRAFT FIRST AMENDED DISCLOSURE STATEMENT. | 2.20 | 1,133.00 |
| 09/06/16 | JEAB | CONTINUE TO DRAFT/REVISE FIRST AMENDED DISCLOSURE STATEMENT (.8); MEETING TO DISCUSS REVISIONS TO FIRST AMENDED DISCLOSURE STATEMENT AND NEXT STEPS FOR PLAN CONFIRMATION PROCESS (.4). | 1.20 | 618.00 |
| 09/06/16 | JFRH | ANALYSIS RE PLAN/DISCLOSURE STATEMENT. | 0.40 | 126.00 |
| 09/07/16 | JEAB | CONTINUE TO DRAFT AND FINALIZE, CIRCULATE FIRST AMENDED DISCLOSURE STATEMENT. | 3.10 | 1,596.50 |
| 09/07/16 | MADI | FINALIZE FIRST AMENDED DISCLOSURE STATEMENT AND EXHIBITS FOR FILING (0.2); FILE SAME (0.2). | 0.40 | 154.00 |
| 09/08/16 | ESW | MEETING WITH MR. GENSBURG, MS. GLEESON, MR. WEINER AND DYKEMA/DSI TEAMS TO DISCUSS COMPETING PLANS OF LIQUIDATION, POSSIBILITY OF JOINT DISCLOSURE STATEMENT AND JOINT PLAN. | 2.00 | 1,310.00 |
| 09/08/16 | JEAB | PREPARE FOR AND ATTEND MEETING WITH MR. GENSBURG, MS. GLEESON, MR. WEINER AND DYKEMA/DSI TEAMS TO DISCUSS COMPETING PLANS OF LIQUIDATION, POSSIBILITY OF JOINT DISCLOSURE STATEMENT AND JOINT PLAN (2.8); FURTHER ANALYSIS AND DISCUSS WITH DYKEMA/DSI TEAMS REGARDING SAME, POSSIBLE DEAL TERMS, TAS ISSUES, STRATEGY AND NEXT STEPS (.8). | 3.60 | 1,854.00 |
| 09/09/16 | ESW | FOLLOW-UP TO MEETING ON SEP. 8 RE PLAN MEDIATION/CONSOLIDATION (0.5); MULTIPLE CORRESPONDENCE WITH MR. GENSBURG AND REVIEW OF DOCUMENTS FORWARDED BY MR. GENSBURG (1.2) | 3.70 | 2,423.50 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO. 111914-000015

INVOICE NO. 3101132
PAGE NO. 3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 09/09/16 | JEAB | DRAFT SUMMARY OF MEETING TO DISCUSS COMPETING PLANS OF LIQUIDATION, POSSIBILITY OF JOINT DISCLOSURE STATEMENT AND JOINT PLAN AND ANALYSIS OF POSSIBLE TERMS OF JOINT PLAN OF LIQUIDATION (.8); REVIEW RESEARCH AND CASES REGARDING SELECTION OF CREDITOR TRUSTEE, DISINTERESTEDNESS STANDARDS (.3); CONTINUE TO REVIEW PLANS TO DETERMINE OVERLAP AND POSSIBLE COMBINING OF TWO PLANS (.6). | 1.80 | 927.00 |
| 09/09/16 | MADI | RESEARCH RE ABILITY OF FINANCIAL ADVISOR TO SERVE AS TRUSTEE OF LIQUIDATING TRUST. | 1.30 | 500.50 |
| 09/12/16 | JEAB | CONFERENCE WITH MR. WEIL AND MR. O'MALLEY REGARDING POSSIBLE TAS OVERCHARGE, ADDRESSING IN PLAN NEGOTIATIONS, POSSIBLE MOTION FOR RELIEF (.5); DRAFT LIST OF OPEN PLAN ITEMS FOR MEETING TO DISCUSS JOINT PLAN AND NEGOTIATIONS (.7). | 1.20 | 618.00 |
| 09/13/16 | ESW | MEETING WITH MR. GENSBURG, MR. SAKATA AND MR. WEINER RE POSSIBLE CONSENSUAL PLAN | 2.00 | 1,310.00 |
| 09/13/16 | JEAB | MEETING WITH MR. GENSBURG, MR. WEINER, MR. WEIL AND MS. CUFF REGARDING PLAN NEGOTIATIONS (1.2); DRAFT TERM SHEET FOR TERMS AND COMPROMISES FOR JOINT PLAN (.7); REVIEW WHETHER DISINTERESTEDNESS IS REQUIRED FOR APPOINTMENT OF LIQUIDAITON TRUSTEE (.4). | 2.30 | 1,184.50 |
| 09/13/16 | MADI | RESEARCH RE REQUIREMENTS FOR CONFIRMATION UNDER 1123(A) AND 1123(B). | 0.60 | 231.00 |
| 09/14/16 | ESW | WORK ON DEVELOPMENT OF TERM SHEET TOWARD CONSENSUAL PLAN OF LIQUIDATION (0.6); COURT APPEARANCE ON STATUS OF PLAN MEDIATION, ETC (1.0). | 1.60 | 1,048.00 |
| 09/14/16 | JEAB | CONTINUE TO DRAFT PROPOSED JOINT PLAN TERM SHEET. | 0.80 | 412.00 |
| 09/15/16 | JEAB | DRAFT AND REVISE PROPOSED JOINT PLAN TERM SHEET AND CIRCULATE TO COMMITTEE. | 1.10 | 566.50 |
| 09/15/16 | RMB | ATTENTION TO RESOLVING DISPUTED ISSUES RE JOINT PLAN OF REORGANIZATION IN LIGHT OF JUDGE DOYLE'S COMMENTS ON ROLE OF COMMITTEE AT YESTERDAY'S HEARING | 1.00 | 670.00 |
| 09/16/16 | ESW | ATTENTION TO PLAN OF REORGANIZATION. | 2.50 | 1,637.50 |
| 09/19/16 | ESW | WORK ON TERM SHEET FOR CONSENSUAL PLAN. | 1.20 | 786.00 |
| 09/19/16 | RMB | REVIEW TERMS OF PROPOSED JOINT PLAN OF REORGANIZATION AND COMMITTEE'S QUESTIONS AND COMMENTS ON SAME | 0.50 | 335.00 |
| 09/20/16 | JEAB | ADDITIONAL REVIEW AND REVISIONS TO PLAN TERM SHEET. | 0.40 | 206.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3101132
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-------------|-------|--------|
| 09/20/16 | RMB | STRATEGY FOR NEGOTIATING WITH DEBTOR'S COUNSEL OVER TERMS OF JOINT PLAN OF REORGANIZATION | 0.70 | 469.00 |
| 09/21/16 | ESW | DISCUSSIONS WITH COMMITTEE AND DSI RE TERM SHEET FOR CONSENSUAL PLAN – NEGOTIATION OF TRANSITION AGREEMENT WITH TAS; DISTRIBUTIONS TO CREDITORS; OTHER TERMS (1.5); REVISE DRAFT TERM SHEET (1.0) | 2.50 | 1,637.50 |
| 09/21/16 | JEAB | ADDITIONAL REVISIONS TO COMMITTEE'S JOINT PLAN TERM SHEET. | 1.10 | 566.50 |
| 09/22/16 | ESW | REVISE CONSENSUAL PLAN TERM SHEET. CIRCULATE TO COMMITTEE. | 1.20 | 786.00 |
| 09/22/16 | JEAB | REVIEW COMMENTS FROM COMMITTEE REGARDING JOINT TERM SHEET (.3); REVISE JOINT TERM SHEET (.6). | 0.90 | 463.50 |
| 09/23/16 | ESW | REVISE TERM SHEET FOR CONSENSUAL PLAN. | 1.80 | 1,179.00 |
| 09/23/16 | JEAB | REVIEW ADDITIONAL REVISIONS FROM COMMITTEE TO JOINT TERM SHEET (.3); REVISE SAME (.5); CIRCULATE SAME TO MR. GENSBURG AND MR. WEINER WITH EMAIL DISCUSSING SAME (.1). | 0.90 | 463.50 |
| 09/26/16 | ESW | WORK ON TERM SHEET. | 0.60 | 393.00 |
| 09/27/16 | ESW | REVIEW OF CORRESPONDENCE FROM MR. GENSBURG RE COMMITTEE'S TERM SHEET FOR CONSENSUAL PLAN OF LIQUIDATION (0.2); DISCUSS SAME WITH COMMITTEE AND DSI. (0.5). | 0.70 | 458.50 |
| 09/27/16 | JEAB | REVIEW AND RESPOND TO EMAIL FROM M. GENSBURG REGARDING JOINT PLAN TERM SHEET. | 0.40 | 206.00 |
| 09/28/16 | ESW | CONTINUED ATTENTION TO TERM SHEET (0.7); TELEPHONE CONFERENCE WITH MR. KLEINMAN REPROPOSED TERM SHEET (0.3). | 1.00 | 655.00 |
| 09/28/16 | JEAB | REVISIONS TO EMAIL TO MR. GENSBURG RESPONDING TO ISSUES WITH TERM SHEET AND MATTERS IN DISPUTE. | 0.80 | 412.00 |
| 09/28/16 | RMB | DEVELOP REPLY TO MATT GENSBURG'S RESPONSE TO COMMITTEE'S LATEST PLAN TERM SHEET (.20); REVIEW AND REVISE JON ABERMAN'S DRAFT EMAIL RESPONDING TO MATT'S EMAIL COMMENTING ON COMMITTEE'S LATEST PLAN TERM SHEET (.20). | 0.40 | 268.00 |



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3101132
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 09/29/16 | RMB | REVIEW TRANSCRIPT OF SEPTEMBER 14 HEARING IN PREPARATION FOR TOMORROW'S MEETINGS WITH (1) KATY GLEASON RE ALLEGATIONS THAT COMMITTEE MEMBERS HAVE A CONFLICT, AND (2) MATT GENSBURG AND JUSTIN WEINER TO CONTINUE NEGOTIATIONS ON TERMS OF JOINT PLAN OF LIQUIDATION (.40); REVIEW COMMITTEE'S TERM SHEET FOR CONSENSUAL PLAN IN PREPARATION FOR TOMORROW'S MEETING WITH MATT GENSBURG AND JASON WEINER (.20) | 0.60 | 402.00 |
| 09/30/16 | ESW | MEETING WITH DEBTOR'S COUNSEL AND COUNSEL FOR TAS TO NEGOTIATE TERM SHEET FOR CONSENSUAL PLAN (3.0); MEETING WITH UNITED STATES TRUSTEE (GLEASON AND BRIEF) RE STATUS OF NEGOTIATIONS OVER CONSENSUAL PLAN OF LIQUIDATION (1.3) | 4.30 | 2,816.50 |
| 09/30/16 | RMB | DEVELOP STRATEGY FOR MEETING WITH KATY GLEASON AND ADAM BRIEF REGARDING COMMITTEE' TERM SHEET FOR CONSENSUAL PLAN OF REORGANIZATION (.30); ATTEND THAT MEETING, ALONG WITH SHELLY CUFF (1.30); DEVELOP STRATEGY FOR MEETING THIS AFTERNOON WITH MATT GENSBURG AND JUSTIN WEINER TO NEGOTIATE TERMS OF CONSENSUAL PLAN (.30); MEET WITH MATT GENSBURG, PHIL GROBEN, JUSTIN WEINER, ED WEIL, PAT O'MALLEY AND SHELLY CUFF TO NEGOTIATE TERMS OF CONSENSUAL PLAN OF LIQUIDATION (3.0) | 4.60 | 3,082.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................... **60.60**
**TOTAL LEGAL FEES** .................................................................. $ **35,707.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3101132
PAGE NO.  6

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 09/01/16 | NATIONAL CORPORATE RESEARCH, LTD. IL UCC SEARCH FOR AMERICAN UNITED TAXI AFFILIATION INC., CHECKER TAXI AFFILIATION, METRO CABS 1 LLC, TAXI AFFILIATION SERVICES LLC AND WOLLEY CAB ASSOCIATION | 150.50 |
| | PRINTING EXPENSES | 30.60 |
| | CONFERENCE CALLS | 2.70 |

**TOTAL DISBURSEMENTS** .................................. $   **183.80**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3101132
PAGE NO.  7

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|-------------------------|-------|--------|-----------|
| ESW | EDWARD S. WEIL | 26.20 | 655.00 | 17,161.00 |
| JEAB | JONATHAN E. ABERMAN | 23.90 | 515.00 | 12,308.50 |
| RMB | RICHARD M. BENDIX | 7.80 | 670.00 | 5,226.00 |
| JFRH | JOHN F. RHOADES | 0.40 | 315.00 | 126.00 |
| MADI | MARIA A. DIAKOUMAKIS | 2.30 | 385.00 | 885.50 |
| | **TOTAL** | **60.60** | | **35,707.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

NOVEMBER 30, 2016

CLIENT-MATTER NO.   111914-000015
PLAN OF
REORGANIZATION/LIQUIDATION AND
DISCLOSURE STATEMENT
INVOICE NO.  3101132
PAGE NO.  8


FEES.........................................................$   35,707.00

DISBURSEMENTS ....................................................   183.80

**TOTAL AMOUNT DUE**.............................................$___35,890.80

DYKEMA GOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____