# EXHIBIT B

October 2016 Monthly Invoices

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

DECEMBER 29, 2016
CLIENT-MATTER NO. 111914-000005
INVOICE NO.  3107284

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CASE ADMINISTRATION**

FEES.........................................................................$      134.00

DISBURSEMENTS ......................................................      4.60

**TOTAL AMOUNT DUE**..............................................$      **138.60**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 29, 2016

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3107284
PAGE NO.  2

## RE:  CASE ADMINISTRATION

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 10/11/16 | RMB | REVIEW DEBTOR'S MOTION TO EXTEND DEADLINE FOR REMOVING ACTIONS FROM STATE AND FEDERAL COURTS (.10). | 0.10 | 67.00 |
| 10/14/16 | RMB | REVIEW ARTICLES RE SEVENTH CIRCUIT OPINION AFFIRMING DISTRICT  DISMISSAL OF TAXI COMPANIES' LAWSUIT AGAINST THE CITY OF CHICAGO BASED ON THE CITY'S FAILURE TO REGULATE RIDE-SHARING SERVICES (.10). | 0.10 | 67.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ..................................................... **0.20**
**TOTAL LEGAL FEES** ................................................................ $ **134.00**

# DyKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 29, 2016

CLIENT-MATTER NO.    111914-000005

INVOICE NO.  3107284
PAGE NO.  3

---

### DISBURSEMENTS

PRINTING EXPENSES                                                          **4.60**

**TOTAL DISBURSEMENTS** ...................................$    **4.60**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 29, 2016

CLIENT-MATTER NO.   111914-000005

INVOICE NO.  3107284
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 0.20 | 670.00 | 134.00 |
| | **TOTAL** | **0.20** | | **134.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 29, 2016

CLIENT-MATTER NO.   111914-000005
CASE ADMINISTRATION
INVOICE NO.  3107284
PAGE NO.  5

FEES...........................................................$      134.00

DISBURSEMENTS ......................................      4.60

**TOTAL AMOUNT DUE** ...........................................$      **138.60**

DYKEMA GOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:**_____     **DATE:**_____     **AMOUNT:**_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

DECEMBER 29, 2016
CLIENT-MATTER NO. 111914-000007
INVOICE NO.  3107285

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE INVESTIGATIONS**

| | |
|---|---|
| FEES.........................................................................$ | 126.00 |
| DISBURSEMENTS ..................................................... | 908.80 |
| **TOTAL AMOUNT DUE.............................................$** | **1,034.80** |

# DYKEMA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW | CLIENT-MATTER NO.   111914-000007 |
| DECEMBER 29, 2016 | INVOICE NO.  3107285 |
| | PAGE NO.  2 |

### RE:  CREDITORS' COMMITTEE INVESTIGATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/17/16 | JFRH | ANALYZE POTENTIAL CAUSES OF ACTION THAT MAY BE BROUGHT ON BEHALF OF THE ESTATE. | 0.40 | 126.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................................... **0.40**
**TOTAL LEGAL FEES** ................................................................................ **$   126.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 29, 2016

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3107285
PAGE NO.  3

| | DISBURSEMENTS | |
|---|---|---|
| 10/01/16 | RELATIVITY DATA HOSTING | 880.00 |
| | SCANNING EXPENSES | 0.20 |
| | PRINTING EXPENSES | 28.60 |
| | **TOTAL DISBURSEMENTS** ....................................$ | **908.80** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 29, 2016

CLIENT-MATTER NO. 111914-000007

INVOICE NO. 3107285
PAGE NO. 4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|---------------------|-------|--------|--------|
| JFRH | JOHN F. RHOADES | 0.40 | 315.00 | 126.00 |
| | **TOTAL** | **0.40** | | **126.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

DECEMBER 29, 2016

CLIENT-MATTER NO.   111914-000007
CREDITORS' COMMITTEE
INVESTIGATIONS
INVOICE NO.  3107285
PAGE NO.  5

FEES..........................................................................$   126.00

DISBURSEMENTS ......................................................   908.80

**TOTAL AMOUNT DUE**............................................$   **1,034.80**

DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____   DATE:_____   AMOUNT:_____

THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

DECEMBER 29, 2016
CLIENT-MATTER NO. 111914-000008
INVOICE NO.  3107286

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS**

FEES........................................................................$      7,367.50

**TOTAL AMOUNT DUE**.............................................$____**7,367.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 29, 2016

CLIENT-MATTER NO.   111914-000008

INVOICE NO.  3107286
PAGE NO.  2

## RE:  CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/04/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE RE STATUS OF PLAN NEGOTIATION. | 0.50 | 327.50 |
| 10/05/16 | ESW | CORRESPONDENCE WITH COMMITTEE RE UPDATES ON PLAN NEGOTIATIONS (0.2). | 0.20 | 131.00 |
| 10/05/16 | RMB | CALL WITH  CREDITORS' COMMITTEE MEMBERS TO DISCUSS FAILURE TO REACH AGREEMENT WITH DEBTOR ON TERMS OF A CONSENSUAL LIQUIDATION PLAN AND COMMITTEE'S CONSENT TO U.S. TRUSTEE'S MOTION TO CONVERT THE CHAPTER 11 CASE TO A CHAPTER 7 CASE (1.0) | 1.00 | 670.00 |
| 10/06/16 | ESW | COMMITTEE CALL RE CHAPTER 7 CONVERSION POSSIBILITY (1.0). | 1.00 | 655.00 |
| 10/06/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE: U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS DEBTOR'S CHAPTER 11 CASE. | 0.10 | 67.00 |
| 10/06/16 | RMB | REVIEW AND GIVE PRELIMINARY RESPONSE TO LUCY CIMINO'S EMAIL ASKING ABOUT DEADLINES FOR OBJECTING TO DISCLOSURE STATEMENTS AND TREATMENT OF HER CLAIM UNDER BOTH PLANS (.30) DISCUSS WITH MS. CIMINO THE U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS YCA'S CHAPTER 11 CASE AND SEND HER A COPY OF THE MOTION (.20); REVIEW AND RESPOND TO LUCY CIMINO'S EMAIL REGARDING THE U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS AND TREATMENT OF HER CLAIM UNDER THE REORGANIZATION PLANS (.20). | 0.70 | 469.00 |
| 10/06/16 | RMB | REVIEW AND RESPOND TO EMAILS FROM COMMITTEE MEMBERS RE THE U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS THE YCA CHAPTER 11 CASE (.20); CALL WITH COMMITTEE MEMBERS TO DISCUSS U.S. TRUSTEE'S REQUEST FOR DISMISSAL OF THE YCA CASE AS AN ALTERNATIVE TO CONVERSION (.20); REVIEW AND RESPOND TO EMAIL FROM COMMITTEE MEMBERS REGARDING THE U.S. TRUSTEE'S POSITION ON WHETHER YCA'S CHAPTER 11 CASE SHOULD BE DISMISSED RATHER THAN CONVERTED TO CHAPTER 7 (.20) | 0.60 | 402.00 |
| 10/07/16 | ESW | TWO TELEPHONE CONFERENCES WITH COMMITTEE RE UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE (0.5). | 0.50 | 327.50 |
| 10/07/16 | RMB | PREPARE AND SEND ANSWERS TO LUCY CIMINO'S QUESTIONS ABOUT THE COMPETING PLANS AND DISCLOSURE STATEMENTS (1.0). | 1.00 | 670.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 29, 2016

CLIENT-MATTER NO.  111914-000008

INVOICE NO.  3107286
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 10/07/16 | RMB | CALL WITH LUCY CIMINO, TO DISCUSS HER QUESTIONS ABOUT DISCLOSURE STATEMENTS AND EFFECT OF U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS DEBTOR'S CASE ON PENDING PLANS | 0.70 | 469.00 |
| 10/10/16 | ESW | CONFERENCE CALL WITH COMMITTEE RE ARGUMENTS AGAINST CONVERSION. | 0.80 | 524.00 |
| 10/11/16 | RMB | RESPOND TO COMMITTEE MEMBER EMAIL ASKING ABOUT THE MEANING OF THE DEBTOR'S MOTION TO EXTEND THE DEADLINE FOR FILING NOTICES OF REMOVAL. | 0.30 | 201.00 |
| 10/11/16 | RMB | CORRESPONDENCE WITH COMMITTEE RE: DEBTOR'S MOTION TO EXTEND DEADLINE FOR REMOVAL OF ACTIONS. | 0.10 | 67.00 |
| 10/13/16 | ESW | TELEPHONE CONFERENCE WITH COMMITTEE BEFORE COURT, AND AFTER COURT, REGARDING DISCUSSIONS WITH TAS'S COUNSEL AND DEBTOR'S COUNSEL (0.4). | 0.40 | 262.00 |
| 10/13/16 | ESW | DRAFT MEMO TO COMMITTEE RE CHAPTER 7 VERSUS CHAPTER 11 (0.4). | 0.40 | 262.00 |
| 10/13/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS REPORTING ON THIS MORNING'S HEARING ON THE U.S. TRUSTEE'S MOTION TO CONVERT OF DISMISS THE YCA CHAPTER 11 CASE (.20) | 0.20 | 134.00 |
| 10/14/16 | RMB | REVIEW AND RESPOND TO EMAILS FROM COMMITTEE MEMBERS RE: DEBTOR'S REQUEST FOR 14 DAYS TO DISCUSS THE UST'S MOTION AND ASKING WHETHER WE SHOULD RENEW MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE (.30) | 0.30 | 201.00 |
| 10/14/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE: JUDGE DOYLE'S SCHEDULING ORDER REGARDING THE UST'S MOTION TO CONVERT OR DISMISS YCA'S CHAPTER 11 CASE (.10). | 0.10 | 67.00 |
| 10/17/16 | ESW | COMMITTEE CALLS RE CH. 7 – BRIEF IN RESPONSE/ SUPPORT OF UST'S MOTION TO CONVERT. | 1.10 | 720.50 |
| 10/17/16 | JEAB | CONFERENCE WITH COMMITTEE MEMBER REGARDING TAS RESPONSE AND COUNTER-PROPOSAL TO TERM SHEET AND NEXT STEPS. | 0.80 | 412.00 |
| 10/21/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE THE DEBTOR NOT OPPOSING THE UST'S MOTION TO CONVERT. | 0.10 | 67.00 |
| 10/27/16 | ESW | CORRESPOND WITH COMMITTEE RE  EFFECT AND PROCESS OF CONVERSION (0.4). | 0.40 | 262.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................................  **11.30**
**TOTAL LEGAL FEES**............................................................................$  **7,367.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 29, 2016

CLIENT-MATTER NO.    111914-000008

INVOICE NO.  3107286
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|------:|-----:|-------:|
| ESW | EDWARD S. WEIL | 5.30 | 655.00 | 3,471.50 |
| JEAB | JONATHAN E. ABERMAN | 0.80 | 515.00 | 412.00 |
| RMB | RICHARD M. BENDIX | 5.20 | 670.00 | 3,484.00 |
| | **TOTAL** | **11.30** | | **7,367.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW

DECEMBER 29, 2016

CLIENT-MATTER NO.   111914-000008
CREDITORS' COMMITTEE MEETING
AND COMMUNICATIONS
INVOICE NO.  3107286
PAGE NO.  5


FEES........................................................................$     7,367.50


**TOTAL AMOUNT DUE**............................................**$     7,367.50**

REMITTANCE

**DYKEMAGOSSETT**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:_____     DATE:_____     AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

DECEMBER 29, 2016
CLIENT-MATTER NO. 111914-000014
INVOICE NO.  3107287

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  OTHER CONTESTED MATTERS**

FEES.........................................................................$      5,047.00

**TOTAL AMOUNT DUE**..............................................$      **5,047.00**

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 29, 2016

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3107287
PAGE NO.  2

## RE: OTHER CONTESTED MATTERS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/06/16 | ESW | TELEPHONE CONFERENCE WITH MR. WEINER RE POSSIBILITY OF CONVERSION (.2); TELEPHONE CONFERENCE WITH DSI (.6); REVIEW OF UNITED STATES TRUSTEE'S MOTION TO CONVERT (.3).. | 1.10 | 720.50 |
| 10/06/16 | JFRH | ANALYSIS RE TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7 (0.2); DEVELOP STRATEGY RE SAME(0.5). | 0.70 | 220.50 |
| 10/06/16 | RMB | REVIEW U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS DEBTOR'S CHAPTER 11 CASE. | 0.10 | 67.00 |
| 10/11/16 | RMB | CALL WITH KATY GLEASON RE REASON WHY UST MOTION TO CONVERT ALSO CONTAINS AN ALTERNATIVE REQUEST TO DISMISS THE CASE | 0.20 | 134.00 |
| 10/13/16 | ESW | TELEPHONE CONFERENCE WITH MR. GENSBURG RE COURT FOLLOW-UP (0.3). | 0.30 | 196.50 |
| 10/13/16 | RMB | CALL WITH MATT GENSBURG TO DISCUSS DEBTOR'S POSITION ON THE U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS THE CASE (.50); ATTEND HEARING ON THE U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS THE CASE (1.0) | 1.50 | 1,005.00 |
| 10/13/16 | RMB | ANALYSIS OF THIS MORNING'S HEARING ON THE U.S. TRUSTEE'S MOTION TO CONVERT OF DISMISS THE YCA CHAPTER 11 CASE (.20). | 0.20 | 134.00 |
| 10/17/16 | JEAB | REVIEW TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7 AND PREPARE ARGUMENTS IN SUPPORT OF SAME. | 0.40 | 206.00 |
| 10/17/16 | RMB | ANALYSIS OF FILING A RESPONSE TO THE UST'S MOTION TO CONVERT OR DISMISS THE CASE, AND THE CONTENTS OF THAT RESPONSE | 0.20 | 134.00 |
| 10/21/16 | RMB | CALL WITH MATT GENSBURG RE DEBTOR'S DECISION NOT TO OPPOSE UST'S MOTION TO CONVERT THE YCA CASE TO CHAPTER 7 | 0.10 | 67.00 |
| 10/26/16 | ESW | REVIEW OF AND REVISE BRIEF IN SUPPORT OF UST'S MOTION TO CONVERT. | 0.40 | 262.00 |
| 10/26/16 | JEAB | DRAFT JOINDER AND STATEMENT IN SUPPORT OF U.S. TRUSTEE'S MOTION TO CONVERT CASE. | 1.40 | 721.00 |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 29, 2016

CLIENT-MATTER NO.   111914-000014

INVOICE NO.  3107287
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-------------|-------|--------|
| 10/27/16 | ESW | TELEPHONE CONFERENCE WITH MS. GLEASON AND MR. GENSBURG RE CHAPTER 7 CONVERSION - SELECTION OF TRUSTEE, TIMING OF APPOINTMENT, MOTION TO OPERATE UNDER SECTION 721 OF THE BANKRUPTCY CODE, (0.5); TELEPHONE CONFERENCE WITH DSI RE CONVERSION MECHANICS (0.5). | 1.00 | 655.00 |
| 10/27/16 | MADI | FINALIZE AND FILE THE COMMITTEE'S JOINDER IN THE UST'S MOTION TO CONVERT. | 0.50 | 192.50 |
| 10/31/16 | ESW | CORRESPONDENCE WITH MS. GLEASON RE DRAFT ORDER CONVERTING CASE. | 0.20 | 131.00 |
| 10/31/16 | RMB | REVIEW KATY GLEASON'S DRAFT ORDER GRANTING UST'S MOTION TO CONVERT (.10); REVIEW KATY GLEASON'S REVISED DRAFT ORDER RE UST'S MOTION TO CONVERT (.10); EMAIL KATY GLEASON RE: COMMITTEE'S APPROVAL OF DRAFT ORDER (.10). | 0.30 | 201.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................... **8.60**
**TOTAL LEGAL FEES** ................................................................................. **$   5,047.00**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 29, 2016

CLIENT-MATTER NO.    111914-000014

INVOICE NO.  3107287
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|--------------------------|------|--------|---------|
| ESW | EDWARD S. WEIL | 3.00 | 655.00 | 1,965.00 |
| JEAB | JONATHAN E. ABERMAN | 1.80 | 515.00 | 927.00 |
| RMB | RICHARD M. BENDIX | 2.60 | 670.00 | 1,742.00 |
| JFRH | JOHN F. RHOADES | 0.70 | 315.00 | 220.50 |
| MADI | MARIA A. DIAKOUMAKIS | 0.50 | 385.00 | 192.50 |
| **TOTAL** | | **8.60** | | **5,047.00** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 29, 2016

CLIENT-MATTER NO.   111914-000014
OTHER CONTESTED MATTERS
INVOICE NO.  3107287
PAGE NO.  5

FEES..........................................................................$     5,047.00

**TOTAL AMOUNT DUE**...........................................$____**5,047.00**



**DykemaGossett**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

**CHECK #:_____      DATE:_____      AMOUNT:_____**

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

.

DECEMBER 29, 2016
CLIENT-MATTER NO. 111914-000015
INVOICE NO.  3107289

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT**

FEES.........................................................................$    14,423.50

DISBURSEMENTS ......................................................    54.95

**TOTAL AMOUNT DUE..............................................$    14,478.45**

# DYKEMA

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO. 111914-000015 |
|---|---|
| CREDITORS OF YELLOW | |
| DECEMBER 29, 2016 | INVOICE NO. 3107289 |
| | PAGE NO. 2 |

## RE: PLAN OF REORGANIZATION/LIQUIDATION AND DISCLOSURE STATEMENT

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/04/16 | DJZ | TELEPHONE CONFERENCES WITH OPPOSING COUNSEL RE NUMBER OF D&O CLAIMS AND APPLICABLE LIMITS. | 0.30 | 169.50 |
| 10/04/16 | ESW | NEGOTIATION OF CONSENSUAL LIQUIDATION PLAN WITH COUNSEL FOR DEBTOR AND COUNSEL FOR TAS (1.5); REVISE TERM SHEET (.5). | 2.00 | 1,310.00 |
| 10/04/16 | RMB | REVIEW OPEN ISSUES FROM FRIDAY'S MEETING WITH MATT GENSBURG AND JUSTIN WEINER AND ANALYSIS OF POSSIBLE CONVERSION OF THE CHAPTER 11 CASE TO CHAPTER 7 | 1.00 | 670.00 |
| 10/04/16 | RMB | TELEPHONE CONFERENCE WITH JUSTIN WEINER AND MATT GENSBURG TO ATTEMPT TO REACH AGREEMENT ON TERMS OF CONSENSUAL PLAN OF LIQUIDATION | 1.50 | 1,005.00 |
| 10/05/16 | ESW | TELEPHONE CONFERENCE WITH MR. WEINER ON BEHALF OF TAS RE NEW TAS PROPOSAL (0.5); TELEPHONE CONFERENCES WITH MR. GENSBURG RE TERM SHEET OPEN ISSUES, INCLUDING CREDITOR TRUSTEE SELECTION (0.4); COURT APPEARANCE ON STATUS OF POTENTIAL JOINT LIQUIDATION PLAN (1.0); MEETING WITH MS. GLEASON AND COUNSEL FOR DEBTOR AND TAS TO CONTINUE DISCUSSING POSSIBLE JOINT PLAN (1.0); TELEPHONE CONFERENCE WITH DSI RE SAME (0.3); TELEPHONE CONFERENCES WITH MS. GLEASON RE SAME (0.3); TELEPHONE CONFERENCE WITH MR. GENSBURG RE SAME (0.2); CORRESPONDENCE WITH MS. GLEASON RE SAME(0.3). | 4.00 | 2,620.00 |
| 10/05/16 | JEAB | ANALYSIS OF PLAN TERM SHEET, ADDITIONAL DISCUSSION REGARDING STRATEGY AND NEXT STEPS, POSSIBLE MOTION BY US TRUSTEE TO CONVERT CASE. | 1.10 | 566.50 |
| 10/05/16 | RMB | CALL WITH JUSTIN WEINER AND SHELLY CUFF TO DISCUSS TAS'S LATEST THREAT TO TERMINATE SERVICE CONTRACT UNLESS YCA AGREES TO NEW, HIGHER MONTHLY PAYMENT AND TO REQUEST INFORMATION FROM TAS SUPPORTING ITS ASSERTION THAT YCA'S CURRENT MONTHLY PAYMENT DOES NOT COVER TAS'S COSTS (.30); CALL WITH SHELLY CUFF, PAT O'MALLEY, AND MATT GENSBURG TO DISCUSS JOINT SELECTION OF A TRUSTEE AS LIQUIDATING TRUSTEE, AND THAT THE TRUSTEE NOT BE REQUIRED TO RETAIN DSI AS THE TRUSTEE'S FINANCIAL CONSULTANT (.40). | 0.70 | 469.00 |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 29, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3107289
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 10/07/16 | DJZ | CONFERENCE WITH MR. WEIL RE ASSIGNMENT AND STAY ISSUES (.2); REVIEW AND ANALYZE D&O POLICY AND PREPARE CORRESPONDENCE TO MR. WEIL RE COVERAGE ISSUES RELATING TO LIFTING THE STAY AND A COVENANT NOT TO SUE INSUREDS FOR AN EXCESS JUDGMENT (1.2). | 1.40 | 791.00 |
| 10/07/16 | ESW | REVIEW OF MOTION FILED BY UNITED STATES TRUSTEE (0.4); TWO TELEPHONE CONFERENCES WITH MS. GLEASON RE MOTION TO CONVERT OR DISMISS AND RE STATUS (0.5); TELEPHONE CONFERENCE WITH MR. WEINER – RECEIVE NEW SETTLEMENT PROPOSAL FROM TAS AND LEVINE AND CORRIGAN, AND RECEIVE NEW DETAILS RE NEWLY-DISCLOSED TAS/TMM EXPENSE AND DETAIL FOR PROPOSED PER DIEM TAS PRICE INCREASE OF $700 (0.6); TELEPHONE CONFERENCE WITH DSI RE ECONOMIC TERMS OF NEW SETTLEMENT PROPOSAL AND POSSIBLE RESPONSE (0.8). | 2.30 | 1,506.50 |
| 10/07/16 | RMB | PARTICIPATE IN CALL WITH SHELLY CUFF AND PAT O'MALLEY TO DISCUSS LATEST SETTLEMENT PROPOSAL FROM JUSTIN WEINER AND COMMITTEE'S RESPONSE TO THAT PROPOSAL. | 0.70 | 469.00 |
| 10/10/16 | DJZ | EXAMINE NAMED INSUREDS UNDER D&O POLICY AND INFORMATION REQUEST FROM MR. JOSEPH. | 0.20 | 113.00 |
| 10/10/16 | ESW | REVIEW D & O POLICY PROVISIONS FOR PURSUIT OF INSURANCE ON CLAIMS. | 1.60 | 1,048.00 |
| 10/10/16 | RMB | REVIEW COMMITTEE'S AMENDED DISCLOSURE STATEMENT IN PREPARATION FOR CALL WITH LUCY CIMINO (.40); CALL WITH LUCY CIMINO DISCUSS HER ADDITIONAL QUESTIONS ABOUT THE COMMITTEE'S PLAN AND DISCLOSURE STATEMENT (.30); CALL WITH PAT O'MALLEY AND SHELLY CUFF TO DISCUSS STRATEGY FOR RESPONDING TO (1) DEBTOR'S LATEST TERM SHEET, (2) JUSTIN WEINER'S SETTLEMENT PROPOSAL, AND (3) COMMITTEE'S POSITION ON THE U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS THE YCA CASE (.50). | 1.20 | 804.00 |
| 10/11/16 | ESW | TELEPHONE CONFERENCES WITH MR. WEINER FOR TAS, LEVINE AND CORRIGAN AND WITH COMMITTEE AND DSI RE SETTLEMENT TERMS (1.0).  DRAFT CORRESPONDENCE RE SETTLEMENT TERMS (0.5). | 1.50 | 982.50 |
| 10/12/16 | ESW | TELEPHONE CONFERENCES WITH MR. WEINER, AND WITH COMMITTEE AND DSI, RE SETTLEMENT (0.7); OUTLINE SETTLEMENT COUNTEROFFER (0.8). | 1.50 | 982.50 |
| 10/13/16 | ESW | TELEPHONE CONFERENCE WITH MR. GENSBURG RE COURT FOLLOW-UP TO COURT (0.3). | 0.30 | 196.50 |



OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 29, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3107289
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 10/14/16 | ESW | TELEPHONE CONFERENCE FROM MR. WEINER ON BEHALF OF TAS REGARDING CHAPTER 7 TERMS VERSUS POSSIBLE CHAPTER 11 AGREED LIQUIDATION PLAN (0.4).  RECEIVED COUNTEROFFER, AND SUMMARIZED AND ANALYZED SAME TO COMMITTEE AND DSI (0.4). | 0.80 | 524.00 |
| 10/17/16 | ESW | CORRESPOND WITH MR. WEINER RE STATUS OF PLAN. | 0.30 | 196.50 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................   **22.40**
**TOTAL LEGAL FEES**.................................................$   **14,423.50**

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 29, 2016

CLIENT-MATTER NO.   111914-000015

INVOICE NO.  3107289
PAGE NO.  5

---

### DISBURSEMENTS

| | |
|---|---:|
| PRINTING EXPENSES | 53.40 |
| CONFERENCE CALLS | 1.55 |
| **TOTAL DISBURSEMENTS ...................................$** | **54.95** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
DECEMBER 29, 2016

CLIENT-MATTER NO.    111914-000015

INVOICE NO.  3107289
PAGE NO.  6

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|------------|-------|------|--------|
| DJZ | DANIEL J. ZOLLNER | 1.90 | 565.00 | 1,073.50 |
| ESW | EDWARD S. WEIL | 14.30 | 655.00 | 9,366.50 |
| JEAB | JONATHAN E. ABERMAN | 1.10 | 515.00 | 566.50 |
| RMB | RICHARD M. BENDIX | 5.10 | 670.00 | 3,417.00 |
| | **TOTAL** | **22.40** | | **14,423.50** |

# DYKEMA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW


DECEMBER 29, 2016

CLIENT-MATTER NO.   111914-000015
PLAN OF
REORGANIZATION/LIQUIDATION AND
DISCLOSURE STATEMENT
INVOICE NO.  3107289
PAGE NO.  7


FEES.......................................................................$   14,423.50

DISBURSEMENTS .....................................................   54.95

**TOTAL AMOUNT DUE**.............................................$   14,478.45

DYKEMAGOSSETT PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT**
**400 RENAISSANCE CENTER**
**DETROIT, MI 48243**


**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**

CHECK #:_____   DATE:_____   AMOUNT:_____


**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____