**EXHIBIT B**

November 1-16, 2016 Monthly Invoices

# Dykema

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

JANUARY 18, 2017
CLIENT-MATTER NO. 111914-000005
INVOICE NO. 3109632

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: CASE ADMINISTRATION**

| | |
|---|---:|
| FEES.............................................................$ | 13,428.50 |
| DISBURSEMENTS ...................................... | 220.40 |
| **TOTAL AMOUNT DUE**.............................................$ | **13,648.90** |

**Dykema**

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW | CLIENT-MATTER NO. 111914-000005 |
| JANUARY 18, 2017 | INVOICE NO. 3109632<br>PAGE NO. 2 |

## RE: CASE ADMINISTRATION

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/01/16 | ESW | CORRESPONDENCE WITH MS. GLEASON RE CHAPTER 7 TRUSTEE ORDER AND MEETING. | 0.30 | 196.50 |
| 11/03/16 | ESW | COURT HEARING ON MOTION TO CONVERT CASE TO CHAPTER 7, AND ATTEND COURT RE STATUS. | 1.20 | 786.00 |
| 11/03/16 | ESW | MEETING WITH CHAPTER 7 PUTATIVE TRUSTEE MICHAEL DESMOND RE TRANSITION MATTERS AND SECTION 721 OPERATION OF THE DEBTOR. | 2.00 | 1,310.00 |
| 11/03/16 | JEAB | MEETING WITH CH. 7 TRUSTEE MICHAEL DESMOND AND DSI TEAM TO DISCUSS CONVERSION TO CHAPTER 7. | 2.00 | 1,030.00 |
| 11/03/16 | JFRH | APPEAR IN COURT FOR HEARING ON MOTION TO CONVERT CASE TO CHAPTER 7. | 1.20 | 378.00 |
| 11/03/16 | JFRH | PREPARE FOR AND ATTEND MEETING WITH CHAPTER 7 TRUSTEE. | 3.80 | 1,197.00 |
| 11/03/16 | MADI | PREPARE DOCUMENTS FOR MEETING WITH CHAPTER 7 TRUSTEE. | 0.80 | 308.00 |
| 11/03/16 | RMB | MEET WITH PAT O'MALLEY AND MICHAEL DESMOND, CHAPTER 7 TRUSTEE, TO ANSWER MICHAEL'S QUESTIONS, GIVE HIM BACKGROUND INFORMATION ON YCA AND DISCUSS HIS TEMPORARY OPERATION OF THE BUSINESS PENDING A SALE OF YCA'S ASSETS | 2.00 | 1,340.00 |
| 11/04/16 | ESW | FOLLOW-UP TO TRANSITION MEETING WITH CHAPTER 7 TRUSTEE DESMOND. | 1.10 | 720.50 |
| 11/07/16 | ESW | CALLS WITH MR. DESMOND AND DSI RE MEETING ON 11/09 (0.4). | 0.40 | 262.00 |
| 11/07/16 | JFRH | ANALYZE INFORMATION/DOCUMENTS REQUESTED BY MR. DESMOND. | 1.40 | 441.00 |
| 11/09/16 | ESW | MEETING WITH MR. DESMOND RE TRANSITION. | 2.50 | 1,637.50 |
| 11/09/16 | JFRH | PREPARE FOR AND ATTEND MEETING WITH CHAPTER 7 TRUSTEE RE DEBTOR'S OPERATIONS. | 2.50 | 787.50 |
| 11/09/16 | JFRH | PREPARE DOCUMENTS REQUESTED BY CHAPTER 7 TRUSTEE (.4); CORRESPONDENCE WITH CHAPTER 7 TRUSTEE RE SAME (.2). | 0.60 | 189.00 |
| 11/09/16 | JFRH | ANALYSIS RE POTENTIAL BROKER/BANKER TO ASSIST WITH SALE. | 0.30 | 94.50 |



OFFICIAL COMMITTEE OF UNSECURED  CLIENT-MATTER NO.   111914-000005
CREDITORS OF YELLOW
JANUARY 18, 2017  INVOICE NO.  3109632
  PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/14/16 | ESW | MEETING WITH MR. DESMOND, MR. O'MALLEY & MR. FELDMAN RE: STALKING HORSE INQUIRIES AND STALKING HORSE CANDIDATES. | 1.50 | 982.50 |
| 11/15/16 | ESW | MULTIPLE TELEPHONE CONFERENCES WITH CHAPTER 7 TRUSTEE MR. DESMOND (.5). TELEPHONE CONFERENCES WITH MR. GENSBURG (.2); TELEPHONE CONFERENCES WITH MR. WEINER (.5). | 1.20 | 786.00 |
| 11/16/16 | ESW | COURT APPEARANCE ON MOTION FOR OPERATING AUTHORITY (1.0); MULTIPLE MEETINGS WITH MESSRS. WEINER AND GENSBURG AND DSI AND MR. DESMOND RE SETTLEMENT (.5). | 1.50 | 982.50 |

**TOTAL ATTORNEY & PARALEGAL TIME** ................................................................... **26.30**
**TOTAL LEGAL FEES** ............................................................................................... $ **13,428.50**

**Dykema**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JANUARY 18, 2017

CLIENT-MATTER NO.   111914-000005

INVOICE NO.   3109632
PAGE NO.   4

| DISBURSEMENTS | |
|---|---:|
| PRINTING EXPENSES | 220.40 |
| **TOTAL DISBURSEMENTS** ..................................... $ | **220.40** |

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

**Dykema**

| OFFICIAL COMMITTEE OF UNSECURED | CLIENT-MATTER NO.  111914-000005 |
| CREDITORS OF YELLOW | |
| JANUARY 18, 2017 | INVOICE NO.  3109632 |
| | PAGE NO.  5 |

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| ESW | EDWARD S. WEIL | 11.70 | 655.00 | 7,663.50 |
| JEAB | JONATHAN E. ABERMAN | 2.00 | 515.00 | 1,030.00 |
| RMB | RICHARD M. BENDIX | 2.00 | 670.00 | 1,340.00 |
| JFRH | JOHN F. RHOADES | 9.80 | 315.00 | 3,087.00 |
| MADI | MARIA A. DIAKOUMAKIS | 0.80 | 385.00 | 308.00 |
| **TOTAL** | | **26.30** | | **13,428.50** |

# Dykema

OFFICIAL COMMITTEE OF UNSECURED  
CREDITORS OF YELLOW  
JANUARY 18, 2017

CLIENT-MATTER NO.  111914-000005  
CASE ADMINISTRATION  
INVOICE NO.  3109632  
PAGE NO.  6

FEES ..................................................................$   13,428.50

DISBURSEMENTS .................................................   220.40

**TOTAL AMOUNT DUE** ...........................................$   **13,648.90**

### DykemaGossett PLLC

38 FLOOR, ACCOUNTING DEPARTMENT  
400 RENAISSANCE CENTER  
DETROIT, MI 48243

**CLIENT CHECK INFORMATION**  
**PLEASE COMPLETE:**

CHECK #:_____   DATE:_____   AMOUNT:_____

THIS INVOICE IS PAYABLE UPON RECEIPT.

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**  
RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

JANUARY 18, 2017
CLIENT-MATTER NO. 111914-000007
INVOICE NO. 3109635

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: CREDITORS' COMMITTEE INVESTIGATIONS**

| | |
|---|---:|
| FEES .................................................................................$ | 252.00 |
| DISBURSEMENTS ..................................................... | 1,139.40 |
| **TOTAL AMOUNT DUE** ............................................$ | **1,391.40** |



OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW
JANUARY 18, 2017

CLIENT-MATTER NO.   111914-000007

INVOICE NO.  3109635
PAGE NO.  2

**RE: CREDITORS' COMMITTEE INVESTIGATIONS**

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/14/16 | JFRH | RESPOND TO INFORMATION/DOCUMENT REQUESTS OF CHAPTER 7 TRUSTEE. | 0.40 | 126.00 |
| 11/15/16 | JFRH | CORRESPONDENCE WITH CHAPTER 7 TRUSTEE RE RULE 2004 DISCOVERY. | 0.40 | 126.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ............................................................. **0.80**
**TOTAL LEGAL FEES** .......................................................................................... $ **252.00**


OFFICIAL COMMITTEE OF UNSECURED  CLIENT-MATTER NO.  111914-000007
CREDITORS OF YELLOW
JANUARY 18, 2017  INVOICE NO.  3109635
PAGE NO.  3

| DISBURSEMENTS | | |
|---|---|---|
| 11/01/16 | RELATIVITY DATA HOSTING | 880.00 |
| | PRINTING EXPENSES | 259.40 |
| | **TOTAL DISBURSEMENTS** | **$ 1,139.40** |

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*



OFFICIAL COMMITTEE OF UNSECURED  CLIENT-MATTER NO. 111914-000007
CREDITORS OF YELLOW
JANUARY 18, 2017  INVOICE NO. 3109635
  PAGE NO. 4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| JFRH | JOHN F. RHOADES | 0.80 | 315.00 | 252.00 |
| | **TOTAL** | **0.80** | | **252.00** |

# Dykema

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF YELLOW | CLIENT-MATTER NO.   111914-000007<br>CREDITORS' COMMITTEE<br>INVESTIGATIONS |
| JANUARY 18, 2017 | INVOICE NO.  3109635<br>PAGE NO.  5 |

FEES ......................................................................................$   252.00

DISBURSEMENTS ...................................................   1,139.40

**TOTAL AMOUNT DUE** ............................................**$   1,391.40**

**DykemaGossett**PLLC

**38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

CHECK #:_____   DATE:_____   AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____

# Dykema

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
CAB AFFILIATION, INC.

JANUARY 18, 2017
CLIENT-MATTER NO. 111914-000008
INVOICE NO. 3109637

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS**

FEES.......................................................................$    984.00

**TOTAL AMOUNT DUE** ............................................$    **984.00**

**Dykema**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JANUARY 18, 2017

CLIENT-MATTER NO.   111914-000008

INVOICE NO. 3109637
PAGE NO. 2

## RE: CREDITORS' COMMITTEE MEETING AND COMMUNICATIONS

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/03/16 | ESW | CONFERENCE WITH COMMITTEE AND MEETING WITH OTHER CREDITOR RE STATUS AND TRANSITION TO CHAPTER 7. | 0.40 | 262.00 |
| 11/07/16 | ESW | CALL WITH COMMITTEE RE TRANSITION TO CHAPTER 7 - OPERATION ISSUES (1.0). | 1.00 | 655.00 |
| 11/07/16 | RMB | CORRESPONDENCE WITH COMMITTEE MEMBERS RE JUDGE DOYLE'S ORDER GRANTING THE U.S. TRUSTEE'S MOTION TO CONVERT THE CHAPTER 11 CASE TO CHAPTER 7 | 0.10 | 67.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................................ **1.50**
**TOTAL LEGAL FEES** ............................................................................................... $ **984.00**

# Dykema

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW
JANUARY 18, 2017

CLIENT-MATTER NO.    111914-000008

INVOICE NO.  3109637
PAGE NO.  3

## BILLING SUMMARY

| ID  | TIMEKEEPER         | HOURS | RATE   | AMOUNT |
|-----|--------------------|-------|--------|--------|
| ESW | EDWARD S. WEIL     | 1.40  | 655.00 | 917.00 |
| RMB | RICHARD M. BENDIX  | 0.10  | 670.00 | 67.00  |
| **TOTAL** |              | **1.50** |   | **984.00** |

# Dykema

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF YELLOW<br><br>JANUARY 18, 2017 | CLIENT-MATTER NO.   111914-000008<br>CREDITORS' COMMITTEE MEETING<br>AND COMMUNICATIONS<br>INVOICE NO.  3109637<br>PAGE NO.  4 |

      FEES..................................................................$     984.00

      **TOTAL AMOUNT DUE**...............................................$   **984.00**

*(REMITTANCE watermark)*

**DykemaGossett**PLLC

38 FLOOR, ACCOUNTING DEPARTMENT
400 RENAISSANCE CENTER
DETROIT, MI 48243

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**

   CHECK #:_____     DATE:_____     AMOUNT:_____

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.*

**FOR FIRM USE:**
RECEIVED DATE:_____