# EXHIBIT B

# GT Greenberg Traurig

Invoice No. : 4318662
File No. : 155701.010100
Bill Date : October 5, 2016

Yellow Cab Affiliation, Inc.
3351 W. Addison
Chicago, IL  60618

Attn:  Michael Levine

# **INVOICE**

Re:   Restructure

Legal Services through September 30, 2016:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 205.20 |

Expenses:
GT Imaging                                      88.35

|  |  |  |
|---|---|---|
| Total Expenses: | $ | 88.35 |
| **Current Invoice**: | **$** | **293.55** |

NAP:DMV
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

Invoice No.: 4318662  Page 1
Matter No.: 155701.010100

Description of Professional Services Rendered:

TASK CODE: 833         COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 09/14/16 | Martin Kedziora | Prepare for (.4) and attend hearing (.5) on fee applications and other pending motions. | 0.90 | 228.00 | 205.20 |
| | | Total Hours: | 0.90 | | |
| | | Total Amount: | | | $ 205.20 |

TIMEKEEPER SUMMARY FOR TASK CODE 833,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Martin Kedziora | 0.90 | 228.00 | 205.20 |
| Totals: | 0.90 | 228.00 | $ 205.20 |

Invoice No.:    4318662
Matter No.:     155701.010100

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Martin Kedziora | 0.90 | 228.00 | 205.20 |
| Totals: | 0.90 | 228.00 | $ 205.20 |

| | | Page 3 |
|---|---|---|
| Invoice No.: | 4318662 | |
| Re: | Restructure | |
| Matter No.: | 155701.010100 | |

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/28/16 | GT Imaging Invoice 20160828-4309 Dated 08/28/16 - Re: 155701.010100 Yellow Cab (Concordance Hosting) | $ | 88.35 |
| | Total Expenses: | $ | 88.35 |

# GT GreenbergTraurig

Invoice No.: 4338994
File No. : 155701.010100
Bill Date : November 4, 2016

Yellow Cab Affiliation, Inc.
3351 W. Addison
Chicago, IL 60618

Attn: Michael Levine

## INVOICE

Re: Restructure

<u>Legal Services through October 31, 2016</u>:

| | | |
|---|---|---|
| Total Fees: | $ | 3,760.80 |

Expenses:
GT Imaging 88.35

| | | |
|---|---|---|
| Total Expenses: | $ | 88.35 |
| **Current Invoice**: | $ | **3,849.15** |

NAP:DMV
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

| | | Page 1 |
|---|---|---|
| Invoice No.: | 4338994 | |
| Matter No.: | 155701.010100 | |

## Description of Professional Services Rendered:

TASK CODE: 803  BUSINESS OPERATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/06/16 | Andrew J. Enschede | Review insurance policies. | 1.60 | 636.00 | 1,017.60 |
| 10/07/16 | Andrew J. Enschede | Review insurance policies (.9); analyze issues in connection with claims (1.0); telephone conference with N. Peterman re same (.5); prepare notice correspondence (.5). | 2.90 | 636.00 | 1,844.40 |
| | | Total Hours: | 4.50 | | |
| | | Total Amount: | | | $ 2,862.00 |

### TIMEKEEPER SUMMARY FOR TASK CODE 803,
BUSINESS OPERATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Andrew J. Enschede | 4.50 | 636.00 | 2,862.00 |
| Totals: | 4.50 | 636.00 | $ 2,862.00 |

Page 2

Invoice No.: 4338994
Matter No.: 155701.010100

Description of Professional Services Rendered

TASK CODE: 810  LITIGATION MATTERS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/10/16 | Martin Kedziora | Draft motion for extension of deadline to remove civil actions. | 1.90 | 228.00 | 433.20 |
| | | Total Hours: | 1.90 | | |
| | | Total Amount: | | | $ 433.20 |

TIMEKEEPER SUMMARY FOR TASK CODE 810,

LITIGATION MATTERS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Martin Kedziora | 1.90 | 228.00 | 433.20 |
| Totals: | 1.90 | 228.00 | $ 433.20 |

Page 3

Invoice No.: 4338994
Matter No.: 155701.010100

Description of Professional Services Rendered

TASK CODE: 813      FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/18/16 | Carla Greenberg | Draft GT's sixth interim fee application and related exhibits (1.5); email same to N. Peterman and M. Kedziora (.1). | 1.60 | 120.00 | 192.00 |
| 10/20/16 | Martin Kedziora | Revise GT's 6th interim fee application. | 1.20 | 228.00 | 273.60 |
| | | Total Hours: | 2.80 | | |
| | | Total Amount: | | | $ 465.60 |

TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Martin Kedziora | 1.20 | 228.00 | 273.60 |
| Carla Greenberg | 1.60 | 120.00 | 192.00 |
| Totals: | 2.80 | 166.29 | $ 465.60 |

Case 15-50593 Doc 1491-2 Filed 10/27/17 Entered 10/27/17 14:39:22 Desc Main
Exhibit B - Monthly Invoice Page 9 of 15

Invoice No.: 4338994  
Matter No.: 155701.010100

Page 4

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Andrew J. Enschede | 4.50 | 636.00 | 2,862.00 |
| Martin Kedziora | 3.10 | 228.00 | 706.80 |
| Carla Greenberg | 1.60 | 120.00 | 192.00 |
| Totals: | 9.20 | 408.78 | $ 3,760.80 |

| Invoice No.: | 4338994 |
|---|---|
| Re: | Restructure |
| Matter No.: | 155701.010100 |

Page 5

## Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/24/16 | GT Imaging Invoice 20160924-4309 Dated 09/24/16 - Re: 155701.010100 Yellow Cab (Concordance Hosting) | $ 88.35 |
| | Total Expenses: | $ 88.35 |

# GT Greenberg Traurig

|  |  |
|---|---|
|  | Invoice No. : 4364323 |
|  | File No.   : 155701.010100 |
|  | Bill Date  : December 2, 2016 |

Yellow Cab Affiliation, Inc.
3351 W. Addison
Chicago, IL  60618

Attn:  Michael Levine

# **INVOICE**

Re:   Restructure

<u>Legal Services through November 30, 2016</u>:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 1,518.00 |

<u>Expenses</u>:

| GT Imaging | 88.35 |  |  |
|---|---|---|---|
| Total Expenses: | | $ | 88.35 |
| **Current Invoice**: | | **$** | **1,606.35** |

NAP:DMV
Tax ID:  13-3613083

Invoice No.: 4364323  
Matter No.: 155701.010100

Page 1

### Description of Professional Services Rendered:

TASK CODE: 803                 BUSINESS OPERATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/04/16 | Thomas L. Woodman | Review insurance policy and related notices (1.0); notice to insurer, OCUC notice of claims letter (.8); telephone call with Nancy Peterman re same (.5). | 2.30 | 660.00 | 1,518.00 |

                                       Total Hours: 2.30

                                       Total Amount: $ 1,518.00

TIMEKEEPER SUMMARY FOR TASK CODE 803,

     BUSINESS OPERATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Thomas L. Woodman | 2.30 | 660.00 | 1,518.00 |
| Totals: | 2.30 | 660.00 | $ 1,518.00 |

| | | Page 2 |
|---|---|---|
| Invoice No.: | 4364323 | |
| Matter No.: | 155701.010100 | |

Description of Professional Services Rendered

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Thomas L. Woodman | 2.30 | 660.00 | 1,518.00 |
| Totals: | 2.30 | 660.00 | $ 1,518.00 |

| | | | Page 3 |
|---|---|---|---|
| Invoice No.: | 4364323 | | |
| Re: | Restructure | | |
| Matter No.: | 155701.010100 | | |

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/28/16 | GT Imaging Invoice 20161028-4309 Dated 10/28/16 - Re: 155701.010100 Yellow Cab (Concordance Hosting) | $ | 88.35 |
| | Total Expenses: | $ | 88.35 |