# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 7 Case No. |
| YELLOW CAB AFFILIATION, INC., | : | 15-09539 |
| Debtor. | : | Honorable Carol Doyle |

-------------------------------------------------------------------x

## NOTICE OF FILING

Please take notice that on November 6, 2017, Patton R. Corrigan filed the Request by Patton R. Corrigan Pursuant to 11 U.S.C. § 503 for Allowance and Payment of Chapter 11 Administrative Expense Claim, accompanying Exhibits A-C, and Proposed Order with the United States Bankruptcy Court for the Northern District of Illinois.

Dated: November 6, 2017

/s/Justin B. Weiner

Bruce R. Zirinsky
Sharon J. Richardson
ZIRINSKY LAW PARTNERS PLLC
375 Park Avenue, Suite 2607
New York, NY  10152
(212) 763-0192
bzirinsky@zirinskylaw.com
srichardson@zirinskylaw.com
and

Justin B. Weiner
MOLOLAMKEN LLP
300 N. LaSalle Street
Chicago, IL 60654
(312) 450-6704
jweiner@mololamken.com

*Co-Attorneys for Patton R. Corrigan*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 6, 2017, this notice and Patton Corrigan's Request by Michael J. Levine Pursuant to 11 U.S.C. § 503 for Allowance and Payment of Chapter 11 Administrative Expense Claim and accompanying Exhibits A-C were served upon all parties who receive notice through this Court's ECF system or via mail as indicated below:

**Electronic Service List**

Sheldon J Aberman on behalf of Creditor Billy Carter
sja@cjw-law.com

Sheldon J Aberman on behalf of Creditor Kerry Ann Thompson
sja@cjw-law.com

Richard M Bendix, Jr on behalf of Creditor Official Committee Of Unsecured Creditors
rbendix@dykema.com

Daniel J Biederman, Jr on behalf of Creditor Paul Magit
djb@rhatiganlaw.com

Scott A Blumenshine on behalf of Creditor Marcello Azevedo
sbshine@mbpersonalinjurylaw.com

Shelly A. DeRousse on behalf of Creditor Deborah Jacobs
sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Shelly A. DeRousse on behalf of Creditor Marc Jacobs
sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Maria A Diakoumakis on behalf of Creditor Official Committee Of Unsecured Creditors
mdiakoumakis@dykema.com, DocketCH@dykema.com

Michael K. Desmond, as Trustee of Debtor Yellow Cab Affiliation, Inc.
mkd.trustee@fslegal.com

William P Drew, III on behalf of Creditor Jose Lopez
billdrew@sbcglobal.net

William P Drew, III on behalf of Creditor Nichole Marie Fritz
billdrew@sbcglobal.net

Robert L Fogel on behalf of Creditor Avery Martin
fogel@fogellawchicago.com

Joseph D Frank on behalf of Creditor Clifford Law Offices, P.C.
jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com

Frances Gecker on behalf of Creditor Clifford Law Offices, P.C.
fgecker@fgllp.com, csmith@fgllp.com

Matthew T. Gensburg on behalf of Attorney Dale & Gensburg, P.C.
MGensburg@dandgpc.com

Matthew T. Gensburg on behalf of Debtor Yellow Cab Affiliation, Inc.
MGensburg@dandgpc.com

Charles J Gerlach on behalf of Creditor Praetorian Insurance Company
cjg@lebowgerlach.com

Kathryn Gleason on behalf of U.S. Trustee Patrick S Layng
USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov

E. Philip Groben on behalf of Creditor Louber Claude Boungou-Tssakala
pgroben@cohenandkrol.com, trotman@cohenandkrol.com;jneiman@cohenandkrol.com

John W Guzzardo on behalf of Creditor American Country Insurance Company
jguzzardo@shawfishman.com, mlites@shawfishman.com

Carrie A Hall on behalf of Creditor Michael Best & Friedrich LLP
cahall@michaelbest.com, jdschirmer@michaelbest.com

Fred R Harbecke on behalf of Creditor Angela Martinez
fredrharbecke@sbcglobal.net

Fred R Harbecke on behalf of Creditor Elizabeth Martinez
fredrharbecke@sbcglobal.net

Martin S Kedziora on behalf of Debtor Yellow Cab Affiliation, Inc.
kedzioram@gtlaw.com,
hernandezden@gtlaw.com;CHILitDock@GTLAW.com;doranb@gtlaw.com

Timothy Keiser on behalf of Creditor Sharon Kwon
tkeiser@gwclaw.com, ghooker@gwclaw.com

Benjamin Kelly on behalf of Attorney Vrdolyak Law Group LLC
benkellysr@comcast.net

Maureen J Kelly on behalf of Creditor Muriel Cameron
maureenjkelly@3kellyslaw.com

Michael Kelly on behalf of Creditor United States Of America
michael.kelly@usdoj.gov, MRavelo@usa.doj.gov

John W Krutulis on behalf of Creditor Margaret Guy
jkrutulis@levinriback.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Caren A Lederer on behalf of Creditor Leslie Ann Barr-Dewhurst
calederer@golanchristie.com, mperez@golanchristie.com,stasciotti@golanchristie.com

Shannon Liss-Riordan on behalf of Creditor Peter A Enger
sliss@llrlaw.com

Annie W. Lopez on behalf of Creditor West Bend Mutual Insurance Company a/s/o J & R Liquor & Food Basic Buy, Inc.
alopez@walinskilaw.com

Gerald P Meyer on behalf of Interested Party PeopleMover, Inc.
gmeyer@mololamken.com

Gerald P Meyer on behalf of Interested Party Taxi Affiliation Services LLC
gmeyer@mololamken.com

Gerald P Meyer on behalf of Interested Party Taxi Medallion Management, LLC
gmeyer@mololamken.com

Gerald P Meyer on behalf of Interested Party Taxi Works LLC
gmeyer@mololamken.com

Gerald P Meyer on behalf of Interested Party Transit Funding Associates 2 LLC
gmeyer@mololamken.com

Gerald P Meyer on behalf of Interested Party Transit Funding Associates 3 LLC
gmeyer@mololamken.com

Gerald P Meyer on behalf of Interested Party Transit Funding Associates 4 LLC
gmeyer@mololamken.com

Gerald P Meyer on behalf of Interested Party Transit Funding Associates 5 LLC
gmeyer@mololamken.com

Gerald P Meyer on behalf of Interested Party Transit Funding Associates 6 LLC
gmeyer@mololamken.com

Gerald P Meyer on behalf of Interested Party Transit Funding Associates LLC
gmeyer@mololamken.com

Gerald P Meyer on behalf of Interested Party Transit General Insurance Company
gmeyer@mololamken.com

Gerald P Meyer on behalf of Interested Party Wolley Cab Association, Inc.
gmeyer@mololamken.com

Gerald P Meyer on behalf of Interested Party Yellow Cab Partners LLC
gmeyer@mololamken.com

Gerald P Meyer on behalf of Interested Party Yellow Group LLC
gmeyer@mololamken.com

Mark Mordini on behalf of Creditor Cornelus Ezeagu
markmordini@msvemail.com

Ronald W Payne on behalf of Interested Party Zurich American Insurance Company
ron.payne@lewisbrisbois.com,
trish.whitlock@lewisbrisbois.com;maria.chavez@lewisbrisbois.com

Gavin M Pearlman on behalf of Creditor Cristal Pelaez
jenna@briskmanlaw.com

Francis J. Pendergast, III on behalf of Creditor Dustin Heestand
fpendergast@crowleylamb.com, ibenavides@crowleylamb.com;docket@crowleylamb.com

Nancy A Peterman on behalf of Attorney Greenberg Traurig, LLP
petermann@gtlaw.com, ChiBkyDocket@gtlaw.com;greenbergc@gtlaw.com

Nancy A Peterman on behalf of Debtor Yellow Cab Affiliation, Inc.
petermann@gtlaw.com, ChiBkyDocket@gtlaw.com;greenbergc@gtlaw.com

Joseph A Power on behalf of Creditor Ashley Comforte
joepower@prslaw.com, mraftis@prslaw.com

Brian Raynor on behalf of Creditor Illinois Insurance Guaranty Fund
braynor@lockelord.com, docket@lockelord.com

John Rhoades on behalf of Creditor Official Committee Of Unsecured Creditors
jrhoades@dykema.com, hbarhorst@dykema.com

Brian L Shaw on behalf of Creditor American Country Insurance Company
bshaw@shawfishman.com, jbunton@shawfishman.com

Jeffrey Snell on behalf of U.S. Trustee Patrick S Layng
jeffrey.snell@usdoj.gov

Michael M Tannen on behalf of Creditor Michael M. Tannen
mtannen@tannenlaw.com, adminassistant@tannenlaw.com

Michael M Tannen on behalf of Interested Party Yellow Group LLC
mtannen@tannenlaw.com, adminassistant@tannenlaw.com

Esther E Tryban Telser on behalf of Creditor City of Chicago
etrybantelser@cityofchicago.org

Steven A Wade on behalf of Creditor Jessica L. Edwards
swade@anesilaw.com, cathyhe@uawlsp.com;lsingleton@anesilaw.com

Edward S Weil on behalf of Creditor Official Committee Of Unsecured Creditors
eweil@dykema.com, hbarhorst@dykema.com

Edward G Willer on behalf of Creditor David Wu
egw@corboydemetrio.com,
mtj@corboydemetrio.com;sdudak@corboydemetrio.com;cpuchek@corboydemetrio.com;agonzalez@corboydemetrio.com;mmk@corboydemetrio.com

Scott B Wolfman on behalf of Interested Party Alice Johnson
kumri@wolfmanlaw.com

Barbara L Yong on behalf of Creditor Leslie Ann Barr-Dewhurst
blyong@golanchristie.com, mperez@golanchristie.com;myproductionss@gmail.com

**Manual Notice List**

Yellow Cab Affiliation, Inc.
3351 W. Addison St.
Chicago, IL 60618

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

Marcello Azevedo
1943 N. Whipple, Apt. 2
Chicago, IL 60647

Ross M. Kwasteniet
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Brian A. Raynor
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606

                                              /s/Justin B. Weiner
                                              Justin B. Weiner