IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

Yellow Cab Affiliation, Inc.

   Debtor.

) Case No.: 15-09539
)
) Chapter 7
)
) **Hon. Carol A. Doyle**
) **Hearing Date:  July 30, 2020**
) **Hearing Time:  10:00 am**
) **Courtroom: 742**

## NOTICE OF OBJECTION AND PRELIMINARY RESPONSE

  PLEASE TAKE NOTICE that the Trustee hereby objects to the Motion of Taxi Affiliation Services, LLC, Patton R. Corrigan, and Michael Levine to Remove Michael K. Desmond as Chapter 7 Trustee to the Estate of Yellow Cab Affiliation, Inc. and submits the attached Preliminary Response.

Dated:  July 28, 2020

            Respectfully Submitted,

            **MICHAEL K. DESMOND, not individually but solely in his capacity as Chapter 7 Trustee for Yellow Cab Affiliation, Inc.**

            By: */s/ Michael K. Desmond*
              One of his Attorneys

Michael K. Desmond (IL #6208809)
Justin M. Herzog (IL #6324047)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610

# CERTIFICATE OF SERVICE

I, Michael K. Desmond, hereby certify that on July 28, 2020 a true and correct copy of the foregoing **NOTICE OF OBJECTION AND PRELIMINARY RESPONSE** was filed electronically. Notice of the filing will be sent to all parties who are currently on the Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System.

<u>/s/ *Michael K. Desmond*</u>

**Mailing Information for Case 15-09539**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Sheldon J Aberman**    sja@cjw-law.com
- **Richard M Bendix**    rbendix@dykema.com
- **Daniel J Biederman**    djb@rhatiganlaw.com
- **James M Catterson** james.catterson@arnoldporter.com
- **Daniel R Chaidez**    dan@mathyslaw.com
- **Shelly A. DeRousse**    sderousse@freeborn.com, bkdocketing@freeborn.com; jhazdra@ecf.inforuptcy.com
- **Michael K Desmond**    mkd.trustee@fslegal.com, IL23@ecfcbis.com
- **Maria A Diakoumakis**    mdiakoumakis@dykema.com, DocketCH@dykema.com,srichard@dykema.com
- **William P Drew**    billdrew@sbcglobal.net
- **Robert L Fogel**    fogel@fogellawchicago.com
- **Joseph D Frank**    jfrank@fgllp.com, ccarpenter@fgllp.com; jkleinman@fgllp.com;mmatlock@fgllp.com
- **Frances Gecker**    fgecker@fgllp.com, csmith@fgllp.com
- **Matthew T. Gensburg**    MGensburg@gcklegal.com
- **Charles J Gerlach**    cjg@lebowgerlach.com
- **Kathryn Gleason**    USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov
- **Megan Graham**    mcg@magnanibuck.com
- **E. Philip Groben**    pgroben@gcklegal.com
- **John W Guzzardo**    jguzzardo@shawfishman.com, orafalovsky@shawfishman.com
- **Carrie A Hall**    cahall@michaelbest.com, edcollins@michaelbest.com
- **Fred R Harbecke**    fredrharbecke@sbcglobal.net
- **Martin S Kedziora**    kedzioram@gtlaw.com, hernandezden@gtlaw.com;CHILitDock@GTLAW.com;doranb@gtlaw.com

- **Timothy Keiser**   tkeiser@gwclaw.com, ggray@gwclaw.com;ltrevino@justicestartstoday.com
- **Benjamin Kelly**   benkellysr@comcast.net
- **Maureen J Kelly**   maureenjkelly@3kellyslaw.com
- **Michael Kelly**   michael.kelly@usdoj.gov, MRavelo@usa.doj.gov
- **Adam C Kruse**   adam@wkpc-law.com
- **John W Krutulis**   jkrutulis@levinriback.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Caren A Lederer**   calederer@gct.law, mperez@gct.law,stasciotti@gct.law,tstephenson@gct.law,aleon@gct.law
- **Shannon Liss-Riordan**   sliss@llrlaw.com, courts@llrlaw.com
- **Annie W. Lopez**   alopez@walinskilaw.com
- **Adrian E Mazar**   amazar@matekmazarlaw.com, G24416@notify.cincompass.com
- **Gerald P Meyer**   gmeyer@mololamken.com
- **Mark Mordini**   markmordini@msvemail.com
- **James Leighton O'Connell-Miller**   leighton@hartandmiller.com
- **Gregory Oltman**   goltman@oltmanlaw.com
- **Ronald W Payne**   ron.payne@lewisbrisbois.com, frank.brennan@lewisbrisbois.com
- **Gavin M Pearlman**   jenna@briskmanlaw.com
- **Francis J. Pendergast**   fpendergast@crowleylamb.com, mfarhoud@crowleylamb.com;docket@crowleylamb.com
- **Nancy A Peterman**   petermann@gtlaw.com, chilitdock@gtlaw.com;greenbergc@gtlaw.com
- **Joseph A Power**   joepower@prslaw.com, mraftis@prslaw.com
- **Brian Raynor**   braynor@lockelord.com, docket@lockelord.com
- **John Rhoades**   jrhoades@dykema.com, DocketCH@dykema.com
- **Brian L Shaw**   bshaw100@shawfishman.com, cknez@shawfishman.com
- **Jeffrey Snell**   jeffrey.snell@usdoj.gov
- **John R Steigauf**   john@gibsonlewislaw.com
- **Michael M Tannen**   mtannen@tannenlaw.com, adminassistant@tannenlaw.com
- **Esther E Tryban Telser**   Esther.TrybanTelser@lewisbrisbois.com
- **Steven A Wade**   swade@anesilaw.com, cathyhe@uawlsp.com;lsingleton@anesilaw.com
- **Edward S Weil**   eweil@dykema.com, hbarhorst@dykema.com
- **Justin Weiner**   jweiner@mololamken.com
- **Edward G Willer**   egw@corboydemetrio.com, mtj@corboydemetrio.com;sdudak@corboydemetrio.com;cpuchek@corboydemetrio.com;agonzalez@corboydemetrio.com;mmk@corboydemetrio.com
- **Scott B Wolfman**   kumri@wolfmanlaw.com
- **Barbara L Yong**   blyong@gct.law, mperez@gct.law,myproductionss@gmail.com,tstephenson@gct.law,aleon@gct.law

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 15-09539 |
| Yellow Cab Affiliation, Inc. | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | **Hon. Carol A. Doyle** |
| | ) | **Hearing Date:  July 30, 2020** |
| | ) | **Hearing Time:  10:00 am** |
| | ) | **Courtroom: 742** |

**PRELIMINARY RESPONSE OF TRUSTEE TO MOTION FOR REMOVAL**

Michael K. Desmond, not individually, but as Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Yellow Cab Affiliation, Inc. ("YCA" or the "Debtor"), in response to the Motion of Patton R. Corrigan, Michael Levine and Taxi Affiliation Services, LLC to Remove the Trustee ("Motion"), states as follows:

**INTRODUCTION**

This motion amounts to nothing but a litigation tactic by movants Patton R. Corrigan ("Corrigan"), Michael Levine ("Levine") and Taxi Affiliation Services LLC, collectively ("Movants"), all of whom are defendants in a lawsuit filed by the Trustee and currently pending in the United States District Court for the Northern District of Illinois.[1] Rather than file a motion for summary judgment in the District Court, the Movants take a different approach and seek to have this Court end the pending litigation by having the Trustee removed pursuant to 11 U.S.C. §324. Movants of course fail to mention to this Court that their motion to dismiss was largely denied by the District Court, as was their motion for sanctions against the Trustee and their motion to reconsider. Additionally, Movants were invited by the District Court to file a motion for Summary Judgment but apparently declined the invitation. Having failed to dispose of this case

---

[1] Desmond v. Taxi Affiliation Services LLC et al 17-Civ.-8326.

4

in the District Court, the Movants now turn to this Court for relief, and despite attaching nearly 2,000 pages of exhibits to their motion, Movants fail to identify a single fact that would amount to "cause" for removal of the Trustee under 11 U.S.C. §324.

Rather, Movants launch an all-out attack on the integrity of the Trustee and his special counsel, making unfounded and baseless allegations of malfeasance, breach of fiduciary duty, conflicts of interest, waste of estate assets and even goes so far as to accuse the Trustee of committing a fraud on the court. Movants claim the Trustee has lost the confidence of creditors, but fail to identify a single creditor other than themselves. Movants seek to have this Court revisit settlements previously approved by this Court to which Movants filed no objection, and now seek to disqualify the Trustee's special counsel, notwithstanding the fact that they filed no objection to their initial retention. Remarkably, Movants also appear to attack the settlement of the Trustee's turnover adversary against Taxi Affiliation Services LLC ("TAS"), which the Movants negotiated through their counsel and to which TAS and the other Movants clearly benefited.[2]

One centerpiece of the Movants' motion appears to be a temporary discovery sanction entered by Magistrate Judge Weisman in the District Court case, which prohibited the Trustee from taking any further discovery until the Trustee supplemented his answers to the defendants' discovery requests. Movants do not suggest that the Trustee failed to comply with the Magistrate Judge's order, rather they focus only on the Court's finding that the "Plaintiff willfully abused the discovery process and therefore may not proceed with discovery until Plaintiff has answers Defendants outstanding discovery." Of course, the Movants fail to inform this Court of the Magistrate Judge's subsequent statements on February 11, 2020, wherein he stated "I do appreciate that I was operating under I think a misconception as far as the breadth and intensity of the

---

[2] Pursuant to the terms of the settlement TAS withdrew all claims against the bankruptcy estate, is no longer a creditor and lacks standing to bring the instant motion. [*Dkt. No.* 1198].

5

investigation done. So . . . I understand what Mr. Desmond has said. I appreciate the limited—more limited nature of his look back and the purpose of that." (Tr. 2/11/2020 at p. 43:15-20). Movants of course are the ones who misled the Magistrate Judge into believing that the Trustee had full access to discovery on the fraudulent transfer claims in the Bankruptcy Court. A statement that could not be more false.

This motion is not brought in the best interest of all creditors of the estate who stand to benefit from any recoveries obtained by the Trustee, rather, this motion is brought by two insider alleged creditors responsible for creating a structure which stripped the Debtor of all of its assets and ultimately drove it into bankruptcy. There can be no legitimate dispute that the only parties who hope to benefit from removal of the Trustee will be Corrigan and Levine. This motion simply has no merit and should be denied.

## REQUEST FOR BRIEFING SCHEDULE

To the extent the Court desires a response from the Trustee, the Trustee requests a minimum of 45 days to respond to the Motion and extensive allegations, and requests that this Court set a hearing on this matter at a date and time convenient to the Court.

Dated: July 28, 2020

Respectfully Submitted,

**MICHAEL K. DESMOND, not individually but solely in his capacity as Chapter 7 Trustee for Yellow Cab Affiliation, Inc.**

By: */s/ Michael K. Desmond*
     One of his Attorneys

Michael K. Desmond (IL #6208809)
Justin M. Herzog (IL #6324047)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610