# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 15-09539  
**Case Name:** YELLOW CAB AFFILIATION, INC.  
**For Period Ending:** 06/30/2020

**Trustee Name:** (330623) Michael Desmond  
**Date Filed (f) or Converted (c):** 11/16/2016 (c)  
**§ 341(a) Meeting Date:** 01/19/2017  
**Claims Bar Date:** 11/06/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | MB Financial Bank | 22,916.93 | 0.00 | | 0.00 | FA |
| 2* | Interest in Insurance Policies - See attached schedule (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 3 | X General Membership Dues - $571,426.01 Past Membership Dues of Approximate Amount of | 1,596,656.01 | 1,596,656.01 | | 241,025.00 | 1,355,631.01 |
| 4 | Member Security Deposits | 1,755,264.23 | 591,923.84 | | 0.00 | 591,923.84 |
| 5 | Equipment and Data Terminals | 856,036.81 | 50,000.00 | | 5,000.00 | FA |
| 6* | VOID (See Footnote) | VOID | VOID | VOID | VOID | VOID |
| 7* | Refund of Unemployment Insurance Tax (u) (See Footnote) | 0.00 | 0.00 | | 6,853.40 | FA |
| 8 | Refund from ADP-unscheduled Post Filing (u) | 472.35 | 472.35 | | 472.35 | FA |
| 9 | BANK ACCOUNTS  DIP Account Private Bank (u) | 57,864.20 | 57,864.20 | | 57,864.20 | FA |
| 10* | Turnover Adversary (u) (See Footnote) | 0.00 | 500,000.00 | | 400,000.00 | 100,000.00 |
| 11* | Promissory Note from Transit Administrative Center, Inc (u) (See Footnote) | 0.00 | 324,590.72 | | 23,691.84 | 300,898.88 |
| **11** | **Assets Totals (Excluding unknown values)** | **$4,289,210.53** | **$3,121,507.12** | | **$734,906.79** | **$2,348,453.73** |

RE PROP# 2  Debtor's Schedule B-personal property attaches a supplemental schedule to Item No. 9-Interest of All Insurance Policies. The Supplement lists 29 insurance policies of which 4 policies, with a value of $751,750, were secured by a letter of credit ("LOC") or cash deposit.  The remaining 25 insurance policies were listed with a value of $0.  Debtor's Chapter 11 final report {Dkt. 1080]  indicates that the 4 - LOC or cash deposit insurance policies were disposed of during the Chapter 11 proceeding.

RE PROP# 6  Debtor's Chapter 11 final report [Dkt. 1080] indicates that the Debtor's pre-paid expenses were disposed of during the Chapter 11 proceedings.

RE PROP# 7  Refund from Dept. of Employment Security

RE PROP# 10  Adversary seeking Turnover of estate assets.

RE PROP# 11  Note Assigned to Trustee pursuant to Settlement Approved by Bankruptcy Court  [Dkt No. 1198]

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 15-09539  
**Case Name:** YELLOW CAB AFFILIATION, INC.

**For Period Ending:** 06/30/2020

**Trustee Name:** (330623) Michael Desmond  
**Date Filed (f) or Converted (c):** 11/16/2016 (c)  
**§ 341(a) Meeting Date:** 01/19/2017  
**Claims Bar Date:** 11/06/2017

**Major Activities Affecting Case Closing:**

June 30, 2020  District Court complaint still pending.  Discovery is ongoing.

June 30, 2019:  Pursuant to order 5/1/19 [Dkt. 1198], Trustee settled the adversary complaint for turnover. Defendant's Motion to Dismiss the Trustee's District Court complaint to avoid fraudulent transfers and other relief was denied.  Parties are engaged in discovery.

2018:  On March 27, 2017, Trustee filed adversary complaint for turnover of estate assets against Taxi Affiliation Services LLC.  Parties currently conducting discovery.   On November 16, 2017, Trustee filed complaint in District Court seeking to avoid fraudulent transfers and other relief.  Defendant has filed motion to dismiss which remains pending.

**Initial Projected Date Of Final Report (TFR):** 12/31/2019      **Current Projected Date Of Final Report (TFR):** 12/31/2021

07/29/2020 | /s/Michael Desmond
--- | ---
Date | Michael Desmond

## Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 15-09539 | Trustee Name: | Michael Desmond (330623) |
| --- | --- | --- | --- |
| Case Name: | YELLOW CAB AFFILIATION, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6889 | Account #: | ******0200 Checking |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/03/17 | {7} | Illinois Dept of Employment Security | Refund Check from Dept. of Employment Security | 1224-000 | 6,853.40 | | 6,853.40 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,843.40 |
| 02/24/17 | {8} | Automatic Data Processing | Refund from ADP - unscheduled post-filing | 1290-000 | 472.35 | | 7,315.75 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 7,305.75 |
| 03/06/17 | {9} | The Private Bank | Transfer of DIP bank acct funds from The Private Bank to Estate Acct. | 1229-000 | 57,864.20 | | 65,169.95 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.43 | 65,092.52 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 87.38 | 65,005.14 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 102.84 | 64,902.30 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 93.35 | 64,808.95 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 90.10 | 64,718.85 |
| 08/31/17 | {3} | | Proceeds on payoff of Mortgage Lien Securing A/R | 1129-000 | 241,025.00 | | 305,743.85 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 102.40 | 305,641.45 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 424.96 | 305,216.49 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 468.27 | 304,748.22 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 438.33 | 304,309.89 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 423.11 | 303,886.78 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 480.80 | 303,405.98 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 407.31 | 302,998.67 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 435.81 | 302,562.86 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 420.68 | 302,142.18 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 478.08 | 301,664.10 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 419.43 | 301,244.67 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 462.18 | 300,782.49 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 447.05 | 300,335.44 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 230.39 | 300,105.05 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 271.32 | 299,833.73 |

Page Subtotals:  $306,214.95   $6,381.22

{ } Asset Reference(s)                                              ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 15-09539 | Trustee Name: | Michael Desmond (330623) |
| --- | --- | --- | --- |
| Case Name: | YELLOW CAB AFFILIATION, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6889 | Account #: | ******0200 Checking |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/07/18 | 101 | Figliulo & Silverman PC | Fees allowed per order dated 12/6/2018 Dkt. No. 1188]. | 3110-000 | | 165,109.50 | 134,724.23 |
| 12/07/18 | 102 | Figliulo & Silverman PC | Expenses allowed per order dated 12/6/2018 [Dkt.No. 1188] | 3120-000 | | 1,036.68 | 133,687.55 |
| 02/28/19 | 103 | International Sureties, Ltd. | 2019-2020 Premium - Blanket Bond 016073584 | 2300-000 | | 43.14 | 133,644.41 |
| 05/02/19 | {10} | | MOLO LAMKEN LLPMIC 20190502MMQFMPCM00 0034 | 1249-000 | 400,000.00 | | 533,644.41 |
| 06/05/19 | {11} | Transit Administrative Center, Inc | Payment on Promissory Note Dated 1/1/2017 | 1249-000 | 1,974.32 | | 535,618.73 |
| 07/11/19 | {11} | Transit Administrative Center, Inc | Payment on Promissory Note Dated 1/1/2017 | 1249-000 | 1,974.32 | | 537,593.05 |
| 08/02/19 | {11} | Transit Administrative Center, Inc | Payment on Promissory Note | 1249-000 | 1,974.32 | | 539,567.37 |
| 09/03/19 | {11} | Transit Administrative Center, Inc | Installment Payment on Promissory Note | 1249-000 | 1,974.32 | | 541,541.69 |
| 09/26/19 | {11} | Transit Administrative Center, Inc | Payment of Promissory Note | 1249-000 | 1,974.32 | | 543,516.01 |
| 11/13/19 | {11} | Transit Administrative Center, Inc | Payment of Promissory Note | 1249-000 | 1,974.32 | | 545,490.33 |
| 12/05/19 | {11} | Transit Administrative Center, Inc | Payment on Note | 1249-000 | 1,974.32 | | 547,464.65 |
| 01/02/20 | {11} | Transit Administrative Center, Inc | Payment on Promissory Note | 1249-000 | 1,974.32 | | 549,438.97 |
| 02/05/20 | {11} | Transit Administrative Center, Inc | Payment on Promissory Note | 1249-000 | 1,974.32 | | 551,413.29 |
| 02/27/20 | 104 | International Sureties, Ltd. | Bond Premium Bond # 016073584 2/1/2020 - 2/1/2021 | 2300-000 | | 182.00 | 551,231.29 |
| 02/28/20 | {11} | Transit Administrative Center, Inc | Payment on Note. | 1249-000 | 1,974.32 | | 553,205.61 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 442.11 | 552,763.50 |
| 04/20/20 | {11} | Transit Administrative Center, Inc | Payment on Note per Settlement | 1249-000 | 1,974.32 | | 554,737.82 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 884.46 | 553,853.36 |
| 05/05/20 | {5} | The Collins Law Firm Client Trust Account | Proceeds on Sale of Equipment per Order Dated 4/25/2019 [Dkt. No. 1192]. | 1129-000 | 5,000.00 | | 558,853.36 |
| 05/05/20 | {11} | Transit Administrative Center, Inc | Payment on Note per Settlement | 1249-000 | 1,974.32 | | 560,827.68 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 858.16 | 559,969.52 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 946.17 | 559,023.35 |
| | | **COLUMN TOTALS** | | | 734,906.79 | 175,883.44 | $559,023.35 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 734,906.79 | 175,883.44 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$734,906.79** | **$175,883.44** | |

*{ } Asset Reference(s)*      *! - transaction has not been cleared*

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-3

| **Case No.:** | 15-09539 | **Trustee Name:** | Michael Desmond (330623) |
|---|---|---|---|
| **Case Name:** | YELLOW CAB AFFILIATION, INC. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***6889 | **Account #:** | ******0200 Checking |
| **For Period Ending:** | 06/30/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0200 Checking | $734,906.79 | $175,883.44 | $559,023.35 |
| | **$734,906.79** | **$175,883.44** | **$559,023.35** |

| 07/29/2020 | /s/Michael Desmond |
|---|---|
| Date | Michael Desmond |