# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:**  15-09539

**Case Name:**  YELLOW CAB AFFILIATION, INC.

**Trustee Name:**  (330623) Michael Desmond

**Date Filed (f) or Converted (c):**  11/16/2016 (c)

**§ 341(a) Meeting Date:**  01/19/2017

**For Period Ending:**  06/30/2022

**Claims Bar Date:**  11/06/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | MB Financial Bank<br>Bank Account closed during Chapter 11 Case. | 22,916.93 | 0.00 | | 0.00 | FA |
| 2* | Interest in Insurance Policies - See attached schedule (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 3 | X General Membership Dues - $571,426.01 Past Membership Dues of Approximate Amount of | 888,497.00 | 888,497.00 | | 241,025.00 | FA |
| 4 | Member Security Deposits | 1,755,264.23 | 591,923.84 | | 0.00 | 591,923.84 |
| 5* | Equipment and Data Terminals (See Footnote) | 50,000.00 | 50,000.00 | | 5,000.00 | FA |
| 6* | VOID (See Footnote) | VOID | VOID | VOID | VOID | VOID |
| 7* | Refund of Unemployment Insurance Tax (u) (See Footnote) | 0.00 | 0.00 | | 6,853.40 | FA |
| 8 | Refund from ADP-unscheduled Post Filing (u) | 472.35 | 472.35 | | 472.35 | FA |
| 9 | BANK ACCOUNTS  DIP Account Private Bank (u)<br>Unscheduled value based amount reported on Ch. 11 Final Report [Dkt. 1080] | 85,042.05 | 57,864.20 | | 57,864.20 | FA |
| 10* | Turnover Adversary (u) (See Footnote) | 0.00 | 500,000.00 | | 400,000.00 | 100,000.00 |
| 11* | Promissory Note from Transit Administrative Center, Inc (u) (See Footnote) | 0.00 | 324,590.72 | | 57,255.28 | 267,335.44 |
| 11 | **Assets Totals (Excluding unknown values)** | **$2,802,192.56** | **$2,413,348.11** | | **$768,470.23** | **$959,259.28** |

RE PROP# 2    Debtor's Schedule B-personal property attaches a supplemental schedule to Item No. 9-Interest of All Insurance Policies. The Supplement lists 29 insurance policies of which 4 policies, with a value of $751,750, were secured by a letter of credit ("LOC") or cash deposit.  The remaining 25 insurance policies were listed with a value of $0.  Debtor's Chapter 11 final report [Dkt. 1080]  indicates that the 4 - LOC or cash deposit insurance policies were disposed of during the Chapter 11 proceeding.

RE PROP# 5    Debtor's Chapter 11 final report [Dkt. 1080] indicates that the Debtor's pre-paid expenses were disposed of during the Chapter 11 proceedings.

RE PROP# 6    Debtor's Chapter 11 final report [Dkt. 1080] indicates that the Debtor's pre-paid expenses were disposed of during the Chapter 11 proceedings.

RE PROP# 7    Refund from Dept. of Employment Security

RE PROP# 10    Adversary seeking Turnover of estate assets.

RE PROP# 11    Note Assigned to Trustee pursuant to Settlement Approved by Bankruptcy Court  [Dkt No. 1198]

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page:  1-2

**Case No.:**  15-09539

**Case Name:**   YELLOW CAB AFFILIATION, INC.

**For Period Ending:**  06/30/2022

**Trustee Name:**   (330623) Michael Desmond

**Date Filed (f) or Converted (c):**   11/16/2016 (c)

**§ 341(a) Meeting Date:**  01/19/2017

**Claims Bar Date:**  11/06/2017

**Major Activities Affecting Case Closing:**

June 30, 2022:  Trustee retained Special Counsel to pursue D&O action and Fraudulent Transfer Adversary in the United States District Court.  Fact discovery has closed and Expert Discovery is scheduled to close on July 24, 2022.  The parties have exchanged settlement proposals, however as of this date there is no agreement.

June 30, 2021.  District Court complaint pending.  Oral discovery is in process.

June 30, 2020  District Court complaint still pending.  Discovery is ongoing.

June 30, 2019:  Pursuant to order 5/1/19 [Dkt. 1198], Trustee settled the adversary complaint for turnover. Defendant's Motion to Dismiss the Trustee's District Court complaint to avoid fraudulent transfers and other relief was denied.  Parties are engaged in discovery.

2018:  On March 27, 2017, Trustee filed adversary complaint for turnover of estate assets against Taxi Affiliation Services LLC.  Parties currently conducting discovery.   On November 16, 2017, Trustee filed complaint in District Court seeking to avoid fraudulent transfers and other relief.  Defendant has filed motion to dismiss which remains pending.

**Initial Projected Date Of Final Report (TFR):**  12/31/2019

**Current Projected Date Of Final Report (TFR):**   06/30/2023

| 07/28/2022 | /s/Michael Desmond |
|---|---|
| Date | Michael Desmond |

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| | | |
|---|---|---|
| Case No.: | 15-09539 | |
| Case Name: | YELLOW CAB AFFILIATION, INC. | |
| Taxpayer ID #: | **-***6889 | |
| For Period Ending: | 06/30/2022 | |

| | | |
|---|---|---|
| Trustee Name: | Michael Desmond (330623) | |
| Bank Name: | Mechanics Bank | |
| Account #: | ******0200 Checking | |
| Blanket Bond (per case limit): | $5,000,000.00 | |
| Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/03/17 | {7} | Illinois Dept of Employment Security | Refund Check from Dept. of Employment Security | 1224-000 | 6,853.40 | | 6,853.40 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,843.40 |
| 02/24/17 | {8} | Automatic Data Processing | Refund from ADP - unscheduled post-filing | 1290-000 | 472.35 | | 7,315.75 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 7,305.75 |
| 03/06/17 | {9} | The Private Bank | Transfer of DIP bank acct funds from The Private Bank to Estate Acct. | 1229-000 | 57,864.20 | | 65,169.95 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.43 | 65,092.52 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 87.38 | 65,005.14 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 102.84 | 64,902.30 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 93.35 | 64,808.95 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 90.10 | 64,718.85 |
| 08/31/17 | {3} | | Proceeds on payoff of Mortgage Lien Securing A/R | 1129-000 | 241,025.00 | | 305,743.85 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 102.40 | 305,641.45 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 424.96 | 305,216.49 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 468.27 | 304,748.22 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 438.33 | 304,309.89 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 423.11 | 303,886.78 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 480.80 | 303,405.98 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 407.31 | 302,998.67 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 435.81 | 302,562.86 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 420.68 | 302,142.18 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 478.08 | 301,664.10 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 419.43 | 301,244.67 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 462.18 | 300,782.49 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 447.05 | 300,335.44 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 230.39 | 300,105.05 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 271.32 | 299,833.73 |

Page Subtotals: $306,214.95    $6,381.22

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| | | |
|---|---|---|
| **Case No.:** | 15-09539 | |
| **Case Name:** | YELLOW CAB AFFILIATION, INC. | |
| **Taxpayer ID #:** | **-***6889 | |
| **For Period Ending:** | 06/30/2022 | |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******0200 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/07/18 | 101 | Figliulo & Silverman PC | Fees allowed per order dated 12/6/2018 Dkt. No. 1188]. | 3110-000 | | 165,109.50 | 134,724.23 |
| 12/07/18 | 102 | Figliulo & Silverman PC | Expenses allowed per order dated 12/6/2018 [Dkt.No. 1188] | 3120-000 | | 1,036.68 | 133,687.55 |
| 02/28/19 | 103 | International Sureties, Ltd. | 2019-2020 Premium - Blanket Bond 016073584 | 2300-000 | | 43.14 | 133,644.41 |
| 05/02/19 | {10} | | MOLO LAMKEN LLPMIC 20190502MMQFMPCM00 0034 | 1249-000 | 400,000.00 | | 533,644.41 |
| 06/05/19 | {11} | Transit Administrative Center, Inc | Payment on Promissory Note Dated 1/1/2017 | 1249-000 | 1,974.32 | | 535,618.73 |
| 07/11/19 | {11} | Transit Administrative Center, Inc | Payment on Promissory Note Dated 1/1/2017 | 1249-000 | 1,974.32 | | 537,593.05 |
| 08/02/19 | {11} | Transit Administrative Center, Inc | Payment on Promissory Note | 1249-000 | 1,974.32 | | 539,567.37 |
| 09/03/19 | {11} | Transit Administrative Center, Inc | Installment Payment on Promissory Note | 1249-000 | 1,974.32 | | 541,541.69 |
| 09/26/19 | {11} | Transit Administrative Center, Inc | Payment of Promissory Note | 1249-000 | 1,974.32 | | 543,516.01 |
| 11/13/19 | {11} | Transit Administrative Center, Inc | Payment of Promissory Note | 1249-000 | 1,974.32 | | 545,490.33 |
| 12/05/19 | {11} | Transit Administrative Center, Inc | Payment on Note | 1249-000 | 1,974.32 | | 547,464.65 |
| 01/02/20 | {11} | Transit Administrative Center, Inc | Payment on Promissory Note | 1249-000 | 1,974.32 | | 549,438.97 |
| 02/05/20 | {11} | Transit Administrative Center, Inc | Payment on Promissory Note | 1249-000 | 1,974.32 | | 551,413.29 |
| 02/27/20 | 104 | International Sureties, Ltd. | Bond Premium Bond # 016073584 2/1/2020 - 2/1/2021 | 2300-000 | | 182.00 | 551,231.29 |
| 02/28/20 | {11} | Transit Administrative Center, Inc | Payment on Note. | 1249-000 | 1,974.32 | | 553,205.61 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 442.11 | 552,763.50 |
| 04/20/20 | {11} | Transit Administrative Center, Inc | Payment on Note per Settlement | 1249-000 | 1,974.32 | | 554,737.82 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 884.46 | 553,853.36 |
| 05/05/20 | {5} | The Collins Law Firm Client Trust Account | Proceeds on Sale of Equipment per Order Dated 4/25/2019 [Dkt. No. 1192]. | 1129-000 | 5,000.00 | | 558,853.36 |
| 05/05/20 | {11} | Transit Administrative Center, Inc | Payment on Note per Settlement | 1249-000 | 1,974.32 | | 560,827.68 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 858.16 | 559,969.52 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 946.17 | 559,023.35 |
| 07/22/20 | | The Collins Law Firm Client Trust Account | Replacement Check for Proceeds on Sale of Equipment per | | 4,967.00 | | 563,990.35 |
| | {5} | The Collins Law firm Client Trust Account | Proceeds on Sale of YCA Equipment $5,000.00 | 1129-000 | | | |
| | | | Stop Payment Fee -$33.00 | 2600-000 | | | |
| 07/22/20 | {5} | The Collins Law Firm Client Trust Account | Deposit Reversal: Proceeds on Sale of Equipment per Order Dated 4/25/2019 [Dkt. No. 1192]. | 1129-000 | -5,000.00 | | 558,990.35 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 917.16 | 558,073.19 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 862.26 | 557,210.93 |

**Page Subtotals:** $428,658.84   $171,281.64

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| | | |
|---|---|---|
| **Case No.:** | 15-09539 | |
| **Case Name:** | YELLOW CAB AFFILIATION, INC. | |
| **Taxpayer ID #:** | **-***6889 | |
| **For Period Ending:** | 06/30/2022 | |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******0200 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 950.08 | 556,260.85 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 889.10 | 555,371.75 |
| 11/05/20 | | Transfer Debit to East West Bank acct XXXXXX0049 | Transition Debit to East West Bank acct XXXXXX0049 | 9999-000 | | 555,371.75 | 0.00 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 17 | Deposits | 98,848.79 | 4 | Checks | 166,371.32 |
| 0 | Interest Postings | 0.00 | 31 | Adjustments Out | 18,130.72 |
| | Subtotal | 98,848.79 | 1 | Transfers Out | 555,371.75 |
| 2 | Adjustments In | 641,025.00 | | Total | 739,873.79 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 739,873.79 | | | |

Page Subtotals:          $0.00          $0.00

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 15-09539 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | YELLOW CAB AFFILIATION, INC. | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***6889 | Account #: | ******0049 Checking Account |
| For Period Ending: | 06/30/2022 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/05/20 | | Transfer Credit from Mechanics Bank Acct XXXXXX0200 | Transition Credit from Mechanics Bank Acct XXXXXX0200 | 9999-000 | 555,371.75 | | 555,371.75 |
| 11/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 858.09 | 554,513.66 |
| 12/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 975.03 | 553,538.63 |
| 01/13/21 | {11} | Transit Administrative Center, Inc | Payment on Promissory Note | 1249-000 | 1,974.32 | | 555,512.95 |
| 01/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 859.10 | 554,653.85 |
| 02/03/21 | {11} | Transit Administrative Center, Inc | Payment on Note | 1249-000 | 1,974.32 | | 556,628.17 |
| 02/23/21 | {11} | Transit Administrative Center, Inc | Payment on Note | 1249-000 | 1,974.32 | | 558,602.49 |
| 02/25/21 | 1000 | Figliulo & Silverman PC | Per order Allowing Compensation Dkt. No. 1235 | 3110-000 | | 142,735.00 | 415,867.49 |
| 02/25/21 | 1001 | Figliulo & Silverman, P.C. | Expenses Allowed per Order dated 2.25.2021 [Dkt. No. 1235]. | 3120-000 | | 4,360.63 | 411,506.86 |
| 02/26/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 832.23 | 410,674.63 |
| 03/25/21 | {11} | Transit Administrative Center, Inc | Payment on Note | 1249-000 | 1,974.32 | | 412,648.95 |
| 03/25/21 | 1002 | International Sureties, Ltd. | Bond Premium 2/1/21 thru 2/1/22 | 2300-000 | | 229.60 | 412,419.35 |
| 03/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 763.83 | 411,655.52 |
| 04/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 659.77 | 410,995.75 |
| 05/12/21 | {11} | Transit Administrative Center, Inc | Payment on Note | 1249-000 | 1,974.32 | | 412,970.07 |
| 05/28/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 616.38 | 412,353.69 |
| 06/14/21 | {11} | Transit Administrative Center, Inc | Payment on Note | 1249-000 | 1,974.32 | | 414,328.01 |
| 06/30/21 | {11} | Transit Administrative Center, Inc | Payment on Note | 1249-000 | 1,974.32 | | 416,302.33 |
| 06/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 728.56 | 415,573.77 |
| 07/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 665.94 | 414,907.83 |
| 08/18/21 | {11} | Transit Administrative Center, Inc | Pyment on Note | 1249-000 | 1,974.32 | | 416,882.15 |
| 08/25/21 | {11} | Transit Administrative Center, Inc | Payment on Note | 1249-000 | 1,974.32 | | 418,856.47 |
| 08/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 711.11 | 418,145.36 |
| 09/24/21 | {11} | Transit Administrative Center, Inc | Payment on Note | 1249-000 | 1,974.32 | | 420,119.68 |
| 09/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 670.49 | 419,449.19 |
| 10/25/21 | {11} | Transit Administrative Center, Inc | Payment on Note | 1249-000 | 1,974.32 | | 421,423.51 |
| 10/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 650.17 | 420,773.34 |
| 11/29/21 | {11} | Transit Administrative Center, Inc | Payment on Note | 1249-000 | 1,974.32 | | 422,747.66 |
| 11/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 719.34 | 422,028.32 |
| 12/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 698.94 | 421,329.38 |
| 01/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 652.76 | 420,676.62 |
| 02/21/22 | {11} | Transit Administrative Center, Inc | Payment on Note | 1249-000 | 1,974.32 | | 422,650.94 |

Page Subtotals: $581,037.91   $158,386.97

{ } Asset Reference(s)                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-5

| | |
|---|---|
| **Case No.:** | 15-09539 |
| **Case Name:** | YELLOW CAB AFFILIATION, INC. |
| **Taxpayer ID #:** | **-***6889 |
| **For Period Ending:** | 06/30/2022 |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0049 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/21/22 | {11} | Transit Administrative Center, Inc | Payment on Note | 1249-000 | 1,974.32 | | 424,625.26 |
| 02/28/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 629.98 | 423,995.28 |
| 03/21/22 | {11} | Transit Administrative Center, Inc | Payment on Note | 1249-000 | 1,974.32 | | 425,969.60 |
| 03/30/22 | 1003 | International Sureties, Ltd. | Blanket Bond Premium 2022 | 2300-000 | | 176.58 | 425,793.02 |
| 03/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 748.52 | 425,044.50 |
| 04/04/22 | {11} | Transit Administrative Center, Inc | Payment on Note | 1249-000 | 1,974.32 | | 427,018.82 |
| 04/25/22 | {11} | Transit Administrative Center, Inc | Payment on Note | 1249-000 | 1,974.32 | | 428,993.14 |
| 04/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 661.48 | 428,331.66 |
| 05/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 663.61 | 427,668.05 |
| 06/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 754.09 | 426,913.96 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 17 | Deposits | 33,563.44 | 4 | Checks | 147,501.81 |
| 0 | Interest Postings | 0.00 | 20 | Adjustments Out | 14,519.42 |
| | Subtotal | 33,563.44 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 162,021.23 |
| 1 | Transfers In | 555,371.75 | | | |
| | Total | 588,935.19 | | | |

Page Subtotals:    **$7,897.28**    **$3,634.26**

{ } Asset Reference(s)                                                                                     ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page:   2-6

| | |
|---|---|
| **Case No.:** | 15-09539 |
| **Case Name:** | YELLOW CAB AFFILIATION, INC. |
| **Taxpayer ID #:** | **-***6889 |
| **For Period Ending:** | 06/30/2022 |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0049 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $768,437.23 |
| Plus Gross Adjustments: | $33.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $768,470.23 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0200 Checking | $734,873.79 | $179,502.04 | $0.00 |
| ******0049 Checking Account | $33,563.44 | $162,021.23 | $426,913.96 |
| | $768,437.23 | $341,523.27 | $426,913.96 |